Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

COPY

STANLEY P. LASKOWSKI, III and )
MARISOL LASKOWSKI, )
)
Plaintiffs, )
)
vs. )  NO. 3:10-CV-600
)
UNITED STATES OF AMERICA, )
)
Defendant. )
)

Videoconference Videotaped Deposition of
CAPTAIN JASON BROENE, taken by counsel for the
Plaintiffs, pursuant to Subpoena, Notice and by
agreement of counsel, under the Federal Rules of
Civil Procedure, reported by Linda E. Cheek, RMR,
CCR-A-752, at the offices of McKee Court Reporting,
4849 Paulsen Street, Suite 304, Savannah, Georgia, on
Monday, June 15, 2011, commencing at 9:04 a.m.

Transcript Prepared By:

McKEE COURT REPORTING, INC.
P.O. Box 9092
Savannah, Georgia 31412-9092
(912) 691-4545

McKee Court Reporting, Inc.
912-691-4545



EXHIBIT
PLAINTIFF
97

Page 2

1                    APPEARANCES OF COUNSEL

2

  FOR THE PLAINTIFFS:

3

             PATRICK A. CASEY, Esq.
4            JOHN B. DEMPSEY, Esq.
                (By Videoconference)
5            MYERS, BRIER & KELLY, LLP
             425 Spruce Street
6            Suite 200
             Scranton, Pennsylvania 18503
7             (570) 342-6100
             pcasey@mbklaw.com
8            Jdempsey@mbklaw.com

9

  FOR THE DEFENDANT:

10

             G. MICHAEL THIEL, Esq.
11              (By Videoconference)
             UNITED STATES ATTORNEY'S OFFICE
12           235 North Washington Avenue
             Suite 311
13           Scranton, Pennsylvania 18503
              (570) 348-2800

14

15

  ALSO PRESENT:

16

             Bill Kaska, Videographer

17

18

19

20

21

22

23

24

25

Page 3

1                           I N D E X

2

3                                                        Page

4    EXAMINATION

5         By Mr. Dempsey                                   5

6

7    Signature of Deponent                                53

8    Certificate of Reporter                              54

9         (The Reporter's Disclosure Statement is
          attached at the back of the transcript.)
10

11       *    *    *    *    *    *    *    *    *    *    *    *

12                       E X H I B I T S

13   Plaintiffs'
     Exhibit           Description                      Page
14

15       32    Commandant's Guidance
               04/01/2005 - 04/21/2006                    13

16       33    Commandant's Guidance
               04/22/2006 - 07/04/2006                    28
17

         34    Reviewing Officer Fitness
18             Report List As Of: 02/02/2007              16

19       35    Reviewing Officer Comparative
               Assessment Profile
20             As Of: 02/02/2007                          16

21       36    Reporting Senior Fitness
               Report List As Of: 02/02/2007              46
22

         37    Reporting Senior's Profile
23             As Of:  02/02/2007                         46

24

25

McKee Court Reporting, Inc.
912-691-4545

Page 5



```
 8              Today we are together for a deposition for
 9      use at trial, and you are here today pursuant to a
10      federal Subpoena that compels your attendance.
11      Correct?
12          A.    Correct.
```

```
22          Q.    Captain Broene, are you currently
23      employed?
24          A.    I am.
25          Q.    By whom are you employed?
```

Page 6

1      A.     Hussey Gay Bell and Deyoung, an

2   architectural and engineering firm here in Savannah,

3   Georgia.

10      Q.     Captain Broene, have you earned a college

11   degree?

12      A.     I have.  From the University of Michigan.

13      Q.     And what was your -- what did you study at

14   the University of Michigan?

15      A.     Architecture.

16      Q.     When did you graduate?

17      A.     The spring of 1999.

18      Q.     And at some point I take it you made the

19   decision to enter the United States Marine Corps; is

20   that correct?

21      A.     That is correct.  My senior --

22      Q.     When did you decide -- I'm sorry, go

23   ahead.

24      A.     My senior year of college I decided to

25   join the Marine Corps.

Page 7

1      Q.     Why did you decide to become a Marine?

2      A.     Just I wanted to serve, looked like it was

3   something that would be interesting to me,

4   challenging.  Just decided after college that I was

5   going to do it and become a Marine officer.

6      Q.     And I take it -- did you in fact become a

7   Marine officer?

8      A.     I did.  In the fall of 1999 I attended

9   officer candidate school in Quantico, Virginia, and I

10  received a commission December of 1999 as a second

11  lieutenant.

12     Q.     For how long, Captain Broene, did you

13  serve in the United States Marine Corps?

14     A.     Just shy of eight years.  It was about

15  seven years and eight months I believe.

16     Q.     So, did you receive an honorable discharge

17  at the time of your separation from the Marine Corps?

18     A.     I did.

19     Q.     And what date did you separate?

20     A.     June 1, 2007.

21     Q.     Did you specialize in the Marine Corps?

22     A.     My specialty or occupational specialty was

23  artillery.  I was an artillery officer.  That was my

24  specialty.

25     Q.     Describe briefly, if you would, for us

1    what is in the billet of an artillery officer?

2        A.      There is a few different things you can

3    do.  You can be a forward observer where you are with

4    the infantry calling in artillery.  You can also be a

5    fire direction officer where you're back with the

6    guns and basically calculating firing data, receiving

7    the information from a forward observer and actually

8    you are in charge of where the rounds end up.

9            You can also be a liaison officer where

10   you are kind of -- you're with the infantry, again

11   kind of as the liaison between the infantry and the

12   artillery.  I did all three billets as an artillery

13   officer.

14       Q.      During your time in the Marine Corps, were

15   you ever employed or deployed outside of the United

16   States?

17       A.      I was.  From November 2001 through I

18   believe April or May 2002.

19       Q.      Where were you deployed during that period

20   of time?

21       A.      We were deployed to the Mediterranean, but

22   obviously with September 11 we also spent -- I spent

23   about a month and a half in Afghanistan conducting

24   combat operations in and around Kandahar airfield.

25       Q.      And what were the nature of the combat

Page 9

1   operations or what was the nature of your role in

2   those operations?

3       A.    I mean essentially everything was getting

4   started, basically.  My unit came in from Pakistan,

5   we were some of the first conventional forces at

6   Kandahar airfield.  Essentially we were there just to

7   establish a perimeter around the airfield and allow

8   for operations in and out of that airfield.

in May of 2003 I

14  was transferred to Parris Island, South Carolina to

15  weapons and field training battalion.

16      Q.    Did there come a time during your time at

17  Parris Island that you commanded Stanley B.

18  Laskowski?

19      A.    Yes.  For about a year I was, I think 2005

20  I was the field training company commander and he was

21  one of my marines in field training platoon.

22      Q.    Can you give a brief description of the

23  sorts of objectives the field training platoon would

24  have at Parris Island?

25      A.    Their primary mission was or still is

1  recruit training, training recruits in combat

2  marksmanship.  You know, engaging multiple targets,

3  moving targets.  Basically they are kind of -- the

4  recruits are starting to get more of a combat mindset

5  in using their M16 in how to engage those targets.

6  That was that platoon's primary, primary mission.

7      Q.    Captain Broene, we have premarked at the

8  outset six documents that we intend to introduce as

9  exhibits in the case.  I'm going to take a moment and

10  ask you just to help me to identify those documents,

11  if you would.

12          I'd ask you, first, to direct your

13  attention to Plaintiffs' 32 and 33.  And if you

14  would, sir, can you identify those documents?  What

15  are those documents?

16      A.    I have got them both here.  They are

17  Fitness Reports, one where I was the Reviewing

18  Officer and the other where I was the Reporting

19  Senior for Sergeant Laskowski.

20      Q.    Captain Broene, is it the regular practice

21  of the United States Marine Corps to create these

22  sorts of Fitness Reports?

23      A.    Yes.  The Fitness Report starts -- it's

24  for all marines sergeant and above that rank.  It's

25  an official Navy Marine Corps document which is

1  basically used to track the -- a Marine's career.

2  And also, these reports are used during times of

3  promotion boards and things like that.

4      Q.    Are these reports created at or near the

5  time of the review periods covered in the report?

6      A.    They are, essentially at the end of the

7  report.  So the to date you have, as a Reporting

8  Senior Reviewing Officer you have 30 days to complete

9  the report and get it to Headquarters Marine Corps.

10     Q.    And these reports, the data that's

11 included on these reports, that data is inserted by

12 Marine Corps officers that have personal knowledge of

13 the subject of the report; is that correct?

14     A.    That is correct.

15     Q.    I'd ask you next to direct your attention

16 to Plaintiffs' 34 through 37, if you would.

17     A.    I have got those documents here in front

18 of me.

19     Q.    Captain Broene, what are these documents?

20     A.    Every Reviewing Officer and Reporting

21 Senior you have a profile list that basically lists

22 out every Fitness Report that you have written, and

23 the Headquarters Marine Corps keeps this on record.

24         And when I was in the Marine Corps I

25 printed these off, and this was as of February 2007,

1   and it has all the reports that I have listed.  And

2   then it basically categorizes all those reports and

3   basically summarizes all those reports by rank and

4   how the marines that I wrote, kind of how they fall

5   out or how they performed on those reports.

6           That's what both of these are -- or these

7   four documents, these four documents do.

8       Q.    And Captain, is it the regular practice of

9   the Marine Corps to create these sorts of

10  compilations or documents that are represented at

11  Plaintiffs' 34 through 37?

12      A.    Yes.  Every Marine officer has this, has

13  his own report.  So yes, they do, they do keep these

14  records.

15      Q.    And if you have just answered this, I

16  apologize for reasking it, but what is the purpose

17  for which these reports are created?

18      A.    I guess the purpose is to allow the

19  Reporting Senior Reviewing Officer to see, to see all

20  the reports that they have written and to see the

21  Marines -- how these Marines have performed basically

22  lit by rank compared to their peers.

23          So I can pull my Reporting Senior or

24  Reporting Senior Report and see what my different

25  averages are for the different sergeants I wrote on

Page 13

1   and say, I'm getting ready to write a report on

2   another sergeant, I can make sure that report kind of

3   falls in line to how I think he compares to other

4   sergeants that I have observed and reviewed during my

5   time.



14        Q.    Captain Broene, I'd like to direct you now

15   specifically to Plaintiffs' 32, if you would.

16        A.    I have got that here in front of me.

17        Q.    And you have identified generally that

18   this is a Fitness Report covering the period April 1,

19   '05 through April 21, '06.  Agreed?

20        A.    Correct.

21        Q.    Tell me specifically, what was your role

22   in the preparation of this document, if you would?

23        A.    I was the Reviewing Officer and my

24   responsibility was to review the report after the

25   Reporting Senior made his initial comments and

Page 14

1    remarks.  So, I would -- I would get the report -- I

2    got this report from Chief Warrant Officer Heikell.

3             I would go through and make sure it was

4    filled out correctly, read the billet description,

5    read the billet accomplishments.  Go over his marks.

6    Basically mission accomplishment.  Individual

7    character.  Leadership.  Intellect and wisdom.

8             And then I would read his direct and

9    additional comments on the last page.  And after I

10   reviewed the report it was my job to either concur

11   with the report or not concur with the report.  I'm

12   sorry.

13        Q.    Go ahead.

14        A.    With this report I concurred with his

15   observations.  And then following my concurrence then

16   I also have to make a statement and also give the

17   Marine, in this case Sergeant Laskowski, a mark of

18   what kind of Marine I felt he was.  So, you can see

19   the next -- the next Reviewing Officer comments, I

20   marked him as one of the few and exceptionally

21   qualified Marines.

22             And to the right there is a 5, so that

23   means all the sergeants that I had given -- been a

24   Reviewing Officer for, I had given five sergeants

25   that mark.

Page 15

1        And then I also am required to provide

2  comments that basically back up why I marked him

3  where I did.  And you can read those.

4        Q.    Captain Broene, what does -- the 5

5  indicates I think you testified that there would be

6  five other sergeants who had received a similar mark

7  as Mr. Laskowski?

8        A.    At the time that I wrote this report and

9  officially signed it I had given five other sergeants

10  before this a mark, that mark -- or that mark, that

11  exact mark.

12        Q.    Captain Broene, how many sergeants prior

13  to the time you had prepared this report had received

14  a higher mark than Sergeant Laskowski?

15        A.    None.



3        Q.      Captain Broene, if you would, please turn

4    to Plaintiffs' Exhibits 34 and 35.

5        A.      Got those in front of me.

6        Q.      What -- explain to me what is -- with

7    regard to Sergeant Laskowski, what do these reports

8    demonstrate about how Sergeant Laskowski compared to

9    some of the other officers that you had reviewed?

10       A.      If you look at -- we'll look at 34 first

11   and to go -- and page 2 Sergeants, you can see I have

12   got there is Brun, Brun, Calderon, Clay, Goral,

13   Johnson, Jones, Laskowski.

14              All those Marines at the time of when I

15   pulled this Reviewing Officer Fitness Report had

16   received an RO Assessment Mark, which is, that those

17   boxes we were looking at, of a 6 which was the

18   highest I had given any sergeant that I had reviewed

19   up to this point.  So, he was at the top with those

20   other Marines listed there.  And then as you go down

21   you can see other Marines that I reviewed that

22   received a lower mark.

23              Exhibit 35, if you look on the left-hand

24   side it says MRO rank.  If you go down to Sergeant,

25   there is a 3/1, that means three sergeants I had

1    given an unsatisfactory mark which corresponds to the

2    Fitness Report that we were just looking at.  11, 11

3    sergeants I had given a 2 as a qualified Marine.  28

4    a 3.  20 a 4.  And then if you get up to 14 Marines,

5    I had given a 6.

6              And that's so -- and with that you can see

7    I had written -- when I pulled this report, I had

8    been the Reviewing Officer of 99 sergeants fit reps.

9    So, 14, 14 out of 99 sergeants that I had reviewed

10   had received a mark of 6.

11        Q.    So Captain Broene, as of February 2nd,

12   2007 when these reports identified at Plaintiffs' 34

13   and 35 were printed, you had never given a sergeant a

14   higher Reviewing Officer grade than the one you had

15   given to Sergeant Laskowski?

16        A.    Correct.  Him and 13 other Marines,

17   correct.

18        Q.    And you had reviewed how many sergeants by

19   that point?

20        A.    99.

21        Q.    I'd like to direct you back to Plaintiffs'

22   32 which is the actual report we are discussing.

23        A.    Got that in front of me.

24        Q.    Can you tell from Plaintiffs' 32 what

25   Sergeant Laskowski's duty assignment was during this

1    period of time?

2        A.    He was the primary marksmanship instructor

3    in field training platoon.  I'm sorry, field firing

4    platoon.

5        Q.    And I'd ask you, Captain Broene, to review

6    section C which is -- describes his billet

7    accomplishments.  And if you would, after you take a

8    moment to review that, describe briefly for me, if

9    you would, what the nature of his duties were?

10       A.    Okay.  Going through, I'll start at the

11   top, a primary marksmanship instructor is a hand

12   selected Marine who's demonstrated kind of a superior

13   proficiency in marksmanship.  So, he probably -- he

14   started out as a range coach and then was hand

15   selected as a primary marksmanship instructor.  So,

16   he is the subject matter expert on the range in

17   regards to marksmanship.

18             So, as they are training recruits in

19   combat marksmanship or Table 2 as it's listed on this

20   report, some of your recruits struggle on the firing

21   line.  So, what we would have happen is our primary

22   marksmanship instructors would actually -- would take

23   some of those recruits off to the side and work with

24   them individually to make sure they understood and

25   could grasp the concepts we were trying to teach

Page 19

1   them, and then get them back out on the range to

2   qualify with their weapons.

3            So, that's what the first one is talking

4   about, that he helped over 100 recruits who were

5   having difficulties, getting them up to the level we

6   wanted.

7            Supervised over 15,000 recruits at Parris

8   Island.  You have got recruits coming through every

9   week, so you see -- they see a lot.  And within that

10  time, from April, April 2005 to April 2006, he saw

11  about 15,000 recruits that came through.

12           And one of the responsibilities for the

13  primary marksmanship instructor is to actually give

14  the classroom instruction to the recruits, it's a

15  PowerPoint presentation.  So, that's what he was

16  doing there.

17     Q.    He would actually be presenting --

18     A.    Yes.

19     Q.    -- to the recruits?

20     A.    He would be up in front of a platoon of

21  recruits, 100 recruits, 200 recruits and give the

22  instruction.

23           Ensuring range coaches were proficient.

24  Like I said, as a marksmanship instructor he has

25  showed, demonstrated extreme proficiency in

Page 20

1   marksmanship.  So, he is also watching and making

2   sure our range coaches are doing their job

3   instructing the recruits.  He is just -- he is that

4   next level of marksmanship.

5           Assisted the range officer in successful

6   implementation of Table 2.  During the time when I

7   was at Parris Island, obviously there was a lot going

8   on in Afghanistan, Iraq, and the Marine Corps was

9   changing its recruit training, it was evolving and

10  changing to meet the current -- the current combat

11  situation.  And one of those things was marksmanship

12  for recruits, specifically Table 2 or combat

13  marksmanship, and he was instrumental in helping the

14  range officer basically implement that new -- this

15  new firing program.



19      Q.      Okay.  Captain Broene, I direct you, if

20  you would, turn with me to page 5 of that document.

21  And you testified earlier that the process you would

22  follow as the Reviewing Officer would be to review

23  the individual categories that run at pages 2 through

24  4.  And then you would indicate on page 5 whether you

25  concurred in the evaluation.  And I note that it does

1    in fact indicate that you concurred.

2           Do you see where I'm looking?

3    A.    Yes.

4    Q.    And is it fair to say that before you

5    would indicate that you concurred you would have

6    reviewed the narrative that was supplied by Chief

7    Warrant Officer Heikell?

8    A.    Absolutely.

9    Q.    Fair to say, then, that you agreed that

10   Mr. Laskowski led by example?

11   A.    Yes.

12   Q.    That he was able to take charge and

13   accomplish his mission?

14   A.    Absolutely.

15   Q.    That he was organized and professional --

16   A.    Yes.

17   Q.    -- with a strong work -- had a strong work

18   ethic?

19   A.    Absolutely.

20   Q.    That he was devoted to his Marines and

21   platoon?

22   A.    Yes.

23   Q.    That he was mature and levelheaded and put

24   forth much effort and consistently put himself last

25   and his Marines first?

Page 23

1      A.    Yes, I would agree.

2      Q.    Did you agree with Chief Warrant Officer

3  Heikell's recommendation that Sergeant Laskowski be

4  retained, promoted and given an assignment in the

5  operating forces?

6      A.    Yes, I agreed.

7      Q.    What are the operating forces?

8      A.    The operating forces are essentially the

9  Marine Corps units that are overseas fighting now.  I

10  mean, you have got your operating forces and your

11  support forces.  Support being what we did at Parris

12  Island, you are not going to deploy your training

13  recruits.

14          You know, you have also got recruiters.

15  There is a lot of other support things that are going

16  on, but the operating force is mainly out of Camp

17  Lejeune, North Carolina and Camp Pendleton and 29

18  Palms California.  Those are the units that are

19  either training to go fight or fighting overseas now.

20      Q.    Why are Sergeant Laskowski's superiors

21  recommending him for assignment in the operating

22  forces?

23      A.    Basically from his -- what he demonstrated

24  that he would perform well if he went back out in the

25  operating forces.

1      Q.    Did you agree with Chief Warrant Officer

2    Heikell's assessment that he would work with Sergeant

3    Laskowski in any situation?

4      A.    Yes.

8      Q.    And that he had an ability to assess

9    hazards, risks and to implement controls that

10   provided the platoon with a safe operating

11   environment resulting in no safety-related incidents?

12     A.    Yes.

13     Q.    Now, you also, Captain Broene, included

14   your own narrative in Section K of this review.

15   Agreed?

16     A.    Correct.

17     Q.    What did you have to say about Sergeant

18   Laskowski?

19     A.    Basically he was very intelligent and

20   capable.  I say one of his -- one of his best traits

21   was his communication skills.  Like I said, he was an

22   instructor, you know, his ability to get up in front

23   of 100 recruits and give a marksmanship period of

24   instruction especially when the recruits are tired, I

25   mean he was able to keep their attention.

1        And then also we would have -- a lot of

2   times we would have, you know, VIPs or visitors come,

3   a lot of people want to see recruit training.  And if

4   we took them out to the range to show them combat

5   marksmanship, usually Sergeant Laskowski was the

6   instructor or the person that was explaining what was

7   going on during the demonstrations.

8        Q.    Captain Broene, is that what you referred

9   to when you describe his communication skills as

10  superior?

11       A.    Yes.  Yes.  Absolutely.  I don't know if

12  it was this Fitness Report or the next one, but like

13  I said, we were implementing these changes, this one

14  example.  And before all these changes were

15  implemented, the Base Commanding General, the

16  commanders from the recruit training regiment where

17  the recruits actually are part of came out to our

18  range for basically so they could do this new

19  marksmanship training just to have a feel of what the

20  recruits were doing.

21       And Sergeant Laskowski was the one that

22  was in front of the General and these other

23  commanders explaining what would happen and showing

24  them the course of fire.

25       So, that's -- that was one of the reasons

1  why I put that, that comment there.  For a

2  sergeant -- for a sergeant to be able to get up in

3  front of the Base Commanding General is pretty

4  remarkable, that doesn't happen every day.

5      Q.    You indicate in your narrative that

6  Sergeant Laskowski displayed unlimited potential for

7  future service.  What do you mean by that?

8      A.    He was an asset to the Marine Corps.  I

9  mean, you know, some Marines that you command you,

10  you know, you don't think they are going to progress

11  and go on.  But he was, he was outstanding at what he

12  did and for his rank.  And I could easily see him

13  being promoted to the next rank and continuing on and

14  doing great things for the Marine Corps.

15      Q.    The final sentence of your narrative

16  states:  Promote with finer peers.

17             What is the significance of that sentence?

18      A.    Basically -- that's basically saying that

19  for his rank he is ahead of his peers.  As we looked

20  at those report -- Reviewing Officer Fitness Report,

21  Exhibit 34, you know, my RO Assessment Mark gave him

22  a 6 out of, you know, 99 Marines, he was in the top

23  14.  Those Marines up at the top that have those

24  higher marks are his finer peers, and also other

25  Marines that I didn't observe.

Page 27

1          But other Marines that have Fitness

2   Reports with similar marks would be considered finer

3   peers, and basically that's what I was stating, that

4   he needs to be promoted with those in his rank that

5   are performing at a high level.



Page 28

1          So, for about a year's worth of time.

2      Q.    I'd ask, if you would, just to direct your

3   attention to Plaintiffs' Exhibit 33.  Like to talk to

4   you for a moment about that particular document.

5      A.    I have got it here in front of me.

6      Q.    You identified that document earlier in

7   your testimony, sir, as a Fitness Report covering the

8   period April 22, '06 through July 4, 2006.  Agreed?

9      A.    Correct.



7     Q.     Can you tell from this report what

8  Sergeant Laskowski's duty assignment was during this

9  period of time?

10    A.     He was the chief primary marksmanship

11  instructor.  So, at this time he was now in charge

12  of, I think I have it there, seven other primary

13  marksmanship instructors in his section.  So he was

14  now basically in charge of the marksmanship

15  instructors and the marksmanship instruction for that

16  platoon.

17         So, he had essentially been given a

18  promotion within his -- within his platoon of

19  greater -- a billet of some greater responsibility.

20    Q.     And can we agree that Section C which is

21  labeled Billet Accomplishments, that describes his

22  accomplishments during this particular review period?

23    A.     Correct.  From April.

24    Q.     And you would -- you would have supplied

25  that data into the report?

1      A.     Yes, supplied and observed.  Observed him

2   conducting that or accomplishing those billet

3   requirements, yes.

4      Q.     Fair to say during this period of time

5   that Sergeant Laskowski is supervising and training

6   Marine recruits?

7      A.     Yes.  Yes, he is.

8      Q.     And he is also supervising and training

9   range coaches?

10     A.     Range coaches and primary marksmanship

11  instructors.  Yes.

12     Q.     Your Billet Accomplishments description

13  states that:  He continually analyzed and made

14  recommendations to improve the quality of instruction

15  recruits received.

16            Do you see that?

17     A.     Yes.

18     Q.     What does that -- what does that signify?

19     A.     Like I said, during this time the Marine

20  Corps was changing the way we did marksmanship for

21  recruits.  Kind of with that change obviously we are

22  going to analyze what we are doing; if we can do

23  things better.  Add things.  Remove things.

24            And during this period of time you'll see

25  it in Section I, Sergeant Laskowski was -- he was

1  hand selected by the battalion commander to attend a

2  marksmanship, combat marksmanship conference in

3  Quantico, Virginia, basically getting, you know,

4  subject matter expert, somebody that's there on the

5  firing line with the recruits, his opinions and

6  recommendations for combat marksmanship training.

7          Quantico is the hub for the Marine Corps,

8  it's the headquarters of the Marine Corps.  So they

9  had a lot of different marksmanship experts come

10 there and gather for a conference.

11         So, basically that's, you know, that's

12 what I was saying, that he was, you know, continuing

13 to do that during that time period and giving myself,

14 the battalion commander operations officer and even

15 headquarters of Marine Corps recommendations and

16 opinions on how to best train recruits in combat

17 marksmanship.

18     Q.    Were his opinions and recommendations

19 valued by you as his Reporting Senior?

20     A.    Absolutely, and the battalion commander,

21 yes.

Page 34



```
21        Q.    Captain Broene, I direct you back to the
22   front page of this report.  Can you tell from the
23   front page of this document whether you recommended
24   Sergeant Laskowski for promotion?
25        A.    Yes.  Section A, No. 7.  There I checked
```

Page 35

1    yes.

2         Q.      So you did in fact recommend him for

3    promotion?

4         A.      Yes.

5         Q.      And at this period of time when you are

6    authoring this report, what is your duty assignment?

7         A.      I am the Field Training Company Commander.

8         Q.      Captain Broene, I'd like to work with you

9    through the actual sections of this report because as

10   I understand it from your testimony, the grades that

11   were given to Sergeant Laskowski on this report would

12   have actually been given by you --

13        A.      Correct.

14        Q.      -- correct?

15        A.      That's correct.

16        Q.      So, if you would, direct yourself to page

17   2 of this document.

23        Q.      And what were you observing about Sergeant

24   Laskowski's performance?

25        A.      Basically what he did, like I said, as a

Page 36

1   marksmanship instructor.  What he did day in and day

2   out, and just also his, you know, overall

3   performance, you know, as a Marine noncommissioned

4   officer.  That's kind of what performance breaks down

5   to.  Like I said, it's his job, but then also how he

6   performs as a Marine NCO.

7        Q.     His ability to sort of be on time, be

8   punctual, give regular attendance to his duties,

9   those sorts of factors would be encompassed within

10  your review of his performance?

11       A.     Yes.  And, you know, if he is -- kind of

12  what impact he has on the platoon in his billet, you

13  know, if he is -- he's got a positive impact on his

14  platoon and he is a key -- a key player in that

15  platoon, you know, his performance is going to be

16  marked, marked where I marked him.



4      Q.    How did you grade Sergeant Laskowski's

5   proficiency?

6      A.    I gave him an E which was -- which is a

7   very, very good mark.  But, you know, like I said

8   before, he was the chief primary marksmanship

9   instructor.  So, he is the cream of the crop in that

10  platoon when it comes to marksmanship compared to all

11  his -- all of his peers.

12     Q.    Directing you to Section E of this

13  document, you are also required during the review

14  period to evaluate Sergeant Laskowski's individual

15  character.  Correct?

16     A.    Correct.

17     Q.    And you evaluate in that portion of your

18  assessment his courage, his effectiveness under

19  stress and his initiative.  Correct?

20     A.    Correct.

21     Q.    How did Laskowski perform in those

22  categories?

23     A.    Again, I marked a D in all of these, which

24  are excellent marks especially compared to --

25  compared to Marines in his grade, in sergeant.

1   Courage, effectiveness, stress and initiative were

2   all marked D.

3            You know, you are not in a combat

4   situation there but there definitely is some stress

5   and there is some courage to get out on a firing line

6   with a bunch of recruits who have never touched a

7   rifle before and to be able to be out there and make

8   sure they are operating in a safe environment and

9   that everything is safe and they are doing things the

10  right way.

11           And, you know, it can get stressful out

12  there at times as well.  You are out there before the

13  sun comes up, 95 degrees like it is here in Savannah

14  today.  Out there all day.  Having to keep your cool.

15  And, you know, recruits would do stupid things

16  sometimes but, you know, being that calm influence,

17  he did that great.

18           And then initiative, you know, you didn't

19  have to tell him to do much.  He knew what he needed

20  to do and he did it.  He did it -- he did it well.

21       Q.   Captain Broene, is the marksmanship

22  training undertaken with live fire?

23       A.   Oh, yes.  Yes.  Several thousands of

24  rounds a day.  Yes.  It's all live.

20  Sergeant Laskowski assisted in creating a safe

21  environment in his trainings, are you suggesting that

22  Laskowski assisted in sort of minimizing the hazard

23  or risk?

24      A.    Yeah, absolutely.  I mean, you know, as a

25  primary marksmanship instructor that was part of

Page 41

1   his -- one of the big responsibilities that he had.

2   If you go back to on Exhibit 33, Billet Description,

3   thoroughly understand emergency red blanket

4   procedures.  A red blanket is if something goes wrong

5   on the range:  Recruit shoots himself, shoots

6   somebody else.

7          So that was something that he was

8   definitely responsible for.

9      Q.    And when you say that Sergeant Laskowski

10  was hand selected to provide briefings and

11  demonstrations before VIPs --

12     A.    Right.

13     Q.    -- how many sergeants would be candidates

14  for selection to do this sort of thing?



3          But, so, out of his peers of marksmanship

4     instructors, you know, seven or eight, he was the one

5     that was going to do it.  But, you know, out of

6     everybody from the platoon commander on up could have

7     given the presentations and demonstrations.  But like

8     I said, because of his knowledge and we weren't --

9     you know, we were confident in him to get in front of

10    the General and, you know, represent himself and the

11    battalion quite well.  So...

12         Q.    At page 3 of the document we have been

13    talking about, Plaintiffs' 33, you were required to

14    evaluate Sergeant Laskowski's leadership abilities.

15         Do you see that section of the document?

16    A.    Yes.

2        A.     I did.

3        Q.     Can you speak briefly to what this review

4   reflects about Sergeant Laskowski's leadership

5   abilities?

6        A.     Well, again, on this report marks of D and

7   E in communication skills, those are high marks for a

8   sergeant.  Leading and developing.  You know, he was,

9   like I said, he was the chief marksmanship

10  instructor, so he was -- he was leading and

11  developing his peers, the other primary marksmanship

12  instructors and range coaches.

13            And also developing subordinates, I mean

14  like I said, all the recruits that he was training.

15  You know, also in being a good leader he set a good

16  example, a great example as a Marine NCO, you know,

17  the other Marines looked up to him.

18            Ensuring the wellbeing of his

19  subordinates.  You know, obviously he is looking out

20  for the wellbeing of the Marines that he is in charge

21  of and the recruits, you know, on the range.

22            And then communication skills, like I

23  said, probably one of his finer traits.  You know,

24  his ability to clearly articulate classroom

25  instruction and give demonstrations and presentations

Page 44

1   were second to none really.

2        Q.    The document also requires you to evaluate

3   Sergeant Laskowski's intellect and wisdom, at Section

4   G.

5        A.    Right.

6        Q.    Do you see that section of the document?

7        A.    Yes.

8        Q.    And in that section you are required to

9   evaluate his professional military education and his

10  ability to make decisions and his judgment?

11       A.    Correct.

12       Q.    Do you agree with me that those were part

13  of your assessment of Sergeant Laskowski's intellect

14  and wisdom?

15       A.    Yes.

Page 45



```
3         Q.     And I believe you testified earlier but
4    I'll ask you again, his opinions and decisions were
5    valued by his subordinates and superiors.  Is that
6    your testimony?
7         A.     Yes.  Highly regarded.
8         Q.     Would you say the same about his judgment?
9         A.     Yes.  Yeah.  I mean he displayed I
10   think -- again, his -- the decisions that he made,
11   the recommendations that he made, you know, the way
12   he conducted himself on the range, he displayed
13   excellent judgment.
```

8       Q.      Let's refer, if we can, for a moment to

9    Plaintiffs' 36 and 37.

15              How does that -- take us to Plaintiffs'

16   36, if you would, and explain how Laskowski or any

17   sergeant that you are reviewing ultimately receives a

18   score.

19       A.      When you write a Fitness Report the main

20   thing to take into account is that you are writing

21   that report based on the grade or the rank of that

22   Marine.  In this case it was a sergeant.

18      Q.     And how does that place him relative to

19  other sergeants that you had reviewed?

20      A.     At the time that I pulled this Fitness

21  Report, Reporting Senior Fitness Report based on my

22  profile which was February 2007, he was the top two

23  of -- I had given one other Marine, Sergeant Garrett

24  a 4.07.  But those were my top two reports when I was

25  the Reporting Senior on a sergeant that I had written

1   up to that point.

16      Q.    (By Mr. Dempsey)  Captain Broene, we have

17   now reviewed together your evaluations of Sergeant

18   Laskowski during your command of him.  Is it fair to

19   say that your impressions of Sergeant Laskowski were

20   favorable?

21      A.    Absolutely.

22      Q.    I would ask that you -- that we play clip

23   No. 1 and I'm going to ask you a question or two

24   about the clip.

25          (Discussion off the record.)

1          MR. DEMPSEY:  I will represent before we

2      get into the clip, this is a clip from

3      Mr. Laskowski's deposition that took place back

4      in the middle of May.

5          (Video clip was played.)

6      Q.   (By Mr. Dempsey)  Have you had a chance to

7  review that clip?

8      A.   I did, I just watched it.  I don't know if

9  it ended kind of abruptly, I guess that was probably

10  the end though.

11     Q.   It was.

12     A.   Okay.

13     Q.   Did you consider Sergeant Laskowski to be

14  progressing appropriately within the rank of

15  sergeant?

16     A.   Absolutely.  I mean, like I said in my

17  reports, ahead of his peers.

18     Q.   Did anyone ever suggest to you that

19  Sergeant Laskowski should be kept back behind his

20  peers?

21     A.   No, no, every report I reviewed or wrote

22  myself he was recommended for promotion.

23     Q.   And what would have been the next

24  promotion for Sergeant Laskowski?

25     A.   The rank of staff sergeant.

1      Q.    Captain Broene, you yourself have

2 transitioned from Marine Corps service into civilian

3 employment; is that correct?

4      A.    I have.

5      Q.    Have you found that the skills and values

6 and training that you received in the Marine Corps

7 have allowed you to transition well?

8      A.    Yes.  Absolutely.

9      Q.    And that training in the Marine Corps has

10 served you well?

11     A.    Yes.

12     Q.    How has that served you in your civilian

13 employment?

14     A.    You know, in the Marine Corps as a

15 lieutenant when I started -- I mean I was in my

16 early -- early 20s and you are given a lot of

17 responsibility.  You know, you do a lot of things,

18 you see a lot of things.  When you are, like I said,

19 in your early 20s, a lot of your peer group probably

20 isn't -- you are given a lot of responsibility with

21 equipment and ultimately lives.  And you take that --

22 you take that seriously, very seriously and the

23 Marine Corps demands a lot out of you as a person.

24          As you go through those Fitness Reports,

25 all those marks kind of are based on how you are as a

Page 51

1   Marine individually and those skills, initiative,
2   performance, proficiency, setting an example, even
3   though you are not doing the same things in the
4   civilian world, those things, you know, they do
5   translate as you as an individual as you move on.
6       Q.   And based on your testimony, the last
7   review that you were involved with in connection with
8   Sergeant Laskowski's performance ended as of July 4,
9   2006.  Correct?
10      A.   Correct.
11      Q.   And as of that time, did you believe
12  Sergeant Laskowski to possess the sorts of skills
13  that you just identified?
14      A.   Absolutely.  If I'm not mistaken, that was
15  his End of Service Report.  And anytime -- I mean I
16  had several Marines that left the Marine Corps that I
17  reviewed and you kind of have a -- you kind of have a
18  sense, you know, this one is going to go off and
19  probably do some pretty good things.  Or, this one,
20  not so much.
21           But I was confident that he was, that he
22  had the tools and, you know, the skills to go out and
23  do well in the civilian world.
24      Q.   Thank you, sir.  I have got nothing
25  further for you.

Page 52

1          MR. THIEL:  I have no questions for you,

2     sir.  Thank you, Captain.

3          THE WITNESS:  You're welcome.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 53

1              ERRATA SHEET

2

3       I, the undersigned, CAPTAIN JASON BROENE, do

4    hereby certify that I have read the foregoing

5    deposition and find it to be a true and accurate

6    transcription of my testimony, with the following

7    corrections, if any:

8    PAGE     LINE              CHANGE              REASON

9    _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21   _____

22   _____

23

24          _____

25          Captain Jason Broene              Date

**McKee Court Reporting, Inc.**
**912-691-4545**

Page 54

1                         CERTIFICATE

2    GEORGIA:

3    CHATHAM COUNTY:

4             I, Linda E. Cheek, Certified Court

5    Reporter for the State of Georgia, do hereby certify:

6             That the foregoing deposition was taken

7    before me on the date and at the time and location

8    stated on Page 1 of this transcript; that the witness

9    was duly sworn to testify to the truth, the whole

10   truth and nothing but the truth; that the testimony

11   of the witness and all objections made at the time of

12   the examination were recorded stenographically by me

13   and were thereafter transcribed by computer-aided

14   transcription; that the foregoing deposition, as

15   typed, is a true, accurate and complete record of the

16   testimony of the witness and of all objections made

17   at the time of the examination.

18            I further certify that I am neither

19   related to nor counsel for any party to the cause

20   pending or interested in the events thereof.

21            Witness my hand, I have hereunto affixed

22   my official seal this 20th day of June, 2011, at

23   Savannah, Chatham County, Georgia.

24

25                    _Linda E. Cheek_____

Page 55

1                    D I S C L O S U R E
2           Pursuant to Article 8.B. of the Rules and
3    Regulations of the Board of Court Reporting of the
4    Judicial Council of Georgia, I make the following
5    disclosure:
6           I am a Georgia Certified Court Reporter.  I was
7    contacted by my office of McKee Court Reporting,
8    Inc., to provide court reporting services for this
9    deposition.
10          I will not be taking this deposition under any
11   contract that is prohibited by O.C.G.A. 15-14-37(a)
12   and (b).
13          I have no contract/agreement to provide
14   reporting services with any party to the case, any
15   counsel in the case or any reporter or reporting
16   agency from whom a referral might have been made to
17   cover the deposition.
18          I will charge its usual and customary rates to
19   all parties in the case, and a financial discount
20   will not be given to any party to this litigation.
21
22          *Linda E. Cheek*
23   _____ Date: June 20, 2011
24   LINDA E. CHEEK, RMR, CCR-A-752
25

**McKee Court Reporting, Inc.**
**912-691-4545**