Report Display
LASKOWSKI, STANLEY P III

Jun 30, 2009 09:50:48

04/03/2007 10:25    HIP 2 OR MORE VIEWS BILATERAL EXAM      Req: 04/03/2007 10:27
WRITTEN                     Start: 04/11/2007                          CASTRIGNANO,DOMINIC
JS                          Stop: 04/11/07 14:28

04/03/2007 10:25    FOREARM 2 VIEWS RIGHT                    04/03/2007 10:27
WRITTEN                     Start: 04/11/2007          Req: CASTRIGNANO,DOMINIC
JS                          Stop: 04/11/07 14:27

04/03/2007 10:24    CHEM 7 BLOOD SERUM SP                    04/03/2007 10:27
WRITTEN                     Start: 04/18/2007 09:00    Req: CASTRIGNANO,DOMINIC
JS                          Stop: 04/18/07 10:09

4/03/2007 10:24     URINALYSIS URINE (RANDOM) SP             04/03/2007 10:27
WRITTEN                     Start: 04/18/2007 09:00    Req: CASTRIGNANO,DOMINI
JS                          Stop: 04/18/07 10:26

04/03/2007 10:24    CHEST 2 VIEWS PA&LAT                     04/03/2007 10:27
WRITTEN                     Start: 04/11/2007          Req: CASTRIGNANO,DOMINIC
JS                          Stop: 04/11/07 14:27

04/03/2007 10:23    CBC (WITH DIFF) BLOOD SP                 04/03/2007 10:27
WRITTEN                     Start: 04/18/2007 09:00    Req: CASTRIGNANO,DOMINIC S
JS                          Stop: 04/18/07 09:48

                                                             04/03/2007 10:27
                                                       Req: CASTRIGNANO,DOMINIC E

LASKOWSKI, STANLEY P III                              MEDICAL RECORD
   Loc: ZZZPATEL I PRICARE Date: 06/30/2009
   Room/Bed:                                    D O C T O R ' S   O R D E R S

   Printed: 06/30/2009 09:50                    VA FORM 10-1158

>>> Warning: Some list items lines may have been truncated.
>>> This list requires 240 characters/line.
>>> This device supports 132 characters/line.

M15?


EXHIBIT

```
     LOCAL TITLE: NSG TRIAGE
  STANDARD TITLE: NURSING TRIAGE NOTE
  DATE OF NOTE: APR 11, 2007@14:45     ENTRY DATE: APR 11, 2007@14:45:39
       AUTHOR: FILIPKOWSKI,MARY J   EXP COSIGNER:
       URGENCY:                          STATUS: COMPLETED

  TRIAGE (UNSCHEDULED): NON-URGENT

  ALLERGY: No Allergy Assessment

  LATEX ALLERGY: NO
  Patient states he is also allergic to:nkda
```

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation

LASKOWSKI, STANLEY
29 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA  18512

Printed at WILKES-BARRE VAMC

LAS 00467

# Progress Note

Do you feel safe in your home environment? Yes

Active Outpatient Medications (including Supplies):

No Medications Found

```
T:   97.8 F [36.6 C] (04/11/2007 14:45)
P:   69 (04/11/2007 14:45)
R:   10 (04/11/2007 14:45)
BP:  132/86 (04/11/2007 14:45)
PAIN: 0 (04/11/2007 14:45)
PULSE OXIMETRY:
```

MODE OF ARRIVAL: AMBULANT

DATA: c/o inability to sleep over past 2 days.

ASSESSMENT: C/o nightmares, denies any suicidal or homicidal ideations.

PLAN: mhc.

PAIN ASSESSMENT

  Do you have pain?no

  NSG IRAQ&AFGHAN POST DEPLOY SCR:
    The patient reports service in Operation Iraqi Freedom.
    The location of the patient's most recent OIF service was
    Iraq
     1. PTSD SCREEN
         Have you ever had any experience that was so frightening,
          horrible, or upsetting that, IN THE PAST MONTH, you:
         Have had any nightmares about it or thought about it when you
          did not want to?     Yes
         Tried hard not to think about it or went out of your way to
          avoid situations that remind you of it?
              Yes
         Were constantly on guard, watchful, or easily startled?
              Yes
         Felt numb or detached from others, activities, or your
          surroundings?
              Yes
```

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)    VISTA Electronic Medical Documentation

LASKOWSKI, STANLEY
29 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA   18512

Printed at WILKES-BARRE VAMC

Page 44

LAS 00468

# Progress Note

PHQ-2 Depression screen:

Over the last 2 weeks, how often have you been bothered by any
of the following problems?

Little interest or pleasure in doing things: More than half the
days (2)

Feeling down, depressed, or hopeless:          Nearly everyday
(3)

Total score =  5
Total score in the range of  3-6 (positive screen).  CONTACT
    PSYCHOLOGY SERVICE.
SCREEN FOR ALCOHOL (AUDIT-C)
  An alcohol screening test (AUDIT-C ) was positive (score=5).

    1. How often did you have a drink containing alcohol in the
    past year? Two to four times a month

    2. How many drinks containing alcohol did you have on a
    typical day when you were drinking in the past year? 5 or 6

    3. How often did you have six or more drinks on one occasion
    in the past  year? Less than monthly
SCREEN FOR GI SYMPTOMS
    The patient reports no GI symptoms.
SCREEN FOR FEVER
    The patient reports no unexplained fevers.
SCREEN FOR SKIN RASH/LESIONS
    The patient reports no persistent skin rash.
SCREEN FOR OTHER SYMPTOMS
    The patient reports having other physical symptoms that have
    lasted 3 months or longer and have interfered with ADLs.
  Symptoms:  joint pains, headaches
RESULTS OF PTSD SCREENING
    (a 'yes' answer to 3 or more of the above questions is a
    positive
    screen).  Each "YES" is a score of ONE.

    Tally the points and record the score as 0-4.

    The score for this veteran's screening was: 1
  The screen for PTSD was positive.
TBI Screening:
  The patient reports service in Operation Iraqi Freedom.
  The location of the patient's most recent OIF service was
  Iraq

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)   VISTA Electronic Medical Documentation

LASKOWSKI, STANLEY
29 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA  18512          Printed at WILKES-BARRE VAMC

Page 45

LAS 00469

# Progress Note

Printed On Sep 24, 2007

TRAUMATIC BRAIN INJURY SCREENING

Has the veteran already been diagnosed as having TBI during OIF/OEF deployment?

No

Section 1: The veteran experienced the following events during OIF/OEF deployment:

Blast or Explosion IED (improvised explosive device), RPG (rocket propelled grenade), Land Mine, Grenade, etc.

Section 2: The veteran had the following symptoms immediately afterwards:

Veteran denies any symptoms immediately afterwards.  Negative Screen

/es/ MARY J FILIPKOWSKI
RN BSN
Signed: 04/11/2007 14:54

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)  | VISTA Electronic Medical Documentation

LASKOWSKI, STANLEY
29 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA   18512

Printed at WILKES-BARRE VAMC

LAS 00470

6

LOCAL TITLE: PSYCHIATRY GENERAL NOTE
STANDARD TITLE: PSYCHIATRY NOTE
DATE OF NOTE: APR 11, 2007@15:25      ENTRY DATE: APR 11, 2007@15:25:27
    AUTHOR: BOROWSKI,BERNARD M   EXP COSIGNER:
    URGENCY:                       STATUS: COMPLETED

Chief Complaint:  Little or no sleep for the past 2 days
Subjective: Patient reports that he has problems since 2003. He was stationed in
Iraq from 2/03 to 7/03 as infantry.
He began to develope nightmeares in 8/03. he reports similar nightmare. he
reports recurring dream in which his house is broken into, he and family
kidnapped, children are killed. Wife is raped and killed. He then wakes up. He
reports this dream frequently up to 4 nights in a row but can go weeks. He
reports that in the last week it occured 3 times. He states that he finds it
usettling and difficult to fall back asleep
He reports daytime irritabnility, isolation. He states he works regularly but
states he can feel low motivation, low energy

He reports he was discharged from service in Feb.
Marine Corps 1999-2007.
Moved here with family in Feb married 5 years, 2 children 1 on way.
Financial advisor for retirment

He reports that his wife encouraged him to come in.
He reports irritability, isolation, sitting in corner, hates going to Wal mart.

LAS 00465

# Progress Note

He denied any prior tx for mental health.
He denies family hx of mental illness

Admits to substance abuse alcohol aand drugs age 18~19, i.e Cocaine, marijuana,
alcohol nightly for several years until age 20. clean and mostly sober since
then

He denies any physical complaints

Vital Signs:
TEMPERATURE:      97.8 F [36.6 C] (04/11/2007 14:45)
PULSE:            69 (04/11/2007 14:45)
RESPIRATION:      10 (04/11/2007 14:45)
BLOOD PRESSURE:   132/86 (04/11/2007 14:45)
PAIN:             0 (04/11/2007 14:45)

Objective:WD/WN male alert oriented, cleanly dressed in NAD

Labs:

Mental Status:  Alert and oriented x3.  In good contact.  Spontaneous,
relevant and coherent.  Mood depressed, not anxious or aggitated.  Affect
appropriate, upressured speech content.
Eating fair, sleeps poor.  No psychomotor retardation.  Denied suicidal
and homicidal ideation.  No hallucinations delusions or loosening of
association noted. Memory including recent, remote, immediate recall
and judgement are not clinically impaired.  Insight and motivation fair.

MEDICATION REVIEW:  Active Outpatient Medications (including Supplies):

No Medications Found

Allergies:
No Known allergies

Assessment: Adjustment Disorder with PTSD Features

No Service Connected problems treated

Plan: I discussed my findings with the patient. Sx have been present for 3 years
but worse for unknown triggers lately. He was encouraged to pursue tx by his
wife.

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

LASKOWSKI, STANLEY
29 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA  18512

VISTA Electronic Medical Documentation

Printed at WILKES-BARRE VAMC

Page 42

LAS 00466

# Progress Note

After discussion decided to proceed with tx at Hs. Wil start with Trazodone 50
mg tabs. He wil begin with 1/2 tab increasing to 50 mg. He was educated on the
effect of med as well as side effects including dry mouth and priapism.
These will be picked up today.
Patient will also be given appt for PTSD screening to assess further need as his
sx have PTSD features.
Patient willing to accept followup and further tx in MHC.
He agreed to return for followup medication management, intake and future
followup
9          ** FUTURE APPOINTMENTS **
     DATE/TIME              CLINIC ( LOCATION )
  APR 18,2007@09:00    LAB3RDFLRWEST(SILVER AREA   (3RD FLOR WEST SILVER AREA)
  APR 18,2007@09:30    CP DERMATOLOGY   (5TH FLR(C5-24)SILVER AREA)
  APR 18,2007@11:00    CP LOVRINIC   (5TH FLR(C5-24)SILVER AREA)
  APR 20,2007@14:30    NURSE CLINIC 1N(PURPLE AR   (1ST FLOOR (GREEN AREA))
  APR 20,2007@15:00    CP MHC SANTOS   (5TH FLR(C5-24)SILVER AREA)
  APR 23,2007@10:30    CP AUDIO PATCHOSKI   (5TH FLR(C5-24)SILVER AREA)
  APR 24,2007@08:00    CASTRIGNANO EXAMS   (5TH FLR(C5-24)SILVER AREA)


Call as necessary and return to clinic on
  MST:
     Patient responded, no Military Sexual Trauma
  Tobacco Use Screen:
     Patient is a current smoker.
     Smoking cessation education refused.
  PROVIDER Med Reconciliation:
     Outpatient Medication Review
        A new medication is to be added after review of current medication
           profile at this clinic visit. See plan of care above.
        Comment: Trazodone 50 mg tab at qhs, may begin with 1/2 tab

/es/ BERNARD M BOROWSKI
Physician Assistant Certified
Signed: 04/12/2007 08:04

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

LASKOWSKI, STANLEY
29 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA  18512

VISTA Electronic Medical Documentation

Printed at WILKES-BARRE VAMC

Page 43

LAS 00467

Report Display
LASKOWSKI,STANLEY P III                                    Jun 30, 2009@09:50:43
                                                                           1/26/
04/11/2007 15:50    >> SCHEDULE RETURN TO CLINIC MHC
                    Intake Pierce/Lucas for evaluation
                    and med management < 30 days
ELECTRONICALLY ENTEREDStart: 04/11/2007 15:50
EMB                 Stop: 04/16/07                         /es/BERNARD M BOROW
                                                           Physician Assistant
                                                           04/11/2007 15:50
04/11/2007 15:49    TRAZODONE TAB 50MG                     Req: BOROWSKI,BERNARD M
                    TAKE ONE TABLET BY MOUTH AT BEDTIME
                    may start at 1/2 tab
                    Quantity: 30 Refills: 5

Room/Bed:

Printed: 06/30/2009 09:50                     D O C T O R ' S    O R D E R S
                                              VA FORM 10-1158

>>> Warning: Some list items lines may have been truncated.
>>> This list requires 240 characters/line.
>>> This device supports 132 characters/line.

MISC

10

Report Display
LASKOWSKI, STANLEY P III
                                                    Jun 30, 2009 09:50:43
                                                              1/26/78
    Printed: 06/30/2009 09:50
                                          VA FORM 10-1158
MEDICAL RECORD            D O C T O R ' S    O R D E R S
NOTE: Physician's signature must accompany each entry including standing order
Date and time for instituting and discontinuing the orders must be recorded
DATE & TIME |              O R D E R S              | SIGNATURES

04/11/2007 17:32  >> SCHEDULE NA in "group:psych dooley
                  II screen", in 2+x3, 6pts/group
                  max-per MD
                  NA in "group:psych dooley II screen",
                  in 2+wks, 6pts/group max-per MD
ELECTRONICALLY ENTERED Start: 04/11/2007 17:33          /es/MATTHEW DOOLEY
MD                     Stop: 04/18/07                    STAFF PSYCHOLOGIST
                                                         04/11/2007 17:33
04/11/2007 15:51  TRAZODONE TAB 50MG              Req: DOOLEY,MATTHEW
                  TAKE ONE TABLET BY MOUTH AT BEDTIME
                  MAY START AT 1/2 TAB may start at 1/2
                  tab
                  Quantity: 30 Refills: 5
                  <Requesting Physician Cancelled>
SERVICE CORRECTION Start: 04/11/2007
GAK               Stop: 02/04/08 09:29
04/11/2007 15:51  TABLET SPLITTER MISCELLANEOUS TABLET  Req: BOROWSKI,BERNARD M
                  SPLITTER
                  USE AS DIRECTED FOR TABLET SPLITTING
POLICY            Quantity: 1 Refills: 0
GAK               Start: 04/11/2007
                  Stop: 07/10/07
                                          Req: BOROWSKI,BERNARD M
LASKOWSKI, STANLEY P III
Loc: ZZZPATEL I PRICARE Date: 06/30/2009      MEDICAL RECORD
Room/Bed:
                                          D O C T O R ' S    O R D E R S
    Printed: 06/30/2009 09:50
                                          VA FORM 10-1158
MEDICAL RECORD            D O C T O R ' S    O R D E R S
NOTE: Physician's signature must accompany each entry including standing orders
Date and time for instituting and discontinuing the orders must be recorded
DATE & TIME |              O R D E R S              | SIGNATURES

M153

\* \* \* \* \* \* \* \* \* \* \*    CONFIDENTIAL Clinical Data (4y)   SUMMARY      pg. 5   06/30/2009 09:41
\SKOWSKI,STANLEY P III                                                        \* \* \* \* \* \* \* \* \* \* \* \* \*
                                                                              DOB:

------------------ RXOP - Outpatient Pharmacy (max 4 years) ------------------
                              (continued)
Drug...........................................................        Last

TABLET SPLITTER
   SIG: USE   AS DIRECTED FOR TABLET SPLITTING                04/11/2007 04/11/2007 (0)
       Provider: BOROWSKI,BERNARD M      Cost/Fill: $  2.13  Exp/Can Dt: 07/10/2007
------------------ RXUD - Unit Dose Pharmacy (max 4 years) -------------------
No data available
------------------ RXIV - IV Pharmacy (max 4 years) --------------------------
                              M68

12

# Consult Request

Printed On Sep 24, 2007

```
Current Pat. Status:    Outpatient
Primary Eligibility:         SERVICE CONNECTED 50% to 100%

Order Information
To Service:             WB CLERICAL SUPPORT FOLLOWUP FOR ORDERS-ADMIN CONSULT
From Service:           GROUP: PSYCH DOOLEY II SCREEN
Requesting Provider:    DOOLEY,MATTHEW
Service is to be rendered on an OUTPATIENT basis
Place:                  Consultant's choice
Urgency:                Routine
Orderable Item:         WB CLERICAL SUPPORT FOLLOWUP FOR ORDERS-ADMIN CONSULT
Consult:                Consult Request
Reason For Request:
SERVICE CONNECTED % - NONE FOUND
RATED DISABILITIES - NONE FOUND
PERIOD OF SERVICE - PERSIAN GULF WAR

Reason for Request: NA in "group:psych dooley II screen", in 2+wks,
6pts/group
max-per MD


Orders have been placed on LASKOWSKI,STANLEY P III on .
Please review chart and schedule appropriately the following:
SCHEDULE FOLLOW-UP APPT

CLINICIANS:  Please remember that if you are ordering any test on the
patient, you need to enter them into CPRS as if you would do on an
outpatient!!

Inter-facility Information
This is not an inter-facility consult request.

Status:                 COMPLETE
Last Action:            COMPLETE/UPDATE
Significant Findings:   Unknown

Facility
 Activity                    Date/Time/Zone      Responsible Person   Entered By
----------------------------------------------------------------------------
 CPRS RELEASED ORDER         04/11/07 17:33      DOOLEY,MATTHEW       DOOLEY,MATTHEW
 PRINTED TO N186$PRT-BIG 04/11/07 17:33
 COMPLETE/UPDATE             04/12/07 09:11      YENCHO,JILL A        YENCHO,JILL A
 this apt can only be made by mhc staff\ closing wb


Note: TIME ZONE is local if not indicated
```

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

LASKOWSKI, STANLEY
29 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA  18512

**VISTA Electronic Medical Documentation**

Printed at WILKES-BARRE VAMC

Page 7

LAS 00431



# Consult Request

Printed On Sep 24, 2007

Significant Findings: Unknown
-------------------------------------------------------------------------
No local TIU results or Medicine results available for this consult
=========================================================================
============================= END =======================================

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

LASKOWSKI, STANLEY
29 UNIVERSITY DRIVE
DUNMORE   PENNSYLVANIA   18512

**VISTA Electronic Medical Documentation**

Printed at WILKES-BARRE VAMC

Page 8

LAS 00432

14

LOCAL TITLE: PATIENT RECORD FLAG CATEGORY II -OIF/OEF
STANDARD TITLE: PATIENT RECORD FLAG
DATE OF NOTE: APR 17, 2007@11:32     ENTRY DATE: APR 17, 2007@11:32:05
     AUTHOR: COLLELO,KATHLEEN A   EXP COSIGNER:
     URGENCY:                          STATUS: COMPLETED

MRC Approved:  6/29/06
Job #06-24


Veteran newly identified:



Date of separation from military: 2/4/07
Active duty status: combat vet
Date of contact: 4/11/07
Referral source: Self

Reason for referral: see below


Service(s) need: Enrollment/Eligibility  Medical/Dental, Mental Health, Other:
Comp and pension.


Recommendations: Vet was seen as a walk-in in MRC from Triage. he also has a
comp and
pension claim.

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)      VISTA Electronic Medical Documentation

LASKOWSKI, STANLEY
29 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA   18512          Printed at WILKES-BARRE VAMC


                                                                    Page 38


LAS 00462

15

# Progress Note

4/11

Printed On Sep 24, 2007

/es/ KATHLEEN A COLLELO
SOCIAL WORKER
Signed: 04/17/2007 11:33

LASKOWSKI, STANLEY
39 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA   18512

VISTA Electronic Medical Documentation

Printed at WILKES-BARRE VAMC

LAS 00463

```
*  *  *  *  *  *  *  *  *  *  *  *  *  *   CONFIDENTIAL Clinical Data   4y) SUMMARY    pg. 51   06/30/2009 09:41
.ASKOWSKI,STANLEY P III

----------------------- CH - Chem & Hematology; max 4 years -----------------------
                                      (continued)
   Collection DT    Specimen    Test Name              Result     Units     Ref Range
```

| Collection DT | Specimen | Test Name | Result | Units | Ref Range |
|---|---|---|---|---|---|
| 04/18/2007 09:00 | BLOOD | BASO #" | | | |
| " | " | WBC | | u/cmm | |
| " | " | RBC | | u/cmm | |
| " | " | HGB | 14.6 | gm/dL | |
| " | " | HCT | | % | |
| " | " | MCV | 96.1 | u | |
| " | " | MCH | 33.3 | pg | |
| " | " | MCHC | 34.8 | gm/dL | |
| " | " | RDW | 12.9 | % | 11.5 - 14 |
| " | " | PLT | 243 | K/cmm | 130 - |
| " | " | MPV | 8 | | 7.4 - 10 |
| " | " | NEUTRO % | 60.3 H | % | 40 - |
| " | " | LYMPH % | 29.9 | % | 28 - |
| " | " | MONO % | 6.6 | % | |
| " | " | EOSIN % | 2.6 | % | |
| " | " | BASO % | .5 | % | |
| " | " | NEUTRO # | 4.3 | K/cmm | |
| " | " | LYMPH # | 2.1 | K/cmm | |
| " | " | MONO # | .5 | K/cmm | 0.3 - 0.9 |
| " | " | EOSIN # | .5 | K/cmm | |
| " | " | BASO # | 0.0 | K/cmm | 0.0 - 0.1 |
| 04/18/2007 09:00 | URINE | URINE COLOR | Light-Yellow | | |
| " | " | APPEARA | Clear | | |
| " | " | SPECIFIC GRAVITY | 1.007 | | 1.002-1.030 |
| " | " | URINE PH | 5.5 | | 4.8 - 7.5 |
| " | " | URINE PROTEIN | Neg. | | Neg. - |
| " | " | GLUCOSE | Neg. | | Neg. - |
| " | " | URINE KETONES | Neg. | | Neg. - |
| " | " | URINE BILIRUBIN | NEG | | Neg. - |
| " | " | URINE BLOOD | NEG | | Neg. - |
| " | " | NITRITE, URINE | NEG | | Neg. - |
| " | " | UROBILINOGEN | Norm. | EU/dL | Norm. - |
| " | " | LEUKOCYTE ESTERAS | NEG | | Neg. - |
| " | " | URINE WBC/HPF | <1 | /HPF | Occ. - |
| " | " | URINE RBC/HPF | [none] | /HPF | None - |
| " | " | SQ.EPTH | RARE | | |
| " | " | URINE BACTERIA | NoneObs | | |
| " | " | URINE YEAST | NoneObs | | |
| 04/18/2007 09:00 | SERUM | GLUCOSE | 114 H | mg/dL | 70 - 110 |
| " | " | UREA NITROGEN (CX | 8 | mg/dL | 6 - 20 |
| " | " | CREATININE (CX) | 1.1 | mg/dL | 0.5 - 1.2 |
| " | " | SODIUM (CX) | 136 | mmol/L | 135 - 145 |
| " | " | POTASSIUM (CX) | 4.2 | mmol/L | 3.6 - 5.0 |
| " | " | CHLORIDE (CX) | 104 | mmol/L | 101 - 111 |
| " | " | CO2 (CX) | 24.0 | mmol/L | 21 - 31 |
| " | " | eGFR | 84 | | |

```
----------------------- MIC - Microbiology (max 4 years) -----------------------
```

.o data available

```
----------------------- CY - Cytopathology (max 4 years) -----------------------
```

M22

# Progress Note

conduction threshold, bone conduction threshold, tympanometry, and

LOCAL TITLE: COMPENSATION AND PENSION NOTE
STANDARD TITLE: C & P EXAMINATION NOTE
    DICT DATE: APR 20, 2007@15:55     ENTRY DATE: APR 22, 2007@14:18:28
  DICTATED BY: SANTOS,FRANCISCO F   EXP COSIGNER:
    URGENCY:                           STATUS: COMPLETED

EXAM TYPE:  Stress disorder compensation and pension.

GENERAL DATA:  Mr. Stanley Laskowski III is a 29-year-old white
male, married, who lives in Dunmore, Pennsylvania.

SOURCES OF INFORMATION:
A.   Review of C-folder.
B.   Electronic records at the Wilkes-Barre VA Medical Center.

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)   VISTA Electronic Medical Documentation

LASKOWSKI, STANLEY
29 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA  18512                Printed at WILKES-BARRE VAMC

LAS 00449

# Progress Note

C. Self report.

MEDICAL AND OCCUPATIONAL HISTORY:  PSYCHIATRIC - Besides his one and only visit so far at Mental Hygiene Clinic in Wilkes-Barre VA Medical Center on April, 11, 2007 for complaints of sleep disturbance, he has had no other history of contact with mental health the whole time, premilitary as well as while in the military.

He admits to drinking alcohol, consuming on the average a 6-pack of beer a month.  He denies use of illicit drugs currently.

He did have history of illicit drug use before he joined the military service, using drugs like marijuana, cocaine, and LSD but never needles.  He had ceased using drugs and has never had any for at least the past 8 years.

He has had minor infractions with the law before he joined the military service.  One time he was charged with receiving stolen property.  He was put on probation but was dropped because it was his first offense.  He also had been involved in minor drug busts and traffic tickets for speeding.

MEDICAL HISTORY - He is in relatively good physical health.  He is not on any medications currently for medical indications.

He had a right arm injury in 2002 while stationed in Okinawa, after he fell from the stairs.  He was apparently inebriated from alcohol when this occurred.

PERSONAL AND SOCIAL HISTORY:  He was an only child.  His parents divorced when he was about 2 years of age.  He lived with his mother until about 5 years of age.  He described his mother to be a substance abuser who uses alcohol and drugs.  His father too was an excessive alcohol drinker.  From the age of 6 to 7 years old he was under the care of his father's sister and from 8 years old until he reached adulthood he was under the custody of his father, who got married to his stepmother in 1985.

He went to high school at Bishop O'Hara in Dunmore, Pennsylvania, graduating in 1996.  He had good grades prior when he was in grade school, about decent grades in high school as he reported.  When he was in high school he used to hang out with the "stoners".  He had some behavioral issues at that time, having fights with classmates leading to school suspension.

For the next 3 years after finishing high school he went into a period of endless lifestyle, having odd jobs, using drugs, and

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

LASKOWSKI, STANLEY
29 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA  18512

VISTA Electronic Medical Documentation

Printed at WILKES-BARRE VAMC

Page 26

LAS 00450

# Progress Note

chasing women. He finally realized that his life is not going anywhere and wanting since high school to be a Marine, like his father who served the Marines, he enlisted in 1999 into the US Marine Corp. He served a total of 8 years of active duty until 2007.

During the start of the Iraqi Freedom War, he was a member of the invasion forces of the 3rd Battalion 5th Marine 1st Marine Division as a squad leader. He had a total of about 5-6 months in Iraq and he participated from the time his unit started from the southern tip of Iraq until they reached Baghdad. He was in combat through this period of time and they had at least 2 confrontations on Highway 1 and ones in Baghdad.

In a town called Nunilniyah, which is about northeast of Nasiriyah, Iraq, a house exploded and the aftermath of this incident was a body of a 6-month-old Iraqi killed, which was almost nothing was left of this child. In another incident, this also occurred in April of 2003, while his unit was on Highway 1 a soldier by the name of Eric Silva got shot by enemy fire and the bullet went through this soldier's ribcage and out into his anterior chest. This soldier was killed on the same day.

After his return from Iraq in July 2003, he served the rest of his tour of duty in the Marine Corp at Parish Island, South Carolina as a rifle instructor. After his second reenlistment was up, not wanting to return back to Iraq, he decided to leave the US Marine Corp. He was discharged in February 2007 honorably with a rank of E-5. He has a Combat Action Ribbon from his involvement with the Iraqi Freedom War.

He got married about 5 years ago while he was in active duty in the US Marine Corp on one of his vacation times. He met his wife in California. He described his marriage now as good. His wife he calls bullheaded, the same as he does. They go into screaming matches but they do not hold any grudges, for they make up their differences afterwards. His wife now is pregnant and they do have 2 young children, a 4-year-old daughter and a 2-year-old son. He has a close family relationship. He is intimate with his wife and affectionate as well to his own children.

About 2 weeks ago, he found a job with Keystone Financial Management as a financial advisor, selling products like insurance and investments. He is still on probationary status but he is working long hours, putting in the past 2 weeks about 40 hours per week. He finds the job interesting. He is doing

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

LASKOWSKI, STANLEY
29 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA   18512

VISTA Electronic Medical Documentation

Printed at WILKES-BARRE VAMC

LAS 00451

# Progress Note

Printed On Sep 24, 2007

well overall.  He has his insurance license now.  He is not quite sure at this point as to whether he will keep this employment long-term.  His compensation is on a commission basis.

He attempted college through on-line college courses some time last year through a college in Missouri, pursuing some courses in criminal justice, taking a few courses only.

Outside of his current employment he spends most of his time at home, spends quality time with his children especially on weekends.  He would also take his children to their grandparent's house.

SUBJECTIVE COMPLAINTS:  The first symptom he mentioned in this meeting is nightmares with repeated themes and with this particular dream he had it at least about 4-5 times since he had been back from Iraq in February 2007 and the last time was 2 nights ago.  The dream is about someone coming into his house, killing his children, raping his wife, and kidnapping him and bringing him into a van.  He does also have dreams sporadically on events that happened to him in Iraq and one of which is the incident when Eric Silva was shot on Highway 1 and another dream he has is the explosion of the house where practically nothing was left of this 6-month-old baby.

He does have sleep disturbance and this was his main complaint when he came for the first time for formal mental health assistance at Wilkes-Barre VA Medical Center on April 11, 2007.

He avoids crowds.  He does not want to be in crowds like in movie houses or restaurants.  When he has no choice and had to go to a restaurant he would usually sit at the corner.

He continued to be hypervigilant, tends to be looking around anticipating something negative to happen.  He does have fears and his main concern is more of the welfare of his wife and children.  He has to be sure when a car drives by his house to see where it is going.

He also feels edgy every day and he would have moodiness, outbursts of temper, which he calls "angry a lot", usually against his children and his wife and then feeling sorry for his outbursts later on.

He does admit to feelings of depression, occurring at least 2 times per week, lasting a day or 2.  During these times he would feel like crying and questioning his competence, "What am I

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

LASKOWSKI, STANLEY
29 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA   18512

VISTA Electronic Medical Documentation

Printed at WILKES-BARRE VAMC

Page 28

LAS 00452

# Progress Note

accomplishing". When he is in this state of emotion his energy level is down as well as his appetite is poor.

He felt that he began having symptoms of anxiety about a few months after his return from Iraq in 2003. He was then in Parish Island, South Carolina. He attempted to get information on how to ask help for emotional problems, that is to go to a Naval facility to get treatment, but he was advised to first talk to a chaplain. With his strong reservations of talking about these incidents in Iraq, he decided not to pursue talking to a chaplain but rather kept his problems into himself.

OBJECTIVE FINDINGS: He was a medium built white male. Alert and oriented in 3 spheres. Casually dressed. Personal hygiene was good. His mood was moderately nervous. Affect was constricted. He was serious-looking. Speech was forceful but relevant. Some mild amount of depression as well. He is endorsing nightmares of being harmed as well as themes involving events in Iraq, as well as intrusive recollections of the same events in Iraq. No actual panic attacks. Denies suicidal and homicidal thinking. He also denies auditory and visual hallucinations. No delusional thinking gathered. He has no suicidal and homicidal thinking. Remote and recent memory are intact. Judgment is fair and insight is fair.

ASSESSMENT: WITH A COMBAT ACTION RIBBON, CONCEDING COMBAT EXPOSURE DURING THE IRAQ FREEDOM WAR INVASION OF IRAQ WHILE SERVING THE US MARINE CORP, HE MET THE CRITERIA FOR STRESSOR. HE CONTINUE TO RELIVE DISTURBING TRAGIC EVENTS IN IRAQ UNTIL THIS TIME, IN THE FORM OF NIGHTMARES AS WELL AS INTRUSIVE RECOLLECTIONS, OF THOSE EVENTS AS INDICATED ABOVE. HE DOES HAVE SOME PERSISTING SYMPTOMS OF AVOIDANCE INCLUDING SUPPRESSION OF THESE EVENTS AND MEMORIES FOR YEARS UP UNTIL HIS DISCHARGE FROM THE US MARINE CORP, INABILITY TO WITHSTAND CROWDS OF PEOPLE, AND SYMPTOMS OF NUMBING; THAT IS HAVING TO KEEP TO HIMSELF, EXPRESSING MORE EMOTIONS OF ANGER THAN EMOTIONS OF WARMTH, AND HAVING PERSISTING SYMPTOMS OF HYPERAROUSAL IN THE FORM OF SLEEP DISTURBANCE, OUTBURSTS OF TEMPER, AND FEELING EDGY AS WELL AS HYPERVIGILANCE. HE DOES MEET THE MINIMUM SYMPTOMS CRITERIA FOR POSTTRAUMATIC STRESS DISORDER.

HE DOES EXHIBIT, THOUGH, IMPROVEMENT IN HIS PSYCHIATRIC AND PSYCHOLOGICAL MAKEUP NOTED BY ABILITY TO BE PRODUCTIVELY EMPLOYED SINCE ABOUT 2 WEEKS AGO WITH OVERALL GOOD PERFORMANCE AS A FINANCIAL ADVISOR WITH KEYSTONE FINANCIAL MANAGEMENT, HAVING CAPACITY TO MAINTAIN A GOOD FAMILY RELATIONSHIP WITH HIS CURRENT MARRIAGE AS WELL AS HIS 2 CHILDREN, AND DIMINISHMENT OF FREQUENCY OF THE NIGHTMARES, HIS SOCIAL IMPAIRMENT AND

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)

LASKOWSKI, STANLEY
29 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA  18512

VISTA Electronic Medical Documentation

Printed at WILKES-BARRE VAMC

LAS 00453

# Progress Note

OCCUPATIONAL IMPAIRMENT WILL BE CONSIDERED TO BE IN THE MILD
DEGREE.

DIAGNOSES:
AXIS I:  POSTTRAUMATIC STRESS DISORDER, CHRONIC.
AXIS II:  DEFERRED.
AXIS III:   HISTORY OF INJURY TO RIGHT ARM.
AXIS IV:  STRESSOR - EXPOSURE TO COMBAT IN IRAQ, RECENT
DISCHARGE FROM THE US MARINE CORP.
AXIS V:  GLOBAL ASSESSMENT OF FUNCTIONING PAST YEAR 55,
PRESENTLY 65.

MR. LASKOWSKI IS CAPABLE OF HANDLING HIS OWN FINANCIAL AFFAIRS.

FFS/OSi/226074/0/04/22/2007 13:27:29/dj/D:04/20/2007
16:25:19/T:04/22/2007
13:27:29/VAJob#:/IChartJob#23253672/18479297


/es/ FRANCISCO F SANTOS, M.D.
STAFF PSYCHIATRIST BEHAVIORAL SVCS
Signed: 04/23/2007 08:21

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)     VISTA Electronic Medical Documentation

LASKOWSKI, STANLEY
29 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA  18512

Printed at WILKES-BARRE VAMC

STANDARD TITLE: C & P EXAMINATION NOTE
DATE OF NOTE: APR 23, 2007@10:30     ENTRY DATE: APR 23, 2007@14:04:48
    AUTHOR: PATCHOSKI,PHILIP E     EXP COSIGNER:
    URGENCY:                              STATUS: COMPLETED

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)          VISTA Electronic Medical Documentation

LASKOWSKI, STANDRY
29 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA  18512                    Printed at WILKES-BARRE VAMC

Page 23

LAS 00447

# Progress Note

AUDIOMETRIC COMPENSATION AND PENSION EXAMINATION

DATE OF EXAMINATION:  April 23, 2007

SECTION A.  REVIEW OF MEDICAL RECORDS:

The veteran's C-file was reviewed prior to this Audiometric
Compensation and Pension Examination to find reference to
puretone audiometry throughout the veteran's active duty
military service from 1999 to February 5th, 2007.  Reference to
normal hearing sensitivity was noted in 1999, and a slight but
significant threshold shift was noted in 2005 following deployment
Iraq.  This threshold shift noted in 2005 was consistent with
noise exposure and was primarily in the right ear.  It was borderline
mild high frequency hearing loss that was diagnosed at that time.

SECTION B.  MEDICAL HISTORY:

SUBJECTIVE COMPLAINTS:  The veteran reports experiencing a
constant bilateral tinnitus attributed to his combat military
service while in Iraq in 2003.  He reports many instances of
combat noise explosions, et cetera, which he feels are responsible
for the current condition related to tinnitus.  He is unsure as
to the status of his hearing sensitivity but does report that
at times understanding conversational speech in challenging
listening environments may become difficult.  He denies a history
of chronic ear disease, vertigo, gait, or balance disorders.
He also denies a histroy of civilian occupational or recreational
noise exposure.

SECTION C.  PHYSICAL EXAMINATION:

OBJECTIVE FINDINGS:  Right Ear: 500 Hz: 5 dB, 1000 Hz: 5 dB,
2000 Hz: 5 dB, 3000 Hz: 5 dB, 4000 Hz: 20 dB; four frequency
average: 9 dB.  Left Ear: 500 Hz: 5 dB, 1000 Hz: 5 dB, 2000 Hz:
5 dB, 2000 Hz: 5 dB, 3000 Hz: 5 dB, 4000 Hz: 20 dB; four frequency
average: 9 dB.

Speech Recognition Score:  100% right ear, 100% left ear.

SECTION D.  DIAGNOSTIC AND CLINICAL TEST RESULTS:

An otoscopic examination finds both external auditory canals
to be free and clear of excessive cerumen, allowing a complete
visual inspection of both tympanic membranes which appear to be
normal and intact.

Speech reception threshold, speech recognition, puretone air

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)

LASKOWSKI, STANLEY
39 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA   18512

VISTA Electronic Medical Documentation

Printed at WILKES-BARRE VAMC

LAS 00448

# Progress Note

conduction threshold, bone conduction threshold, tympanometry, and acoustic reflexes are otherwise indicative of essentially normal hearing sensitivity.

SECTION E.  CONCLUSIONS AND DIAGNOSES:

SUMMARY OF TEST RESULTS:  Puretone audiometric test results reveal normal hearing sensitivity at 250-8000 Hz in a symmetrical hearing configuration.  The once noted mild hearing loss related to noise exposure evidenced in c-file in 2005 has improved to normal levels suggesting that previous results were as a result of a temporary threshold shift.  However, thresholds at 4KHz. are elevated when compared to the rest of the configuration and though it is still within normal limits, it does reflect a change from initial examination dated 1999.

Middle ear function is normal, and acoustic reflexes are obtained at levels consistent with the puretone audiometric configuration.

The VA Form 21-2507 does not request a medical opinion in this matter concerning hearing loss and/or tinnitus, and therefore none will be provided.

d- 4-23-2007   11:08 a.m.
c- 4-23-2007   1:00 p.m.
TA2
#30322

es  PHILIP E PAZCHOSKI Aud.

26

4/24

LOCAL TITLE: COMPENSATION AND PENSION NOTE
STANDARD TITLE: C & P EXAMINATION NOTE
DATE OF NOTE: APR 24, 2007@08:32    ENTRY DATE: APR 24, 2007@08:32:16
   AUTHOR: CASTRIGNANO,DOMINIC  EXP COSIGNER:
URGENCY:                        STATUS: COMPLETED


             GENERAL  MEDICAL  EXAM


   A. REVIEW OF MEDICAL RECORDS.

       CLAIMS FILE Reviewed.

       The medical records of the Wilkes-Barre VA Medical Center
       were reviewed.

       This veteran claims Service Connection for the following
       injuries and diseases found OCCURRED DURING ACTIVE SERVICE:

       1. Skin Rashes.
       2. RIGHT Hip Bursitis.
       3. RIGHT Arm Fracture.
       4. Chronic LEFT Hip Pain.
       5. SINUSITIS.
       6. RIGHT Heel Spur.
       7. Hearing Loss.
       8. Tinnitus.
       9. Post-Traumatic Stress Disorder.

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation

LASKOWSKI, STANLEY
29 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA  18512

Printed at WILKES-BARRE VAMC

LAS 00443

27

# Progress Note

B. MEDICAL HISTORY.

OCCUPATION HISTORY -
USUAL OCCUPATION: Consultant for John Hancock.
WORK TIME LOST DUE TO HEALTH PAST 12 MONTHS: Yes.
ABSENT from work 3 days due to RIGHT Hip Bursitis Pain.

ACTIVE CONDITIONS/CURRENT TREATMENT.

RIGHT HIP BURSITIS -
Motrin 800mg twice a day / NO pain relief / NO side effects.

POST-TRAUMATIC STRESS DISORDER -
Trazodone 25mg daily at bedtime / Adequate sleep response.
WITH Side Effect of nausea, vomiting the next day.
Veteran stopped taking Trazodone due to side effect.

SURGERY/HOSPITAL HISTORY:

1994 - Admission for Concussion due to Motor Vehicle Accident.

C. PHYSICAL EXAMINATION.

GENERAL:  29 Year Old Male in NO Acute Physical Distress.

VITAL SIGNS:
BLOOD PRESSURES: 136/81,  118/75,  132/86
PULSE: 72
RESPIRATION: 18
HEIGHT: 5'8"
WEIGHT: 180

DOMINANT HAND:  RIGHT Handed for Writing & Working.

POSTURE/GAIT:  Normal Posture / Steady Gait.

SKIN:  SEE DERMATOLOGY/SKIN C/P EXAM.

HEAD:  Atraumatic/Normocephalic.

EYES:  NO Vision Problem Noted.
Pupils Equal/Reactive to Light.
Extra-Ocular Muscles Intact.

EARS:  CLAIMS HEARING LOSS/TINNITUS.

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

VISTA Electronic Medical Documentation

LASKOWSKI, STANLEY
29 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA   18512

Printed at WILKES-BARRE VAMC

LAS 00444

# Progress Note

SEE AUDIOLOGY C/P EXAM.
External Canals Patent / NO Discharge.
Tympanic Membranes Intact / NO Scarring.

NOSE:   Septum Midline / Turbinates Patent / NO Discharge.

SINUSES:  CLAIM FOR SINUS CONDITION -
=======================================
MEDICAL HISTORY/SINUSES.
ONSET: DURING Active Military Service.
CIRCUMSTANCES: August, 2005 at Paris Island.

LOCATION/NATURE OF INJURY/DISEASE: Frontal/Peri-Orbital Sinuses.

TREATMENT -
SURGERY: None.
MEDICATIONS/RESPONSE/SIDE EFFECTS:
Anti-histamine treatment at Paris Island with relief
of sinus pains/NO side effects.

SUBJECTIVE COMPLAINTS -
=======================
INTERFERENCE BREATHING THROUGH NOSE: No.

WATERY DISCHARGE FROM NOSE: No.
PURULENT DISCHARGE FROM NOSE: Yes - Periodic yellowish discharge.

DYSPNEA AT REST: No.
DYSPNEA ON EXERTION: No.

SINUS PAIN: Yes - Frontal & Peri-Orbital.
SINUS HEADACHES: No.

NASAL ALLERGIC ATTACKS: None.
SINUS ALLERGIC ATTACKS: None.

OTHER SYMPTOMS: None.

PERIODS OF INCAPACITATION REQUIRING BED REST AND
TREATMENT BY A PHYSICIAN: None.

FUNCTIONAL IMPAIRMENT RELATED TO NOSE/SINUS CONDITION -
=======================================================
USUAL OCCUPATION: Consultant for John Hancock.
                  NO affect on work.
ACTIVITIES OF DAILY LIVING: NO Affect.

PHYSICAL EXAMINATION/SINUSES.

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)   VISTA Electronic Medical Documentation

LASKOWSKI, STANLEY
29 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA  18512

Printed at WILKES-BARRE VAMC

Page 21

LAS 00445

# Progress Note

```
NOSE -
=====
SEPTAL DEVIATION: None.
NOSTRIL INFLAMMATION: None.
NOSTRIL DISCHARGE: Yes - Yellowish Mucus.
NOSTRIL OBSTRUCTION: None.
NASAL POLYPS: None.
RHINOSCLEROMA: None.


SINUSES -
=======
TENDERNESS: None.
PURULENT DISCHARGE: Yes.
CRUSTING: None.
------------------------------------------------------------
```

```
THROAT:   Normal Oro-Pharyngeal Mucosa.

NECK:   Supple / NO Masses / NO Thyromegaly.
        NO Carotid Artery Bruits/Jugular Vein Distention.

LUNGS:   Clear / NO Cough, Wheeze, Dyspnea.

HEART:   Rate 72-76 / Regular S1-S2 / NO Murmur.

VASCULAR:   Palpable Peripheral Pulses.
            NO Signs of Arterial Ischemia/Venous Insufficiency.

ABDOMEN:   Non-Tender / NO Masses.

RECTAL:   DEFERRED.

GENITAL:   DEFERRED.

MUSCULO-SKELETAL:   5/5 Motor Power Upper & Lower Extremities.

        NO Spine Pathology Noted.
        Normal Mobility in Cervical & Lumbo-Sacral Spine.

        JOINT PATHOLOGY NOTED.
        SEE ORTHOPEDIC/JOINTS C/P EXAM.
        SEE PODIATRY/FEET C/P EXAM.

NEURO:   Cranial Nerves II-XII Intact.
         Symmetric 2+ Reflexes / Normal Coordination.
         NO Focal Sensory/Motor Deficits.
```

LAS 00446

# Progress Note

PSYCH:   CLAIMS POST-TRAUMATIC STRESS DISORDER.
         SEE PSYCHIATRY/STRESS DISORDER C/P EXAM.

D. DIAGNOSTIC AND CLINICAL TESTS.

   1. CHEST X-RAY:  NO Acute/Chronic Lung Disease.

   2. URINALYSIS:  NEGATIVE Protein, Glucose, Ketones, Blood.

   3. COMPLETE BLOOD COUNT:  Within Normal Limits.

   4. BLOOD CHEMISTRY:  Fasting Blood Glucose 114
                    Blood Urea Nitrogen 8 / Creatinine 1.1

   5. X-RAY SINUSES:
     Report:
     Paranasal sinuses
     The examination reveals satisfactory development of the
     maxillary, ethmoid, frontal and sphenoid sinuses. The sinuses are
     clear and well aerated revealing no mucosal thickening, mass
     densities or retained fluid. The osseous margins are intact.
     Impression:
     Normal Paranasal Sinus study.

E. DIAGNOSIS.

   1. CHRONIC SINUSITIS.
   2. SEE AUDIOLOGY C/P EXAM.
   3. SEE DERMATOLOGY/SKIN C/P EXAM.
   4. SEE ORTHOPEDIC/JOINTS C/P EXAM.
   5. SEE PODIATRY/FEET C/P EXAM.
   6. SEE PSYCHIATRY/STRESS DISORDER C/P EXAM.

E CASTRENADO, DO

# Progress Note

STAFF PHYSICIAN BEHAVIORAL SVCS

```
    LOCAL TITLE: NSG NURSING NOTE(T)
STANDARD TITLE: NURSING NOTE
DATE OF NOTE: MAY 11, 2007@13:00       ENTRY DATE: MAY 11, 2007@13:00:49
    AUTHOR: KOVALCHIK,MARC A       EXP COSIGNER:
    URGENCY:                          STATUS: COMPLETED

Vital Signs:

TEMPERATURE: 98.8 F [37.1 C] (04/26/2007 14:06)
PULSE:       92 (04/26/2007 14:06)
RESPIRATION: 20 (04/26/2007 14:06)
BP:          136/76 (04/26/2007 14:06)
PAIN:        5 (04/26/2007 14:06)

DATA:

ASSESSMENT:

PLAN:
  Preventive Health Screen:
    Annual Preventive Health Screen Information

        ALTERNATIVE THERAPY INFORMATION
          No Herbal/Alternative Therapy taken.
          Patient is taking Over The Counter medications.
            OTC Meds: exederin,niquil
        HYPERTENSION/OBESITY
        Patient's BMI is <21 or >25.  Current BMI: 27.4
        Patient has been diagnosed with hypertension, diabetes mellitus or
          has a BMI <21 or >25.  Indicate if patient has been evaluated
          by a dietitian in the past year.
        Patient HAS NOT been evaluated by a dietitian in the past year.
        Patient declines Nutrition Clinic consult.

        ALLERGY INFORMATION
          Patient states 'No Known Allergies".  Primary Care provider must
            enter this information in CPRS.
        SAFE IN HOME ENVIRONEMENT QUESTIONS
        Patient feels safe in home environment.
        PULMONARY
        Patient does not use an inhaler/nebulizer.
        ADL QUESTIONS
        Patient DOES NOT need assistance with ADL.
        Patient reports NO decrease/loss of self-care skills within past
          month.
```

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

LASKOWSKI, STANLEY
29 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA  18512

VISTA Electronic Medical Documentation

Printed at WILKES-BARRE VAMC

# Progress Note

Patient reports NO decrease/loss of mobility within past month.
Patient reports NO difficulty in swallowing.
DIABETES QUESTIONS
Patient IS NOT diabetic.
SEATBELT/HELMET SAFETY QUESTIONS
Do you wear a seatbelt when driving or riding in a car?
   Comment: Yes
Do you wear a helmet when riding a motorcycle or bicycle?
   Comment: NOT APPLICABLE

PREVENTIVE HEALTH EDUCATION SECTION
   Education Topic & Level of Understanding

/es/ MARC A KOVALCHIK
MSNRN
Signed: 05/11/2007 13:05

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation

LASKOWSKI, STANLEY
29 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA  18512

Printed at WILKES-BARRE VAMC

LAS 00443

# Progress Note

CRNP Psych Mental Health-BC

LOCAL TITLE: PSYCH INTAKE ASSESSMENT
STANDARD TITLE: PSYCHIATRY INPATIENT NOTE
DATE OF NOTE: MAY 11, 2007@13:11    ENTRY DATE: MAY 11, 2007@13:11:27
    AUTHOR: LUCAS,EUGENE T JR    EXP COSIGNER:
    URGENCY:                        STATUS: COMPLETED

MRC Approved 3/15/05
Job # 05-05

Age: 29  GENDER: MALE   RACE: WHITE
MARITAL STATUS:  Married.


CLINICAL HISTORY

PRESENTING CHIEF COMPLAINT:
I get angry and irritable.


HISTORY OF CURRENT ILLNESS:
I went to the USMC and ultimately ended up in Iraq for the invasion. I
saw some things that stay with me. They come out of nowhere and it makes
me angry and upset with the people I love.


PAST PSYCHIATRIC HISTORY:
I came in once about a month ago because I couldn't sleep for about three
days. This happens twice a month to twice a week sometimes.


HISTORY OF SUICIDAL ACTS AND SELF-HARM:
None

HISTORY OF VIOLENCE/ASSAULTING OTHERS/LEGAL PROBLEMS:
Receiving stolen property was removed due to probation.


SUBSTANCE USE HISTORY:
Prior to military was involved in marijuanna and cocaine, alcohol he
was drinking a twelve pack a night. Stopped drugs prior to Marines,
slowed down with alcohol since about 2003. social drinker now,
occasional binge.

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)    VISTA Electronic Medical Documentation

LASKOWSKI, STANLEY
29 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA  18512          Printed at WILKES-BARRE VAMC

LAS 00438

# Progress Note

MENTAL ILLNESS AND SUBSTANCE ABUSE IN FAMILY MEMBERS:
Mother was drug addict and alcoholic, many rehabs, dad was alcoholic.

PSYCHOSOCIAL HISTORY:
 a) Childhood/Developmental History: Was suspended from school for fighting, HS grad, 2 years of college with
no degree, dad was domestic abuser.

 b) Adult Relationship History: Outgoing in HS, no problems meeting people, since he returned more
careful of meeting people. Heterosexual preference

 c) Current significant family and/or peer group relationships:
Dad there for him, his wife also. Has a cousin Ron who is engaged.

 d) Financial Status, Housing, Employment, Leisure Time Issues: Good finances, rents, Keystone Financial Mgt. since Mar 24, 07, as an
advisor, works for fun, out to eat, sped time with kids, TV, music.

 e) Religious/Spiritual or Cultural Issues that might influence treatment:
None

 f) Relevant community resources accessed by patient:
Kids are on CHIP

MILITARY HISTORY:
 Branch:
Joined the US Marines in 1999, Parris Island, Camp Pendleton, back to Parris island as a rifle instructor. To Iraq in 2003, Combat, in invasion force as a member of the infantry, much action, there six months, small arms, artillery and other explosions were part of experience. Saw a house explode and the remains of a six month old baby, saw another Marine killed in front of him. Has other random memories like the first bullet whizzing past his head. Left and returned to Parris island and was honorably discharged in 2/6/07. Rank was Sergeant, has Combat Action Ribbon, OIF medal, GWAT medals, 2 NAMPS, one with combat valor.

MEDICAL INFORMATION

(include response to medications, any medication side effects)

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)

LASKOWSKI, STANLEY
29 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA   18512

VISTA Electronic Medical Documentation

Printed at WILKES-BARRE VAMC

Page 15

LAS 00439

# Progress Note

Printed On Sep 24, 2007

a) CURRENT MEDICAL PROBLEMS: Back Pain, Other Sleep Disorders, Other (specify)
Disrupted sleep problems

b) CURRENT SIGNIFICANT PAIN PROBLEMS: Yes
Stomach pain

c) NUTRITION ASSESSMENT: Well developed, well nourished

d) CURRENT VA-PRESCRIBED MEDICATIONS:
Active Outpatient Medications (including Supplies):

| Active Outpatient Medications | Status |
|---|---|
| 1)   TABLET SPLITTER USE    AS DIRECTED FOR TABLET SPLITTING | ACTIVE |
| 2)   TRAZODONE 50MG TAB TAKE ONE TABLET BY MOUTH AT BEDTIME MAY START AT 1/2 TAB | ACTIVE |

e) CURRENT NON-VA MEDICATIONS:
Excedrin for headache

f) CURRENT NICOTINE AND CAFFEINE USE:
Smokes 1 PPD for 14 years, coffee at a pot a day

ALLERGIES AND ADVERSE DRUG REACTIONS:
Patient has answered NKA

MENTAL STATUS EXAM:
-------------------
ORIENTATION AND CONSCIOUSNESS:
alert and attentive
oriented x3
APPEARANCE AND BEHAVIOR:
cooperative and reasonable
grooming appropriate
SPEECH:
normal rate/rhythm
LANGUAGE:
intact
MOOD AND AFFECT:
affect is congruent with mood
affect is wide range
mood anxious
PERCEPTUAL DISTURBANCE (hallucinations, illusions):
Other: Hypnopompic and hypnogogic experiences
details:
Sees things upon awakening and falling asleep, have to do with

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

LASKOWSKI, STANLEY
29 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA   18512

VISTA Electronic Medical Documentation

Printed at WILKES-BARRE VAMC

LAS 00440

# Progress Note

combat experiences
THOUGHT PROCESS AND ASSOCIATION:
  normal, coherent
THOUGHT CONTENT (delusions, obsessions etc.):
  no unusual thought content
  details:  Very focused on things at times
SUICIDAL OR VIOLENT IDEATION:
  none
INSIGHT:
  good
JUDGMENT:
  good
  impulsive
MEMORY:
  intact
FUND OF KNOWLEDGE
   Above Average
MENTAL STATUS COMMENTS:
Patient with NM, FB, intrusive thoughts, irritability, anger and sleep
disturbance
SUMMARY AND FORMULATION:
------------------------
Patient with PTSD and depressive symptoms.
                  INITIAL DSM-IV DIAGNOSIS:
Axis I Clinical Disorder:
  Anxiety Disorder:  PTSD,chronic
  Depressive Disorder:  NOS (Not Otherwise Specified)
Axis II Personality Disorders/Traits:
  None
Axis III Current Medical Conditions:  See Medical History above
Axis IV Current Psychosocial Stressors:
 social environment

Axis V GAF Score (current level of functioning): 65
Initial Treatment Plan:
Patient will try Clonazepam 0.5mg at HS for sleep, Buproprion at 100mgg
in AM for irritability and anger, follow up in two months, refer to
Psychology for PTSD follow up.
Long Term goals Reduce symptoms increase coping, improve sleep

Anticipated Duration:Chronic/Ongoing

/es/ Eugene T. Lucas Jr.
CRNP Psych Mental Health-BC
Signed: 05/11/2007 13:48

Receipt Acknowledged By:
05/11/2007 14:10      /es/ ARUNA BHATIA

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)   VISTA Electronic Medical Documentation

LASKOWSKI, STANLEY
29 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA  18512                Printed at WILKES-BARRE VAMC

LAS 00441

Report Display
LASKOWSKI, STANLEY P III                              Jun 30, 2009 09:50:43

Printed: 06/30/2009 09:50                      VA FORM 10-1158

| MEDICAL RECORD | D O C T O R ' S   O R D E R S |
NOTE: Physician's signature must accompany each entry including standing orders
Date and time for instituting and discontinuing the orders must be recorded

| DATE & TIME | O R D E R S | SIGNATURES |

05/11/2007 13:46    BUPROPION TAB 100MG
                    TAKE ONE TABLET BY MOUTH DAILY with
                    food
                    Quantity: 30 Refills: 2
                    <Requesting Physician Cancelled>            /es/Eugene T. Lucas
ELECTRONICALLY ENTEREDStart: 05/11/2007                      CRNP Psych Mental H
EL              Stop: 05/17/07 15:03                         05/11/2007 13:47
                                                             Req: LUCAS, EUGENE T JR
05/11/2007 13:45    CLONAZEPAM TAB 0.5MG
                    TAKE ONE-HALF TABLET BY MOUTH AT
                    BEDTIME when you fall asleep at nite
                    Quantity: 15 Refills: 2
ELECTRONICALLY ENTEREDStart: 05/11/2007                      /es/Eugene T. Lucas
                                                             CRNP Psych Mental H
                                                             05/11/2007 13:47

                                          Req: BOROWSKI, BERNARD M

LASKOWSKI, STANLEY P III
LOC: ZZZPATEL I PRICARE Date: 06/__ _009                     MEDICAL RECORD
Room/Bed:
                                                             D O C T O R ' S   O R D E R S
Printed: 06/30/2009 09:50
                                                             VA FORM 10-1158

| MEDICAL RECORD | D O C T O R ' S   O R D E R S |
NOTE: Physician's signature must accompany each entry including standing orders
  e and time for instituting and discontinuing the orders must be recorded

| DATE & TIME | O R D E R S | SIGNATURES |

M153

05/11/2007 14:00    CLONAZEPAM TAB 0.5MG
                    TAKE ONE-HALF TABLET BY MOUTH AT
                    BEDTIME -- WHEN YOU FALL ASLEEP AT
                    NITE when you fall asleep at nite
                    Quantity: 15 Refills: 2
SERVICE CORRECTION      Start: 05/11/2007
MC                      Stop: 05/31/07

05/11/2007 13:59    BUPROPION TAB 100MG               Req: LUCAS,EUGENE T JR
                    TAKE ONE TABLET BY MOUTH DAILY WITH
                    FOOD with food
                    Quantity: 30 Refills: 2
                    <Requesting Physician Cancelled>
SERVICE CORRECTION      Start: 05/11/2007
MC                      Stop: 05/17/07 15:03

05/11/2007 13:47   >> SCHEDULE RETURN TO CLINIC 2 months   Req: LUCAS,EUGENE T JR
ELECTRONICALLY ENTERED Start: 05/11/2007 13:47            /es/Eugene T. Lucas J
EL                      Stop: 05/16/07                    CRNP Psych Mental He
                                                          05/11/2007 13:47
                                                     Req: LUCAS,EUGENE T JR

LASKOWSKI, STANLEY P III
   Loc: ZZZPATEL I PRICARE Date: 06/30/2009          MEDICAL RECORD
   Room/Bed:                                      D O C T O R ' S   O R D E R S

M154

```
************  CONFIDENTIAL Clinical Data (4y) SUMMARY   pg. 5   06/30/2009 09:4
LASKOWSKI,STANLEY P III                                       ************
                                                              DOB:

------------- RXOP - Outpatient Pharmacy (max 4 years) ---------------
                              (continued)
Drug..........................................................
                    Rx #          Stat       Qty    Issued    Last
   SIG: TAKE ONE-HALF TABLET BY MOUTH EVERY DAY              Filled    Rem
       Provider: PIERCE,JENNIFER E        Cost/Fill: $  4.98
BUSPIRONE  5 MG TABLET
             8053659         DISCONTINUED  60                07/03/2007 01/29/2008 (1)
   SIG: TAKE ONE TABLET BY MOUTH TWICE A DAY WITH MEALS
       Provider: LUCAS,EUGENE T JR        Cost/Fill: $  1.05
MIRTAZAPINE 15 MG TABLET
             8125314         DISCONTINUED  45                01/10/2008 01/10/2008 (2)
   SIG: TAKE ONE AND ONE-HALF TABLETS BY MOUTH AT BEDTIME
       Provider: LUCAS,EUGENE T JR        Cost/Fill: $  3.29
QUETIAPINE 100MG TAB
             8125317         DISCONTINUED  15                01/10/2008 01/10/2008 (2)
   SIG: TAKE ONE-HALF TABLET BY MOUTH AT BEDTIME
       Provider: LUCAS,EUGENE T JR        Cost/Fill: $ 16.64
TRAMADOL 50MG TAB
             8116383         DISCONTINUED  180               12/14/2007 01/03/2008 (0)
   SIG: TAKE TWO TABLETS BY MOUTH THREE TIMES A DAY UNTIL SEEN BY PRIMARY CARE
       Provider: LUCAS,EUGENE T JR        Cost/Fill: $  4.72
QUETIAPINE 200MG TAB
             8116385         DISCONTINUED  15                12/14/2007 12/14/2007 (2)
   SIG: TAKE ONE-HALF TABLET BY MOUTH AT BEDTIME
       Provider: LUCAS,EUGENE T JR        Cost/Fill: $ 33.58
CLONAZEPAM 0.5MG TABLET
             8057790         EXPIRED       90                07/16/2007 08/05/2007 (1)
   SIG: TAKE ONE TABLET BY MOUTH DAILY AND TAKE TWO TABLETS AT BEDTIME
       Provider: LUCAS,EUGENE T JR        Cost/Fill: $  2.45  Exp/Can Dt: 01/16/2008
CLONAZEPAM 0.5MG TABLET
             8043060         DISCONTINUED  60                06/04/2007 07/03/2007 (0)
   SIG: TAKE ONE TABLET BY MOUTH DAILY AND TAKE ONE TABLET AT BEDTIME
       Provider: LUCAS,EUGENE     Cost/Fill: $ 11.95
CLONAZEPAM 0.5MG TABLET
             8033902         DISCONTINUED  15                05/11/2007 05/31/2007 (1)
   SIG: TAKE ONE-HALF TABLET BY MOUTH AT BEDTIME -- WHEN YOU FALL ASLEEP AT NITE
       Provider: LUCAS,EUGENE T JR        Cost/Fill: $  2.99
PAROXETINE HCL 20 MG TAB
             8036614         EXPIRED       27                05/17/2007 05/18/2007 (0)
   SIG: TAKE ONE-HALF TABLET BY MOUTH EVERY DAY FOR 7 DAYS, THEN TAKE ONE TABLET
       EVERY DAY FOR 23 DAYS (WHEN THIS IS FINISHED BEGIN PRESCRIPTION FOR
       PAROXETINE 40MG 1/2 TABLET DAILY WHICH WILL BE MAILED TO YOU WITHIN 30
       DAYS)
       Provider: PIERCE,JENNIFER E        Cost/Fill: $  2.69  Exp/Can Dt: 06/16/2007
BUPROPION HCL 100MG TAB
             8033901         DISCONTINUED  30                05/11/2007 05/11/2007 (2)
   SIG: TAKE ONE TABLET BY MOUTH DAILY WITH FOOD
       Provider: LUCAS,EUGENE T JR        Cost/Fill: $  0.00
TABLET SPLITTER
             8021294         EXPIRED       1                 04/11/2007 04/11/2007 (0)
   SIG: USE  AS DIRECTED FOR TABLET SPLITTING
       Provider: BOROWSKI,BERNARD M       Cost/Fill: $  2.13  Exp/Can Dt: 07/10/2007
------------- RXUD - Unit Dose Pharmacy (max 4 years) ---------------
  ɔ data available
------------- RXIV - IV Pharmacy (max 4 years) ---------------
                              M68
```

# Progress Note

TITLE: PSYCHIATRY GENERAL NOTE
STANDARD TITLE: PSYCHIATRY NOTE
DATE OF NOTE: MAY 17, 2007@15:01          ENTRY DATE: MAY 17, 2007@15:01:33
      AUTHOR: PIERCE,JENNIFER E          EXP COSIGNER:
   URGENCY:                              STATUS: COMPLETED

Pt called today.  He says bupropion made him feel very anxious like he wanted to
put his head through a window.  He c/o NM, FB, irritability, and anxiety.  Will
d/c wellbutrin.  Will try paxil 10 mg x one wk, then 20 mg daily.  Side effects
and expected benefits were discussed with the patient.  He was encouraged to
call if there were any problems.  He was appreciative of the call.

/es/ JENNIFER E PIERCE, PA-C
Physician Assistant
Signed: 05/17/2007 15:03

Receipt Acknowledged By:
05/22/2007 08:27        /es/ Eugene T. Lucas Jr.

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)          VISTA Electronic Medical Documentation

LASKOWSKI, STANLEY
29 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA   18512

Printed at WILKES-BARRE VAMC

LAS 00437

41

Report Display
LASKOWSKI, STANLEY F III

Jun 30, 2009@09:50:43

05/17/2007 15:01   Discontinue BUPROPION TAB 100MG          Req: PIERCE,JENNIFER E
                   TAKE ONE TABLET BY MOUTH DAILY WITH
                   FOOD with food
                   Quantity: 30 Refills: 2
                   <Requesting Physician Cancelled>
ELECTRONICALLY ENTERED Start: 05/11/2007                    /es/JENNIFER E PIER
JEP                         Stop: 05/17/07 15:03            Physician Assistant
                                                            05/17/2007 15:03
                                                  Req: PIERCE,JENNIFER E

LASKOWSKI, STANLEY F III
   Loc: ZZZPATEL I PRICARE Date: 06/30/2009                 MEDICAL RECORD
   Room/Bed:
   Printed: 06/30/2009 09:50                          D O C T O R ' S   O R D E R S
                                                      VA FORM 10-1158

MEDICAL RECORD                                D O C T O R ' S   O R D E R S

NOTE: Physician's signature must accompany each entry including standing orders
Date and time for instituting and discontinuing the orders must be recorded
 DATE & TIME |                 O R D E R S                      | SIGNATURES

05/17/2007 15:00   PAROXETINE TAB 20MG
                   TAKE ONE-HALF TABLET BY MOUTH EVERY
                   DAY FOR 7 DAYS THEN TAKE ONE TABLET
                   BY MOUTH EVERY DAY FOR 23 DAYS (When
                   this is finished begin prescription
                   for Paroxetine 40mg 1/2 tablet daily
                   which will be mailed to you within 30
                   days)
                   Quantity: 27 Refills: 0
ELECTRONICALLY ENTERED Start: 05/18/2007                    /es/JENNIFER E PIE
JEP                                                         Physician Assistan
                                                            05/17/2007 15:03
05/17/2007 15:00   PAROXETINE TAB 40MG                Req: PIERCE,JENNIFER E
                   TAKE ONE-HALF TABLET BY MOUTH EVERY
                   DAY ***PHARMACIST***SUSPEND THIS
                   PRESCRIPTION FOR 30 DAYS
                   Quantity: 15 Refills: 5
                   <Requesting Physician Cancelled>
                                                            /es/JENNIFER E PIERCE

Room/Bed:                                                              O R D E R S

M154



```
************* CONFIDENTIAL Clinical Data (4y) SUMMARY   Pg. 5 ************
LASKOWSKI,STANLEY P III                                  06/30/2009 09:41
                                                         DOB:
----------------- RXOP - Outpatient Pharmacy (max 4 years) ----------------
                               (continued)
Drug.....................Rx #.........
                                        Stat        Qty      Issued   Last
     SIG: TAKE ONE-HALF TABLET BY MOUTH EVERY DAY                     Filled  Rem
     Provider: PIERCE,JENNIFER E          Cost/Fill: $  4.98

BUSPIRONE  5 MG TABLET
               8053659     DISCONTINUED   60
     SIG: TAKE ONE TABLET BY MOUTH TWICE A DAY WITH MEALS  07/03/2007 01/29/2008 (1)
     Provider: LUCAS,EUGENE T JR         Cost/Fill: $  1.05

MIRTAZAPINE 15 MG TABLET
               8125314     DISCONTINUED   45
     SIG: TAKE ONE AND ONE-HALF TABLETS BY MOUTH AT BEDTIME  01/10/2008 01/10/2008 (2)
     Provider: LUCAS,EUGENE T JR         Cost/Fill: $  3.29

QUETIAPINE 100MG TAB
               8125317     DISCONTINUED   15
     SIG: TAKE ONE-HALF TABLET BY MOUTH AT BEDTIME          01/10/2008 01/10/2008 (2)
     Provider: LUCAS,EUGENE T JR         Cost/Fill: $ 16.64

TRAMADOL 50MG TAB
               8116383     DISCONTINUED   180
     SIG: TAKE TWO TABLETS BY MOUTH THREE TIMES A DAY UNTIL SEEN BY PRIMARY CARE  12/14/2007 01/03/2008 (0)
     Provider: LUCAS,EUGENE T JR         Cost/Fill: $  4.72

QUETIAPINE 200MG TAB
               8116385     DISCONTINUED   15
     SIG: TAKE ONE-HALF TABLET BY MOUTH AT BEDTIME          12/14/2007 12/14/2007 (2)
     Provider: LUCAS,EUGENE T JR         Cost/Fill: $ 33.58

CLONAZEPAM 0.5MG TABLET
               8057790     EXPIRED        90
     SIG: TAKE ONE TABLET BY MOUTH DAILY AND TAKE TWO TABLETS AT BEDTIME  07/16/2007 08/05/2007 (1)
     Provider: LUCAS,EUGENE T JR         Cost/Fill: $  2.45   Exp/Can Dt: 01/16/2008

CLONAZEPAM 0.5MG TABLET
               8043060     DISCONTINUED   60
     SIG: TAKE ONE TABLET BY MOUTH DAILY AND TAKE ONE TABLET AT BEDTIME  06/04/2007 07/03/2007 (0)
     Provider: LUCAS,EUGENE T JR         Cost/Fill: $ 11.95

CLONAZEPAM 0.5MG TABLET
               8033902     DISCONTINUED   15
     SIG: TAKE ONE-HALF TABLET BY MOUTH AT BEDTIME -- WHEN YOU FALL ASLEEP AT NITE  05/11/2007 05/31/2007 (1)
     Provider: LUCAS,EUGENE T JR         Cost/Fill: $  2.99

PAROXETINE HCL 20 MG TAB
               8036614     EXPIRED        27
     SIG: TAKE ONE-HALF TABLET BY MOUTH EVERY DAY FOR 7 DAYS, THEN TAKE ONE TABLET  05/17/2007 05/18/2007 (0)
     EVERY DAY FOR 23 DAYS (WHEN THIS IS FINISHED BEGIN PRESCRIPTION FOR
     PAROXETINE 40MG 1/2 TABLET DAILY WHICH WILL BE MAILED TO YOU WITHIN 30
     DAYS)
     Provider: PIERCE,JENNIFER E         Cost/Fill: $  2.69   Exp/Can Dt: 06/16/2007

BUPROPION HCL 100MG TAB
               8033901     DISCONTINUED   30
     SIG: TAKE ONE TABLET BY MOUTH DAILY WITH FOOD         05/11/2007 05/11/2007 (2)
     Provider: LUCAS,EUGENE T JR         Cost/Fill: $  0.00

TABLET SPLITTER
               8021294     EXPIRED        1
     SIG: USE  AS DIRECTED FOR TABLET SPLITTING            04/11/2007 04/11/2007 (0)
     Provider: BOROWSKI,BERNARD M        Cost/Fill: $  2.13   Exp/Can Dt: 07/10/2007
----------------- RXUD - Unit Dose Pharmacy (max 4 years) -----------------

o data available

----------------- RXIV - IV Pharmacy (max 4 years) -----------------
```

M-68

Report Display
LABKOWSKI,STANLEY P III                                    Jun 30, 2009@09:50:43
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
ELECTRONICALLY ENTERED Start: 07/16/2007 15:31                    CRNP Psych Mental H
EL                          Stop: 07/23/07

05/18/2007 05:31    PAROXETINE TAB 20MG
                    TAKE ONE-HALF TABLET BY MOUTH EVERY
                    DAY FOR 7 DAYS, THEN TAKE ONE TABLET
                    EVERY DAY FOR 23 DAYS (WHEN THIS IS
                    FINISHED BEGIN PRESCRIPTION FOR
                    PAROXETINE 40MG 1/2 TABLET DAILY
                    WHICH WILL BE MAILED TO YOU WITHIN 30
                    DAYS)
                    Quantity: 27 Refills: 0
SERVICE CORRECTION  Start: 05/18/2007
JJV

05/18/2007 05:30    PAROXETINE TAB 40MG              Req: PIERCE,JENNIFER E
                    TAKE ONE-HALF TABLET BY MOUTH EVERY
                    DAY
                    Quantity: 15 Refills: 5
                    <Requesting Physician Cancelled>
SERVICE CORRECTION  Start: 06/17/2007
JJV                 Stop: 02/04/08 09:29

MISS

LOCAL TITLE: TLCP PSYCHIATRY
STANDARD TITLE: TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: MAY 31, 2007@10:35     ENTRY DATE: MAY 31, 2007@10:35:06
    AUTHOR: LUCAS,EUGENE T JR     EXP COSIGNER:
    URGENCY:                          STATUS: COMPLETED

Patient tried the Paroxetine and felt like he was crawling out of his skin.
Stopped the med. He is able to sleep at night without nightmares on the
Clonazepam but has daytime anxiety. Will try Clonazepam 0.25mg BID for this
weekend and see the result on daytime anxiety. Patient agrees and will call next
week with result.

/es/ Eugene C. Lucas Jr.
CRNP Psych Mental Health-BC
Signed: 05 31 2007 11 37

LAS 00437

45

# Progress Note

DATE OF NOTE: JUN 04, 2007@14:01     ENTRY DATE: JUN 04, 2007@14:01:35
    AUTHOR: LUCAS,EUGENE T JR     EXP COSIGNER:
    URGENCY:                          STATUS: COMPLETED

Has tried the Clonazepam over the weekend and has not noted much change on the
0.25mg dose BID, tried 0.5mg dose once and didn't notice any changes. Will make
dose 0.5mg BID until he is seen on 7/3/07. Patient is satisfied.

/es/ Eugene T. Lucas Jr.
CRNP Psych Mental Health-BC
Signed: 06/04/2007 14:03

PSCB PSYCHIATRY

LASKOWSKI, STANLEY
29 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA  18512

Printed at WILKES-BARRE VAMC

LAS 00437

46

Report Display
LASKOWSKI,STANLEY P III                                           Jun 30, 2009@?°-?0:4?

ELECTRONICALLY ENTERED Start: 07/16/2007 15:31              CRNP Psych Mental
EL                     Stop: 07/23/07                       07/16/2007 15:3?

MEDICAL RECORD              |       D O C T O R ' S   O R D E R S

NTE: Physician's signature must accompany each entry including standing orders
Date and time for instituting and discontinuing the orders must be recorded

| DATE & TIME | O R D E R S | SIGNATURES |
| --- | --- | --- |

06/05/2007 15:39    CLONAZEPAM TAB 0.5MG
                    TAKE ONE TABLET BY MOUTH DAILY AND
                    TAKE ONE TABLET AT BEDTIME
                    Quantity: 60 Refills: 1
SERVICE CORRECTION    Start: 06/05/2007
JF                    Stop: 07/16/07 15:31

06/04/2007 14:01    Change CLONAZEPAM TAB 0.5MG         Req: LUCAS,EUGENE T JR
                    TAKE ONE TABLET BY MOUTH DAILY AND
                    TAKE ONE TABLET BY MOUTH AT BEDTIME
                    Quantity: 60 Refills: 1
ELECTRONICALLY ENTERED Start: 06/05/2007                /es/Eugene T. Lucas
EL                     Stop: 07/16/07 15:31             CRNP Psych Mental He

M13.5

47

```
*************  CONFIDENTIAL Clinical Data (4y) SUMMARY    pg. 5 ************* 06/30/2009 09:41
LASKOWSKI,STANLEY P III                                                    DOB:
```

```
----------------- RXOP - Outpatient Pharmacy (max 4 years) -----------------
                                  (continued)
Drug........................
         Rx #          Stat              Qty        Issued       Last        Rem
  SIG: TAKE ONE-HALF TABLET BY MOUTH EVERY DAY                    Filled
     Provider: PIERCE,JENNIFER E          Cost/Fill: $  4.98
```

BUSPIRONE   5 MG TABLET
         8053659           DISCONTINUED   60        07/03/2007 01/29/2008 (1)
  SIG: TAKE ONE TABLET BY MOUTH TWICE A DAY WITH MEALS
     Provider: LUCAS,EUGENE T JR         Cost/Fill: $  1.05

MIRTAZAPINE 15 MG TABLET
         8125314           DISCONTINUED   45        01/10/2008 01/10/2008 (2)
  SIG: TAKE ONE AND ONE-HALF TABLETS BY MOUTH AT BEDTIME
     Provider: LUCAS,EUGENE T JR         Cost/Fill: $  3.29

QUETIAPINE 100MG TAB
         8125317           DISCONTINUED   15        01/10/2008 01/10/2008 (2)
  SIG: TAKE ONE-HALF TABLET BY MOUTH AT BEDTIME
     Provider: LUCAS,EUGENE T JR         Cost/Fill: $ 16.64

TRAMADOL 50MG TAB
         8116383           DISCONTINUED   180       12/14/2007 01/03/2008 (0)
  SIG: TAKE TWO TABLETS BY MOUTH THREE TIMES A DAY UNTIL SEEN BY PRIMARY CARE
     Provider: LUCAS,EUGENE T JR         Cost/Fill: $  4.72

QUETIAPINE 200MG TAB
         8116385           DISCONTINUED   15        12/14/2007 12/14/2007 (2)
  SIG: TAKE ONE-HALF TABLET BY MOUTH AT BEDTIME
     Provider: LUCAS,EUGENE T JR         Cost/Fill: $ 33.58

CLONAZEPAM 0.5MG TABLET
         8057790           EXPIRED        90        07/16/2007 08/05/2007 (1/
  SIG: TAKE ONE TABLET BY MOUTH DAILY AND TAKE TWO TABLETS AT BEDTIME
     Provider: LUCAS,EUGENE T JR         Cost/Fill: $  2.45    Exp/Can Dt: 01/16/2008

CLONAZEPAM 0.5MG TABLET
         8043060           DISCONTINUED   60        06/04/2007 07/03/2007 (0-
  SIG: TAKE ONE TABLET BY MOUTH DAILY AND TAKE ONE TABLET AT BEDTIME
     Provider: LUCAS,EUGENE T JR         Cost/Fill: $ 11.95

CLONAZEPAM 0.5MG TABLET
         8033902           DISCONTINUED   15        05/11/2007 05/31/2007 (1)
  SIG: TAKE ONE-HALF TABLET BY MOUTH AT BEDTIME -- WHEN YOU FALL ASLEEP AT NITE
     Provider: LUCAS,EUGENE T JR         Cost/Fill: $  2.99

PAROXETINE HCL 20 MG TAB
         8036614           EXPIRED        27        05/17/2007 05/18/2007 (0)
  SIG: TAKE ONE-HALF TABLET BY MOUTH EVERY DAY FOR 7 DAYS, THEN TAKE ONE TABLET
     EVERY DAY FOR 23 DAYS (WHEN THIS IS FINISHED BEGIN PRESCRIPTION FOR
     PAROXETINE 40MG 1/2 TABLET DAILY WHICH WILL BE MAILED TO YOU WITHIN 30
     DAYS)
     Provider: PIERCE,JENNIFER E         Cost/Fill: $  2.69    Exp/Can Dt: 06/16/2007

BUPROPION HCL 100MG TAB
         8033901           DISCONTINUED   30        05/11/2007 05/11/2007 (2)
  SIG: TAKE ONE TABLET BY MOUTH DAILY WITH FOOD
     Provider: LUCAS,EUGENE T JR         Cost/Fill: $  0.00

TABLET SPLITTER
         8021294           EXPIRED        1         04/11/2007 04/11/2007 (0)
  SIG: USE   AS DIRECTED FOR TABLET SPLITTING
     Provider: BOROWSKI,BERNARD M        Cost/Fill: $  2.13    Exp/Can Dt: 07/10/2007

----------------- RXUD - Unit Dose Pharmacy (max 4 years) -----------------

o data available

----------------- RXIV - IV Pharmacy (max 4 years) -----------------
```

M68

48

Progress Note

LOCAL TITLE: TLCP PSYCHIATRY
STANDARD TITLE: TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: JUN 22, 2007@10:25      ENTRY DATE: JUN 22, 2007@10:25:39
    AUTHOR: LUCAS,EUGENE T JR    EXP COSIGNER:
    URGENCY:
                              STATUS: COMPLETED

Patient called about the clonazepam making him tired in the daytime. He is
sleeping much better and feels great when he gets up but, once he takes the
daytime clonazepam, he gets sleepy four hours later. His sex drive is down as
well. Told to stop the daytime dose of the Clonazepam and will discuss
alternatives on his next visit in July. He is satisfied.

/es/ Eugene T. Lucas Jr.
CRNP Psych Mental Health-BC
Signed: 06/22/2007 10:27
    LOCAL TITLE: TLCP PSYCHIATRY
STANDARD TITLE: TELEPHONE ENCOUNTER NOTE

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

LASKOWSKI, STANLEY
29 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA  18512

VISTA Electronic Medical Documentation

Printed at WILKES-BARRE VAMC

49

LOCAL TITLE: PSYCHIATRY GENERAL NOTE
STANDARD TITLE: PSYCHIATRY NOTE
DATE OF NOTE: JUL 03, 2007@13:00          ENTRY DATE: JUL 04, 2007@08:05:18
     AUTHOR: LUCAS,EUGENE T JR      EXP COSIGNER:
URGENCY:                                STATUS: COMPLETED

Chief Complaint:  Medication and symptom management.

Subjective:  "The Paxil medication made me feel really stimulated and
anxious.  I felt like I was going to crawl out of my skin.  I got
extremely irritable and angry with it.  I stopped the medicine and then
got sick to my stomach and had headaches for a couple days.  That is just
not the stuff for me.  I still have anger and irritability, but my sleep
is improved.  I am able to sleep all night.  I wake up refreshed and with
enough energy to make it through the day.  I really would like to work on
the anger and irritability during the day, but I am unsure what approach
to take.  I have no thoughts of hurting myself or anyone else.  I do look
forward to every day and work hard at my job."

Mental Status Examination:  The patient is alert, oriented x3.  Speech is
appropriate in content, normal in rate and tone.  Thoughts are
organized.  Content is appropriate, somewhat negative.  The patient denies
any auditory or visual hallucinations.  Judgment and insight are good.
Mood is mildly depressed, somewhat anxious affect.  The patient denies any
suicidal or homicidal idation.  The patient has no involuntary movements.

Objective:  Patient with attempts at utilization of trazodone, paroxetine,
and Wellbutrin over a two-month period.  Failures on all medications due
to stimulating or extremely sedating side effects.  The patient appears to
be a slow metabolizer.  The evening dose of clonazepam works well to
maintain normal sleeping pattern of six to eight hours, and he wakes up
refreshed, unable to take day time clonazepam due to sedation during the
day.  The patient has no suicidality.  The patient continues with some
irritability and anger.  The patient also has some intrusive thinking
during the day.  No suicidality.

Plan:  Discontinue the paroxetine.  We will start buspirone 5 mg twice
daily and will taper up over a few months.  Hopefully medication will have
calming effect similar to clonazepam without the sedation.  Side effects
of the medication were discussed with the patient.  He agrees to utilize
the medicine.  The patient was encouraged to call if there are any
problems, side effects, symptoms worsen, or he feels unsafe.  Rescheduled

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)     VISTA Electronic Medical Documentation

LASKOWSKI, STANLEY
29 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA   18512                    Printed at WILKES-BARRE VAMC

LAS 00435

50

# Progress Note

Printed On Sep 24, 2007

at first available after fourteen days.  The patient is satisfied.  Time
of appointment was 30 minutes.

D:  7/3/07 1:26P                    P:  7/3/07  TIS #52332

/es/ Eugene T. Lucas Jr.
CRNP Psych Mental Health-BC
Signed: 07/10/2007 10:21

Receipt Acknowledged By:
07/10/2007 10:31          /es/ ARUNA BHATIA
                         STAFF PHYSICIAN BEHAVIORAL SVCS

29 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA  18512

Printed at WILKES-BARRE VAMC

LAS 00436

LOCAL TITLE: PSYCHIATRY GENERAL NOTE
STANDARD TITLE: PSYCHIATRY NOTE
DATE OF NOTE: JUL 03, 2007@13:27      ENTRY DATE: JUL 03, 2007@13:27:06
     AUTHOR: LUCAS,EUGENE T JR      EXP COSIGNER:
     URGENCY:                            STATUS: COMPLETED

PROVIDER Med Reconciliation:
  Outpatient Medication Review
    A new medication is to be added after review of current medication
       profile at this clinic visit. See plan of care above.
       Comment: Buspirone

/es/ Eugene T. Lucas Jr.
CRNP Psych Mental Health-BC
Signed: 07/03 2007 13:31

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| LASKOWSKI, STANLEY<br>29 UNIVERSITY DRIVE<br>DUNMORE, PENNSYLVANIA   18512 | Printed at WILKES-BARRE VAMC |

LAS 00436

Report Display
LASKOWSKI,STANLEY P III
                                                          Jun 30, 2009@09:50:43
ELECTRONICALLY ENTERED Start: 07/16/2007 15:31
                       Stop: 07/23/07

07/03/2007 13:31   BUSPIRONE TAB 5MG                      CRNP Psych Mental H
                   TAKE ONE TABLET BY MOUTH TWICE A DAY   07/16/2007 15:31
                   WITH MEALS                             Req: LUCAS,EUGENE T JR
                   Quantity: 60 Refills: 2
SERVICE CORRECTION  <Requesting Physician Cancelled>
MC                 Start: 07/03/2007
                   Stop: 02/04/08 09:29

07/03/2007 13:24   >> SCHEDULE RETURN TO CLINIC next      Req: LUCAS,EUGENE T JR
                   available after 14 days
ELECTRONICALLY ENTERED Start: 07/03/2007 13:26
                       Stop: 07/08/07
                                                          /es/Eugene T. Lucas
07/03/2007 13:23   BUSPIRONE TAB 5MG                      CRNP Psych Mental He
                   TAKE ONE TABLET BY MOUTH TWICE A DAY   07/03/2007 13:26
                   WITH MEALS                             Req: LUCAS,EUGENE T JR
                   Quantity: 60 Refills: 2
                   <Requesting Physician Cancelled>
ELECTRONICALLY ENTERED Start: 07/03/2007
EL                     Stop: 02/04/08 09:29
                                                          /es/Eugene T. Lucas
                                                          CRNP Psych Mental He
                                                          07/03/2007 13:26
                                                          Req: LUCAS,EUGENE T JR

Stop: 02/04/08 09:29

MISS

LOCAL TITLE: TLCP PSYCHIATRY
STANDARD TITLE: TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: JUL 16, 2007@15:31    ENTRY DATE: JUL 16, 2007@15:31:08
    AUTHOR: LUCAS,EUGENE T JR    EXP COSIGNER:
    URGENCY:                        STATUS: COMPLETED

Patient called and stated he is more irritable on the BusPar medication. He has
stopped it. He increased the Clonazepam to 1mg at HS and 0.5mg in the day and it
works good for sleep and anxiety. We discussed talking about changes in
medication prior to starting them, it is the provider's decision about
effectiveness that constitutes rationale for changing doses. He has not
adequately trialed any of his psychiatric medications and has been on Trazodone,
Buproprion, Paroxetine and Buspirone alternately since 4/11/07. Each time the
medication caused an adverse behavioral effect such as self harm, irritability,
restlessness. Responds positively to benzodiazepines as they are sedative and
were intended as an interim medication until his antidepressant medication was
titrated to effective dose. Will continue current Clonazepam 0.5mg in AM, 1mg at
HS as it has been effective thus far for anxiety and sleep until seen by Dr
Bhatia for case review.

/es/ Eugene T. Lucas Jr.
CRNP Psych Mental Health-BC
Signed: 07/16/2007 15:42

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

LASKOWSKI, STANLEY
29 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA   18512

VISTA Electronic Medical Documentation

Printed at WILKES-BARRE VAMC

LAS 00434

# Progress Note

Receipt Acknowledged By:
07/16/2007 15:44        /es/ ARUNA BHATIA
                        STAFF PHYSICIAN BEHAVIORAL SVCS

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

LASKOWSKI, STANLEY
29 UNIVERSITY DRIVE
DUNMORE  PENNSYLVANIA   18512

VISTA Electronic Medical Documentation

Printed at WILKES-BARRE VAMC

LAS 00435

55

Report Display
LASKOWSKI,STANLEY P III
                                                                    Jun 30, 2009@09:50:43
------------------------------------------------------------------------------------------

07/16/2007 20:52    CLONAZEPAM TAB 0.5MG                    Req: BUZANOWICZ,MARCELLA
                    TAKE ONE TABLET BY MOUTH DAILY AND
                    TAKE TWO TABLETS AT BEDTIME
                    Quantity: 90 Refills: 2
SERVICE CORRECTION   Start: 07/16/2007
AH

07/16/2007 15:30    Change CLONAZEPAM TAB 0.5MG            Req: LUCAS,EUGENE T JR
                    TAKE ONE TABLET BY MOUTH DAILY AND
                    TAKE TWO TABLETS BY MOUTH AT BEDTIME
                    Quantity: 90 Refills: 2
ELECTRONICALLY ENTERED  Start: 07/16/2007
                                                          /es/Eugene T. Lucas J
                                                          CRNP Psych Mental H
                                                          07/16/2007 15:31
/16/2007 15:30.  >> Dr Bhatia at next available          Req: LUCAS,EUGENE T JR
                                                          /es/Eugene T. Lucas J

M156

```
*************  CONFIDENTIAL Clinical Data (4y) SUMMARY  pg. 5 *************
~ASKOWSKI,STANLEY P III                                              06/30/2009 09:41
                                                                     DOB:
```

------------------ RXOP - Outpatient Pharmacy (max 4 years) ------------------
                          (continued)

```
Drug.....................  Rx #...........  Stat                           Last
         SIG: TAKE ONE-HALF TABLET BY MOUTH EVERY DAY   Qty   Issued       Filled      Rem
         Provider: PIERCE,JENNIFER E            Cost/Fill: $  4.98
BUSPIRONE  5 MG TABLET
                   8053659          DISCONTINUED    60    07/03/2007 01/29/2008 (1)
         SIG: TAKE ONE TABLET BY MOUTH TWICE A DAY WITH MEALS
         Provider: LUCAS,EUGENE T JR            Cost/Fill: $  1.05
MIRTAZAPINE 15 MG TABLET
                   8125314          DISCONTINUED    45    01/10/2008 01/10/2008 (2)
         SIG: TAKE ONE AND ONE-HALF TABLETS BY MOUTH AT BEDTIME
         Provider: LUCAS,EUGENE T JR            Cost/Fill: $  3.29
QUETIAPINE 100MG TAB
                   8125317          DISCONTINUED    15    01/10/2008 01/10/2008 (2)
         SIG: TAKE ONE-HALF TABLET BY MOUTH AT BEDTIME
         Provider: LUCAS,EUGENE T JR            Cost/Fill: $ 16.64
TRAMADOL 50MG TAB
                   8116383          DISCONTINUED   180    12/14/2007 01/03/2008 (0)
         SIG: TAKE TWO TABLETS BY MOUTH THREE TIMES A DAY UNTIL SEEN BY PRIMARY CARE
         Provider: LUCAS,EUGENE T JR            Cost/Fill: $  4.72
QUETIAPINE 200MG TAB
                   8116385          DISCONTINUED    15    12/14/2007 12/14/2007 (2)
         SIG: TAKE ONE-HALF TABLET BY MOUTH AT BEDTIME
         Provider: LUCAS,EUGENE T JR            Cost/Fill: $ 33.58
LONAZEPAM 0.5MG TABLET
                   8057790          EXPIRED        90    07/16/2007 08/05/2007 (1)
         SIG: TAKE ONE TABLET BY MOUTH DAILY AND TAKE TWO TABLETS AT BEDTIME
         Provider: LUCAS,EUGENE T JR            Cost/Fill: $  2.45  Exp/Can Dt: 01/16/2008
CLONAZEPAM 0.5MG TABLET
                   8043060          DISCONTINUED    60    06/04/2007 07/03/2007 (0)
         SIG: TAKE ONE TABLET BY MOUTH DAILY AND TAKE ONE TABLET AT BEDTIME
         Provider: LUCAS,EUGENE T JR            Cost/Fill: $ 11.95
CLONAZEPAM 0.5MG TABLET
                   8033901          DISCONTINUED    15    05/11/2007 05/31/2007 (1)
         SIG: TAKE ONE-HALF TABLET BY MOUTH AT BEDTIME -- WHEN YOU FALL ASLEEP AT NITE
         Provider: LUCAS,EUGENE T JR            Cost/Fill: $  2.99
PAROXETINE HCL 20 MG TAB
                   8036614          EXPIRED        27    05/17/2007 05/18/2007 (0)
         SIG: TAKE ONE-HALF TABLET BY MOUTH EVERY DAY FOR 7 DAYS, THEN TAKE ONE TABLET
         EVERY DAY FOR 23 DAYS (WHEN THIS IS FINISHED BEGIN PRESCRIPTION FOR
         PAROXETINE 40MG 1/2 TABLET DAILY WHICH WILL BE MAILED TO YOU WITHIN 30
         DAYS)
         Provider: PIERCE,JENNIFER E            Cost/Fill: $  2.69  Exp/Can Dt: 06/16/2007
BUPROPION HCL 100MG TAB
                   8033902          DISCONTINUED    30    05/11/2007 05/11/2007 (2)
         SIG: TAKE ONE TABLET BY MOUTH DAILY WITH FOOD
         Provider: LUCAS,EUGENE T JR            Cost/Fill: $  0.00
TABLET SPLITTER
                   8021294          EXPIRED         1    04/11/2007 04/11/2007 (0)
         SIG: USE    AS DIRECTED FOR TABLET SPLITTING
         Provider: BOROWSKI,BERNARD M           Cost/Fill: $  2.13  Exp/Can Dt: 07/10/2007
```

------------------ RXUD - Unit Dose Pharmacy (max 4 years) ------------------

No data available

------------------ RXIV - IV Pharmacy (max 4 years) ------------------

M68

```
   LOCAL TITLE: TLCP PSYCHIATRY
   STANDARD TITLE: TELEPHONE ENCOUNTER NOTE
   DATE OF NOTE: JUL 18, 2007@16:21     ENTRY DATE: JUL 18, 2007@16:21:48
      AUTHOR: LUCAS,EUGENE T JR     EXP COSIGNER:
      URGENCY:                      STATUS: COMPLETED
```

Patient's wife Marisol called and said the veteran wanted her to talk to me. She
is concerned his irritability and anger have been escalating over the last few
weeks. He is mixing alcohol with his medications. He has promised to stop the
alcohol but she is not convinced. She has heard him complaining about the
medications making him tired, agitated, irritated but she feels he does not take
them long enough. He needs to get something started because his mood is
deteriorating. Encouraged her to get him to come in as a walk in and attend the
appointment. She will do this. Tried calling veteran's cell number to discuss
but he is not available.

/es/ Eugene T. Lucas Jr.
CRNP Psych Mental Health-BC
Signed: 07/18/2007 16:27

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

LASKOWSKI   STANLEY
39 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA  18512

VISTA Electronic Medical Documentation

Printed at WILKES-BARRE VAMC

LAS 00434

LOCAL TITLE: PSYCHIATRY GENERAL NOTE
STANDARD TITLE: PSYCHIATRY NOTE
DATE OF NOTE: AUG 13, 2007@12:41        ENTRY DATE: AUG 13, 2007@12:42:03
    AUTHOR: LUCAS,EUGENE T JR          EXP COSIGNER:
    URGENCY:                                   STATUS: COMPLETED

Received a call from Patrolman Louis Kline (570-383-1820 or 570-342-9111) of the
Olyphant police department requesting availability of inpatient psychiatric
treatment concerning the veteran. Officer Kline told no information can be
released about any veteran without the veteran's signed authorization. Generally
speaking, veterans under arrest or legal obligation are not eligible for
inpatient psychiatric admission per WBVA policy. The police would like to
provide the veteran treatment in lieu of incarceration and they are looking into
VA options. Any psychiatric commitments would need to be evaluated as per state
law and approved by the attending Psychiatrist for any veteran. They (the
police) will decide how to proceed and call the VA at a later time.

/es/ Eugene T. Lucas Jr.
CRNP Psych Mental Health-BC

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

LASKOWSKI, STANLEY
29 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA  18512

VISTA Electronic Medical Documentation

Printed at WILKES-BARRE VAMC

Page 9

LAS 00433

# Progress Note

Signed: 08/13/2007 13:10

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

LASKOWSKI, STANLEY
29 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA   18512

VISTA Electronic Medical Documentation

Printed at WILKES-BARRE VAMC

Page 10

LAS 00434

# Progress Note

LOCAL TITLE: TLCP SOCIAL WORK
STANDARD TITLE: TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: AUG 31, 2007@11:01       ENTRY DATE: AUG 31, 2007@11:01:13
     AUTHOR: COLLELO,KATHLEEN A     EXP COSIGNER:
URGENCY:
                              STATUS: COMPLETED

    This writer received a phone call from the vet's mother, Carol Laskowski.
She states that her son has been incarcerated at the Lackawanna County Prison for
the past three weeks. He was incarcerated as a result of breaking into a local
pharmacy and robbing prescription pain killers. The vet's mother inquired as to
whether her son could be transferred to the WBVA for inpatient psychiatric care
while he is still an inmate. After conferring with Gene Lucas ,CNP who had
origionally received a call from the Olyphant police on this case on 8/13/07, I
called Mrs. Laskowski back to inform her that the WBVA cannot accept veterans as
inpatients on their psych unit while he is a prisoner in the Lackawanna County
Prison System. I did advise her that the Lacka. County prison System has mental
health providers that can provide appropriate mental health care to her son
while he is serving out his prison sentence. She states that she will discuss
same with her son's attorney.

/es/ KATHLEEN A COLLELO
SOCIAL WORKER
Signed: 08/31/2007 11:08

Receipt Acknowledged By:
08/31/2007 16:11       /es/ Eugene T. Lucas Jr.
                          CRNP Psych Mental Health-BC

25 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA  18512

LAS 00433