```
    LOCAL TITLE: NSG TRIAGE
STANDARD TITLE: NURSING TRIAGE NOTE
DATE OF NOTE: APR 11, 2007@14:45     ENTRY DATE: APR 11, 2007@14:45:39
    AUTHOR: FILIPKOWSKI,MARY J   EXP COSIGNER:
    URGENCY:                           STATUS: COMPLETED

TRIAGE (UNSCHEDULED): NON-URGENT

ALLERGY: No Allergy Assessment

LATEX ALLERGY: NO
Patient states he is also allergic to:nkda
```

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

LASKOWSKI, STANLEY
29 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA   18512

VISTA Electronic Medical Documentation

Printed at WILKES-BARRE VAMC


P's EXHIBIT
1(A)

Page 43

LAS 00467



# Progress Note

Do you feel safe in your home environment? Yes

Active Outpatient Medications (including Supplies):

No Medications Found


T:  97.8 F [36.6 C] (04/11/2007 14:45)
P:  69 (04/11/2007 14:45)
R:  10 (04/11/2007 14:45)
BP: 132/86 (04/11/2007 14:45)
PAIN: 0 (04/11/2007 14:45)
PULSE OXIMETRY:

MODE OF ARRIVAL: AMBULANT

DATA: c/o inability to sleep over past 2 days.


ASSESSMENT: C/o nightmares, denies any suicidal or homicidal ideations.


PLAN: mhc.


PAIN ASSESSMENT

  Do you have pain?no


NSG IRAQ&AFGHAN POST DEPLOY SCR:
   The patient reports service in Operation Iraqi Freedom.
   The location of the patient's most recent OIF service was
   Iraq
      1. PTSD SCREEN
         Have you ever had any experience that was so frightening,
         horrible, or upsetting that, IN THE PAST MONTH, you:
         Have had any nightmares about it or thought about it when you
         did not want to?      Yes
         Tried hard not to think about it or went out of your way to
         avoid situations that remind you of it?
               Yes
         Were constantly on guard, watchful, or easily startled?
               Yes
         Felt numb or detached from others, activities, or your
         surroundings?
               Yes

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

LASKOWSKI, STANLEY
29 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA  18512

VISTA Electronic Medical Documentation


Printed at WILKES-BARRE VAMC

LAS 00468

## Progress Note

PHQ-2 Depression screen:

Over the last 2 weeks, how often have you been bothered by any
of the following problems?

Little interest or pleasure in doing things: More than half the
days (2)

Feeling down, depressed, or hopeless:            Nearly everyday
(3)

Total score = 5
Total score in the range of 3-6 (positive screen).   CONTACT
PSYCHOLOGY SERVICE.
SCREEN FOR ALCOHOL (AUDIT-C)
   An alcohol screening test (AUDIT-C ) was positive (score=5).

      1. How often did you have a drink containing alcohol in the
      past year? Two to four times a month

      2. How many drinks containing alcohol did you have on a
      typical day when you were drinking in the past year? 5 or 6

      3. How often did you have six or more drinks on one occasion
      in the past  year? Less than monthly
SCREEN FOR GI SYMPTOMS
      The patient reports no GI symptoms.
SCREEN FOR FEVER
      The patient reports no unexplained fevers.
SCREEN FOR SKIN RASH/LESIONS
      The patient reports no persistent skin rash.
SCREEN FOR OTHER SYMPTOMS
      The patient reports having other physical symptoms that have
      lasted 3 months or longer and have interfered with ADLs.
   Symptoms:  joint pains, headaches
RESULTS OF PTSD SCREENING
      (a 'yes' answer to 3 or more of the above questions is a
   positive
   screen).  Each "YES" is a score of ONE.

      Tally the points and record the score as 0-4.

      The score for this veteran's screening was: 1
   The screen for PTSD was positive.
TBI Screening:
   The patient reports service in Operation Iraqi Freedom.
   The location of the patient's most recent OIF service was
   Iraq

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

LASKOWSKI, STANLEY
29 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA   18512

VISTA Electronic Medical Documentation

Printed at WILKES-BARRE VAMC

LAS 00469

Progress Note

TRAUMATIC BRAIN INJURY SCREENING
Has the veteran already been diagnosed as having TBI during OIF/OEF
    deployment?
No

Section 1: The veteran experienced the following events during OIF/OEF
    deployment:
Blast or Explosion IED (improvised explosive device), RPG (rocket
    propelled grenade), Land Mine, Grenade, etc.

Section 2: The veteran had the following symptoms immediately
    afterwards:
Veteran denies any symptoms immediately afterwards.  Negative Screen

/es/ MARY J FILIPKOWSKI
RN BSN
Signed: 04/11/2007 14:54

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

LASKOWSKI, STANLEY
29 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA  18512

VISTA Electronic Medical Documentation

Printed at WILKES-BARRE VAMC

LAS 00470

5.

LOCAL TITLE: PSYCHIATRY GENERAL NOTE
STANDARD TITLE: PSYCHIATRY NOTE
DATE OF NOTE: APR 11, 2007@15:25      ENTRY DATE: APR 11, 2007@15:25:27
     AUTHOR: BOROWSKI,BERNARD M   EXP COSIGNER:
     URGENCY:                                  STATUS: COMPLETED

Chief Complaint:  Little or no sleep for the past 2 days
Subjective: Patient reports that he has problems since 2003. He was stationed in
Iraq from 2/03 to 7/03 as infantry.
He began to develope nightmeares in 8/03. he reports similar nightmare. he
reports recurring dream in which his house is broken into, he and family
kidnapped, children are killed. Wife is raped and killed. He then wakes up. He
reports this dream frequently up to 4 nights in a row but can go weeks. He
reports that in the last week it occured 3 times. He states that he finds it
usettling and difficult to fall back asleep
He reports daytime irritabnility, isolation. He states he works regularly but
states he can feel low motivation, low energy

He reports he was discharged from service in Feb.
Marine Corps 1999-2007.
Moved here here with family in Feb married 5 years, 2 children 1 on way.
Financial advisor for retirment

He reports that his wife encouraged him to come in.
He reports irritability, isolation, sitting in corner, hates going to Wal mart.

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| LASKOWSKI, STANLEY<br>29 UNIVERSITY DRIVE<br>DUNMORE, PENNSYLVANIA  18512 | Printed at WILKES-BARRE VAMC |

LAS 00465

# Progress Note

Printed On Sep 24, 2007

He denied any prior tx for mental health.
He denies family hx of mental illness

Admits to substance abuse alcohol aand drugs age 18-19, i.e Cocaine, marijuana, alcohol nightly for several years until age 20. clean and mostly sober since then

He denies any physical complaints

Vital Signs:
TEMPERATURE:      97.8 F [36.6 C] (04/11/2007 14:45)
PULSE:            69 (04/11/2007 14:45)
RESPIRATION:      10 (04/11/2007 14:45)
BLOOD PRESSURE:   132/86 (04/11/2007 14:45)
PAIN:             0 (04/11/2007 14:45)

Objective:WD/WN male alert oriented, cleanly dressed in NAD

Labs:

Mental Status:  Alert and oriented x3.  In good contact.  Spontaneous, relevant and coherent.  Mood depressed, not anxious or aggitated.  Affect appropriate, upressured speech content.
Eating fair, sleeps poor.  No psychomotor retardation.  Denied suicidal and homicidal ideation.  No hallucinations delusions or loosening of association noted. Memory including recent, remote, immediate recall and judgement are not clinically impaired.  Insight and motivation fair.

MEDICATION REVIEW:  Active Outpatient Medications (including Supplies):

No Medications Found

Allergies:
No Known allergies

Assessment: Adjustment Disorder with PTSD Features

No Service Connected problems treated

Plan: I discussed my findings with the patient. Sx have been present for 3 years but worse for unknown triggers lately. He was encouraged to pursue tx by his wife.

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)

LASKOWSKI, STANLEY
29 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA   18512

VISTA Electronic Medical Documentation

Printed at WILKES-BARRE VAMC

LAS 00466

# Progress Note

Printed On Sep 24, 2007

After discussion decided to proceed with tx at Hs. Wil start with Trazodone 50
mg tabs. He wil begin with 1/2 tab increasing to 50 mg. He was educated on the
effect of med as well as side effects including dry mouth and priapism.
These will be picked up today.
Patient will also be given appt for PTSD screening to assess further need as his
sx have PTSD features.
Patient willing to accept followup and further tx in MHC.
He agreed to return for followup medication management, intake and future
followup
9        ** FUTURE APPOINTMENTS **
       DATE/TIME              CLINIC ( LOCATION )
  APR 18,2007@09:00   LAB3RDFLRWEST(SILVER AREA  (3RD FLOR WEST SILVER AREA)
  APR 18,2007@09:30   CP DERMATOLOGY  (5TH FLR(C5-24)SILVER AREA)
  APR 18,2007@11:00   CP LOVRINIC  (5TH FLR(C5-24)SILVER AREA)
  APR 20,2007@14:30   NURSE CLINIC 1N(PURPLE AR  (1ST FLOOR (GREEN AREA))
  APR 20,2007@15:00   CP MHC SANTOS  (5TH FLR(C5-24)SILVER AREA)
  APR 23,2007@10:30   CP AUDIO PATCHOSKI  (5TH FLR(C5-24)SILVER AREA)
  APR 24,2007@08:00   CASTRIGNANO EXAMS  (5TH FLR(C5-24)SILVER AREA)

Call as necessary and return to clinic on
  MST:
      Patient responded, no Military Sexual Trauma
  Tobacco Use Screen:
      Patient is a current smoker.
      Smoking cessation education refused.
  PROVIDER Med Reconciliation:
      Outpatient Medication Review
      A new medication is to be added after review of current medication
         profile at this clinic visit. See plan of care above.
         Comment: Trazodone 50 mg tab at qhs, may begin with 1/2 tab

/es/ BERNARD M BOROWSKI
Physician Assistant Certified
Signed: 04/12/2007 08:04

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)    VISTA Electronic Medical Documentation

LASKOWSKI, STANLEY
29 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA  18512                Printed at WILKES-BARRE VAMC

LAS 00467



# Consult Request

Printed On Sep 24, 2007

```
Current Pat. Status:    Outpatient
Primary Eligibility:         SERVICE CONNECTED 50% to 100%

Order Information
To Service:             WB CLERICAL SUPPORT FOLLOWUP FOR ORDERS-ADMIN CONSULT
From Service:           GROUP: PSYCH DOOLEY II SCREEN
Requesting Provider:    DOOLEY,MATTHEW
Service is to be rendered on an OUTPATIENT basis
Place:                  Consultant's choice
Urgency:                Routine
Orderable Item:         WB CLERICAL SUPPORT FOLLOWUP FOR ORDERS-ADMIN CONSULT
Consult:                Consult Request
Reason For Request:
SERVICE CONNECTED % - NONE FOUND
RATED DISABILITIES - NONE FOUND
PERIOD OF SERVICE - PERSIAN GULF WAR

Reason for Request:  NA in "group:psych dooley II screen", in 2+wks,
6pts/group
max-per MD



Orders have been placed on LASKOWSKI,STANLEY P III on .
Please review chart and schedule appropriately the following:
SCHEDULE FOLLOW-UP APPT

CLINICIANS:  Please remember that if you are ordering any test on the
patient, you need to enter them into CPRS as if you would do on an
outpatient!!

Inter-facility Information
This is not an inter-facility consult request.

Status:                 COMPLETE
Last Action:            COMPLETE/UPDATE
Significant Findings:   Unknown

Facility
Activity                   Date/Time/Zone      Responsible Person   Entered By
-----------------------------------------------------------------------------
CPRS RELEASED ORDER        04/11/07 17:33      DOOLEY,MATTHEW       DOOLEY,MATTHEW
PRINTED TO N186$PRT-BIG    04/11/07 17:33
COMPLETE/UPDATE            04/12/07 09:11      YENCHO,JILL A        YENCHO,JILL A
this apt can only be made by mhc staff\ closing wb


Note: TIME ZONE is local if not indicated
```

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

LASKOWSKI, STANLEY
29 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA   18512

**VISTA Electronic Medical Documentation**

Printed at WILKES-BARRE VAMC

LAS 00431

# Consult Request

Printed On Sep 24, 2007

Significant Findings: Unknown

-------------------------------------------------------------------------

No local TIU results or Medicine results available for this consult

=========================================================================

====================================== END =====================================

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)

LASKOWSKI, STANLEY
29 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA   18512

VISTA Electronic Medical Documentation

Printed at WILKES-BARRE VAMC

Page 8

LAS 00432

LOCAL TITLE: PATIENT RECORD FLAG CATEGORY II -OIF/OEF
STANDARD TITLE: PATIENT RECORD FLAG
DATE OF NOTE: APR 17, 2007@11:32      ENTRY DATE: APR 17, 2007@11:32:05
    AUTHOR: COLLELO,KATHLEEN A   EXP COSIGNER:
    URGENCY:                              STATUS: COMPLETED

MRC Approved:  6/29/06
Job #06-24

Veteran newly identified:


Date of separation from military: 2/4/07
Active duty status: combat vet
Date of contact: 4/11/07
Referral source: Self

Reason for referral: see below


Service(s) need: Enrollment/Eligibility  Medical/Dental, Mental Health, Other:
Comp and pension.


Recommendations: Vet was seen as a walk-in in MHC from Triage. he also has a
comp and
pension claim.

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)     VISTA Electronic Medical Documentation

LASKOWSKI, STANLEY
29 UNIVERSITY DRIVE
DUNMORE. PENNSYLVANIA   18512            Printed at WILKES-BARRE VAMC


                                                              Page 38

LAS 00462

Progress Note                         4/11

Printed On Sep 24, 2007

/es/ KATHLEEN A COLLELO
SOCIAL WORKER
Signed: 04/17/2007 11:33

LASKOWSKI, STANLEY
39 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA   18512

VISTA Electronic Medical Documentation

Printed at WILKES-BARRE VAMC

LAS 00463



# Progress Note

conduction threshold, bone conduction threshold, tympanometry, and

LOCAL TITLE: COMPENSATION AND PENSION NOTE
STANDARD TITLE: C & P EXAMINATION NOTE
    DICT DATE: APR 20, 2007@15:55      ENTRY DATE: APR 22, 2007@14:18:28
    DICTATED BY: SANTOS,FRANCISCO F    EXP COSIGNER:
    URGENCY:                           STATUS: COMPLETED

EXAM TYPE:  Stress disorder compensation and pension.

GENERAL DATA:  Mr. Stanley Laskowski III is a 29-year-old white
male, married, who lives in Dunmore, Pennsylvania.

SOURCES OF INFORMATION:
A.  Review of C-folder.
B.  Electronic records at the Wilkes-Barre VA Medical Center.

---

PATIENT NAME AND ADDRESS [Mechanical imprinting, if available]      VISTA Electronic Medical Documentation

LASKOWSKI, STANLEY
29 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA  18512                Printed at WILKES-BARRE VAMC

Page 25

LAS 00449

**Progress Note**

C.  Self report.

MEDICAL AND OCCUPATIONAL HISTORY:  PSYCHIATRIC - Besides his one
and only visit so far at Mental Hygiene Clinic in Wilkes-Barre
VA Medical Center on April, 11, 2007 for complaints of sleep
disturbance, he has had no other history of contact with mental
health the whole time, premilitary as well as while in the
military.

He admits to drinking alcohol, consuming on the average a 6-pack
of beer a month.  He denies use of illicit drugs currently.

He did have history of illicit drug use before he joined the
military service, using drugs like marijuana, cocaine, and LSD
but never needles.  He had ceased using drugs and has never had
any for at least the past 8 years.

He has had minor infractions with the law before he joined the
military service.  One time he was charged with receiving stolen
property.  He was put on probation but was dropped because it
was his first offense.  He also had been involved in minor drug
busts and traffic tickets for speeding.

MEDICAL HISTORY - He is in relatively good physical health.  He
is not on any medications currently for medical indications.

He had a right arm injury in 2002 while stationed in Okinawa,
after he fell from the stairs.  He was apparently inebriated
from alcohol when this occurred.

PERSONAL AND SOCIAL HISTORY:  He was an only child.  His parents
divorced when he was about 2 years of age.  He lived with his
mother until about 5 years of age.  He described his mother to
be a substance abuser who uses alcohol and drugs.  His father
too was an excessive alcohol drinker.  From the age of 6 to 7
years old he was under the care of his father's sister and from
8 years old until he reached adulthood he was under the custody
of his father, who got married to his stepmother in 1985.

He went to high school at Bishop O'Hara in Dunmore,
Pennsylvania, graduating in 1996.  He had good grades prior when
he was in grade school, about decent grades in high school as he
reported.  When he was in high school he used to hang out with
the "stoners".  He had some behavioral issues at that time,
having fights with classmates leading to school suspension.

For the next 3 years after finishing high school he went into a
period of endless lifestyle, having odd jobs, using drugs, and

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

LASKOWSKI, STANLEY
29 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA  18512

VISTA Electronic Medical Documentation

Printed at WILKES-BARRE VAMC

Page 26

LAS 00450

14

## Progress Note

chasing women. He finally realized that his life is not going anywhere and wanting since high school to be a Marine, like his father who served the Marines, he enlisted in 1999 into the US Marine Corp. He served a total of 8 years of active duty until 2007.

During the start of the Iraqi Freedom War, he was a member of the invasion forces of the 3rd Battalion 5th Marine 1st Marine Division as a squad leader. He had a total of about 5-6 months in Iraq and he participated from the time his unit started from the southern tip of Iraq until they reached Baghdad. He was in combat through this period of time and they had at least 2 confrontations on Highway 1 and ones in Baghdad.

In a town called Nunilniyah, which is about northeast of Nasiriyah, Iraq, a house exploded and the aftermath of this incident was a body of a 6-month-old Iraqi killed, which was almost nothing was left of this child. In another incident, this also occurred in April of 2003, while his unit was on Highway 1 a soldier by the name of Eric Silva got shot by enemy fire and the bullet went through this soldier's ribcage and out into his anterior chest. This soldier was killed on the same day.

After his return from Iraq in July 2003, he served the rest of his tour of duty in the Marine Corp at Parish Island, South Carolina as a rifle instructor. After his second reenlistment was up, not wanting to return back to Iraq, he decided to leave the US Marine Corp. He was discharged in February 2007 honorably with a rank of E-5. He has a Combat Action Ribbon from his involvement with the Iraqi Freedom War.

He got married about 5 years ago while he was in active duty in the US Marine Corp on one of his vacation times. He met his wife in California. He described his marriage now as good. His wife he calls bullheaded, the same as he does. They go into screaming matches but they do not hold any grudges, for they make up their differences afterwards. His wife now is pregnant and they do have 2 young children, a 4-year-old daughter and a 2-year-old son. He has a close family relationship. He is intimate with his wife and affectionate as well to his own children.

About 2 weeks ago, he found a job with Keystone Financial Management as a financial advisor, selling products like insurance and investments. He is still on probationary status but he is working long hours, putting in the past 2 weeks about 40 hours per week. He finds the job interesting. He is doing

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

LASKOWSKI, STANLEY
29 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA  18512

VISTA Electronic Medical Documentation

Printed at WILKES-BARRE VAMC

Page 27

LAS 00451


well overall.  He has his insurance license now.  He is not
quite sure at this point as to whether he will keep this
employment long-term.  His compensation is on a commission
basis.

He attempted college through on-line college courses some time
last year through a college in Missouri, pursuing some courses
in criminal justice, taking a few courses only.

Outside of his current employment he spends most of his time at
home, spends quality time with his children especially on
weekends.  He would also take his children to their
grandparent's house.

SUBJECTIVE COMPLAINTS:  The first symptom he mentioned in this
meeting is nightmares with repeated themes and with this
particular dream he had it at least about 4-5 times since he had
been back from Iraq in February 2007 and the last time was 2
nights ago.  The dream is about someone coming into his house,
killing his children, raping his wife, and kidnapping him and
bringing him into a van.  He does also have dreams sporadically
on events that happened to him in Iraq and one of which is the
incident when Eric Silva was shot on Highway 1 and another dream
he has is the explosion of the house where practically nothing
was left of this 6-month-old baby.

He does have sleep disturbance and this was his main complaint
when he came for the first time for formal mental health
assistance at Wilkes-Barre VA Medical Center on April 11, 2007.

He avoids crowds.  He does not want to be in crowds like in
movie houses or restaurants.  When he has no choice and had to
go to a restaurant he would usually sit at the corner.

He continued to be hypervigilant, tends to be looking around
anticipating something negative to happen.  He does have fears
and his main concern is more of the welfare of his wife and
children.  He has to be sure when a car drives by his house to
see where it is going.

He also feels edgy every day and he would have moodiness,
outbursts of temper, which he calls "angry a lot", usually
against his children and his wife and then feeling sorry for his
outbursts later on.

He does admit to feelings of depression, occurring at least 2
times per week, lasting a day or 2.  During these times he would
feel like crying and questioning his competence, "What am I

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)

LASKOWSKI, STANLEY
29 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA  18512

VISTA Electronic Medical Documentation

Printed at WILKES-BARRE VAMC

Page 28

LAS 00452

# Progress Note

16

accomplishing". When he is in this state of emotion his energy level is down as well as his appetite is poor.

He felt that he began having symptoms of anxiety about a few months after his return from Iraq in 2003. He was then in Parish Island, South Carolina. He attempted to get information on how to ask help for emotional problems, that is to go to a Naval facility to get treatment, but he was advised to first talk to a chaplain. With his strong reservations of talking about these incidents in Iraq, he decided not to pursue talking to a chaplain but rather kept his problems into himself.

OBJECTIVE FINDINGS: He was a medium built white male. Alert and oriented in 3 spheres. Casually dressed. Personal hygiene was good. His mood was moderately nervous. Affect was constricted. He was serious-looking. Speech was forceful but relevant. Some mild amount of depression as well. He is endorsing nightmares of being harmed as well as themes involving events in Iraq, as well as intrusive recollections of the same events in Iraq. No actual panic attacks. Denies suicidal and homicidal thinking. He also denies auditory and visual hallucinations. No delusional thinking gathered. He has no suicidal and homicidal thinking. Remote and recent memory are intact. Judgment is fair and insight is fair.

ASSESSMENT: WITH A COMBAT ACTION RIBBON, CONCEDING COMBAT EXPOSURE DURING THE IRAQ FREEDOM WAR INVASION OF IRAQ WHILE SERVING THE US MARINE CORP, HE MET THE CRITERIA FOR STRESSOR. HE CONTINUE TO RELIVE DISTURBING TRAGIC EVENTS IN IRAQ UNTIL THIS TIME, IN THE FORM OF NIGHTMARES AS WELL AS INTRUSIVE RECOLLECTIONS, OF THOSE EVENTS AS INDICATED ABOVE. HE DOES HAVE SOME PERSISTING SYMPTOMS OF AVOIDANCE INCLUDING SUPPRESSION OF THESE EVENTS AND MEMORIES FOR YEARS UP UNTIL HIS DISCHARGE FROM THE US MARINE CORP, INABILITY TO WITHSTAND CROWDS OF PEOPLE, AND SYMPTOMS OF NUMBING; THAT IS HAVING TO KEEP TO HIMSELF, EXPRESSING MORE EMOTIONS OF ANGER THAN EMOTIONS OF WARMTH, AND HAVING PERSISTING SYMPTOMS OF HYPERAROUSAL IN THE FORM OF SLEEP DISTURBANCE, OUTBURSTS OF TEMPER, AND FEELING EDGY AS WELL AS HYPERVIGILANCE. HE DOES MEET THE MINIMUM SYMPTOMS CRITERIA FOR POSTTRAUMATIC STRESS DISORDER.

HE DOES EXHIBIT, THOUGH, IMPROVEMENT IN HIS PSYCHIATRIC AND PSYCHOLOGICAL MAKEUP NOTED BY ABILITY TO BE PRODUCTIVELY EMPLOYED SINCE ABOUT 2 WEEKS AGO WITH OVERALL GOOD PERFORMANCE AS A FINANCIAL ADVISOR WITH KEYSTONE FINANCIAL MANAGEMENT, HAVING CAPACITY TO MAINTAIN A GOOD FAMILY RELATIONSHIP WITH HIS CURRENT MARRIAGE AS WELL AS HIS 2 CHILDREN, AND DIMINISHMENT OF FREQUENCY OF THE NIGHTMARES, HIS SOCIAL IMPAIRMENT AND

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)

LASKOWSKI, STANLEY
29 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA  18512

VISTA Electronic Medical Documentation

Printed at WILKES-BARRE VAMC

LAS 00453

# Progress Note

Printed On Sep 24, 2007

OCCUPATIONAL IMPAIRMENT WILL BE CONSIDERED TO BE IN THE MILD
DEGREE.

DIAGNOSES:
AXIS I:  POSTTRAUMATIC STRESS DISORDER, CHRONIC.
AXIS II:   DEFERRED;
AXIS III:   HISTORY OF INJURY TO RIGHT ARM.
AXIS IV:  STRESSOR - EXPOSURE TO COMBAT IN IRAQ, RECENT
DISCHARGE FROM THE US MARINE CORP.
AXIS V:   GLOBAL ASSESSMENT OF FUNCTIONING PAST YEAR 55,
PRESENTLY 65.

MR. LASKOWSKI IS CAPABLE OF HANDLING HIS OWN FINANCIAL AFFAIRS.

FFS/OSi/226074/0/04/22/2007 13;27:29/dj/D:04/20/2007
16:25:19/T:04/22/2007
13:27:29/VAJob#:/IChartJob#23253672/18479297


/es/ FRANCISCO F SANTOS, M.D.
STAFF PSYCHIATRIST BEHAVIORAL SVCS
Signed: 04/23/2007 08:21

PATIENT NAME AND ADDRESS (Mechanical imprint, if available)

LASKOWSKI, STANLEY
29 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA  18512

Printed By: LUKES-BARRE, VAMC

18

STANDARD TITLE: C E P EXAMINATION NOTE
DATE OF NOTE: APR 23, 2007@10:30          ENTRY DATE: APR 23, 2007@14:04:48
    AUTHOR: PATCHOSKI, PHILIP E          EXP COSIGNER:
    URGENCY:                                  STATUS: COMPLETED

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)      VISTA Electronic Medical Documentation

LASKOWSKI, STANLEY
29 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA   18512

Printed at WILKES-BARRE VAMC

Page 23

LAS 00447

# Progress Note

AUDIOMETRIC COMPENSATION AND PENSION EXAMINATION

DATE OF EXAMINATION:  April 23, 2007

SECTION A.  REVIEW OF MEDICAL RECORDS:

The veteran's C-file was reviewed prior to this Audiometric
Compensation and Pension Examination to find reference to
puretone audiometry throughout the veteran's active duty
military service from 1999 to February 5th, 2007.  Reference to
normal hearing sensitivity was noted in 1999, and a slight but
significant threshold shift was noted in 2005 following deployment
Iraq.  This threshold shift noted in 2005 was consistent with
noise exposure and was primarily in the right ear.  It was borderline
mild high frequency hearing loss that was diagnosed at that time.

SECTION B.  MEDICAL HISTORY:

SUBJECTIVE COMPLAINTS:  The veteran reports experiencing a
constant bilateral tinnitus attributed to his combat military
service while in Iraq in 2003.  He reports many instances of
combat noise explosions, et cetera, which he feels are responsible
for the current condition related to tinnitus.  He is unsure as
to the status of his hearing sensitivity but does report that
at times understanding conversational speech in challenging
listening environments may become difficult.  He denies a history
of chronic ear disease, vertigo, gait, or balance disorders.
He also denies a histroy of civilian occupational or recreational
noise exposure.

SECTION C.  PHYSICAL EXAMINATION:

OBJECTIVE FINDINGS:  Right Ear: 500 Hz: 5 dB, 1000 Hz: 5 dB,
2000 Hz: 5 dB, 3000 Hz: 5 dB, 4000 Hz: 20 dB; four frequency
average: 9 dB.  Left Ear: 500 Hz: 5 dB, 1000 Hz: 5 dB, 2000 Hz:
5 dB, 2000 Hz: 5 dB, 3000 Hz: 5 dB, 4000 Hz: 20 dB; four frequency
average: 9 dB.

Speech Recognition Score:  100% right ear, 100% left ear.

SECTION D.  DIAGNOSTIC AND CLINICAL TEST RESULTS:

An otoscopic examination finds both external auditory canals
to be free and clear of excessive cerumen, allowing a complete
visual inspection of both tympanic membranes which appear to be
normal and intact.

Speech reception threshold, speech recognition, puretone air

---

LASKOWSKI, STANLEY
29 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA   18512

VISTA Electronic Medical Documentation

Printed at WILKES-BARRE VAMC

LAS 00448

*20*

# Progress Note

conduction threshold, bone conduction threshold, tympanometry, and acoustic reflexes are otherwise indicative of essentially normal hearing sensitivity.

SECTION E.   CONCLUSIONS AND DIAGNOSES:

SUMMARY OF TEST RESULTS:   Puretone audiometric test results reveal normal hearing sensitivity at 250-8000 Hz in a symmetrical hearing configuration.   The once noted mild hearing loss related to noise exposure evidenced in c-file in 2005 has improved to normal levels suggesting that previous results were as a result of a temporary threshold shift.   However, thresholds at 4KHz. are elevated when compared to the rest of the configuration and though it is still within normal limits, it does reflect a change from initial examination dated 1999.

Middle ear function is normal, and acoustic reflexes are obtained at levels consistent with the puretone audiometric configuration.

The VA Form 21-2507 does not request a medical opinion in this matter concerning hearing loss and/or tinnitus, and therefore none will be provided.

d- 4-23-2007   11:08 a.m.
t- 4-23-2007   1:00 p.m.
TAB
#30322

cc   PHILIP E PARKOSKI  AuD.

21

LOCAL TITLE: COMPENSATION AND PENSION NOTE.
STANDARD TITLE: C & P EXAMINATION NOTE
DATE OF NOTE: APR 24, 2007@08:32     ENTRY DATE: APR 24, 2007@08:32:16
    AUTHOR: CASTRIGNANO,DOMINIC   EXP COSIGNER:
URGENCY:                                STATUS: COMPLETED

4/24

              GENERAL  MEDICAL  EXAM

     A.  REVIEW OF MEDICAL RECORDS.

          CLAIMS FILE Reviewed.

          The medical records of the Wilkes-Barre VA Medical Center
          were reviewed.

          This veteran claims Service Connection for the following
          injuries and diseases found OCCURRED DURING ACTIVE SERVICE:

          1.  Skin Rashes.
          2.  RIGHT Hip Bursitis.
          3.  RIGHT Arm Fracture.
          4.  Chronic LEFT Hip Pain.
          5.  SINUSITIS.
          6.  RIGHT Heel Spur.
          7.  Hearing Loss.
          8.  Tinnitus.
          9.  Post-Traumatic Stress Disorder.

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)     VISTA Electronic Medical Documentation

LASKOWSKI, STANLEY
29 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA   18512                      Printed at WILKES-BARRE VAMC

                                                                   Page 19

                                                        LAS 00443

# Progress Note

B. MEDICAL HISTORY.

    OCCUPATION HISTORY –
        USUAL OCCUPATION: Consultant for John Hancock.
        WORK TIME LOST DUE TO HEALTH PAST 12 MONTHS: Yes.
        ABSENT from work 3 days due to RIGHT Hip Bursitis Pain.

    ACTIVE CONDITIONS/CURRENT TREATMENT.

    RIGHT HIP BURSITIS –
        Motrin 800mg twice a day / NO pain relief / NO side effects.

    POST-TRAUMATIC STRESS DISORDER –
        Trazodone 25mg daily at bedtime / Adequate sleep response.
        WITH Side Effect of nausea, vomiting the next day.
        Veteran stopped taking Trazodone due to side effect.


    SURGERY/HOSPITAL HISTORY:

    1994 – Admission for Concussion due to Motor Vehicle Accident.


C. PHYSICAL EXAMINATION.

    GENERAL: 29 Year Old Male in NO Acute Physical Distress.

    VITAL SIGNS:
        BLOOD PRESSURES: 136/81,  118/75,  132/86
        PULSE: 72
        RESPIRATION: 18
        HEIGHT: 5'8"
        WEIGHT: 180

    DOMINANT HAND:  RIGHT Handed for Writing & Working.

    POSTURE/GAIT:  Normal Posture / Steady Gait.

    SKIN:  SEE DERMATOLOGY/SKIN C/P EXAM.

    HEAD:  Atraumatic/Normocephalic.

    EYES:  NO Vision Problem Noted.
        Pupils Equal/Reactive to Light.
        Extra-Ocular Muscles Intact.

    EARS:  CLAIMS HEARING LOSS/TINNITUS.

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, If available)    VISTA Electronic Medical Documentation

LASKOWSKI, STANLEY
29 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA  18512

Printed at WILKES-BARRE VAMC

LAS 00444

23

# Progress Note

SEE AUDIOLOGY C/P EXAM.
External Canals Patent / NO Discharge.
Tympanic Membranes Intact / NO Scarring.

NOSE:  Septum Midline / Turbinates Patent / NO Discharge.

SINUSES:  CLAIM FOR SINUS CONDITION -
==========================================
MEDICAL HISTORY/SINUSES.
ONSET: DURING Active Military Service.
CIRCUMSTANCES: August, 2005 at Paris Island.

LOCATION/NATURE OF INJURY/DISEASE: Frontal/Peri-Orbital Sinuses.

TREATMENT -
SURGERY: None.
MEDICATIONS/RESPONSE/SIDE EFFECTS:
Anti-histamine treatment at Paris Island with relief
of sinus pains/NO side effects.

SUBJECTIVE COMPLAINTS -
==========================
INTERFERENCE BREATHING THROUGH NOSE: No.

WATERY DISCHARGE FROM NOSE: No.
PURULENT DISCHARGE FROM NOSE: Yes - Periodic yellowish discharge.

DYSPNEA AT REST: No.
DYSPNEA ON EXERTION: No.

SINUS PAIN: Yes - Frontal & Peri-Orbital.
SINUS HEADACHES: No.

NASAL ALLERGIC ATTACKS: None.
SINUS ALLERGIC ATTACKS: None.

OTHER SYMPTOMS: None.

PERIODS OF INCAPACITATION REQUIRING BED REST AND
TREATMENT BY A PHYSICIAN: None.

FUNCTIONAL IMPAIRMENT RELATED TO NOSE/SINUS CONDITION -
=============================================================
USUAL OCCUPATION: Consultant for John Hancock.
                  NO affect on work.
ACTIVITIES OF DAILY LIVING: NO Affect.

PHYSICAL EXAMINATION/SINUSES.

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)

LASKOWSKI, STANLEY
29 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA  18512

VISTA Electronic Medical Documentation

Printed at WILKES-BARRE VAMC

Page 21

LAS 00445

24

# Progress Note

NOSE –

SEPTAL DEVIATION: None.
NOSTRIL INFLAMMATION: None.
NOSTRIL DISCHARGE: Yes – Yellowish Mucus.
NOSTRIL OBSTRUCTION: None.
NASAL POLYPS: None.
RHINOSCLEROMA: None.

SINUSES –

TENDERNESS: None.
PURULENT DISCHARGE: Yes.
CRUSTING: None.

THROAT:  Normal Oro-Pharyngeal Mucosa.

NECK:  Supple / NO Masses / NO Thyromegaly.
       NO Carotid Artery Bruits/Jugular Vein Distention.

LUNGS:  Clear / NO Cough, Wheeze, Dyspnea.

HEART:  Rate 72-76 / Regular S1-S2 / NO Murmur.

VASCULAR:  Palpable Peripheral Pulses.
           NO Signs of Arterial Ischemia/Venous Insufficiency.

ABDOMEN:  Non-Tender / NO Masses.

RECTAL:  DEFERRED.

GENITAL:  DEFERRED.

MUSCULO-SKELETAL:  5/5 Motor Power Upper & Lower Extremities.

           NO Spine Pathology Noted.
           Normal Mobility in Cervical & Lumbo-Sacral Spine.

           JOINT PATHOLOGY NOTED.
           SEE ORTHOPEDIC/JOINTS C/P EXAM.
           SEE PODIATRY/FEET C/P EXAM.

NEURO:  Cranial Nerves II-XII Intact.
        Symmetric 2+ Reflexes / Normal Coordination.
        NO Focal Sensory/Motor Deficits.

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)

LASKOWSKI, STANLEY
29 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA   18512

VISTA Electronic Medical Documentation

Printed at WILKES-BARRE VAMC

LAS 00446

-25-

# Progress Note

PSYCH: CLAIMS POST-TRAUMATIC STRESS DISORDER.
SEE PSYCHIATRY/STRESS DISORDER C/P EXAM.

D. DIAGNOSTIC AND CLINICAL TESTS.

1. CHEST X-RAY: NO Acute/Chronic Lung Disease.

2. URINALYSIS: NEGATIVE Protein, Glucose, Ketones, Blood.

3. COMPLETE BLOOD COUNT: Within Normal Limits.

4. BLOOD CHEMISTRY: Fasting Blood Glucose 104.
Blood Urea Nitrogen 8 / Creatinine 1.1

5. X-RAY SINUSES:
Report:
Paranasal sinuses
The examination reveals satisfactory development of the
maxillary, ethmoid, frontal and sphenoid sinuses. The sinuses are
clear and well aerated revealing no mucosal thickening, mass
densities or retained fluid. The osseous margins are intact.
Impression:
Normal Paranasal Sinus study.

E. DIAGNOSIS.

1. CHRONIC SINUSITIS.
2. SEE AUDIOLOGY C/P EXAM.
3. SEE DERMATOLOGY/SKIN C/P EXAM.
4. SEE ORTHOPEDIC/JOINTS C/P EXAM.
5. SEE PODIATRY/FEET C/P EXAM.
6. SEE PSYCHIATRY/STRESS DISORDER C/P EXAM.

M. : IO E CASTRENANO, DO

26.

# Progress Note

STAFF PHYSICIAN BEHAVIORAL SVCS

LOCAL TITLE: NSG NURSING NOTE(T)
STANDARD TITLE: NURSING NOTE
DATE OF NOTE: MAY 11, 2007@13:00
        AUTHOR: KOVALCHIK,MARC A          ENTRY DATE: MAY 11, 2007@13:00:49
        URGENCY:                  EXP COSIGNER:
                                    STATUS: COMPLETED

Vital Signs:

TEMPERATURE: 98.8 F [37.1 C] (04/26/2007 14:06)
PULSE:          92 (04/26/2007 14:06)
RESPIRATION: 20 (04/26/2007 14:06)
BP:            136/76 (04/26/2007 14:06)
PAIN:           5 (04/26/2007 14:06)

DATA:

ASSESSMENT:

PLAN:
    Preventive Health Screen:
      Annual Preventive Health Screen Information

        ALTERNATIVE THERAPY INFORMATION
          No Herbal/Alternative Therapy taken.
          Patient is taking Over The Counter medications.
            OTC Meds: exederin,niquil
      HYPERTENSION/OBESITY
      Patient's BMI is <21 or >25.  Current BMI: 27.4
      Patient has been diagnosed with hypertension, diabetes mellitus or
        has a BMI <21 or >25.  Indicate if patient has been evaluated
        by a dietitian in the past year.
      Patient HAS NOT been evaluated by a dietitian in the past year.
      Patient declines Nutrition Clinic consult.

      ALLERGY INFORMATION
        Patient states 'No Known Allergies". Primary Care provider must
          enter this information in CPRS.
      SAFE IN HOME ENVIRONEMENT QUESTIONS
      Patient feels safe in home environment.
      PULMONARY
      Patient does not use an inhaler/nebulizer.
      ADL QUESTIONS
      Patient DOES NOT need assistance with ADL.
      Patient reports NO decrease/loss of self-care skills within past
        month.

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)

LASKOWSKI, STANLEY
29 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA  18512

VISTA Electronic Medical Documentation

Printed at WILKES-BARRE VAMC

27

## Progress Note

Patient reports NO decrease/loss of mobility within past month.
Patient reports NO difficulty in swallowing.
DIABETES QUESTIONS
Patient IS NOT diabetic.
SEATBELT/HELMET SAFETY QUESTIONS
Do you wear a seatbelt when driving or riding in a car?
   Comment: Yes
Do you wear a helmet when riding a motorcycle or bicycle?
   Comment: NOT APPLICABLE

PREVENTIVE HEALTH EDUCATION SECTION
   Education Topic & Level of Understanding

/es/ MARC A KOVALCHIK
MSNRN
Signed: 05/11/2007 13:05

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

LASKOWSKI, STANLEY
29 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA  18512

VISTA Electronic Medical Documentation

Printed at WILKES-BARRE VAMC

Page 19

LAS 00443



# Progress Note

CRNP Psych Mental Health-BC

LOCAL TITLE: PSYCH INTAKE ASSESSMENT
STANDARD TITLE: PSYCHIATRY INPATIENT NOTE
DATE OF NOTE: MAY 11, 2007@13:11    ENTRY DATE: MAY 11, 2007@13:11:27
    AUTHOR: LUCAS,EUGENE T JR    EXP COSIGNER:
    URGENCY:                        STATUS: COMPLETED

MRC Approved 3/15/05
Job # 05-05

Age: 29  GENDER: MALE    RACE: WHITE
MARITAL STATUS:  Married.


                    CLINICAL HISTORY

PRESENTING CHIEF COMPLAINT:
I get angry and irritable.


HISTORY OF CURRENT ILLNESS:
I went to the USMC and ultimately ended up in Iraq for the invasion, I
saw some things that stay with me. They come out of nowhere and it makes
me angry and upset with the peopls I love.


PAST PSYCHIATRIC HISTORY:
I came in once about a month ago because I couldn't sleep for about three
days. This happens twice a month to twice a week sometimes.


HISTORY OF SUICIDAL ACTS AND SELF-HARM:
None

HISTORY OF VIOLENCE/ASSAULTING OTHERS/LEGAL PROBLEMS:
Receiving stolen property was removed due to probation.


SUBSTANCE USE HISTORY:
Prior to military was involved in marijuanna and cocaine, alcohol he
was drinking a twelve pack a night. Stopped drugs prior to Marines,
slowed down with alcohol since about 2003. social drinker now,
occasional binge.

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, If available)

LASKOWSKI, STANLEY
29 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA   18512

VISTA Electronic Medical Documentation

Printed at WILKES-BARRE VAMC

LAS 00438

# Progress Note

Printed On Sep 24, 2007

MENTAL ILLNESS AND SUBSTANCE ABUSE IN FAMILY MEMBERS:
Mother was drug addict and alcoholic, many rehabs, dad was alcoholic.

PSYCHOSOCIAL HISTORY:
  a) Childhood/Developmental History: Was suspended from school for fighting, HS grad, 2 years of college with
no degree, dad was domestic abuser.

  b) Adult Relationship History: Outgoing in HS, no problems meeting people, since he returned more
careful of meeting people. Heterosexual preference

  c) Current significant family and/or peer group relationships:
Dad there for him, his wife also. Has a cousin Ron who is engaged.

  d) Financial Status, Housing, Employment, Leisure Time Issues: Good finances, rents, Keystone Financial Mgt. since Mar 24, 07, as an
advisor, works for fun, out to eat, sped time with kids, TV, music.

  e) Religious/Spiritual or Cultural Issues that might influence treatment:
None

  f) Relevant community resources accessed by patient:
Kids are on CHIP

MILITARY HISTORY:
Branch:
Joined the US Marines in 1999, Parris Island, Camp Pendleton, back to Parris island as a rifle instructor. To Iraq in 2003, Combat, in invasion force as a member of the infantry, much action, there six months, small arms, artillery and other explosions were part of experience. Saw a house explode and the remains of a six month old baby, saw another Marine killed in front of him. Has other random memories like the first bullet whizzing past his head. Left and returned to Parris island and was honorably discharged in 2/6/07. Rank was Sergeant, has Combat Action Ribbon, OIF medal, GWAT medals, 2 NAMPS, one with combat valor.

MEDICAL INFORMATION

(include response to medications, any medication side effects)

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

LASKOWSKI, STANLEY
29 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA   18512

VISTA Electronic Medical Documentation

Printed at WILKES-BARRE VAMC

LAS 00439

# Progress Note

a) CURRENT MEDICAL PROBLEMS: Back Pain, Other Sleep Disorders, Other (specify)
   Disrupted sleep problems

b) CURRENT SIGNIFICANT PAIN PROBLEMS: Yes
   Stomach pain

c) NUTRITION ASSESSMENT: Well developed, well nourished

d) CURRENT VA-PRESCRIBED MEDICATIONS:
Active Outpatient Medications (including Supplies):

| Active Outpatient Medications | | Status |
|---|---|---|
| 1) TABLET SPLITTER USE   AS DIRECTED FOR TABLET SPLITTING | | ACTIVE |
| 2) TRAZODONE 50MG TAB TAKE ONE TABLET BY MOUTH AT BEDTIME MAY START AT 1/2 TAB | | ACTIVE |

e) CURRENT NON-VA MEDICATIONS:
   Excedrin for headache

f) CURRENT NICOTINE AND CAFFEINE USE:
   Smokes 1 PPD for 14 years, coffee at a pot a day

ALLERGIES AND ADVERSE DRUG REACTIONS:
Patient has answered NKA


MENTAL STATUS EXAM:
---------------------
ORIENTATION AND CONSCIOUSNESS:
  alert and attentive
  oriented x3
APPEARANCE AND BEHAVIOR:
  cooperative and reasonable
  grooming appropriate
SPEECH:
  normal rate/rhythm
LANGUAGE:
  intact
MOOD AND AFFECT:
  affect is congruent with mood
  affect is wide range
  mood anxious
PERCEPTUAL DISTURBANCE (hallucinations, illusions):
  Other: Hypnopompic and hypnogogic experiences
  details:
    Sees things upon awakening and falling asleep, have to do with

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)

LASKOWSKI, STANLEY
29 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA   18512

VISTA Electronic Medical Documentation

Printed at WILKES-BARRE VAMC

Page 16

LAS 00440

# Progress Note

combat experiences
THOUGHT PROCESS AND ASSOCIATION:
  normal, coherent
THOUGHT CONTENT (delusions, obsessions etc.):
  no unusual thought content
  details:  Very focused on things at times
SUICIDAL OR VIOLENT IDEATION:
  none
INSIGHT:
  good
JUDGMENT:
  good
  impulsive
MEMORY:
  intact
FUND OF KNOWLEDGE
    Above Average
MENTAL STATUS COMMENTS:
Patient with NM, FB, intrusive thoughts, irritability, anger and sleep
disturbance
SUMMARY AND FORMULATION:
------------------------
Patient with PTSD and depressive symptoms.
              INITIAL DSM-IV DIAGNOSIS:
Axis I Clinical Disorder:
  Anxiety Disorder:  PTSD,chronic
  Depressive Disorder:  NOS (Not Otherwise Specified)
Axis II Personality Disorders/Traits:
  None
Axis III Current Medical Conditions:  See Medical History above
Axis IV Current Psychosocial Stressors:
 social environment

Axis V GAF Score (current level of functioning): 65
Initial Treatment Plan:
Patient will try Clonazepam 0.5mg at HS for sleep, Buproprion at 100mgg
in AM for irritability and anger, follow up in two months, refer to
Psychology for PTSD follow up.
Long Term goals Reduce symptoms increase coping, improve sleep

Anticipated Duration:Chronic/Ongoing

/es/ Eugene T. Lucas Jr.
CRNP Psych Mental Health-BC
Signed: 05/11/2007 13:48

Receipt Acknowledged By:
05/11/2007 14:10       /es/ ARUNA BHATIA

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation

LASKOWSKI, STANLEY
29 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA  18512

Printed at WILKES-BARRE VAMC

LAS 00441

*Progress Note*

*32*

STANDARD TITLE: PSYCHIATRY GENERAL NOTE
STANDARD TITLE: PSYCHIATRY NOTE
DATE OF NOTE: MAY 17, 2007@15:01
   AUTHOR: PIERCE,JENNIFER E        ENTRY DATE: MAY 17, 2007@15:01:33
   URGENCY:                         EXP COSIGNER:
                                    STATUS: COMPLETED

Pt called today.  He says bupropion made him feel very anxious like he wanted to
put his head through a window.  He c/o NM, FB, irritability, and anxiety.  Will
d/c wellbutrin.  Will try paxil 10 mg x one wk, then 20 mg daily.  Side effects
and expected benefits were discussed with the patient.  He was encouraged to
call if there were any problems.  He was appreciative of the call.

/es/ JENNIFER E PIERCE, PA-C
Physician Assistant
Signed: 05/17/2007 15:03

Receipt Acknowledged By:
05/22/2007 08:27          /es/ Eugene T. Lucas Jr.

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available):   VISTA Electronic Medical Documentation

LASKOWSKI, STANLEY
25 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA  18512

Printed at WILKES-BARRE VAMC

LAS 00437

*33*

LOCAL TITLE: TLCP PSYCHIATRY
STANDARD TITLE: TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: MAY 31, 2007@10:35      ENTRY DATE: MAY 31, 2007@10:35:06
    AUTHOR: LUCAS,EUGENE T JR     EXP COSIGNER:
    URGENCY:                          STATUS: COMPLETED

Patient tried the Paroxetine and felt like he was crawling out of his skin.
Stopped the med. He is able to sleep at night without nightmares on the
Clonazepam but has daytime anxiety. Will try Clonazepam 0.25mg BID for this
weekend and see the result on daytime anxiety. Patient agrees and will call next
week with result.

/es/ Eugene C. Lucas Jr.
CRNP Psych Mental Health-BC
Signed: 05 31 2007 13 37

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)    VISTA Electronic Medical Documentation

LASKOWSKI, STANLEY
29 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA   18512                    Printed at WILKES-BARRE VAMC

                                                              Page 13

                                                  LAS 00437

34

## Progress Note

DATE OF NOTE: JUN 04, 2007@14:01        ENTRY DATE: JUN 04, 2007@14:01:35
        AUTHOR: LUCAS,EUGENE T JR       EXP COSIGNER:
        URGENCY:                                STATUS: COMPLETED

Has tried the Clonazepam over the weekend and has not noted much change on the
0.25mg dose BID, tried 0.5mg dose once and didn't notice any changes. Will make
dose 0.5mg BID until he is seen on 7/3/07. Patient is satisfied.

/es/ Eugene T. Lucas Jr.
CRNP Psych Mental Health-BC
Signed: 06/04/2007 14:03

CP PSYCHIATRY

LASKOWSKI, STANLEY
29 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA  18512
:

Printed at WILKES-BARRE VAMC

Page 13

LAS 00437

35

Progress Note

Printed On Sep 24, 2007

LOCAL TITLE: TLCP PSYCHIATRY
STANDARD TITLE: TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: JUN 22, 2007@10:25     ENTRY DATE: JUN 22, 2007@10:25:39
     AUTHOR: LUCAS,EUGENE T JR    EXP COSIGNER:
     URGENCY:
                                   STATUS: COMPLETED

Patient called about the clonazepam making him tired in the daytime. He is
sleeping much better and feels great when he gets up but, once he takes the
daytime clonazepam, he gets sleepy four hours later. His sex drive is down as
well. Told to stop the daytime dose of the Clonazepam and will discuss
alternatives on his next visit in July. He is satisfied.

/es/ Eugene T. Lucas Jr.
CRNP Psych Mental Health-BC
Signed: 06/22/2007 10:27
     LOCAL TITLE: TLCP PSYCHIATRY
STANDARD TITLE: TELEPHONE ENCOUNTER NOTE

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)
LASKOWSKI, STANLEY
29 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA  18512

VISTA Electronic Medical Documentation

Printed at WILKES-BARRE VAMC

36

LOCAL TITLE: PSYCHIATRY GENERAL NOTE
STANDARD TITLE: PSYCHIATRY NOTE
DATE OF NOTE: JUL 03, 2007@13:00          ENTRY DATE: JUL 04, 2007@08:05:18
    AUTHOR: LUCAS,EUGENE T JR     EXP COSIGNER:
    URGENCY:                          STATUS: COMPLETED

Chief Complaint:  Medication and symptom management.

Subjective:  "The Paxil medication made me feel really stimulated and
anxious.  I felt like I was going to crawl out of my skin.  I got
extremely irritable and angry with it.  I stopped the medicine and then
got sick to my stomach and had headaches for a couple days.  That is just
not the stuff for me.  I still have anger and irritability, but my sleep
is improved.  I am able to sleep all night.  I wake up refreshed and with
enough energy to make it through the day.  I really would like to work on
the anger and irritability during the day, but I am unsure what approach
to take.  I have no thoughts of hurting myself or anyone else.  I do look
forward to every day and work hard at my job."

Mental Status Examination:  The patient is alert, oriented x3.  Speech is
appropriate in content, normal in rate and tone.  Thoughts are
organized.  Content is appropriate, somewhat negative.  The patient denies
any auditory or visual hallucinations.  Judgment and insight are good.
Mood is mildly depressed, somewhat anxious affect.  The patient denies any
suicidal or homicidal idation.  The patient has no involuntary movements.

Objective:  Patient with attempts at utilization of trazodone, paroxetine,
and Wellbutrin over a two-month period.  Failures on all medications due
to stimulating or extremely sedating side effects.  The patient appears to
be a slow metabolizer.  The evening dose of clonazepam works well to
maintain normal sleeping pattern of six to eight hours, and he wakes up
refreshed, unable to take day time clonazepam due to sedation during the
day.  The patient has no suicidality.  The patient continues with some
irritability and anger.  The patient also has some intrusive thinking
during the day.  No suicidality.

Plan:  Discontinue the paroxetine.  We will start buspirone 5 mg twice
daily and will taper up over a few months.  Hopefully medication will have
calming effect similar to clonazepam without the sedation.  Side effects
of the medication were discussed with the patient.  He agrees to utilize
the medicine.  The patient was encouraged to call if there are any
problems, side effects, symptoms worsen, or he feels unsafe.  Rescheduled

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

LASKOWSKI, STANLEY
29 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA  18512

VISTA Electronic Medical Documentation

Printed at WILKES-BARRE VAMC

LAS 00435

37

## Progress Note

at first available after fourteen days.  The patient is satisfied.  Time
of appointment was 30 minutes.

D:  7/3/07 1:26P                    P:  7/3/07  T16 #52332

/es/ Eugene T. Lucas Jr.
CRNP Psych Mental Health-BC
Signed: 07/10/2007 10:21

Receipt Acknowledged By:
07/10/2007 10:31          /es/ ARUNA BHATIA
                     STAFF PHYSICIAN BEHAVIORAL SVCS

29 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA  18512

Printed at WILKES-BARRE VAMC

LAS 00438

38

```
    LOCAL TITLE: PSYCHIATRY GENERAL NOTE
    STANDARD TITLE: PSYCHIATRY NOTE
    DATE OF NOTE: JUL 03, 2007@13:27      ENTRY DATE: JUL 03, 2007@13:27:06
       AUTHOR: LUCAS,EUGENE T JR     EXP COSIGNER:
       URGENCY:                          STATUS: COMPLETED

    PROVIDER Med Reconciliation:
       Outpatient Medication Review
          A new medication is to be added after review of current medication
             profile at this clinic visit. See plan of care above.
          Comment: Suspirone

    /es/ Eugene T. Lucas Jr.
    CRNP Psych Mental Health-BC
    Signed: 07/03 2007 13:31
```

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)

LASKOWSKI, STANLEY
29 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA   18512

VISTA Electronic Medical Document tion

Printed at WILKES-BARRE VAMC

LAS 00436

39

LOCAL TITLE: TLCP PSYCHIATRY
STANDARD TITLE: TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: JUL 16, 2007@15:31    ENTRY DATE: JUL 16, 2007@15:31:08
    AUTHOR: LUCAS,EUGENE T JR    EXP COSIGNER:
    URGENCY:                        STATUS: COMPLETED

Patient called and stated he is more irritable on the BusPar medication. He has
stopped it. He increased the Clonazepam to 1mg at HS and 0.5mg in the day and it
works good for sleep and anxiety. We discussed talking about changes in
medication prior to starting them, it is the provider's decision about
effectiveness that constitutes rationale for changing doses. He has not
adequately trialed any of his psychiatric medications and has been on Trazodone,
Buproprion, Paroxetine and Buspirone alternately since 4/11/07. Each time the
medication caused an adverse behavioral effect such as self harm, irritability,
restlessness. Responds positively to benzodiazepines as they are sedative and
were intended as an interim medication until his antidepressant medication was
titrated to effective dose. Will continue current Clonazepam 0.5mg in AM, 1mg at
HS as it has been effective thus far for anxiety and sleep until seen by Dr
Bhatia for case review.

/es/ Eugene T. Lucas Jr.
CRNP Psych Mental Health-BC
Signed: 07/16/2007 15:42

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

LASKOWSKI, STANLEY
29 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA   18512

VISTA Electronic Medical Documentation

Printed at WILKES-BARRE VAMC

LAS 00434

40

## Progress Note

Printed On Sep 24, 2007

Receipt Acknowledged By:
07/16/2007 15:44        /es/ ARUNA BHATIA
                        STAFF PHYSICIAN BEHAVIORAL SVCS

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

LASKOWSKI, STANLEY
29 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA   18512

VISTA Electronic Medical Documentation

Printed at WILKES-BARRE VAMC

LAS 00435

41

```
LOCAL TITLE: TLCP PSYCHIATRY
STANDARD TITLE: TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: JUL 18, 2007@16:21     ENTRY DATE: JUL 18, 2007@16:21:48
    AUTHOR: LUCAS,EUGENE T JR     EXP COSIGNER:
    URGENCY:                           STATUS: COMPLETED
```

Patient's wife Marisol called and said the veteran wanted her to talk to me. She
is concerned his irritability and anger have been escalating over the last few
weeks. He is mixing alcohol with his medications. He has promised to stop the
alcohol but she is not convinced. She has heard him complaining about the
medications making him tired, agitated, irritated but she feels he does not take
them long enough. He needs to get something started because his mood is
deteriorating. Encouraged her to get him to come in as a walk in and attend the
appointment. She will do this. Tried calling veteran's cell number to discuss
but he is not available.

/es/ Eugene T. Lucas Jr.
CRNP Psych Mental Health-BC
Signed: 07/18/2007 16:27

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

LASKOWSKI  STANLEY
29 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA  18512

ViSTA Electronic Medical Documentation

Printed at WILKES-BARRE VAMC

Page 10

LAS 00434

42

LOCAL TITLE: PSYCHIATRY GENERAL NOTE
STANDARD TITLE: PSYCHIATRY NOTE
DATE OF NOTE: AUG 13, 2007@12:41         ENTRY DATE: AUG 13, 2007@12:42:03
     AUTHOR: LUCAS,EUGENE T JR        EXP COSIGNER:
     URGENCY:                                STATUS: COMPLETED

Received a call from Patrolman Louis Kline (570-383-1820 or 570-342-9111) of the
Olyphant police department requesting availability of inpatient psychiatric
treatment concerning the veteran. Officer Kline told no information can be
released about any veteran without the veteran's signed authorization. Generally
speaking, veterans under arrest or legal obligation are not eligible for
inpatient psychiatric admission per WBVA policy. The police would like to
provide the veteran treatment in lieu of incarceration and they are looking into
VA options. Any psychiatric commitments would need to be evaluated as per state
law and approved by the attending Psychiatrist for any veteran. They (the
police) will decide how to proceed and call the VA at a later time.

/es/ Eugene T. Lucas Jr.
CRNP Psych Mental Health-BC

PATIENT NAME AND ADDRESS (if changed imprinting, if available)    VISTA Electronic Medical Documentation
LASKOWSKI, STANLEY
29 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA   18512          Printed at WILKES-BARRE VAMC

LAS 00433

43

# Progress Note

Printed On Sep 24, 2007

Signed: 08/13/2007 13:10

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

LASKOWSKI, STANLEY
29 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA   18512

VISTA Electronic Medical Documentation

Printed at WILKES-BARRE VAMC

LAS 00401

44

# Progress Note

Printed On Sep 24, 2007

LOCAL TITLE: TLCP SOCIAL WORK
STANDARD TITLE: TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: AUG 31, 2007@11:01      ENTRY DATE: AUG 31, 2007@11:01:13
   AUTHOR: COLLELO, KATHLEEN A    EXP COSIGNER:
   URGENCY:                        STATUS: COMPLETED

      This writer received a phone call from the vet's mother, Carol Laskowski.
She states that her son has been incarcerated at the Lackawanna Couny Prison for
the past three weeks. He was incarcerated as a result of breaking into a local
pharmacy and robbing prescription pain killers. The vet's mother inquired as to
whether her son could be transferred to the WBVA for inpatient psychiatric care
while he is still an inmate. After conferring with Gene Lucas ,CNP who had
originally received a call from the Olyphant police on this case on 8/13/07, I
called Mrs. Laskowski back to inform her that the WBVA cannot accept veterans as
inpatients on their psych unit while he is a prisoner in the Lackawanna County
Prison System. I did advise her that the Lacka. County prison System has mental
health providers that can provide appropriate mental health care to her son
while he is serving out his prison sentence. She states that she will discuss
same with her son's attorney.

/es/ KATHLEEN A COLLELO
SOCIAL WORKER
Signed: 08/31/2007 11:08

Receipt Acknowledged By:
08/31/2007 16:11            /es/ Eugene T. Lucas Jr.
                            CRNP Psych Mental Health-BC

25 UNIVERSITY DRIVE
DUNMORE, PENNSYLVANIA  18512       Printed at WILKES-BARRE VAMC

                                                                Page 9

LAS 00433