## DISCUSSION

**Patient does not improve or status worsens:**

Reassessment of patients' clinical status may occasionally show that symptoms and/or functional status is failing to improve or is deteriorating in a sustained way. It is important to determine that this static or deteriorated state is not simply the result of a major life crisis unrelated to the therapy being administered.

The clinician must next determine if a patient's unimproved clinical status reflects a temporary exacerbation of symptoms expected to occur in the course of treatment that will ultimately prove to be effective. For example, it is common for patients undergoing exposure therapy to experience some brief distress or symptom exacerbation during initial phases of treatment where they focus on emotions associated with traumatic memories. In this case, it is important to reassure the patient about the natural course of recovery through treatment, assist him/her in coping with symptoms, and enlist his/her in the decision to continue with the current method of treatment. Increasing session contacts and or increasing the dose of medications may provide support needed to alter the outcome of treatment.

If the clinician and patient agree that the current treatment regimen is ineffective, then a collaborative decision can be made to switch to a different modality. Some patients find exposure therapy too distressing and may need to postpone that type of intervention, in favor of using an approach that is more easily tolerated (e.g., cognitive therapy and symptom management approaches).

Another approach is to hold the course of a current therapy, which may appear ineffective, but apply adjunctive treatments (see PTSD Interventions) There is no empirical evidence that supports the effectiveness of combination treatments for PTSD. However, there is clinical consensus that some treatments can act synergistically (e.g., combining coping skills and symptom management approaches with exposure-based treatments).

Clinicians should consider changing the treatment plan by increasing the level of care offered to patients. Levels of care for PTSD vary in intensity, including infrequent visits administered in outpatient clinics, partial hospital programs, specialized inpatient PTSD programs, PTSD residential care programs and domiciliaries, and acute inpatient hospitalization. Patients who fail to progress in outpatient treatment may benefit from a temporary transition to a higher level of care, followed by return to outpatient management after greater stabilization of symptoms have been achieved.

Often, progress in PTSD treatment may by compromised by a concurrent behavioral disorder (e.g., domestic violence), life crisis (e.g., homelessness), or uncontrolled substance use disorder. Referral to ancillary clinical services should be considered for patients for whom these problems emerge during the course of treatment, as identified upon reassessment.

**Patient demonstrates improved symptoms and functioning but requires maintenance treatment:**

Treatment may also lead to slight or moderate improvement that nonetheless leaves the patient with significant distress and impairment in functioning. If patient demonstrates partial (insufficient) remission, consider one of the following treatment modification options:

- continue the present treatment approach to allow sufficient time for full response. This option might be worth considering when a treatment involves acquisition of skills (e.g., cognitive restructuring or anxiety management). In such a case, it is possible that the patient may be in the process of learning the skill, with the full impact of therapy dependent on increased practice and skill mastery. Or, treatment may not have yet yielded its maximum potential effect because of limited patient compliance; steps taken to increase adherence to treatment prescriptions may accelerate responsivity to the intervention.

- , if the moderate level of improvement obtained is less than would be expected, given what is known about the patient and the treatment modality, a change to a different treatment approach may be indicated.
- In certain circumstances, a move to an increased level of care may be warranted. For example, if current functioning remains poor despite some symptom improvement or the patient stands to experience major consequences for failure to improve more rapidly (e.g., marital separation), it may be desirable to move from outpatient care to a higher level of care (e.g., residential care).
- , improvement in PTSD symptoms may be inhibited by the presence of untreated additional problems, such as substance abuse or exposure to domestic violence. In such situations, it is important to initiate services for these problems in order to improve the capacity of the PTSD treatment to effect change.

When symptoms and other trauma-related problems show significant improvement, the options include the following:
- Discontinue treatment
- Continue the course of treatment as is
- "Step down" to a treatment requiring less intensive resources.

Clinician judgment, based on discussion with the patient, will be the basis of such a decision.
- When therapy has resulted in clinically significant improvement, but the improvement in functioning is recent and of limited duration, a continuation of existing type and intensity of treatment may be indicated if the clinician judges that time is required for the patient to continue practicing new skills or to otherwise consolidate treatment gains. This will be especially true if the clinician judges that a reduction in level of therapeutic support would threaten treatment gains.
- If treatment has produced clear benefit, but the patient is continuing to show treatment gains week-by-week, it may also be helpful to maintain the treatment as is, in hopes of continued improvement. For many patients, some level of continuing care may be indicated after more intensive help has produced improvements. A step-down to less resource-intensive help can often be accomplished by changing treatment type (e.g., from individual psychotherapy to periodic group support), reducing frequency of contact (e.g., from once-per-week to twice-per-month contact), or reducing treatment dose (e.g., medication).
- If treatment has resulted in significant reductions in PTSD, but related problems (e.g., anger, social isolation, guilt) have shown little change, it will be important to consider adding treatment components to address those problems or referring the patient for additional services.

**Patient demonstrates remission from symptoms:**

When the patient demonstrates remission from symptoms and there are no indications for further therapy, it is time to discontinue treatment. Discontinuation of treatment may be anxiety-provoking for some patients, who have come to depend on the therapist. If this is the case, it may be helpful to discontinue treatment by using the step-down approach noted above, and gradually moving toward termination. Whether treatment is ended gradually, or more quickly, it is important to educate the patient about expected levels of continuing symptoms, indicators of relapse or need for future care, and ways of accessing care should the need arise. The patient can be encouraged to talk with his or her primary care provider about the treatment experience and enlist help in monitoring improvement.

**I. Referral**

OBJECTIVE

Treat symptoms, support function, and alleviate suffering in those patients with PTSD who are unwilling, unable, or unsuitable for treatment in a mental health setting.

RECOMMENDATIONS

1. Evaluate psychosocial function and refer for psychosocial services, as indicated. Available resources include, but are not limited to: chaplains, pastors, Family Support Centers, Exceptional Family Member Programs, VA benefit counselors, occupational or recreational therapists, Vet Centers, and peer-support groups.
2. Provide case management, as indicated, to address high utilization of medical resources.
3. Consider psychotherapeutic interventions as appropriate for level of training and available resources.
4. For patient with severe symptoms or coexisting psychiatric problems consider referrals to:
   - Specialized PTSD programs
   - Specialized programs for coexisting problems and conditions
   - Partial psychiatric hospitalization or "day treatment" programs
   - Inpatient psychiatric hospitalization

DISCUSSION

Patients with persistent mental health symptoms and needs may benefit from a range of assistance strategies provided by a range of disciplines. In addition to the usual general health and mental health specialists, available resources include, but are not limited to, case-management, chaplains, pastors, Family Support Centers, Exceptional Family Member Programs, VA Benefits Counselors, vocational counselors, occupational or recreational therapy, Vet Centers, and peer-support groups.

In the primary care setting, appropriate encouragement of patients to obtain a mental health referral is important, even if patients are initially hesitant or reluctant to seek it. Mental health referral options include outpatient psychology, social work, or psychiatry clinics, depending on local resources and policies.

In the specialty mental health settings, patients may be referred to specialized PTSD programs or programs that focus treatment on important coexisting problems, such as substance use disorder programs or programs for domestic violence or sexual assault/abuse. Depending on the level of associated disability, complexity of medication regimen, and level of threat to self or others, patients with persistent PTSD symptoms and needs may require inpatient or partial psychiatric hospitalization.

Providers referring from either the primary or specialty mental health setting should consider the need for case-management to ensure that the range of patient needs is addressed and that follow-up contact is maintained.

EVIDENCE

| | Recommendations | Sources | QE | Overall Quality | R |
|---|---|---|---|---|---|
| 1 | Consultation/referral to a mental health/PTSD specialist. | Working Group Consensus | III | Poor | I |
| 2 | Continued involvement of the primary care provider | Working Group Consensus | III | Poor | I |
| 3 | Multidisciplinary team approach | Working Group Consensus | III | Poor | I |

VA/DoD CLINICAL PRACTICE GUIDELINE FOR THE
MANAGEMENT OF **POST-TRAUMATIC STRESS**

**EVIDENCE-BASED INTERVENTION
FOR TREATMENT OF PTSD**

*Version 1.0*                                                   *VA/DoD Clinical Practice Guideline*
*For management of Post-Traumatic Stress*

# INTERVENTIONS

## TABLE OF CONTENTS

INTERVENTIONS                                                                                    1
A. Acute Stress Disorder (ASD) Pharmacotherapy                                                   2
B. Post-Traumatic Stress Disorder (PTSD) Pharmacotherapy                                         5
C. PSYCHOTHERAPY INTERVENTIONS                                                                   17
  A.   Selection Of Therapy For PTSD ................................................................. 20
  B.   Cognitive Therapy (CT).......................................................................... 20
  C.   Exposure Therapy (ET)........................................................................... 21
  D.   Stress Inoculation Training (SIT) .............................................................. 23
  E.   Eye Movement Desensitization and Reprocessing (EMDR)................................. 24
  F.   Imagery Rehearsal Therapy (IRT).............................................................. 27
  G.   Psychodynamic Therapy.......................................................................... 28
  H.   Patient Education.................................................................................... 30
  I.   Group Therapy....................................................................................... 31
  J.   Dialectical Behavior Therapy .................................................................... 33
  K.   Hypnosis............................................................................................... 35
  L.   Psychosocial Adjunctive Methods/Services .................................................. 36
  M.   Spiritual Support.................................................................................... 38

*Version 1.0*

*VA/DoD Clinical Practice Guideline*
*For management of Post-Traumatic Stress*

## PHARMACOTHERAPY INTERVENTIONS

### A. ACUTE STRESS DISORDER (ASD) PHARMACOTHERAPY

**Table 1: Summary Table**

| R= | Significant Benefit | Some Benefit | Unknown | No Benefit/Harm |
|---|---|---|---|---|
| A | | | | |
| B | | Imipramine | | |
| C | | Propranolol | | |
| I | | | Benzodiazpines<br>Other Sympatholytics<br>Other Antidepressants<br>Anticonvulsants<br>Atypical Antipsychotics<br>Choral Hydrate | |
| D | | | | Typical Antipsychotics |

R = level of recommendation (see appendix a)
Although the effectiveness of SSRI has been demonstrated for PTSD – it has not been tested in ASD and therefore can not be recommended.

### OBJECTIVE

To lessen the physical, psychological, and behavioral morbidity associated with acute stress reaction, hasten the return to full function (duty, work, social role function), and diminish the likelihood of chronicity.

### BACKGROUND

Stress reactions produce biologic, psychological, and behavioral changes. Biologic alterations include disruptions in neurochemicals, sleep patterns, hyper-arousal, and somatic symptoms (e.g., pain, gastrointestinal symptoms, etc). Psychological changes include: mood disturbances (e.g., labiality, irritability, blunting, numbing) anxiety (e.g., increased worry, ruminations) and cognitive disturbances (e.g., memory impairment, confusion, and impaired task completion. Different types of trauma can lead to ASD, from interpersonal assaultive violence to accidents to combat related trauma. For example, as many as ninety percent of individuals whom experience sexual assault will have acute stress symptoms ( Breslau, 1996).

Empiric studies in ASD pharmacotherapy are lacking. To facilitate provision of physical needs, normalization, and psycho-education, it may be prudent to wait 24 to 48 hours before beginning medications. Pharmacotherapy may be aided by determining whether the patient suffers from excessive adrenergic arousal or symptoms of psychomotor withdrawal. If non-pharmacological treatments fail to improve symptomatology, and potential medical causes of neuropsychiatric impairment are ruled out, then medications may be considered.
The use of medications for short-term treatment of targeted symptoms may be beneficial (e.g. Insomnia).

### RECOMMENDATIONS

1. <u>Recommend</u> provide for physical needs, sleep, normalization, and other non-pharmacological modalities.
2. <u>Consider</u> the use of medication for individuals that do not respond to non-pharmacological treatment.
3. <u>Consider</u> the use of imipramine to ameliorate the symptoms of ASD
4. <u>Consider</u> a short course of medication targeted for specific symptoms.

- Sleep disturbance/insomnia
  - Benzodiazepines (up to 5 days)
  - Chloral hydrate (up to 5 days)
- Hyperarousal/excessive arousal/panic attacks
  - Propranolol and other anti-adrenergic agents (up to 10 days)
  - Imipramine (up to 7 days)
  - Benzodiazepines (up to 5 days) avoid short acting agent [e,g, alprazolam])

5. There is insufficient evidence to support a recommendation for preventative use of a pharmacological agent to prevent the development of PTSD
6. There is insufficient evidence to support a recommendation for PTSD pharmacotherapies for patient presenting symptoms for less than 4 weeks.

DISCUSSION

Few studies have examined the effectiveness of pharmacological treatment for acute symptom management and PTSD prevention during the first four weeks following a traumatic event. There are no double-blind, placebo-controlled trials investigating the utility of benzodiazepines to prevent PTSD. Some descriptive studies do exist, however. The evidence for the use of benzodiazepines is mixed. In an open-label trial short-term use of benzodiazepine for sleep was associated with acute reduction in post-traumatic symptoms (Mellman et al., 1998). Four patients with acute stress symptoms that included disturbed sleep were treated within 1 to 3 weeks of trauma exposure with temazepam. The drug was administered for 5 nights, tapered for 2 nights, then discontinued. Evaluations 1 week after the last dose of medication revealed improved sleep and reduced stress symptoms.

Another open-label study found that early, more prolonged benzodiazepine use was associated with a higher rate of subsequent PTSD (Gelpin et al., 1996). This open study followed 13 patients that received clonazepam 2.7 mg/d $\pm$ 0.8 mg/d or alprazolam 2.5 mg/d within 6.7 $\pm$ 5.8 days of a traumatic event and 13 pair-matched trauma survivors for 6 months. Nine (69%) of the benzodiazepine-treated patients compared to only 3 (23%) of the control patients met criteria for PTSD (p = NS).

Propranolol may be considered for treatment of post-event hyperarousal. One study suggests that treatment with a beta-adrenergic blocker following an acute psychologically traumatic event may reduce subsequent post-traumatic stress disorder (PTSD) symptoms (Pitman et al., 2002). Within 6 hours of a traumatic event patients were randomized to a 10-day course of propranolol (n = 18) versus placebo (n = 23) 40 mg four times daily. The mean (SD) 1-month Clinician-Administered PTSD Scale (CAPS) score of 14 propranolol completers was 27.6 (15.7) compared to 20 placebo completer's average score of 35.5 (21.5) (t = 1.1, df = 29, p = 0.15). Two propranolol-treated patients' scores fell above, and nine below, the placebo group's median (p = 0.03,sign test). None of the eight propranolol-, but six of 14 placebo-treated patients were physiologic responders during script-driven imagery of the traumatic event when tested 3 months afterward (p = 0.04, one-tailed t-test). These pilot results suggest that acute, post-trauma propranolol may have a preventive effect on subsequent PTSD.

A prospective, randomized, double blind study of pediatric (mean age 8, range 2 – 29) burn patients determined the effect of imipramine (n=12) and chloral hydrate (n=13) on ASD symptoms for 7 days (Robert et al., 2000). These children had a mean total burn area of 45% and received a structured interview 3 times over the study period. Five of 13 (38%) patients that received chloral hydrate compared to 10 of 12 (83%) imipramine-treated patients (p<0.02) was considered improved.

There are no controlled trials of the usefulness of antihistamines or antidepressants for the management of ASD (Cochrane Database Pharmacotherapy Review 2002). Open trials and clinical experience with clonidine, guanfacine, and prazosin suggest they maybe useful for ASR; however, they have not been systematically studied.

There is insufficient research to support a recommendation for preventative use of a pharmacological agent to prevent the development of PTSD (Cochrane Systematic Review of PTSD 2002).

Future research should included additional studies of prevention and comparative trials between agents. Research questions that remain include the timing of non-pharmacological and pharmacological intervention(s), the type of

trauma and between drug class and within drug class response, dose-response trials, the relationship between treatment trial duration and outcome, the effects of demographics (e.g., age, gender, culture) on treatment outcomes, pharmacotherapy and psychosocial therapy interactions, the effect of co-morbid diagnoses on treatment response, and the psychobiologic correlates of treatment response. Also, the effect of clinical setting (e.g., military versus civilian), treatment-compensation interactions, and the effect of PTSD severity on outcome should be investigated. Standardization of assessment measures should be addressed that would include scales for individual symptoms, global assessment, and quality of life, as well as the psycholobiological correlates of treatment response.

EVIDENCE

| | Recommendation | Sources | QE | Overall Quality | Net Effect | Grade |
|---|---|---|---|---|---|---|
| 1 | Provide for physical needs, sleep, normalization | Working Group Consensus | III | Poor | - | - |
| 2 | Pharmacological treatment for individuals not responding to attention to physical needs, sleep, and normalization | Working Group Consensus | III | Poor | - | I |
| 3 | Benzodiazepines for sleep disturbance/insomnia/hyperarousal/excessive arousal/panic attacks | Gelpin et al 1996 Mellman et al 1998 Mellman et al 1998 | II-2 | Fair | M | C |
| 3 | Chloral hydrate for sleep disturbance/insomnia | Robert et al 2000 | I | Fair | S | C |
| 3 | Imipramine for hyperarousal/excessive arousal/panic attacks | Robert et al 2000 | I | Fair | M | B |
| 3 | Propranolol for hyperarousal/excessive arousal/panic attacks | Pittman et al 2002 | I | Good | M | C |
| 4 | Pharmacotherapy prophylaxis for PTSD | Cochrane Review 2002 | I | Poor | - | I |

*QE = Quality of Evidence; R = Recommendation (see Appendix A)*

*Version 1.0*

*VA/DoD Clinical Practice Guideline*
*For management of Post-Traumatic Stress*

## B. POST-TRAUMATIC STRESS DISORDER (PTSD) PHARMACOTHERAPY

**Table 2: Summary Table**

| R | Significant Benefit | Some Benefit | Unknown | No Benefit/Harm |
|---|---|---|---|---|
| A | SSRIs | | | |
| B | | TCAs<br>MAOIs | | |
| C | | Sympatholytics<br>Novel<br>Antidepressants | | |
| I | | | Anticonvulsants<br>Atypical Antipsychotics<br>Buspirone<br>Non-benzodiazepine hypnotics | |
| D | | | | Benzodiazepines<br>Typical Antipsychotics |

*R = LEVEL OF RECOMMENDATION (SEE APPENDIX A)*

### OBJECTIVE
To minimize signs and symptoms of PTSD and maintain function.

### BACKGROUND
There is growing evidence that PTSD is characterized by specific psychobiological dysfunctions, which has contributed to a growing interest in the use of medications to treat trauma-related biological effects .

### RECOMMENDATIONS
**MONOTHERAPY:**
1. Strongly recommend selective serotonin reuptake inhibitors (SSRIs) for the treatment of PTSD.
2. Recommend tricyclic antidepressants (TCAs) and monoamine oxidase inhibitors (MAOIs) as second-line treatments for PTSD.
3. Consider an antidepressant therapeutic trial of at least 12 weeks before changing therapeutic regimen.
4. Consider a second-generation (e.g., nefazodone, trazodone, venlafaxine, mirtazapine, bupropion, etc) in the management of PTSD.

### AUGMENTED THERAPY FOR TARGETED SYMPTOMS:
5. Consider prazosin to augment the management of nightmares and other symptoms of PTSD.
6. Recommend medication compliance assessment at each visit.
7. Since PTSD is a chronic disorder responders to pharmacotherapy may need to continue medication indefinitely; however it is recommended that maintenance treatment should be periodically reassessed.
8. There is insufficient evidence to recommend a mood stabilizer (e.g. lamotrigine) for the treatment of PTSD.
9. There is insufficient evidence to recommend atypical antipsychotics for the treatment of PTSD.
10. There is insufficient evidence to support the recommendation for a pharmacological agent to prevent the development of PTSD.

11.    Recommend against the long-term use of benzodiazepines to manage core symptoms in PTSD.
12.    Recommend against typical antipsychotics in the management of PTSD.


DISCUSSION

Antidepressants, particularly serotonergic reuptake inhibitors have proved effective in treating PTSD, and have been recommended as first-line agents in treatment guidelines (Davidson et al., 2001; Brady et al., 2000; Foa et al., 2000; Foa et al., 1999). Sertraline is the best-studied of the SSRIs, with four studies of over 100 participants each showing a significant response to the drug (Brady et al., 2000; Davidson et al., 2001b; Londborg et al., 2001; Rapaport et al., 2002). Significantly, the FDA has approved sertraline for the treatment of PTSD, and it is likely that other serotonergic drugs will be given FDA approval as the results of ongoing multicenter studies become available. Paroxetine has also been FDA approved, and two large studies (Marshall et al., 2001; Tucker et al., 2001) have demonstrated its usefulness in treating PTSD. Fluoxetine has also been shown to be useful (Barnett et al., 2002; Connor et al., 1999; Malik et al., 1999; Martenyi et al., 2002a; Martenyi et al., 2002b; Meltzer-Brody, et al., 2000). Citalopram and fluvoxamine have been less studied, although they too show promise for reducing PTSD symptoms.

Other medications used in PTSD include anticonvulsants, mood stabilizers (lithium), anxiolytics (benzodiazepines, beta-blockers and beta-adrenergic agonists), and other antidepressants (monoamine oxidase inhibitors and tricyclic antidepressants). In clinical practice there is a tendency to use polypharmacy in the treatment of PTSD, and also to use medications in conjunction with psychosocial treatments. However, studies examining the efficacy of these combined approaches area currently lacking (Halligan & Yehuda, 2001).

In a Cochrane Review, Stein et al. (2000) report on 22 RCTs in the pharmacological treatment of PTSD. Chronic PTSD was the primary diagnosis included in these studies; however, several addressed DESNOS and complex PTSD. The most common types of trauma studied were military combat, sexual abuse as a child or adult, physical abuse as a child or adult, or witnessing of a traumatic event. Also included were individuals who experienced accidents or natural disasters, or were the victims of a violent crime, torture, or terror.

Seventeen of the 22 RCT of pharmacological management of PTSD involved SSRIs (n = 8), MAOIs (n = 5), TCAs (n = 3) and trazodone (n = 1). Trials with SSRIs generally were of 12 weeks or longer and used clinician-administered evaluation of response. Overall, the antidepressant studies using global assessment (e.g., Clinical Global Improvement) and individual symptom assessment (e.g., intrusion, avoidance, hyperarousal) reported that drug treatment produced both statistically and clinically significantly reductions in symptoms compared to placebo. However, it is important to note that patients were rarely rated as "complete responders." A meta-analysis of 4 RCTs that compared SSRIs to placebo without regard to diagnostic criteria, duration, severity, or co-morbid diagnoses reported that treatment favored the drug in all 4 trials; however, only one study (with 183 subjects) reached statistical significance. Two RCTs maintained treatment with an SSRI from 64 weeks and 40 weeks, respectively. One study reported that 50% of patients experienced worsening symptoms when placebo was substituted for active drug and in the second report patients on placebo were 6.4 times more likely to relapse compared to the drug group. Although some patients may respond to an antidepressant trial within 3 months, some patients may require more than 12 weeks to respond to SSRIs (Martenyi et al 2002).

Stein et al. (2000) note that for TCAs (3 studies) and MAOIs (5 studies), methodological limitations of early trials included short-duration (5 weeks or less) and reliance on self-administered rating scales. Of the TCAs, nortriptyline is the only recently-studied drug (Dow et al., 1997; Zygmont et al., 1998). In a small study, Zygmont and his colleagues found the drug to be helpful in reducing traumatic grief symptoms (1998); Dow et al. found improvement in CGE for dual diagnosis after nortriptyline (1997). In the MAOI category, Neal et al. (1997) report significant improvement in symptoms in a small sample with the use of moclobemide, and Connor et al. (2001) report significant improvement in CAPS scores with brofaromine. In meta-analysis evaluations dropout rates between SSRIs, TCAs, and MAOIs secondary to drug side effects did not differ among the 3 groups or placebo (Stein et al., 2000).

Sympatholytics have also been investigated as PTSD therapy. Of the sympatholytics, prazosin and propranolol have been the subject of recent studies. In four relatively small studies (Raskind et al., 2003; Raskind et al., 2002; Raskind et al., 2000; Taylor & Raskind, 2002), prazosin has demonstrated a value in reducing nightmares and in

improving CAPS, CGI, and CGIC scores. Propranolol has been investigated for its ability to reduce stress and levels of recall (Pitman et al., 2002; Reist et al., 2001; Taylor & Cahill, 2002) and has shown promise in these areas. Emotional arousal has been shown to enhance memory, an effect that is blocked by propranolol suggesting that the noradrenergic system is important in the mechanism action (Reist et al., 2001). Because PTSD has as prominent features heightened arousal and distressing memories, the current study was undertaken to examine whether PTSD subjects differed from controls in emotional enhancement of memory. Seventeen subjects with PTSD and 21 controls received either placebo or 40 mg of propranolol prior to exposure to either an emotionally arousing or emotionally neutral, narrated slide story. PTSD and control subjects did not differ in the acquisition and retention of memories under emotionally arousing or emotionally neutral conditions.

It has been suggested that an adrenergic receptor-blocker could be used to diminish, if not alleviate, the target symptoms of PTSD. Severely traumatized Cambodian refugee patients (N = 68) who suffered from chronic PTSD and major depression improved symptomatically when treated with a combination of clonidine and imipramine (Kinzie et al., 1989). A prospective pilot study of nine patients using this combination of an alpha-2 adrenergic agonist and a tricyclic antidepressant resulted in improved symptoms of depression in six patients, five to the point that DSM-III-R diagnoses were no longer met. The average decrease in the Hamilton Rating Scale for Depression score was 16. PTSD global symptoms improved in six patients but only in two to the point that DSM-III-R diagnoses were not met. There was no further sleep disorder in five and the frequency of nightmares lessened in seven patients. Startle reaction improved only in four patients; avoidance behavior showed little improvement in any of the nine. The imipramine-clonidine combination was well tolerated and presents a promising treatment for severely depressed and traumatized patients, although further studies are needed. Overall, however, there is insufficient evidence to recommend the routine use of sympatholytics (e.g., propranolol, clonidine, prazosin, guanfacine) in PTSD.

There are no RCTs for novel antidepressants in the literature. Nefazodone, however, has been the subject of several recent small- to mid-sized case-control studies (Davis et al., 2000; Garfield et al., 2001; Gillin et al., 2001; Hertzberg et al., 1998; Hidalgo et al., 1999; Zisook et al., 2000). In all six studies, the drug was helpful in improving CAPS, HAM-D, sleep, and anxiety. Trazodone, venlafaxine, and mirtazapine have also shown promise in some small descriptive studies. Although nefazodone now has some evidence-based support, overall there is insufficient literature to recommend the use of novel antidepressants (e.g., bupropion, nefazodone, venlafaxine, trazodone) for PTSD pharmacotherapy.

Mood stabilizers/anticonvulsants are another category of potential PTSD medications. Some evidence is available to support the use of lamotrigine for PTSD therapy. In a small RCT (n = 14), Hertzberg et al. (1999) evaluated lamotrigine (maximum dose 500 mg/day) against placebo. The authors report that "of 10 patients who received lamotrigine, 5 (50%) responded according to the DGRP [PTSD scale], compared to 1 of 4 (25%) who received placebo. Lamotrigine patients showed improvement on reexperiencing and avoidance/numbing symptoms compared to placebo patients. Treatments were generally well tolerated." Non-RCT evidence also provides limited support for the use of mood stabilizers/anticonvulsants. Topiramate seems to reduce nightmares (Berlant, 2002; Berlant, 2001); valproate reduces hyperarousal in some patients (Clark et al., 1999; Fesler, 1991; Ford, 1996); and carbamazepine (Ford, 1996) and gabapentin (Brannon et al., 2000; Hamner et al., 2001) also appear to be helpful. Again, though, overall quality of the evidence is insufficient to call for a routine recommendation for use of these agents.

Though benzodiazepines are widely used for symptomatic control of insomnia, anxiety, and irritability, there is no evidence they reduce the core symptoms (e.g., syndromal symptoms) of PTSD, such as avoidance or dissociation (Friedman and Southwick 1995, Viola et al 1997). At Tripler Army Medical Center, after having treated 632 patients, the vast majority of whom suffered from combat-related PTSD, between 1990 and 1996, the staff began to "explore treatment alternatives" to benzodiazepines due to the "risks attendant to benzodiazepine management of PTSD, coupled with poor clinical outcome" (Viola et al., 1997). More recent studies have been scarce, and only Kosten et al. (2000) presents recent evidence. This study does not support the use of benzodiazepines in PTSD.

The typical antipsychotics chlorpromazine and thioridazine each have one case report of their use in PTSD (Leber et al., 1999; Dillard et al., 1993). No other studies of this class of agents for PTSD were found. Second-generation antipsychotics are better studied. Most of the studies, however, are case-control or descriptive. Only two RCTs exist for this class of agents; Stein et al. (2000) investigate the use of olanzapine and report a significant response in

some measures, but not in global response. Hamner et al. (2003) tested risperidone in a small sample of patients with comorbid psychoses and reported some effect. As with other drug classes, there is insufficient literature to recommend the use of atypical antipsychotics (olanzapine, quetiapine, risperidone, ziprasidone, aripiperazole) to recommend their routine use in PTSD.

Zolpidem, a nonbenzodiazepine hypnotic, has been the subject of two studies (Dieperink & Drogemuller, 1999; Lavie, 2001 [review]). The drug appears to be characterized by a good response and fewer side effects than other agents. Buspirone, a nonbenzodiazepine antianxiety drug, is reported to have "clinical efficacy" in two very small studies (Duffy & Malloy, 1994; Wells et al., 1991).

There are gender differences in the pharmacokinetics (e.g., absorption, distribution, metabolism, and elimination) of men and women (Brady KT, Back SE, Gender and the Psychopharmalogical treatment of PTSD in Gender and PTSD, Kimerling, Ouimette, Wolfe, Guilford Press, London). For absorption, differences in gastric motility, gastric pH, and enzyme activity may vary between men and women; however, the clinical magnitude of these differences has not been determined. Issues such as differences in body weight, blood volume, plasma protein binding, and lean body mass to adipose tissue ratio may affect serum levels of medications. For example, women tend to have lower plasma protein binding than men, which may lead to a greater level of active drug. For drug metabolism via the liver, pre-menopausal women have higher CYP3A4 activity compared to men and post-menopausal women, which may lead to lower levels of benzodiazepines, for example. In addition, the effect of pregnancy, lactation, hormone replacement treatment, and the menstrual cycle on the pharmacokinetics of psychotropic medications needs to be studied further.

Future research should included additional studies of prevention and comparative trials between agents. Research questions that remain include the timing of non-pharmacological and pharmacological intervention(s), the type of trauma and between drug class and within drug class response, dose-response trials, the relationship between treatment trial duration and outcome, the effects of demographics (e.g., age, gender, culture) on treatment outcomes, pharmacotherapy and psychosocial therapy interactions, the effect of co-morbid diagnoses on treatment response, and the psychobiologic correlates of treatment response. Also, the effect of clinical setting (e.g., military versus civilian), treatment-compensation interactions, and the effect of PTSD severity on outcome should be investigated. Standardization of assessment measures should be addressed that would include scales for individual symptoms, global assessment, and quality of life, as well as the psychobiological correlates of treatment response.

EVIDENCE

|  | Recommendation | Key Study | QE | Overall Quality | Net Effect [M-Moderate S- Small] | Grade |
|---|---|---|---|---|---|---|
| 1 | SSRIs | Stein et al., 2000, Cochrane Review | I | Good | M | A |
| 2 | TCAs | Stein et al., 2000, Cochrane Review | I | Good | M | B |
| 2 | MAOIs | Stein et al., 2000, Cochrane Review | I | Good | M | B |
| 3 | Antidepressant therapeutic trial | Martenyi et al 2002 | I | Fair | M | B |
| 4 | Second-generation antidepressants | Hidalgo et al., 1999 | II-2 | Fair | S | C |
| 5 | Prazosin | Raskind et al., 2003 | I | Fair | M | C |
| 6 | Check medication compliance at each visit | Group Consensus | III | Poor | - | I |
| 7 | Maintenance treatment | Rapaport et al 2002 | II | Fair | S | C |
| 8 | Mood stabilizers | Hertzberg et al., 1999 | I | Fair | M | C |

| 9 | Atypical antipsychotics | Hamner et al., 2003 | I | Good | S | I |
| 10 | Pharmacotherapy prophylaxis of PTSD | Cochrane Review 2000 | III | Poor | S | I |
| 11 | Benzodiazepines | Kosten et al., 2000 | II-2 | Fair | M | I |
| 12 | Typical antipsychotics | Stein et al., 2000, Cochrane Review | I | Poor | S | D |

*R_ = LEVEL OF RECOMMENDATION (SEE APPENDIX A)*
Not available in US
**FDA approved

**Table 3: Symptom Response by Drug Class and Individual Drug (based on controlled and uncontrolled trials)**

| | | Global Improvement | Re-experiencing (B) | Avoidance/ Numbing (C) | Hyper-arousal (D) |
|---|---|---|---|---|---|
| SSRIs | | | | | |
| | Fluoxetine | X | X | X | X |
| | Sertraline | X | | X | X |
| | Paroxetine | X | X | X | X |
| TCAs | | X | X | | |
| MAOIs | | X | X | X | |
| Sympatholytics | | | X | | X |
| | Prazosin | X | | | |
| | Propranolol | | | | |
| Novel Antidepressants | | | | | |
| | Trazodone | | X | X | X |
| | Nefazodone | | X | X | X |
| Anticonvulsants | | | | | |
| | Carbamazepine | | X | | X |
| | Valproate | | | X | X |
| Benzodiazepines | | | | | X |
| Atypical antipsychotics | | | X | | X |

*Version 1.0*

*VA/DoD Clinical Practice Guideline*
*For management of Post-Traumatic Stress*

**Table 4: Drug Details Table**

| Agent | Dosing | Absolute/Relative Contraindications | Adverse Events | Remarks |
|---|---|---|---|---|
| **Selective Reuptake Serotonin Inhibitors (SSRIs)** | | | | |
| Fluoxetine | 20 – 60 mg/d | **Contraindications** | • Nausea | • Avoid abrupt discontinuation of all except fluoxetine |
| Paroxetine | 20 – 60 mg/d | • MAO inhibitor within 14 days | • Headache | • Citalopram and sertraline are less likely to be involved in hepatic enzyme drug interactions |
| Sertraline | 50 – 200 mg/d | | • Sexual dysfunction | • Fluoxetine and fluvoxamine are generically available |
| Fluvoxamine | 50 – 150 mg bid | **Relative contraindication** | • Hyponatremia/SIAD H (Syndrome of Inappropriate Antidiuretic Hormone) | • Therapeutic blood levels not established for PTSD |
| Citalopram | 20 – 60 mg/d | • Hypersensitivity | • Serotonin syndrome | |
| **Tricyclic Antidepressants** | | | | |
| Imipramine | 150 – 300 mg/d | **Contraindications** | • Anticholinergic effects | • Therapeutic blood levels not established for PTSD |
| Amitriptyline | 150 – 300 mg/d | • Clomipramine – seizure disorder | • Orthostatic hypotension | • Desipramine and nortriptyline have lower rate of anticholinergic and hypotensive effects |
| Desipramine | 100 – 300 mg/d | • MAOI use within 14 days | • Increased heart rate | |
| Nortriptyline | 50 – 150 mg/d | • Acute MI within 3 months | • Ventricular arrhythmias | |
| Protriptyline | 30 – 60 mg/d | **Relative Contraindications** | | |
| Clomipramine | 150 – 250 mg/d | • Coronary artery disease | | |
| | | • Prostatic enlargement | | |
| **Monoamine Oxidase Inhibitors** | | | | |
| Phenelzine | Target 1 mg/kg/d | **Contraindications** | • Hypertensive crisis with drug/tyramine interactions | • Patient must maintain tyramine-free diet |
| Tranylcypromine | Target 0.7 mg/kg/d | • All antidepressants within 7 days of start of a MAOI, except fluoxetine is 5 weeks | • Bradycardia | • Doses should be taken in the morning to reduce insomnia |
| | | • CNS stimulants and decongestants | • Orthostatic hypotension | |
| | | | • Insomnia | |
| **Sympatholytics** | | | | |

Version 1.0

VA/DoD Clinical Practice Guideline
For management of Post-Traumatic Stress

| Agent | Oral Dose | Absolute/Relative Contraindications | Adverse Events | Remarks |
|---|---|---|---|---|
| Propranolol Prazosin | 40 mg/d target 6 – 10 mg/d Start with 1 mg at bedtime and increase as blood pressure allows. | Propranolol – sinus bradycardia, congestive heart failure | • Propranolol – hypotension, bronchospasm, bradycardia<br>• Prazosin – first dose syncope | • Propranolol has only been used in a single dose for prevention of PTSD<br>• Prazosin primarily used for management of recurrent distressing dreams |
| **Novel Antidepressants** | | | | |
| Bupropion Nefazodone Trazodone Venlafaxine | 150 – 450 mg/d 300 – 600 mg/d 300 – 600 mg/d 150 – 375 mg/d | **Contraindications**<br>• MAOI use within 14 days<br>• Bupropion – single doses of regular-release >150 mg/d and total daily dose >450 mg/d. Reduce dose in low-weight patients<br>**Relative Contraindications**<br>• Bupropion – seizure disorder | • Trazodone and nefazodone – sedation, rare priapism<br>• Venlafaxine – hypertension in patients with pre-existing hypertension | • Need to taper venlafaxine to prevent rebound signs/symptoms<br>• The group has a lower rate of sexual dysfunction compared to SSRIs |
| **Anticonvulsants** | | | | |
| Carbamazepine | Target 400 – 1600 mg/d | • Bone marrow suppression, particularly leukopenia | • Leukopenia, drowsiness, ataxia | |
| Gabapentin | Target 300 – 3600 mg/d | • Renal impairment | • sedation, ataxia | |
| Lamotrigine | Target 25 – 500 mg/d. Start 25 mg qd x 2 weeks, then 25 mg qd x 2 weeks, then 25 – 50 mg qd q1-2 weeks to 400 mg/d or as tolerated. | • Increased rash with valproate; max dose of 200 mg | • Stevens- Johnson syndrome, fatigue | • Therapeutic blood levels not established for PTSD |

Version 1.0

VA/DoD Clinical Practice Guideline
For management of Post-Traumatic Stress

| | | | |
|---|---|---|---|
| Topiramate | Target 200 – 400 mg/d. Start with 25 – 50 mg/d and increase by 15 – 50 mg/week to maximum dose or as tolerated. | • Hepatic impairment | • Angle closure glaucoma, secondary, sedation, dizziness, ataxia | |
| Valproate | target 10 – 15 mg/kg/d | • Impaired liver function, thrombocytopenia | • Nausea/vomiting, sedation, ataxia, thrombocytopenia | |
| **Benzodiazepines** | | | | |
| Clonazepam | Start - 0.25 mg bid, increase by 0.25 mg q1-2 days; maximum 20 mg/d | • Caution in elderly patients and patients with impaired liver function.<br>• Risk of abuse in patients with history of substance abuse | • Sedation<br>• Memory impairment<br>• Ataxia<br>• Dependence | • If doses sustained > 2 months at therapeutic doses, then drug should be tapered over 4-week period<br>• Alprazolam – concern with rebound anxiety |
| Lorazepam | 2 – 4 mg/d | | | |
| Alprazolam | 1.5 to 6 mg/d | | | |
| Diazepam | 10 - 40 mg/d | | | |
| **Typical antipsychotics** | | | | |
| Chlorpromazine<br>Haloperidol<br>Thioridazine | 100 – 800 mg/d<br>2 – 20 mg/d<br>100 – 800 mg/d | **Contraindication:**<br>• Parkinson's disease<br>• QTc prolongation | • Sedation<br>• Orthostatic hypotension with chlorpromazine, thioridazine<br>• Akathisia<br>• Dystonia<br>• Drug-induced parkinsonism<br>• Tardive dyskinesia may occur with all antipsychotics with long-term use.<br>• Neuroleptic malignant syndrome<br>• Optic changes | • Therapeutic doses not established in the treatment of PTSD<br>• Use should be well justified in medical record because of the risk of tardive dyskinesia.<br>• Maximum daily dose of thioridazine is 800 mg/d because of pigmentary retinopathy |

*Version 1.0*

*VA/DoD Clinical Practice Guideline*
*For management of Post-Traumatic Stress*

**Atypical antipsychotics**

| | | | |
|---|---|---|---|
| Olanzapine | 5 – 20 mg/d | • Relative contraindication<br>• Diabetes<br>• Obesity<br>• Parkinson's disease | • Sedation<br>• Weight gain<br>• Neuroleptic malignant syndrome<br>• Higher doses may cause akathisa, drug-induced parkinsonism, especially with risperidone doses >6 mg/d | • Therapeutic doses not established for PTSD<br>• Weight gain occurs with all agents; however, olanzapine produces significantly greater gain<br>• The relative risk of tardive dyskinesia compared to typical antipsychotics has not been established for these agents |
| Quetiapine | 300 – 800 mg/d | | | |
| Risperidone | 1 – 6 mg/d | | | |

**Non-benzodiazepine**

| | | | |
|---|---|---|---|
| *hypnotics*<br>- zaleplon<br>- zolpidem | 5 – 10 mg/d<br>5 – 10 mg/d | • Caution with alcohol/drug abuse history<br>• Caution in elderly and patients with liver dysfunction | • Sedation<br>• Ataxia<br>• Rebound insomnia may occur | • Abuse has occured resulting in withdrawal reactions |
| *anti-anxiety*<br>- buspirone | 20 – 60 mg/d | **Contraindication**<br>• MAOI use within 14 days | • Nausea<br>• Headache | |

Version 1.0

**Table 5: Summary of Evidence**

| Drug | Source of Evidence | Result | n | QE | Quality | R |
|---|---|---|---|---|---|---|
| **SSRI** | | | | | | |
| Sertraline (FDA approved) | *Brady et al., 2000 | Significant improvement, CAPS-2, CGI | 187 | I | G | A |
| | Davidson et al., 2002 | Study of effect on individual symptoms | ? | II-2 | F | |
| | Davidson et al., 2001a | Effective for prevention of PTSD relapse | 96 | I | G | |
| | Davidson et al., 2001b | Significant responder rate, CAPS-2 | 208 | I | G | |
| | Davidson et al., 2001c | Effective for preventing PTSD relapse | 96 | I | G | |
| | Londborg et al., 2001 | Significant response maintained x 36 weeks | 128 | II-1 | G | |
| | Rapaport et al., 2002 | Significant response maintained x 64 weeks | 359 | I/II-1 | G | |
| | Smajkic et al., 2001 | Significant improvement, Bosnian refugees | 15 | II-2 | F | |
| | Zohar et al., 2002 | Numeric advantage (only), Israeli vets | 42 | I | G | |
| Paroxetine (FDA approved) | Marshall, et al., 2001 | Significant improvement, CAPS-2 & CGI | 551 | I | G | A |
| | Smajkic et al., 2001 | Significant improvement, Bosnian refugees | 12 | II-2 | F | |
| | Tucker, et al., 2001 | Significant improvement, CAPS-2 | 307 | I | G | |
| Fluoxetine | Barnett et al., 2002 | Study of tolerability. Well-tolerated | 65 | I | G | A |
| | *Connor et al., 1999 | "Superior" response for civilian patients | 53 | I | G | |
| | Hertzberg et al., 2000 | No response for combat vets with severe s/s | 12 | I | F | |
| | Malik et al., 1999 | Significant improvement on SF-36 | 16 | I | F | |
| | Martenyi et al., 2002a | Effective for prevention of PTSD relapse | 131 | I | G | |
| | Martenyi et al., 2002b | Effective: improvement in TOP-8, CGI | 301 | I | G | |
| | Meltzer-Brody, et al., 2000 | Reduced all symptom clusters of PTSD | 53 | II-2 | G | |
| Citalopram | Blaha et al., 1999 | Reduction in PTSD and scarring, burn pts. | ? | III | P | C |
| | Khouzam et al., 2001 | Remission of some s/s for Gulf War vets | 2 | III | P | |
| | Seedat et al., 2000 | Significant improvement, CAPS-2 | 14 | II-1 | F | |
| Fluvoxamine (not on VA formulary) | Escalona et al., 2002 | Appears to improve PTSD symptoms | 15 | III | P | I |
| | Neylan et al., 2001 | Improved sleep quality for Vietnam vets | 21 | III | P | |
| **TCA** | | | | | | |
| Amitriptyline | *Davidson et al., 1990 | Effective for core symptoms of PTSD | 46 | I | G | B |
| | Davidson et al., 1993 | Significant improvement: IES, CGI, HAMD | 62 | I | G | |
| Clomipramine | Muraoka et al., 1996? | One case report | 1 | III | P | I |
| Desipramine | *Reist et al., 1989 | Did not show efficacy; no statistics | 27 | III | P | I |
| Imipramine | *Kosten et al., 1991 | Significant improvement, CAPS-2, IES | 41 | I | G | B |
| Nortriptyline | Zygmont et al., 1998 | Effective for traumatic grief symptoms | 22 | II-1 | G | B |
| | Dow et al., 1997 | Improvement in CGE for dual diagnosis | ? | ? | F | |
| Protriptyline | No studies, 1990-2003 | | | | | |
| **MAOI/RIMA** | | | | | | |
| Brofaromine | *Baker et al., 1995 | Trial did not show efficacy over placebo | 146 | I | G | B |
| | Connor et al., 2001 | Significant improvement in CAPS | 177 | I | G | |
| | *Katz et al., 1994 | Significant improvement in CAPS-2 & CGI | 64 | I | G | |
| Phenelzine | *Kosten et al., 1991 | Significant improvement in IES | 37 | I | G | B |
| | *Shestatzky et al., 1988 | Did not show efficacy; no statistics | 13 | III | P | |
| Moclobemide | Neal et al., 1997 | Significant improvement | 20 | II-1 | G | B |
| **Sympatholytics** | | | | | | |
| Clonidine | Kinzie & Leung, 1989 | Cambodian refugees improved, dual therapy | 68 | III | P | I |
| Guanfacine | Horrigan & Barnhill, 1996 | suppression of PTSD associated nightmares in children | 1 | III | P | C |
| Prazosin | Raskind et al., 2003 | Significant improvement, CAPS, CGI | 10 | I | F | C |

Version 1.0

| Drug | Source of Evidence | Result | n | QE | Quality | R |
|---|---|---|---|---|---|---|
| | Raskind et al., 2002 | Significant improvement in dream scores | 59 | II-2 | F | |
| | Raskind et al., 2000 | Improvement in nightmare item, CAPS | 4 | II-2 | F | |
| | Taylor & Raskind, 2002 | Improvement in CGIC and nightmares | 5 | II-2 | F | |
| Propranolol | Finestone & Manly, 1994 | Dissociation precipitated by propranolol | 1 | III | P | C |
| | Pitman et al., 2002 | Significant improvement post acute stress | 41 | I | G | |
| | Reist et al., 2001 | Recall of arousing story was reduced | 38 | II-2 | F | (acu |
| | Taylor & Cahill, 2002 | Effective for reemergent PTSD s/s | 1 | III | P | te) |
| **New Antidepressants** | | | | | | |
| Bupropion | Canive et al., 1998 | No change in total CAPS score - male combat veterans. | 17 | II-2 | F | I |
| Nefazodone | Davis et al., 2000 | Significant improvement in CAPS, HAM-D | 36 | II-2 | G | C |
| | Garfield et al., 2001 | Significant improvement in CAPS, anxiety | 14 | II-2 | F | |
| | Gillin et al., 2001 | Significant improvement in sleep, CAPS | 12 | II-2 | F | |
| | Hertzberg et al., 1998 | CGI scores were "much improved" | 10 | II-2 | F | |
| | Hidalgo et al., 1999 | High response rate; pooled data, 6 studies | 105 | II-2 | F | |
| | Zisook et al., 2000 | PTSD symptoms lessened, CAPS | 19 | II-2 | F | |
| Trazodone | Hertzberg et al., 1996 | Four patients "much improved" | 6 | III | P | I |
| | Warner et al., 2001 | Reduction in nightmares; 9 reports priapism | 74 | III | III | |
| Venlafaxine | Hamner et al., 1998 | Case report of positive response | 1 | III | P | I |
| | Smajkic et al., 2001 | Significant improvement, Bosnian refugees | 5 | II-2 | F | |
| Mirtazapine | Bahk et al., 2002 | Significant improvement in IES, MADRS | 15 | III | P | I |
| | Connor et al., 1999 | Clinical improvement in > 50% of patients | 6 | III | P | |
| | Davidson et al., 2003 | Significant improvement in the SPRINT, SIP, DTS as compared to placebo | 26 | I | G | |
| **Mood Stabilizers/Anticonvulsants** | | | | | | |
| Carbamazepine | Ford, 1996 | Case report of a positive response | 1 | III | P | I |
| Gabapentin | Brannon et al., 2000 | Case report of a positive response | 1 | III | P | C |
| | Hamner et al., 2001 | Effective for insomnia, adjunct treatment | 30 | II-2 | F | |
| Lamotrigine | *Hertzberg et al., 1999 | Promising results | 14 | I | F | C |
| Topiramate | Berlant, 2002 | Significant suppression of nightmares | 35 | II-1 | P | C |
| | Berlant, 2001 | Case report of positive response | 3 | III | P | |
| Valproate | Clark et al., 1999 | Significant ↓ intrusion, hyperarousal, HAM | 16 | II-2 | F | C |
| | Fesler, 1991 | Significant ↓ hyperarousal in Vietnam vets | 16 | II-2 | | |
| | Ford, 1996 | One case report of a + response | 1 | III | | |
| **Benzodiazepines** | | | | | | |
| Benzodiazepines | Kosten et al., 2000 | Not associated with adverse outcomes | 370 | II-2 | F | I |
| Alprazolam | *Braun et al., 1990 (concern: rebound anxiety) | Did not show efficacy. | 16 | II-2 | F | D |
| | Gelpin et al., 1996 | No beneficial effect | 16 | II-1 | F | |
| | Risse et al., 1990 | Withdrawal s/s after discontinuation | 8 | III | P | |
| | Shalev et al., 1998 | No effect on response to loud tones | 9 | III | P | |
| Clonazepam | Fossey & Hamner, 1994 | A source of sexual dysfunction | 42 | III | P | I |
| | Gelpin et al., 1996 | No beneficial effect in PTSD | 20 | II-1 | F | |
| | Shalev & Rogel-Fuchs, 1992 | No effect on auditory startle | N/A | III | F | |
| Lorazepam | Tulen et al., 1991 | Physiological endpoints only (HR) | 9 | I | F | I |
| Temazepam | Mellman et al., 1998 | Short-term for acute stress, + response | 4 | III | F | I |
| **Typical Antipsychotics** | | | | | | |
| Chlorpromazine | Leber et al., 1999 | One case report | 1 | III | P | D |
| Thioridazine | Dillard et al., 1993 | One case report of a + response | 1 | III | P | D |
| Haloperidol | No studies, 1990-2003 | | | | | |

Version 1.0

VA/DoD Clinical Practice Guideline
For management of Post-Traumatic Stress

| Drug | Source of Evidence | Result | n | QE | Quality | R |
|------|-------------------|--------|---|----|---------| --|
| **Second-generation Antipsychotics** | | | | | | |
| Clozapine | Hamner, 1996 | One case report of a + response | 1 | III | P | I |
| Olanzapine | Butterfield et al., 2001 | No beneficial effect. High placebo response | 15 | I | G | I |
| | Labbate & Douglas, 2000 | Letter | | | | |
| | Petty et al., 2001 | Significant improvement in CAPS, CGI | 48 | II-1 | G | |
| | Prior, 2001 | Letter | | | | |
| | Roefaro & Mukherjee, 2001 | Therapy-induced hyperglycemic coma | 1 | III | P | |
| | Stein et al., 2002 | Adjunct to SSRI. Significant improvement in measures, but not in global response | 19 | I | F | |
| Quetiapine | Hamner et al., 2003 | Significant improvement in CAPS | 20 | II-1 | F | I |
| | Sattar et al., 2002 | One case report of a + response | 1 | III | P | |
| Risperidone | Eidelman, et al., 2000 | 4 cases of flashbacks, post physical trauma | 4 | III | P | I |
| | Hamner et al., 2003 | Adjunct to other meds, comorbid psychoses | 40 | I | G | |
| | Krashin & Oates, 1999 | Two case reports of a + response | 2 | III | P | |
| | Leyba, 1998 | 4 cases of a + response | 4 | III | P | |
| | Monnelly & Ciraulo, 1999 | 1 case of a + response | 1 | III | P | |
| | Stanovic et al., 2001 | Burn patients reported fewer symptoms | 10 | III | P | |
| Ziprasidone | Haddad & Anderson, 2002 | Review of the issue of QTc prolongation | N/A | | | |
| **Nonbenzodiazepine Hypnotics** | | | | | | |
| Zolpidem | Dieperink & Drogemulier, 1999 | 25 cases of a + response | 32 | III | P | I |
| | Lavie, 2001 (review) | Fewer side effects for this class, in general | N/A | | | |
| Zaleplon | No studies, 1990-2003 | | | | | |
| Zopiclone | No studies, 1990-2003 | | | | | |
| **Non-benzodiazepine Antianxiety** | | | | | | |
| Buspirone | Duffy & Malloy, 1994 | Significant improvement, SI-PTSD & BDI | 8 | II-2 | F | I |
| | Wells et al., 1991 | "Clinical efficacy" | 3 | III | P | |

\* in Stein et al., 2000 (Cochrane Review)

Studies of pharmacotherapy for PTSD in individuals exposed to trauma that assessed clinical outcomes were included. Evidence from randomized controlled trials was considered to be of highest quality, followed by observational evidence. Other sources were evaluated when randomized controlled trials and observational studies were not available or did not provide adequate evidence. Studies were excluded if they did not evaluate response to pharmacotherapy and if they did not evaluate individuals exposed to trauma.

*Version 1.0*                                        *VA/DoD Clinical Practice Guideline*
                                                *For management of Post-Traumatic Stress*

## C. PSYCHOTHERAPY INTERVENTIONS

### OBJECTIVE

Reduce of symptoms severity and improve of global functioning.

**Table 6: Summary Table**

| R | Significant Benefit | Some Benefit | Unknown | Harm |
|---|---|---|---|---|
| A | Cognitive Therapy [CT]<br><br>Exposure Therapy [ET]<br><br>Stress Inoculation Training [SIT]<br><br>Eye Movement Desensitization and Reprocessing [EMDR] | | | |
| B | | Imagery Rehearsal Therapy [IRT]<br><br>Psychodynamic Therapy | | |
| C | | | | |
| D | | | | |
| I | | PTSD - Patient Education | | |

*R_ = level of recommendation (see appendix A)*

**Table 7.  Adjunctive Treatments**

| B | Dialectical Behavioral Therapy [DBT] |
|---|---|
| B | Hypnosis |

Version 1.0

VA/DoD Clinical Practice Guideline
For management of Post-Traumatic Stress

**Table 8. Adjunctive Problem-Focused Methods/Services**

| | If the client and clinician together conclude that the patient with PTSD: | Service/Training |
|---|---|---|
| 1. | Is not fully informed about aspects of health needs and does not avoid high-risk behaviors (e.g., PTSD, substance) | *Provide patient education* |
| 2. | Does not have sufficient self-care and independent living skills | *Refer to self-care/independent living skills training services* |
| 3. | Does not have safe, decent, affordable, stable housing that is consistent with treatment goals | *Use and/or refer to supported housing services* |
| 4. | Does not have a family that is actively supportive and/or knowledgeable about treatment for PTSD | *Implement family skills training* |
| 5. | Is not socially active | *Implement social skills training* |
| 6. | Does not have a job that provides adequate income and/or fully uses his or her training and skills | *Implement vocational rehabilitation training* |
| 7. | Is unable to locate and coordinate access to services such as those listed above | *Use case management services* |
| 8. | Does request spiritual support | *Provide access to religious/spiritual advisors and/or other resources* |
| | OTHER CONDITIONS | |
| 9. | Does have a borderline personality disorder typified by parasuicidal behaviors | *Consider Dialectical Behavioral Therapy* |
| 10. | Does have concurrent substance abuse problem | *Integrated PTSD substance abuse treatment (e.g., Seeking Safety)* |

Hospitalization:
There have been no satisfactory studies on inpatient treatment for patients with PTSD, in trauma-related conditions. Clinical consensus supports that it is appropriate for crisis intervention, management of complex diagnostic cases, delivery of emotionally intense therapeutic procedures, and relapse prevention.

RECOMMENDATIONS
1. Providers should explain to all patients with PTSD the range of available and effective therapeutic options for PTSD. [Expert Consensus]
2. **Cognitive Therapy [CT], Exposure Therapy [ET], Stress Inoculation Training [SIT], and Eye Movement Desensitization and Reprocessing [EMDR]** are strongly recommended for treatment of PTSD in military & non-military populations. EMDR has been found to be as effective as other treatments in some studies and less effective than other treatments in some other studies. [ A*]
3. **Imagery Rehearsal Therapy [IRT]** and **Psychodynamic Therapy** may be considered for treatment of PTSD. [B*]
4. **Patient education** is recommended as an element of treatment of PTSD for all patients. [C*]
5. Consider **Dialectical Behavioral Therapy (DBT)** for patients with a borderline personality disorder typified by parasuicidal behaviors. [B]
6. Consider hypnotic techniques especially for symptoms associated with PTSD, such as pain, anxiety, dissociation and nightmares, for which hypnosis has been successfully used. [*B]
7. Specialized PTSD psychotherapies may be augmented by additional problem specific methods /services, and pharmacotherapy. [Expert Consensus]

8.  Combination of cognitive therapy approaches (e.g., ET plus CT), while effective, has not proven to be superior to either component alone. [B]
9.  Specific psychotherapy techniques may not be uniformly effective across all patients. When selecting a specific treatment modality, consideration of patient characteristics such as gender, type of trauma (e.g., combat vs. other trauma), and past history may be warranted. [Expert Consensus]
10. Patient and provider preferences should drive the selection of evidence-based psychotherapy and/or evidence-based pharmacotherapy as the first line treatment. [Expert Consensus]
11. Selection of individual interventions should be based upon patient preference, provider level of skill and comfort with a given modality, efforts to maximize benefit and minimize risks to the patient, and consideration of feasibility and available resources. [Expert Consensus]
12. Psychotherapies should be provided by practitioners who have been trained in the particular method of treatment, whenever possible. [Expert Consensus]
13. A stepped care approach to therapy administration may be considered, though supportive evidence is lacking. [Expert Consensus]

* detailed evidence tables for each therapy are included in the applicable DISCUSSION sections.

*Note: Psychotherapy interventions are aimed at reduction of symptoms severity and improvement of global functioning. However, the clinical relevance and importance of other outcome indicators (e.g., improvement of quality of life, physical & mental health) are not currently well known.*

Supportive psychotherapy is not considered to be effective for the treatment of ptsd. However, if the patient has reasonable control over his/her symptoms and is not in severe and acute distress, the goal may be to prevent relapse and supportive therapy may be helpful in that endeavor. Or, for the patient with certain co-morbid disorders, supportive therapy may be all they can tolerate without causing additional harm. Psychodynamic, interpersonal, experiential (e.g., Gestalt therapy), and many other approaches may also be beneficial parts of an effectively integrated approach. Most experienced therapists integrate diverse therapies, which are not mutually exclusive in a fashion that is designed to be especially beneficial to a given patient.

**A.   Selection Of Therapy For PTSD**

In clinical practice, providers and patients alike are often faced with important decisions relating to type, number, frequency, and dose of various psychotherapies and pharmacologic therapies. Therapies may be broadly divided into (1) evidence-based psychotherapies, (2) evidence-based pharmacotherapies, and (3) key adjunctive or supplemental treatment modalities. Providers should explain to all patients with PTSD the range of therapeutic options that are available and effective for PTSD. This discussion should include general advantages and disadvantages (including side-effects) associated with each therapeutic option. In general, PTSD therapy research has provided insufficient evidence to favor medication or evidence-based psychotherapy as a first-line treatment. There is also insufficient evidence to suggest for or against combined medication and psychotherapy over only one of the two approaches.

It may be helpful to add therapies using a stepped care approach, even though supporting evidence does not exist. The use of stepped care has been advocated for many chronic conditions including hypertension, low back pain, and depression. In stepped care, the intensity of care is augmented for patients who do not achieve an acceptable outcome with lower levels of care. Stepped care is based on three assumptions: different people require different levels of care; finding the right level of care often depends on monitoring outcomes; and moving from lower to higher levels of care based on patient outcomes often offers efficient increases in overall effectiveness.

The level or intensity of care is guided by illness trajectory (degree of chronicity and current illness severity), observed outcomes, and previously attempted therapies. Active follow-up is used to determine the level of care each patient requires over time. In PTSD for example, the patient and provider may determine that the first-line therapy will be psychotherapy. If, after a period of treatment, the patient is not responding adequately, the patient may be "stepped up" in therapeutic intensity by adding a medication, such as a selective serotonin reuptake inhibitor (SSRI) to the regimen of ongoing psychotherapy.

Contrary to clinical intuition, there is no evidence indicating the superiority of programs that combine different cognitive behavioral therapies (Rothbaum, 2001).

**B.   Cognitive Therapy (CT)**

BACKGROUND

Aaron Beck, at the University of Pennsylvania, developed Cognitive Therapy (CT) as a structured, short term, present-oriented psychotherapy for depression (Beck, 1964). It is an approach that focuses on improving mood by modifying dysfunctional thinking and behavior. Beck and others have successfully adapted CT to the treatment of a diverse set of psychiatric disorders, including PTSD (Freeman & Datillo, 1992; Freeman et al., 1989; Scott et al., 1989).

CT for PTSD typically begins with an introduction of how thoughts affect emotions and behavior. The cognitive model of change and expectations for participation in therapy is reviewed. Early in treatment, new skills to identify and clarify patterns of thinking are taught using techniques such as recording thoughts about significant events, identifying distressing trauma-related thoughts, and converting such dysfunctional thought patterns into more accurate thoughts. CT also emphasizes the identification and modification of distorted core beliefs about self, others, and the larger world. CT teaches that improved accuracy of thoughts and beliefs about self, others, and the world leads to improved mood and functioning.

DISCUSSION

Randomized controlled trials (RCTs) have shown that CT is an effective intervention for patients with PTSD (Lovell et al., 1998; Marks et al., 2001). It is useful for identifying and modifying the many negative beliefs related to a traumatic experience. CT can be used effectively to reduce distressing trauma-related thoughts (e.g., about survival guilt, self-blame for causing the trauma, feelings of personal inadequacy, or worries about the future). Modifying thoughts about these and other trauma-related issues can reduce PTSD symptoms and improve mood and functioning.

In RCTs, Lovell et al. (2001) and Marks et al. (1998) indicated that CT can produce a substantial treatment effect for civilian men and women with PTSD resulting from a variety of non-combat-related traumas. There are no RCTs that specifically evaluate the use of CT in military or veteran PTSD patients; however, the use of CT in this population is recommended based on expert consensus.

CT techniques are often delivered as part of treatment "packages" that can include exposure therapy, trauma-related education, and anxiety management. For example, Cognitive Processing Therapy, which has been manualized and validated for use with female sexual assault–related PTSD in women (Resick et al., 2002), combines aspects of CT and exposure therapy. CT can also be delivered in conjunction with a range of other psychological therapies (e.g., EMDR and psychodynamic therapy). CT techniques may be an especially helpful treatment component when co-morbid depressive and/or anxiety disorders are present.

Contraindications for CT have not been empirically established, but may include psychosis, severe brain damage, or severe intellectual impairment.

EVIDENCE

| | Recommendation | Sources | QE | Overall Quality | R |
|---|---|---|---|---|---|
| 1 | CT is effective with civilian men and women exposed to combat and non-combat trauma. | Lovell, et al., 2001<br>Marks et al., 1998 | I | Good | A |
| 2 | CT is effective with military and veterans with combat- and non-combat-related PTSD. | Working Group Consensus | III | Poor | I |
| 3 | CT is effective for women with PTSD associated with sexual assault. | Resick et al., 2002 | I | Good | A |

*QE = Quality of Evidence; R = Recommendation (see Appendix A)*

## C. Exposure Therapy (ET)

BACKGROUND

RCTs have shown that Exposure Therapy (ET) helps men and women with PTSD reduce the fear associated with their experience through repetitive, therapist-guided confrontation of feared places, situations, memories, thoughts, and feelings. ET usually lasts from 8 to 12 sessions depending on the trauma and treatment protocol. Patients are repeatedly exposed to their own individualized fear stimuli, until their arousal and fear responses are consistently diminished. In session exposure is often supplemented by therapist-assigned and monitored self-exposure to the memories or situations associated with traumatization. ET providers can vary the pacing and intensity of exposing patients to the most frightening details of their trauma based on the patient's emotional response to the trauma and to the therapy itself.

Exposure can be accomplished via "imaginal" exposure or "in vivo" exposure. Imaginal exposure involves encouraging the patient to revisit the experience in imagination, recalling the experience through verbally describing the emotional details of the trauma. In vivo exposure involves asking the patient to physically confront realistically safe but still feared stimuli (e.g. driving a car after having been in a serious motor vehicle accident). This exposure can also be arranged in a hierarchical fashion. In the preceding example the patient might first sit in a car in the passenger seat, and then in the driver's seat, and then start the car, etc. The patient repeats each situation until a reduction in the intensity of emotional and physiological response is achieved, at which point they move on to the next item in their hierarchy.

DISCUSSION

RCTS of ET have demonstrated its efficacy in female victims of sexual and non-sexual assault, motor vehicle accidents, male combat-related trauma, and mixed trauma populations. Findings regarding efficacy in (mostly

Vietnam) combat veterans in VA clinical settings are less consistent and the degree of improvement in PTSD symptoms appears to be less pronounced.

In randomized trials comparing ET with other cognitive behavioral treatments ET has performed as well or better than any cognitive behavioral therapy (CBT) approach. In a comprehensive review of research studies examining CBT for PTSD Rothbaum et al. (2000) found the strongest evidence for exposure therapy. Four studies have found that exposure treatment for PTSD in samples heterogeneous with regard to their traumas has been efficacious. Richards et al. (1994) found that participants with PTSD who were given either four sessions of imaginal exposure followed by four sessions of in vivo exposure, or in vivo followed by imaginal exposure, improved considerably. Marks et al. (1998) found that exposure, cognitive therapy, and their combination were all equally successful in reducing PTSD at posttreatment and 6-month follow-up. Tarrier et al. (1999) found there was a significant improvement on all measures at posttreatment and follow-up, with no significant differences between exposure therapy and cognitive therapy. Thompson et al. (1995) found that 8 weekly sessions of imaginal and in vivo exposure were effective in treating participants with PTSD.

Vietnam combat veterans (uncontrolled study; 15 males) showed significant improvements from pre- to posttreatment on some measures but not on others, when given a comprehensive treatment package consisting of education, individual ET, programmed practice of the exposure, and social and emotional rehabilitation (Frueh et al., 1996, Keane et al., 1989). A large-scale, randomized controlled effectiveness trial was recently completed involving 360 Vietnam combat veterans (reference). This study compared exposure-based CBT with supportive "present-centered" group therapy that did not involve exposure. Results showed that (a) both treatment conditions produced moderate changes in PTSD symptoms from baseline levels and (b) the two treatment conditions were not different from one another in clinical effectiveness. Rates of drop out from treatment were somewhat higher for the ET group.

The Expert Consensus Panel for Post-traumatic Stress Disorder (1999) recommended ET for the treatment of intrusive thoughts, flashbacks, trauma related fears, panic attacks, avoidance and generalized anxiety in patients with PTSD, listing it as the quickest acting psychotherapy and one of the two most effective psychotherapies for PTSD. The International Society for Traumatic Stress Studies described ET as "quite effective" in the treatment of a mixed variety of trauma survivors: "In fact, no other treatment modality has evidence this strong indicating its efficacy."

In most treatment settings, ET is delivered as part of a more comprehensive "package" treatment. That is, it is usually combined with PTSD education, coping skills training, and especially, cognitive restructuring. ET and cognitive restructuring are usually regarded as the most powerful components of treatment, although randomized trials comparing ET alone with combined ET and cognitive restructuring suggest that ET alone may be more effective than combined treatment.

There have, as yet, been no randomized trials comparing ET with pharmacotherapy. Therefore, it is not known how ET compares with SSRIs or other medications as effective treatments. Nor is it known whether combined ET plus pharmacotherapy is more effective than either treatment alone.

Patients need to be screened for their suitability prior to undergoing ET as it may temporarily increase their level of distress. Patients living in dangerous circumstances (e.g., domestic violence or a threatening environment) are not candidates for ET until their security can be assured. Other contraindications for ET have not been confirmed in empirical research, but may include health problems that preclude exposure to intense physiological arousal, current suicidal ideation, substance abuse not in stable remission, co-morbid psychosis, or lack of motivation to undergo the treatment. Because this treatment may increase distress and PTSD symptoms in the short term, it is not well accepted by all patients, some of whom may drop out of treatment. Therefore, providers must take concrete steps to prepare patients for the treatment (e.g., present clear rationale, explore patient concerns, encourage realistic expectations, and build commitment to the therapy) in order to reduce the risk of dropout.

EVIDENCE

| Evidence | Sources | QE | Overall | R |
|----------|---------|----|---------|----|
|          |         |    |         |   |

| | | | | Quality | |
|---|---|---|---|---|---|
| 1 | ET is effective in the treatment of PTSD (compared to placebo or waiting list). | Cooper et al., 1989<br>Foa et al., 1991 & 1999a<br>Ironson et al., 2002<br>Keane et al., 1989<br>Marks et al., 1998<br>Tarrier et al., 1999 | I | Good | A |
| 2 | ET compared to other forms of therapy show equivalent results. | Foa et al., 1991 & 1999a<br>Marks et al., 1998<br>Paunovic & Ost, 2001<br>Resick & Nishith, 2001<br>Schnurr, 2001<br>Tarrier et al., 1999 | I | Good | A |

*QE = Quality of Evidence; R = Recommendation (see Appendix A)*

**D. Stress Inoculation Training (SIT)**

BACKGROUND

Stress inoculation training (SIT) is a type of CBT that can be thought of as a tool box or set of skills for managing anxiety and stress (Hembree & Foa, 2000). This treatment was developed for the management of anxiety symptoms and adapted for treating women rape trauma survivors. SIT typically consists of education and training of coping skills, including deep muscle relaxation training, breathing control, assertiveness, role playing, covert modeling, thought stopping, positive thinking and self-talk. The rationale for this treatment is that trauma related anxiety can generalize to many situations (Rothbaum et al., 2000). The Expert Consensus Guideline Series: Treatment of Post-traumatic Stress Disorder notes that anxiety management is among the most useful psychotherapeutic treatments for patients (Foa et al., 1999b).

DISCUSSION

There have been two RCTs that have evaluated SIT and both studies found SIT to be effective with women who have survived sexual assault. A study by Foa and colleagues (1991) with 45 female sexual assault victims compared SIT, Prolonged Exposure (PE), Supportive Counseling (SC) and wait list control. SIT was found to be the most effective treatment for short term symptom improvement and both SIT and PE were effective for long term improvement with PE superior to SIT. Rothbaum (2001) reports, "results suggested that all conditions produced improvement on all measures immediately posttreatment and at follow-up. At follow-up, clients who received PE continued to improve after treatment termination, whereas clients in the SIT and SC conditions evidenced no change between posttreatment and follow-up." Another study with 96 female sexual assault victims compared SIT, PE, combined SIT and PE, and wait list controls (Foa et al., 1999a). The study found all treatments were better than wait list control for ameliorating PTSD severity at posttreatment and at 6-month follow-up. Interestingly, although all three treatments were effective, the combined treatment was not superior to either SIT or PE alone, which may be related to the fact that clients in the combined treatment group actually received less PE and SIT training than participants in the individual treatments as treatment sessions were all equal in length.

A study of 15 women by Kilpatrick et al. (1982) found SIT to be effective in reducing rape related fear and anxiety.

Motor vehicle accident survivors (Hickling & Blanchard, 1997) had a 68 percent reduction of PTSD symptoms after involvement in a modified version of Foa et al.'s SIT/PE combination program.

SIT is designed to "inoculate" people with PTSD from heightened stress responses through teaching anxiety management skills which can include:
- Relaxation training: teaching patients to control fear and anxiety through the systematic relaxation of the major muscle groups.

- Breathing retraining: teaching slow, abdominal breathing to help the patient relax and/or avoid hyperventilation with its unpleasant and often frightening physical sensations.

A controlled study comparing three different forms of relaxation (relaxation, relaxation plus deep breathing, and relaxation plus deep breathing plus biofeedback) for 90 Vietnam veterans found that all treatments were equally, but only mildly, effective in leading to improvement (Watson et al., 1997).

- Positive thinking and self-talk: Teaching the person how to replace negative thoughts (e.g., 'I'm going to lose control') with positive thoughts (e.g., 'I did it before and I can do it again') when anticipating or confronting stressors.
- Assertiveness training: teaching the person how to express wishes, opinions, and emotions appropriately and without alienating others.
- Thought stopping: distraction techniques to overcome distressing thoughts by inwardly 'shouting stop' (Foa et al., 1999b).

EVIDENCE

| | Evidence | Sources | QE | Overall Quality | R |
|---|---|---|---|---|---|
| 1 | SIT is effective as a treatment for PTSD related to sexual assault. | Foa et al., 1999a<br>Foa et al., 1991<br>Kilpatrick et al, 1982<br>Rothbaum, 2000 | I | Good | A |

*QE = Quality of Evidence; R = Recommendation (see Appendix A)*

## E. Eye Movement Desensitization and Reprocessing (EMDR)

### BACKGROUND

EMDR is a psychotherapy treatment that was originally designed to alleviate the distress associated with traumatic memories (Shapiro, 1989a; 1989b). The developer of EMDR, psychologist Dr. Francine Shapiro, proposes the idea that EMDR facilitates the accessing and processing of traumatic memories to bring these to an adaptive resolution (Shapiro, 2001). The possibility of obtaining significant clinical improvements in PTSD in a few sessions presents this treatment method as an attractive modality worthy of consideration.

During EMDR, the patient is asked to identify: (1) a disturbing image that encapsulates the worst part of the traumatic event; (2) associated body sensations; (3) a negative self-referring cognition (in concise words) that expresses what the patient "learned" from the trauma; (4) a positive self-referring cognition that the patient wishes could replace the negative cognition. The patient is then asked to hold the disturbing image, sensations, and the negative cognition in mind while tracking the clinician's moving finger back and forth in front of his or her visual field for about 20 seconds. In successive tracking episodes, the patient concentrates on whatever changes or new associations have occurred. Tracking episodes are repeated according to the protocol until the patient has no further changes. More tracking episodes then reinforce the positive cognition.

Between sessions, the patient is directed to keep a journal of any situations that provoke PTSD symptoms and of any insights or dreams about the trauma. The sessions required may be as few as two for uncomplicated PTSD. More sessions are required for multiple or more complicated trauma.

Standard CBT rating scales are used throughout the sessions to document changes in the intensity of the symptoms and the negative cognition, and the patient's belief in the positive cognition. The patient only needs to tell the therapist the concise negative and positive cognitions and whether (and what) cognition, image, emotion, or body sensation has changed. The therapist is close to the patient and maintains direct eye contact as part of the protocol. This fosters a non-directive interaction that usually detects adverse reactions, which the therapist helps the patient manage with cognitive techniques. EMDR processing is internal to the patient, who does not have to reveal the traumatic event.

The protocol allows for substitution of left-right alternating tone or touch as alternatives in place of the eye movements. Studies attempting to ascertain the relative contribution of the eye-movement component have suggested comparable treatment results with or without eye movements, indicating that this aspect of the treatment protocol may not be critical to effectiveness.

DISCUSSION

EMDR was deemed to be an efficacious treatment for PTSD following a critical review of the literature in the treatment guidelines generated by a task force for the International Society for Traumatic Stress Studies (Chemtob et al., 2000), as well as by Division 12 of the American Psychological Association. The United Kingdom Department of Health deemed EMDR efficacious in 2001. While the results of seven controlled published studies found large effect sizes for EMDR, EMDR as a treatment modality has been somewhat controversial in terms of the purported relative speed and efficiency of EMDR compared to other techniques. EMDR has also been touted as being more easily tolerated by patients who have difficulties engaging in prolonged exposure therapy.

Results of four independent reviews that involved 16 controlled trails were assessed by the guideline development panel. Overall, the findings indicated that EMDR represented an effective treatment compared to no treatment or delayed treatment conditions. When compared to other treatment modalities, most studies reviewed indicated that EMDR was as effective as other more traditional therapy approaches including relaxation training based treatments, exposure therapies, cognitive behavioral therapy, hypnotherapy, and psychodynamic therapy.

The review by Davidson (2001) allowed the comparison of EMDR against seven other conditions including no treatment, cognitive behavioral therapy, exposure approaches not involving in vivo re-exposure, a number of dismantling studies looking at variants of EMDR, and other "nonspecific" treatments. Patient groups assessed within the included studies involved both PTSD and other conditions. Overall, EMDR was found to be more effective than no treatment and generally was comparable in effect to the other active treatment conditions. Dismantling studies indicated comparable effectiveness across variant presentations of EMDR.

Maxfield and Hyer (2002) conducted a meta-analysis involving comparisons of EMDR against wait list controls, cognitive behavior therapy involving exposure, and treatment modalities described as other than CBT. Results indicated superiority of EMDR to the wait list control condition. Also, the authors found an overall superiority of EMDR compared to the other active treatment conditions, though they noted sufficient variability that they judged the summed results to indicate comparable vs. superior effectiveness of EMDR over other treatments.

Three studies specifically compared EMDR with CBT (Lee et al., 2002; Power et al., 2002; and Taylor et al., 2002). Lee et al. (2002) and Power et al. (2002) found that EMDR had equivalent or better results than CBT and was more efficient in that it worked faster. Taylor et al. (2002) found otherwise but used therapist-assisted *in vivo* work plus imaginal work. All three studies also gave an hour of daily homework in the exposure condition only, thus greatly increasing the total amount of therapeutic treatment time. Only the Ironson et al. study (2002) that equalized homework did the EMDR group have a faster response to treatment.

The Shephard et al. (2000) meta-analysis involved the use of studies that used patients meeting varying diagnostic criteria of PTSD (i.e., DSM-III, DSM-III-R, and DSM-IV) along with patients who failed to fully meet the diagnostic criteria. EMDR was compared to a broad variety of other treatment conditions including behavioral treatment, cognitive behavioral therapy, antidepressants, relaxation based training, anxiety reduction techniques, exposure based treatments, and variants of EMDR itself. The results indicated that EMDR was an effective treatment. Comparisons between active treatment conditions were less clear with EMDR being found to be as effective as other treatments in some studies and to be less effective than other treatments in a few studies. However, taken on the whole the results were interpreted to indicate generally comparable effectiveness.

Foa and colleagues (1997) conducted a meta-analytic review of studies that involved subjects with PTSD and victims of highly stressful events. EMDR was compared to multiple therapies across the set of studies including hypnotherapy, psychodynamic psychotherapy, CBT, and a variety of no treatment and waiting list control conditions. The authors found several studies that indicated no difference between EMDR and various control conditions. The authors cite a contrary finding in one study suggesting that EMDR was superior to the control condition. The overall conclusions of the authors suggested a more guarded outlook on EMDR as an effective treatment with the bulk of their findings suggesting that EMDR was not effective. Methodological problems in the reviewed studies resulted in a call for further study at the time the review was written.

In two recent "Point" "Counterpoint" reviews of EMDR, (Cahill, 2000; Servan-Schreiber, 2000) two psychiatrists with experience in the area of PTSD treatment debate the merits of EMDR. Servan-Schreiber (2000) reviewed the existing literature on EMDR and concluded that "only the combination of imaginal exposure and *in vivo* exposure has approached [the] degree of effectiveness shown by EMDR." He further argues that the mechanism of eye movement contributes an additional level of therapeutic effect beyond that of simple exposure. Servan-Schreiber cites a meta-analysis published in 1998 by Van Etten and Taylor that "identified more controlled studies of EMDR in PTSD than any other psychotherapeutic treatment modality. Van Etten and Taylor also found EMDR to be the most rapidly effective and best tolerated of all the treatments reviewed, including pharmacotherapy and behavior therapy." In his "Counterpoint" review, Cahill (2000) reviews the same general set of studies but concludes that because of methodological deficiencies in the studies, EMDR cannot be regarded as superior to CBT or other forms of exposure therapy. He does not believe that EMDR operates in a unique or different way from other forms of exposure or cognitive therapy.

Support for the unique property of therapeutic eye movement is provided by a set of seven studies recommended by a member of the Expert Group (Andrade et al., 1997; Barrowcliff et al., in press; Christman and Garvey, 2000; Kavanaugh et al., 2001; Kuiken et al., 2001-2002; Sharpley et al., 1996; and van den Hout et al., 2001). These studies attempt to resolve the issue of the unique role of eye movements, and they demonstrate the effectiveness of eye movements on the desensitization and retrieval of memories.

There may be some basis for or against recommending this treatment depending upon the trauma basis of the PTSD. Specifically, studies of EMDR efficacy with combat veterans have demonstrated considerable variability, with a number of authors suggesting that the treatment may be less than optimal for this condition (Boudewyns et al., 1993; Jensen, 1994). However, other studies that are more recent have suggested the opposite (Carlson et al., 1998; Devilly et al., 1998). It should be noted that only two of the cited studies had a full course of treatment -- all the others were short duration studies, unlike the ET combat studies that offered ten or more sessions on all memories. Thus it is impossible to base a conclusion about the use of EMDR for combat trauma on these studies.

This variability in findings and associated evaluations of efficacy appears to be less evident in studies involving groups with different sources of trauma (e.g., sexual assault). Foa et al. (1995) note that exposure therapy may not be appropriate for use with clients whose primary symptoms include guilt, anger, or shame. Given the clinical reality of multiply-traumatized combat veterans' PTSD, this would be a major limitation on the applicability of ET and exposure-based CBT. Finally, the originators of the method have cautioned against the use of this technique with individuals having a past history of some type of dissociative disorder.

Overall, argument can reasonably be made that there are sufficient controlled studies that have sufficient methodological integrity to judge EMDR as effective treatment for PTSD.

EVIDENCE

|   | Recommendation | Sources | QE | Overall Quality | R |
|---|---|---|---|---|---|
| 1 | EMDR is more efficacious for PTSD than wait-list, routine care, and active treatment controls. | Chemtob et al., 2000<br>Davidson & Parker, 2001<br>Foa & Meadows, 1997<br>Maxfield & Hyer, 2002<br>Sheppard et al., 2000 | I | Good | A |

| 2 | Eye movements are *not* critical to the effects of EMDR. | Foa & Meadows, 1997 | I | Poor | C |
|---|---|---|---|---|---|
| 3. | EMDR compared with ET and CT show mixed results. | Cahili, 2000<br>Davidson & Parker, 2001<br>Foa & Meadows, 1997<br>Ironson et al., 2002<br>Lee et al., 2002<br>Power et al., 2002<br>Servan-Schrieber, 2000<br>Sheppard et al., 2000<br>Taylor et al., 2002<br>Van Etten and Taylor, 1998 | I | Fair | B |

*QE = Quality of Evidence: R = Recommendation (see Appendix A)*

## F. Imagery Rehearsal Therapy (IRT)

### BACKGROUND

Occurrence of nightmare as a problem is frequent; 4 to 8 percent in the general population and 60 percent in PTSD. Evidence shows that nightmares are associated with psychological distress and sleep impairment. A conditioning pattern similar to classic psychophysiological insomnia is produced in the nightmare disturbed loop, along with the negative cognition of "fear of going to sleep." Studies using brief CBT (desensitization and imagery rehearsal) have demonstrated large reduction in nightmares. Many studies, including Forbes et al. (2001), suggest that PTSD is associated with a propensity toward image, particularly where the post-traumatic symptom picture is characterized by nightmares and flashbacks. IRT incorporates a system to increase the imagery control.

IRT is aimed at changing the content of the patient's nightmare to promote mastery over the content-threat, thereby altering the meaning, importance, and orientation to the nightmare. The key to successful treatment is the use of imagery. IRT focuses on the following main approaches:

- Deemphasizes exposure by avoiding discussion of trauma or traumatic content of nightmares
- Focuses on habitual components of disturbing dreams and sleeplessness
- Provides no group psychotherapy
- Offers minimal instruction for dealing with unpleasant imagery
- Emphasizes relaxation
- Conveys no specific non-sleep-related instructions for managing post-traumatic stress, anxiety, or depressive symptoms

### DISCUSSION

Krakow and colleagues have conducted a number of studies involving IRT and PTSD, to include the following:

Krakow et al., (2001a) studied crime victims with nightmares, insomnia, and PTSD, who averaged thirteen years of chronicity. They demonstrated moderate to large improvement in their symptoms and psychiatric distress after receiving cognitive therapy treatment approaches. The authors found that targeted treatment of sleep problems was associated with improvement in distress.

Over 4 years (1995-1999) 168 women in New Mexico were studied; 95 percent had moderate-to-severe PTSD, 97 percent had experienced rape or other sexual assault, 77 percent reported life-threatening sexual assault, and 58 percent reported repeated exposure to sexual abuse in childhood or adolescence. Participants were randomized to receive treatment (n = 88) or to the wait-list control group (n = 80). Outcome measures included questionnaires that rated sleep quality, frequency of nightmares, and severity of PTSD symptoms at 3- and 6-month follow-up. A total of 114 participants completed follow-up at 3 and/or 6 months. Comparing baseline to follow-up, treatment significantly reduced nights per week with nightmares and number of nightmares per week and improved sleep and PTSD symptoms. Control participants showed small, nonsignificant improvements for the same measures. An intent-to-treat analysis (n = 168) confirmed significant differences between treatment and control groups for nightmares, sleep, and PTSD with moderate effect sizes for treatment and small effect

sizes for controls. The authors concluded that IRT is a brief, well-tolerated treatment that appears to decrease chronic nightmares, improve sleep quality, and decrease PTSD symptom severity.

DSM-IV-TR suggests that nightmares occurring with another psychiatric disorder are not a distinctly treatable condition and its remission occurs only through treatment of the primary disorder, such as anxiety disorder, and PTSD.

Krakow et al. (1995) studied 58 chronic nightmare sufferers who were randomly assigned to a treatment group (n = 39) or a wait-list control group (n = 19). Subjects in the treatment group were taught imagery rehearsal. The subjects were assessed pre-treatment and at 3 months follow-up for nightmare frequency, self-rated distress and subjective sleep quality. Compared to the control group, the treatment group showed significant and clinically meaningful decreases in nightmares. Significant improvement in self-rated sleep quality occurred in those treated compared with controls (P = 0.004); and, reduction in nightmares was a significant predictor of improvement in sleep (r = 0.55, P = 0.0001). The authors concluded that, for some chronic sufferers, nightmares may be conceptualized as a primary sleep disorder which can be effectively and inexpensively treated with CBT.

Krakow and colleagues (2001b) studied IRT for the treatment of chronic nightmares in a sample of adolescent girls (treatment group: n = 9; control group: n = 10). These girls had previously suffered a high prevalence of unwanted sexual experiences in childhood and adolescence, and thus many suffered from nightmares, sleep complaints, and post-traumatic stress symptoms. IRT was provided in a 1-day (6-h) workshop. Imagery rehearsal consisted of three steps, all of which are performed in the waking state: (a) select a nightmare, (b) "change the nightmare any way you wish," and (c) rehearse the images of the new version ("new dream") 5 to 20 min each day. The control group participants received no intervention. At baseline, these girls had been suffering from nightmares, on average, for 4.5 years, and they reported experiencing 20 nightmares per month, which occurred at a frequency of at least one bad dream every other night. At 3 months, self-reported, retrospectively assessed nightmare frequency measured in nights per month decreased 57 percent (p =.01, d = 1.4) and measured in nightmares per month decreased 71 percent (p =.01, d = 1.7) in the treatment group, compared with no significant changes in the control group. No significant changes were noted for sleep and PTSD measures in either group. The authors concluded that IRT was an effective treatment option for chronic nightmares in this adjudicated adolescent population.

Forbes et al. (2001) did a follow-up study to assess the efficacy of imagery rehearsal in reducing the frequency and intensity of targeted combat-related nightmares in a group of Vietnam veterans with PTSD. Veterans were specifically instructed to write down their nightmare and subsequently read it aloud to the group. Three treatment groups, comprising 4 veterans in each, completed standardized treatment across 6 sessions. Treatment effects were investigated using nightmare diaries and established instruments. The data demonstrate significant reductions in nightmares targeted, and improvements in PTSD and comorbid symptomatology. The authors recommended that, on the basis of the promising preliminary data, a RCT be established to assess imagery ability and attitude toward nightmares.

EVIDENCE

| | Recommendation | Sources | QE | Overall Quality | R |
|---|---|---|---|---|---|
| 1 | IRT be considered for treatment of PTSD (nightmare and sleep disruption in particular). | Krakow et al., 1995; 2001a; 2001b<br>Forbes et al, 2001 | I | Fair | B |

QE = Quality of Evidence; R = Recommendation (see Appendix A)

## G. Psychodynamic Therapy

### BACKGROUND

In 1895, Joseph Breuer and Sigmund Freud based their *Studies on Hysteria* on the proposition that traumatic life events can cause mental disorder (Breuer & Freud, 1955). This principle, radical for its time, grew in scope and

application over the next century and strongly influenced military psychiatry in World War 1 (Kardiner, 1941; Rivers, 1918) and World War II (Grinker & Spiegel, 1945). Psychodynamic principles were later applied to the psychological problems of Holocaust survivors (Krystal, 1968; De Wind, 1984), Vietnam veterans (Lindy, 1996), rape survivors (Rose, 1991), adult survivors of childhood sexual trauma (Courtois, 1999; Roth & Batson, 1997; Shengold, 1989), and survivors of other traumatic events (Horowitz, 1997). Psychodynamic ideas have also helped providers manage the sometimes complex issues that may surface in the relationship between survivor and psychotherapist (Pearlman & Saakvitne, 1995; Wilson & Lindy, 1994). The following statements summarize the basic elements of psychodynamic psychotherapy:

- Based on the assumption that addressing unconscious mental contents and conflicts (including those that may have been blocked from consciousness as part of a maladaptive response) can help survivors better cope with the effects of psychological trauma
- Explores psychological meanings of post-traumatic responses by sifting and sorting through fears, fantasies, and defenses stirred up by the traumatic event
- Spans a continuum ranging from supportive to expressive but usually includes a mixture of both
- Transference and countertransference are recognized and managed by the therapist but may or may not be brought to the patient's attention
- Approached within the context of a therapeutic relationship that emphasizes safety and honesty and which is, in itself, a crucial factor in the patient's response

Course of Treatment for psychodynamic therapy:

- Most commonly involves one to two meetings per week and can be relatively short term (10 to 20 sessions) and focal or long term (lasting years) and open ended
- Sessions usually last 45 to 50 minutes and, although they average once a week, may be held more or less frequently depending on the patient's needs and tolerance
- Can be conducted individually, in groups, or in family settings on an inpatient or outpatient basis

DISCUSSION

Individual case reports comprise the bulk of the psychodynamic literature on the treatment of psychological trauma, but a small group of empirical investigations and case series with controlled variables and validated outcome measures are available to support recommending psychodynamic therapy as a treatment option for PTSD.

Controlled investigations of the efficacy of psychodynamic therapies are few. Individual case reports comprise the bulk of the psychodynamic literature on the treatment of psychological trauma, but a small group of empirical investigations and case series with controlled variables and validated outcome measures support recommending psychodynamic therapy as a treatment option for PTSD

Brom and colleagues (1989) conducted a RCT that compared psychodynamic psychotherapy to hypnotherapy, trauma desensitization, and a wait list control group in the treatment of patients with PTSD. They found that symptoms of intrusion and avoidance improved significantly in each of the treatment groups but not in the control group. Psychodynamic psychotherapy was more effective than the other treatments in terms of improved coping ability and greater self-esteem. Subjects in the psychodynamic psychotherapy group showed more improvement in the post-termination phase than did subjects in the other two treatment groups. Participants in all three treatment conditions were more improved than those in the wait-list condition (10 percent improvement), but no differences across the three treatments were observed, with 29 percent improvement for those in psychodynamic therapy, 34 percent for hypnotherapy, and 41 percent for desensitization (Rothbaum, 2001).

While research evidence and clinical experience suggest that psychodynamic psychotherapy can be effectively combined with other forms of psychotherapy and with psychopharmacological interventions for depression (DiMascio et al., 1979; van Praag, 1989), this approach has not been sufficiently researched in work with PTSD.

*Version 1.0*                                                  *VA/DoD Clinical Practice Guideline*
                                                         *For management of Post-Traumatic Stress*

Psychodynamic ideas have, in some instances, been misapplied in clinical work with trauma survivors giving rise to concern about the creation or elaboration of so-called *false memories* (Roth & Friedman, 1997). It may be that trauma survivors are particularly prone to this phenomenon given their tendency towards dissociation. It is important that clinicians be properly trained before undertaking psychodynamic treatment of trauma survivors.

Because of its focus on basic problems in interpersonal relationships, psychodynamic psychotherapy may be useful in working with patients with complex PTSD. Clinical case studies suggest that psychodynamic psychotherapy may be of particular value in work with adult survivors of childhood sexual abuse (Courtois, 1999; Roth & Batson, 1997; Shengold, 1989). Psychodynamic psychotherapy may also be useful in treating patients suffering complex PTSD stemming from other stressors but there is, as yet, little research evidence to support this recommendation.

EVIDENCE

|   | Recommendation | Sources | QE | Overall Quality | R |
|---|---|---|---|---|---|
| 1 | Psychodynamic psychotherapy for the treatment of PTSD. | Brom et al., 1989 | I | Good | B |
| 2 | Psychodynamic psychotherapy for patients with complex PTSD. | Courtois, 1999 Roth & Batson, 1997 Shengold, 1989 | II-2 | Fair | B |

*QE = Quality of Evidence; R = Recommendation (see Appendix A)*

## H.  Patient Education

OBJECTIVE

Provide a therapeutic intervention that reduces the symptoms and functional impairments of PTSD.

BACKGROUND

Psychoeducation is a broad term that is often included as a component of other treatment interventions. The expert consensus guidelines on PTSD describe psychoeducation as educating patients and their families about the symptoms of PTSD and the various treatments that are available. They note that it is a useful adjunct therapy for patients with PTSD. In addition to education, reassurance is given that trauma related symptoms are normal and expectable shortly after a trauma and can often be overcome with time and treatment. Education about the symptoms and treatment of comorbid disorders may also be included. Psychoeducational group treatment models for PTSD treatment have been described for women with multiple traumas as well as combat veterans (Foa et al., 1999; Lubin et al., 1998).

DISCUSSION

Psychoeducation is regarded as a useful therapy by many clinicians, although it has not been the subject of any organized review, or well designed RCTs. There is one published efficacy trial of a psychoeducational group therapy for women who survived multiple traumas. Twenty-nine women were treated in a 16-week, trauma-focused inter-active psychoeducational group. The groups met for a brief psychoeducational lecture (15 minutes), followed by an interactive discussion with the therapist. However, there were cognitive behavioral components of the treatment. The cohort was all women, mean age 41, mean years since last trauma was 14, there were many comorbid disorders, over 80 percent were in ongoing individual therapy, and nearly 80 percent were taking psychotropics. The subjects demonstrated significant reductions in their PTSD symptoms on all subscales of the Clinician Administered PTSD Scale (CAPS), with a 50 percent reduction in symptoms from baseline. The recommendations for patient education are consistent with the clinical expert consensus guidelines (Foa et al., 1999).

EVIDENCE

| | Recommendation | Sources | QE | Overall Quality | R |
|---|---|---|---|---|---|
| 1 | Psychoeducation is recommended. | Foa et al., 1999 | III | Poor | C |
| | | Lubin et al 1998 | II-2 | Fair | B |

*QE = Quality of Evidence; R = Recommendation (see Appendix A)*

## I.   Group Therapy

### OBJECTIVE

Provide a supportive environment in which a patient with PTSD may participate in therapy with other PTSD patients.

### BACKGROUND

The material in this annotation is taken primarily from David Foy and colleagues' discussion of Group Therapy in the recent practice guideline, Effective Treatment for PTSD (Foy et al., 2000). This guideline represents the most recent and most comprehensive review of current treatments for PTSD available in the literature. Only one descriptive study of a group therapy program (Donovan et al., 2001) is more recent than the guideline.

The authors briefly review the use of group therapy for PTSD. They note that it first began to be used as a "front-line treatment" for PTSD in the 1970's, and that it has continued to be used, and researched, up to the present. They note the intuitive appeal of providing this form of therapy to patients who, by the nature of their disorder, have to deal with "isolation, alienation, and diminished feelings" (Foy et al., 2000). They further acknowledge the possibility that group therapy may foster "survivor helping survivor" feelings in participants.

Foy et al. (2000) characterize group approaches as "supportive," "psychodynamic," or "cognitive-behavioral." While all three approaches share certain features such as homogenous groups, acknowledgement of the trauma, and normalization of traumatic response, they also differ in significant ways:

**Supportive approach**

- "Covering" approach in which the emphasis is placed on addressing current life issues
- Interventions explore middle-range affects such as frustration, with the goal of diffusing more extreme affects
- Less reliance on formal content or structured materials than psychodynamic or cognitive-behavioral groups
- Low demand on clients for homework or mastery of materials
- Designed to maintain a sense of interpersonal comfort and to keep transference at a low to moderate level
- Orients members toward current coping
- Can be conducted in a range of clinical and paraclinical settings

**Psychodynamic ("Trauma focus") approach**

- "Uncovering" approach designed to address members' specific traumatic experiences and memories
- Helps patients find meaning in the traumatic experience
- Encourages patients to confront the continuing issues presented by the experience
- Allows patients to trace painful affects back to their self-views and views of others, which may be irrational
- Seeks to provide appropriate affective involvement, monitored to control any overwhelming feelings and to offset the risk for precipitating dissociative reactions

**Cognitive-behavioral ("Trauma focus") approach**

- "Uncovering" approach designed to address members' specific traumatic experiences and memories
- Primary goals are to reduce symptoms, enhance members' self-control, and improve quality of life
- Emphasizes application of systematic, prolonged exposure and cognitive restructuring to each individual's traumatic experience
- Provides relapse prevention training through emphasis on mobilizing coping resources
- May feature an autobiographical emphasis
- Incorporates trauma processing

RECOMMENDATIONS

1. Consider group treatment for patients with PTSD
2. Current findings do not favor any particular type of group therapy over other types.

DISCUSSION

Foy et al. (2000) note that although group therapy is in common use for PTSD patients, very little research has been done to validate the effectiveness of group therapy, or to delineate those characteristics of therapy that lead to improved clinical outcomes. Their review is based on two RCTs, five nonrandomized trials, and seven pre-/post-treatment single-group studies. In light of the small number of studies, they recommend that group therapy be seen as potentially effective.

The guideline authors provide a useful guide to selecting candidates for group therapy:

Indications for Group Therapy (from Foy et al., 2000)

- Flexibility in personal schedule in order to meet group at appointed times
- Able to establish interpersonal trust with other group members and leaders
- Prior group experience, including 12-step groups
- Completion of a preparatory course of individual therapy
- Not actively suicidal or homicidal
- Shares similar traumatic experiences with other group members
- Compatible for gender, ethnicity, and sexual orientation with other members
- Willing to abide by rules of group confidentiality
- Not severely paranoid or sociopathic
- Has stable living arrangements

Contraindications for Group Therapy (from Foy et al., 2000)

- Active psychosis
- Severe organicity or limited cognitive capacity
- Pending litigation or compensation seeking

Indications for Trauma Focus versus Supportive Groups (from Foy et al., 2000)

- Individual can tolerate high anxiety arousal or other strong affects
- No active suicidality or homicidality
- Substance abuse or other comorbidities are under control
- Individual accepts rationale for trauma uncovering work
- Willingness to self-disclose personal traumatic experiences
- No current life crises

Two recent studies not included in the Effective Treatments for PTSD guideline provide a small amount of additional evidence for the effectiveness of group therapy. In the Rogers et al. (1999) study, 12 Vietnam War veterans were randomly assigned to either a single group session of exposure, or a single group session of eye movement desensitization and reprocessing (EMDR). In this study, at follow-up both groups "showed

improvement on the Impact of Event Scale." The EMDR group experienced "greater positive changes in within-session Subjective Units of Discomfort levels and on self-monitored severity of intrusive recollection."

Donovan et al. (2001) present a descriptive study of a treatment approach that, "defined by a detailed manual, integrates elements of cognitive-behavioral skills training, constructivist theory approaches, SA relapse prevention strategies, and peer social support into a group-focused program." They review outcome data for 46 male patients who received treatment between 1996 and 1998. The authors found that at six- and twelve-month follow-up, patients experienced significant improvement in Clinician-Administered PTSD Scale and Addiction Severity Index scores.

EVIDENCE

| | Recommendation | Sources | QE | Overall Quality | R |
|---|---|---|---|---|---|
| 1 | Consider group treatment for patients with PTSD | Donovan et al., 2001<br>Foy et al., 2000<br>Rogers et al., 1999 | III<br>II<br>I | Fair | B |
| 2 | Current findings do not favor any particular type of group therapy | Foy et al., 2000 | II | Poor | I |

*QE = Quality of Evidence; R = Recommendation (see Appendix A)*

## J. Dialectical Behavior Therapy

### BACKGROUND

Dialectical behavior therapy (DBT) is a comprehensive cognitive-behavioral treatment for complex, difficult-to-treat mental disorders, specifically designed to treat chronically suicidal individuals, and patients with multi-disordered individuals with borderline personality disorder (BPD).

DBT has since been adapted for other seemingly intractable behavioral disorders involving emotion dysregulation, including substance dependence in individuals with BPD and binge eating, to other clinical populations (e.g., depressed, suicidal adolescents), and to a variety of settings (e.g., inpatient, partial hospitalization, forensic).

While considerable evidence supports the use of exposure-based treatment for PTSD, its utilization may pose some problems for patients where the symptoms of PTSD are complicated. High rates of attrition, suicidality, dissociation, destructive impulsivity, and chaotic life problems are reasons cited by clinicians for abandoning empirically supported exposure treatment. Some practitioners have suggest that the approach of DBT, designed to address many of these issues, offers useful strategies for addressing the needs of patients considered poor candidates for exposure therapy.

The DBT approach incorporates what is valuable from other forms of therapy, and is based on a clear acknowledgement of the value of a strong relationship between therapist and patient. Therapy is structured in stages and at each stage a clear hierarchy of targets is defined. The techniques used in DBT are extensive and varied, addressing essentially every aspect of therapy. These techniques are underpinned by a dialectical philosophy that recommends a balanced, flexible and systemic approach to the work of therapy. Patients are helped to understand their problem behaviors and then deal with situations more effectively. They are taught the necessary skills to enable them to do so and helped to deal with any problems that they may have in applying those skills.. Advice and support is available between sessions. Patient is encouraged and helped to take responsibility for dealing with life's challenges.

### DISCUSSION

Although DBT is becoming more common as a technique for treating patients with BPD, no clinical trials have been reported in the literature for the use of DBT in patients with PTSD. The following studies concern patients

with BPD who attempt some form of self-injury; however, for patients with PTSD and comorbid BPD, these studies may be applicable to the treatment decision process.

In a meta-analysis of RCTs of "psychosocial and/or psychopharmacological treatment versus standard or less intensive types of aftercare" for patients who had shown self-harm behaviors, Hawton et al. (2000) compared DBT vs standard after care and found that DBT significantly reduced rates of further self-harm (0.24; 0.06 to 0.93)." The authors caution, however, that "there still remains considerable uncertainty about which forms of psychosocial and physical treatments of self-harm patients are most effective, inclusion of insufficient numbers of patients in trials being the main limiting factor."

van den Bosch et al.(2002) and Verheul et al. (2003) reported on the effectiveness of DBT in a group of 58 female BPD patients. For these women, DBT therapy "resulted in better retention rates and greater reductions of self-mutilating and self-damaging impulsive behaviours compared with usual treatment, especially among those with a history of frequent self-mutilation" (Verheul et al., 2003). In the same study group, van den Bosch et al. (2002) compared the results of therapy in women with and without comorbid substance abuse. They found that comorbid substance abuse did not dilute the effect of the DBT, but that the DBT therapy had no effect on the womens' substance problems. Evans et al. (1999) compared the provision of self-help booklets alone to six sessions of cognitive therapy linked to the booklets, which contained elements of DBT (MACT) in 34 patients who had attempted self-harm. The authors reported that MACT therapy led to a lowering of the number of suicidal acts per month, and also improved self-rated depressive symptoms.

Linehan and colleagues (1993) conducted a RCT of 39 women with BPD, who were randomly assigned to DBT or usual care for one year, then followed-up at six and twelve months following treatment. The authors reported that DBT patients had significantly less parasuicidal behavior, less anger, and better self-reported social adjustment during the initial 6 months and significantly fewer psychiatric inpatient days and better interviewer-rated social adjustment during the final 6 months; overall, DBT subjects had significantly higher Global Assessment Scale scores during the follow-up year.

Telch et al. (2001) and Safer et al. (2001) expanded the DBT concept to treatment of women with binge eating disorder. In both studies, women were randomly assigned to DBT or a wait list (Telch study – 44 women; Safer study – 31 women) and the authors results were similar; patients improved significantly in reduction of binge/purge behaviors, but did not differ on any secondary measures.

Bohus et al. (2000) treated 24 female chronically suicidal patients with DBT and found significant improvements in ratings of depression, dissociation, anxiety and global stress and a highly significant decrease in the number of parasuicidal acts.

Gould et al. (2003) and Miller and Glinski (2000) identify DBT as a promising treatment for suicide, however, they acknowledge the need for RCTs. In their overview of the use of DBT, Koerner and Linehan (2000) also stress the need for longitudinal follow-up studies to determine suicide rates and maintenance of treatment gains.

EVIDENCE

| | Recommendation | Sources | QE | Overall Quality | R |
|---|---|---|---|---|---|
| 1 | Consider DBT for patients with a borderline personality disorder typified by parasuicidal behaviors. | Evans et al., 1999<br>Hawton et al., 2000<br>Linehan et al., 1993<br>Safer et al., 2001<br>Telch et al., 2001<br>van den Bosch et al., 2002<br>Verheul et al., 2003 | I | Fair | B |

*QE = Quality of Evidence; R = Recommendation (see Appendix A)*

**K.  Hypnosis**

OBJECTIVE

A therapeutic intervention that may be an effective adjunctive procedure in the treatment of PTSD.

BACKGROUND

Hypnosis is not a therapy per se, but an adjunct to psychodynamic, cognitive-behavioral, or other therapies, and has been shown to enhance significantly their efficacy for a variety of clinical conditions (Kirsch et al., 1998; Spiegel & Spiegel, 1987).  In the specific context of post-traumatic symptomatology, hypnotic techniques have been used for the psychological treatment of shell shock, battle fatigue, traumatic neuroses, and more recently, PTSD, and dissociative symptomatology.

Hypnosis is defined by the APA as "a procedure during which a health professional or researcher suggests that a client, patient, or subject experience changes in sensations, perceptions, thought, or behavior."  The hypnotic context is generally established by an induction procedure (Kirsch, 1994).  An induction procedure typically entails instructions to disregard extraneous concerns and focus on the experiences and behaviors that the therapist suggests or that may arise spontaneously.

Hypnosis should only be used by credentialed health care professionals, who are properly trained in the clinical use of hypnosis and are working within the areas of their professional expertise.

DISCUSSION

Most of the case studies that reported that hypnosis was useful in treating posttrauma disturbances following a variety of traumas lack methodological rigor, and therefore strong conclusions about the efficacy of hypnosis to treat PTSD cannot be drawn (Rothbaum, 2001).

Brom and colleagues (1989), in a RCT, showed that hypnosis and desensitization significantly decreased intrusion, whereas psychodynamic therapy was useful for reducing avoidance symptoms in patients with various types of post-traumatic symptomatology.  A recent meta-analysis of controlled clinical trials (Sherman, 1998) compared the effects of the Brom et al. trial and those of other controlled studies and found that the major advantage of using hypnosis may come at follow-up rather than at the end of treatment; this is consistent with meta-analyses of hypnosis for conditions other than PTSD (Kirsch et al., 1999).

Various meta-analyses of studies on the treatment of anxiety, pain, and other conditions imply that hypnosis can substantially enhance the effectiveness of psychodynamic and CBTs (Kirsch, 1996; Kirsch et al., 1999; Smith et al., 1980).  However, most of the literature on the use of hypnosis for PTSD is based on service and case studies.

Hypnotic techniques have been reported to be effective for symptoms often associated with PTSD such as pain (Daly & Wulff, 1987; Jiranek, 1993; Richmond et al., 1996), anxiety (Kirsch et al., 1995) and repetitive nightmares (Eichelman, 1985; Kingsbury, 1993).

There are a number of indications for using hypnosis in the treatment of PTSD (Foa et al., 2000):
1.  Hypnotic techniques may be especially valuable for symptoms often associated with PTSD, such as dissociation and nightmares, for which they have been successfully used.
2.  PTSD patients who manifest at least moderate hypnotizability may benefit from the addition of hypnotic techniques to their treatment.
3.  Because confronting traumatic memories may be very difficult for some PTSD patients, hypnotic techniques may provide them with a means to modulate the emotional and cognitive distance from such memories as they are worked through therapeutically.

There are a number of contraindications for using traditional hypnotic techniques in the treatment of PTSD (Foa et al., 2000):

1.  In the rare cases of individuals who are refractory or minimally responsive to suggestions, hypnotic techniques may not be the best choice, because there is some evidence that hypnotizability is related to treatment outcome efficacy (Levitt, 1994; Spiegel et al., 1981 & 1993).
2.  Some PTSD patients may be reluctant to undergo hypnosis, either because of religious belief or other reasons. If the resistance is not cleared after dispelling mistaken assumptions, other suggestive techniques can be tried, including emotional self-regulation therapy (ESRT), which is done with open eyes and uses sensory recall exercises rather than a hypnotic induction (Bayot et al., 1997; Kirsch et al., 1999).
3.  For patients who have low blood pressure or are prone to fall asleep, hypnotic procedures such as "alert hand," which emphasize alertness and acitivity rather than relaxation, may be substituted (Cardena et al., 1998).

EVIDENCE

| | Recommednation | Sources | QE | Overall Quality | R |
|---|---|---|---|---|---|
| 1 | Hypnosis may be used to alleviate PTSD symptoms. | Brom et al., 1989 Sherman, 1998 | I | Fair | B |

*QE = Quality of Evidence; R = Recommendation (see Appendix A)*

**L.  Psychosocial Adjunctive Methods/Services**

OBJECTIVE

Provide a therapeutic intervention that facilitates generalizing skills for coping with PTSD from clinic to home/work/community.

BACKGROUND

Patients with chronic PTSD may develop a persistent incapacitating mental illness marked by severe and intolerable symptoms; marital, social, and vocational disability; and extensive use of psychiatric and community services. These patients may sometimes benefit more from case management and psychosocial rehabilitation than from psycho-or pharmacotherapy.

RECOMMENDATIONS

1.  Consider psychosocial rehabilitation techniques once the client and clinician identify the following kind of problems associated with the diagnosis of PTSD: persistent high-risk behaviors, lack of self care/independent living skills, homelessness, interactions with a family that does not understand PTSD, socially inactive, unemployed, and encounters with barriers to various forms of treatment/rehabilitation services.
2.  Client and clinician should determine whether such problems are associated with core symptoms of PTSD and, if so, then ensure that rehabilitation techniques are used as a contextual vehicle for alleviating PTSD symptoms.
3.  Psychosocial rehabilitation should occur concurrently or shortly after a course of treatment for PTSD, since psychosocial rehabilitation is not trauma-focus.

DISCUSSION

There are seven models of psychosocial rehabilitation services that are currently recommended as an adjunct to accompany other forms of treating PTSD. None of these models have undergone randomized, controlled trials for patients with PTSD. However, all these models have been supported by surveys and studies. Positive results with other disorders (e.g., schizophrenia) provide additional support for using these techniques in the treatment of PTSD.

If psychosocial rehabilitation services are to be implemented, the client first identifies that a particular problem exists, and then the client and clinician set personal goals and adapt appropriate rehabilitation techniques/services for PTSD. When to initiate these techniques is decided by the client and individually

tailored to each stage of recovery (Wang et al., 1996). Psychosocial rehabilitation techniques are contraindicated when client and clinician conclude that the problems are resolved.

Models of Psychosocial Rehabilitation Services

1. Self-Care and Independent Living Skills Techniques
   - While social rehabilitative therapies (i.e., teaching social, coping, and life function skills) have been proven effective in chronic schizophrenic and other persistently impaired psychiatric cohorts, they have yet to be formally tested with PTSD clients. Since they appear to generalize well from clients with one mental disorder to another, it is reasonable to expect that they will also work with PTSD clients. There is clinical consensus that appropriate outcomes would be improvement in self-care, family function, independent living, social skills, and maintenance of employment.
   - Given the positive impact of independent skills training techniques for mental disorders in general (Halford et al., 1995), PTSD-centered modules should be developed and tested for effectiveness.
2. Supported Housing
   - Forms of housing considered more effective are those in which clinical services are integrated or efforts are made by treating staff to foster community living (Goldfinger et al., 1997; Schutt & Garrett, 1992)
   - Existing literature for persons with other forms of mental illness suggests that case management linked to specialized clinical services is more effective than "single-room occupancy" or "warehousing" in shelters without other forms of support (Goldfinger et al., 1997).
3. Marital/Family Skills Training
   - Marital and family treatments for trauma survivors fall into one of two general categories: systemic approaches designed to treat marital or family disruption, and supportive approaches designed to help family members offer support for an individual being treated for PTSD. These treatments are usually provided as an adjunct to other forms of treatment that are designed to directly address the PTSD symptoms.
   - A single, low-quality RCT compared the addition of family therapy to individual therapy for war veterans with PTSD (Glynn et al., 1999). It found no significant benefit to the addition of behavioral family therapy (BFT), largely due to a high dropout rate, nor did it add significantly to the treatment of PTSD with direct therapeutic exposure (DTE) (an individual psychotherapy technique).
   - There are no research studies on the effectiveness of marital/family therapy for the treatment of PTSD. However, because of trauma's unique effects on interpersonal relatedness, clinical wisdom indicates that spouses and families be included in treatment of those with PTSD. Of note, marriage counseling is typically contraindicated in cases of domestic violence, until the batterer has been successfully (individually) rehabilitated.
4. Social Skills Training
   - Effectiveness of social skills training has been well demonstrated over many years in many RCTs but not specifically for PTSD (Dilk & Bond, 1996).
   - Effectiveness of social skills training has been demonstrated for reducing social isolation of persons with severe mental disorders (e.g., schizophrenia); similar techniques may be promising for PTSD, particularly if adapted to address antecedent conditions involved in trauma and its consequences (Rothbaum & Foa, 1996).
5. Vocational Rehabilitation
   - Effectiveness of vocational rehabilitation techniques in treating mental disorders has been demonstrated under controlled experimental conditions (Bell & Lysaker, 1996; Bell et al., 1996; Bell et al., 1993; Bond et al., 1997) and controlled, clinical studies (Anthony et al., 1995; Drake, 1996; Lehman, 1995; Lysaker et al., 1993).
6. Case Management
   Although case management has been shown to be useful for a range of other psychiatric disorders, there is currently no evidence available from RCTs or from systematic reviews to support or reject the use of case management for PTSD patients.

- Among populations with histories of trauma, the assertive community treatment models have been empirically validated under controlled (but not with random assignment) conditions (Mueser et al., 1998).
- Most of the research that empirically validates case management has been conducted among persons with severe mental disorders (Mueser et al., 1998), presumably including persons with co-occurring PTSD and other disorders.
- Evidence suggests that outcomes are more favorable for intensive case management (well-trained clinician teaches client psychosocial rehabilitation skills in the client's home/community) than for simple case management (clinician links client to needed services).
- Case management has been demonstrated to reduce inpatient hospitalizations and severe symptoms, as well as to stabilize housing for formerly homeless persons; however, there is little evidence to suggest that case management improves vocational adjustment/social functioning (Mueser et al., 1998).

**M. Spiritual Support**

OBJECTIVE

Reduce Symptoms of PTSD and improve patient's functioning through social and spiritual support.

BACKGROUND

**Spiritual & existential issues:** "Given the complex range of PTSD symptomatology, a successful treatment program will address not only the emotional issues that characterize the disorder but also its psychophysiological, cognitive, and interpersonal processes and existential meanings" (Hunter, 1996).

RECOMMENDATIONS

1. Provide access to religious/spiritual resources, if sought.

DISCUSSION

**Trauma as Shattered Life Assumptions:** Recent research on cognitive processes in victimization indicates that major changes in the individual's basic life assumptions may occur. These assumptions involve the security and meaningfulness of the world and one's sense of self-worth in relation to perception of the environment (Janoff-Bulman, 1979). Specifically, these assumptions are: (1) that one's environment is physically and psychologically safe; (2) that events are predictable, meaningful and fair; (3) that one's own sense of self-worth is positive in relation to experiences with other people and events (Hunter, 1996).

**Social system interventions** involve community action, organization and mobilization; education and consultation with advice for leaders; mobilization of action plans and recover process; facilitation of adaptation and mastery in social change; development of community networks; development of a positive recover organization; communication; and community theater and art geared to working through and recovering from the trauma.

Providing space and opportunities for prayers, mantras, rites and rituals and end-of-life care as determined important by the patient (Lee, 1997; Canda & Phaobtong, 1992)

EVIDENCE

|   | Recommendation | Sources | QE | Overall Quality | R |
|---|---|---|---|---|---|
| 1 | Provide opportunities to vent & defuse, to share feelings and talk. | Bogia & Preston, 1985<br>Everly, 2000<br>Hunter | II | Fair | C |

*QE = Quality of Evidence; R = Recommendation (see Appendix A)*

VA/DoD CLINICAL PRACTICE GUIDELINE FOR THE
MANAGEMENT OF POST-TRAUMATIC STRESS

APPENDICES

### APPENDIX A
### Guideline Development Process

The development of the VA/DoD Clinical Practice Guideline for the Management of Traumatic Stress Symptoms was initiated in May 2002 and continued through May 2003. The development process followed the steps described in "Guideline for Guidelines" an internal working document of VHA's National Clinical Practice Guideline Council, which requires an ongoing review of the work in progress.

**Target Audience**

The guideline is designed for providers in primary care clinics and mental health centers, including PTSD special programs and VET centers. Specific modules in this guideline:

- Address prevention and health surveillance that may affect any person in the DoD or VA setting
- Outline the actions of individuals who provide early interventions or consultations in the immediate response to trauma events, mass catastrophic events, or combat situations during ongoing military operations
- Provide recommendations for the treatment of PTSD

**Guideline Development Process**

The Offices of Quality and Performance and Patient Care Service, in collaboration with the network Clinical Managers, the Deputy Assistant Under Secretary for Health, and the Medical Center Command of the DoD identified clinical leaders to champion the guideline development process. During a preplanning conference call, the clinical leaders defined the scope of the guideline and identified a group of clinical experts from the VA and DoD that formed the Guideline Development Working Group.

The Working Group participated in several face-to-face sessions to reach a consensus about the guideline recommendations and to prepare a draft document. The draft was revised by the experts through numerous conference calls and individual contributions to the document.

The final draft was reviewed mental health and primary care experts in the VA and DoD. Their feedback was integrated into the final draft. Nonetheless, this document is a work in progress. It will be updated every two years, or when significant new evidence is published.

The guideline is the product of many months of diligent effort and consensus building among knowledgeable individuals from the VA, DoD, academia, and guideline facilitators from the private sector. An experienced moderator facilitated the multidisciplinary Working Group. The list of participants is included in the introduction to the guideline.

**Formulating of Questions**

The Working Group developed eighteen researchable questions and associated key terms after orientation to the seed guidelines and to goals that had been identified by the Working Group. The questions specified (adapted from the Evidence-Based Medicine (EBM) toolbox, Centre for Evidence-Based Medicine, (http://www.cebm.net):

- Population – characteristics of the target patient population
- Intervention – exposure, diagnostic, or prognosis
- Comparison – intervention, exposure, or control used for comparison
- Outcome –outcomes of interest

These specifications served as the preliminary criteria for selecting studies.

## Selection of Evidence

Published, peer-reviewed, randomized controlled trials (RCTs) were considered to constitute the strongest level of *evidence* in support of guideline recommendations. This decision was based on the judgment that RCTs provide the clearest, scientifically sound basis for judging comparative efficacy. The Working Group made this decision recognizing the limitations of RCTs, particularly considerations of generalizability with respect to patient selection and treatment quality. Meta-analyses that included random controlled studies were also considered to be the strongest level of evidence, as well as reports of evidence-based systematic reviews.

A systematic search of the literature was conducted. It focused on the best available evidence to address each key question and ensured maximum coverage of studies at the top of the hierarchy of study types: evidence-based guidelines, meta-analyses, and systematic reviews. When available, the search sought out critical appraisals already performed by others that described explicit criteria for deciding what evidence was selected and how it was determined to be valid. The sources that have already undergone rigorous critical appraisal include Cochrane Reviews, Best Evidence, Technology Assessment, and EPC reports.

The search continued using well-known and widely available databases that were appropriate for the clinical subject. In addition to Medline/PubMed, the following databases were searched: Database of Abstracts of Reviews of Effectiveness (DARE) and Cochrane Central Register of Controlled Trials (CCTR). For Medline/PubMed, limits were set for language (English), date of publication (1998 through July 2002) and type of research (RCT and meta-analysis). For most of the pharmacotherapy topics the only limit was date, 1990 through March 2003).

Once definitive reviews or clinical studies that provided valid relevant answers to the question were identified, the search ended. The search was extended to studies/reports of lower quality (observational studies) only if there were no high quality studies.

Exclusion criteria included reviews that omitted clinical course or treatment. Some retrieved studies were rejected on the basis of published abstracts, and a few rejected after the researchers scanned the retrieved citation for inclusion criteria. Typical exclusions included studies involving children and adolescents.

The results of the search were organized and reported using reference manager software. At this point, additional exclusion criteria were applied. The bibliographies of the retrieved articles were hand-searched for articles that may have been missed by the computer search. Additional experts were consulted for articles that may also have been missed.

## Literature Review and Inclusion Criteria

The articles identified during the literature reviews formed the basis for formulating the guideline recommendations. The literature search for the guideline development was validated by: (1) comparing the results to a search conducted by the independent research and appraisal team; (2) a review of the database by the expert panel; and (3) requesting articles pertaining to special topics from the experts in the working group.

## Preparation of Evidence Tables (reports)

A group of clinician reviewers and other researchers in health care, with experience in evidence-based appraisal, independently read and coded each article that met inclusion criteria. Each article was turned into a one-page summary of the critical appraisal by the research team and added to a central electronic database. Clinicians from the Center for Evidence-Based Practice at the State University of New York [SUNY], Upstate

Medical University, Department of Family Medicine contributed several of the appraisal reports. Each of the evidence reports covered:

- Summary of findings
- Methodology
- Search terms
- Resources searched
- Summary table of findings
- Critical appraisal of each study

### Recommendation and Overall Quality Rating

Evidence-based practice involves integrating clinical expertise with the best available clinical evidence derived from systematic research. The Working Group reviewed the evidence and graded it using the rating scheme developed by the United States Preventive Service Task Force (USPSTF) (2001). The experts themselves, after an orientation and tutorial on the evidence grading process, formulated Quality of Evidence ratings (see Table 1), a rating of Overall Quality (see Table 2), a rating of the Net Effect of the Intervention (see Table 3), and an overall Recommendation (see Table 4).

### Evidence Grading System

TABLE 1: Quality of Evidence (QE)

| | |
|---|---|
| I | At least one properly done RCT |
| II-1 | Well designed controlled trial without randomization |
| II-2 | Well designed cohort or case-control analytic study |
| II-3 | Multiple time series, dramatic results of uncontrolled experiment |
| III | Opinion of respected authorities, case reports, and expert committees |

TABLE 2: Overall Quality

| | |
|---|---|
| Good | High grade evidence (I or II-1) directly linked to health outcome |
| Fair | High grade evidence (I or II-1) linked to intermediate outcome; *or* Moderate grade evidence (II-2 or II-3) directly linked to health outcome |
| Poor | Level III evidence or no linkage of evidence to health outcome |

TABLE 3: Net Effect of the Intervention

| | |
|---|---|
| Substantial | More than a small relative impact on a frequent condition with a substantial burden of suffering; *or* A large impact on an infrequent condition with a significant impact on the individual patient level. |
| Moderate | A small relative impact on a frequent condition with a substantial burden of suffering; *or* A moderate impact on an infrequent condition with a significant impact on the individual patient level. |
| Small | A negligible relative impact on a frequent condition with a substantial burden of suffering; *or* A small impact on an infrequent condition with a significant impact on the individual patient level. |
| Zero or Negative | Negative impact on patients; *or* No relative impact on either a frequent condition with a substantial burden of suffering; *or* An infrequent condition with a significant impact on the individual patient level. |

TABLE 4: Final Grade of Recommendation

| Quality of Evidence | The net benefit of the intervention | | | |
|---|---|---|---|---|
| | Substantial | Moderate | Small | Zero or Negative |
| Good | A | B | C | D |
| Fair | B | B | C | D |
| Poor | I | I | I | I |

| | |
|---|---|
| A | A strong recommendation that the intervention is always indicated and acceptable |
| B | A recommendation that the intervention may be useful/effective |
| C | A recommendation that the intervention may be considered |
| D | A recommendation that a procedure may be considered not useful/effective, or may be harmful. |
| I | Insufficient evidence to recommend for or against – the clinician will use clinical judgment |

Abstract of the USPSTF:

- Once assembled, admissible evidence is reviewed at three strata: (1) the individual study, (2) the body of evidence concerning a single linkage in the analytic framework, and (3) the body of evidence concerning the entire preventive service. For each stratum, the Task Force uses explicit criteria as general guidelines to assign one of three grades of evidence: good, fair, or poor.

- Good or fair quality evidence for the entire preventive service must include studies of sufficient design and quality to provide an unbroken chain of evidence-supported linkages that generalize to the general primary care population and connect the preventive service with health outcomes. Poor evidence contains a formidable break in the evidence chain, such that the connection between the preventive service and health outcomes is uncertain.

- For services supported by overall good or fair evidence, the Task Force uses outcomes tables to help categorize the magnitude of benefits, harms, and net benefit of implementation of the preventive service into one of four categories: substantial, moderate, small, or zero/negative.

The Task Force uses its assessment of the evidence and magnitude of net benefit to make a recommendation, coded as a letter: from A (strongly recommended) to D (recommend against). It gives an "I" recommendation in situations in which the evidence is insufficient to determine net benefit (Harris et al., 2001).


**Lack of Evidence – Consensus of Experts**


The majority of the literature supporting the science for these guidelines is referenced throughout the document and is based upon key RCTs and longitudinal studies published from 1998 through July 2002. Following the independent review of the evidence, a consensus meeting was held to discuss discrepancies in ratings and formulate recommendations. Where existing literature was ambiguous or conflicting, or where scientific data was lacking on an issue, recommendations were based on the clinical experience of the Working Group. These recommendations are indicated in the evidence tables as based on "Working Group Consensus".


**Algorithm Format**


The goal in developing the guideline for managing traumatic stress symptoms was to incorporate the information from several existing reports, recommendations, and statements into a format which would maximally facilitate clinical decision making. The use of the algorithm format was chosen because of the evidence that such a format improves data collection, diagnostic and therapeutic decision-making and changes patterns of resource use. The algorithm format may help the clinician sort out the logic and sequence of the decision-making process for choosing the appropriate interventions to help survivors during the disorientation that often follows a trauma.

*VA/DoD Clinical Practice Guideline for the*
*Management of Post-Traumatic Stress*

The algorithmic format allows the provider to follow a linear approach to critical information needed at the major decision points in the clinical process, and includes:

- An ordered sequence of steps of care
- Recommended observations
- Decisions to be considered
- Actions to be taken.

A clinical algorithm diagrams a guideline into a step-by-step decision tree. Standardized symbols are used to display each step in the algorithm (SMDMC, 1992). Arrows connect the numbered boxes indicating the order in which the steps should be followed.

Rounded rectangles represent a clinical state or condition.

Hexagons represent a decision point in the guideline, formulated as a question that can be answered Yes or No. A horizontal arrow points to the next step if the answer is YES. A vertical arrow continues to the next step for a negative answer.

Rectangles represent an action in the process of care.

Ovals represent a link to another section within the guideline.

A letter within a box of an algorithm refers the reader to the corresponding annotation. The annotations elaborate on the recommendations and statements that are found within each box of the algorithm. Included in the annotations are brief discussions that provide the underlying rationale and specific evidence tables. Annotations indicate whether each recommendation is based on scientific data or expert opinion. A complete bibliography is included in the guideline.

## APPENDIX B
### Acronym List

| | |
|---|---|
| ABCs | Airway, breathing, circulation |
| AHCPR | Agency for Healthcare Policy and Research |
| APA | American Psychiatric Association |
| ASD | Acute stress disorder |
| ASR | Acute stress reaction |
| AUDIT | Alcohol Use Disorders Identification Test |
| CAGE | Alcohol abuse/dependence screening test mnemonic |
| CAPS | Clinician Administered PTSD Scale |
| CBC | Complete blood count |
| CBT | Cognitive Behavioral Therapy |
| CCTR | Cochrane Central Register of Controlled Trials |
| CDR | Commander |
| CNS | Central nervous system |
| COSR | Combat and operational stress reactions |
| CISD | Critical Incident Stress Debriefing |
| CT (Interventions) | Cognitive Therapy |
| CT | Computed tomography |
| CV | Cardiovascular |
| DARE | Database of Abstracts of Reviews of Effectiveness |
| DAST | Drug Abuse/Dependence Screener |
| DBT | Dialectical Behavioral Therapy |
| DoD | Department of Defense |
| DSM-IV | Diagnostic and Statistical Manual of Mental Disorders (4th edition) |
| DTE | Direct Therapeutic Exposure |
| EBM | Evidence-based medicine |
| EBPTU | Evaluation and Brief PTSD Treatment Unit |
| EEG | Electroencephalography |
| EKG | Electrocardiogram |
| EMDR | Eye Movement Desensitization and Reprocessing |
| EMTs | Emergency Medical Teams |
| ESRT | Emotional Self-Regulation Therapy |
| EtoH | Ethanol |
| ET | Exposure Therapy |
| FDA | U. S. Food and Drug Administration |
| GAF | Global Assessment of Function |
| GI | Gastrointestinal |
| GU | Genitourinary |
| HCG | Human Choriogonadotropin |
| HIV | Human immunodeficiency virus |
| IRT | Image Rehearsal Therapy |
| LOC | Level of consciousness |
| LOF | Level of function |
| MAOIs | Monoamine oxidase inhibitors |
| MAST | Michigan Alcohol Screening Test |
| MDD | Major Depressive Disorder |
| MHP | Mental health providers |
| MI | Myocardial infarction |
| MMSE | Mini-Mental State Examination |
| MRI | Magnetic resonance imaging |
| MSE | Mental status examination |
| NIMH | National Institute of Mental Health |
| NS | Nervous system |
| OMO | Ongoing military operations |

| | |
|---|---|
| OTC | Over-the-counter |
| PCL-C | PTSD Checklist – Civilian Version |
| PCL-M | PTSD Checklist – Military Version |
| PCL-S | PTSD Checklist – Stressor Specific Version |
| PCP | Primary care provider |
| PE | Physical examination |
| PE (Interventions) | Prolonged Exposure |
| PIES | Proximity, Immediacy, Expectancy, Simplicity |
| PTSD | Post-traumatic Stress Disorder |
| QE | Quality of evidence |
| RCS | Readjustment Counseling Services |
| RCT | Randomized controlled trial |
| RTD | Return-to-duty |
| SC | Supportive Counseling |
| SIADH | Syndrome of inappropriate antidiuretic hormone |
| SIPU | Specialized Inpatient PTSD Unit |
| SIT | Stress Inoculation Therapy |
| SM | Service member |
| SR | Strength of recommendation |
| SSRI | Selective Serotonin Reuptake Inhibitors |
| SUD | Substance Use Disorder |
| SUNY | State University of New York |
| TCAs | Tricyclic Antidepressants |
| TSH | Thyroid Stimulating Hormone |
| USPSTF | U.S. Preventive Service Task Force |
| VA | Veterans Affairs |
| VAMC | Veterans Affairs Medical Center |
| VHA | Veterans Health Administration |

*Version 1.0*                                                      *VA/DoD Clinical Practice Guideline for the*
                                                                    *Management of Post-Traumatic Stress*

**APPENDIX C**
**PTSD Screening Tools**

# Primary Care PTSD Screen (PC-PTSD)

The table below shows the Primary Care PTSD Screen (PC-PTSD) that has been designed for use in primary care and other medical settings. The PC-PTSD is brief and problem-focused. The screen does *not* include a list of potentially traumatic events. There are two reasons for this:

- Studies on trauma and health in both male and female patients suggest that the active mechanism linking trauma and physical health is the diagnosis of PTSD. In other words, the relationship between trauma and health appears to be mediated through a current PTSD diagnosis.
- A symptom-driven screen, rather than a trauma-focused screen, is attractive to primary care staff who may not be able to address a patient's entire trauma history during their visit with the patient. Such a trauma inquiry might be especially problematic with a VA population where the average number of traumatic events meeting criterion A for PTSD is over four.

A positive response to the screen does not necessarily indicate that a patient has Post-traumatic Stress Disorder. However, a positive response does indicate that a patient *may* have PTSD or trauma-related problems and further investigation of trauma symptoms by a mental-health professional may be warranted.

| Primary Care PTSD Screen |
| --- |
| In your life, have you ever had any experience that was so frightening, horrible, or upsetting that, *in the past month,* you... |
| 1. Have had nightmares about it or thought about it when you did not want to?<br>　　　　YES　　　　　　　NO |
| 2. Tried hard not to think about it or went out of your way to avoid situations that reminded you of it?<br>　　　　YES　　　　　　　NO |
| 3. Were constantly on guard, watchful, or easily startled?<br>　　　　YES　　　　　　　NO |
| 4. Felt numb or detached from others, activities, or your surroundings?<br>　　　　YES　　　　　　　NO |
| *Current research suggests that the results of the PC-PTSD should be considered "positive" if a patient answers "yes" to any two items.* |

Version 1.0

*VA/DoD Clinical Practice Guideline for the*
*Management of Post-Traumatic Stress*

## PTSD CheckList -- Civilian Version (PCL-C)

Patient's Name: _____

Instruction to patient: Below is a list of problems and complaints that veterans sometimes have in response to stressful life experiences. Please read each one carefully, put an "X" in the box to indicate how much you have been bothered by that problem *in the last month.*

| No. | Response: | Not at all (1) | A little bit (2) | Moderately (3) | Quite a bit (4) | Extremely (5) |
|-----|-----------|----------------|------------------|----------------|-----------------|---------------|
| 1. | Repeated, disturbing *memories, thoughts,* or *images* of a stressful experience from the past? | | | | | |
| 2. | Repeated, disturbing *dreams* of a stressful experience from the past? | | | | | |
| 3. | Suddenly *acting* or *feeling* as if a stressful experience *were happening again* (as if you were reliving it)? | | | | | |
| 4. | Feeling *very upset* when *something reminded* you of a stressful experience from the past? | | | | | |
| 5. | Having *physical reactions* (e.g., heart pounding, trouble breathing, or sweating) when *something reminded* you of a stressful experience from the past? | | | | | |
| 6. | Avoid *thinking about* or *talking about* a stressful experience from the past or avoid *having feelings* related to it? | | | | | |
| 7. | Avoid *activities* or *situations* because *they remind you* of a stressful experience from the past? | | | | | |
| 8. | Trouble *remembering important parts* of a stressful experience from the past? | | | | | |
| 9. | Loss of *interest in things that you used to enjoy?* | | | | | |
| 10. | Feeling *distant* or *cut off* from other people? | | | | | |
| 11. | Feeling *emotionally numb* or being unable to have loving feelings for those close to you? | | | | | |
| 12. | Feeling as if your *future* will somehow be *cut short?* | | | | | |
| 13. | Trouble *falling* or *staying asleep?* | | | | | |
| 14. | Feeling *irritable* or having *angry outbursts?* | | | | | |
| 15. | Having *difficulty concentrating?* | | | | | |
| 16. | Being *"super alert"* or watchful on guard? | | | | | |
| 17. | Feeling *jumpy* or easily startled? | | | | | |

Weathers, F.W., Huska, J.A., Keane, T.M. *PCL-C for DSM-IV.* Boston: National Center for PTSD -- Behavioral Science Division, 1991.

*This is a Government document in the public domain.*

*Version 1.0*                                                     *VA/DoD Clinical Practice Guideline for the*
                                                                 *Management of Post-Traumatic Stress*

## PTSD CheckList – Military Version (PCL-M)

Patient's Name: _____

| Instruction to patient: Below is a list of problems and complaints that veterans sometimes have in response to stressful military experiences.  Please read each one carefully, put an "X" in the box to indicate how much you have been bothered by that problem *in the last month.* |
|---|

| No. | Response: | Not at all (1) | A little bit (2) | Moderately (3) | Quite a bit (4) | Extremely (5) |
|---|---|---|---|---|---|---|
| 1. | Repeated, disturbing *memories, thoughts,* or *images* of a stressful military experience? | | | | | |
| 2. | Repeated, disturbing *dreams* of a stressful military experience? | | | | | |
| 3. | Suddenly *acting or feeling* as if a stressful military experience *were happening again* (as if you were reliving it)? | | | | | |
| 4. | Feeling *very upset* when *something reminded* you of a stressful military experience? | | | | | |
| 5. | Having *physical reactions* (e.g., heart pounding, trouble breathing, or sweating) when *something reminded* you of a stressful military experience? | | | | | |
| 6. | Avoid *thinking about* or *talking about* a stressful military experience or avoid *having feelings* related to it? | | | | | |
| 7. | Avoid *activities* or *situations* because *they remind you* of a stressful military experience? | | | | | |
| 8. | Trouble *remembering important parts* of a stressful military experience? | | | | | |
| 9. | Loss of *interest in things that you used to enjoy?* | | | | | |
| 10. | Feeling *distant* or *cut off* from other people? | | | | | |
| 11. | Feeling *emotionally numb* or being unable to have loving feelings for those close to you? | | | | | |
| 12. | Feeling as if your *future* will somehow be *cut short?* | | | | | |
| 13. | Trouble *falling* or *staying asleep?* | | | | | |
| 14. | Feeling *irritable* or having *angry outbursts?* | | | | | |
| 15. | Having *difficulty concentrating?* | | | | | |
| 16. | Being *"super alert"* or watchful on guard? | | | | | |
| 17. | Feeling *jumpy* or easily startled? | | | | | |

Weathers, F.W., Huska, J.A., Keane, T.M. *PCL-M for DSM-IV.* Boston: National Center for PTSD – Behavioral Science Division, 1991.

This is a Government document in the public domain.

Version 1.0

VA/DoD Clinical Practice Guidedline for the
Management of Post-Traumatic Stress

## PTSD CheckList – Stressor Specific Version (PCL-S)

The event you experienced was: _____ on: _____

> Instruction to patient: Below is a list of problems and complaints that veterans sometimes have in response to stressful military experiences.  Please read each one carefully, put an "X" in the box to indicate how much you have been bothered by that problem in *the last month*.

| No. | Response: | Not at all (1) | A little bit (2) | Moderately (3) | Quite a bit (4) | Extremely (5) |
|-----|-----------|---------------|------------------|----------------|-----------------|---------------|
| 1. | Repeated, disturbing *memories, thoughts,* or *images* of the stressful experience? | | | | | |
| 2. | Repeated, disturbing *dreams* of the stressful experience? | | | | | |
| 3. | Suddenly *acting* or *feeling* as if the stressful experience *were happening again* (as if you were reliving it)? | | | | | |
| 4. | Feeling *very upset* when *something reminded* you of the stressful experience? | | | | | |
| 5. | Having *physical reactions* (e.g., heart pounding, trouble breathing, or sweating) when *something reminded* you of the stressful experience? | | | | | |
| 6. | Avoid *thinking about* or *talking about* the stressful experience or avoid *having feelings* related to it? | | | | | |
| 7. | Avoid *activities* or *situations* because *they remind you* of the stressful experience? | | | | | |
| 8. | Trouble *remembering important parts* of the stressful experience? | | | | | |
| 9. | Loss of *interest in things that you used to enjoy*? | | | | | |
| 10. | Feeling *distant* or *cut off* from other people? | | | | | |
| 11. | Feeling *emotionally numb* or being unable to have loving feelings for those close to you? | | | | | |
| 12. | Feeling as if your *future* will somehow be *cut short*? | | | | | |
| 13. | Trouble *falling* or *staying asleep*? | | | | | |
| 14. | Feeling *irritable* or having *angry outbursts*? | | | | | |
| 15. | Having *difficulty concentrating*? | | | | | |
| 16. | Being *"super alert"* or watchful on guard? | | | | | |
| 17. | Feeling *jumpy* or easily startled? | | | | | |

Weathers, F.W., Huska, J.A., Keane, T.M. *PCL-S for DSM-IV*. Boston: National Center for PTSD -- Behavioral Science Division, 1991.

*This is a Government document in the public domain.*

## APPENDIX D
## Participant List

Bruce Alexander, PharmD, BCPP
Clinical Pharmacist Specialist
Iowa City Medical Center
601 Highway 6 West
Iowa City, IA 52246
Ph: 319-338-0581 x5118
E-mail: bruce.alexander@med.va.gov

Lt Col Paul V. Bennett, APRN, BC
MDOS Squadron Commander
Tinker Air Force Base/72d Medical Group
5700 Arnold Street
MWC, OK 73115
Ph: 405-736-2156
Fax: 405-734-4163
E-mail: paul.Bennett@tinker.af.mil

Stewart Brown, Ph.D.
Clinical Psychologist, Team Leader
Boulder Vet Center
2336 Canyon Blvd. #103
Boulder, CO 80302
Ph: 303-440-7306
Fax: 303-449-3907
E-mail: stewart.brown@med.va.gov

Oneil Brown
Administrative Assistant
ACS Federal Healthcare, Inc.
5270 Shawnee Road
Alexandria, VA 22312
Ph: 703-310-0158
Fax: 703-310-0126
E-mail: oneil.brown@acs-inc.com

Jamie Buth, M.D.
Director, Ambulatory & Primary Care Service Line
VAMC New Orleans
1601 Perdido St.
New Orleans, LA 70112
Ph: 504-589-5225
Fax: 504-619-4051
E-mail: jamie.buth@med.va.gov
jbuth@hsph.harvard.edu

Marian Butterfield, MD
Physician/Psychiatrist
Durham VAMC
508 Fulton Street
Durham, NC 27705
Ph: 919-286-0411 x7302
E-mail: marian.butterfield@med.va.gov

Maj Steven J. Byrnes, Psy.D.
Psychologist
74th Medical Group
Wright Patterson Medical Center
Wright Patterson AFB 45433
Ph: 937-257-6876
E-mail: steven.byrnes@wpafb.mil

Juanita M. Celie, MSW
Deputy Director of Social Work
Training Program
89 Medical Group
SGOHH, 1040 Boston Rd.
Andrews AFB, MD 20762
Ph: 240-857-7186
Fax: 240-857-6078
E-mail: juanita.celie@mgmc.af.mil

Maria L. Crane, Psy.D.
Clinical Psychologist, Team Leader
Readjustment Counseling Service
2880 1st Avenue
St. Petersburg, FL 33713
Ph: 727-893-3791
Fax: 727-893-3210
E-mail: maria.crane@med.va.gov
mcrane@tampabay.rr.com

LTC Bruce E. Crow, Psy.D.
Chief, Department of Psychology
Madigan Army Medical Center
Department of Psychology
Tacoma, WA 98431
Ph: 253-968-4893
Fax: 253-968-3731
E-mail: bruce.crow@nw.amedd.army.mil

*Version 1.0*

*VA/DoD Clinical Practice Guideline for the
Management of Post-Traumatic Stress*

Kathy Dolter, Ph.D., LTC
Chief, Outcomes Management & Practice Guideline
Project Officer
Quality Management, USA MEDCOM
2050 Worth Road [Room 111]
Fort Sam Houston, TX 78234
Ph: 210-221-6527
Fax: 210-221-8478
E-mail: kathyn.dolter@cen.amedd.army.mil

LTC Charles C. Engel, M.D., MPH
Chief, Deployment Health Clinical Center
DoD Deployment Health Clinical Center
6900 Georgia Ave., NW
Washington, DC 20307
Ph: 202-782-8939/8064
Fax: 202-782-3539
E-mail: charles.engel@na.amedd.army.mil

Matthew Friedman, M.D., Ph.D.
Executive Director, National Center for PTSD
VA & Regional Office Ctre. White River Junction
215 North Main Street (116D)
White River Junction, VT 05009
Professor of Psychiatry & Pharmacology
Dartmouth Medical School
Ph: 802-296-5132
E-mail: matthew.friedman@med.va.gov

James Garrett, Ph.D.
Clinical Psychologist, Team Leader
Albany Vet Center
875 Central Avenue
Albany, NY 12206
Ph: 518-438-2605
Fax: 518-458-8613
E-mail: james.garrett@med.va.gov

LTJG Leah Y. Geislinger, MA, OTR/L
Occupational Therapist
Naval Medical Center Portsmouth
620 John Paul Jones Circle
Portsmouth, VA 23708-2197
Ph: 757-953-5419
Fax: 757-953-7852
E-mail: lygeislinger@mar.med.navy.mil

MAJ Gary A. Hazlett, Psy.D. Clinical Psychology
U.S. Army Special Operations Command
Psychological Applications Directorate
Bldg. D 2004, Marion St.
Ft. Bragg, NC 28310-5200
Ph: 910-432-6833
Fax: 910-432-9197
E-mail: hazlettg@soc.mil

Sarah Ingersoll
Project Manager
ACS Federal Healthcare, Inc.
5270 Shawnee Road
Alexandria, VA 22312
Ph: 703 310-0176
Fax: 703 310-0126
E-mail: sarah.ingersoll@acs-inc.com

CAPT Robert L. Koffman, M.D., MPH
2d MAW Wing Surgeon
2d Marine Aircraft Wing
Commanding General Office of the Wing Surgeon
PSC Box 8050
Cherry Point, NC 28533-0050
Ph: 252-466-4521
Fax: 252-466-2076
E-mail: koffmanr@2mawcp.usmc.mil

Harold S. Kudler, M.D.
Mental Health Coordinator, VISN 6
Durham VAMC
508 Fulton Street
Durham, NC 27705
Ph: 919-286-6933
Fax: 919-416-5832
E-mail: Harold.kudler@med.va.gov

MAJ Willis T. Leavitt, Psychiatry
Assistant Project Officer, Operation Solace
Operation Solace/WRAMC/U.S. Army
1608 B Belmont St. NW
Washington, DC 20009
Ph: 202-297-8769
E-mail: Willis.Leavitt@hqda.army.mil

LTC Cassandra L. Lewis, MS, OTR
Chief, Occupational Therapy
Brooke Army Medical Center
3851 Roger Brooke Drive
San Antonio, TX 78234-6200
Ph: 210-916-5805
Fax: 210-916-0598
E-mail: cassandra.lewis@cen.amedd.army.mil

CDR Steven E. Linnville, Ph.D.
Head, Educational & Organizational Assessment
Naval School of Health Sciences Bethesda
8901 Wisconsin Ave.
Bethesda, MD 20889-5611
Ph: 301-319-4715
Fax: 301-295-0621
E-mail: selinnville@nsh10.med.navy.mil

Joanne Marko, M.S.
Senior Consultant
ACS Federal Healthcare, Inc.
5270 Shawnee Road
Alexandria, VA 22312
Ph: 703 310-0184
Fax: 703 310-0138
E-mail: joanne.marko@acs-inc.com

Miles McFall, Ph.D.
Director, PTSD Programs, VA PSHCS
VA Pudget Sound Health Care System
1660 S. Columbian Way
Seattle, WA 98108
Ph: 206-764-2177
Fax: 206-764-2572
E-mail: miles.mcfall@med.va.gov

LTC Muriel Mosley, MSW
Chief, Family Advocacy Training Section
Academy of Health Sciences
ATTN MCCS HPS FAST
3151 Scott Road, Suite 033B
Fort Sam Houston, TX 78234-6142
Ph: 210-221-8676/8342
Fax: 210-221-6354
E-mail: muriel.mosley@amedd.army.mil

John Oliver, M.Div., D.Min.
Chaplain/Clinical Pastoral Education
Supervisor, ACPE
Dept. of Veterans Affairs-Durham NC
508 Fulton St.
Durham, NC 27705-3875
Ph: 919-286-0411 x.6596
Fax: 919-416-5942
          E-mail: john.oliver@med.va.gov

Josef I. Ruzek, Ph.D.
Associate Director for Education
National Center for PTSD
VA Palo Alto Health Care System
795 Willow Road
Menlo Park, CA 94025
Ph: 650-493-5000 x22977
Fax: 650-617-2684
E-mail: Josef.Ruzek@med.va.gov

Maj Libby Schindler, PharmD
Clinical Pharmacist
59th Medical Wing, MTPS
Wilford Hall Medical Center
2200 Bergquist Dr., Suite 1
Lackland AFB, TX 78238
Ph: 210-292-7722
Fax: 210-292-3722
E-mail: libby.schindler@af.mil

Donna Schoonover, R.N., Ed.D.
Project Manager, Employee Education System
1 Jefferson Barracks Dr.
St. Louis, MO 63125
Phone: 314 894-5735
Fax: 314 894-6506
E-mail: donna.schoonover@lrn.va.gov

Jonathan Shay, MD, Ph.D.
Department of Veterans Affairs OPC Boston
31 Jefferson Street
Hewton, MA 02548
Ph: 617-332-5677
E-mail: jshay@world.std.com

Maj Dana L. Simpson, MD
Family Practice Residency Faculty
89 MDG/SGOL
Andrews AFB, MD 20762
Ph: 240-857-5038
E-mail: dana.simpson@mgmc.af.mil

Steven Southwick, M.D.
Clinical Neuroscience, National Center PTSD
VA CT Health Care System
950 Campbell Ave.
West Haven, CT 06516
Ph: 203-932-5711 x.2464
Fax: 203-937-3481
E-mail: steven.southwick@med.va.gov

COL James W. Stokes, MD
Combat Stress Control Program Officer
Headquarters U.S. Army Medical Command
2050 Worth Road, Suite 10
Fort Sam Houston, TX 78234-6010
Ph: 210-221-8235
Fax: 210-221-7235
E-mail: james.stokes@oen.amedd.army.mil

Oded Susskind, M.P.H.
Medical Education Consultant
P.O. Box 112
Brookline, MA 02446
Ph: 617-232-3558
Fax: 617-713-4431
E-mail: oded@tiac.net

Sara Thomas
Consultant
ACS Federal Healthcare, Inc.
5270 Shawnee Road
Alexandria, VA 22312
E-mail: sara.curtis@acs-inc.com

Jane F. Vieira, D.Min
Special Assistant for Pastoral Care
Bureau of Medicine and Surgery
2300 E Street NW
Washington, DC 20372-5300
Ph: 202-762-0487
Fax: 202-762-0965
E-mail: jfvieira@us.med.navy.mil

Debby Walder, R.N., M.S.N.
Director of Quality and Performance
Department of Veterans Affairs
810 Vermont Avenue
Washington, DC 20420
Ph: 202-273-8336
Fax: 202-273-9030
E-mail: debby.walder@hq.med.va.gov

Lt Col Randon Welton, MD
Medical Director, LSSC, Willford Hall
Willford Hall Medical Center, 59MDOS/MMCM
2200 Bergquist Dr. Suite 1
Lackland AFB, TX 78236
Ph: 210-292-7361
Fax: 210-292-2520
E-mail: randon.welton@lackland.af.mil

LTC Stacey Young-McCaughan RN, PhD
U. S. Army Nurse Corps
Chief, Performance Improvement & Outcomes
Management
USA MEDCOM, Quality Management
2050 Worth Road, Suite 26
Fort Sam Houston, TX 78234-6026
Ph: 210-221-8297, DSN 471
Fax: 210-221-8478
E-mail: stacey.young-mccaughan@oen.amedd.army.mil

## APPENDIX E
### Bibliography

Battle Fatigue Prevention, 528th Medical Detachment, Combat Stress Control Website.

VA 1996 External Peer Review Program. Contract No. V101(93) P-1369.

Evidence-based medicine (EBM) toolbox, Centre for eivdence-based medicine at http://www.cebm.cnt.

Cochrane Reviews, Cochrane Controlled Trials Register at http://www.update-software.com/cochrane.

The expert consensus guideline series. Treatment of Posttraumatic Stress Disorder. The Expert Consensus Panels for PTSD. J Clin Psychiatry 1999; 60 Suppl 16:3-76.

Clinical policy for the initial approach to patients presenting with altered mental status. Ann of Emergency Medicine 1999; 33:251-80.

Acierno RA, Kilpatrick DG, Resnick HS et al. Violent assault, posttraumatic stress disorder, and depression. Risk factors for cigarette use among adult women. Behav Modif 1996; 20 (4):363-84.

Adshead G. Psychological therapies for post-traumatic stress disorder. Br J Psychiatry 2000; 177:144-8.

Agency for Health Care Policy and Research (AHCPR). Manual for Conducting Systematic Review. Draft. Prepared by Steven H. Woolf, August 1996.

Alto C. Meta-analysis of eye movement desensitization and reprocessing efficacy studies in the treatment of PTSD: Seton Hall University; 2001.

Amir M, Kaplan Z, Efroni R et al. Suicide risk and coping styles in posttraumatic stress disorder patients. Psychother Psychosom 1999; 68 (2):76-81.

Andrade J, Kavanagh D, Baddeley A. Eye-movements and visual imagery: A working memory approach to the treatment of post-traumatic stress disorder. British Journal of Clinical Psychology 1997; 36:209-23.

Anthony WA, Rogers ES, Cohen M et al. Relationships between psychiatric symptomatology, work skills, and future vocational performance. Psychiatr Serv 1995; 46 (4):353-8.

APA. Diagnostic and Statistical Manual of Mental Disorders - Fourth Edition (DSM-IV). Washington, DC, American Psychiatric Association (APA); 1994.

Armenian HK, Morikawa M, Melkonian AK et al. Loss as a determinant of PTSD in a cohort of adult survivors of the 1988 earthquake in Armenia: implications for policy. Acta Psychiatr Scand 2000; 102 (1):58-64.

Army U.S. Department of. First Aid for Soldiers. FM 21-11. Updated 4 December 1991. Washington, D.C.: Headquarters, Department of the Army; 1991.

Bahk WM, Pae CU, Tsoh J et al. Effects of mirtazapine in patients with post-traumatic stress disorder in Korea: a pilot study. Hum Psychopharmacol 2002; 17 (7):341-4.

Baker DG, Diamond BI, Gillette G et al. A double-blind, randomized, placebo-controlled, multi-center study of brofaromine in the treatment of post-traumatic stress disorder. Psychopharmacology (Berl) 1995; 122 (4):386-9.

Baldacchino D, Draper P. Spiritual coping strategies: a review of the nursing research literature. J Adv Nurs 2001; 34 (6):833-41.

Ballenger JC, Davidson JR, Lecrubier Y et al. Consensus statement on posttraumatic stress disorder from the International Consensus Group on Depression and Anxiety. J Clin Psychiatry 2000; 61 Suppl 5:60-6.

Barnett SD, Tharwani HM, Hertzberg MA et al. Tolerability of fluoxetine in posttraumatic stress disorder. Prog Neuropsychopharmacol Biol Psychiatry 2002; 26 (2):363-7.

Barrowcliff AL, Gray NS, MacCulloch S et al. Horizontal rhythmical eye-movements consistently diminish the arousal provoked by auditory stimuli. British Journal of Clinical Psychology in press.

Bart P. Unalienating aboration, demystifying depression, and restoring rape victims. Anaheim, CA: 128th Annual Meeting of the American Psychiatric Association, May 1975.

Bartone P. Hardiness protects against war-related stress in Army Reserve Forces. Consulting Psychol J Practice and Research 1999; 51 (2):72-81.

Bartone P. Hardiness as a resiliency factor for United States forces in the Gulf War. Posttraumatic stress intervention: Challenges, issues, and perspective. 2000.

Bayot A, Capafons A, Cardena E. Emotional self-regulation therapy: a new and efficacious treatment for smoking. Am J Clin Hypn 1997; 40 (2):146-56.

Beck A. Thinking and depression: II theory and therapy. Arch Gen Psychiatry 1964; 10:561-71.

Bell M, Lysaker P. Levels of expectation for work activity in schizophrenia: clinical and rehabilitation outcomes. Psychiatric Rehabil 1996; 19 (3):71-6.

Bell MD, Lysaker PH, Milstein RM. Clinical benefits of paid work activity in schizophrenia. Schizophr Bull

1996; 22 (1):51-67.

Bell MD, Milstein RM, Lysaker PH. Pay and participation in work activity: clinical benefits for clients with schizophrenia. Psychosocial Rehabil 1993; 17 (2):173-7.

Bell Meisenhelder J. Terrorism, posttraumatic stress, and religious coping. Issues Ment Health Nurs 2002; 23 (8):771-82.

Benotsch EG, Brailey K, Vasterling JJ et al. War zone stress, personal and environmental resources, and PTSD symptoms in Gulf War veterans: a longitudinal perspective. J Abnorm Psychol 2000; 109 (2):205-13.

Berlant J, van Kammen DP. Open-label topiramate as primary or adjunctive therapy in chronic civilian posttraumatic stress disorder: a preliminary report. J Clin Psychiatry 2002; 63 (1):15-20.

Berlant JL. Topiramate in posttraumatic stress disorder: preliminary clinical observations. J Clin Psychiatry 2001; 62 Suppl 17:60-3.

Birmes P, Carreras D, Ducasse JL et al. Peritraumatic dissociation, acute stress, and early posttraumatic stress disorder in victims of general crime. Can J Psychiatry 2001; 46 (7):649-51.

Bisson JI, Jenkins PL, Alexander J et al. Randomised controlled trial of psychological debriefing for victims of acute burn trauma. Br J Psychiatry 1997; 171:78-81.

Blaha J, Svobodova K, Kapounkova Z. Therapeutical aspects of using citalopram in burns. Acta Chir Plast 1999; 41 (1):25-32.

Blanchard EB, Hickling EJ, Mitnick N et al. The impact of severity of physical injury and perception of life threat in the development of post-traumatic stress disorder in motor vehicle accident victims. Behav Res Ther 1995; 33 (5):529-34.

Blanchard EB, Hickling EJ, Taylor AE et al. Who develops PTSD from motor vehicle accidents? Behav Res Ther 1996; 34 (1):1-10.

Bogia B. Preston, Responding to Questions in Pastoral Care. Journal of Pastoral Care 1985; 39 (4):357-69.

Bohus M, Haaf B, Stiglmayr C et al. Evaluation of inpatient dialectical-behavioral therapy for borderline personality disorder--a prospective study. Behav Res Ther 2000; 38 (9):875-87.

Bohus MJ, Landwehrmeyer GB, Stiglmayr CE et al. Naltrexone in the treatment of dissociative symptoms in patients with borderline personality disorder: an open-label trial. J Clin Psychiatry 1999; 60 (9):598-603.

Bond GR, Drake RE, Becker DR et al. Effectiveness of psychiatric rehabilitation approaches for employment of people with severe mental illness; 1997.

Brady K, Pearlstein T, Asnis GM et al. Efficacy and safety of sertraline treatment of posttraumatic stress disorder: a randomized controlled trial. Jama 2000; 283 (14):1837-44.

Brannon N, Labbate L, Huber M. Gabapentin treatment for posttraumatic stress disorder. Can J Psychiatry 2000; 45 (1):84.

Braun P, Greenberg D, Dasberg H et al. Core symptoms of posttraumatic stress disorder unimproved by alprazolam treatment. J Clin Psychiatry 1990; 51 (6):236-8.

Bremner JD, Southwick S, Brett E et al. Dissociation and posttraumatic stress disorder in Vietnam combat veterans. Am J Psychiatry 1992; 149 (3):328-32.

Breslau N. Outcomes of posttraumatic stress disorder. J Clin Psychiatry 2001; 62 Suppl 17:55-9.

Breslau N. Epidemiologic studies of trauma, posttraumatic stress disorder, and other psychiatric disorders. Can J Psychiatry 2002a; 47 (10):923-9.

Breslau N. Gender differences in trauma and posttraumatic stress disorder. J Gend Specif Med 2002b; 5 (1):34-40.

Breslau N, Chilcoat HD, Kessler RC et al. Previous exposure to trauma and PTSD effects of subsequent trauma: results from the Detroit Area Survey of Trauma. Am J Psychiatry 1999a; 156 (6):902-7.

Breslau N, Chilcoat HD, Kessler RC et al. Vulnerability to assaultive violence: further specification of the sex difference in post-traumatic stress disorder. Psychol Med 1999b; 29 (4):813-21.

Breslau N, Davis D, Schultz LR. Posttraumatic stress disorder and the incidence of nicotine, alcohol, and other drug disorders in persons who have experienced trauma. Arch Gen Psychiatry 2003; 60:289-94.

Breslau N, Davis GC, Andreski P et al. Traumatic events and posttraumatic stress disorder in an urban population of young adults. Arch Gen Psychiatry 1991; 48 (3):216-22.

Breslau N, Davis GC, Peterson EL et al. A second look at comorbidity in victims of trauma: the posttraumatic stress disorder-major depression connection. Biol Psychiatry 2000; 48 (9):902-9.

Breslau N, Kessler RC, Chilcoat HD et al. Trauma and posttraumatic stress disorder in the community: the 1996 Detroit Area Survey of Trauma. Arch Gen Psychiatry 1998; 55 (7):626-32.

Breslau N, Peterson EL, Kessler RC et al. Short screening scale for DSM-IV posttraumatic stress disorder.

*Version 1.0*

*VA/DoD Clinical Practice Guideline for the*
*Management of Post-Traumatic Stress*

Am J Psychiatry 1999b; 156 (6):908-11.

Breuer J, Freud S. Studies on hysteria. In: J Strachey, editor, translator and editor The standard edition of the complete psychological works of Sigmund Freud. Vol. 2. London: Hogarth Press; 1955; p. 1-335.

Brewin CR, Andrews B, Rose S et al. Acute stress disorder and posttraumatic stress disorder in victims of violent crime. Am J Psychiatry 1999; 156 (3):360-6.

Brewin CR, Andrews B, Valentine JD. Meta-analysis of risk factors for posttraumatic stress disorder in trauma-exposed adults. J Consult Clin Psychol 2000; 68 (5):748-66.

Britt TW, Adler AB, Bartone PT. Deriving benefits from stressful events: the role of engagement in meaningful work and hardiness. J Occup Health Psychol 2001; 6 (1):53-63.

Brom D, Kleber RJ, Defares PB. Brief psychotherapy for posttraumatic stress disorders. J Consult Clin Psychol 1989; 57 (5):607-12.

Bromet EJ, Gluzman S, Schwartz JE et al. Somatic symptoms in women 11 years after the Chornobyl accident: prevalence and risk factors. Environ Health Perspect 2002; 110 Suppl 4:625-9.

Bryant RA, Harvey AG, Dang ST et al. Treatment of acute stress disorder: a comparison of cognitive-behavioral therapy and supportive counseling. J Consult Clin Psychol 1998; 66 (5):862-6.

Bryant RA, Harvey AG, Guthrie RM et al. A prospective study of psychophysiological arousal, acute stress disorder, and posttraumatic stress disorder. J Abnorm Psychol 2000; 109 (2):341-4.

Bryant RA, Sackville T, Dang ST et al. Treating acute stress disorder: an evaluation of cognitive behavior therapy and supportive counseling techniques. Am J Psychiatry 1999; 156 (11):1780-6.

Bullman TA, Kang HK. Posttraumatic stress disorder and the risk of traumatic deaths among Vietnam veterans. J Nerv Ment Dis 1994; 182 (11):604-10.

Butterfield MI, Becker ME, Connor KM et al. Olanzapine in the treatment of post-traumatic stress disorder: a pilot study. Int Clin Psychopharmacol 2001; 16 (4):197-203.

Butterfield MI, Forneris CA, Feldman ME et al. Hostility and functional health status in women veterans with and without posttraumatic stress disorder: a preliminary study. J Trauma Stress 2000; 13 (4):735-41.

Cahill SP. Counterpoint: Evaluating EMDR in Treating PTSD. Psychiatric Times 2000; 17 (7).

Calhoun LG, Cann A, Tedeschi RG et al. A correlational test of the relationship between posttraumatic growth, religion, and cognitive processing. J Trauma Stress 2000; 13 (3):521-7.

Campfield KM, Hills AM. Effect of timing of critical incident stress debriefing (CISD) on posttraumatic symptoms. J Trauma Stress 2001; 14 (2):327-40.

Canda ER, Phaobtong T. Buddhism as a supportive system for Southeast Asia refugees. Social Work 1992; 37:61-7.

Canive JM, Clark RD, Calais LA et al. Bupropion treatment in veterans with posttraumatic stress disorder: an open study. J Clin Psychopharmacol 1998; 18 (5):379-83.

Cardena E, Alarcon A, Capafons A et al. Effects on suggestibility of a new method of active-alert hypnosis: alert hand. Int J Clin Exp Hypn 1998; 46 (3):280-94.

Carlson JG, Chemtob CM, Rusnak K et al. Eye movement desensitization and reprocessing (EDMR) treatment for combat-related posttraumatic stress disorder. J Trauma Stress 1998; 11 (1):3-24.

Chemtob CM, Tolin DF, van der Kolk BA. Guidelines for treatment of PTSD: eye movement desensitization and reprocessing. J Trauma Stress 2000; 13:569-70.

Christman S, Garvey K. Episodic versus semantic memory: Eye movements and cortical activation. In Poster presented at the 41st Annual Meeting of the Psychonomic Society, New Orleans, LA; 2000.

Clark RD, Canive JM, Calais LA et al. Divalproex in posttraumatic stress disorder: an open-label clinical trial. J Trauma Stress 1999; 12 (2):395-401.

Classen C, Koopman C, Hales R et al. Acute stress disorder as a predictor of posttraumatic stress symptoms. Am J Psychiatry 1998; 155 (5):620-4.

Cochrane. Cochrane Reviews. Available at http://www.update-software.com/cochrane 2000-2003.

Cohen H, Kotler M, Matar M et al. Normalization of heart rate variability in post-traumatic stress disorder patients following fluoxetine treatment: preliminary results. Isr Med Assoc J 2000; 2 (4):296-301.

Comer AM, Figgitt DP. Sertraline: a review of its therapeutic use in post-traumatic stress disorde. CNS Drugs 2000; 14 (5):391-407.

Conlon L, Fahy TJ, Conroy R. PTSD in ambulant RTA victims: a randomized controlled trial of debriefing. J Psychosom Res 1999; 46 (1):37-44.

Connor KM, Davidson JR, Hughes DC et al. The impact of borderline personality disorder on post-traumatic stress in the community: a study of health status, health utilization, and functioning. Compr Psychiatry 2002; 43 (1):41-8.

Connor KM, Davidson JR, Weisler RH et al. A pilot study of mirtazapine in posttraumatic stress disorder. Int Clin Psychopharmacol 1999; 14 (1):29-31.

Connor KM, Hidalgo RB, Crockett B et al. Predictors of treatment response in patients with posttraumatic stress disorder. Prog Neuropsychopharmacol Biol Psychiatry 2001; 25 (2):337-45.

Connor KM, Sutherland SM, Tupler LA et al. Fluoxetine in post-traumatic stress disorder. Randomised, double-blind study. Br J Psychiatry 1999; 175:17-22.

Cooper NA, Clum GA. Imaginal flooding as a supplementary treatment for PTSD in combat veterans: a controlled study. Behavioral Therapy 1989; 20:381-91.

Courtois CA. Recollections of sexual abuse: treatment principles and guidelines. New York: Norton; 1999.

Creamer M, Morris P, Biddle D et al. Treatment outcome in Australian veterans with combat-related posttraumatic stress disorder: a cause for cautious optimism? J Trauma Stress 1999; 12 (4):545-58.

Crum RM, Anthony JC, Bassett SS et al. Population-based norms for the Mini-Mental State Examination by age and educational level. Jama 1993; 269 (18):2386-91.

Cummings JL. Mini-Mental State Examination. Norms, normals, and numbers. Jama 1993; 269 (18):2420-1.

Cusack K, Spates CR. The cognitive dismantling of Eye Movement Desensitization and Reprocessing (EMDR) treatment of Posttraumatic Stress Disorder (PTSD). J Anxiety Disord 1999; 13 (1-2):87-99.

Daly E, Wulff J. Treatment of a post-traumatic headache. Br J Med Psychol 1987; 60 ( Pt 1):85-8.

Dansky BS, Roitzsch JC, Brady KT et al. Posttraumatic stress disorder and substance abuse: use of research in a clinical setting. J Trauma Stress 1997; 10 (1):141-8.

Davidson J, Kudler H, Smith R et al. Treatment of posttraumatic stress disorder with amitriptyline and placebo. Arch Gen Psychiatry 1990; 47 (3):259-66.

Davidson J, Pearlstein T, Londborg P et al. Efficacy of sertraline in preventing relapse of posttraumatic stress disorder: results of a 28-week double-blind, placebo-controlled study. Am J Psychiatry 2001; 158 (12):1974-81.

Davidson J, Pearlstein T, Londborg P et al. Efficacy of sertraline in preventing relapse of posttraumatic stress disorder: results of a 28-week double-blind, placebo-controlled study. Am J Psychiatry 2001a; 158 (12):1974-81.

Davidson JR, Hughes D, Blazer DG et al. Post-traumatic stress disorder in the community: an epidemiological study. Psychol Med 1991; 21 (3):713-21.

Davidson JR, Kudler HS, Saunders WB et al. Predicting response to amitriptyline in posttraumatic stress disorder. Am J Psychiatry 1993; 150 (7):1024-9.

Davidson JR, Landerman LR, Farfel GM et al. Characterizing the effects of sertraline in post-traumatic stress disorder. Psychol Med 2002; 32 (4):661-70.

Davidson JR, Rothbaum BO, van der Kolk BA et al. Multicenter, double-blind comparison of sertraline and placebo in the treatment of posttraumatic stress disorder. Arch Gen Psychiatry 2001; 58 (5):485-92.

Davidson JR, Rothbaum BO, van der Kolk BA et al. Multicenter, double-blind comparison of sertraline and placebo in the treatment of posttraumatic stress disorder. Arch Gen Psychiatry 2001b; 58 (5):485-92.

Davidson JR, Tharwani HM, Connor KM. Davidson Trauma Scale (DTS): normative scores in the general population and effect sizes in placebo-controlled SSRI trials. Depress Anxiety 2002; 15 (2):75-8.

Davidson PR, Parker KC. Eye movement desensitization and reprocessing (EMDR): a meta-analysis. J Consult Clin Psychol 2001; 69 (2):305-16.

Davis LL, Nugent AL, Murray J et al. Nefazodone treatment for chronic posttraumatic stress disorder: an open trial. J Clin Psychopharmacol 2000; 20 (2):159-64.

De Wind E. Some implications of former massive traumatization upon the actual analytic process. International Journal of Psychoanalysis 1984; 65:273-81.

Deahl M. Psychological debriefing: controversy and challenge. Aust N Z J Psychiatry 2000; 34 (6):929-39.

Deahl M, Srinivasan M, Jones N et al. Preventing psychological trauma in soldiers: the role of operational stress training and psychological debriefing. Br J Med Psychol 2000; 73 ( Pt 1):77-85.

Deahl MP, Srinivasan M, Jones N et al. Evaluating psychological debriefing: are we measuring the right outcomes? J Trauma Stress 2001; 14 (3):527-9.

Devilly GJ, Spence SH. The relative efficacy and treatment distress of EMDR and a cognitive-behavior trauma treatment protocol in the amelioration of posttraumatic stress disorder. J Anxiety Disord 1999; 13 (1-2):131-57.

Dieperink ME, Drogemuller L. Zolpidem for insomnia related to PTSD. Psychiatr Serv 1999; 50 (3):421.

Dilk MN, Bond GR. Meta-analytic evaluation of skills training research for individuals with severe mental illness. J Consult Clin Psychol 1996; 64 (6):1337-46.

Dillard ML, Bendfeldt F, Jernigan P. Use of thioridazine in post-traumatic stress disorder. South Med J 1993; 86 (11):1276-8.

DiMascio A, Weissman MM, Prusoff BA et al. Differential symptom reduction by drugs and psychotherapy in acute depression. Arch Gen Psychiatry 1979; 36 (13):1450-6.

Donovan B, Padin-Rivera E, Kowaliw S. "Transcend": initial outcomes from a posttraumatic stress disorder/substance abuse treatment program. J Trauma Stress 2001; 14 (4):757-72.

Dougall AL, Herberman HB, Delahanty DL et al. Similarity of prior trauma exposure as a determinant of chronic stress responding to an airline disaster. J Consult Clin Psychol 2000; 68 (2):290-5.

Dow B, Kline N. Antidepressant treatment of posttraumatic stress disorder and major depression in veterans. Ann Clin Psychiatry 1997; 9 (1):1-5.

Drake RE, McHugo GJ, Becker DR et al. The New Hampshire study of supported employment for people with severe mental illness. J Consult Clin Psychol 1996; 64 (2):391-9.

Duffy JD, Malloy PF. Efficacy of buspirone in the treatment of posttraumatic stress disorder: an open trial. Ann Clin Psychiatry 1994; 6 (1):33-7.

Eichelman B. Hypnotic change in combat dreams of two veterans with posttraumatic stress disorder. Am J Psychiatry 1985; 142 (1):112-4.

Eidelman I, Seedat S, Stein DJ. Risperidone in the treatment of acute stress disorder in physically traumatized in-patients. Depress Anxiety 2000; 11 (4):187-8.

Escalona R, Canive JM, Calais LA et al. Fluvoxamine treatment in veterans with combat-related post-traumatic stress disorder. Depress Anxiety 2002; 15 (1):29-33.

Evans K, Tyrer P, Catalan J et al. Manual-assisted cognitive-behaviour therapy (MACT): a randomized controlled trial of a brief intervention with bibliotherapy in the treatment of recurrent deliberate self-harm. Psychol Med 1999; 29 (1):19-25.

Everly GS, Jr. "Pastoral crisis intervention": toward a definition. Int J Emerg Ment Health 2000a; 2 (2):69-71.

Everly GS, Jr. The role of pastoral crisis intervention in disasters, terrorism, violence, and other community crises. Int J Emerg Ment Health 2000b; 2 (3):139-42.

Everly GS, Boyle SH, Lating JM. The effectiveness of psychological debriefing with vicarious trauma: a meta-analysis. Stress Medicine 1999; 15 (4):229-33.

Falsetti SA, Resnick HS, Davis JL et al. Treatment of posttraumatic stress disorder with comorbid panic attacks: combining cognitive processing therapy with panic control treatment techniques. Group Dynamics: Theory, Research, and Practice 2001; 5 (4):252-60.

Farrell KR, Ganzini L. Misdiagnosing delirium as depression in medically ill elderly patients. Arch Intern Med 1995; 155 (22):2459-64.

Fauerbach JA, Lawrence JW, Schmidt CW, Jr. et al. Personality predictors of injury-related posttraumatic stress disorder. J Nerv Ment Dis 2000; 188 (8):510-7.

Feehan M, Nada-Raja S, Martin JA et al. The prevalence and correlates of psychological distress following physical and sexual assault in a young adult cohort. Violence Vict 2001; 16 (1):49-63.

Ferrada-Noli M, Asberg M, Ormstad K et al. Suicidal behavior after severe trauma. Part 1: PTSD diagnoses, psychiatric comorbidity, and assessments of suicidal behavior. J Trauma Stress 1998; 11 (1):103-12.

Fesler FA. Valproate in combat-related posttraumatic stress disorder. J Clin Psychiatry 1991; 52 (9):361-4.

Finestone HM, Manly DT. Dissociation precipitated by propranolol. Psychosomatics 1994; 35 (1):83-7.

Finnsdottir T, Elklit A. Posttraumatic sequelae in a community hit by an avalanche. J Trauma Stress 2002; 15 (6):479-85.

Foa EB. Psychosocial treatment of posttraumatic stress disorder. J Clin Psychiatry 2000; 61 Suppl 5:43-8; discussion 9-51.

Foa EB, Dancu CV, Hembree EA et al. A comparison of exposure therapy, stress inoculation training, and their combination for reducing posttraumatic stress disorder in female assault victims. J Consult Clin Psychol 1999; 67 (2):194-200.

Foa EB, Davidson JRT, Frances A. The Expert Consensus Guideline Series: Treatment of Posttraumatic Stress Disorder. J Clin Psychiatry 1999; 60 (Suppl 16).

Foa EB, Keane TM, Friedman MJ. Effective Treatments for PTSD: Practice Guidelines from the International Society for Traumatic Stress Studies. New York, NY: Guilford Press; 2000.

Foa EB, Keane TM, Friedman MJ. Introduction. In: EB Foa; TM Keane; MJ Friedman, editors, translator and editor Effective Treatments for PTSD: Practice Guidelines from the International Society for Traumatic Stress Studies. New York: The Guilford Press; 2000; p. 1-17.

Foa EB, Meadows EA. Psychosocial treatments for posttraumatic stress disorder: a critical review. Annu Rev

Psychol 1997; 48:449-80.

Foa EB, Riggs DS, Massie ED et al. The impact of fear activation and anger on the efficacy of exposure treatment for posttraumatic stress disorder. Behavior Therapy 1995; 26:487-99.

Foa EB, Rothbaum BO, Riggs DS et al. Treatment of posttraumatic stress disorder in rape victims: a comparison between cognitive-behavioral procedures and counseling. J Consult Clin Psychol 1991; 59 (5):715-23.

Folstein MF, Folstein SE, McHugh PR. "Mini-mental state". A practical method for grading the cognitive state of patients for the clinician. J Psychiatr Res 1975; 12 (3):189-98.

Forbes D, Phelps A, McHugh T. Treatment of combat-related nightmares using imagery rehearsal: a pilot study. J Trauma Stress 2001; 14 (2):433-42.

Ford N. The use of anticonvulsants in posttraumatic stress disorder: case study and overview. J Trauma Stress 1996; 9 (4):857-63.

Fossey MD, Hamner MB. Clonazepam-related sexual dysfunction in male veterans with PTSD. Anxiety 1994; 1 (5):233-6.

Foy DW, Glynn SM, Schnurr PP et al. Chapter 8: Group Therapy. In: EB Foa; TM Keane; MJ Friedman, editors, translator and editor Effective Treatments for PTSD: Practice Guidelines from the International Society for Traumatic Stress Studies. New York: The Guilford Press; 2000; p. 155-75.

Foy DW, Sipprelle RC, Rueger DB et al. Etiology of posttraumatic stress disorder in Vietnam veterans: analysis of premilitary, military, and combat exposure influences. J Consult Clin Psychol 1984; 52 (1):79-87.

Freeman A, Datillo F, editors. Comprehensive casebook of cognitive therapy New York: Plenum Press; 1992.

Freeman A, Simon K, Beutler L et al., editors. Comprehensive handbook of cognitive therapy New York: Plenum Press; 1989.

Frommberger U, Nyberg E, Richter H et al. Paroxetine vs. cognitive behavioral therapy in the treatment of depression in PTSD-patients. In XXIst Collegium Internationale Neuro-psychopharmacologicum. 12th-16th July, 1998. Glasgow, Scotland; 1998.

Frueh BC, Brady KL, de Arellano MA. Racial differences in combat-related PTSD: empirical findings and conceptual issues. Clin Psychol Rev 1998; 18 (3):287-305.

Frueh BC, Gold PB, de Arellano MA et al. A racial comparison of combat veterans evaluated for PTSD. J Pers Assess 1997; 68 (3):692-702.

Frueh BC, Smith DW, Libet JM. Racial differences on psychological measures in combat veterans seeking treatment for PTSD. J Pers Assess 1996; 66 (1):41-53.

Fullerton CS, McCarroll JE, Ursano RJ et al. Psychological responses of rescue workers: fire fighters and trauma. Am J Orthopsychiatry 1992; 62 (3):371-8.

Garfield DA, Fichtner CG, Leveroni C et al. Open trial of nefazodone for combat veterans with posttraumatic stress disorder. J Trauma Stress 2001; 14 (3):453-60.

Gebhart RJ, Neeley FL. Primary care and PTSD. NCP Quarterly 1996; 6 (4):Fall.

Gelpin E, Bonne O, Peri T et al. Treatment of recent trauma survivors with benzodiazepines: a prospective study. J Clin Psychiatry 1996; 57 (9):390-4.

Gentilello LM, Rivara FP, Donovan DM et al. Alcohol interventions in a trauma center as a means of reducing the risk of injury recurrence. Ann Surg 1999; 230 (4):473-80; discussion 80-3.

Gershuny BS, Baer L, Jenike MA et al. Comorbid posttraumatic stress disorder: impact on treatment outcome for obsessive-compulsive disorder. Am J Psychiatry 2002; 159 (5):852-4.

Gersons BP, Carlier IV, Lamberts RD et al. Randomized clinical trial of brief eclectic psychotherapy for police officers with posttraumatic stress disorder. J Trauma Stress 2000; 13 (2):333-47.

Giller E, Vermilyea E. FDA Advisory Statement on PTSD. Available at http://www.sidran.org 1995-2002.

Gillin JC, Smith-Vaniz A, Schnierow B et al. An open-label, 12-week clinical and sleep EEG study of nefazodone in chronic combat-related posttraumatic stress disorder. J Clin Psychiatry 2001; 62 (10):789-96.

Gist R, Lubin B, editors. Reponse to disaster: psychosocial, community, and ecological approaches Philadelphia, PA: Brunner/Mazel; 1999.

Glynn SM, Eth S, Randolph ET et al. A test of behavioral family therapy to augment exposure for combat-related posttraumatic stress disorder. J Consult Clin Psychol 1999; 67 (2):243-51.

Goldfinger SM, Schutt RK, Tolomiczenko GS et al. Housing persons who are homeless and mentally ill: independent living or evolving consumer households? In: WR Breakey; JW Thompson, editors, translator and editor Mentally ill and homeless special programs for special needs. Amsterdam:

Harwood; 1997; p. 29-49.

Gould MS, Greenberg T, Velting DM et al. Youth Suicide Risk and Preventive Interventions: A Review of the Past 10 Years. J Am Acad Child Adolesc Psychiatry 2003; 42 (4):386-405.

Green BL, Goodman LA, Krupnick JL et al. Outcomes of single versus multiple trauma exposure in a screening sample. J Trauma Stress 2000; 13 (2):271-86.

Gregurek R, Pavic L, Vuger-Kovacic H et al. Increase of frequency of post-traumatic stress disorder in disabled war veterans during prolonged stay in a rehabilitation hospital. Croat Med J 2001; 42 (2):161-4.

Gresham GE, Duncan PW, Season WB et al. Post-Stroke Rehabilitation (Clinical Practice Guideline, no. 16). Rockville, MD: U.S. Department of Health and Human Services, Public Health Service, Agency for Health Care Policy and Research, 1995.

Grigsby JP. The use of imagery in the treatment of posttraumatic stress disorder. J Nerv Ment Dis 1987; 175 (1):55-9.

Grinker R, Spiegel J. Men under stress. New York: McGraw-Hill; 1945.

Gurvits TV, Gilbertson MW, Lasko NB et al. Neurologic soft signs in chronic posttraumatic stress disorder. Arch Gen Psychiatry 2000; 57 (2):181-6.

Guthrie R, Bryant R. Attempting suppression of traumatic memories over extended periods in acute stress disorder. Behav Res Ther 2000; 38 (9):899-907.

Haddad PM, Anderson IM. Antipsychotic-related QTc prolongation, torsade de pointes and sudden death. Drugs 2002; 62 (11):1649-71.

Halford WK, Harrison C, Kalyansundaram et al. Preliminary results from a psychoeducational program to rehabilitate chronic patients. Psychiatr Serv 1995; 46 (11):1189-91.

Halligan S, Yehuda R. Cognitive and biologic components involved in the development of posttraumatic stress disorder. TEN 2001; 3 (10):51-8.

Halligan SL, Yehuda R. Risk factors for PTSD. PTSD Research Quarterly 2000; 11 (3):1-7.

Hamner MB. Clozapine treatment for a veteran with comorbid psychosis and PTSD. Am J Psychiatry 1996; 153 (6):841.

Hamner MB, Brodrick PS, Labbate LA. Gabapentin in PTSD: a retrospective, clinical series of adjunctive therapy. Ann Clin Psychiatry 2001; 13 (3):141-6.

Hamner MB, Deitsch SE, Brodrick PS et al. Quetiapine treatment in patients with posttraumatic stress disorder: an open trial of adjunctive therapy. J Clin Psychopharmacol 2003; 23 (1):15-20.

Hamner MB, Faldowski RA, Ulmer HG et al. Adjunctive risperidone treatment in post-traumatic stress disorder: a preliminary controlled trial of effects on comorbid psychotic symptoms. Int Clin Psychopharmacol 2003; 18 (1):1-8.

Hamner MB, Frueh BC. Response to venlafaxine in a previously antidepressant treatment-resistant combat veteran with post-traumatic stress disorder. Int Clin Psychopharmacol 1998; 13 (5):233-4.

Hamner MB, Frueh BC, Ulmer HG et al. Psychotic features and illness severity in combat veterans with chronic posttraumatic stress disorder. Biol Psychiatry 1999; 45 (7):846-52.

Hamner MB, Frueh BC, Ulmer HG et al. Psychotic features in chronic posttraumatic stress disorder and schizophrenia: comparative severity. J Nerv Ment Dis 2000; 188 (4):217-21.

Harris RP, Helfand M, Woolf SH et al. Current methods of the US Preventive Services Task Force: a review of the process. Am J Prev Med 2001; 20 (3 Suppl):21-35.

Harvey AG, Bryant RA. The relationship between acute stress disorder and posttraumatic stress disorder: a 2-year prospective evaluation. J Consult Clin Psychol 1999; 67 (6):985-8.

Harvey AG, Bryant RA. Two-year prospective evaluation of the relationship between acute stress disorder and posttraumatic stress disorder following mild traumatic brain injury. Am J Psychiatry 2000; 157 (4):626-8.

Hastings TL, Kelley ML. Development and validation of the Screen for Adolescent Violence Exposure (SAVE). J Abnorm Child Psychol 1997; 25 (6):511-20.

Hawton K, Townsend E, Arensman E et al. Psychosocial versus pharmacological treatments for deliberate self harm. Cochrane Database Syst Rev 2000 (2):CD001764.

Hembree EA, Foa EB. Posttraumatic stress disorder: psychological factors and psychosocial interventions. J Clin Psychiatry 2000; 61 Suppl 7:33-9.

Hendin H, Haas AP. Suicide and guilt as manifestations of PTSD in Vietnam combat veterans. Am J Psychiatry 1991; 148 (5):586-91.

Hertzberg MA, Butterfield MI, Feldman ME et al. A preliminary study of lamotrigine for the treatment of posttraumatic stress disorder. Biol Psychiatry 1999; 45 (9):1226-9.

Hertzberg MA, Feldman ME, Beckham JC et al. Trial of trazodone for posttraumatic stress disorder using a multiple baseline group design. J Clin Psychopharmacol 1996; 16 (4):294-8.

Hertzberg MA, Feldman ME, Beckham JC et al. Lack of efficacy for fluoxetine in PTSD: a placebo controlled trial in combat veterans. Ann Clin Psychiatry 2000; 12 (2):101-5.

Hertzberg MA, Feldman ME, Beckham JC et al. Open trial of nefazodone for combat-related posttraumatic stress disorder. J Clin Psychiatry 1998; 59 (9):460-4.

Hertzberg MA, Moore SD, Feldman ME et al. A preliminary study of bupropion sustained-release for smoking cessation in patients with chronic posttraumatic stress disorder. J Clin Psychopharmacol 2001; 21 (1):94-8.

Hickling EJ, Blanchard EB. The private practice psychologist and manual-based treatments: post-traumatic stress disorder secondary to motor vehicle accidents. Behav Res Ther 1997; 35 (3):191-203.

Hidalgo R, Hertzberg MA, Mellman T et al. Nefazodone in post-traumatic stress disorder: results from six open-label trials. Int Clin Psychopharmacol 1999; 14 (2):61-8.

Hobbs M, Mayou R, Harrison B et al. A randomised controlled trial of psychological debriefing for victims of road traffic accidents. Bmj 1996; 313 (7070):1438-9.

Holbrook, T.L., et al., Perceived threat to life predicts posttraumatic stress disorder after major trauma: risk factors and functional outcome. J Trauma, 2001. 51(2): p. 287-92; discussion 292-3

Horowitz MJ. Stress response syndromes. 3rd ed. Northvale, NJ: Aronson; 1997.

Humphreys J, Lee K, Neylan T et al. Psychological and physical distress of sheltered battered women. Health Care Women Int 2001; 22 (4):401-14.

Hunter R, editor Dictionary of pastoral care and counseling Nashville: Abington Press; 1996.

Hutton HE, Treisman GJ, Hunt WR et al. HIV risk behaviors and their relationship to posttraumatic stress disorder among women prisoners. Psychiatr Serv 2001; 52 (4):508-13.

Ironson G, Freund B, Strauss JL et al. Comparison of two treatments for traumatic stress: a community-based study of EMDR and prolonged exposure. J Clin Psychol 2002; 58 (1):113-28.

Irving P, Long A. Critical incident stress debriefing following traumatic life experiences. J Psychiatr Ment Health Nurs 2001; 8 (4):307-14.

Janoff-Bulman R. Characterological versus behavioral self-blame: inquiries into depression and rape. J Pers Soc Psychol 1979; 37 (10):1798-809.

Jenkins MA, Langlais PJ, Delis D et al. Learning and memory in rape victims with posttraumatic stress disorder. Am J Psychiatry 1998; 155 (2):278-9.

Jiranek D. Use of hypnosis in pain management in post-traumatic stress disorder. Australian J Clinical and Experimental Hypnosis 1993; 21 (1):75-84.

Johnson DR, Lubin H. Effect of brief versus long-term inpatient treatment on homecoming stress in combat-related posttraumatic stress disorder: three-year follow-up. J Nerv Ment Dis 2002; 190 (1):47-51.

Jones DR. The Macy reports: Combat fatigue in World War II fliers. Aviat Space Environ Med 1987; 58 (8):807-11.

Jones E, Vermaas RH, McCartney H et al. Flashbacks and post-traumatic stress disorder: the genesis of a 20th-century diagnosis. Br J Psychiatry 2003; 182:158-63.

Kardiner A. The traumatic neuroses of war. New York: Paul B. Hoeber; 1941.

Kaslow N, Thompson M, Meadows L et al. Risk factors for suicide attempts among African American women. Depress Anxiety 2000; 12 (1):13-20.

Katz RJ, Lott MH, Arbus P et al. Pharmacotherapy of post-traumatic stress disorder with a novel psychotropic. Anxiety 1994; 1 (4):169-74.

Kaufman J, Charney D. Comorbidity of mood and anxiety disorders. Depress Anxiety 2000; 12 Suppl 1:69-76.

Kavanaugh DJ, Freese S, Andrade J et al. Effects of visuospatial tasks on desensitization to emotive memories. British Journal of Clinical Psychology 2001; 40:267-80.

Keane TM, Fairbank JA, Caddell JM et al. Implosive (flooding) therapy reduces symptoms of PTSD in Vietnam combat veterans. Behav Ther 1989; 20:245-60.

Keane TM, Weathers FW, Foa EB. Chapter 2: Diagnosis and Assessment. In: EB Foa; TM Keane; MJ Friedman, editors, translator and editor Effective Treatments for PTSD: Practice Guidelines from the International Society for Traumatic Stress Studies. New York: The Guilford Press; 2000; p. 18-36.

Kelcourse F. The development of discernment in psychotherapy and Quaker worship. J Am Acad Psychoanal 2000; 28 (1):83-100.

Kessler RC, Sonnega A, Bromet E et al. Posttraumatic stress disorder in the National Comorbidity Survey.

Arch Gen Psychiatry 1995; 52 (12):1048-60.

Khouzam HR, Donnelly NJ. Posttraumatic stress disorder. Safe, effective management in the primary care setting. Postgrad Med 2001; 110 (5):60-2, 7-70, 7-8.

Khouzam HR, el-Gabalawi F, Donnelly NJ. The clinical experience of citalopram in the treatment of post-traumatic stress disorder: a report of two Persian Gulf War veterans. Mil Med 2001; 166 (10):921-3.

Kilpatrick D, Tidwell R. Victims' rights and services in South Carolina: the dream, the law, the reality. Charleston, SC: Crime Victims Research and Treatment Center, Medical University of South Carolina; 1989.

Kilpatrick DG, Veronen LJ, Resick PA. Psychological sequelae to rape: assessment and treatment strategies. In: DM Dolays; RL Meredith, editors, translator and editor Behavioral medicine: assessment and treatment strategies. New York: Plenum Press; 1982; p. 473-97.

King DW, King LA, Foy DW et al. Posttraumatic stress disorder in a national sample of female and male Vietnam veterans: risk factors, war-zone stressors, and resilience-recovery variables. J Abnorm Psychol 1999; 108 (1):164-70.

King LA, King DW, Fairbank JA et al. Resilience-recovery factors in post-traumatic stress disorder among female and male Vietnam veterans: hardiness, postwar social support, and additional stressful life events. J Pers Soc Psychol 1998; 74 (2):420-34.

Kingsbury SJ. Brief hypnotic treatment of repetitive nightmares. Am J Clin Hypn 1993; 35 (3):161-9.

Kinzie JD, Goetz RR. A century of controversy surrounding posttraumatic stress stress-spectrum syndromes: the impact on DSM-III and DSM-IV. J Trauma Stress 1996; 9 (2):159-79.

Kinzie JD, Leung P. Clonidine in Cambodian patients with posttraumatic stress disorder. J Nerv Ment Dis 1989; 177 (9):546-50.

Kirsch I. APA definition and description of hypnosis: defining hypnosis for the public. Contemporary Hypnosis 1994; 11:142-43.

Kirsch I. Hypnotic enhancement of cognitive-behavioral weight loss treatments--another meta-reanalysis. J Consult Clin Psychol 1996; 64 (3):517-9.

Kirsch I, Capafons A, Cardena E et al. Clinical hypnosis and self-regulation therapy: an introduction. In: A Kirsc; E Capafons; E Cardena et al., editors, translator and editor Clinical hynosis and self-regulation therapy: a cognitive-behavioral perspective. Washington, DC: American Psychological Association; 1999.

Kirsch I, Montgomery G, Sapirstein G. Hypnosis as an adjunct to cognitive-behavioral psychotherapy: a meta-analysis. J Consult Clin Psychol 1995; 63 (2):214-20.

Kobasa SC, Maddi, SR, & Kahn S. Hardiness and health : A prospective study. Journal of Personality and Social Psychology. 1982; 42, 168-177.

Koerner K, Linehan MM. Research on dialectical behavior therapy for patients with borderline personality disorder. Psychiatr Clin North Am 2000; 23 (1):151-67.

Koopman C, Classen C, Spiegel D. Predictors of posttraumatic stress symptoms among survivors of the Oakland/Berkeley, Calif., firestorm. Am J Psychiatry 1994; 151 (6):888-94.

Koren D, Arnon I, Klein E. Acute stress response and posttraumatic stress disorder in traffic accident victims: a one-year prospective, follow-up study. Am J Psychiatry 1999; 156 (3):367-73.

Kosten TR, Fontana A, Sernyak MJ et al. Benzodiazepine use in posttraumatic stress disorder among veterans with substance abuse. J Nerv Ment Dis 2000; 188 (7):454-9.

Kosten TR, Frank JB, Dan E et al. Pharmacotherapy for posttraumatic stress disorder using phenelzine or imipramine. J Nerv Ment Dis 1991; 179 (6):366-70.

Kosten TR, Krystal J. Biological mechanisms in posttraumatic stress disorder: relevance for substance abuse. In: M Galanter, editor, translator and editor Recent developments in alcoholism. Vol. 6. New York; 1988.

Kotler M, Iancu I, Efroni R et al. Anger, impulsivity, social support, and suicide risk in patients with posttraumatic stress disorder. J Nerv Ment Dis 2001; 189 (3):162-7.

Krakow B, Hollifield M, Johnston L et al. Imagery rehearsal therapy for chronic nightmares in sexual assault survivors with posttraumatic stress disorder: a randomized controlled trial. Jama 2001; 286 (5):537-45.

Krakow B, Hollifield M, Johnston L et al. Imagery rehearsal therapy for chronic nightmares in sexual assault survivors with posttraumatic stress disorder: a randomized controlled trial. Jama 2001a; 286 (5):537-45.

Krakow B, Hollifield M, Schrader R et al. A controlled study of imagery rehearsal for chronic nightmares in sexual assault survivors with PTSD: a preliminary report. J Trauma Stress 2000; 13 (4):589-609.

Krakow B, Johnston L, Melendrez D et al. An open-label trial of evidence-based cognitive behavior therapy for nightmares and insomnia in crime victims with PTSD. Am J Psychiatry 2001; 158 (12):2043-7.

Krakow B, Kellner R, Pathak D et al. Imagery rehearsal treatment for chronic nightmares. Behav Res Ther 1995; 33 (7):837-43.

Krakow B, Sandoval D, Schrader R et al. Treatment of chronic nightmares in adjudicated adolescent girls in a residential facility. J Adolesc Health 2001b; 29 (2):94-100.

Kramer TL, Lindy JD, Green BL et al. The comorbidity of post-traumatic stress disorder and suicidality in Vietnam veterans. Suicide Life Threat Behav 1994; 24 (1):58-67.

Krashin D, Oates EW. Risperidone as an adjunct therapy for post-traumatic stress disorder. Mil Med 1999; 164 (8):605-6.

Krystal H, editor Massive psychic trauma New York: International Universities Press; 1968.

Kudler HS, Blank AS, Krupnick JL. Chapter 9: Psychodynamic Therapy. In: EB Foa; TM Keane; MJ Friedman, editors, translator and editor Effective Treatments for PTSD: Practice Guidelines from the International Society for Traumatic Stress Studies. New York: The Guilford Press; 2000; p. 176-98.

Kuiken D, Bears M, Miall D et al. Eye movement desensitization reprocessing facilitates attentional orienting. Imagination, Cognition, and Personality 2001-2002; 21 (1):3-20.

Labbate LA, Douglas S. Olanzapine for nightmares and sleep disturbance in posttraumatic stress disorder (PTSD). Can J Psychiatry 2000; 45 (7):667-8.

Lagomasino I, Daly R, Stoudemire A. Medical assessment of patients presenting with psychiatric symptoms in the emergency setting. Psychiatr Clin North Am 1999; 22 (4):819-50, viii-ix.

Lange JT, Lange CL, Cabaltica RB. Primary care treatment of post-traumatic stress disorder. Am Fam Physician 2000; 62 (5):1035-40, 46.

Lavie P. Sleep disturbances in the wake of traumatic events. N Engl J Med 2001; 345 (25):1825-32.

Larsson G.  Michael P.O. Lundin T.  Systematic assessment of mental health following various types of posttrauma support. Military psychology. 2000, 12 121-135

Lazrove S, Triffleman E, Kite L et al. An open trial of EMDR as treatment for chronic PTSD. Am J Orthopsychiatry 1998; 68 (4):601-8.

Leber K, Malek A, D'Agostino A et al. A veteran with acute mental changes years after combat. Hosp Pract (Off Ed) 1999; 34 (6):21-2.

Lee C, Gavriel H, Drummond P et al. Treatment of post-traumatic stress disorder: A comparison of stress inoculation training with prolonged exposure and eye movement desensitisation and reprocessing. Journal of Clinical Psychology 2002; 58:1071-89.

Lee E, editor Working with Asian Americans: a guide for clinicians New York: Guilford Press; 1997.

Lehman AF. Vocational rehabilitation in schizophrenia. Schizophr Bull 1995; 21 (4):645-56.

Leskin GA, Kaloupek DG, Keane TM. Treatment for traumatic memories: review and recommendations. Clin Psychol Rev 1998; 18 (8):983-1001.

Leskin GA, Westrup D. PTSD brief screen.  Post traumatic stress disorder implications for primary care 1999.Department of Defense/EES, March 2002.

Levitt EE. Hypnosis in the treatment of obesity. In: SJ Lynn; JW Thue; I Kirsch, editors, translator and editor Handbook of clinical hypnosis. Washington D. C.: American Psychological Association; 1994; p. 533-53.

Leyba CM, Wampler TP. Risperidone in PTSD. Psychiatr Serv 1998; 49 (2):245-6.

Lindy J. Psychoanalytic psychotherapy of post-traumatic stress disorder. In: B van der Kolk; AC McFarlane; L Weisaeth, editors, translator and editor Traumatic stress: the effects of overwhelming experiences on mind, body and society. New York: Guilford Press; 1996; p. 525-36.

Linehan MM, Heard HL, Armstrong HE. Naturalistic follow-up of a behavioral treatment for chronically parasuicidal borderline patients. Arch Gen Psychiatry 1993; 50 (12):971-4.

Litz, B., Gray, M, Bryant, R. and Adler, A. Early Intervention for Trauma: Current Status and Future Directions: Clin. Psychol., May 1, 2002; 9(2): 112 - 134.Litz B, Gray M, Bryant R et al. Early Intervention for Trauma: Current Status and Future Directions: A National Center for PTSD Fact Sheet. Clinical Psychology: Science and Practice in press.

Londborg PD, Hegel MT, Goldstein S et al. Sertraline treatment of posttraumatic stress disorder: results of 24 weeks of open-label continuation treatment. J Clin Psychiatry 2001; 62 (5):325-31.

Lovell K, Marks IM, Noshirvani H et al. Do cognitive and exposure treatments improve various PTSD symptoms differently? A randomized controlled trial. Behav and Cognitive Psychotherapy 2001; 29 (1):107-12.

Lubin H, Loris M, Burt J et al. Efficacy of Psychoeducational Group Therapy in reducing symptoms of posttraumatic stress disorder among multiply traumatized women. Am J Psychiatry 1998; 155 (9):1172-

7.

Lysaker P, Bell M, Milstein R et al. Work capacity in schizophrenia. Hosp Community Psychiatry 1993; 44 (3):278-80.

Lystad M, editor Mental health response to mass emergencies New York: Brunner/Mazel; 1988.

Macklin ML, Metzger LJ, Lasko NB et al. Five-year follow-up study of eye movement desensitization and reprocessing therapy for combat-related posttraumatic stress disorder. Compr Psychiatry 2000; 41 (1):24-7.

Macklin ML, Metzger LJ, Litz BT et al. Lower precombat intelligence is a risk factor for posttraumatic stress disorder. J Consult Clin Psychol 1998; 66 (2):323-6.

Maes M, Mylle J, Delmeire L et al. Pre- and post-disaster negative life events in relation to the incidence and severity of post-traumatic stress disorder. Psychiatry Res 2001; 105 (1-2):1-12.

Malik ML, Connor KM, Sutherland SM et al. Quality of life and posttraumatic stress disorder: a pilot study assessing changes in SF-36 scores before and after treatment in a placebo-controlled trial of fluoxetine. J Trauma Stress 1999; 12 (2):387-93.

Marks I, Lovell K, Noshirvani H et al. Treatment of posttraumatic stress disorder by exposure and/or cognitive restructuring: a controlled study. Arch Gen Psychiatry 1998; 55 (4):317-25.

Marmar CR, Weiss DS, Metzler TJ et al. Longitudinal course and predictors of continuing distress following critical incident exposure in emergency services personnel. J Nerv Ment Dis 1999; 187 (1):15-22.

Marmar CR, Weiss DS, Schlenger WE et al. Peritraumatic dissociation and posttraumatic stress in male Vietnam theater veterans. Am J Psychiatry 1994; 151 (6):902-7.

Marshall RD, Beebe KL, Oldham M et al. Efficacy and safety of paroxetine treatment for chronic PTSD: a fixed-dose, placebo-controlled study. Am J Psychiatry 2001; 158 (12):1982-8.

Marshall RD, Cloitre M. Maximizing treatment outcome in post-traumatic stress disorder by combining psychotherapy with pharmacotherapy. Curr Psychiatry Rep 2000; 2 (4):335-40.

Marshall RD, Olfson M, Hellman F et al. Comorbidity, impairment, and suicidality in subthreshold PTSD. Am J Psychiatry 2001; 158 (9):1467-73.

Martenyi F, Brown EB, Zhang H et al. Fluoxetine v. placebo in prevention of relapse in post-traumatic stress disorder. Br J Psychiatry 2002; 181:315-20.

Martenyi F, Brown EB, Zhang H et al. Fluoxetine versus placebo in posttraumatic stress disorder. J Clin Psychiatry 2002; 63 (3):199-206.

Maxfield L, Hyer L. The relationship between efficacy and methodology in studies investigating EMDR treatment of PTSD. J Clin Psychol 2002; 58 (1):23-41.

Mayou RA, Ehlers A, Hobbs M. Psychological debriefing for road traffic accident victims. Three-year follow-up of a randomised controlled trial. Br J Psychiatry 2000; 176:589-93.

McBride JL. Spiritual component of patients who experience psychological trauma: family physician intervention. J Am Board Fam Pract 2002; 15 (2):168-9.

McCarroll JE, Ursano RJ, Fullerton CS et al. Gruesomeness, emotional attachment, and personal threat: dimensions of the anticipated stress of body recovery. J Trauma Stress 1995; 8 (2):343-9.

McHorney CA, Kosinski M, Ware JE, Jr. Comparisons of the costs and quality of norms for the SF-36 health survey collected by mail versus telephone interview: results from a national survey. Med Care 1994; 32 (6):551-67.

McHorney CA, Ware JE, Jr., Lu JF et al. The MOS 36-Item Short-Form Health Survey (SF-36): III. Tests of data quality, scaling assumptions, and reliability across diverse patient groups. Med Care 1994; 32 (1):40-66.

Mellman TA, Byers PM, Augenstein JS. Pilot evaluation of hypnotic medication during acute traumatic stress response. J Trauma Stress 1998; 11 (3):563-9.

Mellman TA, David D, Bustamante V et al. Predictors of post-traumatic stress disorder following severe injury. Depress Anxiety 2001; 14 (4):226-31.

Meltzer-Brody S, Connor KM, Churchill E et al. Symptom-specific effects of fluoxetine in post-traumatic stress disorder. Int Clin Psychopharmacol 2000; 15 (4):227-31.

Miller AL, Glinski J. Youth suicidal behavior: assessment and intervention. J Clin Psychol 2000; 56 (9):1131-52.

Mitchell JT. When disaster strikes...the critical incident stress debriefing process. J Emerg Med Serv JEMS 1983; 8 (1):36-9.

Monnelly EP, Ciraulo DA. Risperidone effects on irritable aggression in posttraumatic stress disorder. J Clin Psychopharmacol 1999; 19 (4):377-8.

Muraoka M, Komiyama H, Hosoi M et al. Psychosomatic treatment of phantom limb pain with post-traumatic stress disorder: a case report. Pain 1996; 66 (2-3):385-8.

Murray J, Ehlers A, Mayou RA. Dissociation and post-traumatic stress disorder: two prospective studies of road traffic accident survivors. Br J Psychiatry 2002; 180:363-8.

Najavits LM. Seeking safety: a manual for PTSD and substance abuse. New York: The Guilford Press; 2002.

Najavits LM, Gastfriend DR, Barber JP et al. Cocaine dependence with and without PTSD among subjects in the National Institute on Drug Abuse Collaborative Cocaine Treatment Study. Am J Psychiatry 1998; 155 (2):214-9.

NCPTSDI. Home Page. Available at http://www.ncptsd.org 2003.

Neal LA, Shapland W, Fox C. An open trial of moclobemide in the treatment of post-traumatic stress disorder. Int Clin Psychopharmacol 1997; 12 (4):231-7.

Neidhardt EJ, Krakow B, Kellner R et al. The beneficial effects of one treatment session and recording of nightmares on chronic nightmare sufferers. Sleep 1992; 15 (5):470-3.

Neria Y, Bromet EJ, Marshall R. The relationship between trauma exposure, post-traumatic stress disorder (PTSD) and depression. Psychol Med 2002; 32 (8):1479-80; author reply 80-3.

Neria Y, Bromet EJ, Sievers S et al. Trauma exposure and posttraumatic stress disorder in psychosis: findings from a first-admission cohort. J Consult Clin Psychol 2002; 70 (1):246-51.

Neylan TC, Metzler TJ, Schoenfeld FB et al. Fluvoxamine and sleep disturbances in posttraumatic stress disorder. J Trauma Stress 2001; 14 (3):461-7.

NIH. Integration of behavioral and relaxation approaches into the treatment of chronic pain and insomnia. NIH Technology Assessment Panel on Integration of Behavioral and Relaxation Approaches into the Treatment of Chronic Pain and Insomnia. Jama 1996; 276 (4):313-8.

NIMH. National Institutes of Mental Health brochure "Post-Traumatic Stress Disorder: a Real Illness" Available at http://www.nimh.nih.gov/anxiety/ptsdrl2.cfm, June 14, 2000.

NIMH. Fact Sheet: Reliving Trauma. NIH Publication No. 01-4597. Available at http://www.nimh.nih.gov/publicat/reliving.cfm. [Web page] 2001.

NIMH. Mental Health and Mass Violence: Evidence-Based Early Psychological Intervention for Victims/Survivors of Mass Violence. Washington, D.C.; NIMH - National Institute of Mental Health. U.S. Government Printing Office, NIH Publication No. 02-5138. Available at http://www.nimh.nih.gov/research/massviolence.pdf.

Nishith P, Mechanic MB, Resick PA. Prior interpersonal trauma: the contribution to current PTSD symptoms in female rape victims. J Abnorm Psychol 2000; 109 (1):20-5.

Nixon SJ, Schorr J, Boudreaux A et al. Perceived effects and recovery in Oklahoma City firefighters. J Okla State Med Assoc 1999; 92 (4):172-7.

Norris FH, Friedman MJ, Watson PJ et al. 60,000 disaster victims speak: Part I. An empirical review of the empirical literature, 1981-2001. Psychiatry 2002; 65 (3):207-39.

Norris FH, Uhl GA. Chronic stress as a mediator of acute stress: the case of Hurricane Hugo. Journal of Applied Psychology 1993; 23 (16):1263-84.

NVVRS. NVVRS - National Vietnam Veterans Readjustment Survey. Available at http://www.ncptsd.org/National Center for PTSD.

Ogden CJ, Kaminer D, Van Kradenburg J et al. Narrative themes in responses to trauma in a religious community. Cent Afr J Med 2000; 46 (7):178-84.

Ortega AN, Rosenheck R. Posttraumatic stress disorder among Hispanic Vietnam veterans. Am J Psychiatry 2000; 157 (4):615-9.

Ouimette P, Humphreys K, Moos RH et al. Self-help group participation among substance use disorder patients with posttraumatic stress disorder. J Subst Abuse Treat 2001; 20 (1):25-32.

Ouimette PC, Ahrens C, Moos RH et al. During treatment changes in substance abuse patients with posttraumatic stress disorder. The influence of specific interventions and program environments. J Subst Abuse Treat 1998; 15 (6):555-64.

Ouimette PC, Finney JW, Moos RH. Two year posttreatment functioning and coping of patients with substance abuse and posttraumatic stress disorder (cited in Ouimette, Brown, & Najavits, 1998) Unpublished.

Ouimette PC, Moos RH, Finney JW. Two-year mental health service use and course of remission in patients with substance use and posttraumatic stress disorders. J Stud Alcohol 2000; 61 (2):247-53.

Ouimette PC, Wolfe J, Chrestman KR. Characteristics of posttraumatic stress disorder-alcohol abuse comorbidity in women. J Subst Abuse Treat 1996; 8 (3):335-46.

Version 1.0

Overcash WS, Calhoun LG, Cann A et al. Coping with crises: an examination of the impact of traumatic events on religious beliefs. J Genet Psychol 1996; 157 (4):455-64.

Ozer EJ, Best SR, Lipsey TL et al. Predictors of posttraumatic stress disorder and symptoms in adults: a meta-analysis. Psychological Bulletin 2003; 129 (1):52-73.

Pantalon MV, Motta RW. Effectiveness of anxiety management training in the treatment of posttraumatic stress disorder: a preliminary report. J Behav Ther Exp Psychiatry 1998; 29 (1):21-9.

Parry-Jones B, Parry-Jones WL. Post-traumatic stress disorder: supportive evidence from an eighteenth century natural disaster. Psychol Med 1994; 24 (1):15-27.

Paunovic N, Ost LG. Cognitive-behavior therapy vs exposure therapy in the treatment of PTSD in refugees. Behav Res Ther 2001; 39 (10):1183-97.

Pearlman LA, Saakvitne KW. Trauma and the therapist: countertransference and vicarious traumatization in psychotherapy with incest survivors. New York: Norton; 1995.

Penk WE, Robinowitz R, Black J et al. Ethnicity: post-traumatic stress disorder (PTSD) differences among black, white, and Hispanic veterans who differ in degrees of exposure to combat in Vietnam. J Clin Psychol 1989; 45 (5):729-35.

Petty F, Brannan S, Casada J et al. Olanzapine treatment for post-traumatic stress disorder: an open-label study. Int Clin Psychopharmacol 2001; 16 (6):331-7.

Phaneuf G, Tonmyr L. National incidence study of child abuse and neglect. Cmaj 1998; 159 (5):446.

Pitman RK, Sanders KM, Zusman RM et al. Pilot study of secondary prevention of posttraumatic stress disorder with propranolol. Biol Psychiatry 2002; 51 (2):189-92.

Power KG, McGoldrick T, Brown K et al. A controlled comparison of eye movement desensitization and reprocessing versus exposure plus cognitive restructuring, versus waiting list in the treatment of posttraumatic stress disorder. Journal of Clinical Psychology and Psychotherapy 2002; 9 (.):299-318.

Prigerson HG, Slimack MJ. Gender differences in clinical correlates of suicidality among young adults. J Nerv Ment Dis 1999; 187 (1):23-31.

Prins A, Kimerling R, Cameron R et al. The primary care PTSD screen (PC-PTSD). In 15th Annual Meeting of the International Society for Traumatic Studies. Miami, FL; 1999.

Prior TI. Treatment of posttraumatic stress disorder with olanzapine. Can J Psychiatry 2001; 46 (2):182.

Rapaport MH, Endicott J, Clary CM. Posttraumatic stress disorder and quality of life: results across 64 weeks of sertraline treatment. J Clin Psychiatry 2002; 63 (1):59-65.

Raphael B. When disaster strikes: how individuals and communities cope with catastrophe. New York: Basic Books; 1986.

Raphael B, Newman L. Disaster Mental Health Response Handbook: An educational resource for mental health professionals involved in disaster management. Sydney: New South Wales Institute of Psychiatry and Centre for Mental Health. State Health Publication No: (CMH) 00145; 2000.

Raphael B, Wilson J, editors. Psychological debriefing New York: Cambridge University Press; 2000.

Raskind MA, Dobie DJ, Kanter ED et al. The alpha1-adrenergic antagonist prazosin ameliorates combat trauma nightmares in veterans with posttraumatic stress disorder: a report of 4 cases. J Clin Psychiatry 2000; 61 (2):129-33.

Raskind MA, Peskind ER, Kanter ED et al. Reduction of nightmares and other PTSD symptoms in combat veterans by prazosin: a placebo-controlled study. Am J Psychiatry 2003; 160 (2):371-3.

Raskind MA, Thompson C, Petrie EC et al. Prazosin reduces nightmares in combat veterans with posttraumatic stress disorder. J Clin Psychiatry 2002; 63 (7):565-8.

Reeler AP, Mbape PT. A pilot study of a brief form of psychotherapy for survivors of torture. Torture 1998; 8 (4):120-5.

Reist C, Duffy JG, Fujimoto K et al. beta-Adrenergic blockade and emotional memory in PTSD. Int J Neuropsychopharmacol 2001; 4 (4):377-83.

Reist C, Kauffmann CD, Haier RJ et al. A controlled trial of desipramine in 18 men with posttraumatic stress disorder. Am J Psychiatry 1989; 146 (4):513-6.

Resick PA, Nishith P. Two-year follow-up of a clinical trial comparing cognitive processing therapy and prolonged exposure for the treatment of PTSD. In, translator and editor Reaching underserved trauma survivors through community-based programs: 17th Annual Meeting of the International Society for Traumatic Stress Studies; December 6-9, 2001; p. 54.

Resick PA, Nishith P, Weaver TL et al. A comparison of cognitive-processing therapy with prolonged exposure and a waiting condition for the treatment of chronic posttraumatic stress disorder in female rape victims. J Consult Clin Psychol 2002; 70 (4):867-79.

Richards D. A field study of critical incident stress debriefing versus critical incident stress management. Journal of Mental Health 2001; 10 (3):351-62.

Richards DA, Lovell K, Marks IM. Post-traumatic stress disorder: evaluation of a behavioral treatment program. J Trauma Stress 1994; 7 (4):669-80.

Risse SC, Whitters A, Burke J et al. Severe withdrawal symptoms after discontinuation of alprazolam in eight patients with combat-induced posttraumatic stress disorder. J Clin Psychiatry 1990; 51 (5):206-9.

Rivers WHR. An address on the repression of war experience.Lancet, February 2, 1918.

Rizvi SL, Linehan MM. Dialectical behavior therapy for personality disorders. Curr Psychiatry Rep 2001; 3 (1):64-9.

Robert R, Blakeney PE, Villarreal C et al. Imipramine treatment in pediatric burn patients with symptoms of acute stress disorder: a pilot study. J Am Acad Child Adolesc Psychiatry 1999; 38 (7):873-82.

Roefaro J, Mukherjee SM. Olanzapine-induced hyperglycemic nonketonic coma. Ann Pharmacother 2001; 35 (3):300-2.

Rogers S, Silver SM, Goss J et al. A single session, group study of exposure and Eye Movement Desensitization and Reprocessing in treating Posttraumatic Stress Disorder among Vietnam War veterans: preliminary data. J Anxiety Disord 1999; 13 (1-2):119-30.

Rollnick S, Heather N, Gold R et al. Development of a short 'readiness to change' questionnaire for use in brief, opportunistic interventions among excessive drinkers. Br J Addict 1992; 87 (5):743-54.

Rose D. A model for psychodynamic psychotherapy with the rape victim. Psychotherapy 1991; 28 (2):85-95.

Rose S, Bisson J. Brief early psychological interventions following trauma: a systematic review of the literature. J Trauma Stress 1998; 11 (4):697-710.

Rose S, Bisson J, Wessely S. Psychological debriefing for preventing post traumatic stress disorder (PTSD) (Cochrane Review). The Cochrane Library 2002 (2).

Rose S, Bisson JI, Wessely S. Psychological debriefing for preventing post traumatic stress disorder (PTSD). The Cochrane Library. Issue 1. Oxford: Update Software 2003.

Rose S, Brewin CR, Andrews B et al. A randomized controlled trial of individual psychological debriefing for victims of violent crime. Psychol Med 1999; 29 (4):793-9.

Rosenheck R, Fontana A. Race and outcome of treatment for veterans suffering from PTSD. J Trauma Stress 1996; 9 (2):343-51.

Rosenheck R, Fontana A. Impact of efforts to reduce inpatient costs on clinical effectiveness: treatment of posttraumatic stress disorder in the Department of Veterans Affairs. Med Care 2001; 39 (2):168-80.

Roszell DK, McFall ME, Malas KL. Frequency of symptoms and concurrent psychiatric disorder in Vietnam veterans with chronic PTSD. Hosp Community Psychiatry 1991; 42 (3):293-6.

Roth S, Batson R. Naming the shadows: a new approach to individual and group psychotherapy for adult survivors of childhood incest. New York: Free Press; 1997.

Roth S, Friedman M. Childhood trauma remembered: a report on the scientific knowledge base and its applications: International Society for Traumatic Stress; 1997.

Roth S, Newman E, Pelcovitz D et al. Complex PTSD in victims exposed to sexual and physical abuse: results from the DSM-IV Field Trial for Posttraumatic Stress Disorder. J Trauma Stress 1997; 10 (4):539-55.

Rothbaum B. Psychosocial treatments for posttraumatic stress disorder. TEN 2001; 3 (10):59-63.

Rothbaum BO, Meadows EA, Resick P. Cognitive-behavioral treatment position paper summary for the ISTSS treatment guidelines committee. J Trauma Stress 2000b; 13:558-63.

Rothbaum BO, Meadows EA, Resick P et al. Chapter 4: Cognitive-Behavioral Therapy. In: EB Foa; TM Keane; MJ Friedman, editors, translator and editor Effective Treatments for PTSD: Practice Guidelines from the International Society for Traumatic Stress Studies. New York: The Guilford Press; 2000a; p. 60-83.

Safer DL, Telch CF, Agras WS. Dialectical behavior therapy for bulimia nervosa. Am J Psychiatry 2001; 158 (4):632-4.

Samson AY, Bensen S, Beck A et al. Posttraumatic stress disorder in primary care. J Fam Pract 1999; 48 (3):222-7.

Sattar SP, Ucci B, Grant K et al. Quetiapine therapy for posttraumatic stress disorder. Ann Pharmacother 2002; 36 (12):1875-8.

Schelling G, Briegel, Roozendaal B, Stoll C, Rothenhausler, HG, Kapfhammer HP (2001). The effect of doses of hydrocortisone during septic shock on posttraumatic stress disorder in survivors. Biol Psychiatry 50:978-85.

Saxe G, Stopddard F, Courtney D, Cunningham K, et al (2001). Relationship between acute morphine and the course of PTSD in children with burns. J Am Acad Child Adolesc Psych 40;915-921.

Scheck MM, Schaeffer JA, Gillette C. Brief psychological intervention with traumatized young women: the efficacy of eye movement desensitization and reprocessing. J Trauma Stress 1998; 11 (1):25-44.

Schnurr PP. Outcome of a randomized clinical trial of group therapy for PTSD. In, translator and editor Reaching undeserved trauma survivors through community-based programs: 17th Annual Meeting of the International Society for Traumatic Stress Studies; December 6-9, 2001; p. 61.

Schnurr PP, Friedman MJ, Lavori PW et al. Design of Department of Veterans Affairs Cooperative Study no. 420: group treatment of posttraumatic stress disorder. Control Clin Trials 2001; 22 (1):74-88.

Schnurr PP, Jankowski MK. Physical health and post-traumatic stress disorder: review and synthesis. Semin Clin Neuropsychiatry 1999; 4 (4):295-304.

Schuster MA, Stein BD, Jaycox L et al. A national survey of stress reactions after the September 11, 2001, terrorist attacks. N Engl J Med 2001; 345 (20):1507-12.

Schutt RK, Garrett GR. Responding to the homeless: policy and practice. New York: Plenum; 1992.

Scott J, Williams J, Beck A. Cognitive therapy in clinical practice: an illustrative casebook. New York: Routledge; 1989.

Seedat S, Stein DJ. Trauma and post-traumatic stress disorder in women: a review. Int Clin Psychopharmacol 2000; 15 Suppl 3:S25-33.

Seedat S, Stein DJ, Emsley RA. Open trial of citalopram in adults with post-traumatic stress disorder. Int J Neuropsychopharmacol 2000; 3 (2):135-40.

Seng JS. A conceptual framework for research on lifetime violence, posttraumatic stress, and childbearing. J Midwifery Womens Health 2002; 47 (5):337-46.

Servan-Schreiber D. Point: Eye movement desensitization and reprocessing: Is psychiatry missing the point? Psychiatric Times 2000; 17 (7).

Shalev A. Treating survivors in the acute aftermath of traumatic events. In: R Yehuda, editor, translator and editor Treating trauma survivors with PTSD: bridging the gap between intervention research and practice. Washington, D. C.: American Psychiatric Press.

Shalev AY, Bloch M, Peri T et al. Alprazolam reduces response to loud tones in panic disorder but not in posttraumatic stress disorder. Biol Psychiatry 1998; 44 (1):64-8.

Shalev AY, Rogel-Fuchs Y. Auditory startle reflex in post-traumatic stress disorder patients treated with clonazepam. Isr J Psychiatry Relat Sci 1992; 29 (1):1-6.

Shalev AY, Sahar T, Freedman S et al. A prospective study of heart rate response following trauma and the subsequent development of posttraumatic stress disorder. Arch Gen Psychiatry 1998; 55 (6):553-9.

Shapiro F. Efficacy of the eye movement desensitization procedure in the treatment of traumatic memories. Journal of Traumatic Stress 1989a; 2:199-223.

Shapiro F. Eye movement desensitization: A new treatment for post-traumatic stress disorder. Journal of Behavior Therapy and Experimental Psychiatry 1989b; 20:211-17.

Shapiro F. Eye movement desensitization and reprocessing: Basic principles, protocols and procedures. 2nd Edition. New York: Guilford Press; 2001.

Sharpley CF, Montgomery IM, Scalzo LA. Comparative efficacy of EMDR and alternative procedures in reducing the vividness of mental images. Scandinavian Journal of Behaviour Therapy 1996; 25:37-42.

Shengold L. Soul murder: the effects of childhood abuse and deprivation. New Haven, CT: Yale University Press; 1989.

Shepherd J, Stein K, Milne R. Eye movement desensitization and reprocessing in the treatment of post-traumatic stress disorder: a review of an emerging therapy. Psychol Med 2000; 30 (4):863-71.

Sherman JJ. Effects of psychotherapeutic treatments for PTSD: a meta-analysis of controlled clinical trials. J Trauma Stress 1998; 11 (3):413-35.

Shestatzky M, Greenberg D, Lerer B. A controlled trial of phenelzine in posttraumatic stress disorder. Psychiatry Res 1988; 24 (2):149-55.

Simon RI. Treatment boundary violations: clinical, ethical, and legal considerations. Bull Am Acad Psychiatry Law 1992; 20 (3):269-88.

Smajkic A, Weine S, Djuric-Bijedic Z et al. Sertraline, paroxetine, and venlafaxine in refugee posttraumatic stress disorder with depression symptoms. J Trauma Stress 2001; 14 (3):445-52.

Small R, Lumley J, Donohue L et al. Randomised controlled trial of midwife led debriefing to reduce maternal depression after operative childbirth. Bmj BMJ 2000; 321 (7268):1043-7.

Smith ML, Glass GV, Miller TI. The benefits of psychotherapy. Baltimore, MD: Johns Hopkins University

Press; 1980.

Society for Medical Decision Making Committee (SMDMC). Proposal for clinical algorithm standards.
SMDMC on Standardization of Clinical Algorithms. Med Decis Making 1992; 12 (2):149-54.

Sonawalla SB, Spillmann MK, Kolsky AR et al. Efficacy of fluvoxamine in the treatment of major depression
with comorbid anxiety disorders. J Clin Psychiatry 1999; 60 (9):580-3.

Spiegel D, Frischholz EJ, Fleiss JL et al. Predictors of smoking abstinence following a single-session
restructuring intervention with self-hypnosis. Am J Psychiatry 1993; 150 (7):1090-7.

Spiegel D, Frischholz EJ, Maruffi B et al. Hypnotic responsivity and the treatment of flying phobia. Am J
Clin Hypn 1981; 23 (4):239-47.

Spiegel H, Spiegel D. Trance and treatment: clinical uses of hypnosis. Washington, D. C.: American
Psychiatric Press; 1987.

Stanovic JK, James KA, Vandevere CA. The effectiveness of risperidone on acute stress symptoms in adult
burn patients: a preliminary retrospective pilot study. J Burn Care Rehabil 2001; 22 (3):210-3.

Steil R, Ehlers A. Dysfunctional meaning of posttraumatic intrusions in chronic PTSD. Behav Res Ther 2000;
38 (6):537-58.

Stein DJ, Seedat S, van der Linden GJ et al. Selective serotonin reuptake inhibitors in the treatment of post-
traumatic stress disorder: a meta-analysis of randomized controlled trials. Int Clin Psychopharmacol
2000; 15 (Suppl 2):S31-9.

Stein DJ, Zungu-Dirwayi N, van Der Linden GJ et al. Pharmacotherapy for posttraumatic stress disorder 2002
(4).

Stein DJ, Zungu-Dirwayi N, van Der Linden GJ et al. Pharmacotherapy for posttraumatic stress disorder. The
Cochrane Library. Issue 1. Oxford: Update Software 2003.

Stein MB, Kline NA, Matloff JL. Adjunctive olanzapine for SSRI-resistant combat-related PTSD: a double-
blind, placebo-controlled study. Am J Psychiatry 2002; 159 (10):1777-9.

Stewart SH, Pihl RO, Conrod PJ et al. Functional associations among trauma, PTSD, and substance-related
disorders. Addict Behav 1998; 23 (6):797-812.

Strawbridge WJ, Shema SJ, Cohen RD et al. Religiosity buffers effects of some stressors on depression but
exacerbates others. J Gerontol B Psychol Sci Soc Sci 1998; 53 (3):S118-26.

Stretch RH, Knudson KH, Durand D. Effects of premilitary and military trauma on the development of post-
traumatic stress disorder symptoms in female and male active duty soldiers. Mil Med 1998; 163 (7):466-
70.

Sullivan GM, Gorman JM. Finding a home for post-traumatic stress disorder in biological psychiatry. Is it a
disorder of anxiety, mood, stress, or memory? Psychiatr Clin North Am 2002; 25 (2):463-8, ix.

Swanson JW, Swartz MS, Essock SM et al. The social-environmental context of violent behavior in persons
treated for severe mental illness. Am J Public Health 2002; 92 (9):1523-31.

Tarrier N, Humphreys L. Subjective improvement in PTSD patients with treatment by imaginal exposure or
cognitive therapy: session by session changes. Br J Clin Psychol 2000; 39 (Pt 1):27-34.

Tarrier N, Pilgrim H, Sommerfield C et al. A randomized trial of cognitive therapy and imaginal exposure in
the treatment of chronic posttraumatic stress disorder. J Consult Clin Psychol 1999; 67 (1):13-8.

Tarrier N, Sommerfield C, Pilgrim H. Relatives' expressed emotion (EE) and PTSD treatment outcome.
Psychol Med 1999; 29 (4):801-11.

Tarrier N, Sommerfield C, Pilgrim H et al. Factors associated with outcome of cognitive-behavioural
treatment of chronic post-traumatic stress disorder. Behav Res Ther 2000; 38 (2):191-202.

Tarrier N, Sommerfield C, Pilgrim H et al. Cognitive therapy or imaginal exposure in the treatment of post-
traumatic stress disorder. Twelve-month follow-up. Br J Psychiatry 1999; 175:571-5.

Taubman-Ben-Ari O, Rabinowitz J, Feldman D et al. Post-traumatic stress disorder in primary-care settings:
prevalence and physicians' detection. Psychol Med 2001; 31 (3):555-60.

Taylor F, Cahill L. Propranolol for reemergent posttraumatic stress disorder following an event of
retraumatization: a case study. J Trauma Stress 2002; 15 (5):433-7.

Taylor F, Raskind MA. The alpha1-adrenergic antagonist prazosin improves sleep and nightmares in civilian
trauma posttraumatic stress disorder. J Clin Psychopharmacol 2002; 22 (1):82-5.

Taylor S, Thordarson DS, Maxfield L. Efficacy, speed, and adverse effects of three PTSD treatments:
Exposure therapy, relaxation training, and EMDR. Canadian Psychology 2002; 43:139.

Telch CF, Agras WS, Linehan MM. Dialectical behavior therapy for binge eating disorder. J Consult Clin
Psychol 2001; 69 (6):1061-5.

Tenzer P. Office management of trauma: posttraumatic stress disorder. In, translator and editor Clinics in

*Version 1.0*                                                                 *VA/DoD Clinical Practice Guideline for the*
                                                                             *Management of Post-Traumatic Stress*

Family Practice. Philadelphia, PA: WB Saunders; 2000.

Thienhaus OJ, Piasecki M. Assessment of psychiatric patients' risk of violence toward others. Psychiatr Serv 1998; 49 (9):1129-30, 47.

Thompson JA, Charlton PF, Kerry R et al. An open trial of exposure therapy based on deconditioning for post-traumatic stress disorder. Br J Clin Psychol 1995; 34 ( Pt 3):407-16.

Trent CR, Jr., Rushlau MG, Munley PH et al. An ethnocultural study of posttraumatic stress disorder in African-American and white American Vietnam War veterans. Psychol Rep 2000; 87 (2):585-92.

Triffleman E. Gender differences in a controlled pilot study of psychosocial treatments in substance dependent patients with post-traumatic stress disorder: Design considerations and outcomes. Alcoholism Treatment Quarterly 2000; 18 (3):113-26.

Triffleman E, Carroll K, Kellogg S. Substance dependence posttraumatic stress disorder therapy. An integrated cognitive-behavioral approach. J Subst Abuse Treat 1999; 17 (1-2):3-14.

Triffleman EG, Marmar CR, Delucchi KL et al. Childhood trauma and posttraumatic stress disorder in substance abuse inpatients. J Nerv Ment Dis 1995; 183 (3):172-6.

True WR, Rice J, Eisen SA et al. A twin study of genetic and environmental contributions to liability for posttraumatic stress symptoms. Arch Gen Psychiatry 1993; 50 (4):257-64.

Tucker P, Smith KL, Marx B et al. Fluvoxamine reduces physiologic reactivity to trauma scripts in posttraumatic stress disorder. J Clin Psychopharmacol 2000; 20 (3):367-72.

Tucker P, Trautman R. Understanding and treating PTSD: past, present, and future. Bull Menninger Clin 2000; 64 (3 Suppl A):A37-51.

Tucker P, Zaninelli R, Yehuda R et al. Paroxetine in the treatment of chronic posttraumatic stress disorder: results of a placebo-controlled, flexible-dosage trial. J Clin Psychiatry 2001; 62 (11):860-8.

Tulen JH, Moleman P, Boomsma F et al. Dose-dependent effects of intravenous lorazepam on cardiovascular activity, plasma catecholamines and psychological function during rest and mental stress. Psychopharmacology (Berl) 1991; 105 (1):77-83.

Turnbull GJ. A review of post-traumatic stress disorder. Part I: Historical development and classification. Injury 1998; 29 (2):87-91.

Ursano RJ, Kao TC, Fullerton CS. Posttraumatic stress disorder and meaning: structuring human chaos. J Nerv Ment Dis 1992; 180 (12):756-9.

USPSTF. Guide to Clinical Preventive Services. 2nd edition. ed. USPST Force, editor. Baltimore: Williams and Wilkins; 1996. (USPST Force editor).

USPSTF. Guide to Clinical Preventive Services, Third Edition, 2000-2003: Report of the U.S. Preventive Services Task Force. Periodic Updates. AHRQ Publication No. 03-0007, March 2003. Agency for Healthcare Research and Quality, Rockville, MD. http://www.ahrq.gov/clinic/periodorder.htm 2003.

van den Bosch LM, Verheul R, Schippers GM et al. Dialectical Behavior Therapy of borderline patients with and without substance use problems. Implementation and long-term effects. Addict Behav 2002; 27 (6):911-23.

van den Hout M, Muris P, Salemink E et al. Autobiographical memories become less vivid and emotional after eye movements. British Journal of Clinical Psychology 2001; 40:121-30.

van der Kolk BA, McFarlane A, Weeisaeth L, editors. Traumatic stress: the effects of overwhelming experience on mind, body and society New York: Guilford Press; 1996.

Van Etten M, Taylor S. Comparative efficacy of treatments for post-traumatic stress disorder: a meta-analysis. Clinical Psychology and Psychotherapy 1998; 5:126-44.

van Praag HM. Moving ahead yet falling behind. A critical appraisal of some trends in contemporary depression research. Neuropsychobiology 1989; 22 (4):181-93.

Verheul R, Van Den Bosch LM, Koeter MW et al. Dialectical behaviour therapy for women with borderline personality disorder: 12-month, randomised clinical trial in The Netherlands. Br J Psychiatry 2003; 182:135-40.

VHA. Management of Substance Use Disorder in the Primary Care Setting. Office of Quality and Performance publication 10Q-CPG/SUD-01. Washington, D.C.: VA/DoD Evidence-Based Clinical Practice Guideline Working Group, Veterans Health Administration, Department of Veterans Affairs, and Health Affairs, Department of Defense., September, 2001.

Wang S, Wilson JP, Mason JW. Stages of decompensation in combat-related posttraumatic stress disorder: a new conceptual model. Integr Physiol Behav Sci 1996; 31 (3):237-53.

Warner MD, Dorn MR, Peabody CA. Survey on the usefulness of trazodone in patients with PTSD with insomnia or nightmares. Pharmacopsychiatry 2001; 34 (4):128-31.

*Appendix E: Bibliography*                                                                 *Page AE- 17*

Watson CG, Tuorila JR, Vickers KS et al. The efficacies of three relaxation regimens in the treatment of PTSD in Vietnam War veterans. J Clin Psychol 1997; 53 (9):917-23.

Webb TB. Assessing a crisis of faith and making a pastoral crisis intervention. Int J Emerg Ment Health 2001; 3 (3):181-6.

Weisberg RB, Bruce SE, Machan JT et al. Nonpsychiatric illness among primary care patients with trauma histories and posttraumatic stress disorder. Psychiatr Serv 2002; 53 (7):848-54.

Wells BG, Chu CC, Johnson R et al. Buspirone in the treatment of posttraumatic stress disorder. Pharmacotherapy 1991; 11 (4):340-3.

WHO. The ICD-10 Classification of Mental and Behavioural Disorders: F43.0 Acute Stress Reaction. Geneva: World Health Organization.

Williams ER, Shepherd SM. Medical clearance of psychiatric patients. Emerg Med Clin North Am 2000; 18 (2):185-98, vii.

Wilson JP, Lindy JD, editors. Countertransference in the treatment of PTSD New York: Guilford Press; 1994.

Wilson JP, Moran TA. Psychological trauma: posttraumatic stress disorder and spirituality. Journal of Psychology and Theology 1998; 26 (2):168-78.

Woods SJ. Prevalence and patterns of posttraumatic stress disorder in abused and postabused women. Issues Ment Health Nurs 2000; 21 (3):309-24.

Woolf SH. Practice guidelines, a new reality in medicine. II. Methods of developing guidelines. Arch Intern Med 1992; 152 (5):946-52.

Yehuda R. Biological factors associated with susceptibility to posttraumatic stress disorder. Can J Psychiatry 1999; 44 (1):34-9.

Yehuda R, Bierer LM, Schmeidler J et al. Low cortisol and risk for PTSD in adult offspring of holocaust survivors. Am J Psychiatry 2000; 157 (8):1252-9.

Yehuda R, McFarlane AC, Shalev AY. Predicting the development of posttraumatic stress disorder from the acute response to a traumatic event. Biol Psychiatry 1998a; 44 (12):1305-13.

Yehuda R, Schmeidler J, Giller EL, Jr. et al. Relationship between posttraumatic stress disorder characteristics of Holocaust survivors and their adult offspring. Am J Psychiatry 1998b; 155 (6):841-3.

Zatzick DF, Kang SM, Muller HG et al. Predicting posttraumatic distress in hospitalized trauma survivors with acute injuries. Am J Psychiatry 2002; 159 (6):941-6.

Zisook S, Chentsova-Dutton YE, Smith-Vaniz A et al. Nefazodone in patients with treatment-refractory posttraumatic stress disorder. J Clin Psychiatry 2000; 61 (3):203-8.

Zoellner LA, Feeny NC, Fitzgibbons LA et al. Response of African American and Caucasian women to cognitive behavioral therapy for PTSD. Behavior Therapy 1999; 30 (4):581-95.

Zohar J, Amital D, Miodownik C et al. Double-blind placebo-controlled pilot study of sertraline in military veterans with posttraumatic stress disorder. J Clin Psychopharmacol 2002; 22 (2):190-5.

Zygmont M, Prigerson HG, Houck PR et al. A post hoc comparison of paroxetine and nortriptyline for symptoms of traumatic grief. J Clin Psychiatry 1998; 59 (5):241-5.