```
------------------------------------------------
MEDICAL RECORD      |    CONSULTATION SHEET      Page 2 of 2
------------------------------------------------
Consult Request: Consult
                                        |Consult No.: 844972
================================================
Consultation Results #6224985 continued.
```

SERVICE CONNECTED % - 60
TINNITUS   10%   SC
BURSITIS   10%   SC
BURSITIS   10%   SC
LIMITED EXTENSION OF FOREARM   20%   SC
MALUNION OF ANKLE   0%   SC
SINUSITIS,FRONTAL,CHRONIC   10%   SC
POST-TRAUMATIC STRESS DISORDER   100%   SC
PERIOD OF SERVICE - PERSIAN GULF WAR

Use of duloxetine is approved.

/es/ TARANNUM F MANSURI
Pharm. D.
Signed: 03/10/2008 16:01



M 301

```
================================================
ASKOWSKI,STANLEY P III   SERVICE CONNECTED 50% to 100%   SC VETERAN
```

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    01/26/19        CONSULTATION SHEET
---
MEDICAL RECORD      |    CONSULTATION SHEET      Page 1 of 2
---
Consult Request: Consult
                                          |Consult No.: 844972
---
To: PHARMACY NONFORMULARY REQUEST
    From: MHC BOROWSKI WALK IN            |Requested: 03/10/2008 3:10 pm
---
Requesting Facility: WILKES-BARRE VAMC
=========================================================================
Current Primary Care Provider: PATEL,INDUBHAI M
    Current Primary Care Team: GENERAL MEDICINE

REASON FOR REQUEST: (Complaints and findings)
SERVICE CONNECTED % - 60
TINNITUS   10%  SC
BURSITIS   10%  SC
BURSITIS   10%  SC
LIMITED EXTENSION OF FOREARM   20%  SC
MALUNION OF ANKLE   0%  SC
SINUSITIS,FRONTAL,CHRONIC   10%  SC
POST-TRAUMATIC STRESS DISORDER   100%  SC
PERIOD OF SERVICE - PERSIAN GULF WAR

COMBAT SERVICE - NO
Is patient an OEF/OIF returnee?  Yes

Reason for Request:  Treatment for anxiety.


THIS FORM IS USED TO REQUEST A NON-FORMULARY MEDICATION FOR CLINICAL
        USE FOR AN INDIVIDUAL PATIENT

SECTION A:  Medication Requested (To be completed by Physician)
   1.  Generic name/strength/dosage form: duloxetine 20 mg cap
   2.  Trade name: cymbalta
   3.  Diagnosis or medical problem to be treated: PTSD
chronic pain
SECTION B:  Justification (To be completed by Physician)
   1.  Reason for medical necessity: (choose one/document specific
comments)
      c.  Therapeutic failure of all formulary alternatives: (specify
          agent(s) tried)
   2.  Anticipated duration and location of therapy: (chose all that apply)
      Outpatient clinic
   3.  Treatment goal/endpoint: Alleviation of anxiety.

---
PROVISIONAL DIAG: PTSD
---
REQUESTED BY:                  |PLACE:              |URGENCY:
SANTOS,FRANCISCO F             |Consultant's choice |Routine
STAFF PSYCHIATRIST BEHAVIORAL SVCS |                |
(Pager: 229/826-9490)         |SERVICE RENDERED AS: |
(Phone: 7495)                 |Outpatient          |
---

CONSULTATION NOTE #6224985


 LOCAL TITLE: CONSULTATION REPORT
STANDARD TITLE: CONSULT
DATE OF NOTE: MAR 10, 2008@16:01    ENTRY DATE: MAR 10, 2008@16:01:05
    AUTHOR: MANSURI,TARANNUM F    EXP COSIGNER:
   URGENCY:                        STATUS: COMPLETED


=========================================================================
AUTHOR & TITLE:
                                          |DATE:
---
ID #:_____|ORGANIZATION:WILKES-BARRE VAMC  |REG #:____  |LOC: MHC BOROWSK
---
LASKOWSKI,STANLEY P III    SERVICE CONNECTED 50% to 100%  SC VETERAN
                                          CONSULTATION SHEET
                   M302                   Standard Form 513 (Rev 9-77)
                          Phone:



MEDICAL RECORD                                                    Progress Notes

NOTE DATED: 03/10/2008 17:05
LOCAL TITLE: TLCP PSYCHIATRY
STANDARD TITLE: TELEPHONE ENCOUNTER NOTE
VISIT: 03/09/2008 05:37 ER (MIDNIGHT) CLINIC
I spoke to the patient on the phone as he was insisting on
leaving against medical advice.

He mentions that he felt that there has been a misunderstanding
being placed on one-to-one watch, for he repeatedly state that
he did not have any thoughts of hurting himself.  The actual
reason that he came to the emergency room is to get assistance
for the headache which was intense some time early morning
before he came in which he believed was as a result of
withdrawal from tramadol as he was advised to stop the
medications completely after he was discharged from Moses Taylor
Hospital.

When he was asked again as to whether he was suicidal, he
strongly denies that he ever was.  He agreed to come the next
day to mental hygiene clinic as well as to primary care medicine
to get treatment perhaps for pain and as well as to have his
medications for his PTSD adjusted as he felt that citalopram was
not working.

MENTAL STATUS EXAMINATION:  He was alert, oriented in 3 spheres.
He was denying feelings of depression. His speech was
normal in rate and rhythm.  He was coherent and relevant in
ideations.  He did not endorse nightmares in this talk.  He
strongly denied suicidal thinking.  No homicidal thoughts.  He
has no psychotic symptoms.  His long-term and short-term memory
are intact.  His judgment is fair and his insight is fair.

Discussed with the ER physician at this time, and the ER
physician felt likewise that he was not in any risk of hurting
himself and that he concurred with the AMA discharge considering
that there were no grounds to keep him involuntarily.

PLAN:  It was then agreed that he will be allowed to leave
against medical advice and that he will keep his intention of
coming to mental hygiene clinic as well as to the primary care
clinic for followup of both his psychiatric and medical issues.


FFS/OSi/227414/1/03/11/2008 09:11:44/KK/D:03/10/2008
17:13:44/T:03/10/2008
19:16:55/VAJob#:1455665/IChartJob#29340028/23302277
                      Signed by: /es/ FRANCISCO F SANTOS, M.D.
                                 STAFF PSYCHIATRIST BEHAVIORAL SVCS
                                 03/11/2008 14:27

M303



```
--------------------------------------------------------------------
MEDICAL RECORD                                        Progress Notes
--------------------------------------------------------------------
NOTE DATED: 03/11/2008 09:57
LOCAL TITLE: TLCP PSYCHIATRY
STANDARD TITLE: TELEPHONE ENCOUNTER NOTE
VISIT: 03/10/2008 14:00 MHC BOROWSKI WALK IN
```

This note is being entered as a follow-up to the detailed discussion conducted with the pt yesterday along with Ron Simon from SWS.

Pt insisted on being prescribed a benzodiazepine saying that this has been the only class of medications that has helped him in the past.  He was explained the potential long-term risks and side-effects of the same in stark contrast to the immediate but transient relief of his current symptom of anxiety.  It was also pointed out to him that SSRIs have similar benefits that have proven to be maintained for far longer durations of time with minimal side-effects.

He, once again, insisted that he has not experienced any such gains from any of the medications prescribed to him so far (see previous notes for entire list of meds) and had reportedly suffered a seizure recently which was treated at CMC Hospital at Scranton, where he was told that it was possibly secondary to the combination of Prozac & Ultram.  It was then pointed out to him that he had just been taken off the Prozac and started on Celexa.  Pt himself admitted to having been on Celexa for only the last 4 days, but felt fairly sure that it would also not prove to be of any benefit to him eventually.  He also insisted that he has "gone through" all the therapy sessions including those during his recent hospitalization at Coatesville VAMC last year and had nothing more to gain from them.

He finally agreed that potential concerns for ongoing safety could not be over-ridden and decided that he would not continue to wait for the long-term benefits of meds and that he would be better off implementing a drug-free trial.  Pt was encouraged to contact MHC in the future as needed for any help/guidance.

It is to be noted that pt had come in to the ER during the weekend but eventually signed out AMA stating that he was not suicidal after all but was merely misunderstood by staff.  BAL = 1.4 at that time (3/9/08) raising concerns of other possible forms of substance abuse.

Pt currently does have a prescription approved for Cymbalta 20mg po qod issued by Dr. Santos.

```
               Signed by: /es/ ARUNA BHATIA
                          STAFF PHYSICIAN BEHAVIORAL SVCS
                          03/11/2008 11:17
```

M 304

 

--------------------------------------------------------------------------------
MEDICAL RECORD                                                    Progress Notes
--------------------------------------------------------------------------------
NOTE DATED: 03/11/2008 10:55
LOCAL TITLE: TLCP SOCIAL WORK
STANDARD TITLE: TELEPHONE ENCOUNTER NOTE
VISIT: 03/11/2008 10:55 TLCP SOCIAL WORK SERVICE
D/ I called vet to follow-up on intervention from yesterday - 489-7276.  He was
not at home, but I spoke with Mrs. Laskowski who advised me that "Stanley is
doing much better.  He came there because he was withdrawing from the Tramadol
and he hadn't slept."  I left my number for him to call me when he has an
opportunity.
I conferred with Ron Simon after reviewing his notes from yesterday, including
the suicide risk assessment.  Vet was also seen by Drs. Santos and Bhatia
yesterday.  Dr. Hwang called him last night to check on him.
Vet is seen by Karen Lenchitsky of the Scranton Vet Center.  Reportedly he
prefers to go to that facility for his therapy.
A/ Based on the SRA and wife's comments, vet is considered a low, non-imminent
risk for harming himself at present.
P/ Vet will keep future appointments here and at the Vet Center and will call me
if he feels a need.
                    Signed by: /es/ JOHN J SHALANSKI, DSW
                               DSW
                               03/11/2008 11:10


03/11/2008 11:47       ADDENDUM          STATUS: COMPLETED
D/ Mr. Laskowski returned my call & was friendly and cooperative on the phone.
He confirmed that he is "feeling much better," and he was grateful that Dr.
Hwang had called him last night.  He stated that he is not having any thoughts
of harming himself at present."I told the staff in the ER that I did have
thoughts when my head was pounding from withdrawal in the middle of the night,
but I had no plan to harm myself."
Vet stated that he has not attempted to harm himself in the past.  He agree to
keep future appointments at the VAMC.
                    Signed by: /es/ JOHN J SHALANSKI, DSW
                               DSW
                               03/11/2008 11:50


                              M305

--------------------------------------------------------------------------------
LASKOWSKI,STANLEY P III ███████    WILKES-BARRE VAMC        Printed:06/29/2009 15:30
                                   Pt Loc: OUTPATIENT                  Vice SF 509
--------------------------------------------------------------------------------

 

---------------------------------------------------------------------------
MEDICAL RECORD                                                    Progress Notes
---------------------------------------------------------------------------
NOTE DATED: 03/11/2008 13:03
LOCAL TITLE: MENTAL HEALTH MEDICAL NOTE
STANDARD TITLE: MENTAL HEALTH NOTE
VISIT: 03/10/2008 21:00 TLCP PSYCHIATRY
TEL. CONTACT.
CALLED ABOUT 8:30PM LAST NIGHT FOR F/U ASSESSMENT.
PT REPORTED MHC VISIT TODAY WITH DR. SANTOS, DR. BHATIA, STEVE SHARDING PA AND
RON SIMON CSW.
DENIED ANY SIGNFICANT ACTIVE DEPRESSION, ANXIETY, PSYCHOSIS, OR SI/HI TODAY.
STATES HE HAS BEEN FEELING FINE WITH STABLE MOOD STATE AND NO SIGNIFICANT
NEUROVEGETAIVE SXS SINCE THE DISCHARGE ON SUNDAY. NO EVIDENCE OF SI NOTED.
HOWEVER, PT NOTED THAT HE HAS SOME QUESTIONS ABOUT HIS MEDICATION TREATMENT.
REPORTEDLY HE HAS BEEN ON A LONG TERM ANALGESIC MEDS AND PTSD TREATMENT WITH
SSRI WHICH PT NOTED HAS NOT BEEN EFFECTIVE. HE NOTED THAT THE ONLY MEDS THAT
HAS HELPED HIM WAS BENZOS(KLONOPIN) AND TRAMADOL FOR PAIN. PT ALSO NOTED
THAT HE HAD A "SEIZURE" COUPLE OF WEEKS AGO AND WAS TOLD (NON-VA) THAT IT WAS
RELATED TO THE DRUG TREATMENT AND WITHDRAWAL. DENIED ANY PRIOR HX OR RECURRENT
SEIZURES. PT HAS A HX PTSD, HIP PAIN, AND POLY SUBSTANCE ABUSE INCLUDING ETOH
ABUSE. PT HAS ALSO COMPLETED PTSD INPATIENT TX IN COATESVILLE VA IN 2006.
SOCIAL WORK INFORMED THAT PT ALSO HAS HAD A LEGAL PROBLEM SINCE LAST YEAR AFTER
HE BROKE INTO PHARMACY IN SCRANTON.
MSE) ALERT, ATTENTIVE, VERBAL, SPONTANEOUS,& COOPERATIVE ON TEL. CALL.
DENIES ACTIVE DEPRESSION AND ANXIETY OR PANIC SXS. DENIES SI/HI OR IMPULSIVE,
AGGRESSIVE THOUGHTS AT THIS TIME. LOGICAL, GOAL DIRECTED WITH NO OVERT PARANOID
OR GRANDIOSE DELUSIONS. NO OVERT A/V HALLUCIANTIONS NOTED: INTACT COGNITIONS AND
INSIGHT.
DX) 1. HX PTSD
2. HX SUBSTANCE ABUSE - OPIATE & ETOH
RECOMMENDATION)
PT TO F/U PTSD PROGRAM AND MHC TEAM
DETOX AND SARTP, PRN
NEED TO CONSULT WITH THE PAIN MANAGEMNT TEAM FOR ANALGESIC TX.

             Signed by: /es/ MICHAEL Y HWANG
                        Chief, Mental Health
                        03/11/2008 14:53


                              M306

---------------------------------------------------------------
MEDICAL RECORD                                    Progress Notes
---------------------------------------------------------------
03/14/2008 10:00      ** CONTINUED FROM PREVIOUS PAGE **
session, also applied cognitive behavioral techniques to assist
him with his PTSD symptoms; specifically, the heightened arousal
state and sensory state.

Worked with veteran on guided imagery and behavioral relaxation
techniques to assist when these episodes happen.

Again, the veteran was appreciative of the session and felt
benefit.

A.
1:    Post-Traumatic Stress Disorder.
2:    History of substance abuse.

P.
1:    The veteran will return on Monday, March 17, 2008, to see
      Dr. Webster.
2.    He will continue to see Karen Lenchitsky, LCSW, at the
      Scranton Vet Center.
3.    He is aware of 24-hour services and that he can call or
      come in at any time.
4.    Also, treatment planned the weekend as to what the veteran
      will do if he has any problems.  He is aware of both the
      emergency room services, and he also has the phone contact
      number for the Suicide National Hot Line, and he will
      utilize those services if needed.


d- 3-14-2008  8:12 p.m.
t- 3-14-2008  11:00 p.m.
TA2
#128138
                    Signed by: /es/ RONALD J SIMON
                               Local Recovery Coordinator
                               03/17/2008 16:27

        Receipt Acknowledged By:  /es/ ROBERT B WEBSTER
                                       PSYCHIATRIST
                                       03/25/2008 16:17


                            M307

---------------------------------------------------------------
LASKOWSKI,STANLEY P III        WILKES-BARRE VAMC    Printed:06/29/2009 15:30
                               Pt Loc: OUTPATIENT                Vice SF 509
---------------------------------------------------------------

---

MEDICAL RECORD                                                    Progress Notes
---
NOTE DATED: 03/14/2008 10:00
LOCAL TITLE: SW-GENERAL NOTE
STANDARD TITLE: SOCIAL WORK NOTE
VISIT: 03/14/2008 10:00 ZZZMHC SINON SWS
DATE OF EXAMINATION:  March 14, 2008

The veteran is a 30-year-old male seen today for a 30 minute
therapy session.  This is a service-connected visit.

The veteran was scheduled for this session to follow problem
areas from the weekend and session on Monday.  The veteran states
that he has spoken on the phone and also came in to visit with
the chief of psychiatry, Mental Health and Behavioral Services,
Michael Hwang, M.D.  He states after talking to Dr. Hwang, he
does agree to resume treatment at the VAMC in Wilkes-Barre.

The veteran was appreciative of interventions given to him.  He
states that at the present time he feels he is stable.  However,
he does state that he is depressed.  He continues to have anxiety.
However, he is more future-oriented and denies any thoughts of
harm to self or others.  He states that he is still struggling
with an issue related to his PTSD symptoms in the sense that he
reports that his senses are heightened and he gets in a
hyperarousal state where he states he feels anxiety and that
all of his senses are increased in terms of smell and awareness
and hearing.  He states it very much reminds him of what it was
like when he was in Iraq and getting shot at.  He states that
there are a few things that help a little bit, but he states
the only thing that seems to help the most is when he takes
Tramadol, and he does report to this Worker that he did buy
Tramadol over the Internet and has been taking it.  It is noted
that the Tramadol was discontinued for him recently by the VA
Medical Center.  He states that on Wednesday, he took three
tablets, and he also had to do this yesterday.

Medication education was provided to the veteran and I warned
him about the risks of doing this.  He states he is fully aware
of the risk, but he feels that it is his only option right now.
He has not picked up the Cymbalta that was ordered for him last
week, and he also is not taking the Celexa that was also
previously prescribed for him.

The veteran does report that he has an appointment on Monday,
March 17, 2008, with Dr. Webster, and he is awaiting this
appointment for further direction.

Also spoke to the veteran about substance abuse; specifically,
talked about his past Vicodin abuse.  Also discussed how the
emergency room from over the weekend reveals that he was abusing
Tylenol #3.  The veteran does admit to this and states it was
the only thing at that time that he could take to calm him down.

Also spoke to the veteran about the fact that when he was in
the Emergency Room over the weekend, lab results reveal that
he had a blood alcohol level of 1.4.  The veteran absolutely
denies drinking, "This must be a mistake."  He states he has
not drank any alcohol since August of 2007.

Discussed in this session treatment planning.  Offered veteran
individual therapy at the VAMC; specifically, PTSD treatment
with Dr. Dooley.  The veteran states that he feels that this
was helpful in the past, but at this point he wishes to continue
with Karen Lenchitsky, LCSW, at the Vet Center in Scranton.  He
also states that he will now see Dr. Webster rather than seek a
private psychiatrist.  Other services were offered to the veteran
such as PTSD groups.  However, he does not feel that they are
needed at this time.  He also states that there is a logistics
issue with traveling to Wilkes-Barre on a regular basis from
his home town of Throop and the price of gasoline right now.
The veteran was very appreciative of this session.  During this
                  ** THIS NOTE CONTINUED ON NEXT PAGE **
---
LASKOWSKI,STANLEY P III            WILKES-BARRE VAMC         Printed:06/29/2009 15:30
                                   Pt Loc: OUTPATIENT                 Vice SF 509
---

M 308

```
--------------------------------------------------------------------------------
MEDICAL RECORD                                                   Progress Notes
--------------------------------------------------------------------------------
NOTE DATED: 03/17/2008 08:57
LOCAL TITLE: SCANNED TBI DOCUMENTS
STANDARD TITLE: SCANNED REPORT
VISIT: 03/17/2008 08:57 FILEROOM
certified appt reminder for 3/24/ scanned and mailed
                    Signed by: /es/ SANDRA L JOHNSON
                               03/17/2008 08:57
```

M309

```
--------------------------------------------------------------------------------
LASKOWSKI,STANLEY P III          WILKES-BARRE VAMC       Printed:06/29/2009 15:30
                                 Pt Loc: OUTPATIENT                 Vice SF 509
--------------------------------------------------------------------------------
```

```
-------------------------------------------------------------------------------
MEDICAL RECORD                                                   Progress Notes
-------------------------------------------------------------------------------
03/17/2008 16:52      ** CONTINUED FROM PREVIOUS PAGE **
```

2. Start Depakote ER 500mg po x3 days then 1000mg po daily to stabilize mood.
3. Risks, benefits and side effects of current psychotropic medications were
discussed with the patient who verbalized understanding them. Patient agrees to
take prescribed medications.
4. Counseled and educated patient about mood symptoms, PTSD and treatment
options.
5. Advised patient to go to the nearest emergency room for any crisis and to
call this clinic as needed.
6. Return to clinic on 3/31/08 at 1030.
7. Valproic acid level and hepatic panel on 3/24/08.

   PROVIDER Med Reconciliation:
     Outpatient Medication Review
       A new medication is to be added after review of current medication
          profile at this clinic visit. See plan of care above.  Patient
          verbalizes understanding of use of new medication(s).
       A medication is to be discontinued during medication profile review
          at this clinic visit. See Plan of Care above. Patient verbalizes
          understanding of discontinuation of medication(s).

               Signed by: /es/ ROBERT B WEBSTER
                              PSYCHIATRIST
                              03/17/2008 17:24

                              M310

-------------------------------------------------------------------------------
LASKOWSKI STANLEY B III          WILKES-BARRE VAMC       Printed:06/29/2009 15:30
                                 Pt Loc: OUTPATIENT                  Vice SF 509
-------------------------------------------------------------------------------

```
--------------------------------------------------------------------------
MEDICAL RECORD                                                Progress Notes
--------------------------------------------------------------------------
```
NOTE DATED: 03/17/2008 16:52
LOCAL TITLE: PSYCHIATRY GENERAL NOTE
STANDARD TITLE: PSYCHIATRY NOTE
VISIT: 03/17/2008 12:30 ZZZMHC WEBSTER
Mr. Laskowsky was seen today for the first time for follow-up medication
management and supportive therapy.  Patient was prompt for scheduled
appointment.  Chart reviewed.

Patient was last seen by Mr. Scharding on 3/10/08 with recommendation to try
Cymbalta 20 mg q other day.

Patient reports that he came today to look for a new doctor. He states that Dr.
Hwang spoke to him and assigned him to this writer.  He reports that he had a
seizure because of the combination of Prozac and Tramadol and had to be seen in
the ER on 2/29/08.  He states that his work up for his seizure turned out
negative.  He reports being on Tramadol since 10/07 not for pain but to prevent
what he calls episodes when he feels like being back in the war, having an
adrenaline rush, heightened senses, anxious, and no need for sleep.  He reports
having trials of several SSRIs including Paxil, Wellbutrin, Effexor, Prozac,
Buspar, Celexa with poor response.

He denies problems with sleep and energy as long as he takes Tramadol. He states
that he would like to discontinue his Tramadol as long as there is something to
replace it to prevent his episodes. He states that he had flashbacks a week ago
when he heard people in his squad and seeing his squad walking in Baghdad.

He reports spending his day playing with his children ages 5, 3 and 9 months and
playing playstation. He states that he plans to move west, buy a house and
raise his children.  He reports working as an insurance salesman for about 6
months after his discharge from the service in 2/07. He is now unemployed.  Wife
works as a medical record clerk.

Denies any alcohol or illicit drug use.

He admits not taking his Cymbalta because he has been on several SSRIs and
had poor response to them.  He states that he is willing to try a mood
stabilizer as long as it would help him not experience having episodes of
feeling like he is back in Iraq.

Active Outpatient Medications (including Supplies):

       Active Outpatient Medications                        Status
      ===================================================   ==========
1)    ACETAMINOPHEN 300MG WITH CODEINE 30MG TAKE 2 TABLETS   ACTIVE
         BY MOUTH EVERY 8 HOURS AS NEEDED
2)    CAPSAICIN 0.075% CREAM (GM) APPLY SMALL AMOUNT         ACTIVE (S)
         TOPICALLY TWICE A DAY AS NEEDED TO AFFECTED AREA
3)    DIVALPROEX ER 500MG TAB TAKE ONE TABLET BY MOUTH AT    ACTIVE
         BEDTIME FOR 3 DAYS, THEN TAKE TWO TABLET AT BEDTIME
4)    DULOXETINE 20MG CAP TAKE ONE CAPSULE BY MOUTH EVERY    ACTIVE
         OTHER DAY
5)    KETOROLAC 60 MG/2ML INJ INJECT 60 MG INTRAMUSCULARLY   ACTIVE
         NOW
6)    MULTIVITAMIN TABLETS TAKE 1 TABLET BY MOUTH EVERY DAY  ACTIVE (S)
```

MENTAL STATUS EXAM:
Patient is alert and oriented to time, place, and person.  Cooperative, calm
and pleasant.  Fairly well groomed.  Appropriately dressed.  Mood is described
as "normal".  Affect is euthymic. No psychomotor agitation or retardation noted.
Speech is spontaneous, relevant, and coherent. Thought processes are organized
and logical.  Verbalizes no auditory or visual hallucinations.  No delusional
thoughts. Denies suicidal and homicidal ideation.  Memory, both recent and
remote, is intact. Insight is fair. Judgment is fair.

ASSESSMENT:
PTSD
r/o Cyclothymic disorder

                                        M311

PLAN:
1. Discontinue Cymbalta per pt request
                   ** THIS NOTE CONTINUED ON NEXT PAGE **
```
--------------------------------------------------------------------------
```
LASKOWSKI STANLEY P III              WILKES-BARRE VAMC       Printed:06/29/2009 15:30
███████████████████████              Pt Loc: OUTPATIENT                   Vice SF 509
```
--------------------------------------------------------------------------
```

 

```
------------------------------------------------------------------------
MEDICAL RECORD                                              Progress Note
------------------------------------------------------------------------
NOTE DATED: 03/19/2008 17:06
LOCAL TITLE: TLCP PSYCHIATRY
STANDARD TITLE: TELEPHONE ENCOUNTER NOTE
VISIT: 03/17/2008 12:30 ZZZMHC WEBSTER
Patient left a message indicating that he has been having side effects from his
medications (headaches, cramps above kidney and dark urine). Called patient by
phone today at 1710 and spoke with patient who reported that he had 2 doses of
Divalproex with last dose yesterday.  He stated that he has been reading a lot
about Divalproex which has made him concerned about taking it. He claims that
he has been having side effects from the medication including headaches,
cramping above the kidney and dark urine. Discussed and educated the patient
about the risks, benefits and side effects of Divalproex.  Patient requests to
discontinue Divalproex and try a new medication. Will discontinue Divalproex. He
was advised to call the MH clinic and schedule an appointment with this writer
tomorrow morning. He agrees with above plan.


              Signed by: /es/ ROBERT B WEBSTER
                             PSYCHIATRIST
                             03/19/2008 17:19
```

M312

```
------------------------------------------------------------------------
ASKOWSKI STANLEY R III          WILKES-BARRE VAMC      Printed:06/29/2009 15:30
                                Pt Loc: OUTPATIENT                Vice SF 509
------------------------------------------------------------------------
```

------------------------------------------------------------------
MEDICAL RECORD                                      Progress Notes
------------------------------------------------------------------
03/20/2008 14:08     ** CONTINUED FROM PREVIOUS PAGE **

4. Counseled and educated patient about mood and anxiety symptoms, compliance
with medications and treatment options.
5. Advised patient to abstain from alcohol use.
6. Advised patient to go to the nearest emergency room for any crisis and to
call this clinic as needed.
7. Return to clinic on 3/31/08.

    PROVIDER Med Reconciliation:
      Outpatient Medication Review
      A new medication is to be added after review of current medication
        profile at this clinic visit. See plan of care above.  Patient
        verbalizes understanding of use of new medication(s).

              Signed by: /es/ ROBERT B WEBSTER
                         PSYCHIATRIST
                         03/20/2008 14:35

M 313

```
--------------------------------------------------------------------------
MEDICAL RECORD                                              Progress Notes
--------------------------------------------------------------------------
```
NOTE DATED: 03/20/2008 14:08
LOCAL TITLE: PSYCHIATRY GENERAL NOTE
STANDARD TITLE: PSYCHIATRY NOTE
VISIT: 03/20/2008 13:30 ZZZMHC WEBSTER
Mr. Laskowski was seen today as a walk-in for follow-up medication management
and supportive therapy.  Chart reviewed.  Reviewed TLCP psychiatry note on
3/19/08 about his side effects from Divalproex which was subsequently
discontinued yesterday.

Patient reports that he has been feeling better since stopping Divalproex
yesterday.  He states that the headaches and cramping have vanished and now has
light urine.  He expresses appreciation for being seen today.

Reviewed with patient various psychotropic medications including mood
stabilizers, atypical antipsychotic, and anti-anxiety medications.  He asks if
he could try valium because he tried it about 2 weeks ago he obtained from a
friend and had good response from it. Potential for dependence and tolerance of
Valium and Xanax were discussed with the patient. Patient reports trying Buspar
with poor response, clonazepam with moderate response, Seroquel with increased
sedation.  He also states that he does not want to try lithium because of what
he has read about it being similar to Divalproex. After discussing various
medications option, patient agrees to try Risperdal for mood stabilization and
hydroxyzine for anxiety.

Patient was adamant when suggested he has a history of polysubstance dependence.
He reports that he drinks alcohol socially, with last alcohol drink in 8/07.  He
admits drinking alcohol in the marines and when he has episodes.  He denies
being treated for alcohol abuse.  He also denies using illicit drugs. He reports
that he used to take Vicodin.

Active Outpatient Medications (including Supplies):

```
     Active Outpatient Medications                         Status
=============================================================================
1)   ACETAMINOPHEN 300MG WITH CODEINE 30MG TAKE 2 TABLETS   ACTIVE
        BY MOUTH EVERY 8 HOURS AS NEEDED
2)   CAPSAICIN 0.075% CREAM (GM) APPLY SMALL AMOUNT          ACTIVE (S)
        TOPICALLY TWICE A DAY AS NEEDED TO AFFECTED AREA
3)   KETOROLAC 60 MG/2ML INJ INJECT 60 MG INTRAMUSCULARLY    ACTIVE
        NOW
4)   MULTIVITAMIN TABLETS TAKE 1 TABLET BY MOUTH EVERY DAY   ACTIVE (S)

     Pending Outpatient Medications                         Status
=============================================================================
1)   HYDROXYZINE PAMOATE 25MG CAP TAKE ONE CAPSULE BY        PENDING
        MOUTH TWICE A DAY AS NEEDED
2)   RISPERIDONE 1 MG TAKE ONE-HALF TABLET BY MOUTH EVERY    PENDING
        MORNING
```

6 Total Medications

MENTAL STATUS EXAM:
Patient is alert. Oriented to time, place, and person.  Cooperative, calm
and pleasant.  Fairly well groomed.  Appropriately dressed.  Mood is described
as "better".  Affect is euthymic, smiles. There is no psychomotor agitation or
retardation. No abnormal involuntary movements noted.  Speech is spontaneous,
relevant, and coherent. Thought processes are organized and logical. Denies
suicidal and homicidal ideation.  Memory, both recent and remote, is intact.
Insight is fair. Judgment is fair.

ASSESSMENT:
PTSD
r/o Cyclothymic disorder

PLAN:
1. Start Risperidone 0.5 mg po qam for mood stabilization.
2. Start Hydroxyzine 25m po bid prn for anxiety, may take 1 to 2 tabs.
3. Risks, benefits and side effects of various psychotropic medications inluding
Risperidone and Hydroxyzine were discussed with the patient who verbalized
understanding them. Patient agrees to take prescribed medications.
              ** THIS NOTE CONTINUED ON NEXT PAGE **
```
--------------------------------------------------------------------------
LASKOWSKI,STANLEY P III         WILKES-BARRE VAMC       Printed:06/29/2009 15:30
                                Pt Loc: OUTPATIENT              Vice SF 509
```

M 314

```
------------------------------------------------------------------
MEDICAL RECORD                                        Progress Note
------------------------------------------------------------------
NOTE DATED: 03/24/2008 09:07
LOCAL TITLE: NSG CLINICAL REMINDER NOTE
STANDARD TITLE: EDUCATION NOTE
VISIT: 03/24/2008 09:00 TBI HOGG 2HR CLINIC
   Influenza Immunization:
      Influenza Information
      The patient refused administration of the influenza vaccine at this
      time.
                 Signed by: /es/ CAROL A VALANIA
                                 LPN
                                 03/24/2008 09:11
```

M315

```
-------------------------------------------------------------------------
    MEDICAL RECORD       |      CONSULTATION SHEET        Page 4 of 4
-------------------------------------------------------------------------
Consult Request: Consult
                                              |Consult No.: 844478
=========================================================================
```

                          (Scheduled Comment)
        Entered by: JOHNSON,SANDRA L - 03/10/2008 8:35 am
        Responsible Person: DOSHI,SANJAYKUMAR J
        Entered at: WILKES-BARRE VAMC
TBI HOGG Consult Appt. on 03/24/08 @ 09:00
TBI


                          (Added Comment)
        Entered by: JOHNSON,SANDRA L - 03/17/2008 8:55 am
        Responsible Person: JOHNSON,SANDRA L
        Entered at: WILKES-BARRE VAMC
certified appt reminder for 3/24/ scanned and mailed


                          (Added Comment)
        Entered by: JOHNSON,SANDRA L - 03/24/2008 1:59 pm
        Responsible Person: JOHNSON,SANDRA L
        Entered at: WILKES-BARRE VAMC
Certified confirmation receipt for appt 3/24/08

M316

```
=========================================================================
LASKOWSKI,STANLEY P III    SERVICE CONNECTED 50% to 100%    SC VETERAN
```

```
-------------------------------------------------------------
  MEDICAL RECORD      |    CONSULTATION SHEET      Page 3 of 4
-------------------------------------------------------------
Consult Request: Consult
                                        |Consult No.: 844478
=============================================================
Consultation Results #6262419 continued.
```

Pupils were equal, round, reactive to light and accommodation.  There was no
visual field defect on confrontation testing.  Facial strength was normal.  His
hearing was normal for conversational speech.  He was able to hear 128 cps and
256 cps tuning forks in each ear.  Weber test was midline.  Tongue, jaw and
palate movements were normal.  Gait was normal.  He was able to do tandem gait
without difficulty.  Tests of coordination including finger-to-nose, heel-to-
shin, and rapid alternating movements were performed normally.  There was no
weakness.  Sensory examination was deferred.  Reflexes were symmetrical.
Plantar responses were flexor bilaterally.

ASSESSMENT:
1.      History of at least two episodes of exposure to blast injury while in
        Iraq, with one episode of brief loss of consciousness.  Subsequent
        symptoms are consistent with both TBI and PTSD.  He has been treated for
        PTSD.
2.      Normal neurologic examination today.

PLAN:
1.      Neuropsych testing.
2.      Keep EEG appointment already scheduled.
3.      Repeat audiometrics.
4.      MRI scan of the brain.
5.      Follow-up appointment after testing is completed.

/es/ JUDITH E HOGG
Staff Neurologist
Signed: 03/24/2008 11:37

Receipt Acknowledged By:
03/26/2008 08:58     /es/ INDUBHAI M PATEL, MD
                          STAFF PHYSICIAN, PRIMARY CARE

03/27/2008 ADDENDUM              STATUS: COMPLETED
Plan:
1. Neuropsych testing (Consult placed, not scheduled yet).
2. MRI Brain (4/1/08)
3. EEG to eval seizures
4. Repeat audiometric testing (Not ordered yet).
5. F/U with TBI after above etsting completed.
Goal:
1,2,5 - Dx & tx ? TBI
3 - Eval seizures
4 - Eval hearing impairment

/es/ SANDRA DOMPKOSKY RN MSN
OIF/OEF RN Case Manager
Signed: 03/27/2008 10:10

Receipt Acknowledged By:
03/27/2008 14:19     /es/ Colleen M. Kaskel, MSN, RN
                          Acting OIF/OEF Program Coordinator
03/31/2008 06:40     /es/ A C GERMAIN-TUDGAY
                          Supervisor, PMR/ASP
03/27/2008 10:11     /es/ ALAN KURLANSKY, LCSW, BCD
                          SCI/D COORDINATOR / CLINICAL SOCIAL WORKER
03/27/2008 15:11     /es/ Patricia L. Farrell, Psy.D.
                          Clinical Psychologist
03/27/2008 14:58     /es/ MAURA E BANFORD
                          OCCUPATIONAL THERAPIST
03/27/2008 11:25     /es/ ERIK B PEARSON, MSPT
                          PHYSICAL THERAPIST
03/28/2008 17:34     /es/ JUDITH E HOGG
                          Staff Neurologist
```

M317

```
=============================================================
LASKOWSKI,STANLEY P III    SERVICE CONNECTED 50% to 100%    SC VETERAN
```

```
------------------------------------------------------------------------
  MEDICAL RECORD        |    CONSULTATION SHEET      Page 2 of 4
------------------------------------------------------------------------
Consult Request: Consult
                                              |Consult No.: 844478
========================================================================
Consultation Results #6262419 continued.
```

The patient is a 30 year old man referred for consultation because of possible TBI sustained while on duty in Iraq. The history was obtained from the patient and from review of the medical record.

The patient served in Iraq in the Marine Corps from March through July, 2003. He was in the first invasion wave, and remembers several incidents when he was exposed to blasts. He remembers two incidents well. In the first instance, he was near a tank when the tank began to fire. He was thrown to the ground, as were other people in his patrol group. He was unconscious for perhaps a few seconds. His memory is fuzzy for the events just before the blast, and for a few seconds after the blast. He did not have any external or visible injury to his head. His leg was grazed by a piece of shrapnel. When he picked himself up from the ground, he went to help others who were still unconscious. He helped them to wake up. The second instance was also in relation to tank fire. A tank had shelled a building. The force of the blast stunned the patient who was nearby. The patient served in Iraq until July, 2003. Since returning to the United States, he has been aware of many symptoms including dizziness, memory loss, poor balance, poor coordination, and impaired ability to sleep. He has been told that he has post-traumatic stress disorder, which is being treated. For a while, he was on Prozac and Tramadol. Last month, while on the two medications, he had a grand mal seizure. CT scan of the head was normal. The patient was taken off both medications, and started on Depakote. He could not tolerate Depakote, and the medication has now been discontinued. He is scheduled for an EEG soon. He has not had an MRI scan of the brain. When he was seen recently in the emergency room, he was asked about brain injury. TBI questionnaire results led to the request for TBI consultation.

At present, the patient is troubled by several neurologic symptoms. He has severe forgetfulness. He has poor concentration and is easily distracted from tasks. He also has been aware that his thinking ability is slowed, he is disorganized, and he is unable to finish projects. He has moderate difficulty making decisions. He also reports dizziness, which he describes as a spinning sensation accompanied by "blacking out" of his peripheral vision. Dizziness is not accompanied by nausea or vomiting although he does have unexplained vomiting at other times. His balance is poor. He feels unsteady when first standing up, and unsteady when climbing stairs. He has poor coordination. He has what he says is a migraine headache every day. He takes Excedrin Migraine twice per day. The headaches are accompanied by nausea and vomiting. He has sensitivity to light. When he first sees daylight, it feels like a "shock wave" in his eyes and head. He has trouble with hearing. Although audiometrics one year ago showed no significant hearing loss, the patient says that he can not hear his wife when she speaks, but reads her lips. Without the monitor near him, he does not hear his baby cry. He has lost his senses of smell and taste. His appetite remains good. He has difficulty falling asleep and staying asleep. He feels tense and anxious, as well as depressed. He is irritable, being easily annoyed. He also has poor frustration tolerance, and is easily overwhelmed by things.

PAST MEDICAL HISTORY: PTSD; Hip pain; Polysubstance dependence; concussion in 1994 secondary to MVA.

MEDICATIONS: Excedrin Migraine; Risperdone; Tylenol #3; Hydroxyzine; Multi-vitamins.

He has no known allergies.

FAMILY HISTORY: Gout, peripheral vascular disease, alcohol and drug abuse.

SOCIAL HISTORY: He is married, lives with his wife and three children, ages 5, 3 and 9 months. The patient is not working outside the home. His wife is working, and the patient is taking care of the children.

REVIEW OF SYSTEMS: Otherwise, negative.

EXAMINATION: The patient was alert, cooperative, and in no distress. Behavior was normal. Weight 193.7 lbs. Pulse 96 Resp 18 Blood Pressure 112/75 Mental status was normal. Examination of cranial nerves II-XII was also normal.

```
========================================================================
LASKOWSKI,STANLEY P III    SERVICE CONNECTED 50% to 100%    SC VETERAN
```

M318

```
-------------------------------------------------------------------------------
|  MEDICAL RECORD          |     CONSULTATION SHEET     |  Page 1 of 4
-------------------------------------------------------------------------------
Consult Request: Consult                        |Consult No.: 844478
-------------------------------------------------------------------------------
To: TBI (TRAUMATIC BRAIN INJURY)           |Requested: 03/09/2008 6:26 am
    From: ER (MIDNIGHT) CLINIC
Requesting Facility: WILKES-BARRE VAMC
===============================================================================
```

Current Primary Care Provider: PATEL,INDUBHAI M
        Current Primary Care Team: GENERAL MEDICINE

REASON FOR REQUEST: (Complaints and findings)
SERVICE CONNECTED % - 60

TINNITUS  10%  SC
BURSITIS  10%  SC
BURSITIS  10%  SC
LIMITED EXTENSION OF FOREARM  20%  SC
MALUNION OF ANKLE  0%  SC
SINUSITIS,FRONTAL,CHRONIC  10%  SC
POST-TRAUMATIC STRESS DISORDER  100%  SC
PERIOD OF SERVICE - PERSIAN GULF WAR

COMBAT SERVICE - NO
Is patient an OEF/OIF returnee?  No

Reason for Request:  patient has been close various explosive and clamis
that
he had "
concussion "
  please refer TBI SCREENING DON EBY ME BY DR.DOSHI UNDER ER ATTENDING
NOTE . PLEASE REVIEW AND ADVISE
```
-------------------------------------------------------------------------------
PROVISIONAL DIAG: TBI?
-------------------------------------------------------------------------------
REQUESTED BY:                |PLACE:              |URGENCY:
DOSHI,SANJAYKUMAR J          |Consultant's choice |Routine
STAFF PHYSICIAN(CARDIOLOGY)MEDICAL |ERVICE        |
(Pager: 814)                 |SERVICE RENDERED AS:|
(Phone: 7524)                |Outpatient          |
-------------------------------------------------------------------------------
```

CONSULTATION NOTE #6262419

LOCAL TITLE: CONSULTATION REPORT
STANDARD TITLE: CONSULT
DATE OF NOTE: MAR 24, 2008@10:30      ENTRY DATE: MAR 24, 2008@10:31:10
    AUTHOR: HOGG,JUDITH E           EXP COSIGNER:
    URGENCY:                            STATUS: COMPLETED

    *** CONSULTATION REPORT Has ADDENDA ***

SERVICE CONNECTED % - 60
TINNITUS  10%  SC
BURSITIS  10%  SC
BURSITIS  10%  SC
LIMITED EXTENSION OF FOREARM  20%  SC
MALUNION OF ANKLE  0%  SC
SINUSITIS,FRONTAL,CHRONIC  10%  SC
POST-TRAUMATIC STRESS DISORDER  100%  SC
PERIOD OF SERVICE - PERSIAN GULF WAR

```
===============================================================================
AUTHOR & TITLE:                            |DATE:
-------------------------------------------------------------------------------
ID #:_____|ORGANIZATION:WILKES-BARRE VAMC |REG #:____|LOC: ER (MIDNIGH
-------------------------------------------------------------------------------
LASKOWSKI STANLEY P III    SERVICE CONNECTED 50% to 100%    SC VETERAN
                                            CONSULTATION SHEET
                            Phone: ▮▮▮▮▮▮   Standard Form 513 (Rev 9-77)
```

M 319

```
------------------------------------------------------------------------
MEDICAL RECORD                                          Progress Notes
------------------------------------------------------------------------
NOTE DATED: 03/24/2008 10:42
LOCAL TITLE: SW-GENERAL NOTE
STANDARD TITLE: SOCIAL WORK NOTE
VISIT: 03/24/2008 09:00 TBI HOGG 2HR CLINIC
  Patient was seen today and completed an NSI 22.  Completed NSI 22 was given to
Dr. Hogg.  No further social work intervention is needed at this time.

              Signed by: /es/ BARBARA A REXER
                             Social Work Intern
                             03/24/2008 10:43

            Cosigned by: /es/ ALAN KURLANSKY, LCSW, BCD
                             SCI/D COORDINATOR / CLINICAL SOCIAL WORKER
                             03/24/2008 11:51
```

M320

```
------------------------------------------------------------------------
LASKOWSKI, STANLEY P III        WILKES-BARRE VAMC        Printed:06/29/2009 15:30
                                Pt Loc: OUTPATIENT              Vice SF 509
------------------------------------------------------------------------
```

---
MEDICAL RECORD                                                    Progress Notes
---

NOTE DATED: 03/24/2008 15:31
LOCAL TITLE: TLCP PSYCHIATRY
STANDARD TITLE: TELEPHONE ENCOUNTER NOTE
VISIT: 03/20/2008 13:30 ZZZMHC WEBSTER
Patient left a note stating that the hydroxyzine makes him fall asleep for 6
hours.   Spoke with phone by phone today at 1530.   He reported that he took two
doses of hydroxyzine but it put him to sleep.   Discussed with patient decreasing
the dose to 10mg which he agreed to comply.   He requested to have the new
prescription of hydroxyzine mailed to his home.  Will discontinue previous order
for Hydroxyzine 25mg po bid prn for anxiety.   Will place new order for
Hydroxyzine 10mg po bid prn for anxiety to be mailed.

            Signed by: /es/ ROBERT B WEBSTER
                            PSYCHIATRIST
                            03/24/2008 15:37

M 321

---
LASKOWSKI,STANLEY P III          WILKES-BARRE VAMC        Printed:06/29/2009 15:30
███████████████████████          Pt Loc: OUTPATIENT                  Vice SF 509
---

```
------------------------------------------------------------------------
MEDICAL RECORD                                            Progress Notes
------------------------------------------------------------------------
NOTE DATED: 03/31/2008 12:45
LOCAL TITLE: NO SHOW NOTE
STANDARD TITLE: NO SHOW NOTE
VISIT: 03/31/2008 11:30 NEURO(EEG)8TH FLR SILVER AREA
     Job 03-49, MRC Approved 12-10-03


LASKOWSKI,STANLEY P III did not show for clinic appointment. Chart reviewed.
Did not speak to patient

Non-urgent, send standard no show letter.

                    Signed by: /es/ Florence Longmore, REEGT/RPSGT
                               registered eeg technologist
                               03/31/2008 12:46
```

M322

 

----------------------------------------------------------------------------------

MEDICAL RECORD

----------------------------------------------------------------------------------

NOTE DATED: 03/31/2008 14:20
LOCAL TITLE: NO SHOW NOTE
STANDARD TITLE: NO SHOW NOTE
VISIT: 03/31/2008 13:00 PT-AMS/2ND FLR SILVER AREA
     Job 03-49, MRC Approved 12-10-03


LASKOWSKI,STANLEY P III did not show for clinic appointment. Chart reviewed.
Did not speak to patient

              Signed by: /es/ ERIK B PEARSON, MSPT
                         PHYSICAL THERAPIST
                         03/31/2008 14:21

M323



---

Progress Notes
---

MEDICAL RECORD

NOTE DATED: 03/31/2008 14:57
LOCAL TITLE: NO SHOW NOTE
STANDARD TITLE: NO SHOW NOTE
VISIT: 03/31/2008 10:30 ZZZMHC WEBSTER
      Job 03-49, MRC Approved 12-10-03


LASKOWSKI,STANLEY P III did not show for clinic appointment. Chart reviewed.
Did not speak to patient

I was unable to reach the patient.  Send URGENT NO SHOW letter.


                    Signed by: /es/ ROBERT B WEBSTER
                               PSYCHIATRIST
                               03/31/2008 14:58


03/31/2008 14:58      ADDENDUM          STATUS: COMPLETED
Attempted to contact patient by phone at 1455 today about not showing for
scheduled appointment with this writer today at 1030.

I was unable to speak to patient.  No answering machine.
                    Signed by: /es/ ROBERT B WEBSTER
                               PSYCHIATRIST
                               03/31/2008 14:58


M 324

---
LASKOWSKI,STANLEY P III          WILKES-BARRE VAMC       Printed:06/29/2009 15:30
                                 Pt Loc: OUTPATIENT                   Vice SF 509
---



```
-----------------------------------------------------------------------
MEDICAL RECORD
-----------------------------------------------------------------------
NOTE DATED: 04/01/2008 15:07
LOCAL TITLE: TLCP OIF/OEF
STANDARD TITLE: OEF/OIF TELEPHONE ENCOUNTER NOTE
VISIT: 04/01/2008 15:07 TLCP OIF/OEF
PT WAS CALLED CONCERNING A NO SHOW APPT ON 3/31/08 WITH DR WBRSTER IN MHC. PT
NOT HOME AND HAS NO ANSWERING MACHINE UNABLE TO LEAVE A MESSAGE.
                     Signed by: /es/ MARY C REEDY
                                     LPN
                                     04/01/2008 15:09

        Receipt Acknowledged By:   /es/ Colleen M. Kaskel, MSN, RN
                                        Acting OIF/OEF Program Coordinator
                                        04/01/2008 15:13


04/01/2008 15:12      ADDENDUM          STATUS: COMPLETED
PT ALSO MISSED APPOINTMENTS WITH EEG  WITH FLORENCE LONGEMORE AND PT AMS WITH
ERIC PERISON.
                     Signed by: /es/ MARY C REEDY
                                     LPN
                                     04/01/2008 15:16

        Receipt Acknowledged By:   /es/ Colleen M. Kaskel, MSN, RN
                                        Acting OIF/OEF Program Coordinator
                                        04/01/2008 16:12
```

M 325

```
-----------------------------------------------------  Printed:06/29/2009 15:30
                         WILKES-BARRE VAMC                        Vice SF 509
LASKOWSKI,STANLEY P III  Pt Loc: OUTPATIENT  -------------------------------
```

Progress Notes

MEDICAL RECORD
NOTE DATED: 04/08/2008 14:12
LOCAL TITLE: SCANNED C&P
STANDARD TITLE: SCANNED NOTE
VISIT: 04/08/2008 14:12 FILEROOM
see vista imaging

                    Signed by: /es/ THOMAS R BROLLEY
                                04/08/2008 14:13

M326



MEDICAL RECORD
NOTE DATED: 04/11/2008 10:54
LOCAL TITLE: TLCP PSYCHIATRY
STANDARD TITLE: TELEPHONE ENCOUNTER NOTE
VISIT: 04/11/2008 10:54 TLCP BERWICK MHC
Patient left a message stating that both meds (most likely referring to low doses of hydroxyzine and Risperidone) prescribed are not working.  Attempted to call his call back cell number 843-263-3829 twice today at about 1100 with operator indicating number is incorrect.  Attempted to call his home # 570-489-7276 but was unable to speak with patient but left voicemail message to call back MH clinic.

                Signed by: /es/ ROBERT B WEBSTER
                            PSYCHIATRIST
                            04/11/2008 11:01

M327

LASKOWSKI, STANLEY P III ████████    WILKES-BARRE VAMC
                                      Pt Loc: OUTPATIENT

MEDICAL RECORD

NOTE DATED: 04/21/2008 19:05
LOCAL TITLE: TLCP PSYCHOLOGY
STANDARD TITLE: TELEPHONE ENCOUNTER NOTE
VISIT: 04/21/2008 19:05 TLCP PSYCHOLOGY
attempted to f/u with veteran on his interest in PTSD TX. Office/cell # listed
is d/c and home number stated he no longer lives there, without forwarding
number.

                    Signed by: /es/ MATTHEW DOOLEY
                               STAFF PSYCHOLOGIST BEHAVIORAL SVCS
                               04/21/2008 19:06

M328

```
------------------------------------------------------------------------
                                                        Progress Notes
------------------------------------------------------------------------
MEDICAL RECORD
------------------------------------------------------------------------
NOTE DATED: 04/23/2008 13:44
LOCAL TITLE: TLCP SOCIAL WORK
STANDARD TITLE: TELEPHONE ENCOUNTER NOTE
VISIT: 04/23/2008 13:44 TLCP SOCIAL WORK SERVICE
```

Phone call made to veteran.  He placed a phone call to Dr. Hwang, however, he is
not available today, so this worker returned call.  Veteran states that Dr.
Hwang told him to call him if he needed Tramadol.  Informed veteran that a
psychiatrist would not prescribe it, but primary care would.  Veteran states he
is aware of this, but states that Dr. Hwang might remove the "red flag".  He
states that based on this primary care will not prescribe.  It currently is not
prescribed to him, but has been taking what he has left over.  "I know I should
not be taking it, but it takes away my PTSD symptoms".  Offered veteran detox or
rehab, but he refuses.  "I am addicted to it, but the withdrawal has already
passed, I just need it to take away my PTSD symptoms".  Worked with veteran on
issue from the past and how he broke into a pharmacy to get pain meds, he
states, "no I'm not at that point, I would not do that".  Advised veteran to
call primary care, but he states he can't due to the flag and that they won't
prescribe.  Veteran denies any suicidal thoughts, and states other that the
issue of the Tramadol, that things are going well.  Will refer to Dr. Webster to
call veteran.  Veteran is aware of 24 hour services.

                    Signed by: /es/  RONALD J SIMON
                                     Local Recovery Coordinator
                                     04/23/2008 13:53

        Receipt Acknowledged By:  /es/  ROBERT B WEBSTER
                                        PSYCHIATRIST
                                        04/23/2008 15:44


04/23/2008 13:54        ADDENDUM        STATUS: COMPLETED
Veteran has a new phone number, ▮▮▮▮▮▮▮
                    Signed by: /es/  RONALD J SIMON
                                     Local Recovery Coordinator
                                     04/23/2008 13:54
```

M329

```
------------------------------------------------------------------------
                                                Printed:06/26/2009 16:53
                                                        Vice SF 509
LASKOWSKI,STANLEY P III ▮▮▮▮▮   WILKES-BARRE VAMC
                                Pt Loc: OUTPATIENT
------------------------------------------------------------------------
```

```
------------------------------------------------------------------------
MEDICAL RECORD                                            Progress Notes
------------------------------------------------------------------------
```

NOTE DATED: 04/23/2008 16:12
LOCAL TITLE: TLCP PSYCHIATRY
STANDARD TITLE: TELEPHONE ENCOUNTER NOTE
VISIT: 04/23/2008 15:49 TLCP PSYCHIATRY
Spoke with Ron Simon today who reported speaking with Mr. Laskowski about his
needing a refill on Tramadol.  See Mr. Simon's note. Called and spoke with
patient today at 1610.  Patient reports that he has a new cell# (570-614-8885)
and that he recently moved to a new address in Olyphant, PA.

Patient reported that he tried the Risperdal 0.5 mg for 2 weeks with no response
and then he tried increasing it to one tablet, i.e., 1mg, on his own for 5 to 6
days with no response.  He reported taking hydroxyzine 10mg but it was making
him dizzy and then tried cutting it to half, i.e. 5mg, on his own but was still
making him dizzy.  He reported stopping both his hydroxyzine and Risperidone
about 10 days ago.  Advised patient to discontinue hydroxyzine and that since he
tolerated the Risperidone he could increase the dose to 1mg po bid for his "ptsd
symptoms".  Reminded patient about his appointment with Dr. Thomas on 4/29/08 at
1030 which he thought was going to be with this writer. Advised patient to call
the MH clinic to schedule appointment with this writer.

                    Signed by: /es/ ROBERT B WEBSTER
                               PSYCHIATRIST
                               04/23/2008 16:30

M 330

```
------------------------------------------------------------------
  MEDICAL RECORD      |   CONSULTATION SHEET      Page 2 of 2
------------------------------------------------------------------
Consult Request: Consult                    |Consult No.: 844909
==================================================================
Consultation Results #6371775 continued.
```

### OUTPATIENT EEG REPORT

The EEG was performed with the patient in the alert, awake, drowsy, and sleep state.

Hyperventilation and photic stimulation were performed.  The EKG lead is nonoperable.

A 20-channel EEG was performed according to the above technique. The study demonstrates awake and background rhythm of 9-10 Hz, posteriorly predominant alpha activity.  Much of the anterior leads demonstrate high frequency and low amplitude beta activity, which may be related to medications, the patient is on clonazepam.  The tracing demonstrates some eye movement artifact. No definite focal or epileptiform features are seen.  The tracing slows during periods of presumed drowsiness and light sleep, photic  stimulation and hyperventilation failed to provide significant further pathologic information.

During drowsiness, an occasional sharper wave form is seen, felt to represent a sharp transient.  The technician reports brief sharp myoclonic-type discharges which are not focal and not repetitive and are not associated with any observable motor activity.  Strict clinical correlation is required.

IMPRESSION:

No definite focal or epileptiform features.

Clinical correlation is required.

Basically, a normal EEG.

```
d- 4-29-2008  12:25 p.m.
t- 4-29-2008  3:00 p.m.
TA2
#140997
/es/ JOHN P FEERICK,MD,FAHA
Neurologist/Medical Svc
Signed: 04/30/2008 07:13
```

```
------------------------------------------------------------------
            (Administrative Complete Comment)
      Entered by: LONGMORE,FLORENCE - 03/10/2008 2:13 pm
      Responsible Person: LONGMORE,FLORENCE
      Entered at: WILKES-BARRE VAMC
SCHEDULED 3-24-08 AT 10AM TO CORRELATE WITH EXSISTING APPT.


                  (Added Comment)
      Entered by: LONGMORE,FLORENCE - 03/13/2008 9:21 am
      Responsible Person: LONGMORE,FLORENCE
      Entered at: WILKES-BARRE VAMC
Moved to 3-31-08 to correlate with PT appt.


                  (Added Comment)
      Entered by: LONGMORE,FLORENCE - 04/07/2008 10:15 am
      Responsible Person: LONGMORE,FLORENCE
      Entered at: WILKES-BARRE VAMC
Patient called he will like his EEG rescheduled to 4-29@ 9:30 to correlate
with MHC and MRI appts, done.
```

M331

```
==================================================================
LASKOWSKI,STANLEY P III    SERVICE CONNECTED 50% to 100%    SC VETERAN
```

```
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      01/26/197           CO    LTATION SHEET
-------------------------------------------------------------
   MEDICAL RECORD              |    CONSULTATION SHEET    Page 1 of 2
-------------------------------------------------------------
Consult Request: Consult                   |Consult No.: 844909
-------------------------------------------------------------
To: EEG-OUTPATIENT                         |Requested: 03/10/2008 2:06 pm
    From: ZZZPATEL I PRICARE               |
Requesting Facility: WILKES-BARRE VAMC
===============================================================
Current Primary Care Provider: PATEL,INDUBHAI M
    Current Primary Care Team: GENERAL MEDICINE

REASON FOR REQUEST: (Complaints and findings)
SERVICE CONNECTED % - 60

TINNITUS   10%  SC
BURSITIS   10%  SC
BURSITIS   10%  SC
LIMITED EXTENSION OF FOREARM  20%  SC
MALUNION OF ANKLE   0%  SC
SINUSITIS,FRONTAL,CHRONIC  10%  SC
POST-TRAUMATIC STRESS DISORDER  100%  SC
PERIOD OF SERVICE - PERSIAN GULF WAR
PERIOD OF SERVICE - PERSIAN GULF WAR

COMBAT SERVICE - NO
Is patient an OEF/OIF returnee?  No

Reason for Request: 30 y/o male with seizure on tramadol
-------------------------------------------------------------
PROVISIONAL DIAG: seizure
-------------------------------------------------------------
REQUESTED BY:              |PLACE:              |URGENCY:
PATEL,INDUBHAI M           |Consultant's choice |Routine
STAFF PHYSICIAN, PRIMARY CARE |                 |
(Pager: 272)               |SERVICE RENDERED AS: |
(Phone: 4885)              |Outpatient          |
-------------------------------------------------------------
       ****** Unknown Significant Findings ******

            CONSULTATION NOTE #6371775

  LOCAL TITLE: CONSULTATION REPORT
  STANDARD TITLE: CONSULT
  DATE OF NOTE: APR 29, 2008@09:30    ENTRY DATE: APR 29, 2008@15:49:50
      AUTHOR: FEERICK,JOHN        EXP COSIGNER:
      URGENCY:                        STATUS: COMPLETED

SERVICE CONNECTED % - 60
TINNITUS   10%  SC
BURSITIS   10%  SC
BURSITIS   10%  SC
LIMITED EXTENSION OF FOREARM  20%  SC
MALUNION OF ANKLE   0%  SC
SINUSITIS,FRONTAL,CHRONIC  10%  SC
POST-TRAUMATIC STRESS DISORDER  100%  SC
PERIOD OF SERVICE - PERSIAN GULF WAR

CONSULTATION #844909

DATE OF EXAMINATION: April 29, 2008
===============================================================
AUTHOR & TITLE:         M332          |DATE:
-------------------------------------------------------------
ID #:_____|ORGANIZATION:WILKES-BARRE VAMC |REG #:____|LOC: ZZZPATEL I
-------------------------------------------------------------
LASKOWSKI,STANLEY P III   SERVICE CONNECTED 50% to 100%  SC VETERAN
                                            CONSULTATION SHEET
                                            Standard Form 513 (Rev 9-77)
                         Phone:
```

```
---------------------------------------------------------------------------
MEDICAL RECORD                                              Progress Notes
---------------------------------------------------------------------------
NOTE DATED: 04/29/2008 10:45
LOCAL TITLE: NSG NURSING NOTE(T)
STANDARD TITLE: NURSING NOTE
VISIT: 04/29/2008 10:30 THOMAS PRIMARY/30
Vital Signs:

TEMPERATURE: 99.3 F [37.4 C] (04/29/2008 10:41)
PULSE:        75 (04/29/2008 10:41)
RESPIRATION: 20 (04/29/2008 10:41)
BP:          118/75 (04/29/2008 10:41)
PAIN:         6 (04/29/2008 10:41)
```

DATA: PT HERE TODAY W/COMPLAINTS OF #6 PAIN IN UPPER BACK. ALERT & COOPERATIVE.


ASSESSMENT: HEALTH SEEKING BEHAVIOR


PLAN: TO SEE DR THOMAS
    Influenza Immunization:
        Influenza Information
        The patient refused administration of the influenza vaccine at this
        time.
                    Signed by: /es/ Cheryl A OMalley, LPN
                               LPN Staff Nurse
                               04/29/2008 10:50

M333

---

MEDICAL RECORD                                                    Progress Notes

---

NOTE DATED: 04/29/2008 11:18
LOCAL TITLE: MED GENERAL NOTE
STANDARD TITLE: PRIMARY CARE NOTE
VISIT: 04/29/2008 10:30 THOMAS PRIMARY/30
Patient is scheduled in my clinic by error and the Dr. Patel is the PCP for this
patient. The veteran is not aware why he is in my clinic. He is advised to
schedule an appointment with Dr. Patel for f/u and the clerks at the front
desk was advised to schedule this appointment.

                    Signed by: /es/ JUSTIN THOMAS, MD
                               STAFF PHYSICIAN BEHAVIORAL SVCS
                               04/29/2008 11:21

M334

---

LASKOWSKI STANLEY P III        WILKES-BARRE VAMC        Printed:06/26/2009 16:53
                               Pt Loc: OUTPATIENT                Vice SF 509

---

```
--------------------------------------------------------------------
    MEDICAL RECORD       |   CONSULTATION SHEET      Page 2 of 2
--------------------------------------------------------------------
Consult Request: Consult
                                              |Consult No.: 863583
====================================================================
Consultation Results #6378328 continued.
```

evaluation. Your last note indicated he had cervical strain, treated with
Tylenol #3 and capascin cream. If consult is necessary, please obtain
appropriate imaging first and clearly delineate nature of his pain problems and
how we can assist you.

/es/ STEPHEN A SCHARDING, PA-C
PHYSICIAN ASSISTANT
Signed: 05/01/2008 11:14

Receipt Acknowledged By:
05/02/2008 09:24      /es/ NABEELA Z MIAN, M.D.
                           CHIEF, RHEUMATOLOGY/MEDICAL SERVICE
05/01/2008 11:15      /es/ MICHAEL J SURDY
                           PHARMD.
05/02/2008 14:25      /es/ MICHAEL Y HWANG
                           Chief, Mental Health
05/01/2008 15:06      /es/ INDUBHAI M PATEL, MD
                           STAFF PHYSICIAN, PRIMARY CARE

M335

```
====================================================================
LASKOWSKI,STANLEY P III    SERVICE CONNECTED 50% to 100%    SC VETERAN
```

```
-----------------------------------------------------------------------
   MEDICAL RECORD      |    CONSULTATION SHEET      Page 1 of 2
-----------------------------------------------------------------------
Consult Request: Consult                  |Consult No.: 863583
-----------------------------------------------------------------------
To: PAIN EVALUATION CLINIC-OUTPATIENT
    From: ZZZPATEL I PRICARE              |Requested: 04/29/2008 1:16 pm
-----------------------------------------------------------------------
Requesting Facility: WILKES-BARRE VAMC
=======================================================================
Current Primary Care Provider: PATEL,INDUBHAI M
    Current Primary Care Team: GENERAL MEDICINE
```

REASON FOR REQUEST: (Complaints and findings)
SERVICE CONNECTED % - 60

TINNITUS  10%  SC
BURSITIS  10%  SC
BURSITIS  10%  SC
LIMITED EXTENSION OF FOREARM  20%  SC
MALUNION OF ANKLE   0%  SC
SINUSITIS,FRONTAL,CHRONIC  10%  SC
POST-TRAUMATIC STRESS DISORDER  100%  SC
PERIOD OF SERVICE - PERSIAN GULF WAR

COMBAT SERVICE - NO
Is patient an OEF/OIF returnee?  No

Reason for Request:  30 y/o male with chronic neck shoulder pain, body
ache,
please evaluate
and advise.

```
-----------------------------------------------------------------------
PROVISIONAL DIAG: neck pain /bodyache/shoulder pain
-----------------------------------------------------------------------
REQUESTED BY:                  |PLACE:              |URGENCY:
PATEL,INDUBHAI M               |Consultant's choice |Routine
STAFF PHYSICIAN, PRIMARY CARE  |                    |
(Pager: 272)                   |SERVICE RENDERED AS:|
(Phone: 4885)                  |Outpatient          |
-----------------------------------------------------------------------
```

CONSULTATION NOTE #6378328

 LOCAL TITLE: CONSULTATION REPORT
STANDARD TITLE: CONSULT
DATE OF NOTE: MAY 01, 2008@11:10    ENTRY DATE: MAY 01, 2008@11:10:42
    AUTHOR: SCHARDING,STEPHEN A  EXP COSIGNER:
    URGENCY:                        STATUS: COMPLETED

SERVICE CONNECTED % - 60
TINNITUS  10%  SC
BURSITIS  10%  SC
BURSITIS  10%  SC
LIMITED EXTENSION OF FOREARM  20%  SC
MALUNION OF ANKLE   0%  SC
SINUSITIS,FRONTAL,CHRONIC  10%  SC
POST-TRAUMATIC STRESS DISORDER  100%  SC
PERIOD OF SERVICE - PERSIAN GULF WAR

Pt's chart was reviewed, I am unable to ascertain the nature of this vets pain.
If you feel if from his neck, it would require an MRI C Spine prior to PEC
assessment. If it from his shoulder, he should have imaging and possible ortho

```
=======================================================================
AUTHOR & TITLE:                            |DATE:
-----------------------------------------------------------------------
ID #:_____|ORGANIZATION:WILKES-BARRE VAMC |REG #:_____|LOC: ZZZPATEL I
LASKOWSKI,STANLEY P III   SERVICE CONNECTED 50% to 100%  SC VETERAN
                                           CONSULTATION SHEET
                               Phone:       Standard Form 513 (Rev 9-77)
```

M336

```
-------------------------------------------------------------------
MEDICAL RECORD                                         Progress Notes
-------------------------------------------------------------------
```
NOTE DATED: 05/06/2008 18:30
LOCAL TITLE: PSYCHOLOGY GENERAL NOTE
STANDARD TITLE: PSYCHOLOGY NOTE
VISIT: 05/06/2008 18:30 PSYCH DOOLEY II

D:  The veteran attended a fifty minute follow-up assessment/psychotherapy
session on his service-connected diagnosis of post-traumatic stress
disorder employing use of diagnostic and ventilative procedures.

The veteran relays that he has, since last contact with writer moved out to
his own residence with his family.  He indicates that he continues to
receive individual supportive counseling at Scranton Vet Center.  He
described the content of the treatment as primarily supportive and
ventilative.  He denied that there was any specific protocol or agenda in
the treatment.  He also relayed that he discontinued attendance at group
psychotherapy there approximately one month ago due to conflict in his wife's
work schedule and the veteran's need to remain home with the kids.

Discussed with veteran potential future treatment planning.  Advised
veteran of availability of time limited trauma focused treatment delivered
on an individual.  Recommended to veteran cognitive processing therapy due to
his recency of substance dependence and potential for relapse.  The
veteran stated that he will need to determine with other family resources
whether he can come for weekly sessions for an approximately twelve week
period as he would need someone to watch the children when he comes for his
appointment.  Provided veteran with potential schedule openings so that he can
plan his schedule and contact writer as soon as he is aware of his availability.
Advised veteran of continuing availability of post deployment stress classes.
The veteran states that he continues to be interested but is unable to attend
due to scheduling & transportation issues.

A:  The veteran displayed mildly anxious mood with restricted affect.  He
denied and did not demonstrate current suicidal ideation, homicidal
ideation, auditory or visual hallucinations.  His speech was logical,
coherent, and sequential.  His insight seemed fair with good judgment.

Diagnosis:  Post-traumatic stress disorder.

Treatment Plan:  Writer will await contact from veteran regarding his
decision whether to proceed with time limited trauma focused treatment
using cognitive processing therapy and his schedule availability.

D-05/06/2008       07:15 P.M.
T-05/07/2008       04:19 P.M.      TA6      143434

                    Signed by: /es/ MATTHEW DOOLEY
                                STAFF PSYCHOLOGIST BEHAVIORAL SVCS
                                05/30/2008 16:06


05/30/2008 16:06       ADDENDUM          STATUS: COMPLETED
on 5/30/08 veteran left message stating schedule availability and willingness to
proceed with CPT. Phoned veteran and confirmed NA appt on 6/5/08 @ 430pm.

                    Signed by: /es/ MATTHEW DOOLEY
                                STAFF PSYCHOLOGIST BEHAVIORAL SVCS
                                05/30/2008 16:07
```

M 337

```
-------------------------------------------------------------------
LASKOWSKI STANLEY P III        WILKES-BARRE VAMC       Printed:06/26/2009 16:53
                               Pt Loc: OUTPATIENT                  Vice SF 509
-------------------------------------------------------------------
```

Progress Notes
------------------------------------------------------------------
MEDICAL RECORD
------------------------------------------------------------------
NOTE DATED: 05/13/2008 15:49
LOCAL TITLE: SCANNED TBI CERTIFICATION LETTER
STANDARD TITLE: SCANNED NOTE
VISIT: 05/13/2008 15:49 FILE ROOM
    VistA Imaging - Scanned Document

        Signed by: /es/ ALICE M TOMSHAW
                   Secretay Rehb and Prosthetics
                   05/13/2008 15:50


M338

------------------------------------------------------------------
LASKOWSKI,STANLEY P III      WILKES-BARRE VAMC      Printed:06/26/2009 16:53
                             Pt Loc: OUTPATIENT                  Vice SF 509

---

MEDICAL RECORD                                          Progress Notes
---

NOTE DATED: 05/21/2008 13:11
LOCAL TITLE: ORGAN DONOR
STANDARD TITLE: PATIENT RECORD FLAG
VISIT: 05/21/2008 13:11 FILEROOM
Inactivate flag.

```
          Signed by: /es/ SUSAN E MCGEEHAN
                          DETAILS CLERK
                          05/21/2008 13:11
```

M339

---

LASKOWSKI, STANLEY P III       WILKES-BARRE VAMC        Printed:06/26/2009 16:53
                               Pt Loc: OUTPATIENT                  Vice SF 509
---

```
---------------------------------------------------------------------
MEDICAL RECORD                                           Progress Notes
---------------------------------------------------------------------
NOTE DATED: 06/03/2008 12:44
LOCAL TITLE: SCANNED TBI DOCUMENTS
STANDARD TITLE: SCANNED REPORT
VISIT: 06/03/2008 12:44 file
    VistA Imaging - Scanned Document
              Signed by: /es/ ALICE M TOMSHAW
                         Secretay Rehb and Prosthetics
                         06/03/2008 12:44
```

M 340

```
-----------------------------------------------------------------
MEDICAL RECORD                                      Progress Notes
-----------------------------------------------------------------
NOTE DATED: 06/05/2008 16:24
LOCAL TITLE: PSYCHOLOGY GENERAL NOTE
STANDARD TITLE: PSYCHOLOGY NOTE
VISIT: 06/12/2008 16:30 PSYCH DOOLEY II
Notified by MHC clerk that veteran CX today's appt due to need for babysitter.
veteran is already rescheduled.
              Signed by: /es/ MATTHEW DOOLEY
                         STAFF PSYCHOLOGIST BEHAVIORAL SVCS
                         06/05/2008 16:25
```

M 341

---
MEDICAL RECORD                                                    Progress Notes
---

NOTE DATED: 06/19/2008 16:30
LOCAL TITLE: PSYCHOLOGY GENERAL NOTE
STANDARD TITLE: PSYCHOLOGY NOTE
VISIT: 06/19/2008 16:30 PSYCH DOOLEY II

D:  The veteran was scheduled for a 60-minute psychotherapy session on
his service connected diagnosis of post-traumatic stress disorder.
However, he arrived 30 minutes late.  This session employed use of
motivational interviewing and relaxation training interventions.

The veteran began by apologizing for cancelling recent appointments with
writer due to circumstances with family and transportation.  I discussed
with veteran his future availability to continue with recommended
cognitive processing therapy protocol.  The veteran indicates that he
will be available to attend those appointments and looks forward to
beginning treatment.  I discussed with veteran the need for additional
trauma history taking and potential use of motivational interviewing to
prepare him for that protocol.  The veteran expressed understanding and
agreement.  I provided veteran with additional information on treatment
protocol, expectations, and cautions.

I introduced veteran to mindfulness and relaxation training exercise as
well as grounding exercise to be used with mindfulness skills.  I
performed techniques with veteran for demonstration.  I advised veteran
to follow therapeutic protocols.  I provided veteran with hand outs
describing use of techniques for training purposes.  The veteran
expressed understanding and agreement with all above recommendations.

A:  The veteran displayed mildly anxious mood with restricted affect.  He
denied and did not demonstrate symptoms consistent with current suicidal
ideation, homicidal ideation, auditory or visual hallucination.  His
insight and judgment seemed good.  His speech was logical, coherent, and
sequential.

Diagnosis: Post-traumatic stress disorder.

Treatment Plan:  The veteran agreed to attend individual outpatient
psychotherapy using cognitive processing protocol.  He continues to
indicate that he is unavailable for attendance at post-deployment stress
classes due to transportation issues.  The next individual contact will
follow up with veteran's use of therapeutic prescriptions instructed
above as well as trauma history taking and motivational interviewing in
preparation for time limited treatment.

D:  6/20/08 2:16P            T:  6/21/08  T16 #157144

                  Signed by: /es/ MATTHEW DOOLEY
                             STAFF PSYCHOLOGIST BEHAVIORAL SVCS
                             06/26/2008 16:26

M342

---
LASKOWSKI,STANLEY P III ████████   WILKES-BARRE VAMC      Printed:06/26/2009 16:51
                                   Pt Loc: OUTPATIENT                Vice SF 509
---

------------------------------------------------------------
MEDICAL RECORD
------------------------------------------------------------
NOTE DATED: 06/20/2008 08:49
LOCAL TITLE: SCANNED TBI DOCUMENTS
STANDARD TITLE: SCANNED REPORT
VISIT: 06/20/2008 08:49 file
    VistA Imaging - Scanned Document

              Signed by: /es/ ALICE M TOMSHAW
                         Secretay Rehb and Prosthetics
                         06/20/2008 08:49

M 343

------------------------------------------------------------

```
------------------------------------------------------------------------
MEDICAL RECORD                                          Progress Notes
------------------------------------------------------------------------
```
NOTE DATED: 06/26/2008 16:30
LOCAL TITLE: PSYCHOLOGY GENERAL NOTE
STANDARD TITLE: PSYCHOLOGY NOTE
VISIT: 06/26/2008 16:30 PSYCH DOOLEY II

D:  The veteran attended a sixty minute psychotherapy session on his
service-connected diagnosis of post-traumatic stress disorder employing
diagnostic interviewing, coping skills training and ventilative
procedures.

Followed up with veteran on his use of therapeutic prescriptions instructed to
date to include: mindfulness, relaxation training and grounding exercises.
Performed techniques with veteran. Veteran demonstrated modest proficiency in
use of mindfulness, relaxation training techniques, greater proficiency in use
of grounding.  Supported veteran in continued use of these techniques for
training purposes to strengthen their availability and usefulness in coping.
Veteran expressed understanding and agreement with this recommendation.

Trauma History Taking:

Interviewed veteran in detail for trauma history hierarchy. The veteran
identified several memories of potential trauma as well as an associated
nightmare.  The memory that appears to be currently highest for frequency
and severity of symptoms of re-experiencing he refers to as "Ybanna."  The
veteran was able to process memory for sensory, affect, physiological, negative
cognition, SUD and focal picture.  The veteran also processed a second memory of
trauma in hierarchy that he refers to as "brains."  Veteran was able to identify
focal picture, sensory, affective, physiological, SUD and negative cognitions
associated with this memory. The veteran also identifies an associated nightmare
that he has been experiencing frequently since returning home from deployment
associated with this last traumatic memory of similar theme.  Processed
nightmare with veteran for associated qualities, affective components and
possible relationship to maladaptive cognitions.  The veteran seemed receptive
to trauma history processing and did not demonstrate significant disturbance
during this portion of contact.

Discussed with veteran further need for preparation with likely use of
final motivation interview next contact to strengthen veteran's engagement
in this treatment.  Veteran expressed understanding and agreement.

A:  The veteran displayed mildly anxious mood with restricted affect.
He denied and did not demonstrate symptoms consistent with current
suicidal ideation, homicidal ideation, auditory or visual hallucination.
His speech was logical, coherent and sequential.  His insight seemed fair
with good judgment.

Diagnosis:  Post-traumatic stress disorder

Treatment Plan:  The veteran agreed to continued individual outpatient
psychotherapy in preparation for use of cognitive processing protocol.
The next individual contact will follow-up on veteran's use of
therapeutic prescriptions as well as final motivational interviewing in
preparation for use of cognitive processing protocol.

```
D-      6/27/08    11:55
T-      6/28/08    12:07
T24
Job # 159083
```

```
            Signed by: /es/ MATTHEW DOOLEY
                       STAFF PSYCHOLOGIST BEHAVIORAL SVCS
                       07/03/2008 16:29
```

M344

-----------------------------------------------------------------
MEDICAL RECORD                                    Progress Notes
-----------------------------------------------------------------
NOTE DATED: 06/30/2008 15:54
LOCAL TITLE: SCANNED TBI CERTIFICATION LETTER
STANDARD TITLE: SCANNED NOTE
VISIT: 06/30/2008 15:54 file
    VistA Imaging - Scanned Document
                    Signed by: /es/ ALICE M TOMSHAW
                              Secretay Rehb and Prosthetics
                              06/30/2008 15:54


07/01/2008 14:18      ADDENDUM       STATUS: COMPLETED
VistA Imaging  Scanned Document - Addendum.
cert letter return receipt 7/1/08
                    Signed by: /es/ ALICE M TOMSHAW
                              Secretay Rehb and Prosthetics
                              07/17/2008 14:19

M345

-----------------------------------------------------------------
LASKOWSKI STANLEY P III        WILKES-BARRE VAMC    Printed:06/26/2009 16:51
                               Pt Loc: OUTPATIENT              Vice SF 509
-----------------------------------------------------------------

---
Progress Notes
---

MEDICAL RECORD

NOTE DATED: 07/03/2008 16:30
LOCAL TITLE: PSYCHOLOGY GENERAL NOTE
STANDARD TITLE: PSYCHOLOGY NOTE
VISIT: 07/03/2008 16:30 PSYCH DOOLEY II

D:  The veteran attended a sixty minute psychotherapy session on his
service-connected diagnosis of post-traumatic stress disorder employing
relaxation training, mindfulness and motivational interviewing
interventions.

Followed up with veteran on his use of therapeutic prescriptions instructed to
date.  He indicated that he has been using grounding on a regular basis to
strengthen affective regulation primarily due to decreased frequency of re-
experiencing symptoms.  He indicated that he has used the mindfulness and
relaxation training exercise intermittently.  Reviewed exercises with veteran,
supported veteran in increasing frequency of use of these exercises so that they
can be habituated.  Veteran expressed understanding and agreement.

Initiated formal motivational interview with veteran.  The veteran
proceeded through interview demonstrating increased insight and awareness
into functional impairment caused by his post-traumatic stress disorder
symptoms and its effect upon himself and others in multiple areas of
functioning.  The veteran commented that he found the exercise to be
insight and motivation building and that he is looking forward to
beginning the cognitive processing therapy protocol.

Advised veteran that CPT protocol will begin next contact.  Veteran
expressed understanding and agreement.

A:  The veteran displayed mildly anxious mood with restricted affect.  He
denied and did not demonstrate current symptoms consistent with suicidal
ideation, homicidal ideation, auditory or visual hallucinations.  His
speech was logical, coherent and sequential.  His insight and judgment
seemed good.

Diagnosis:  Post-traumatic stress disorder

Treatment Plan:  The veteran agrees to attend follow-up appointments with
writer using cognitive processing therapy on his post-traumatic stress
disorder symptoms.  The CPT protocol will begin with first session next
contact.

Therapeutic Goal:  Reduction in the frequency and severity of the
veteran's reported symptom complaints.

D-      7/3/08    5:34
T-      7/4/08    8:04
T24
Job # 160840

                    Signed by: /es/ MATTHEW DOOLEY
                               STAFF PSYCHOLOGIST BEHAVIORAL SVCS
                               07/10/2008 16:15

M 346

MEDICAL RECORD                                                    Progress Notes

07/10/2008 09:03        ** CONTINUED FROM PREVIOUS PAGE **

                              /es/ ALAN KURLANSKY, LCSW, BCD
                              SCI/D COORDINATOR / CLINICAL SOCIAL WORKER
                              07/10/2008 09:12

M 347

LASKOWSKI STANLEY P III          WILKES-BARRE VAMC          Printed:06/30/2009 10:11
                                 Pt Loc: OUTPATIENT                     Vice SF 509

---
MEDICAL RECORD                                                    Progress Notes
---
NOTE DATED: 07/09/2008 18:56
LOCAL TITLE: MED NEUROLOGY NOTE
STANDARD TITLE: NEUROLOGY NOTE
VISIT: 07/09/2008 10:30 TBI HOGG 2HR CLINIC
The patient comes in to discuss his neuropsych testing results.  The
psychologist did not find that the patient had any evidence of cognitive
dysfunction.  See copy of results in Vista imaging. Results were discussed with
the patient.  The patient reports that he still has hearing difficulties, but
audiology evaluation was essentially negative.  The patient is able to hear the
tuning fork in each ear (128 cps).  Air conduction was better than bone
conduction, and Weber was mid-line.

The patient was encouraged to keep his appointments for treatment
of PTSD, and he agreed that he would.  OK to discharge from TBI Clinic.  Follow-
up in Neurology as needed.

                    Signed by: /es/ JUDITH E HOGG
                                    Staff Neurologist
                                    07/09/2008 19:01


07/10/2008 09:03    ADDENDUM          STATUS: COMPLETED
Plan;
1. D/C from TBI clinic - No evidence of TBI
2. F/U with Neuro prn
3. Continue f/u with MHC for PTSD
4. Continue f/u with PCP for other dx
Goal:
1,2,3,4 Medical & Pysch mgmt
                    Signed By: /es/ SANDRA DOMPKOSKY RN MSN
                                    OIF/OEF RN Case Manager
                                    07/10/2008 09:07

        Receipt Acknowledged By:
                               /es/ Karen L. Berkheiser, RN BSN
                                    OEF/OIF RN Case Manager
                                    07/10/2008 13:53


        Receipt Acknowledged By:
                               /es/ JUDITH E HOGG
                                    Staff Neurologist
                                    07/10/2008 09:41


        Receipt Acknowledged By:
                               /es/ JENNIFER E PIERCE, PA-C
                                    Physician Assistant
                                    07/10/2008 11:28


        Receipt Acknowledged By:
                               /es/ A C GERMAIN-TUDGAY
                                    Supervisor, PMR/ASP
                                    07/16/2008 08:09


        Receipt Acknowledged By:
                               /es/ Patricia L. Farrell, Psy.D.
                                    Clinical Psychologist
                                    07/15/2008 09:21


        Receipt Acknowledged By:
                               /es/ ERIK B PEARSON, MSPT
                                    PHYSICAL THERAPIST
                                    07/10/2008 12:50


        Receipt Acknowledged By:
                               /es/ MAURA E BANFORD
                                    OCCUPATIONAL THERAPIST
                                    07/10/2008 14:39


        Receipt Acknowledged By:
                               /es/ Colleen M. Kaskel, MSN, RN
                                    Acting OIF/OEF Program Coordinator
                                    07/14/2008 08:49

     Receipt Acknowledged By:** THIS NOTE CONTINUED ON NEXT PAGE **
---
LASKOWSKI,STANLEY P III       WILKES-BARRE VAMC      Printed:06/30/2009 10:11

M 348



MEDICAL RECORD
07/09/2008 19:01      ** CONTINUED FROM PREVIOUS PAGE **

***************************************************************
*******
Outpatient Medication Review
No change in current medication at this clinic visit.  Patient
verbalizes understanding of current medication regimen.

            Signed by: /es/ JUDITH E HOGG
                       Staff Neurologist
                       07/09/2008 19:02

M 349




-------------------------------------------------------------
                                            Progress Notes
MEDICAL RECORD
-------------------------------------------------------------
07/09/2008 19:01      ** CONTINUED FROM PREVIOUS PAGE **
     OPT BUSPIRONE  5 MG TABLET (DISCONTINUED BY PROVIDER/30 Days
     Supply Last Released: 1/30/08)
          TAKE ONE TABLET BY MOUTH TWICE A DAY WITH MEALS

     OPT CITALOPRAM 20MG TAB (DISCONTINUED BY PROVIDER/30 Days Supply
     Last Released: 3/4/08)
          TAKE ONE-HALF TABLET BY MOUTH EVERY MORNING FOR 10 DAYS, THEN
     TAKE ONE
          TABLET EVERY MORNING AFTER MEAL

     OPT DIVALPROEX ER 500MG TAB (DISCONTINUED BY PROVIDER/30 Days
     Supply Last Released: 3/17/08)
          TAKE ONE TABLET BY MOUTH AT BEDTIME FOR 3 DAYS, THEN TAKE TWO
     TABLET
          AT BEDTIME

     OPT DULOXETINE 20MG CAP (DISCONTINUED BY PROVIDER/30 Days Supply
     Last Released: 3/10/08)
          TAKE ONE CAPSULE BY MOUTH EVERY OTHER DAY

     OPT FLUOXETINE 20 MG CAP (DISCONTINUED BY PROVIDER/30 Days Supply
     Last Released: 2/25/08)
          TAKE ONE CAPSULE BY MOUTH TWICE A DAY WITH MEALS

     OPT HYDROXYZINE PAMOATE 25MG CAP (DISCONTINUED BY PROVIDER/30 Days
     Supply Last Released: 3/20/08)
          TAKE ONE CAPSULE BY MOUTH TWICE A DAY AS NEEDED FOR ANXIETY,
     MAY TAKE
          1 OR 2 TABS

     OPT METHYLPREDNISOLONE 4 MG TABLETS..DOSEPAK (EXPIRED/7 Days
     Supply Last Released: 2/15/08)
          TAKE TABLET(S) BY MOUTH AS DIRECTED ON DOSE PACK

     OPT MIRTAZAPINE 15 MG TABLET (DISCONTINUED BY PROVIDER/30 Days
     Supply Last Released: 1/10/08)
          TAKE ONE AND ONE-HALF TABLETS BY MOUTH AT BEDTIME

     OPT PAROXETINE 40 MG TAB (DISCONTINUED BY PROVIDER/30 Days Supply
     Last Released: 1/30/08)
          TAKE ONE-HALF TABLET BY MOUTH EVERY DAY

     OPT QUETIAPINE 100MG TAB (DISCONTINUED BY PROVIDER/30 Days Supply
     Last Released: 1/10/08)
          TAKE ONE-HALF TABLET BY MOUTH AT BEDTIME

     OPT QUETIAPINE 200MG TAB (DISCONTINUED (EDIT)/30 Days Supply Last
     Released: 12/14/07)
          TAKE ONE-HALF TABLET BY MOUTH AT BEDTIME

     OPT RISPERIDONE 1 MG (EXPIRED/30 Days Supply Last Released:
     3/20/08)
          TAKE ONE-HALF TABLET BY MOUTH EVERY MORNING FOR MOOD
     STABILIZATION

     OPT TRAMADOL 50MG TAB (DISCONTINUED BY PROVIDER/30 Days Supply
     Last Released: 2/26/08)
          TAKE TWO TABLETS BY MOUTH THREE TIMES A DAY AS NEEDED AS
     NEEDED FOR
          PAIN

     OPT TRAZODONE 50MG TAB  (DISCONTINUED BY PROVIDER/30 Days Supply
     Last Released: 1/30/08)
          TAKE ONE TABLET BY MOUTH AT BEDTIME MAY START AT 1/2 TAB

     OPT VENLAFAXINE EXTENDED RELEASE 75MG CAPS (DISCONTINUED BY
     PROVIDER/30 Days Supply Last Released: 1/22/08)
          TAKE ONE CAPSULE BY MOUTH DAILY WITH FOOD
                    ** THIS NOTE CONTINUED ON NEXT PAGE **
-------------------------------------------------------------
LASKOWSKI, STANLEY P III          WILKES-BARRE VAMC      Printed:06/26/2009 16:51
                                  Pt Loc: OUTPATIENT                  Vice SF 509
-------------------------------------------------------------

M350

```
                                                         Progress Notes
------------------------------------------------------------------------
MEDICAL RECORD
------------------------------------------------------------------------
NOTE DATED: 07/09/2008 19:01
LOCAL TITLE: PROVIDER MEDICATION RECONCILIATION NOTE
STANDARD TITLE: E & M NOTE
VISIT: 07/09/2008 10:30 TBI HOGG 2HR CLINIC
   PROVIDER Med Reconciliation:


        07/09/2008 19:01
        **********************   CONFIDENTIAL UAP SUMMARY   pg. 1
        **********************
        LASKOWSKI,STANLEY P III

        ------------------------- BADR - Brief Adv React/All
        -------------------------

           Allergy/Reaction: TRAMADOL

        ------------------------- AJEY UAP PHARMACY PROFILE
        -------------------------
                                                         --------------
        -----------------------------------------------------
        Alphabetical list of all prescriptions, inpatient orders and
        Non-VA meds
        Legend: OPT = VA issued outpatient prescription, INP = VA issued
        inpatient order
        Non-VA Meds Last Documented On: ** Data not found **
        -----------------------------------------------------------------
        -------
        OPT ACETAMINOPHEN 300MG WITH CODEINE 30MG
             TAKE 2 TABLETS BY MOUTH EVERY 8 HOURS AS NEEDED
                       Last Released: 7/8/08               Days
           Supply: 30   Rx Expiration Date: 12/6/08        Refills
        Remaining: 0

        OPT CAPSAICIN 0.075% CREAM (GM)
             APPLY SMALL AMOUNT TOPICALLY TWICE A DAY AS NEEDED TO
        AFFECTED AREA  Last Released: 6/5/08               Days
           Supply: 30   Rx Expiration Date: 6/6/09         Refills
        Remaining: 3

        OPT HYDROXYZINE 10MG TABLET
             TAKE ONE TABLET BY MOUTH TWICE A DAY AS NEEDED FOR ANXIETY
                       Last Released: 4/7/08               Days
           Supply: 30   Rx Expiration Date: 3/25/09        Refills
        Remaining: 2

        OPT MULTIVITAMIN TABLETS
             TAKE 1 TABLET BY MOUTH EVERY DAY
                       Last Released: 6/20/08              Days
           Supply: 90   Rx Expiration Date: 6/6/09         Refills
        Remaining: 2

        OPT RISPERIDONE 2 MG
             TAKE ONE-HALF TABLET BY MOUTH TWICE A DAY FOR MOOD
        STABILIZATION  Last Released: 4/26/08              Days
           Supply: 30   Rx Expiration Date: 4/24/09        Refills
        Remaining: 2
                                                         --------------
        ---------------
        Other medications previously dispensed in the last year:
                  ** THIS NOTE CONTINUED ON NEXT PAGE **
------------------------------------------------------------------------
LASKOWSKI,STANLEY P III        WILKES-BARRE VAMC         Printed:06/26/2009 16:51
                               Pt Loc: OUTPATIENT                     Vice SF 509.
------------------------------------------------------------------------
```

M 351

---
MEDICAL RECORD                                                    Progress Notes
---

NOTE DATED: 07/10/2008 16:30
LOCAL TITLE: PSYCHOLOGY GENERAL NOTE
STANDARD TITLE: PSYCHOLOGY NOTE
VISIT: 07/10/2008 16:30 PSYCH DOOLEY II

D:  The veteran attended his first session of cognitive processing
therapy for his service-connected diagnosis of post-traumatic stress
disorder.

The veteran commented that his parole officer requires documentation of this
treatment.  Advised the veteran to have printed copy of this contact note
provided to him by patient records by way of releasing information office.   The
veteran expressed understanding and agreement.

This treatment is a time limited intervention intended to spend approximately
twelve one hour sessions provided weekly in an effort to aid veteran in his
ongoing recovery from his post-traumatic symptom complaints.

An overview of post-traumatic stress disorder symptoms and a cognitive
explanation of the development and maintenance of post-traumatic stress
disorder was presented.  A related rationale for treatment was provided
including the use of cognitive restructuring to alleviate stuck points
that prevent the patient from more fully emotionally processing the
traumatic event.  The patient provided a brief description of his most
traumatic event.

The patient was given an assignment to write a one page impact statement
describing the impact of his traumatic experiences on his thoughts and
beliefs about himself, others & the world.

A:  The veteran displayed mildly anxious mood with restricted affect.  He
appeared lethargic.  The veteran cited disruption in his child's sleep
pattern resulting in attention needed by veteran and his own resulting sleep
deficit.  He denied and did not demonstrate symptoms consistent with current
suicidal ideation, auditory or visual hallucination.  His speech was logical,
coherent, and sequential.  His insight and judgment appeared good.

DIAGNOSIS:  Post-traumatic stress disorder.

TREATMENT PLAN:  The veteran agrees to attend follow up appointments with
writer using cognitive processing therapy protocol on his post-traumatic
stress symptoms.

The next individual contact with veteran will follow up with his completion of
written impact statement and beginning identification of stuck points,
additional review of cognitive errors and post-traumatic stress disorder
symptoms, information processing theory, treatment rationale.  Discussion of
basic emotions, combined emotions with physiological and cognitive correlates,
misattributions and self talk, as well as introduction of A-B-C worksheets to
instruct veteran on cognitive restructuring interventions.

THERAPEUTIC GOAL:  Reduction in the frequency and/or severity of the
veteran's reported symptom complaints.

D:  07/10/2008   5:34 PM
T:  07/11/2008   T28  162577

                    Signed by: /es/ MATTHEW DOOLEY
                               STAFF PSYCHOLOGIST BEHAVIORAL SVCS
                               07/17/2008 16:38

                               M352

---
LASKOWSKI, STANLEY P III              WILKES-BARRE VAMC           Printed:06/26/2009 16:51
                                      Pt Loc: OUTPATIENT          Vice SF 509
---

---
MEDICAL RECORD
---
NOTE DATED: 07/11/2008 10:46
LOCAL TITLE: TLCP PSYCHIATRY
STANDARD TITLE: TELEPHONE ENCOUNTER NOTE
VISIT: 07/11/2008 10:46 TLCP PSYCHIATRY
Patient left a message with clerical staff requesting a return call from this
writer about medications?

Spoke with patient by phone today at 1045. Patient expressed interest in trying
Depakote for his "PTSD, migraine". Reminded patient that this writer
recommended Divalproex ER, which is the same as Depakote, last March but patient
at that time complained of side effects from Divalproex ER including headaches,
cramping above the kidney and dark urine. He admitted to stopping Hydroxyzine
and Risperidone a month ago due to drowsiness.

Will discontinue order for Risperidone and Hydroxyzine as patient stopped taking
them on his own. Advised patient to call the MH clinic to schedule appointment
to discuss psychotropic medications that would be indicated for his symptoms
which he agreed to do.

                    Signed by: /es/ ROBERT B WEBSTER
                               PSYCHIATRIST
                               07/11/2008 11:00

M353

---

```
-----------------------------------------------------------------------
MEDICAL RECORD                                            Progress Notes
-----------------------------------------------------------------------
NOTE DATED: 07/17/2008 16:30
LOCAL TITLE: PSYCHOLOGY GENERAL NOTE
STANDARD TITLE: PSYCHOLOGY NOTE
VISIT: 07/17/2008 16:30 PSYCH DOOLEY II
```

D:  The veteran attended a 60-minute CPT session on his service-connected
diagnosis of post-traumatic stress disorder.

This was the second session of CPT for the veteran's post-traumatic stress
disorder.  The patient arrived having completed the practice related to
writing an impact statement describing the impact of his traumatic
experience on his thoughts and beliefs about himself, others, and the
world. We discussed the assignment in session with an emphasis on
identifying stuck points in his thinking that interfere with recovery.
The relationships amongst thoughts, feelings, and behaviors were
reviewed.  An example from his discussion about the impact of his trauma
on his life was used to illustrate the cognitive model.  The patient
agreed to complete A-B-C worksheets daily to monitor his thoughts,
feelings, and behaviors until the next session.

A:  The veteran displayed mildly anxious mood with broad affect.  He denied
and did not demonstrate symptoms consistent with current suicidal
ideation, homicidal ideation, auditory or visual hallucination.  His
speech was logical, coherent and sequential.  His insight and judgment
appeared good.

DIAGNOSIS:  Post-traumatic stress disorder.

TREATMENT PLAN:  The veteran agrees to continue attending follow up
appointments using cognitive processing therapy protocol.

The next individual contact with veteran will include a review of his
completed worksheets for differentiating between thoughts and feelings,
discussion of a completed worksheet related to the index event,
introduction of the trauma account assignment.

THERAPEUTIC GOAL:  Reduction in the frequency and/or severity of the
veteran's reported symptom complaints.

```
D:  07/18/2008   11:49 AM
T:  07/18/2008   T28  164696
```

                    Signed by: /es/ MATTHEW DOOLEY
                               STAFF PSYCHOLOGIST BEHAVIORAL SVCS
                               07/24/2008 16:23

M354

```
-----------------------------------------------------------------------
LASKOWSKI,STANLEY P III        WILKES-BARRE VAMC    Printed:06/26/2009 16:51
██████████████████             Pt Loc: OUTPATIENT           Vice SF 509
-----------------------------------------------------------------------
```

MEDICAL RECORD
------------------------------------------------------------
NOTE DATED: 07/24/2008 16:30
LOCAL TITLE: PSYCHOLOGY GENERAL NOTE
STANDARD TITLE: PSYCHOLOGY NOTE
VISIT: 07/24/2008 16:30 PSYCH DOOLEY II

D:  The veteran attended a 60-minute CPT session on his service-connected
diagnosis of post-traumatic stress disorder.

This was the third session of CPT for post-traumatic stress disorder.  The
veteran arrived having completed A-B-C worksheets daily identifying his
thoughts, feelings, and behaviors.  These worksheets were used to further
illustrate the relationship among thoughts, feelings, and behaviors of
daily events.  Specifically, the veteran had produced worksheets on two
traumatic memories mentioned in earlier notes.  One of which is primary
focus for this treatment protocol entitled "Ybanna."  Some initial
challenging of dysfunctional thoughts was introduced.

The session concluded with the assignment to write about the most traumatic
event the patient has experienced and to include as many sensory and emotional
details as possible, daily monitoring of thoughts, feelings, and behaviors
will continue.

A:  The veteran displayed mildly anxious mood with restricted affect.  He
denied and did not demonstrate symptoms consistent with current suicidal
ideation, homicidal ideation, auditory or visual hallucination.  His
speech was logical, coherent, and sequential.  His insight and judgment
appeared good.

The veteran appears to demonstrate a proclivity for cognitive behavioral
interventions and appears to have taken to cognitive restructuring exercises
quite well.

DIAGNOSIS:  Post-traumatic stress disorder.

TREATMENT PLAN:  The veteran agrees to continue attending cognitive
processing therapy on individual basis.

The next individual contact with veteran will have him read full trauma
account aloud with affective expression, identification of stuck points,
challenging of stuck points (i.e. self blame and other assimilations),
explaining difference between responsibility and blame.

THERAPEUTIC GOAL:  Reduction in the frequency and/or severity of the
veteran's reported symptom complaints.

D:  07/24/2008  5:58 PM
T:  07/25/2008  T28  166572

                  Signed by: /es/ MATTHEW DOOLEY
                             STAFF PSYCHOLOGIST BEHAVIORAL SVCS
                             08/21/2008 16:30

M355

```
--------------------------------------------------------------------
                                                    Progress Notes
MEDICAL RECORD   --------------------------------------------------
07/28/2008 16:11       ** CONTINUED FROM PREVIOUS PAGE **
```

        Receipt Acknowledged By:    /es/ ARUNA BHATIA
                                         ASST CHIEF BEHAVIORAL MEDICINE
                                         07/28/2008 16:38

        Receipt Acknowledged By:    /es/ MATTHEW DOOLEY
                                         STAFF PSYCHOLOGIST BEHAVIORAL SVCS
                                         08/04/2008 16:52

M356

```
----------------------------------     -----------------------------
LASKOWSKI, STANLEY P III               WILKES-BARRE VAMC    Printed:06/26/2009 16:51
██████████████████████████            Pt Loc: OUTPATIENT        Vice SF 509
```

```
-------------------------------------------------------------------
MEDICAL RECORD                                        Progress Note
-------------------------------------------------------------------
```

07/28/2008 16:11      ** CONTINUED FROM PREVIOUS PAGE **

      AT BEDTIME

    OPT DULOXETINE 20MG CAP (DISCONTINUED BY PROVIDER/30 Days Supply
Last Released: 3/10/08)
      TAKE ONE CAPSULE BY MOUTH EVERY OTHER DAY

    OPT FLUOXETINE 20 MG CAP (DISCONTINUED BY PROVIDER/30 Days Supply
Last Released: 2/25/08)
      TAKE ONE CAPSULE BY MOUTH TWICE A DAY WITH MEALS

    OPT HYDROXYZINE 10MG TABLET (DISCONTINUED BY PROVIDER/30 Days
Supply Last Released: 4/7/08)
      TAKE ONE TABLET BY MOUTH TWICE A DAY AS NEEDED FOR ANXIETY

    OPT HYDROXYZINE PAMOATE 25MG CAP (DISCONTINUED BY PROVIDER/30 Days
Supply Last Released: 3/20/08)
      TAKE ONE CAPSULE BY MOUTH TWICE A DAY AS NEEDED FOR ANXIETY,
MAY TAKE
      1 OR 2 TABS

    OPT MIRTAZAPINE 15 MG TABLET (DISCONTINUED BY PROVIDER/30 Days
Supply Last Released: 1/10/08)
      TAKE ONE AND ONE-HALF TABLETS BY MOUTH AT BEDTIME

    OPT PAROXETINE 40 MG TAB (DISCONTINUED BY PROVIDER/30 Days Supply
Last Released: 1/30/08)
      TAKE ONE-HALF TABLET BY MOUTH EVERY DAY

    OPT QUETIAPINE 100MG TAB (DISCONTINUED BY PROVIDER/30 Days Supply
Last Released: 1/10/08)
      TAKE ONE-HALF TABLET BY MOUTH AT BEDTIME

    OPT QUETIAPINE 200MG TAB (DISCONTINUED (EDIT)/30 Days Supply Last
Released: 12/14/07)
      TAKE ONE-HALF TABLET BY MOUTH AT BEDTIME

    OPT RISPERIDONE 1 MG (EXPIRED/30 Days Supply Last Released:
3/20/08)
      TAKE ONE-HALF TABLET BY MOUTH EVERY MORNING FOR MOOD
STABILIZATION

    OPT RISPERIDONE 2 MG (DISCONTINUED BY PROVIDER/30 Days Supply Last
Released: 4/26/08)
      TAKE ONE-HALF TABLET BY MOUTH TWICE A DAY FOR MOOD
STABILIZATION

    OPT TRAMADOL 50MG TAB (DISCONTINUED BY PROVIDER/30 Days Supply
Last Released: 2/26/08)
      TAKE TWO TABLETS BY MOUTH THREE TIMES A DAY AS NEEDED AS
NEEDED FOR
      PAIN

    OPT TRAZODONE 50MG TAB (DISCONTINUED BY PROVIDER/30 Days Supply
Last Released: 1/30/08)
      TAKE ONE TABLET BY MOUTH AT BEDTIME MAY START AT 1/2 TAB

    OPT VENLAFAXINE EXTENDED RELEASE 75MG CAPS (DISCONTINUED BY
PROVIDER/30 Days Supply Last Released: 1/22/08)
      TAKE ONE CAPSULE BY MOUTH DAILY WITH FOOD

    **************************************************************
*******
Outpatient Medication Review
    No change in current medication at this clinic visit.  Patient
verbalizes understanding of current medication regimen.

      Signed by: /es/ ALAN L BRYSKI, PA-C
             Physician Assistant
             07/28/2008 16:23** THIS NOTE CONTINUED ON NEXT

```
-------------------------------------------------------------------
LASKOWSKI,STANLEY P III        WILKES-BARRE VAMC      Printed:06/26/2009 16:51
                               Pt Loc: OUTPATIENT               Vice SF 509
-------------------------------------------------------------------
```

M357

```
----------------------------------------------------------------
MEDICAL RECORD                                      Progress Note
----------------------------------------------------------------
07/28/2008 16:11        ** CONTINUED FROM PREVIOUS PAGE **
     SEP 11,2008@16:30     PSYCH DOOLEY II   (1ST FLR MHC SILVER AREA)
Call as necessary and return to clinic prn.
  PROVIDER Med Reconciliation:

        07/28/2008 16:21
        **********************  CONFIDENTIAL UAP SUMMARY   pg. 1
        **********************
        LASKOWSKI,STANLEY P III

        ----------------------- BADR - Brief Adv React/All
        -----------------------

         Allergy/Reaction: TRAMADOL
        -----------------------    AJEY UAP PHARMACY PROFILE
        -----------------------

        ----------------------------------------------------------
        Alphabetical list of all prescriptions, inpatient orders and
        Non-VA meds
        Legend: OPT = VA issued outpatient prescription, INP = VA issued
        inpatient order
        Non-VA Meds Last Documented On: ** Data not found **
        ----------------------------------------------------------
OPT ACETAMINOPHEN 300MG WITH CODEINE 30MG
        TAKE 2 TABLETS BY MOUTH EVERY 8 HOURS AS NEEDED
                      Last Released: 7/8/08              Days
Supply: 30      Rx Expiration Date: 12/6/08             Refills
Remaining: 0

OPT CAPSAICIN 0.075% CREAM (GM)
        APPLY SMALL AMOUNT TOPICALLY TWICE A DAY AS NEEDED TO
AFFECTED AREA     Last Released: 6/5/08                 Days
Supply: 30      Rx Expiration Date: 6/6/09              Refills
Remaining: 3

OPT MULTIVITAMIN TABLETS
        TAKE 1 TABLET BY MOUTH EVERY DAY
                      Last Released: 6/20/08             Days
Supply: 90      Rx Expiration Date: 6/6/09              Refills
Remaining: 2

        ----------------------------------------------------------
Other medications previously dispensed in the last year:

OPT BUSPIRONE  5 MG TABLET (DISCONTINUED BY PROVIDER/30 Days
Supply Last Released: 1/30/08)
        TAKE ONE TABLET BY MOUTH TWICE A DAY WITH MEALS

OPT CITALOPRAM 20MG TAB (DISCONTINUED BY PROVIDER/30 Days Supply
Last Released: 3/4/08)
        TAKE ONE-HALF TABLET BY MOUTH EVERY MORNING FOR 10 DAYS, THEN
TAKE ONE
        TABLET EVERY MORNING AFTER MEAL

OPT DIVALPROEX ER 500MG TAB (DISCONTINUED BY PROVIDER/30 Days
Supply Last Released: 3/17/08)
        TAKE ONE TABLET BY MOUTH AT BEDTIME FOR 3 DAYS, THEN TAKE TWO
TABLET
             ** THIS NOTE CONTINUED ON NEXT PAGE **
----------------------------------------------------------------
LASKOWSKI,STANLEY P III      WILKES-BARRE VAMC    Printed:06/26/2009 16:51
                             Pt Loc: OUTPATIENT              Vice SF 509
```

M358

```
--------------------------------------------------------------------------
MEDICAL RECORD                                                  Progress Note
--------------------------------------------------------------------------
NOTE DATED: 07/28/2008 16:11
LOCAL TITLE: PSYCHIATRY GENERAL NOTE
STANDARD TITLE: PSYCHIATRY NOTE
VISIT: 07/28/2008 14:30 ZZZMHC BROWN
Chief Complaint:  "Ill see, smell, or hear something and go into a heightened
sense for 3-4 hours"...feeling as if he's back in Iraq.
```

Subjective: 30 y/o cooperative, pleasant white male presents with the above
problem as well as difficulty sleeping.  He has been tried on multiple
medications without resolution.  His sleep is disturbed approximately 3 times
per week, then sleeps the next day.  This effects his ability to watch his 3
children, ages 1, 3, and 6.  He has had side effects from all medications that
were prescribed to help his insomnia, and is requesting Ambien since he believes
this is the only medication that has been effective in the past without side
effects.   On reviewing his history, the patient has abused mixed illicit
substances in the past.  He is currently not suicidal or homicidal, and has a
good relationship with Dr. Dooley, who is following him for PTSD.

```
Vital Signs:
TEMPERATURE:        99.3 F [37.4 C] (04/29/2008 10:41)
PULSE:              77 (07/09/2008 10:46)
RESPIRATION:        18 (07/09/2008 10:46)
BLOOD PRESSURE:     116/73 (07/09/2008 10:46)
PAIN:               0 (07/09/2008 10:46)
```

Mental Status: Alert and oriented x3.  In good contact.  Spontaneous,
relevant and coherent.  Mood neutral.  Affect appropriate speech content.
Eating well.  No psychomotor retardation.  Denied suicidal
and homicidal ideation.  No hallucinations delusions or loosening of
association noted. Memory including recent, remote, immediate recall
and judgement are not clinically impaired.  Insight and motivation fair.

MEDICATION REVIEW:  Active Outpatient Medications (including Supplies):

| Active Outpatient Medications | Status |
|---|---|
| 1) ACETAMINOPHEN 300MG WITH CODEINE 30MG TAKE 2 TABLETS BY MOUTH EVERY 8 HOURS AS NEEDED | ACTIVE |
| 2) CAPSAICIN 0.075% CREAM (GM) APPLY SMALL AMOUNT TOPICALLY TWICE A DAY AS NEEDED TO AFFECTED AREA | ACTIVE |
| 3) MULTIVITAMIN TABLETS TAKE 1 TABLET BY MOUTH EVERY DAY | ACTIVE |

Allergies:
TRAMADOL

Assessment:
 PTSD

No Service Connected problems treated

Plan:  Continue current regimen.
Consulted with Dr. Bhatia: Ambien not on formulary and with patient's history of
substance abuse he was offered Trazadone, Atarax, and Benadryl.  Pt refuses
based on failed past trials.  He also refused several other sedative
suggestions, such as Seroquel and Remeron.  I will consult with Dr. Dooley in
the near future for his input and call patient if an appropriate medication
might help.

```
9           ** FUTURE APPOINTMENTS **
        DATE/TIME          CLINIC ( LOCATION )
   JUL 29,2008@13:00   PATEL I NURSE PRE APT   (1ST FLR NORTH GREEN AREA)
   JUL 29,2008@13:20   PATEL I PRICARE 1NORTH  (1ST FLR NORTH GREEN AREA)
   AUG 14,2008@16:30   PSYCH DOOLEY II  (1ST FLR MHC SILVER AREA)
   AUG 21,2008@16:30   PSYCH DOOLEY II  (1ST FLR MHC SILVER AREA)
   AUG 26,2008@17:00   PSYCH DOOLEY II  (1ST FLR MHC SILVER AREA)
   SEP 4,2008@16:30    PSYCH DOOLEY II (1ST FLR MHC SILVER AREA)
              ** THIS NOTE CONTINUED ON NEXT PAGE **
--------------------------------------------------------------------------
LASKOWSKI,STANLEY P III          WILKES-BARRE VAMC       Printed:06/26/2009 16:51
                                 Pt Loc: OUTPATIENT                Vice SF 509
--------------------------------------------------------------------------
```

M359

Progress Notes

MEDICAL RECORD
NOTE DATED: 07/30/2008 15:03
LOCAL TITLE: TLCP MEDICINE
STANDARD TITLE: TELEPHONE ENCOUNTER NOTE
VISIT: 03/10/2008 13:00 ZZZPATEL I PRICARE
discuss with pt pt reported to me that he was seen by outside physician
Dr.Harasym 842-0945, pt reported to me that he is having headache also seen by
neurologist outside possible migaine, pt was prescribed fioricet by outside
physician Dr.Harasym, requesting from here, will refer to neurology for further
advise and care.
                    Signed by: /es/ INDUBHAI M PATEL, MD
                               STAFF PHYSICIAN, PRIMARY CARE
                               07/30/2008 15:10

M360

LASKOWSKI,STANLEY P III

WILKES-BARRE VAMC
Pt Loc: OUTPATIENT

Printed:06/26/2009 16:51
Vice SF 509



```
---------------------------------------------------------------------------
MEDICAL RECORD                                                Progress Note
---------------------------------------------------------------------------
NOTE DATED: 07/30/2008 16:09
LOCAL TITLE: AOPC TLCP MEDICINE
STANDARD TITLE: PRIMARY CARE TELEPHONE ENCOUNTER NOTE
VISIT: 07/28/2008 14:30 ZZZMHC BROWN
```
Spoke to patient briefly on the phone.  I told him that I didn't have a chance
to talk with Dr. Dooley about his medication request to aid sleep, since he is
on vacation.  During his appointment, Mr. Laskowski and I had discussed several
alternatives to Ambien, since it is a benzodiazepine and he has a history of
substance abuse.  His sleep disturbance is long standing and I did not get the
sense at his appointment on Monday that it was significantly changed over the
past few months.

                    Signed by: /es/ ALAN L BRYSKI, PA-C
                               Physician Assistant
                               07/30/2008 16:16

          Receipt Acknowledged By:
                          /es/ ARUNA BHATIA
                               ASST CHIEF BEHAVIORAL MEDICINE
                               07/30/2008 16:36
```

M361

----------------------------------------------------------------------------

MEDICAL RECORD

----------------------------------------------------------------------------

NOTE DATED: 08/01/2008 10:32
LOCAL TITLE: TLCP OIF/OEF
STANDARD TITLE: OEF/OIF TELEPHONE ENCOUNTER NOTE
VISIT: 08/01/2008 10:32 TLCP OIF/OEF
Data: Spoke with veteran regarding NoShow for Patel PCP. Vet aplogized for
missing appt but stated he spoke with Dr. Patel via phone and vet's needs were
met then ; therefore, vet did not need appt. Vet was reminded of my role as
OEF/OIF Case Manager and informed to contact me if he needs assistance. Vet
appreciative of call.

                      Signed by: /es/   SANDRA DOMPKOSKY RN MSN
                                         OIF/OEF RN Case Manager
                                         08/01/2008 10:36

        Receipt Acknowledged By:
                                  /es/ Karen L. Berkheiser, RN BSN
                                       OEF/OIF RN Case Manager
                                       08/04/2008 10:51

M 362

----------------------------------------------------------------------------

LASKOWSKI,STANLEY P III          WILKES-BARRE VAMC        Printed:06/26/2009 16:51
                                 Pt Loc: OUTPATIENT                    Vice SF 509

```
----------------------------------------------------------------------------
MEDICAL RECORD                                                  Progress Note
----------------------------------------------------------------------------
NOTE DATED: 08/04/2008 14:49
LOCAL TITLE: TLCP PSYCHIATRY
STANDARD TITLE: TELEPHONE ENCOUNTER NOTE
VISIT: 08/04/2008 14:45 ZZZMHC BRYSKI
    I spoke to Dr. Dooley today concerning this patients' request for Ambien.  We
discussed the patient's history of substance abuse and the fact that he remains
on Tylenol #3 prn.  He is suffering from PTSD with occasional nightmares.  I
then spoke to the patient and again discussed the need for Ambien.  He stated
that it has been the only medication that he has taken that doesn't leave him
with a groggy feeling the next day.  We discussed this class of medication and
how they can lead to tolerance if taken regularly.  He agreed to take the
medication only as needed and was satisfied with obtaining 14 tablets to last
him for a month.  Will reevaluate him at the next clinic appointment.

                    Signed by: /es/ ALAN L BRYSKI, PA-C
                               Physician Assistant
                               08/04/2008 14:55
```

M363

---
```
MEDICAL RECORD                                              Progress Note
```
---
```
NOTE DATED: 08/05/2008 09:24
LOCAL TITLE: NSG CLINIC NOTE
STANDARD TITLE: NURSING OUTPATIENT NOTE
VISIT: 08/05/2008 09:00 KHAN NEUROLOGY
HEIGHT: 68 in [172.7 cm] (04/29/2008 10:41)
WEIGHT: 186 lb [84.5 kg] (04/29/2008 10:41)
BMI:     BODY MASS INDEX - APR 29, 2008@10:41:56   28.3
BP:   116/73 (07/09/2008 10:46)
T:    99.3 F [37.4 C] (04/29/2008 10:41)
P:    77 (07/09/2008 10:46)
R:    18 (07/09/2008 10:46)
PAIN: 0 (07/09/2008 10:46)
```

MEDICATION ALLERGY: TRAMADOL
Pt states he has an allergy to:

DATA: Chief Complaint:  THIS IS A NEW PT. FOR EVALUATION. STATES HE HAD 3
SEIZURES IN THE LAST
3 MONTHS. THE LAST SEIZURE WAS 7-4-08, HAS HAD HEADACHE SINCE THE
SEIZURE ON THAT DAY.


ASSESSMENT:

PLAN:  SEE DR.


Was education provided to the patient? No

                    Signed by: /es/ DONNA M POPROC
                               08/05/2008 09:26

M364

---
```
LASKOWSKI STANLEY P III           WILKES-BARRE VAMC    Printed:06/26/2009 16:51
████████████████████             Pt Loc: OUTPATIENT        Vice SF 509
```
---

```
----------------------------------------------------------------------------
MEDICAL RECORD                                                Progress Note
----------------------------------------------------------------------------
08/05/2008 09:53      ** CONTINUED FROM PREVIOUS PAGE **
```

RECOMMENDATIONS:
1.  I asked him to urgently start phenytoin because he is at
high risk of seizures.
2.  He was prescribed 300 mg of Dilantin, which he will start
today. He will be getting 100-mg capsules, and he can take 3 at
a time daily. A drug level is ordered for August 21, 2008. He is
also followed by private physicians outside the VA including Dr.
Harrison and Dr. Daduk, who is his family physician, as well as
a neurologist. He will be seeing Dr. Daduk today.
3.   To avoid duplication of care, I told him that we would
provide him the medications prescribed by his private
physicians, if they are appropriate. He will follow up with me
in 3-4 months unless there is a problem, and then he can be seen
earlier.


IAK/OSi/227200/1/08/08/2008 10:12:02/rc/D:08/05/2008
10:04:55/T:08/05/2008
13:04:04/VAJob#:2910091/IChartJob#32024060/25460639

                    Signed by: /es/ IQBAL A KHAN
                               STAFF PHYSICIAN(NEUROLOGY)MEDICAL SERVICE
                               08/08/2008 12:15

M365

```
--------------------------------------------------------------------------
                                                      Progress Notes
--------------------------------------------------------------------------
```

MEDICAL RECORD
```
--------------------------------------------------------------------------
```
NOTE DATED: 08/05/2008 09:53
LOCAL TITLE: MED NEUROLOGY NOTE
STANDARD TITLE: NEUROLOGY NOTE
VISIT: 08/05/2008 09:00 KHAN NEUROLOGY
CONSULT/PROCEDURE NUMBER:  896628

CHIEF COMPLAINT:  Headaches and seizures.

HISTORY OF PRESENT ILLNESS:  This is a 30-year-old Iraq War
veteran who had a concussion in 2003, when he got under friendly
fire. He was unconscious for about 30 seconds. He has developed
headaches since then. They are intractable daily headaches
involving the whole head and associated with photophobia.

He has tried various medications in the past without much
improvement. Currently, he is taking Fiorinal with codeine
prescribed by a non-VA physician, Dr. Harrison, and this is the
only drug that helps him on a p.r.n. basis. He has tried various
other drugs including Fioricet, plain Fiorinal, Tylenol and
other over-the-counter drugs including Motrin without any
relief.

Another problem he has is recent-onset seizures. In February,
May and July of this year, he had 3 generalized tonic-clonic
seizures with tongue biting on 2 occasions. He has ascribed
these seizures to his taking tramadol and Prozac, because every
time he had a seizure he was at least on tramadol. On one
occasion, he was on tramadol as well as on Prozac.

He has no family history of epilepsy, but has a family history
of common migraines.

The veteran had an EEG, which was unremarkable and reviewed by
Dr. Feerick. He had an MRI of the brain, he says, in April of this
year, which was reported by him as unremarkable. We have that
MRI report here available in the chart, which shows no evidence
of any acute intracranial abnormality. This was done on April
29, 2008.

The veteran has some other medical problems including PTSD, hip
pain, tobacco use disorder and polysubstance abuse. Current
medications include butalbitol, zolpidem, acetaminophen and
multivitamins. Recent labs are unremarkable, showing a normal
white count and platelet count as well as normal liver function
tests, BUN and creatinine. The veteran has not taken Dilantin
for the last few weeks because he ran out of it. He was
prescribed Phenytek, which is one single 300-mg capsule. There
is no Dilantin level in our records here.

PHYSICAL EXAMINATION:  He is alert, awake and oriented. Pupils
are symmetric. He is physically appearing intact. He came late
for the appointment, so detailed physical examination is
deferred, but he has no complaints of any physical impairment,
as such, other than headaches.

IMPRESSION:
1.   NEW-ONSET SEIZURES, BY DEFINITION. HE HAS EPILEPSY. IT IS
POSSIBLE THAT TRAMADOL AND PROZAC MAY BE RESPONSIBLE FOR HIS
SEIZURES, AS THESE DRUGS ARE KNOWN TO REDUCE SEIZURE THRESHOLD;
HOWEVER, THIS IS NOT CONCLUSIVE. WITH THE PATIENT BEING INVOLVED
IN A CONCUSSION AS A SOLDIER, IT IS POSSIBLE THAT HIS SEIZURES
MAY BE RELATED TO HEAD INJURY.
2.   HEADACHES ARE PRESENT ON AN EVERYDAY BASIS AND HAVE BEEN
RESISTANT TO OTHER DRUGS.
3.   ALTHOUGH THE PATIENT HAS A HISTORY OF POLYSUBSTANCE ABUSE,
IT AGAIN IS NOT CONCLUSIVE WHETHER HIS USE OF MEDICATIONS IS
RELATED TO ABUSE OR IF IT IS HEADACHES; HOWEVER, HE IS
COMPLAINING OF CHRONIC DAILY HEADACHES.
4.   MRI HAS BEEN REPORTED NORMAL.

            ** THIS NOTE CONTINUED ON NEXT PAGE **
```

M366

MEDICAL RECORD
08/05/2008 09:53      ** CONTINUED FROM PREVIOUS PAGE **

RECOMMENDATIONS:
1.   I asked him to urgently start phenytoin because he is at
high risk of seizures.
2.   He was prescribed 300 mg of Dilantin, which he will start
today. He will be getting 100-mg capsules, and he can take 3 at
a time daily. A drug level is ordered for August 21, 2008. He is
also followed by private physicians outside the VA including Dr.
Harrison and Dr. Dhaduk, who is his family physician, as well as
a neurologist. He will be seeing Dr. Daduk today.
3.   To avoid duplication of care, I told him that we would
provide him the medications prescribed by his private
physicians, if they are appropriate. He will follow up with me
in 3-4 months unless there is a problem, and then he can be seen
earlier.


IAK/OSi/227200/0/08/05/2008 13:04:04/gz/D:08/05/2008
10:04:55/T:08/05/2008
13:04:04/VAJob#:2910091/IChartJob#32024060/25460639

                    Signed by: /es/ IQBAL A KHAN
                              STAFF PHYSICIAN (NEUROLOGY) MEDICAL SERVICE
                              08/07/2008 09:03


M367

MEDICAL RECORD
NOTE DATED: 08/05/2008 09:53
LOCAL TITLE: MED NEUROLOGY NOTE
STANDARD TITLE: NEUROLOGY NOTE
VISIT: 08/05/2008 09:00 KHAN NEUROLOGY
CONSULT/PROCEDURE NUMBER::

CHIEF COMPLAINT:  Headaches and seizures.

HISTORY OF PRESENT ILLNESS:  This is a 30-year-old Iraq War
veteran who had a concussion in 2003, when he got under friendly
fire. He was unconscious for about 30 seconds. He has developed
headaches since then. They are intractable daily headaches
involving the whole head and associated with photophobia.

He has tried various medications in the past without much
improvement. Currently, he is taking Fiorinal with codeine
prescribed by a non-VA physician, Dr. Harrison, and this is the
only drug that helps him on a p.r.n. basis. He has tried various
other drugs including Fioricet, plain Fiorinal, Tylenol and
other over-the-counter drugs including Motrin without any
relief.

Another problem he has is recent-onset seizures. In February,
May and July of this year, he had 3 generalized tonic-clonic
seizures with tongue biting on 2 occasions. He has ascribed
these seizures to his taking tramadol and Prozac, because every
time he had a seizure he was at least on tramadol. On one
occasion, he was on tramadol as well as on Prozac.

He has no family history of epilepsy, but has a family history
of common migraines.

The veteran had an EEG, which was unremarkable and reviewed by
Dr.Feerick. He had an MRI of the brain, he says, in April of this
year, which was reported by him as unremarkable. We have that
MRI report here available in the chart, which shows no evidence
of any acute intracranial abnormality. This was done on April
29, 2008.

The veteran has some other medical problems including PTSD, hip
pain, tobacco use disorder and polysubstance abuse. Current
medications include butalbital, zolpidem, acetaminophen and
multivitamins. Recent labs are unremarkable, showing a normal
white count and platelet count as well as normal liver function
tests, BUN and creatinine. The veteran has not taken Dilantin
for the last few weeks because he ran out of it. He was
prescribed Phenytek, which is one single 300-mg capsule. There
is no Dilantin level in our records here.

PHYSICAL EXAMINATION:  He is alert, awake and oriented. Pupils
are symmetric. He is physically appearing intact. He came late
for the appointment, so detailed physical examination is
deferred, but he has no complaints of any physical impairment,
as such, other than headaches.

IMPRESSION:
1.   NEW-ONSET SEIZURES, BY DEFINITION. HE HAS EPILEPSY. IT IS
POSSIBLE THAT TRAMADOL AND PROZAC MAY BE RESPONSIBLE FOR HIS
SEIZURES, AS THESE DRUGS ARE KNOWN TO REDUCE SEIZURE THRESHOLD;
HOWEVER, THIS IS NOT CONCLUSIVE. WITH THE PATIENT BEING INVOLVED
IN A CONCUSSION AS A SOLDIER, IT IS POSSIBLE THAT HIS SEIZURES
MAY BE RELATED TO HEAD INJURY.
2.   HEADACHES ARE PRESENT ON AN EVERYDAY BASIS AND HAVE BEEN
RESISTANT TO OTHER DRUGS.
3.   ALTHOUGH THE PATIENT HAS A HISTORY OF POLYSUBSTANCE ABUSE,
IT AGAIN IS NOT CONCLUSIVE WHETHER HIS USE OF MEDICATIONS IS
RELATED TO ABUSE OR IF IT IS HEADACHES; HOWEVER, HE IS
COMPLAINING OF CHRONIC DAILY HEADACHES.
4.   MRI HAS BEEN REPORTED NORMAL.

** THIS NOTE CONTINUED ON NEXT PAGE **

LASKOWSKI,STANLEY P III          WILKES-BARRE VAMC          Printed:06/26/2009 16:51
                                 Pt Loc: OUTPATIENT                     Vice SF 509

M368

█████████████████████████                                    ⬤ ULTATION SHEET
                                                                     Progress Notes

MEDICAL RECORD

LASKOWSKI,STANLEY P III ████████         WILKES-BARRE VAMC           Printed:06/26/2009 16:51
                                         Pt Loc: OUTPATIENT                        Vice SF 509

M36⁹

---------------------------------------------------------------
  MEDICAL RECORD        |      CONSULTATION SHEET      Page 2 of 2
---------------------------------------------------------------
Consult Request: Consult                          |Consult No.: 898411
===============================================================
Consultation Results #6654233 continued.
DATE OF NOTE: AUG 05, 2008@10:35     ENTRY DATE: AUG 05, 2008@10:35:24
     AUTHOR: CENCETTI,JOSEPH M     EXP COSIGNER:
     URGENCY:                          STATUS: COMPLETED

SERVICE CONNECTED % - 100
TINNITUS    10%   SC
BURSITIS    10%   SC
BURSITIS    10%   SC
LIMITED EXTENSION OF FOREARM   20%  SC
MALUNION OF ANKLE   0%   SC
SINUSITIS,FRONTAL,CHRONIC  10%   SC
POST-TRAUMATIC STRESS DISORDER  100%   SC
PERIOD OF SERVICE - PERSIAN GULF WAR

please clarify fiorinal with codiene or fioricet with codiene, Either will be
approved and also discontinue apap with codiene and inform pt not to use apap
with codiene or fiorinal or fiorecet with codeine together Please enter
prescription of which agent you want , ie fiorinal with codeine or fioricet with
codien, thnaks.

/es/ JOSEPH M CENCETTI
PHARMD.
Signed: 08/05/2008 10:38

M370

===============================================================
LASKOWSKI, STANLEY P III     SERVICE CONNECTED 50% to 100%     SC VETERAN

```
----------------------------------------------------------------------
    MEDICAL RECORD          |   CONSULTATION SHEET      Page 1 of 2
----------------------------------------------------------------------
Consult Request: Consult                    |Consult No.: 898411
----------------------------------------------------------------------
To: PHARMACY NONFORMULARY REQUEST           |Requested: 08/05/2008 9:53 am
    From: KHAN NEUROLOGY
======================================================================
Requesting Facility: WILKES-BARRE VAMC
Current Primary Care Provider: PATEL,INDUBHAI M
     Current Primary Care Team: GENERAL MEDICINE
```

REASON FOR REQUEST: (Complaints and findings)
SERVICE CONNECTED % - 100
TINNITUS   10%   SC
BURSITIS   10%   SC
BURSITIS   10%   SC
LIMITED EXTENSION OF FOREARM   20%   SC
MALUNION OF ANKLE   0%   SC
SINUSITIS,FRONTAL,CHRONIC   10%   SC
POST-TRAUMATIC STRESS DISORDER   100%   SC
PERIOD OF SERVICE - PERSIAN GULF WAR

COMBAT SERVICE - NO
Is patient an OEF/OIF returnee?   Yes

Reason for Request:   Fioricet with codiene

THIS FORM IS USED TO REQUEST A NON-FORMULARY MEDICATION FOR CLINICAL
                USE FOR AN INDIVIDUAL PATIENT

SECTION A:   Medication Requested (To be completed by Physician)
    1.   Generic name/strength/dosage form: Fiorinol with codeine
    2.   Trade name: as above
    3.   Diagnosis or medical problem to be treated: Intractable headaches
SECTION B:   Justification (To be completed by Physician)
    1.  Reason for medical necessity: (choose one/document specific
comments)
        c. Therapeutic failure of all formulary alternatives: (specify
            agent(s) tried) Fiorinol/Fioricet/tylenol

    2.  Anticipated duration and location of therapy: (chose all that apply)
        Chronic use, Outpatient clinic
    3.  Treatment goal/endpoint: Patient already taking it and it is the
only
drug which helps,
prescribed by non VA physician-intractable headaches may be
posttratumatic concussion related in Iraq.

```
----------------------------------------------------------------------
PROVISIONAL DIAG: Intractable headaches
                                       |PLACE:              |URGENCY:
REQUESTED BY:                          |Consultant's choice |Routine
KHAN,IQBAL A                           |RVICE               |
STAFF PHYSICIAN(NEUROLOGY)MEDICAL S    |SERVICE RENDERED AS:|
(Pager: 721)                           |Outpatient          |
(Phone: 4793)                          |                    |
----------------------------------------------------------------------
```

              CONSULTATION NOTE #6654233


  LOCAL TITLE: CONSULTATION REPORT
STANDARD TITLE: CONSULT
======================================================================
AUTHOR & TITLE:                             |DATE:
----------------------------------------------------------------------
ID #:_____|ORGANIZATION:WILKES-BARRE VAMC |REG #:____|LOC: KHAN NEUROL
LASKOWSKI,STANLEY P III   SERVICE CONNECTED 50% to 100%   SC VETERAN
                                                      CONSULTATION SHEET
                                              Phone:    Standard Form 513 (Rev 9-77)

M371

MEDICAL RECORD

NOTE DATED: 08/14/2008 11:23
LOCAL TITLE: TLCP PSYCHOLOGY
STANDARD TITLE: TELEPHONE ENCOUNTER NOTE
VISIT: 08/14/2008 11:23 TLCP DOOLEY
phoned veteran to f/u on today's cx by pt appt with writer. Left message on
machine.

```
        Signed by: /es/ MATTHEW DOOLEY
                       STAFF PSYCHOLOGIST BEHAVIORAL SVCS
                       08/14/2008 11:24
```

M 3 7 2

MEDICAL RECORD
NOTE DATED: 08/21/2008 16:30
LOCAL TITLE: PSYCHOLOGY GENERAL NOTE
STANDARD TITLE: PSYCHOLOGY NOTE
VISIT: 08/21/2008 16:30 PSYCH DOOLEY II

D:  The veteran attended a 60-minute CPT session on his service-connected
diagnosis of post-traumatic stress disorder.

This was the fourth session of the CPT protocol. The veteran arrived having
completed his practice assignments relating to writing a detailed account of his
most traumatic event and daily monitoring of thoughts, feelings, and behaviors.
The patient demonstrated mild distress in this session when discussing his
thoughts and feelings about the traumatic event, but seemed able to tolerate
these emotions.  The goal of this intervention is to increase his access to and
expression of these feelings and to allow the natural resolution of them.  The
therapist used cognitive therapy strategies to challenge the patient's apparent
dysfunctional interpretations about the event.

The session concluded with practice to write again about the most
traumatic event the patient has experienced and to further elaborate on
the sensory and emotional details.  He agreed to include his thoughts and
feelings while writing the account and to read the account daily.

A:  The veteran displayed mildly anxious mood with restricted affect.
His degree of affective expression seemed mild to moderate.  However, he
was describing feelings of guilt with associated physiological
correlates.  He did not demonstrate symptoms of agitation upon exit from
session.  He denied and did not demonstrate symptoms consistent with
current suicidal ideation, homicidal ideation, auditory or visual
hallucination.  His speech was logical, coherent, and sequential. His
insight and judgment appeared good.

Diagnosis: Post-traumatic stress disorder.

Treatment Plan:  The veteran agrees to continued attendance at cognitive
processing therapy on an individual basis.

The next individual contact with veteran will have the veteran reading
his second trauma account aloud, helping him to identify differences
between the first and second accounts, engaging veteran in challenging
assumptions and conclusions that he has made after processing affect with
particular focus on self blame, introduction of challenging questions
worksheets.

Therapeutic Goal:  Reduction in the frequency and/or severity of the
veteran's reported symptom complaints.

D:  8/21/08 5:31P
T:  8/24/08  T16 #174543

                  Signed by: /es/ MATTHEW DOOLEY
                             STAFF PSYCHOLOGIST BEHAVIORAL SVCS
                             08/26/2008 17:00

M373

MEDICAL RECORD
NOTE DATED: 08/26/2008 17:00
LOCAL TITLE: PSYCHOLOGY GENERAL NOTE
STANDARD TITLE: PSYCHOLOGY NOTE
VISIT: 08/26/2008 17:00 PSYCH DOOLEY II

D:   The veteran attended a 50-minute CPT session on his service-connected diagnosis of post-traumatic stress disorder.  This was the fifth session of CPT for PTSD.

The veteran arrived, having completed his practice assignment related to rewriting his traumatic event including further elaboration and inclusion of his current thoughts and feelings.  He appeared able to experience the associated affect and the stresses related to them seemed decreased since the last session.  He also commented on improved ability to complete the assignment, suggestive of decreased agitation during completion of exercise.  Cognitions about self-blame and guilt was specifically targeted for cognitive restructuring.  In addition, the challenging questions were introduced to the patient to aid his own challenge of dysfunctional and erroneous beliefs.  The notion of stuck points was reviewed and the patient agreed to identify one stuck point each day to challenge with the aid of the challenging questions work-sheets.  He also agreed to re-read the last written account of index event on a daily basis until the next contact.

A:   The veteran displayed moderately anxious mood with restricted affect.  He demonstrated mild agitation during reading of second account.  He appeared able to self-soothe and exited session without observed agitation.  He denied and did not demonstrate symptoms consistent with current suicidal ideation, homicidal ideation, and auditory or visual hallucination.  His speech was logical, coherent, and sequential.  His insight and judgment appeared good.

          DIAGNOSIS:  Post-traumatic stress disorder.

TREATMENT PLAN:  The veteran agreed to continued attendance at cognitive processing therapy on an individual basis.

The next individual contact with the veteran will include a review of challenging questions worksheets completed by the veteran, continuing of cognitive therapy on stuck points, introduction to patterns of problematic thinking worksheet.

THERAPEUTIC GOAL:  A reduction in the frequency and/or severity of the veterans' reported symptom complaints.


D-08/26/08  18:07
T-08/28/08  11:13
TA31  175776

          Signed by: /es/ MATTHEW DOOLEY
                     STAFF PSYCHOLOGIST BEHAVIORAL SVCS
                     09/04/2008 16:30




M374

MEDICAL RECORD                                                    Progress Notes
----------------------------------------------------------------------
NOTE DATED: 09/04/2008 16:30
LOCAL TITLE: PSYCHOLOGY GENERAL NOTE
STANDARD TITLE: PSYCHOLOGY NOTE
VISIT: 09/04/2008 16:30 PSYCH DOOLEY II

D:  The veteran attended a 50-minute CPT session on his service-connected
diagnosis of post-traumatic stress disorder.  This was the sixth session
of CPT.

The veteran arrived having completed his practice assignments related to
challenging stuck points daily with aid of the challenging questions
worksheet.  Stuck points related to self-blame and hindsight bias were
particularly targeted.  Patterns of problematic thinking contributing to
stuck point development continue to be targeted for restructuring.  The patient
appears to have developed a greater ability to challenge his dysfunctional and
erroneous beliefs associated with his stuck points.  Patterns of problematic
thinking, for example minimization, exaggeration, and all or none
thinking were introduced and examples from the patient's thinking about
his traumatic event and life in general were used to illustrate these
patterns.  He agreed to identify examples of each problematic thinking
pattern from his stuck points before the next session as well as
continued re-reading of the last written account of the index event.

During processing of homework, veteran admitted that he had not been
re-reading last written account of index event.  He does report continued
mild disturbance during the reading.  Reminded veteran of need to habituate and
Recommended veteran continue re-reading event, aloud if possible until next
contact for further assessment.  Veteran expressed understanding and agreement
with this recommendation.

A:  The veteran displayed mildly anxious mood with restricted affect.  He
denied and did not demonstrate symptoms consistent with current suicidal
ideation, homicidal ideation, auditory or visual hallucinations.  His
speech was logical, coherent, and sequential.  His insight and judgment
appeared good.

DIAGNOSIS:  Post-traumatic stress disorder.

TREATMENT PLAN:  The veteran agreed to continued attendance at cognitive
processing therapy on an individual basis.

The next individual contact with the veteran will include a review of
veteran's completed patterns of problematic thinking worksheets on stuck
points, introduction of challenging beliefs worksheets with a trauma
example, introduction of the first of five problem areas (safety) related
to self and others.

THERAPEUTIC GOAL:  Reduction in the frequency and/or severity of the
veteran's reported symptom complaints.

D:      9/4/2008   5:33 PM
T:      9/6/2008   TA22 #178441

                 Signed by: /es/ MATTHEW DOOLEY
                            STAFF PSYCHOLOGIST BEHAVIORAL SVCS
                            09/18/2008 16:28

                            M375

----------------------------------------------------------------------
----------------------------------------------------------------------

---

MEDICAL RECORD                                                      Progress Note

---

09/08/2008 14:04      ** CONTINUED FROM PREVIOUS PAGE **

       ********
    Outpatient Medication Review
     A new medication is to be added after review of current medication
       profile at this clinic visit. See plan of care above.  Patient
       verbalizes understanding of use of new medication(s).
       Comment: Tylenol #3
    Outpatient medications with doses or frequency changes. See Plan of
       Care above. Patient verbalizes understanding of medication dose
       or frequency changes.
    A medication is to be discontinued during medication profile review
       at this clinic visit. See Plan of Care above. Patient verbalizes
       understanding of discontinuation of medication(s).
       Comment: Fiorinol

             Signed by: /es/ IQBAL A KHAN
                 STAFF PHYSICIAN(NEUROLOGY)MEDICAL SERVICE
                 09/08/2008 14:05

M376

---

LASKOWSKI, STANLEY P III          WILKES-BARRE VAMC        Printed:06/26/2009 16:51
█████████████████████             Pt Loc: OUTPATIENT                    Vice SF 509

---

MEDICAL RECORD                                                    Progress Notes

09/08/2008 14:04      ** CONTINUED FROM PREVIOUS PAGE **

            TAKE ONE-HALF TABLET BY MOUTH EVERY MORNING FOR 10 DAYS, THEN
      TAKE ONE
            TABLET EVERY MORNING AFTER MEAL

      OPT DIVALPROEX ER 500MG TAB (DISCONTINUED BY PROVIDER/30 Days
      Supply Last Released: 3/17/08)
            TAKE ONE TABLET BY MOUTH AT BEDTIME FOR 3 DAYS, THEN TAKE TWO
      TABLET
            AT BEDTIME

      OPT DULOXETINE 20MG CAP (DISCONTINUED BY PROVIDER/30 Days Supply
      Last Released: 3/10/08)
            TAKE ONE CAPSULE BY MOUTH EVERY OTHER DAY

      OPT FIORINAL # 3 (30MG CODEINE) (DISCONTINUED BY PROVIDER/30 Days
      Supply Last Released: 8/11/08)
            TAKE 1 CAPSULE BY MOUTH FOUR TIMES A DAY AS NEEDED

      OPT FLUOXETINE 20 MG CAP (DISCONTINUED BY PROVIDER/30 Days Supply
      Last Released: 2/25/08)
            TAKE ONE CAPSULE BY MOUTH TWICE A DAY WITH MEALS

      OPT HYDROXYZINE 10MG TABLET (DISCONTINUED BY PROVIDER/30 Days
      Supply Last Released: 4/7/08)
            TAKE ONE TABLET BY MOUTH TWICE A DAY AS NEEDED FOR ANXIETY

      OPT HYDROXYZINE PAMOATE 25MG CAP (DISCONTINUED BY PROVIDER/30 Days
      Supply Last Released: 3/20/08)
            TAKE ONE CAPSULE BY MOUTH TWICE A DAY AS NEEDED FOR ANXIETY,
      MAY TAKE
            1 OR 2 TABS

      OPT MIRTAZAPINE 15 MG TABLET (DISCONTINUED BY PROVIDER/30 Days
      Supply Last Released: 1/10/08)
            TAKE ONE AND ONE-HALF TABLETS BY MOUTH AT BEDTIME

      OPT PAROXETINE 40 MG TAB (DISCONTINUED BY PROVIDER/30 Days Supply
      Last Released: 1/30/08)
            TAKE ONE-HALF TABLET BY MOUTH EVERY DAY

      OPT QUETIAPINE 100MG TAB (DISCONTINUED BY PROVIDER/30 Days Supply
      Last Released: 1/10/08)
            TAKE ONE-HALF TABLET BY MOUTH AT BEDTIME

      OPT QUETIAPINE 200MG TAB (DISCONTINUED (EDIT)/30 Days Supply Last
      Released: 12/14/07)
            TAKE ONE-HALF TABLET BY MOUTH AT BEDTIME

      OPT RISPERIDONE 2 MG (DISCONTINUED BY PROVIDER/30 Days Supply Last
      Released: 4/26/08)
            TAKE ONE-HALF TABLET BY MOUTH TWICE A DAY FOR MOOD
      STABILIZATION

      OPT TRAMADOL 50MG TAB (DISCONTINUED BY PROVIDER/30 Days Supply
      Last Released: 2/26/08)
            TAKE TWO TABLETS BY MOUTH THREE TIMES A DAY AS NEEDED AS
      NEEDED FOR
            PAIN

      OPT VENLAFAXINE EXTENDED RELEASE 75MG CAPS (DISCONTINUED BY
      PROVIDER/30 Days Supply Last Released: 1/22/08)
            TAKE ONE CAPSULE BY MOUTH DAILY WITH FOOD

      OPT ZOLPIDEM 10 MG TAB (EXPIRED/30 Days Supply Last Released:
      8/4/08)
            TAKE ONE TABLET BY MOUTH AT BEDTIME AS NEEDED

      ********************************************************************
                  ** THIS NOTE CONTINUED ON NEXT PAGE **

LASKOWSKI,STANLEY P III        WILKES-BARRE VAMC           Printed:06/26/2009 16:51
                               Pt Loc: OUTPATIENT                     Vice SF 509

                                    M377

```
-----------------------------------------------------------------
MEDICAL RECORD                                        Progress Note
-----------------------------------------------------------------
NOTE DATED: 09/08/2008 14:04
LOCAL TITLE: PROVIDER MEDICATION RECONCILIATION NOTE
STANDARD TITLE: E & M NOTE
VISIT: 09/08/2008 13:40 KHAN NEUROLOGY
  PROVIDER Med Reconciliation:


    09/08/2008 14:04
    *********************  CONFIDENTIAL UAP SUMMARY   pg. 1
    *********************
    LASKOWSKI,STANLEY P III

    ---------------------- BADR - Brief Adv React/All
    ----------------------

      Allergy/Reaction: TRAMADOL

    ---------------------- AJEY UAP PHARMACY PROFILE
    ----------------------


    -------------------------------------------------------------
    ------------
Alphabetical list of all prescriptions, inpatient orders and
Non-VA meds
Legend: OPT = VA issued outpatient prescription, INP = VA issued
inpatient order
Non-VA Meds Last Documented On: ** Data not found **
-----------------------------------------------------------------
-------------
OPT CAPSAICIN 0.075% CREAM (GM)
      APPLY SMALL AMOUNT TOPICALLY TWICE A DAY AS NEEDED TO
AFFECTED AREA
                        Last Released: 6/5/08            Days
    Supply: 30
                        Rx Expiration Date: 6/6/09       Refills
    Remaining: 3

OPT MULTIVITAMIN TABLETS
      TAKE 1 TABLET BY MOUTH EVERY DAY
                        Last Released: 6/20/08           Days
    Supply: 90
                        Rx Expiration Date: 6/6/09       Refills
    Remaining: 2

OPT PHENYTOIN 100MG (DILANTIN) CAP
      TAKE THREE CAPSULES BY MOUTH EVERY DAY
                        Last Released: 8/5/08             Days
    Supply: 90
                        Rx Expiration Date: 8/6/09       Refills
    Remaining: 3

    -------------------------------------------------------------
    ------------
Other medications previously dispensed in the last year:

OPT ACETAMINOPHEN 300MG WITH CODEINE 30MG (DISCONTINUED BY
PROVIDER/30 Days Supply Last Released: 7/8/08)
      TAKE 2 TABLETS BY MOUTH EVERY 8 HOURS AS NEEDED

OPT BUSPIRONE  5 MG TABLET (DISCONTINUED BY PROVIDER/30 Days
Supply Last Released: 1/30/08)
      TAKE ONE TABLET BY MOUTH TWICE A DAY WITH MEALS

OPT BUTALBITAL CPD & APAP TAB (DISCONTINUED/10 Days Supply Last
Released: 7/31/08)
      TAKE 1 TABLET BY MOUTH EVERY 6 HOURS AS NEEDED FOR PAIN AND
HEADACHE

OPT CITALOPRAM 20MG TAB (DISCONTINUED BY PROVIDER/30 Days Supply
Last Released: 3/4/08)
              ** THIS NOTE CONTINUED ON NEXT PAGE **
-----------------------------------------------------------------
LASKOWSKI, STANLEY P III        WILKES-BARRE VAMC    Printed:06/26/2009 16:51
                                Pt Loc: OUTPATIENT              Vice SF 509
-----------------------------------------------------------------
```

M 378

MEDICAL RECORD

09/08/2008 14:05      ** CONTINUED FROM PREVIOUS PAGE **

```
        Signed by: /es/ IQBAL A KHAN
                   STAFF PHYSICIAN(NEUROLOGY)MEDICAL SERVICE
                   09/09/2008 08:39
```

M379

```
-------------------------------------------------------------------------
MEDICAL RECORD                                              Progress Note
-------------------------------------------------------------------------
```

NOTE DATED: 09/08/2008 14:05
LOCAL TITLE: MED NEUROLOGY NOTE
STANDARD TITLE: NEUROLOGY NOTE
VISIT: 09/08/2008 13:40 KHAN NEUROLOGY

HISTORY OF PRESENT ILLNESS:  This is a 30-year-old male who has history of seizures, as well as headaches.  On last visit I had advised him to start phenytoin which was prescribed for prevention of seizures.  Although his seizures may seem to be provoked seizures from the medications he has taken in the past including tramadol and antidepressants it seems like he may have epilepsy.  He had seizures in February, May, and July of this year, the last one on July 4th.  He ascribed these seizures to his taking tramadol and Prozac because every time he had a seizure he was at least on tramadol.  At one time he was on tramadol, as well as on Prozac.  There is no family history of epilepsy.  EEG was unremarkable.  MRI of the brain in April is reported unremarkable by him.  ER doctor in Carbondale Hospital where he was taken after a seizure reported his seizures to department of transportation who has sent him a letter to be filled out by physician.  He forgot to bring that to the office.

In the interim since I saw him last in August 2008 he saw Dr. Dhaduk who he knows from before who prescribed gabapentin for seizure protection or prophylaxis and advised him not to take phenytoin because of long-term side effects.  Patient has not started that drug either yet.

He is saying he has had no seizures since July 4, 2008.

Another problem is his headaches and his bilateral hip pain which he says is related to his service related traumas and exercises et cetera, for which he says he takes Tylenol #3 which helps.  For headaches usually Benadryl helps.  He ascribes his headaches to allergies.

He is stable otherwise and looks healthy.

PHYSICAL EXAMINATION:  Physical exam is unchanged from past results.

In conclusion he is not on any antiepileptic at this time and chooses not to be treated for seizure prophylaxis.

The veteran has a strong thought that his seizures were related to the medications as mentioned above.

I am also not sure if his seizures were really secondary to his medications and he may have unprovoked seizures as well.

At this time I have advised him to restart gabapentin for seizure prophylaxis but he chooses not to at this time. However, he has been given an option that once he decides to start the drug give me a call and I will order it from pharmacy.

For his hip pain I have ordered Tylenol #3 one tablet q. 8 hours p.r.n.

Fiorinol is discontinued because he feels upset stomach and other side effects with that drug.  He will follow up with me in 6 months.


IAK/OSi/227352/2/09/08/2008 16:02:31/rc/D:09/08/2008
14:15:19/T:09/08/2008
15:06:00/VAJob#:3246104/IChartJob#32595441/25904338

                    ** THIS NOTE CONTINUED ON NEXT PAGE **
```
-------------------------------------------------------------------------
LASKOWSKI STANLEY P III          WILKES-BARRE VAMC      Printed:06/26/2009 16:51
                                 Pt Loc: OUTPATIENT            Vice SF 509
-------------------------------------------------------------------------
```

M 380

MEDICAL RECORD                                                    Progress Notes

NOTE DATED: 09/10/2008 11:09
LOCAL TITLE: PSYCHOLOGY GENERAL NOTE
STANDARD TITLE: PSYCHOLOGY NOTE
VISIT: 09/18/2008 16:30 PSYCH DOOLEY II
received message from veteran indicating his need to CX appt scheduled for
9/11/08 due to transportation issues. Veteran is already rescheduled for
9/18/08.

              Signed by: /es/ MATTHEW DOOLEY
                          STAFF PSYCHOLOGIST BEHAVIORAL SVCS
                          09/10/2008 11:10

M381

LASKOWSKI,STANLEY P III          WILKES-BARRE VAMC        Printed:06/26/2009 16:51
                                 Pt Loc: OUTPATIENT                  Vice SF 509

---

MEDICAL RECORD                                                    Progress Note

---

09/11/2008 13:18      ** CONTINUED FROM PREVIOUS PAGE **
             TAKE ONE-HALF TABLET BY MOUTH EVERY DAY

    OPT QUETIAPINE 100MG TAB (DISCONTINUED BY PROVIDER/30 Days Supply
    Last Released: 1/10/08)
             TAKE ONE-HALF TABLET BY MOUTH AT BEDTIME

    OPT QUETIAPINE 200MG TAB (DISCONTINUED (EDIT)/30 Days Supply Last
    Released: 12/14/07)
             TAKE ONE-HALF TABLET BY MOUTH AT BEDTIME

    OPT RISPERIDONE 2 MG (DISCONTINUED BY PROVIDER/30 Days Supply Last
    Released: 4/26/08)
             TAKE ONE-HALF TABLET BY MOUTH TWICE A DAY FOR MOOD
    STABILIZATION

    OPT TRAMADOL 50MG TAB (DISCONTINUED BY PROVIDER/30 Days Supply
    Last Released: 2/26/08)
             TAKE TWO TABLETS BY MOUTH THREE TIMES A DAY AS NEEDED AS
    NEEDED FOR
             PAIN

    OPT VENLAFAXINE EXTENDED RELEASE 75MG CAPS (DISCONTINUED BY
    PROVIDER/30 Days Supply Last Released: 1/22/08)
             TAKE ONE CAPSULE BY MOUTH DAILY WITH FOOD

    OPT ZOLPIDEM 10 MG TAB (EXPIRED/30 Days Supply Last Released:
    8/4/08)
             TAKE ONE TABLET BY MOUTH AT BEDTIME AS NEEDED

    ***************************************************************
    ********
    Outpatient Medication Review
       A new medication is to be added after review of current medication
          profile at this clinic visit. See plan of care above.  Patient
          verbalizes understanding of use of new medication(s).

                 Signed by: /es/ INDUBHAI M PATEL, MD
                            STAFF PHYSICIAN, PRIMARY CARE
                            09/11/2008 13:37

M382

---

----------------------------------------------------------------------
MEDICAL RECORD                                          Progress Note
----------------------------------------------------------------------
09/11/2008 13:18      ** CONTINUED FROM PREVIOUS PAGE **

        OPT MULTIVITAMIN TABLETS
             TAKE 1 TABLET BY MOUTH EVERY DAY
                  Last Released: 6/20/08                Days
        Supply: 90
                      Rx Expiration Date: 6/6/09        Refills
        Remaining: 2
        OPT PHENYTOIN 100MG (DILANTIN) CAP
             TAKE THREE CAPSULES BY MOUTH EVERY DAY
                  Last Released: 8/5/08                 Days
        Supply: 90
                      Rx Expiration Date: 8/6/09        Refills
        Remaining: 3

        --------------------------------------------------------
        Other medications previously dispensed in the last year:

        OPT BUSPIRONE  5 MG TABLET (DISCONTINUED BY PROVIDER/30 Days
        Supply Last Released: 1/30/08)
             TAKE ONE TABLET BY MOUTH TWICE A DAY WITH MEALS

        OPT BUTALBITAL CPD & APAP TAB (DISCONTINUED/10 Days Supply Last
        Released: 7/31/08)
             TAKE 1 TABLET BY MOUTH EVERY 6 HOURS AS NEEDED FOR PAIN AND
        HEADACHE

        OPT CITALOPRAM 20MG TAB (DISCONTINUED BY PROVIDER/30 Days Supply
        Last Released: 3/4/08)
             TAKE ONE-HALF TABLET BY MOUTH EVERY MORNING FOR 10 DAYS, THEN
        TAKE ONE
             TABLET EVERY MORNING AFTER MEAL

        OPT DIVALPROEX ER 500MG TAB (DISCONTINUED BY PROVIDER/30 Days
        Supply Last Released: 3/17/08)
             TAKE ONE TABLET BY MOUTH AT BEDTIME FOR 3 DAYS, THEN TAKE TWO
        TABLET
             AT BEDTIME

        OPT DULOXETINE 20MG CAP (DISCONTINUED BY PROVIDER/30 Days Supply
        Last Released: 3/10/08)
             TAKE ONE CAPSULE BY MOUTH EVERY OTHER DAY

        OPT FIORINAL # 3 (30MG CODEINE) (DISCONTINUED BY PROVIDER/30 Days
        Supply Last Released: 8/11/08)
             TAKE 1 CAPSULE BY MOUTH FOUR TIMES A DAY AS NEEDED

        OPT FLUOXETINE 20 MG CAP (DISCONTINUED BY PROVIDER/30 Days Supply
        Last Released: 2/25/08)
             TAKE ONE CAPSULE BY MOUTH TWICE A DAY WITH MEALS

        OPT HYDROXYZINE 10MG TABLET (DISCONTINUED BY PROVIDER/30 Days
        Supply Last Released: 4/7/08)
             TAKE ONE TABLET BY MOUTH TWICE A DAY AS NEEDED FOR ANXIETY

        OPT HYDROXYZINE PAMOATE 25MG CAP (DISCONTINUED BY PROVIDER/30 Days
        Supply Last Released: 3/20/08)
             TAKE ONE CAPSULE BY MOUTH TWICE A DAY AS NEEDED FOR ANXIETY,
        MAY TAKE
             1 OR 2 TABS

        OPT MIRTAZAPINE 15 MG TABLET (DISCONTINUED BY PROVIDER/30 Days
        Supply Last Released: 1/10/08)
             TAKE ONE AND ONE-HALF TABLETS BY MOUTH AT BEDTIME

        OPT PAROXETINE 40 MG TAB (DISCONTINUED BY PROVIDER/30 Days Supply
        Last Released: 1/30/08)
                  ** THIS NOTE CONTINUED ON NEXT PAGE **
----------------------------------------------------------------------
LASKOWSKI,STANLEY P III        WILKES-BARRE VAMC        Printed:06/26/2009 16:51
                               Pt Loc: OUTPATIENT       Vice SF 509
----------------------------------------------------------------------

M383

```
------------------------------------------------------------------
MEDICAL RECORD                                      Progress Note
------------------------------------------------------------------
09/11/2008 13:18    ** CONTINUED FROM PREVIOUS PAGE **
```

LABS: reviewed.

A/P:
1. neck pain appear to be consistent with strained muscle
tylenol # 3 every 6 hr prn pain also advised for rest, apply capsain
cream as well as to use heating pads.
2. post traumatic stress disorder
follow up psych
3. traumatic brain injury
seen by neurology Dr.Hogg for TBI and was D/C from TBI clinic,  No evidence of
TBI
4.  seizure disorder and headache, he is not on any antiepileptic at this time
and chooses not to be treated for seizure prophylaxis as per neuro Dr.Khan.
5. headaches.  He ascribes his headaches to allergies, usually Benadryl helps,
asking benadryl from here which will be provided.

Patient was explained side effects of the medications, which he understood
and verbalized. Plan of therapy was discussed with the patient, and he was
agreeable.

Preventative - counselled regarding weight loss/exercise/smoking
cessation/Diet

LABS: CBC w/diff, lipid profile, Chem profile - before next visit.
RTC:  6 months to Primary Care Clinic or early if necessary


    PROVIDER Med Reconciliation:

        09/11/2008 13:34
        *********************  CONFIDENTIAL UAP SUMMARY   pg. 1
        ***********************
        LASKOWSKI,STANLEY P III

        ------------------------- BADR - Brief Adv React/All
        -------------------------

           Allergy/Reaction: TRAMADOL

        -------------------------  AJEY UAP PHARMACY PROFILE
        -------------------------


        ----------------------------------------------------------
        Alphabetical list of all prescriptions, inpatient orders and
        Non-VA meds
        Legend: OPT = VA issued outpatient prescription, INP = VA issued
        inpatient order
        Non-VA Meds Last Documented On: ** Data not found **
        ----------------------------------------------------------
        --------------
        OPT ACETAMINOPHEN 300MG WITH CODEINE 30MG
             TAKE 1 TABLET BY MOUTH EVERY 8 HOURS AS NEEDED HIP AND LOWER
        BACK PAIN
        Supply: 30         Last Released: 9/8/08              Days

                           Rx Expiration Date: 10/8/08        Refills
        Remaining: 0

        OPT CAPSAICIN 0.075% CREAM (GM)
             APPLY SMALL AMOUNT TOPICALLY TWICE A DAY AS NEEDED TO
        AFFECTED AREA
        Supply: 30         Last Released: 6/5/08              Days

                           Rx Expiration Date: 6/6/09         Refills
        Remaining: 3       ** THIS NOTE CONTINUED ON NEXT PAGE **
```

```
------------------------------------------------------------------
LASKOWSKI, STANLEY P III        WILKES-BARRE VAMC      Printed:06/26/2009 16:51
                                Pt Loc: OUTPATIENT                   Vice SF 509
```

M384

MEDICAL RECORD                                                    Progress Notes

NOTE DATED: 09/11/2008 13:18
LOCAL TITLE: MED PRIMARY CARE NOTE
STANDARD TITLE: PRIMARY CARE NOTE
VISIT: 09/11/2008 13:00 ZZZPATEL I PRICARE
CHIEF COMPLAIN: follow up on chronic medical problems.

HISTORY OF PRESENT ILLNESS: LASKOWSKI,STANLEY P III, is a 30 year old veteran
came to my clinic today for a regular scheduled visit. He has PMHx of adjustment
Disorder, Posttraumatic Stress Disorder, Skin Rashes, Right Hip Bursitis, Left
Hip: Greater trochanteric bursitis, Right arm Fracture, Chronic Left Hip Pain,
sinusitis, Right heel Spur, Hearing Loss and Tinnitus. The patient is having
persistent problems, despite anti-inflammatory medication. The patient states he
injured his forearm when he fell on stairs in 2002. He was placed in a cast for
two weeks. He has Right plantar calcaneus spur from radiology report. Pt also
had Admission for Concussion due to Motor Vehicle Accidentin 1994. Pt was seen
by neurology Dr.Hogg for TBI and was D/C from TBI clinic, No evidence of TBI,
for detail refer to neurology note dated jul 09, 2008 by Dr.Hogg. Patient is
actively followed by neurology for seizure disorder and headache, he is not on
any antiepileptic at this time and chooses not to be treated for seizure
prophylaxis as per neuro Dr.Khan. For his hip pain neuro ordered Tylenol #3 one
tablet q. 8 hoursp.r.n. Fiorinol was discontinued because he feels upset stomach
and otherside effects with that drug by neurology, for detail refer to neurology
note dated sept 08, 2008. pt also followed by psych for post traumatic stress
disoreder. pt reported to me that For headaches usually Benadryl helps, He
ascribes his headaches to allergies, asking benadryl from here which will be
provided. denies any acute complain today.

Subjective: Denies any chest pain, shortness of breath, cough, fever, chills,
headache, dizziness, palpitation, abdominal pain, diarrhea, constipation,
melena, bright red blood per rectum, hematuria, urgency, dysuria, weakness,
blurred vision, slurred speech, sensory loss.

Allergies: Patient has answered NKA
MEDICATIONS:
Active Outpatient Medications (including Supplies):

| | Active Outpatient Medications | Status |
|---|---|---|
| 1) | ACETAMINOPHEN 300MG WITH CODEINE 30MG TAKE 1 TABLET BY MOUTH EVERY 8 HOURS AS NEEDED HIP AND LOWER BACK PAIN | ACTIVE |
| 2) | CAPSAICIN 0.075% CREAM (GM) APPLY SMALL AMOUNT TOPICALLY TWICE A DAY AS NEEDED TO AFFECTED AREA | ACTIVE |
| 3) | MULTIVITAMIN TABLETS TAKE 1 TABLET BY MOUTH EVERY DAY | ACTIVE |
| 4) | PHENYTOIN 100MG (DILANTIN) CAP TAKE THREE CAPSULES BY MOUTH EVERY DAY | ACTIVE |

| | Pending Outpatient Medications | Status |
|---|---|---|
| 1) | DIPHENHYDRAMINE 25 MG CAPSULES TAKE ONE CAPSULE BY MOUTH AT BEDTIME AS NEEDED | PENDING |

PMH:
Posttraumatic Stress Disorder (ICD-9-CM Hip Pain
Tobacco Use Disorder, Continuous

OBJECTIVE:
VITAL SIGNS: T 98.5 F [36.9 C] (09/11/2008 13:09), R 18 (09/11/2008 13:09), P 70
(09/11/2008 13:09), BP 122/79 (09/11/2008 13:09)
3/2/08 @ 1206     PULSE OXIMETRY: 99
GENERAL: alert and oriented, afebrile, comfortable, not in any distress.
SKIN:   no jaundice, no pallor, no cyanosis, dry, non-scaly
HEENT: NCAT, anicteric sclerae, pink conjunctiva, PERRLA, moist oral mucosa.
NECK:   supple, no JVD, no carotid bruit, no lymphadenopathy/ thyromegaly.
CHEST: Symmetrical, nontender.
LUNGS: Clear bilatereally, no rales/wheezes
HEART: s1 s2, regular, no murmur/gallop.
ABD:    flat, soft, NABS +, nontender, no organomegaly/masses appareciated.
EXTS:   warm, no edema/cyanosis/clubbing, good peripheral pulses
CNS:    AAO x 3, no focal deficits noted.
                    ** THIS NOTE CONTINUED ON NEXT PAGE **

LASKOWSKI, STANLEY P III        WILKES-BARRE VAMC        Printed:06/26/2009 16:51
                                Pt Loc: OUTPATIENT       Vice SF 509

M385

---
MEDICAL RECORD | Progress Note
---
NOTE DATED: 09/18/2008 16:30
LOCAL TITLE: PSYCHOLOGY GENERAL NOTE
STANDARD TITLE: PSYCHOLOGY NOTE
VISIT: 09/18/2008 16:30 PSYCH DOOLEY II

D:  The veteran attended a 50-minute CPT session on his service-connected
diagnosis of post-traumatic stress disorder.  This was the 7th session of
CPT.

The veteran arrived having completed his practice assignments related to
identifying patterns of problematic thinking and rereading of his last
written index event.  During processing of completion of these
assignments, the veteran reports that he has increased his frequency of
rereading index event and that he has noticed greater level of habituation.
Advised the veteran to continue rereading the event between contacts
until further notice.  The veteran expressed understanding and agreement.

The challenging beliefs worksheet was introduced as a method of self
guided cognitive restructuring.  An example stuck point was used to
illustrate the use of the worksheet.  The veteran appears to be
increasingly able to challenge his own maladaptive thinking.  The five
themes targeted in the remainder of the treatment were introduced with a
focus of safety for exploration in the next session.

The veteran agreed to complete a challenging beliefs worksheet each day
about stuck points before the next session, to read the materials related
to safety stuck points and to reread the last written index event on a
daily basis.

A:  The veteran displayed mildly anxious mood with restricted affect. He
denied and did not demonstrate symptoms consistent with current suicidal
ideation, homicidal ideation, auditory or visual hallucination.  His
speech was logical, coherent, and sequential.  His insight and judgment
appeared good.

The veteran continues to show growing proficiency in his use of cognitive
restructuring exercises to challenge his maladaptive cognitions.  Despite
this, there continues to be some evidence of emotional reasoning present
in his narrative primarily in areas surrounding index event.  He
continues to demonstrate willingness to challenge these errors in
cognitions and resulting problem affect.

DIAGNOSIS:  Post-traumatic stress disorder.

TREATMENT PLAN:  The veteran agrees to continued attendance at cognitive
processing therapy on individual basis.

Next individual contact with veteran will include; review of the
challenging beliefs worksheets completed by the veteran on his safety
stuck points, helping the patient confront problematic cognitions and
generate alternative beliefs using the challenging beliefs sheet,
introduction of the trust module.

THERAPEUTIC GOAL:  Reduction in the frequency and/or severity of the veteran's
reported symptom complaints.  The veteran's completed PCLS to date demonstrate a
marked decrease in reported frequency and severity of symptom complaints.

D:  09/19/2008   11:50 AM
T:  09/20/2008   T28  183062

              Signed by: /es/ MATTHEW DOOLEY
                         STAFF PSYCHOLOGIST BEHAVIORAL SVCS
                         09/25/2008 16:27

---
LASKOWSKI STANLEY P III | WILKES-BARRE VAMC | Printed:06/26/2009 16:51
| Pt Loc: OUTPATIENT | Vice SF 509
---

M386

```
---------------------------------------------------------------------------
MEDICAL RECORD                                              Progress Note
---------------------------------------------------------------------------
```

NOTE DATED: 09/25/2008 16:30
LOCAL TITLE: PSYCHOLOGY GENERAL NOTE
STANDARD TITLE: PSYCHOLOGY NOTE
VISIT: 09/25/2008 16:30 PSYCH DOOLEY II
D:  The veteran attended a 50 minute CPT session on his service connected
diagnosis of post-traumatic stress disorder.

This was the eighth session of CPT on the veteran's service connected
diagnosis of post-traumatic stress disorder.  The patient completed his
practice assignment related to daily completion of the challenging
beliefs worksheet.  Examples from these worksheets were reviewed to offer
further cognitive restructuring and to fine tune completion of the
worksheets.  Safety related stuck points were specifically targeted.  Stuck
points related to trust were introduced and he agreed to read materials
related to this theme.  The patient agreed to complete a challenging
beliefs worksheet each day about stuck points before the next session.  He
also agreed to continue reading the last written account of the index
event.  During processing of completed homework veteran continues to
describe growing habituation to re-reading of index event.  Further
reviewing of the index event will be considered at next contact.

A:  The veteran displayed mildly anxious mood with restricted affect.  He
denied and did not demonstrate symptoms consistent with current suicidal
ideation, homicidal ideation, auditory or visual hallucination.  His
speech was logical, coherent, and sequential.  His insight and judgment
appeared good.

Diagnosis:  Post-traumatic stress disorder.

Treatment plan:  The veteran agrees to continued attendance at cognitive
processing therapy on an individual basis.

Next individual contact with veteran will include:  Review of challenging
beliefs worksheets to challenge trauma related trust stuck points,
discussion on judgment issues that may arise in stuck points related to
trust, introduction of the third of five problem areas of power/control.

Therapeutic goal:  Reduction in the frequency and/or severity of the
veteran's reported symptom complaints.

d- 9/25/08 6:33 p.m.
t- 9/27/08 5:41 a.m.
J# 184827  TA12

                    Signed by: /es/ MATTHEW DOOLEY
                               STAFF PSYCHOLOGIST BEHAVIORAL SVCS
                               10/02/2008 16:30

M 387

---------------------------------------------------------------------------
LASKOWSKI,STANLEY P III           WILKES-BARRE VAMC     Printed:06/26/2009 16:51
                                  Pt Loc: OUTPATIENT               Vice SF 509
---------------------------------------------------------------------------
```

MEDICAL RECORD
NOTE DATED: 10/02/2008 16:30
LOCAL TITLE: PSYCHOLOGY GENERAL NOTE
STANDARD TITLE: PSYCHOLOGY NOTE
VISIT: 10/02/2008 16:30 PSYCH DOOLEY II

D:  The veteran attended a 60-minute CPT session on his service-connected
diagnosis of post-traumatic stress disorder.

This was the 9th session of CPT for post-traumatic stress disorder. The
patient arrived having completed his practice assignment related to daily
completion of the challenging beliefs worksheets and re-reading of the last
written index event.   Example from the worksheets were reviewed to offer
further cognitive restructuring and to fine tune completion of the worksheets.
Trust related stuck points were specifically targeted. Stuck points related to
power and control were introduced and he agreed to read materials related to
this theme.  The patient also agreed to complete a challenging beliefs worksheet
each day about stuck points before the next session.

During processing of veteran's rereading of index event, the veteran reported
habituation to rereading of index event.  He also appears to have allowed for
emotional expression while rereading based upon the veteran's report of progress
in rereading of index event.  Advised the veteran to discontinue rereading of
the index event at this time.

A:  The veteran displayed mildly anxious mood with broad affect.  He
denied and did not demonstrate symptoms consistent with current suicidal
ideation, homicidal ideation, auditory or visual hallucination.  His
speech was logical, coherent, and sequential.  His insight and judgment
appeared good.

DIAGNOSIS:  Post-traumatic stress disorder.

TREATMENT PLAN: continued attendance and cognitive processing therapy on an
individual basis.

Next individual contact with veteran will include:  Discussing connection
between power, control, and self blame, helping to challenge related problematic
cognitions using the worksheets, reviewing of ways of giving and taking power,
introduction of the fourth of five problem areas of esteem.

THERAPEUTIC GOAL:  Reduction in the frequency and/or severity of the
veteran's reported symptom complaints.  The veteran's completed PCLS have
showed marked decrease in reported frequency and severity of his
post-traumatic stress disorder symptoms over the course of this treatment to
date.

D:  10/02/2008   5:36 PM
T:  10/05/2008   T28  186902

               Signed by: /es/ MATTHEW DOOLEY
                          STAFF PSYCHOLOGIST BEHAVIORAL SVCS
                          10/09/2008 16:27

M388

---------------------------------------------------------------
MEDICAL RECORD                                    Progress Note
---------------------------------------------------------------
NOTE DATED: 10/03/2008 11:57
LOCAL TITLE: TLCP OIF/OEF
STANDARD TITLE: OEF/OIF TELEPHONE ENCOUNTER NOTE
VISIT: 10/03/2008 11:57 TLCP OIF/OEF NO SHOW-F/U
Data: Attempted to contact veteran re: No show for Psych Dooley appt on
10/2/2008. Unable to speak to veteran however voicemail message was left with
rescheduling information and also appt information for 10/9, 10/16, 10/23 appts
with Dr. Dooley.

                 Signed by: /es/ Karen L. Berkheiser, RN BSN
                                 OEF/OIF RN Case Manager
                                 10/03/2008 11:59

          Receipt Acknowledged By:
                            /es/ SANDRA DOMPKOSKY RN MSN
                                 OIF/OEF RN Case Manager
                                 10/06/2008 07:57

M389

---------------------------------------------------------------
LASKOWSKI, STANLEY P III ███████   WILKES-BARRE VAMC      Printed:06/26/2009 16:51
                                   Pt Loc: OUTPATIENT           Vice SF 509
---------------------------------------------------------------

---------------------------------------------------------------------
MEDICAL RECORD                                         Progress Note:
---------------------------------------------------------------------
NOTE DATED: 10/09/2008 16:30
LOCAL TITLE: PSYCHOLOGY GENERAL NOTE
STANDARD TITLE: PSYCHOLOGY NOTE
VISIT: 10/09/2008 16:30 PSYCH DOOLEY II

D:  The veteran attended a 60-minute CPT session on his service-connected
diagnosis of post-traumatic stress disorder.  This was the 10th session
of CPT.

The veteran arrived having completed his practice assignments related to
daily completion of the challenging beliefs worksheet.  Examples from
these worksheets were reviewed to offer further cognitive restructuring
and to fine tune completion of the worksheets.  Power and control related
stuck points were specifically targeted.  Stuck points related to esteem
were introduced and he agreed read materials related to this theme.  The
patient also agreed to complete a challenging belief's worksheet about
stuck points, give or receive a compliment each day before the next
session and to do one nice thing for himself daily.

A:  The veteran displayed mildly anxious mood with broad affect.  He
denied and did not demonstrate symptoms consistent with current suicidal
ideation, homicidal ideation, auditory or visual hallucination.  His
speech was logical, coherent, and sequential.  His insight and judgment
appeared good.

DIAGNOSIS:  Post-traumatic stress disorder.

TREATMENT PLAN:  Individual psychotherapy using cognitive processing
protocol.

NEXT INDIVIDUAL CONTACT:  Discuss the patient's reactions to giving and
receiving compliments and engaging in a pleasant activity, discuss how patient
identifies esteem issues and assumptions and challenge them using challenging
belief's worksheets, introduce the fifth of five problem areas of intimacy.

THERAPEUTIC GOAL:  Reduction in the frequency and/or severity of the
veteran's reported symptom complaints.

D:  10/09/2008  5:25 PM
T:  10/10/2008  T28  188904

                    Signed by: /es/ MATTHEW DOOLEY
                               STAFF PSYCHOLOGIST BEHAVIORAL SVCS
                               10/13/2008 14:36

M390

---------------------------------------------------------------------
LASKOWSKI,STANLEY P III        WILKES-BARRE VAMC      Printed:06/26/2009 16:51
                               Pt Loc: OUTPATIENT                 Vice SF 509

```
-----------------------------------------------------------------------
                                                        Progress Notes
MEDICAL RECORD
-----------------------------------------------------------------------
NOTE DATED: 10/23/2008 15:14
LOCAL TITLE: NO SHOW NOTE
STANDARD TITLE: NO SHOW NOTE
VISIT: 10/23/2008 15:00 SATU BEAM (RM- C9-21)
     Job 03-49, MRC Approved 12-10-03
```

LASKOWSKI,STANLEY P III did not show for clinic appointment. Chart reviewed.
Did not speak to patient

I was unable to reach the patient.   Send URGENT NO SHOW letter.

D: UNDERSIGNED LEFT MESSAGE ON VETS VOICE MAIL IN REGARDS TO NO-SHOW, WILL
CONTINUE TO MONITOR VET AND DOCUMENT WHEN RETURN CALL IS RECEIVED.

                  Signed by: /es/ JOSEPH R. BEAM
                             ADDICTION THERAPIST
                             10/23/2008 15:16

        Receipt Acknowledged By:     /es/ MATTHEW DOOLEY
                                     STAFF PSYCHOLOGIST BEHAVIORAL SVCS
                                     10/23/2008 17:47

10/24/2008 10:13      ADDENDUM           STATUS: COMPLETED
D: 2ND ATTEMPT, SAME RESULTS, LEFT MESSAGE ON VETS VOICE MAIL IN REGARDS TO NO-
SHOW.
                  Signed by: /es/ JOSEPH R. BEAM
                             ADDICTION THERAPIST
                             10/24/2008 10:14


10/27/2008 08:45      ADDENDUM           STATUS: COMPLETED
D: VETERAN RETURNED CALL AND ASKED TO BE RESCHEDULED, VET HAS A F/U APPT. ON
10/30/08 AT 3 PM.
                  Signed by: /es/ JOSEPH R. BEAM
                             ADDICTION THERAPIST
                             10/27/2008 08:46
```

M391

```
MEDICAL RECORD                                                    Progress Note
```
NOTE DATED: 10/23/2008 16:30
LOCAL TITLE: PSYCHOLOGY GENERAL NOTE
STANDARD TITLE: PSYCHOLOGY NOTE
VISIT: 10/23/2008 16:30 PSYCH DOOLEY II

D:  The veteran attended a 50-minute CPT session on a service-connected
diagnosis of post-traumatic stress disorder.  This was the 11th session of
CPT.

The veteran arrived having completed his practice assignment related
to completing the CBW daily, giving and receiving a compliment each day,
and doing something nice for himself each day without feeling as though he
must earn it.  Examples from the worksheets were reviewed to offer further
cognitive restructuring and to fine tune completion of the worksheets.
Esteem related stuck points were specifically targeted.  Stuck points
related to intimacy were introduced and he agreed to read materials
related to this theme.  The patient also agreed to complete a CBW about
stuck points each day and to write another impact statement describing his
current thoughts and beliefs about himself, others and the world related
to his traumatic experiences.  Also advised the veteran of recommendation
for one month follow up after next (final) session in this protocol.  The
veteran expressed understanding and agreement with all above recommendations.

A:  The veteran displayed mildly anxious mood with broad affect.  He
denied and did not demonstrate symptoms consistent with current suicidal
ideation, homicidal ideation, auditory or visual hallucination.  His
speech was logical, coherent, and sequential.  His insight and judgment
appeared good.

DIAGNOSIS:  Post-traumatic stress disorder.

TREATMENT PLAN:  Individual psychotherapy using cognitive processing
protocol for post-traumatic stress disorder.

NEXT INDIVIDUAL CONTACT:  Help patient identify assumptions, any remaining stuck
points and assist patient in challenging those assumptions with CBW, the patient
to read impact statement, reviewing the course of treatment and patient's
progress, identification of goals for future and delineation of strategies for
meeting those goals, termination and scheduling of 1 month follow up.

D:  10/23/2008  6:20 PM
T:  10/24/2008  T28  192984

                    Signed by: /es/ MATTHEW DOOLEY
                               STAFF PSYCHOLOGIST BEHAVIORAL SVCS
                               10/27/2008 17:27

M 392

```
LASKOWSKI, STANLEY P III          WILKES-BARRE VAMC        Printed:06/26/2009 16:51
████████████████████              Pt Loc: OUTPATIENT                  Vice SF 509
```

MEDICAL RECORD | Progress Notes

NOTE DATED: 10/30/2008 09:26
LOCAL TITLE: TLCP SUBSTANCE ABUSE
STANDARD TITLE: TELEPHONE ENCOUNTER NOTE
VISIT: 10/30/2008 09:26 TLCP SUBSTANCE ABUSE
D: VETERAN CALLED UNDERSIGNED TO CANCEL HIS APPT. DUE TO A SCHEDULING
CONFLICT, VET WAS RESCHEDULED FOR 11/13/08 AT 2 PM. APPT. LETTER SENT.

                    Signed by: /es/ JOSEPH R. BEAM
                              ADDICTION THERAPIST
                              10/30/2008 09:27

M393

LASKOWSKI,STANLEY P III     WILKES-BARRE VAMC        Printed:06/26/2009 16:51
                            Pt Loc: OUTPATIENT                    Vice SF 509

--------------------------------------------------------------------------
MEDICAL RECORD                                              Progress Note
--------------------------------------------------------------------------
NOTE DATED: 10/30/2008 16:30
LOCAL TITLE: PSYCHOLOGY GENERAL NOTE
STANDARD TITLE: PSYCHOLOGY NOTE
VISIT: 10/30/2008 16:30 PSYCH DOOLEY II

D:  The veteran attended a 50-minute CPT session on his service-connected
diagnosis of post-traumatic stress disorder.  This was the 12th and final
session of CPT for the veteran's diagnosis of post-traumatic stress
disorder.

The veteran completed his practice assignment relating to completing the CBWs
daily and writing a final impact statement.  Examples from the worksheets were
reviewed for further cognitive restructuring especially on the development and
maintenance of relationships.  The first and final impact statements were
compared which led to discussion about the course of this tx.

Goals for the future were established and the patient was encouraged to continue
using his developed skills.  The veteran agreed to a one month follow up
appointment and he expressed an understanding that he may contact this writer
and/or Mental Hygiene Clinic should additional mental health services become
necessary.

A:  The veteran displayed mildly anxious mood with restricted affect.  He
denied and did not demonstrate symptoms consistent with current suicidal
ideation, homicidal ideation, auditory or visual hallucination.  His
speech was logical, coherent, and sequential.  His insight and judgment
appeared good.

DIAGNOSIS:  Post-traumatic stress disorder.

TREATMENT PLAN:  continue individual outpatient psychotherapy with this veteran
via scheduling of a one month follow up to assess further need of treatment.
The veteran agrees to attend post-deployment stress classes when available.

NEXT INDIVIDUAL CONTACT:  Primarily, assessment to determine further need
for additional trauma related psychological treatment services and/or
maintenance treatments.

THERAPEUTIC GOAL:  The veteran reported improvement via decrease in reported
symptom frequency and severity (PCLS).

D:  10/30/2008  5:47 PM
T:  11/01/2008  T28  195006

                    Signed by: /es/ MATTHEW DOOLEY
                               STAFF PSYCHOLOGIST BEHAVIORAL SVCS
                               11/03/2008 15:18

                          M 394

--------------------------------------------------------------------------
LASKOWSKI,STANLEY P III              WILKES-BARRE VAMC      Printed:06/26/2009 16:51
                                     Pt Loc: OUTPATIENT                Vice SF 509
--------------------------------------------------------------------------

```
-----------------------------------------------------------------------------
MEDICAL RECORD                                                   Progress Note
-----------------------------------------------------------------------------
NOTE DATED: 11/13/2008 14:11
LOCAL TITLE: SUBSTANCE ABUSE GENERAL NOTE
STANDARD TITLE: SATP NOTE
VISIT: 11/13/2008 14:00 SATU BEAM (RM- C9-21)
D: VETERAN PRESENTS TODAY FOR D/A INITIAL EVALUATION, BECAUSE OF TIME
CONSTRAINTS VET WILL HAVE F/U APPT. SAME.
                        Signed by: /es/ JOSEPH R. BEAM
                                       ADDICTION THERAPIST
                                       11/13/2008 14:14


11/13/2008 14:25        ADDENDUM            STATUS: COMPLETED
D: F/U APPT. MADE FOR 12/17/08 AT 11 AM.
                        Signed by: /es/ JOSEPH R. BEAM
                                       ADDICTION THERAPIST
                                       11/13/2008 14:26
```

M395

```
------------------------------------------------------------------
MEDICAL RECORD                                      Progress Note
------------------------------------------------------------------
NOTE DATED: 12/17/2008 12:55
LOCAL TITLE: NO SHOW NOTE
STANDARD TITLE: NO SHOW NOTE
VISIT: 12/17/2008 12:30 PSYCH DOOLEY II
     Job 03-49, MRC Approved 12-10-03
```

LASKOWSKI,STANLEY P III did not show for clinic appointment. Chart reviewed.
Did not speak to patient. Urgent, I was unable to reach the patient, but left
message on listed home answering machine to contact MHC to reschedule, send
URGENT NO SHOW letter.

```
              Signed by: /es/ MATTHEW DOOLEY
                              STAFF PSYCHOLOGIST BEHAVIORAL SVCS
                              12/17/2008 12:56


12/17/2008 15:27     ADDENDUM         STATUS: COMPLETED
2nd contact attempt-same result.
              Signed by: /es/ MATTHEW DOOLEY
                              STAFF PSYCHOLOGIST BEHAVIORAL SVCS
                              12/17/2008 15:27


12/18/2008 10:17     ADDENDUM         STATUS: COMPLETED
3rd contact attempt-same result. Reviewed file. No current MH crisis SXs
indicated in file, since last contact with writer. Further contact attempts do
not appear necessary at this time.
              Signed by: /es/ MATTHEW DOOLEY
                              STAFF PSYCHOLOGIST BEHAVIORAL SVCS
                              12/18/2008 10:18
```

M396

```
------------------------------------------------------------------
LASKOWSKI,STANLEY P III        WILKES-BARRE VAMC     Printed:06/26/2009 16:51
                               Pt Loc: OUTPATIENT                 Vice SF 509
------------------------------------------------------------------
```

```
----------------------------------------------------------------
MEDICAL RECORD
01/08/2009 12:03    ** CONTINUED FROM PREVIOUS PAGE **        Progress Note
----------------------------------------------------------------
         TAKE ONE-HALF TABLET BY MOUTH EVERY MORNING FOR 10 DAYS, THEN
   TAKE ONE
         TABLET EVERY MORNING AFTER MEAL

   OPT DIVALPROEX ER 500MG TAB (DISCONTINUED BY PROVIDER/30 Days Supply
   Last Released: 3/17/08)
               TAKE ONE TABLET BY MOUTH AT BEDTIME FOR 3 DAYS, THEN TAKE TWO
   TABLET
         AT BEDTIME

   OPT DULOXETINE 20MG CAP (DISCONTINUED BY PROVIDER/30 Days Supply Last
   Released: 3/10/08)
         TAKE ONE CAPSULE BY MOUTH EVERY OTHER DAY

   OPT FIORINAL # 3 (30MG CODEINE) (DISCONTINUED BY PROVIDER/30 Days
   Supply Last Released: 8/11/08)
         TAKE 1 CAPSULE BY MOUTH FOUR TIMES A DAY AS NEEDED

   OPT FLUOXETINE 20 MG CAP (DISCONTINUED BY PROVIDER/30 Days Supply Last
   Released: 2/25/08)
         TAKE ONE CAPSULE BY MOUTH TWICE A DAY WITH MEALS

   OPT HYDROXYZINE 10MG TABLET (DISCONTINUED BY PROVIDER/30 Days Supply
   Last Released: 4/7/08)
         TAKE ONE TABLET BY MOUTH TWICE A DAY AS NEEDED FOR ANXIETY

   OPT HYDROXYZINE PAMOATE 25MG CAP (DISCONTINUED BY PROVIDER/30 Days
   Supply Last Released: 3/20/08)
               TAKE ONE CAPSULE BY MOUTH TWICE A DAY AS NEEDED FOR ANXIETY, MAY
   TAKE
         1 OR 2 TABS

   OPT MIRTAZAPINE 15 MG TABLET (DISCONTINUED BY PROVIDER/30 Days Supply
   Last Released: 1/10/08)
         TAKE ONE AND ONE-HALF TABLETS BY MOUTH AT BEDTIME

   OPT QUETIAPINE 100MG TAB (DISCONTINUED BY PROVIDER/30 Days Supply Last
   Released: 1/10/08)
         TAKE ONE-HALF TABLET BY MOUTH AT BEDTIME

   OPT RISPERIDONE 2 MG (DISCONTINUED BY PROVIDER/30 Days Supply Last
   Released: 4/26/08)
         TAKE ONE-HALF TABLET BY MOUTH TWICE A DAY FOR MOOD STABILIZATION

   OPT TRAMADOL 50MG TAB (DISCONTINUED BY PROVIDER/30 Days Supply Last
   Released: 2/26/08)
               TAKE TWO TABLETS BY MOUTH THREE TIMES A DAY AS NEEDED AS NEEDED
   FOR
         PAIN

   OPT VENLAFAXINE EXTENDED RELEASE 75MG CAPS (DISCONTINUED BY
   PROVIDER/30 Days Supply Last Released: 1/22/08)
         TAKE ONE CAPSULE BY MOUTH DAILY WITH FOOD
   ****************************************************************
   ****
   Outpatient Medication Review
      No change in current medication at this clinic visit.   Patient
   verbalizes understanding of current medication regimen.
               Signed by: /es/ IQBAL A KHAN
                          STAFF PHYSICIAN(NEUROLOGY)MEDICAL SERVICE
                          01/08/2009 12:04
```

M 3 97

```
----------------------------------------------------------------
KOWSKI,STANLEY P III          WILKES-BARRE VAMC         Printed:06/26/2009 16:51
                              Pt Loc: OUTPATIENT                   Vice SF 509
----------------------------------------------------------------
```

```
MEDICAL RECORD ------------------------------------------------------------
                                                                Progress Note
NOTE DATED: 01/08/2009 12:03
LOCAL TITLE: PROVIDER MEDICATION RECONCILIATION NOTE
STANDARD TITLE: E & M NOTE
VISIT: 01/08/2009 11:40 KHAN NEUROLOGY
    PROVIDER Med Reconciliation:

    01/08/2009 12:03
    ************************   CONFIDENTIAL UAP SUMMARY   pg. 1
    ************************
    LASKOWSKI,STANLEY P III

    --------------------- BADR - Brief Adv React/All
    -------------------------
        Allergy/Reaction: TRAMADOL

    ------------------------ AJEY UAP PHARMACY PROFILE

    --------
    -----------------------------------------------------------------
    Alphabetical list of all prescriptions, inpatient orders and Non-VA
    meds
    Legend: OPT = VA issued outpatient prescription, INP = VA issued
    inpatient order
    Non-VA Meds Last Documented On: ** Data not found **
    -----------------------------------------------------------------
    OPT ACETAMINOPHEN 300MG WITH CODEINE 30MG
        TAKE 1-2 TABLETS BY MOUTH EVERY 8 HOURS AS NEEDED FOR HIP AND
    LOWER
        BACK PAIN
            Last Released: 12/9/08                    Days Supply: 30
            Rx Expiration Date: 4/8/09                Refills
    Remaining: 2

    OPT CAPSAICIN 0.075% CREAM (GM)
        APPLY SMALL AMOUNT TOPICALLY TWICE A DAY AS NEEDED TO AFFECTED
    AREA
            Last Released: 6/5/08                     Days Supply: 30
            Rx Expiration Date: 6/6/09                Refills
    Remaining: 3

    OPT DIPHENHYDRAMINE 25 MG CAPSULES
        TAKE ONE CAPSULE BY MOUTH AT BEDTIME AS NEEDED FOR SINUS. DO NOT
    DRIVE
        WHILE ON MEDICATION.
            Last Released: 9/12/08                    Days Supply: 30
            Rx Expiration Date: 9/12/09               Refills
    Remaining: 1

    OPT MULTIVITAMIN TABLETS
        TAKE 1 TABLET BY MOUTH EVERY DAY
            Last Released: 6/20/08                    Days Supply: 90
            Rx Expiration Date: 6/6/09                Refills
    Remaining: 2

    OPT PHENYTOIN 100MG (DILANTIN) CAP
        TAKE THREE CAPSULES BY MOUTH EVERY DAY
            Last Released: 8/5/08                     Days Supply: 90
            Rx Expiration Date: 8/6/09                Refills
    Remaining: 3

    -----------------------------------------------------------------
    Other medications previously dispensed in the last year:
    OPT CITALOPRAM 20MG TAB (DISCONTINUED BY PROVIDER/30 Days Supply Last
    Released: 3/4/08)
             ** THIS NOTE CONTINUED ON NEXT PAGE **
    ----------------------------------------------------------------
SKOWSKI STANLEY P         WILKES-BARRE VAMC         Printed:06/26/2009 16:51
                          Pt Loc: OUTPATIENT                   Vice SF 509
```

M398

---

MEDICAL RECORD

Progress Note

---

NOTE DATED: 01/08/2009 12:06
LOCAL TITLE: MED NEUROLOGY NOTE
STANDARD TITLE: NEUROLOGY NOTE
VISIT: 01/08/2009 11:40 KHAN NEUROLOGY
f/u visit

Doing OK ;has had no seizures since 7/08.He is not on tramadol and any
antidepressant which were suspected to be the cause of drug related seizures.
Denies using 'recreational drugs'.Denies ETOH except very rarely
No fx hx of epilepsy.He is not on any anticonvulsant.
MRI brain and EEG was normal.
He is currently unemployed but has worked in financial industry which is his
background.He is not involved in operating heavy machinary and trucking etc.
Neurologic exam on last visit was nl.
He is here for f/u and for DMV driving form which was filled out.
A:Drug induced seizures (Tramadol and Prozac).
P:Patient instructed to avoid occupations and activities and medication which
can endanger his well being.He understood this well.
One f/u in 6 mths or earlier if necessary.

                        Signed by: /es/ IQBAL A KHAN
                                   STAFF PHYSICIAN(NEUROLOGY)MEDICAL SERVICE
                                   01/08/2009 12:12

---

LASKOWSKI,STANLEY P III          WILKES-BARRE VAMC        Printed:06/26/2009 16:51
                                 Pt Loc: OUTPATIENT                     Vice SF 509

---

M399

---

MEDICAL RECORD | Progress Note

---

02/02/2009 09:54       ** CONTINUED FROM PREVIOUS PAGE **

He reports having significant periods in the past 30 days in which he
experienced serious problems getting along with no one. Lifetime, he reports
having significant periods in which he experienced serious problems getting
along with his mother.

He reports no physical abuse in the past month and none prior to that. He
reports no sexual abuse in the past month and none prior to that. Mr. Laskowski
says that during the past month he had serious conflicts with his family at no
time and serious conflicts with other people at no time.

Mr. Laskowski says he was not bothered at all by family/social problems in the
month prior to this interview. The patient considers treatment for
family/social problems to be not at all important.

In the interviewer's opinion, the information that the patient provided
concerning family problems was not significantly distorted by
misrepresentation. The patient did understand the questions.

Family/Social Relationships Comments: VET REPORTS MOTHER BEING DRUG ADDICTED,
NOW DECEASED, FATHER IS ALCOHOLIC. NO MARITAL ISSUES NOTED.

PSYCHIATRIC STATUS

Mr. Laskowski states he has been treated in a hospital for psychological or
emotional problems once and as an outpatient or private patient 5 times. He
reports he does receive a pension for a psychiatric disability.

The patient reports having experienced psychological or emotional problems on
one day during the past 30 days. The patient reports experiencing serious
depression (lifetime), serious anxiety or tension (lifetime), hallucinations
(lifetime) and trouble understanding, concentrating or remembering (lifetime).
He says he was prescribed medication for psychological or emotional problems
both during the past month as well as at some time prior to that.

The patient reports suicidal ideation but not in the past 30 days. No history
of suicide attempt is given.

Mr. Laskowski says he was bothered slightly by psychological or emotional
problems in the month prior to this interview. The patient considers treatment
for psychological or emotional problems to be moderately important.

In the interviewer's opinion, the information that the patient provided
concerning psychiatric problems was not significantly distorted by
misrepresentation. The patient did understand the questions.

Psychiatric Status Comments: VET WAS DIAGNOSED WITH PTSD IN 4/07 AND IS
CURRENTLY STABLE.

SPIRITUAL STATUS:

LEISURE TIME STATUS:

               Signed by: /es/ JOSEPH R. BEAM
                          ADDICTION THERAPIST
                          02/02/2009 09:55

M400

---

LASKOWSKI,STANLEY P III        WILKES-BARRE VAMC      Printed:06/26/2009 16:51
                               Pt Loc: OUTPATIENT                  Vice SF 509

---

02/02/2009 09:54      ** CONTINUED FROM PREVIOUS PAGE **

| Drug | Past Month (Days) | Lifetime (Years) | Administration Route |
|------|------|------|------|
| Alcohol - any use at all: | 0 | 10 | Oral |
| Alcohol - to intoxication: | 0 | 1 | Oral |
| Heroin: | 0 | 0 | IV Inj. |
| Methadone: | 0 | 0 | Oral |
| Other opiates/analgesics: | 1 | 1 | Oral |
| Barbiturates: | 0 | 0 | Oral |
| Other sed/hyp/tranq: | 0 | 0 | Oral |
| Cocaine: | 0 | 0 | Nasal |
| Amphetamines: | 0 | 0 | Oral |
| Cannabis: | 0 | 2 | Smoking |
| Hallucinogens: | 0 | 0 | Oral |
| Inhalants: | 0 | 0 | Nasal |
| Multiple substances per day: | 0 | 2 | N/A |

Mr. Laskowski says he has never been treated for alcohol abuse and has never been treated for drug abuse. He reports he spent nothing on alcohol and nothing on drugs during the past month. Further, he denies being treated in an outpatient setting for alcohol or drugs in the past 30 days. During the month prior to this interview, the patient reports he had no alcohol or drug problems. He says he was not bothered at all by alcohol problems and was not bothered by drug problems during that time period. He considers treatment for alcohol problems to be not at all important and treatment for drug problems to be not at all important.

In the interviewer's opinion, the information that the patient provided concerning drug/alcohol problems was not significantly distorted by misrepresentation. The patient did understand the questions.

Drug/Alcohol Use Comments: VET HAS NO PRIOR TREATMENT FOR SUBSTANCE ABUSE, MEDICATED HIS PTSD WITH ETOH AND VICODEN.

LEGAL STATUS

Mr. Laskowski says this admission was prompted or suggested by the criminal justice system. He states he is on probation or parole.

In his lifetime, he reports being arrested and charged with drug charges (once). One of these charges resulted in a conviction. Reported lifetime history of legal problems related to substance use include no charges for either disorderly conduct, vagrancy, or public intoxication and no charges for driving while intoxicated. He states he has never been cited for major driving violations such as reckless driving, speeding, or driving without a license. He reports spending one month incarcerated during his life. He is not presently awaiting charges, trial or sentence. In the past 30 days, Mr. Laskowski reports he was detained or incarcerated at no time and was not engaged in illegal activities.

Mr. Laskowski considers legal problems to be a considerable problem and is considerably interested in counseling or referral for legal problems.

In the interviewer's opinion, the information that the patient provided concerning legal problems was not significantly distorted by misrepresentation. The patient did understand the questions.

Legal Status Comments: VET HAS ONE PRIOR CHARGE OF POSSESSION, NOW ON PROBATION FOR SAME. NO OTHER LEGAL ISSUES.

FAMILY/SOCIAL STATUS

Mr. Laskowski is married and is satisfied with this situation. His usual living arrangement over the past three years has been to live with his sexual partner and children, and he is satisfied with this arrangement. He does not live with anyone who has either a drug or alcohol problem.

** THIS NOTE CONTINUED ON NEXT PAGE **

M401

---
                                                              Progress Note
---
MEDICAL RECORD
---
NOTE DATED: 02/02/2009 09:54
LOCAL TITLE: ASI-ADDICTION SEVERITY INDEX
STANDARD TITLE: ASI NOTE
                    *** PSYCHOSOCIAL HISTORY ***

GENERAL INFORMATION

Mr. Laskowski is a 31 year old White (not Hisp), married male SC veteran. He
lists his religious preference as None. He was admitted to the Ambulatory
Except Opioid Substitution program on Feb 02, 2009. In the past 30 days, he has
not been in a controlled environment.

This report is based on an ASI Lite interview conducted in person on Feb 02,
2009 by Joseph R Beam, ADDICTION THERAPIST. Mr. Laskowski completed the
interview.

                         Composite Score
         MEDICAL            0.3556
      EMPLOYMENT            0.5000
         ALCOHOL            0.0000
            DRUG            0.0026
           LEGAL            0.3000
          FAMILY            0.0000
     PSYCHIATRIC            0.1848

General Comments:

MEDICAL STATUS

Mr. Laskowski reports he has been hospitalized 3 times for medical problems. He
says that he has a chronic medical problem (HIP PAIN) that interferes with his
life. Further, Mr. Laskowski states that he is taking prescribed medication on
a regular basis, and he says he receives a (40% S/C) pension for a
non-psychiatric physical disability. In the 30 days prior to this interview,
Mr. Laskowski experienced medical problems on 2 days, which bothered him
moderately. The patient considers treatment for medical problems to be
moderately important.

In the interviewer's opinion, the information that the patient provided
concerning medical problems was not significantly distorted by
misrepresentation. The patient did understand the questions.

Medical Status Comments: NO ACUTE MEDICAL ISSUES, HAS HIP PAIN.

EMPLOYMENT/SUPPORT STATUS

Mr. Laskowski completed 14 years of education. He has a valid driver's license
and has an automobile available for use. His longest full-time job was 8 years.
His usual (or last) occupation is infantry (Hollingshead Category =
Semi-skilled). No one else contributes the majority of his financial support.
In the past 3 years, his usual employment pattern has been retired/disability.
In the past 30 days, he was paid for working on no days. He reports his income
over the past month as $3000 from pension, benefits or social security and
$1500 from mate, family or friends for a total of $4500.

Mr. Laskowski reports that 3 people are dependent on him for financial support.
The patient considers treatment for employment problems to be not at all
important.

In the interviewer's opinion, the information that the patient provided
concerning employment problems was not significantly distorted by
misrepresentation. The patient did understand the questions.

Employment/Support Status Comments: NO EMPLOYMENT ISSUES, 100% DISABLED.

DRUG/ALCOHOL USE

Mr. Laskowski reports the following substance use history:
                 ** THIS NOTE CONTINUED ON NEXT PAGE **
---
LASKOWSKI,STANLEY P III          WILKES-BARRE VAMC       Printed:06/26/2009 16:51
█████████████████████           Pt Loc: OUTPATIENT       Vice SF 509
---

                              M40Z

```
------------------------------------------------------------------   Progress Note
MEDICAL RECORD
------------------------------------------------------------------
NOTE DATED: 02/02/2009 09:55
LOCAL TITLE: SUBSTANCE ABUSE GENERAL NOTE
STANDARD TITLE: SATP NOTE
VISIT: 02/02/2009 09:00 SATU BEAM (RM- C9-21)
D: INITIAL D/A EVALUATION COMPLETED, SEE ASI.

A: SUBSTANCE DEPENDENCE IN EARLY REMISSION.

P: RTC IN 30 DAYS.
                    Signed by: /es/ JOSEPH R. BEAM
                               ADDICTION THERAPIST
                               02/02/2009 09:57
```

```
------------------------------------------------------------------
LASKOWSKI,STANLEY P III          WILKES-BARRE VAMC      Printed:06/26/2009 16:51
                                 Pt Loc: OUTPATIENT                 Vice SF 509
------------------------------------------------------------------
```

M403

```
-----------------------------------------------------------------------
MEDICAL RECORD
-----------------------------------------------------------------------
NOTE DATED: 02/02/2009 10:13
LOCAL TITLE: PSYCHOLOGY GENERAL NOTE
STANDARD TITLE: PSYCHOLOGY NOTE
VISIT: 02/02/2009 10:30 PSYCH DOOLEY II
   Tobacco Use Screen:
      Patient is a current smoker (including cigars and chewing tobacco)
      Patient has history of smoking.
      Smoking cessation education refused.

   Alcohol Use Screen (AUDIT-C):
      SCREEN FOR ALCOHOL (AUDIT-C):
      An alcohol screening test (AUDIT-C) was negative (score=1).

      1. How often did you have a drink containing alcohol in the past
      year?
      Monthly or less

      2. How many drinks containing alcohol did you have on a typical day
      when you were drinking in the past year?
      1 or 2

      3. How often did you have six or more drinks on one occasion in the
      past year?
      Never

   PROVIDER ALCOHOL SCR(+)<8:
      Alcohol counseling given at this visit, patient advised to stop
      drinking.
      Level of Understanding: Good
      Comment: none
      Alcohol Use Disorders Identification Test (AUDIT) performed this
      visit.
      Comment: none

   PROVIDER ALCOHOL SCR AUDC=/>8:
      Alcohol Use Disorders Identification Test (AUDIT) performed this
      visit.
      Comment: already performed
      Alcohol counseling given at this visit, patient advised to stop
      drinking.
      Level of Understanding: Good
      Comment: NA

                       Signed by: /es/ MATTHEW DOOLEY
                                  STAFF PSYCHOLOGIST BEHAVIORAL SVCS
                                  02/02/2009 10:43
```

M404

```
-----------------------------------------------------------------------
LASKOWSKI,STANLEY P III          WILKES-BARRE VAMC       Printed:06/26/2009 16:51
                                 Pt Loc: OUTPATIENT                    Vice SF 509
-----------------------------------------------------------------------
```

```
-----------------------------------------------------------------------  Progress Note:
MEDICAL RECORD
----------------------------------------
NOTE DATED: 02/02/2009 10:17
LOCAL TITLE: PSYCHOLOGY GENERAL NOTE
STANDARD TITLE: PSYCHOLOGY NOTE
VISIT: 02/02/2009 10:30 PSYCH DOOLEY II
   PROVIDER TOBACCO COUNSELING FY07:
        Patient is still a current user.   Counseling done at this
        encounter.

        1.   ADVISED patient to quit tobacco.
        2.   ASSISTED patient to quit:
        a. Discussed the following strategies with patient to
           help with quitting:
             * Set a quit date, ideally within 2 weeks
             * Get support from family, friends and co-workers
             * Review past quit attempts-what helped, what
               led to relapse
             * Anticipate challenges, particularly during the
               first two weeks, including nicotine withdrawal
             * Identify reasons for quitting and benefits
               of quitting
        b. Offered patient a referral to Stop Smoking Clinic.
        c. Offered patient medication to assist with quitting
        Patient was given information on the 1-800-QUIT NOW
        (www.smokefree.gov) program.

Pt refused tobacco tx at this time.

                 Signed by: /es/ MATTHEW DOOLEY
                            STAFF PSYCHOLOGIST BEHAVIORAL SVCS
                            02/02/2009 10:43
```

M405

```
--------------------------------------------------------------------------
LASKOWSKI, STANLEY P III          WILKES-BARRE VAMC      Printed:06/26/2009 16:51
██████████████████████████        Pt Loc: OUTPATIENT                Vice SF 509
```

```
                                                                    Progress Note
------------------------------------------------------------------------
MEDICAL RECORD
NOTE DATED: 02/02/2009 10:18
LOCAL TITLE: PSYCHOLOGY GENERAL NOTE
STANDARD TITLE: PSYCHOLOGY NOTE
VISIT: 02/02/2009 10:30 PSYCH DOOLEY II
  NSG DEPRESSION SCREEN:
    COMPLETION OF THE PHQ-9 MH TEST IS REQUIRED-CLICK HERE TO COMPELTE
    A PHQ-9 screen was performed. The score was 3 which is suggestive of
    no depression.
```

1. Little interest or pleasure in doing things
Not at all

2. Feeling down, depressed, or hopeless
Not at all

3. Trouble falling or staying asleep, or sleeping too much
Several days

4. Feeling tired or having little energy
Not at all

5. Poor appetite or overeating
Several days

6. Feeling bad about yourself or that you are a failure or have
let yourself or your family down
Several days

7. Trouble concentrating on things, such as reading the
newspaper or watching television
Not at all

8. Moving or speaking so slowly that other people could have
noticed. Or the opposite being so fidgety or restless that you
have been moving around a lot more than usual
Not at all

9. Thoughts that you would be better off dead or of hurting
yourself in some way
Not at all

10. If you checked off any problems, how DIFFICULT have these
problems made it for you to do your work, take care of things at
home or get along with other people?
Not difficult at all

```
              Signed by: /es/ MATTHEW DOOLEY
                         STAFF PSYCHOLOGIST BEHAVIORAL SVCS
                         02/02/2009 10:44
```

M406

```
-------------------------------------------------------------------
                                                      Progress Note
MEDICAL RECORD
-------------------------------------------------------------------
NOTE DATED: 02/02/2009 10:30
LOCAL TITLE: PSYCHOLOGY GENERAL NOTE
STANDARD TITLE: PSYCHOLOGY NOTE
VISIT: 02/02/2009 10:30 PSYCH DOOLEY II
```

D: The veteran attended a 50-minute assessment/psychotherapy session on
his service-connected diagnosis of post-traumatic stress disorder. This
was the first follow up appointment subsequent to completion of CPT
protocol. The session employed use of diagnostic interview, ventilative
and coping skills training interventions. Approximately 15 minutes of this
contact were used to complete clinical reminders.

The veteran began session by requesting written letter from writer documenting
veteran's completion of CPT treatment, for his parole officer. Advised the
veteran that writer will investigate necessary clearances and notify veteran via
phone. The veteran reports that he remains on probation, which is due to expire
May 2009.

The veteran reported that he has not been attending The Scranton Veteran's
Center and has no other mental health follow up other than substance abuse
treatment at this location. The veteran indicates that he uses therapeutic
prescriptions and CPT skills on regular basis.

Discussed treatment planning with veteran. Advised the veteran to continue to
create and maintain social outlets. The veteran expressed understanding and
agreement. He agreed to begin attending post-deployment stress classes on
monthly basis and individual psychotherapy on p.r.n. basis. Provided veteran
with schedule and content information for classes.

A: The Veteran displayed euthymic mood with broad affect. The Veteran dd and did
not demonstrate SXs consistent with current SI, HI or A/V hallucination. The
Veteran was OX3. The Veteran's insight and judgment appeared good. The Veteran's
speech was logical, coherent and sequential.

DIAGNOSIS: Post-traumatic stress disorder.

TREATMENT PLAN: Individual outpatient psychotherapy on p.r.n. basis,
post-deployment stress classes on monthly basis.

THERAPEUTIC GOAL: Maintenance in stabilization.


D: 02/02/2009  10:35 AM
T: 02/02/2009  T28  220240


                    Signed by: /es/ MATTHEW DOOLEY
                               STAFF PSYCHOLOGIST BEHAVIORAL SVCS
                               02/03/2009 11:02
```

M407

```
-----------------------------------------------------------------------
LASKOWSKI,STANLEY P III        WILKES-BARRE VAMC     Printed:06/26/2009 16:51
                               Pt Loc: OUTPATIENT              Vice SF 509
                            -------------------------------------------
```

Progress Note

MEDICAL RECORD

NOTE DATED: 03/13/2009 10:47
LOCAL TITLE: TLCP OIF/OEF
STANDARD TITLE: OEF/OIF TELEPHONE ENCOUNTER NOTE
VISIT: 03/13/2009 10:47 TLCP OIF/OEF
Data: Attempted PC to veteran to confirm his appt for 3/16. Was unable to leave
a voice message as voice mail box was full.

Signed by: /es/ Richard Matash, Jr, LCSW
OEFOIF Case Manager
03/13/2009 10:48

M408

```
----------------------------------------------------------------------
MEDICAL RECORD
NOTE DATED: 03/16/2009 14:10
LOCAL TITLE: NO SHOW NOTE
STANDARD TITLE: NO SHOW NOTE
VISIT: 03/16/2009 14:00 SATU BEAM (RM- C9-21)
     Job 03-49, MRC Approved 12-10-03


LASKOWSKI,STANLEY P III did not show for clinic appointment. Chart reviewed.
Did not speak to patient

I was unable to reach the patient.   Send URGENT NO SHOW letter.

D: UNABLE TO LEAVE MESSAGE ON VOICE MAIL, MAIL BOX FULL, WILL CONTINUE TO TRY
AND REACH VET.
                    Signed by: /es/ JOSEPH R. BEAM
                                ADDICTION THERAPIST
                                03/16/2009 14:11


03/17/2009 09:40       ADDENDUM       STATUS: COMPLETED
D: 2ND ATTEMPT, NO ANSWER.
                    Signed by: /es/ JOSEPH R. BEAM
                                ADDICTION THERAPIST
                                03/17/2009 09:40


03/18/2009 08:53       ADDENDUM       STATUS: COMPLETED
D: 3RD ATTEMPT, NO ANSWER AT # 570-614-8885, # 570-614-9364. VETERAN WILL NEED
TO INITIATE F/U APPT.
                    Signed by: /es/ JOSEPH R. BEAM
                                ADDICTION THERAPIST
                                03/18/2009 08:54
```

M409

```
----------------------------------------------------------------------
LASKOWSKI, STANLEY P III          WILKES-BARRE VAMC       Printed:06/26/2009 16:51
                                  Pt Loc: OUTPATIENT               Vice SF 509
----------------------------------------------------------------------
```

```
                                                              Progress Not
----------------------------------------------------------------------------
MEDICAL RECORD
----------------------------------------------------------------------------
NOTE DATED: 06/16/2009 09:10
LOCAL TITLE: TLCP SUBSTANCE ABUSE
STANDARD TITLE: TELEPHONE ENCOUNTER NOTE
VISIT: 06/16/2009 09:10 TLCP SUBSTANCE ABUSE
D: VETERAN LEFT MESSAGE ON THIS WRITER'S VOICE MAIL STATING THAT HE
WILL NOT KEEP HIS APPT. TODAY AT 9AM. WIFE IS 9 MONTHS PREGNANT AND HAD
TO ATTEND TO HIS WIFE, WILL RESCHEDULE VET.
                    Signed by: /es/ JOSEPH R. BEAM
                                ADDICTION THERAPIST
                                06/16/2009 09:12
```

M410

Report From: WILKES-BARRE VAMC        Station #693        06/29/2009 15:

********** CONFIDENTIAL IMMUNIZATIONS & SKIN TESTS SUMMARY   pg. 1 *********
LASKOWSKI,STANLEY P III     ██████████           DOB: ████████

---------------------------- IM - Immunizations ----------------------------


   No data available

                    ** No Immunization Information **
---------------------------- IM - Immunization Record ----------------------


   No data available

---------------------------- CRS - Reminders Summary -----------------------

                              --STATUS--  --DUE DATE--   --LAST DONE--
                                 N/A
NSG PNEUMOVAX                  DUE NOW    DUE NOW         unknown
Influenza Immunization

---------------------------- CM - Reminder Maintenance ---------------------

                              --STATUS--  --DUE DATE--   --LAST DONE--
                               DUE NOW    DUE NOW        unknown
Influenza Immunization
    Frequency: Due every 1 year for all ages.

NSG PNEUMOVAX                       N/A
    Frequency: Cannot be determined for this patient.

    Resolution:
       No record of pneumococcal vaccine on file.  Verify or document
       refusal or create historical encounter for vaccine given outside
       the VA system.
    Information about the reminder evaluation:
       Patient does not meet any age criteria!


---------------------------- ST - Skin Tests -------------------------------


   No data available

*** END ** CONFIDENTIAL IMMUNIZATIONS & SKIN TESTS SUMMARY   pg. 1 *********


                              M411

```
Active Problems              Jun 29, 2009@14:42:3        Page:      1
LASKOWSKI,STANLEY P III                                           1/26
PrimCare: PATEL,I                                PCTeam: GENERAL MEDICINE
----Problem----------------------------------Onset    Updated   Status----
1    Posttraumatic Stress Disorder (ICD-9-CM           07/16/07  active
     309.81) (309.81)
2    Hip Pain (719.45)                                 01/09/08  active
3    Tobacco Use Disorder, Continuous (305.1)          03/09/08  active
4    POLYSUBSTANCE DEPENDENCE (304.80)                 03/11/08  active
5    Epilepsy (ICD-9-CM 345.90) (345.90)               08/05/08  active
6    Seizures (ICD-9-CM 780.39) (780.39)               01/08/09  active



----------Enter ?? for more actions--------------------------------------------
```

M412