

**VA Medical Center**
Coatesville, PA  19320

Date:   October 31 , 2007
From:   Robert Whitney, Ph.D.
Sub:    Stanley Laskowski   █████

To:     Whom it may concern:

Mr. Laskowski has been continuously hospitalized in the Posttraumatic Stress Disorder
Program at the Coatesville VA Medical Center, beginning 9/25/07, and projected date of
discharge is 12/5/07. He has made very good progress on his symptoms including fewer
intrusive thoughts and nightmares of his Iraq war experiences, less irritability and
excellent anger control, and progress on grief over loss of fellow Marines. He has been
compliant with the treatment regimen, attends and is very active in therapy sessions,
psychoeducation, and substance abuse classes, and takes all medications as prescribed. He
takes the initiative in working on his problems and is motivated to get better. He has
shown good judgment, good self-control, and participated actively in the program. He
does not have any intent to harm himself or anyone else, and is not a danger to self or
others. He is in all respects a model patient in our program.

Sincerely,

Robert Whitney, Ph.D.
Staff Psychologist

**001**

# Lab Results

Printed On May 06, 2010

```
                         ---- CBC Profile ----

BLOOD     09/26              Reference
          2007
          07:00    Units    Ranges
---------------------------------------------------------------------
WBC       7.5       K/cmm   4.8 - 10.8
RBC       4.7 L     M/cmm   4.7 - 6.1
HGB       15.4      g/dL    14 - 18
HCT       42.6      %       42 - 52
MCV       91.5      um3     80 - 94
MCH       33.2 H    uug     27 - 31
MCHC      36.2 H    g/dL    33 - 36
RDW       12.5      %       11.5 - 14.5
PLT       240       K/cmm   130 - 400
MPV       7.3 L     um3     7.4 - 10.4
LY%               % AUTO    12.8 - 43.2
MO%               % AUTO    3.5 - 12.7
GR%               % AUTO    42.2 - 75.2
EOS%              % AUTO    0 - 6.5
BASO%             % AUTO    0 - 1.9
LY#                 K/cmm AUTO.6 - 4.7
MO#                 K/cmm AUTO.2 - 1.4
GR#                 K/cmm AUTO2 - 8.2
EOS#                K/cmm AUTO 0 - .7
BASO#               K/cmm AUTO 0 - .2


                         ---- Urinalysis ----

URINE     09/26              Reference
          2007
          06:00    Units    Ranges
---------------------------------------------------------------------
COLOR     Yellow            Straw - Yellow
APPEARA                     Clear - Cloudy
SP.GRAV                     1.003 - 1.031
UROBILI            E.U./dL  .2 - 1
UR. BLD   Neg               Ref: Neg.
BILIRUB   Neg               Ref: Neg.
KETONES   Neg      mg/dL    Ref: Neg.
GLU       Normal   mg/dL    Ref: Neg.
PROTEIN            mg/dL    Ref: Neg.
PH                          5 - 9
WBC/HPF            /HPF     0 - 5
RBC/HPF            /HPF     0 - 2
EPITH C            /HPF     Ref: Occ.
SQ.EPTH            /HPF
```

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| LASKOWSKI, STANLEY ███████████ | Printed at COATESVILLE VAMC |

# Lab Results

```
REN EPI            /HPF
TR.EPTH            /HPF
CASTS              /HPF      Ref: Occ.
WBC/CAS            /LPF
RBC/CAS            /LPF
HYALINE            /LPF
GRANULA            /LPF
UR.BACT            /HPF      0 - Few
UR CRY             /HPF      0 - Few
AM URAT            /HPF
AM PHOS            /HPF
TRI PHO            /HPF
CA++ OX            /HPF
URIC AC            /HPF
MUCUS              /HPF      Ref: NoneObs.
YEAST              /HPF      Ref: NoneObs.
TRCMOND                      Ref: NoneObs.
NITRITE                      Ref: Neg.
LEU ASE                      Ref: Neg.
Comments:      a
a. *** For test COLOR  Normals: Straw- ***
   *** For test KETONES Units:   ***
   *** For test GLU Units:  ***
```

```
                ---- Drugs of Abuse (Urine) ----

URINE-D    12/02    11/25    11/23    11/22    11/21         Reference
           2007     2007     2007     2007     2007
           21:30    14:05    21:00    20:50    21:00    Units  Ranges
-----------------------------------------------------------------------
CANNABI    NEG      NEG      NEG      NEG      NEG            Ref: Neg.
AMPHETA    NEG      NEG      NEG      NEG      NEG            Ref: Neg.
BARBS      NEG      NEG      NEG      NEG      NEG            Ref: Neg.
COCAINE    NEG      NEG      NEG      NEG      NEG            Ref: Neg.
METHADO    NEG      NEG      NEG      NEG      NEG            Ref: Neg.
OPIATES    NEG      NEG      NEG      NEG      NEG            Ref: Neg.
PROPOXY                                                      Ref: Neg.
BENZODI    NEG      NEG      NEG      NEG      NEG            Ref: Neg.
PHENCYC                                                      Ref: Neg.
Comments:      a
a. Evaluation for BARBS:
   Results should not be used for non-medical purposes.
   Evaluation for AMPHETA:
   Results should not be used for non-medical purposes.
   False positive results may occur in patients taking medications
   containing ephedrine.
   Evaluation for COCAINE:
```

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

LASKOWSKI, STANLEY

**VISTA Electronic Medical Documentation**

Printed at COATESVILLE VAMC

# Lab Results

```
Results should not be used for non-medical purposes.
Evaluation for BENZODI:
Results should not be used for non-medical purposes.
Evaluation for CANNABI:
Results should not be used for non-medical purposes.
Evaluation for METHADO:
Results should not be used for non-medical purposes.
Evaluation for OPIATES:
Results should not be used for non-medical purposes.
```

| URINE-D | 11/18 2007 13:20 | 11/16 2007 21:05 | 11/12 2007 13:35 | 11/03 2007 19:00 | 10/27 2007 20:00 | Units | Reference Ranges |
|---|---|---|---|---|---|---|---|
| CANNABI | NEG | NEG | NEG | NEG | NEG | | Ref: Neg. |
| AMPHETA | NEG | NEG | NEG | NEG | NEG | | Ref: Neg. |
| BARBS | NEG | NEG | NEG | NEG | NEG | | Ref: Neg. |
| COCAINE | NEG | NEG | NEG | NEG | NEG | | Ref: Neg. |
| METHADO | NEG | NEG | NEG | NEG | NEG | | Ref: Neg. |
| OPIATES | NEG | NEG | NEG | NEG | NEG | | Ref: Neg. |
| PROPOXY | | | | | | | Ref: Neg. |
| BENZODI | NEG | NEG | NEG | NEG | NEG | | Ref: Neg. |
| PHENCYC | | | | | | | Ref: Neg. |

| URINE-D | 10/26 2007 20:35 | 10/21 2007 22:10 | 10/14 2007 19:30 | 10/13 2007 19:15 | 10/12 2007 19:45 | Units | Reference Ranges |
|---|---|---|---|---|---|---|---|
| CANNABI | NEG | NEG | NEG | NEG | NEG | | Ref: Neg. |
| AMPHETA | NEG | NEG | NEG | NEG | NEG | | Ref: Neg. |
| BARBS | NEG | NEG | NEG | NEG | NEG | | Ref: Neg. |
| COCAINE | NEG | NEG | NEG | NEG | NEG | | Ref: Neg. |
| METHADO | NEG | NEG | NEG | NEG | NEG | | Ref: Neg. |
| OPIATES | NEG | NEG | NEG | NEG | NEG | | Ref: Neg. |
| PROPOXY | | | | | | | Ref: Neg. |
| BENZODI | NEG | NEG | NEG | NEG | NEG | | Ref: Neg. |
| PHENCYC | | | | | | | Ref: Neg. |

| URINE-D | 10/08 2007 22:40 | 10/06 2007 22:30 | 09/25 2007 08:35 | Units | Reference Ranges |
|---|---|---|---|---|---|
| CANNABI | NEG | NEG | NEG | | Ref: Neg. |
| AMPHETA | NEG | NEG | NEG | | Ref: Neg. |
| BARBS | NEG | NEG | NEG | | Ref: Neg. |
| COCAINE | NEG | NEG | NEG | | Ref: Neg. |
| METHADO | NEG | NEG | NEG | | Ref: Neg. |
| OPIATES | NEG | NEG | NEG | | Ref: Neg. |

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

LASKOWSKI, STANLEY

**VISTA Electronic Medical Documentation**

Printed at COATESVILLE VAMC

# Lab Results

Printed On May 06, 2010

```
PROPOXY                                          Ref: Neg.
BENZODI      NEG       NEG       NEG              Ref: Neg.
PHENCYC                                          Ref: Neg.


                         ---- CX5 CHEMISTRIES ----


SERUM       09/26              Reference
            2007
            07:00     Units     Ranges
-------------------------------------------------------------------
HDL                    mg/dL    30 - 70
LDL C                  mg/dL    Ref: <=130
D BIL                  mg/dL    .1 - .2
T PRO       6.4        g/dL     6 - 8.3
PO4                    mg/dL    2.5 - 4.6
MAG                    mg/dL    1.7 - 2.8
  GLU       97         mg/dL    70 - 110
  BUN       8          mg/dL    7 - 18
CREA        1.0        mg/dL    .6 - 1.3
SODIU       140        mmol/L   136 - 145
POTASS      4.1        mmol/L   3.5 - 5.1
CHLOR       106        mmol/L   98 - 107
  CO2       29  H      mmol/L   22 - 28
TRIGLY                 mg/dL    35 - 160
CHOL                   mg/dL    140 - 200
LDH                    IU/L     91 - 180
SGOT        19         IU/L     10 - 42
SGPT        18         IU/L     10 - 40
AMYLASE                U/L      25 - 125
T BIL       1.3  H     mg/dL    .2 - 1
ALBUM       4.1        g/dL     3.2 - 5.5
CAL         9.1        mg/dL    8.4 - 10.2
ALPH        58         IU/L     32 - 92
```

Comments:      a
a. Evaluation for  GLU:
   According to the American Diabetic Association, a fasting glucose level
   between 70 mg/dl and 99 mg/dl is the range for a normal adult. A fasting
   glucose level between 100 mg/dl and 125 mg/dl signals pre-diabetes. A
   patient with a fasting blood glucose of 126 mg/dl or higher has diabetes.
   Evaluation for T BIL:
   Samples from patients who have taken Naproxen have shown false elevation
   in total bilirubin levels.


                    ---- MISCELLANEOUS TESTS ----


   DATE    TIME   SPECIMEN        TEST          VALUE        Ref ranges

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

LASKOWSKI, STANLEY

**VISTA Electronic Medical Documentation**

Printed at COATESVILLE VAMC

# Lab Results

```
--------------------------------------------------------------------------
11/28/2007 13:13  SERUM        TEST:        171.00   ng/dL   132 - 813
Heterophilic antibodies in the serum of certain individuals
are known to cause interference with immunoassays. These
antibodies may be present in blood samples from individuals
regularly exposed to animals or who have been treated with
animal serum products.
Evaluation for TEST:
Female: 5.71-77.0 Males Age 20-49 yrs.: 132-813 Males Age>50yrs.: 72-623
09/26/2007 07:00  SERUM        HEPCA:       NEG           Ref: NEG
09/26/2007 07:00  SERUM        COR,IgM:     NEG           Ref: NEG
09/26/2007 07:00  SERUM        HEPBAG:      NEG           Ref: NEG
09/26/2007 07:00  SERUM        HAIGM:       NEG           Ref: NEG
Evaluation for HEPCA:
Refer to HCV test interpretation table.
In CPRS, under the Lab tab, click on Tools, then Clinical Documents/PHE.
Click on document titled "VHA Directive 2009-063 Standard HCV Reporting
Terminology".
09/26/2007 07:00  SERUM        PSA-A:       0.27   ng/mL    0 - 4
09/26/2007 06:00  URINE        UR APP:      Clear         Ref: Clear
09/26/2007 06:00  URINE        UR PRO:      Neg           Ref: Neg.
09/26/2007 06:00  URINE        UROB:        Normal        Ref: Neg.
09/26/2007 06:00  URINE        UR PH:       6.0           5.0 - 9.0
09/26/2007 06:00  URINE        SPGR:        1.008 L       1.010 - 1.030
09/26/2007 06:00  URINE        NITR:        Neg           Ref: Neg.
09/26/2007 06:00  URINE        URLEU:       Negative  Leu/uLRef: Neg.
==========================================================================
```

# Discharge Summaries

Printed On May 06, 2010

```
LOCAL TITLE: Discharge Summary
   ADMIN DATE: SEP 25, 2007         DISCH. DATE: DEC 04, 2007
STANDARD TITLE: DISCHARGE SUMMARY
   DICT DATE: DEC 03, 2007@09:33    ENTRY DATE: DEC 03, 2007@09:33:35
   DICTATED BY: SANDS, PETER A        ATTENDING: IACCARINO, DENNIS L
      URGENCY: routine                   STATUS: COMPLETED

                    PROVIDER DISCHARGE SUMMARY
Date of admission: 9/25/07
Date of discharge: 12/4/07

DIAGNOSIS:

AXIS I:  Posttraumatic Stress Disorder
AXIS II:   No Diagnosis
AXIS III:   Hip: arthralgia
AXIS IV: Moderate
AXIS V: Admission GAF (55) Discharge GAF (55)

DIAGNOSIS NOTED BUT NOT TREATED: None

ALLERGIES:  Patient has answered NKA

TREATMENTS/PROCEDURES:
Group Therapy
Individual Therapy
Kinesiotherapy
Medication Counseling for self medication
Recreational Therapy

Reason for hospitalization: PTSD

HOSPITAL COURSE
Medical:  Hip, arthralgia addressed with Ultram 100mg PO TID PRN.  Psych
issues addressed with Effexor 37.5mg PO BID

Condition at discharge: stable, denies suicidal/homicidal ideations.

DISCHARGE TYPE:  Regular

DISCHARGE MEDICATIONS:
Active Outpatient Medications (including Supplies):

     Active Outpatient Medications                      Status
     ================================================================
1)   LORATADINE 10MG TAB (CLARITIN) TAKE ONE TABLET BY      ACTIVE
        MOUTH ONCE DAILY FOR ALLERGY SYMPTOMS
2)   MULTIPLE VITAMIN WITH MINERALS TAB TAKE ONE TABLET BY  ACTIVE
```

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| LASKOWSKI, STANLEY<br><br>██████████████████████ | <br>Printed at COATESVILLE VAMC |

# Discharge Summaries

```
                    MOUTH ONCE DAILY
     3)    OMEPRAZOLE 20MG CAP,EC (PRILOSEC) TAKE ONE CAPSULE BY      ACTIVE
              MOUTH ONCE DAILY FOR ACID REFLUX - TAKE 30 MINUTES
              BEFORE EATING
     4)    TRAMADOL 50MG TAB (ULTRAM) TAKE TWO TABLETS BY MOUTH      ACTIVE
              THREE TIMES A DAY AS NEEDED FOR PAIN
     5)    VENLAFAXINE 37.5MG TAB (EFFEXOR) TAKE ONE TABLET BY       ACTIVE
              MOUTH TWICE A DAY WITH FOOD
     6)    ZOLPIDEM 10MG TAB (AMBIEN) TAKE ONE-HALF TO ONE           ACTIVE
              TABLET BY MOUTH AT BEDTIME AS NEEDED FOR SLEEP


Diet: regular

/es/ PETER A SANDS PA-C
PHYSICIAN ASSISTANT-PATIENT CARE
Signed: 12/03/2007 09:37

/es/ DENNIS L IACCARINO, DO

Cosigned: 12/03/2007 09:40
```

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

LASKOWSKI, STANLEY

**VISTA Electronic Medical Documentation**

Printed at COATESVILLE VAMC

Page 7

**008**

# Consult Requests

Printed On May 06, 2010

```
Current Pat. Status:    Outpatient
Primary Eligibility:            SERVICE CONNECTED 50% to 100%
Combat Vet Eligible:            YES


Order Information
To Service:             LEVITRA CONSULT
From Service:           8B-DOM
Requesting Provider:    SANDS,PETER A
Service is to be rendered on an INPATIENT basis
Place:                  Consultant's choice
Urgency:                Routine
Orderable Item:         LEVITRA CONSULT
Consult:                Consult Request
Provisional Diagnosis: Levitra consult
Reason For Request:
PERIOD OF SERVICE - PERSIAN GULF WAR
SERVICE CONNECTED % - 60
COMBAT SERVICE - NONE FOUND


_____

TINNITUS  10%  SC
BURSITIS  10%  SC
BURSITIS  10%  SC
LIMITED EXTENSION OF FOREARM  20%  SC
MALUNION OF ANKLE  0%  SC
SINUSITIS,FRONTAL,CHRONIC  10%  SC
POST-TRAUMATIC STRESS DISORDER  100%  SC


Is the reason for this consult because of a Service Connected condition:
 YES
*************************************************************************

DIAGNOSTIC:
    YES - Patient has been diagnosed with erectile dysfunction
          defined as the absolute inability to participate in penetrative
          relations in any stage.

    YES - Patient is less than 40 years of age;
          Prolactin level .

    YES - Screening testosterone was performed and
          hypogonadism ruled out.

    YES - Neurologic etiologies of erectile dysfunction have
          been evaluated for SCI below T 5-6.  (Vardenafil not
          recommended if SCI above T 5-6 because of concern for automatic
          dysreflexia.)
```

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

LASKOWSKI, STANLEY

**VISTA Electronic Medical Documentation**

Printed at COATESVILLE VAMC

# Consult Requests

```
       YES - The patient is currently taking a medication that
             could contribute to erectile dysfunction.

       YES - Risk associated with converting to another
             agent is unacceptable.

COMORBIDITY EVALUATION
       YES - In the last year the patient has had fasting lipid
             panel and blood glucose assessed.

       NO  - The patient is a smoker.

       N/A - Consult made to Smoking Cessation.

CAUTION:
       YES - Patient has no contraindications to vardenafil
             therapy and any prior use has been evaluated.

       YES - Side effects, i.e. visual changes, sudden loss of vision,
             flushing, headache, dizziness, chest pain, and priapism were discussed
             with the patient.  If this side effects arise, the need to seek
medical
             attention immediately was stressed also.

       YES - Patient has disclosed all medications / drugs that
             they are currently using and have not used illicit drugs in the
             past year.

       YES - The patient understands that simultaneous administration of

             vardenafil and an alpha-blocker may lead to symtomatic
hypotension, so
             doses should be staggered by four hours.

       N/A - Because of reports of increased intraocular
             pressure and sudden vision loss, patients with a history of glaucoma
or
             NAION must be cleared by their eye providers prior to use of
vardenafil.

       YES - Patient is currently not on a Class 1A or Class 3 Anti-
             Arrhythmic.

       YES - Patient does not have congenital or acquired QT
             prolongation.

       YES - Restrictions:  Patient was informed of the following
             VA guidelines.
```

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| LASKOWSKI, STANLEY | |
| | Printed at COATESVILLE VAMC |

# Consult Requests

```
            - Quantities dispensed will be equal to or less than 4 doses
              per month.
            - Prescriptions will be available by mail only (CMOP) for
              vardenafil (Levitra).

        For more information regarding FDA Statements on Post-Marketing Reports
of
        Eye Problems, click on:
http://www.fda.gov/bbs/topics/NEWS/2005/NEW01201.html

RECOMMENDATIONS / COMMENTS:
      YES - The patient is an appropriate candidate for
            Vardenafil (Levitra).

      YES - Is Erectile dysfunction on the problem list?
              (If not, please add to Problem List)


      COMMENTS:


Inter-facility Information
This is not an inter-facility consult request.

Status:              COMPLETE
Last Action:         COMPLETE/UPDATE

Facility
  Activity             Date/Time/Zone      Responsible Person   Entered By
------------------------------------------------------------------------------
  CPRS RELEASED ORDER  11/30/07 09:58    SANDS,PETER A       SANDS,PETER A
  PRINTED TO           11/30/07 09:58
     F33$PRT SMALL
  COMPLETE/UPDATE      12/03/07 11:20    LAPORTE,BRUCE       LAPORTE,BRUCE
     Note# 5823637

Note: TIME ZONE is local if not indicated

------------------------------------------------------------------------------

  LOCAL TITLE: LEVITRA CONSULT
  STANDARD TITLE: PHARMACY MEDICATION MGT CONSULT
  DATE OF NOTE: DEC 03, 2007@11:20    ENTRY DATE: DEC 03, 2007@11:20:14
      AUTHOR: LAPORTE,BRUCE         EXP COSIGNER:
      URGENCY:                             STATUS: COMPLETED

  APPROVED

  /es/ BRUCE LaPORTE RPh
```

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| LASKOWSKI, STANLEY<br><br>██████████████████████ | Printed at COATESVILLE VAMC |

# Consult Requests

```
PHARMACIST
Signed: 12/03/2007 11:20
==================================================================================
================================= END =================================
```

```
Current Pat. Status:    Outpatient
Primary Eligibility:          SERVICE CONNECTED 50% to 100%
Combat Vet Eligible:          YES

Order Information
To Service:             PM&R PHYSICIANS
From Service:           8B-DOM
Requesting Provider:    SANDS,PETER A
Service is to be rendered on an INPATIENT basis
Place:                  Consultant's choice
Urgency:                Routine
Orderable Item:         PM&R PHYSICIANS
Consult:                Consult Request
Provisional Diagnosis: gym clearance
Reason For Request:
PERIOD OF SERVICE - PERSIAN GULF WAR
SERVICE CONNECTED % - 60
COMBAT SERVICE - NONE FOUND
```

```
_____

TINNITUS  10%  SC
BURSITIS  10%  SC
BURSITIS  10%  SC
LIMITED EXTENSION OF FOREARM  20%  SC
MALUNION OF ANKLE  0%  SC
SINUSITIS,FRONTAL,CHRONIC  10%  SC
POST-TRAUMATIC STRESS DISORDER  30%  SC

Is the reason for this consult because of a Service Connected condition:
   NO
********************************************************************************
Reason for Request:
   Patient with no physical complaints at this time requests use of gym
   and requires clearance.

Inter-facility Information
This is not an inter-facility consult request.

Status:                 COMPLETE
Last Action:            COMPLETE/UPDATE

Facility
```

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

LASKOWSKI, STANLEY

██████████████████████

**VISTA Electronic Medical Documentation**

Printed at COATESVILLE VAMC

# Consult Requests

Printed On May 06, 2010

| Activity | Date/Time/Zone | Responsible Person | Entered By |
|---|---|---|---|
| CPRS RELEASED ORDER | 09/25/07 09:43 | SANDS,PETER A | SANDS,PETER A |
| PRINTED TO | 09/25/07 09:43 | | |
|   C32$PRT SMALL | | | |
| RECEIVED | 09/25/07 10:14 | LAMONS,JERRY | LAMONS,JERRY |
| COMPLETE/UPDATE | 10/16/07 13:53 | HANSPAL,REENA K | HANSPAL,REENA K |
|   Note# 5727966 | | | |

Note: TIME ZONE is local if not indicated

---

LOCAL TITLE: PM&R PHYSICIAN CONSULT
STANDARD TITLE: PHYSICAL MEDICINE REHAB E & M CONSULT
DATE OF NOTE: OCT 16, 2007@11:25      ENTRY DATE: OCT 16, 2007@11:25:40
    AUTHOR: HANSPAL,REENA K      EXP COSIGNER:
    URGENCY:                      STATUS: COMPLETED

Reason for Request: Patient with no physical complaints at this time requests
use of gym and requires clearance.

MR. LASKOWSKI is 29 years old on 8B with a h/o PTSD.
He is referred to PM&R for use of the gym.

He gives h/o chronic R hip pain which started in 2000 after a hiking incidence
when he was in the service.  He was informed that Xrays and MRI studies were
negative for bony pathology.  He was dx with bursitis and iliotibial band
syndrome - was on PT (no relief), received cortisone injection (made the pain
worse).  NSAID's and the stretching exercises and physical modalities were not
helpful.  He reports painful cracking sensation which is deep in the lateral
aspect of the joint and feeling of slight shifting with forward bending with a
rotational component.  Has felt some pain on the R knee when the hip pain is
bad.  No pain in the back and groin.  No numbness.  The pain is experienced
after being in one position for a while and after prolonged walking/running.
Has to crack the joint to relieve the symptoms.  He is on Tramadol prn.  He is
able to walk - 2 miles and to run 3 miles.  Walking inclines and stairs is more
painful.  He worked as a Mutual Fund Broker.

XRAYS: Wilkes Barre VAMC 4/07: Report:
    Bilateral hip joints
    The regional bony structures are normal in configuration and
    density.  There is no evidence of new or old osseous injury.
    The femoral heads are well positioned within the acetabulum.
    The joint spaces are well preserved with smooth margins.  No
    soft tissue abnormality is demonstrated. Small area of
    increased density is identified in the right femoral head
    compatible with a benign bone island.

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

LASKOWSKI, STANLEY

**VISTA Electronic Medical Documentation**

Printed at COATESVILLE VAMC

# Consult Requests

```
        Impression:
           Normal study of the bilateral hip joints.

SH: married, 3 children, smokes 1PPD, quit drinking 2 months ago.

      Active Outpatient Medications                        Status
=======================================================================
1)   ACETAMINOPHEN 325MG TAB (TYLENOL) TAKE TWO TABLETS BY   ACTIVE
        MOUTH THREE TIMES A DAY AS NEEDED FOR FEVER OR
        ACHES
2)   BENZOCAINE 6MG/MENTHOL 10MG LOZENGE DISSOLVE 1          ACTIVE
        LOZENGE IN MOUTH 6-TIMES-A-DAY AS NEEDED FOR SORE
        THROAT
3)   GUAIFENESIN DM SYRUP (ROBITUSSIN DM) TAKE 2            ACTIVE
        TEASPOONFULS BY MOUTH EVERY 6 HOURS AS NEEDED FOR
        COUGH
4)   LORATADINE 10MG TAB (CLARITIN) TAKE ONE TABLET BY      ACTIVE
        MOUTH ONCE DAILY FOR ALLERGY SYMPTOMS
5)   MIRTAZAPINE 15MG TAB (REMERON) TAKE ONE TABLET BY      ACTIVE
        MOUTH AT BEDTIME FOR INSOMNIA
6)   MULTIPLE VITAMIN WITH MINERALS TAB TAKE ONE TABLET BY  ACTIVE
        MOUTH ONCE DAILY
7)   OMEPRAZOLE 20MG CAP,EC (PRILOSEC) TAKE ONE CAPSULE BY  ACTIVE
        MOUTH ONCE DAILY FOR ACID REFLUX - TAKE 30 MINUTES
        BEFORE EATING
8)   PSEUDOEPHEDRINE 30MG TAB (SUDAFED) TAKE ONE TABLET BY  ACTIVE
        MOUTH EVERY 8 HOURS AS NEEDED FOR SINUS CONGESTION
9)   QUETIAPINE FUMARATE 100MG TAB (SEROQUEL) TAKE          ACTIVE
        ONE-HALF TABLET BY MOUTH AT BEDTIME FOR NIGHTMARE
        SUPPRESSION
10)  TRAMADOL 50MG TAB (ULTRAM) TAKE ONE TABLET BY MOUTH    ACTIVE
        THREE TIMES A DAY AS NEEDED FOR PAIN
11)  VENLAFAXINE XR 75MG CAP (EFFEXOR XR) TAKE ONE CAPSULE  ACTIVE
        BY MOUTH ONCE DAILY WITH FOOD FOR
        DEPRESSION/ANXIETY
Allergies: Patient has answered NKA

Height: 67.3 in [170.9 cm] (09/25/2007 11:06)
Weight: 197 lb [89.5 kg] (09/25/2007 11:06)
BMI:     30.6
Pulse:   72 (09/25/2007 11:06)
Temp:    98.9 F [37.2 C] (09/25/2007 11:06)
BP:      130/87 (09/25/2007 11:06)
Pain:    4 (09/25/2007 10:57)

P/E: A&Ox3, cooperative, ambulatory without gait aids.
TLS spine - normal AROM of TLS spine.  No tenderness.  Negative SLR.
R HIP - no tenderness elicited on the groin, trochanter region and along the
```

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

LASKOWSKI, STANLEY

**VISTA Electronic Medical Documentation**

Printed at COATESVILLE VAMC

# Consult Requests

tensor fascia lata.  Normal Patrick's test.  Clicking sensation palpated x 1 on
the anterolateral hip with flexion and IR movements of the hip.
BLE - no motor deficits and no sensory deficits with light touch.  KJ/AJ brisk
with one to two beat unsustained ankle clonus on the R.  R calf slightly larger
than L.  No swelling.  Plantar flexors.
Able to walk on heels, toes and tandem.  No major gait deviations noted.
UE - normal strength, +2 DTR reflexes, negative Hoffman's reflex.

IMP: Chronic R hip pain - snapping R hip - w/u negative for bony pathology and
treatments for soft tissue pain not effective in the past.

Suggest Neurological evaluation for the brisk reflexes on BLE.

He is referred to PM&R for use of gym.  He can use this 3/week.  He knows that
he needs to avoid exercises that aggravate the hip pain.  He is interested in
using the KT pool while on PTSD program - can use it 2/week for general
conditioning exercises.

Precautions: avoid exercises that aggravate the R hip pain.

The above plan was discussed with the patient, he verbalized good understanding.

/es/ REENA K. HANSPAL M.D.

Signed: 10/16/2007 13:53
=========================================================================
================================= END ===================================

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

LASKOWSKI, STANLEY

**VISTA Electronic Medical Documentation**

Printed at COATESVILLE VAMC

Page 14

0015

# Progress Notes

Printed On May 06, 2010

```
LOCAL TITLE: TELEPHONE CONTACT
STANDARD TITLE: TELEPHONE ENCOUNTER NOTE
DATE OF NOTE: JAN 24, 2008@11:26      ENTRY DATE: JAN 24, 2008@11:26:33
    AUTHOR: WHITNEY,ROBERT L      EXP COSIGNER:
    URGENCY:                      STATUS: COMPLETED
```

After obtaining written release from veteran, participated in a conference call with the veteran's attorney, and assistant district attorney of Lackawanna County Suzanne Tierny for the purpose of determination of how the legal system will address the felony charges he faces. Shared diagnoses and symptoms, that he faced increased PTSD symptoms upon discharge from the USMC and moving to Lackawanna County, how self medication for PTSD could have contributed to drug use and burglary. I described his participation in the PTSD Program- he was highly motivated and participated very well in all modalities, gained a lot of insight, and showed very good improvement in PTSD. He was a model patient and showed a genuine interest in getting well. In my contact with him, he does not appear to be a danger to self or others, and has an excellent prognosis for becoming a model citizen and asset to society. Recommended that he participate in outpatient psychotherapy at least one year, either individual or group therapy, and maintain psychotropic medication and monitoring for substance abuse. Ms Tierny discussed recommending 1-2 years of this regimen and meeting with a probation officer, and that if he was compliant at the end of the period his record may be expunged of all charges.

/es/ ROBERT L WHITNEY, PHD
Staff Psychologist
Signed: 01/24/2008 11:43

```
LOCAL TITLE: PTSD DISCHARGE NOTE
STANDARD TITLE: PSYCHIATRY DISCHARGE NOTE
DATE OF NOTE: DEC 04, 2007@16:00      ENTRY DATE: DEC 06, 2007@18:01:16
    AUTHOR: WHITNEY,ROBERT L      EXP COSIGNER:
    URGENCY:                      STATUS: COMPLETED
```

PTSD Program Primary Therapist Discharge Summary

---

Date of admission : 9/25/07
Date of discharge : 12/4/07

---

DIAGNOSES:    Axis I         Posttraumatic Stress Disorder, Chronic
                             Opioid abuse, Vicodin
                             Nicotine dependence

              Axis II        No Diagnosis

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| LASKOWSKI, STANLEY<br><br>████████████████ | <br>Printed at COATESVILLE VAMC |

# Progress Notes

Printed On May 06, 2010

| | | |
|---|---|---|
| Axis | IV | War experience |
| Axis | V | Admission GAF: 45 |
| | | Discharge GAF: 58 |

OPERATIONS AND PROCEDURES:     Individual psychotherapy
Group psychotherapy
Recreation therapy

Mr. Laskowsky was admitted to the Coatesville VAMC PTSD Program on 9/25/07.

Presenting problems on the PTSD Program included: intrusive recollections of traumatic experiences, nightmares, distress when discussing trauma, discomfort in social situations, emotional & social estrangement from family, efforts to avoid thoughts or feelings associated with the trauma, irritability, verbal outbursts of anger, difficulty staying asleep. He served in I/3/5 Marines in Iraq 3/2003 to 7/03 as an infantry squad leader. Discharged from USMC in 2/07 after eight years. Increasing PTSD stress problems and then started to use Vicodin as self-medication. Beginning of August he broke into a pharmacy at night to steal pain-killers and is facing charges for that.

PTSD was treated with individual and group psychotherapy, and recreation therapy. Using a 10 point scale where 0= No problem and 10= Highest level of disturbance, level of disturbance of global PTSD decreased from 8/10 to 3/10.

He made good progress on PTSD symptoms. He stopped avoiding discussion and reminders of his trauma. He became more emotionally connected to himself and others, with much improved sharing and communication with his wife and children. Anger is significantly reduced and he no longer has verbal outbursts or sustained irritability. Nightmares have decreased and sleep has improved. Much less depressed. For Vicodin abuse, he attended substance abuse classes and groups and NA, and shows much more insight into the impact of the abuse and the dangers of dependence. For nicotine dependence, he was not interested in quitting cigarettes despite encouragement and education.

He will continue to need outpatient followup psychotherapy for the above PTSD problems. PTSD was also treated with medication including Effexor and Ambien, with good results. Mood is stable at this time, and he denied any suicidal/homicidal ideation or intent.

He was discharged REGULAR on 12/4/07 to his home at 317 Charles St, Throop, PA 18512. Followup for PTSD will be at the Wilkes-Barre VAMC with Dr. Dooley on 12/4/07 at 1830. He is competent to handle his own affairs. He may resume prehospital activities.

/es/ ROBERT L WHITNEY, PHD

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation**

LASKOWSKI, STANLEY

Printed at COATESVILLE VAMC

# Progress Notes

```
Staff Psychologist
Signed: 12/06/2007 18:01
```

```
 LOCAL TITLE: NURSING DISCHARGE NOTE
STANDARD TITLE: NURSING DISCHARGE NOTE
DATE OF NOTE: DEC 04, 2007@13:42     ENTRY DATE: DEC 04, 2007@13:42:56
     AUTHOR: STEENHUSEN,NANCY I    EXP COSIGNER:
     URGENCY:                         STATUS: COMPLETED

          ********* NURSING DISCHARGE INFORMATION *********
```

(O):    Mr. Laskowski was discharged this date to the
community. He was given a copy of the discharge plan and verbalized an
understanding of its content and meaning. He obtained his discharge
medication from the pharmacy and verbalized an understanding of the use
and precautions for these medications. He left the unit with all of his
personal belongings.

(A):    Completion of the treatment program.

(P):    The veteran was encouraged to contact the unit at 610.383.0267
should he encounter difficulties or contact his outpatient therapist.

/es/ NANCY I. STEENHUSEN, RN

Signed: 12/04/2007 13:46

```
 LOCAL TITLE: LEVITRA CONSULT
STANDARD TITLE: PHARMACY MEDICATION MGT CONSULT
DATE OF NOTE: DEC 03, 2007@11:20     ENTRY DATE: DEC 03, 2007@11:20:14
     AUTHOR: LAPORTE,BRUCE      EXP COSIGNER:
     URGENCY:                         STATUS: COMPLETED

APPROVED

/es/ BRUCE LaPORTE RPh
PHARMACIST
Signed: 12/03/2007 11:20
```

```
 LOCAL TITLE: DISCHARGE INSTRUCTIONS
STANDARD TITLE: MENTAL HEALTH DISCHARGE NOTE
DATE OF NOTE: DEC 03, 2007@08:09     ENTRY DATE: DEC 03, 2007@08:09:41
     AUTHOR: SANDS,PETER A      EXP COSIGNER: IACCARINO,DENNIS L
     URGENCY:                         STATUS: COMPLETED
```

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

LASKOWSKI, STANLEY

▮▮▮▮▮▮▮▮▮▮▮▮

**VISTA Electronic Medical Documentation**

Printed at COATESVILLE VAMC

# Progress Notes

Printed On May 06, 2010

```
                        VA Medical Center
                         Coatesville, PA
                          610-384-7711


WARD OR PROGRAM:     8B Dom

ADMISSION DATE:      SEP 25,2007 09:05

DISCHARGE DATE:      Dec 4,2007

DIET:    Regular

AFTERCARE PLAN (therapy, medication or medical appointment):
        Medically, patient will be followed by the Wilkes Barre VAMC.
No Future Appointment

DISCHARGE MEDICATIONS:
Active Outpatient Medications (including Supplies):
```

| Active Outpatient Medications | Status |
|---|---|
| 1) BENZOCAINE 6MG/MENTHOL 10MG LOZENGE DISSOLVE 1 LOZENGE IN MOUTH 6-TIMES-A-DAY AS NEEDED FOR SORE THROAT | ACTIVE |
| 2) GUAIFENESIN DM SYRUP (ROBITUSSIN DM) TAKE 2 TEASPOONFULS BY MOUTH EVERY 6 HOURS AS NEEDED FOR COUGH | ACTIVE |
| 3) LORATADINE 10MG TAB (CLARITIN) TAKE ONE TABLET BY MOUTH ONCE DAILY FOR ALLERGY SYMPTOMS | ACTIVE |
| 4) MULTIPLE VITAMIN WITH MINERALS TAB TAKE ONE TABLET BY MOUTH ONCE DAILY | ACTIVE |
| 5) OMEPRAZOLE 20MG CAP,EC (PRILOSEC) TAKE ONE CAPSULE BY MOUTH ONCE DAILY FOR ACID REFLUX - TAKE 30 MINUTES BEFORE EATING | ACTIVE |
| 6) TRAMADOL 50MG TAB (ULTRAM) TAKE TWO TABLETS BY MOUTH THREE TIMES A DAY AS NEEDED FOR PAIN USE AS NEEDED FOR ACHES/PAINS | ACTIVE |
| 7) VENLAFAXINE 37.5MG TAB (EFFEXOR) TAKE ONE TABLET BY MOUTH TWICE A DAY WITH FOOD FOR DEPRESSION AND ANXIETY | ACTIVE |
| 8) ZOLPIDEM 10MG TAB (AMBIEN) TAKE 1/2 TO 1 TABLET BY MOUTH AT BEDTIME AS NEEDED FOR INSOMNIA | ACTIVE |

```
COMMENTS:
    Vitals stable: Heart- RRR (-) murmurs. Lungs- clear and
    equal. Patient oriented to time, place, event, and self.
    Denies suicidal/homicidal ideations.
```

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

LASKOWSKI, STANLEY

**VISTA Electronic Medical Documentation**

Printed at COATESVILLE VAMC

Page 18

# Progress Notes

WHAT TO DO IF SYMPTOMS WORSEN:  If an emergency call 911.  If not an
emergency call the Telephone Health Care Information line 1-888-558-3812.

A copy of this note was given to the veteran, and s/he has indicated that
s/he understands the instructions.

/es/ PETER A SANDS PA-C
PHYSICIAN ASSISTANT-PATIENT CARE
Signed: 12/03/2007 08:10

/es/ DENNIS L IACCARINO, DO

Cosigned: 12/03/2007 09:26

---

LOCAL TITLE: HEALTH TECHNICIAN
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: DEC 02, 2007@22:13      ENTRY DATE: DEC 02, 2007@22:13:02
        AUTHOR: HARRIS,BETTY LOU     EXP COSIGNER:
        URGENCY:                         STATUS: COMPLETED

Vet. returned from AA. BAL. neg. UA obtained by undersigned.

/es/ BETTY L. HARRIS NA.

Signed: 12/02/2007 22:13

---

LOCAL TITLE: HEALTH TECHNICIAN
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: NOV 30, 2007@17:55      ENTRY DATE: NOV 30, 2007@17:55:07
        AUTHOR: RAWLS,JAMES          EXP COSIGNER:
        URGENCY:                         STATUS: COMPLETED
        SUBJECT: Left on A.A.

Vet left on A.A. till Sunday 12/2/07.

/es/ JAMES T. RAWLS, HT

Signed: 11/30/2007 17:57

---

LOCAL TITLE: PSYCHOLOGY
STANDARD TITLE: PSYCHOLOGY NOTE
DATE OF NOTE: NOV 30, 2007@15:50      ENTRY DATE: NOV 30, 2007@15:50:10
        AUTHOR: WILLIS,AMY C         EXP COSIGNER:
        URGENCY:                         STATUS: COMPLETED

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| LASKOWSKI, STANLEY | |
| | Printed at COATESVILLE VAMC |

# Progress Notes

Printed On May 06, 2010

SUBJECT: PHE PTSD

Veteran attended the weekly one hour Relapse Prevention class 11/30/07 on ward 8B PTSD Program taught by the undersigned, Amy Willis, PhD. The focus of the class was taking personal responsibility for healing and making progress in therapy. The importance of consistent attendance at therapeutic activities was stressed. Taking an individualized but also comprehensive approach to after-care planning was elaborated upon.

The ward policy prohibiting any use of alcohol, illegal drugs, or misuse of prescription medication, including the prohibition on use of VA medication prescribed by staff not affiliated with the 8B PTSD program while a patient in the PTSD program, was reviewed.

Adequate time was allowed for questions and answers and the general level of discussion indicated an overall good level of comprehension.

/es/ AMY C. WILLIS, PHD
STAFF PSYCHOLOGIST
Signed: 11/30/2007 15:50

LOCAL TITLE: MEDICATION REVIEW
STANDARD TITLE: MENTAL HEALTH MEDICATION MGT NOTE
DATE OF NOTE: NOV 30, 2007@10:32      ENTRY DATE: NOV 30, 2007@10:32:07
     AUTHOR: TOUB, GAIL           EXP COSIGNER:
     URGENCY:                     STATUS: COMPLETED

  (O)  Stanley had his med reveiw today. Self-med elvel 4.  He continues on self-medication. Vet feels his medications are helpful. There have been no adverse reactions reported. Discussed usage,  dosage, food/drug interactions as well as possible side effects and reorder procedures.

Current medications are:
Active Outpatient Medications (including Supplies):

| Active Outpatient Medications | Status |
|---|---|
| ======================================================================= | |
| 1)   BENZOCAINE 6MG/MENTHOL 10MG LOZENGE DISSOLVE 1 LOZENGE IN MOUTH 6-TIMES-A-DAY AS NEEDED FOR SORE THROAT | ACTIVE |
| 2)   GUAIFENESIN DM SYRUP (ROBITUSSIN DM) TAKE 2 TEASPOONFULS BY MOUTH EVERY 6 HOURS AS NEEDED FOR COUGH | ACTIVE |
| 3)   LORATADINE 10MG TAB (CLARITIN) TAKE ONE TABLET BY MOUTH ONCE DAILY FOR ALLERGY SYMPTOMS | ACTIVE |
| 4)   MULTIPLE VITAMIN WITH MINERALS TAB TAKE ONE TABLET BY | ACTIVE |

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

LASKOWSKI, STANLEY

███████████████████████

**VISTA Electronic Medical Documentation**

Printed at COATESVILLE VAMC

# Progress Notes

```
              MOUTH ONCE DAILY
      5)  OMEPRAZOLE 20MG CAP,EC (PRILOSEC) TAKE ONE CAPSULE BY   ACTIVE
              MOUTH ONCE DAILY FOR ACID REFLUX - TAKE 30 MINUTES
              BEFORE EATING
      6)  TRAMADOL 50MG TAB (ULTRAM) TAKE TWO TABLETS BY MOUTH    ACTIVE
              THREE TIMES A DAY AS NEEDED FOR PAIN USE AS NEEDED
              FOR ACHES/PAINS
      7)  VENLAFAXINE 37.5MG TAB (EFFEXOR) TAKE ONE TABLET BY     ACTIVE
              MOUTH TWICE A DAY WITH FOOD FOR DEPRESSION AND
              ANXIETY
      8)  ZOLPIDEM 10MG TAB (AMBIEN) TAKE 1/2 TO 1 TABLET BY      ACTIVE
              MOUTH AT BEDTIME AS NEEDED FOR INSOMNIA
```

Pain leevel 0.

(A) Compliant with self medication program. Stanley stated that he felt he
was getting some relief for his Ambien and did not feel he needed to take his
Seroquel, it was d/c'd per his request.

(P) Will continue to monitor and educate.

/es/ GAIL TOUB LPN
DOMICILLARY
Signed: 11/30/2007 10:34

```
      LOCAL TITLE: RECREATION THERAPY
      STANDARD TITLE: RECREATIONAL THERAPY NOTE
      DATE OF NOTE: NOV 30, 2007@09:45     ENTRY DATE: NOV 30, 2007@09:45:13
          AUTHOR: ROGERS,MELANIE M      EXP COSIGNER:
          URGENCY:                         STATUS: COMPLETED
          SUBJECT: PHE-Leisure Education
```

Veteran attended the scheduled leisure education session yesterday.  The topic
was "Deocrating for the Holidays". The purpose was to make announcements of the
time and date of the Volunteer sponsored Holiday party, to discuss expectations
of the evening, encouarge veteran to get involved in their community veteran's
organizations after discharge, and to decorate the unit in holiday theme's.
Therapist made announcements as well as a brief lecture on the importance of
volunteering and resources available to begin to get involved in veteran's
orgainzations in their communities.  Also, therapist provided deocrations for
veteran to participate in decorating the unit.  Veteran seemed to understand the
purpose of the group session by asking relevant questions and assisting peers in
decorating the unit.  His participation shows progress toward treatment goals to
learn healthy coping and leisure skills (benefits, barriers, community
resources), develop interests and hobbies, and maintain/increase positive social
interactions with others. Therapist will continue to encourage participation.

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
| --- | --- |
| LASKOWSKI, STANLEY | |
| ███████████████████ | Printed at COATESVILLE VAMC |

# Progress Notes

/es/ MELANIE M ROGERS, BS, CTRS
RECREATION THERAPIST
Signed: 11/30/2007 09:45

---

LOCAL TITLE: PSYCHOLOGY
STANDARD TITLE: PSYCHOLOGY NOTE
DATE OF NOTE: NOV 29, 2007@10:00        ENTRY DATE: DEC 03, 2007@16:27:23
    AUTHOR: WILLIS,AMY C              EXP COSIGNER:
    URGENCY:                                    STATUS: COMPLETED
    SUBJECT: PHE PTSD

Veteran attended a one hour patient health education class 11/29/07 on ward 8B
PTSD Program taught by the undersigned, Amy Willis, PhD. The focus of the
lecture was "Avoiding Re-traumatization"; what it is and how to avoid doing it
to oneself. Specific strategies to manage information, identify and control
emotions, and to make and follow realistic plans for safety and for self-care,
and well as care for one's family, were reviewed. If substance abuse is or has
been a problem, strategies to avoid a relapse were suggested. Adequate time was
allowed for questions and answers and the general level of discussion indicated
an overall good level of comprehension.

/es/ AMY C. WILLIS, PHD
STAFF PSYCHOLOGIST
Signed: 12/03/2007 16:27

---

LOCAL TITLE: PSYCHOLOGY
STANDARD TITLE: PSYCHOLOGY NOTE
DATE OF NOTE: NOV 29, 2007@17:28        ENTRY DATE: NOV 29, 2007@17:28:50
    AUTHOR: WILLIS,AMY C              EXP COSIGNER:
    URGENCY:                                    STATUS: COMPLETED
    SUBJECT: PHE PTSD

Veteran attended the weekly one hour Relapse Prevention Group on 11/27/07 on the
8B PTSD Program. Veterans have been referred to this group by their primary
therapist due to past or current struggles with alcohol, illegal, or
prescription drugs. Goals of this group are to 1) Help veterans maintain
abstinence during hospitalization and 2) Increase motivation and knowledge about
continuing to develop an alcohol and drug-free lifestyle after discharge.

The focus of the group discussion was identifying and developing a realistic
picture of the near future, and functioning in it without using drugs or
alcohol. Various activities that group members identified as either returning to
or finally doing including starting to coach basketball with a youth league,
keeping an apartment and paying the bills on time, closer relationships with
family, finally getting a "real" 12 Step sponsor and working the Steps.

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

LASKOWSKI, STANLEY

**VISTA Electronic Medical Documentation**

Printed at COATESVILLE VAMC

# Progress Notes

Most group members contributed to the discussion and all had the opportunity to ask questions.

/es/ AMY C. WILLIS, PHD
STAFF PSYCHOLOGIST
Signed: 11/29/2007 17:32

---

  LOCAL TITLE: RECREATION THERAPY
STANDARD TITLE: RECREATIONAL THERAPY NOTE
DATE OF NOTE: NOV 29, 2007@09:26      ENTRY DATE: NOV 29, 2007@09:26:40
     AUTHOR: ROGERS,MELANIE M      EXP COSIGNER:
     URGENCY:                            STATUS: COMPLETED
     SUBJECT: PHE

Veteran attended physical fitness class last evening. The purpose of the class is to encourage socialization, oppurtunity for light exercise to decrease anxiety and depression and promote a more healthy lifestyle. Class goals and expectations were identified, which veteran seemed to acknowledge and understand. Veteran eas encouraged to participate during class time by either stretching, light weight-lifting, light cardio workout, assisting others in gym area, or socializing with others.  He participated by socializing with others and went for a walk with another veteran.  All questions were answered and no problems noted. His participation shows progress toward treatment goals to learn healthy coping and leisure skills (benefits, barriers,community resources), develop interests and hobbies, and maintain/increase positive social interactions with others. Therapist will continue to encourage participation to aid in decreasing PTSD symptoms.

/es/ MELANIE M ROGERS, BS, CTRS
RECREATION THERAPIST
Signed: 11/29/2007 09:27

---

  LOCAL TITLE: PSYCHOLOGY
STANDARD TITLE: PSYCHOLOGY NOTE
DATE OF NOTE: NOV 27, 2007@18:13      ENTRY DATE: NOV 27, 2007@18:13:48
     AUTHOR: WILLIS,AMY C      EXP COSIGNER:
     URGENCY:                            STATUS: COMPLETED

General physician appt with Dr. Lucas on December 20, 2007 at 1:30 pm at the Wilkes Barre VAMC.

Also, veteran's attorney will be visitng Monday 12/3/07 most probably in the afternoon.

/es/ AMY C. WILLIS, PHD
STAFF PSYCHOLOGIST

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| LASKOWSKI, STANLEY | |
| ██████████████████ | Printed at COATESVILLE VAMC |

# Progress Notes

```
Signed: 11/27/2007 18:15

Receipt Acknowledged By:
12/04/2007 16:02        /es/ ROBERT L WHITNEY, PHD
                        Staff Psychologist
```

```
  LOCAL TITLE: PSYCHOLOGY
STANDARD TITLE: PSYCHOLOGY NOTE
DATE OF NOTE: NOV 27, 2007@17:30      ENTRY DATE: NOV 27, 2007@17:30:23
      AUTHOR: WILLIS,AMY C           EXP COSIGNER:
     URGENCY:                            STATUS: COMPLETED

  Tobacco Use Screen FY07:
      Current tobacco user
          Comment: has been educated, no interest in quitting
              Smokes cigarettes

/es/ AMY C. WILLIS, PHD
STAFF PSYCHOLOGIST
Signed: 11/27/2007 17:31
```

```
  LOCAL TITLE: PSYCHOLOGY
STANDARD TITLE: PSYCHOLOGY NOTE
DATE OF NOTE: NOV 27, 2007@13:50      ENTRY DATE: NOV 27, 2007@17:27:58
      AUTHOR: WILLIS,AMY C           EXP COSIGNER:
     URGENCY:                            STATUS: COMPLETED

Met with veteran this afternoon as his primary therapist is on vacation. We
reviewed outpatient appointments. We could not get through o the Wilkes Barre
VAMC so veteran will try on his own this afternoon. Also, at his request he will
be discharged one day early, December 4, 2007 in order to attend several C&P
exams starting the next morning at 7:45 am at a different VAMC.

/es/ AMY C. WILLIS, PHD
STAFF PSYCHOLOGIST
Signed: 11/27/2007 17:29

Receipt Acknowledged By:
12/04/2007 16:02        /es/ ROBERT L WHITNEY, PHD
                        Staff Psychologist
```

```
  LOCAL TITLE: TREATMENT PLAN UPDATE (PTSD)
STANDARD TITLE: TREATMENT PLAN NOTE
DATE OF NOTE: NOV 27, 2007@11:34      ENTRY DATE: NOV 27, 2007@11:34:57
      AUTHOR: WILLIS,AMY C           EXP COSIGNER: OBRIEN,CHRISTINE M
```

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| LASKOWSKI, STANLEY <br> ███████████████ | Printed at COATESVILLE VAMC |

# Progress Notes

```
              URGENCY:                        STATUS: COMPLETED
              SUBJECT: PHE PTSD

              60 DAY TREATMENT PLAN REVIEW - 8B PTSD PROGRAM UPDATE
```

STAFF PRESENT: S. Silver, PhD; S. Rogers, PhD; A. Willis, PhD; D. Beauvais, PsyD; T. Ennis, MS; P. Sands, PA-C; J. Goss, RN; G. Toub, LPN; M. Rogers, CTRS; H. O'Lone, MA

PRIMARY THERAPIST: Robert Whitney, PhD

This note is prepared by the undersigned, Amy Willis, PhD in the absence of the veterans' primary therapist.

The 8B PTSD program treatment team met with Mr. Laskowski, and together reviewed progress on the problems and objectives. He participated in this discussion and was in agreement with this plan. Problems were brought forward into this update from the previous plan and updated.

PHE - No educational barriers to full participation have been identified since the initial assessment or the 30 Day Treatment Plan Review.

PTSD was rated by the primary therapist for level of severity  using a 10 point scale, where 10 represents the highest level of severity.

PSYCHOLOGICAL PROBLEMS_____

           *PROBLEM/NEED: Posttraumatic Stress Disorder        SEVERITY: 8
                                                                  on admisison
              GOAL: Significant decrease in level of PTSD severity
OBJECTIVE/TIME FRAME: Severity of PTSD maintained at a "4"; or determination
that level of severity no longer justifies inpatient, programmatic treatment
until discharge 12/4/07

| INTERVENTION(S) | FREQUENCY | STAFF |
|---|---|---|
| Individual Therapy | Weekly | Primary therapist |
| Group Psychotherapy | x3/ Week | Primary therapist |
| Psych Education Groups | Scheduled | Assigned Staff |
| Encourage involvement<br> in community activities | Daily | Nursing Staff/HT |
| Leisure Educ Group | Weekly | Recreation Therapist |
| Recreational Events | As available | Recreation Therapist |
| Relaxation Group | Weekly | Nursing |
| Psychotropic Meds | Daily, PRN | Psychiatrist, RN |
| Effexor, Seroquel, Remeron | | |

Update: Posttraumatic Stress Disorder severity decreased to 4/10. Revised

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

LASKOWSKI, STANLEY

**VISTA Electronic Medical Documentation**

Printed at COATESVILLE VAMC

# Progress Notes

Printed On May 06, 2010

objective as above.

PROBLEM/NEED: Nightmares of trauma 5 per week
on admission
GOAL: Cessation of trauma nightmares
OBJECTIVE/TIME FRAME: Nightmares maintained at once weekly until discharge

| INTERVENTION(S) | FREQUENCY | STAFF |
|---|---|---|
| Individual Therapy | Weekly | Primary therapist |
| Group Psychotherapy | X3/ Week | Primary therapist |
| Intrusion Ed. Groups | Scheduled | Assigned Staff |
| Monitor nightmares & encourage journaling | Daily | Nursing Staff/HT |

Update: Nightmares of trauma reduced to an average of once a week, revised
objective as above.

PROBLEM/NEED: Emotional & social estrangement
GOAL: Fully involved with social relationships
OBJECTIVE/TIME FRAME: Continues to shares feelings and spends time with other
veterans daily
until discharge

| INTERVENTION(S) | FREQUENCY | STAFF |
|---|---|---|
| Individual Therapy | Weekly | Primary therapist |
| Group Psychotherapy | x3/ Week | Primary therapist |
| Counseling on Family Issues | Once, PRN | Primary therapist |

Update: Objective being met, continue until discharge

PROBLEM/NEED: Avoidance of thoughts, feelings about the trauma
GOAL: No avoidance of trauma issues
OBJECTIVE/TIME FRAME: Discusses thoughts and feelings about the trauma
weekly in therapy until discharge

| INTERVENTION(S) | FREQUENCY | STAFF |
|---|---|---|
| Individual Therapy | Weekly | Primary therapist |
| Group Psychotherapy | x3/ Week | Primary therapist |
| Psych Education Groups | Scheduled | Assigned Staff |
| Art Therapy | Weekly | Art Therapist |

Update: he is meeting the objective, continue until discharge.

PROBLEM/NEED: Outbursts of anger 3 per week on admission

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

LASKOWSKI, STANLEY

**VISTA Electronic Medical Documentation**

Printed at COATESVILLE VAMC

# Progress Notes

GOAL: No outbursts of anger
OBJECTIVE/TIME FRAME: No uncontrolled outbursts of anger until discharge

| INTERVENTION(S) | FREQUENCY | STAFF |
|---|---|---|
| Individual Therapy | Weekly | Primary therapist |
| Group Psychotherapy | x3/ Week | Primary therapist |
| Anger Ed. Groups | Scheduled | Assigned Staff |
| Relaxation Group | Weekly | Nursing |

Update: no outbursts of anger observed or reported by the veteran, continue with objective.

---

PROBLEM/NEED: Problems falling asleep
GOAL: Patient satisfied with sleep
OBJECTIVE/TIME FRAME: Sleeps 6 hours nightly by discharge

| INTERVENTION(S) | FREQUENCY | STAFF |
|---|---|---|
| Individual Therapy | Weekly | Primary therapist |
| Sleep Ed. Groups | Scheduled | Assigned Staff |
| Relaxation Group | Weekly | Nursing |
| Monitor; Sleep Tips | Daily | Nursing Staff/HT |
| handout; encourage use of relaxation tapes | | |
| Psychotropic Meds | Daily, PRN | Psychiatrist, RN |
| Remeron | | |

Update: Sleep still troubled, continue with objective until discharge

---

PROBLEM/NEED: Depressed mood                              SEVERITY: 4
                                                         on admisison
Rated by therapist for severity using a 10 point scale, where 10 represents
the highest level of severity.
GOAL: No depressed mood
OBJECTIVE/TIME FRAME: Depressed mood maintained at a 3 until discharge

| INTERVENTION(S) | FREQUENCY | STAFF |
|---|---|---|
| Individual Therapy | Weekly | Primary therapist |
| Group Psychotherapy | x3/ Week | Primary therapist |
| Depression Ed. Groups | Scheduled | Assigned Staff |
| Leisure Educ Group | Weekly | Recreation Therapist |
| Recreational Events | As available | Recreation Therapist |
| Psychotropic Meds | Daily, PRN | Psychiatrist, RN |
| Effexor XR | | |

Update: Depressed mood decreased to 3/10 but not reduced to a rating of 2.
Revised objective as above.

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| LASKOWSKI, STANLEY ███████████████ | Printed at COATESVILLE VAMC |

# Progress Notes

Printed On May 06, 2010

```
         PROBLEM/NEED: Opioid Dependence, Vicodin
                 GOAL: Sustained sobriety
OBJECTIVE/TIME FRAME: Abstinence throughout entire stay

INTERVENTION(S)          FREQUENCY     STAFF
Individual Therapy       Weekly        Primary therapist
Group Psychotherapy      x3/ Week      Primary therapist
Substance Abuse Class    Scheduled     Assigned Staff
Substance Abuse Group    Weekly        Dr. Willis
Transition Group         Twice         RN
NA Group                 Weekly        Health Technician
Random Drug Urine        PRN           Nursing Staff
Leisure Educ Group       Weekly        Recreation Therapist
```

Update: Opioid Dependence- he continues to be abstinent as verified by random urine screens, he attends the weekly Relapse Prevention group and the weekly Relapse Prevention class, with good insight and very good motivation to continue developing a substance-free lifestyle.

UNADDRESSED NEEDS, JUSTIFICATION:  He has been repeatedly educated about the benefits of smoking cessation. However, he reports no progress or any real interest in cutting down or quitting.

MEDICAL PROBLEMS_____

PA-C notes the following updates-

```
            PROBLEM: Osteoarthritis/Osteoarthrosis
               GOAL: Preserve ability to perform ADL's
OBJECTIVE/TIME FRAME: Decreased symptoms by discharge

INTERVENTION(S)              FREQUENCY     STAFF
     Education               once          Pa/Rn
     PM&R consult for physical therapy/heated pool
     Orthopedic consult if warranted
     Continuation/institution of medication(s)

     Naproxen 500mg PO BID PRN
     Ultram 50mg PO TID PRN
```

UNADDRESSED NEEDS, JUSTIFICATION: None

DISCHARGE PLANS_____

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

LASKOWSKI, STANLEY

**VISTA Electronic Medical Documentation**

Printed at COATESVILLE VAMC

# Progress Notes

Discharge plans are to return to his home in Dunmore, Pa.
Follow-up treatment for PTSD is to be determined.
Follow-up treatment for medical problems: Resume at Wilkes-Barre VAMC


/es/ AMY C. WILLIS, PHD
STAFF PSYCHOLOGIST
Signed: 11/27/2007 17:27

/es/ CHRISTINE MORRIS O'BRIEN, MD
Psychiatrist
Cosigned: 11/28/2007 09:02

Receipt Acknowledged By:
12/04/2007 15:49        /es/ ROBERT L WHITNEY, PHD
                         Staff Psychologist

---

 LOCAL TITLE: NUTRITION NOTE
STANDARD TITLE: NUTRITION DIETETICS NOTE
DATE OF NOTE: NOV 27, 2007@10:37:11  ENTRY DATE: NOV 27, 2007@10:37:11
     AUTHOR: SARMENTO,LAURA       EXP COSIGNER:
     URGENCY:                      STATUS: COMPLETED
     SUBJECT: phe-nutrition education

Vet received verbal education in a group setting.
Topic: My pyramid
Vet seemed interested in material presented.  Actively participated in group
discussion.  Verbalized correct answers.
Time was given after class to adjust vet's current diet, educate and update
preferences.
P: Encourage diet compliance and Heart Healthy Eating.
   Follow up with weekly nutrition class.

/es/ LAURA SARMENTO, R.D.
CLINICAL DIETITIAN
Signed: 11/27/2007 10:37

---

 LOCAL TITLE: TREATMENT PLAN MEDICAL PROBLEMS (T-MH)
STANDARD TITLE: MENTAL HEALTH PHYSICIAN E & M NOTE
DATE OF NOTE: NOV 27, 2007@09:38   ENTRY DATE: NOV 27, 2007@09:38:49
     AUTHOR: SANDS,PETER A        EXP COSIGNER:
     URGENCY:                      STATUS: COMPLETED

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| LASKOWSKI, STANLEY<br><br>████████████ | Printed at COATESVILLE VAMC |

# Progress Notes

Treatment Plan Medical Problems

```
        PROBLEM: Osteoarthritis/Osteoarthrosis
           GOAL: Preserve ability to perform ADL's
OBJECTIVE/TIME FRAME: Decreased symptoms by 30 day treatment
                      plan review.

INTERVENTION(S)              FREQUENCY      STAFF
     Education                 once      Pa/Rn
     PM&R consult for physical therapy/heated pool
     Orthopedic consult if warranted
     Continuation/institution of medication(s)

     Naproxen 500mg PO BID PRN
     Ultram 50mg PO TID PRN

Update:
```

UNADDRESSED NEEDS, JUSTIFICATION: None

```
/es/ PETER A SANDS PA-C
PHYSICIAN ASSISTANT-PATIENT CARE
Signed: 11/27/2007 09:39
```

```
  LOCAL TITLE: HEALTH TECHNICIAN
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: NOV 25, 2007@15:25    ENTRY DATE: NOV 25, 2007@15:25:38
      AUTHOR: RAY,MARYANN           EXP COSIGNER:
     URGENCY:                          STATUS: COMPLETED
     SUBJECT: Returned note
```

Vet returned from AA BAL- drug urine obt by undersigned.

```
/es/ MARYANN RAY,HT
HEALTH TECHNICIAN
Signed: 11/25/2007 15:26
```

  LOCAL TITLE: HEALTH TECHNICIAN

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

LASKOWSKI, STANLEY

**VISTA Electronic Medical Documentation**

Printed at COATESVILLE VAMC

**0031**

# Progress Notes

```
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: NOV 24, 2007@13:02      ENTRY DATE: NOV 24, 2007@13:02:18
     AUTHOR: RAY,MARYANN         EXP COSIGNER:
     URGENCY:                          STATUS: COMPLETED
     SUBJECT: Authorized Absence
```

Vet left on AA due to return 11-25-07 at 9:00pm.

```
/es/ MARYANN RAY,HT
HEALTH TECHNICIAN
Signed: 11/24/2007 13:03
```

```
 LOCAL TITLE: HEALTH TECHNICIAN
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: NOV 23, 2007@23:46      ENTRY DATE: NOV 23, 2007@23:46:26
     AUTHOR: RAWLS,JAMES         EXP COSIGNER:
     URGENCY:                          STATUS: COMPLETED
     SUBJECT: Returned from Day Pass
```

Vet returned from day pass. Bal was neg, urine was obtained by undersigned.

```
/es/ JAMES T. RAWLS, HT

Signed: 11/23/2007 23:47
```

```
 LOCAL TITLE: PSYCHOTHERAPY (PTSD)
STANDARD TITLE: PSYCHOLOGY E & M NOTE
DATE OF NOTE: NOV 23, 2007@15:10      ENTRY DATE: NOV 23, 2007@15:10:54
     AUTHOR: WHITNEY,ROBERT L     EXP COSIGNER:
     URGENCY:                          STATUS: COMPLETED
```

Posttraumatic Stress Disorder severity reduced to 4/10. Nightmares of trauma decreased to weekly. He is socializing with other vets daily, sharing feelings and thoughts constructively with his wife. Continues to work on trauma events in therapy- not avoiding. No outbursts of anger. Depressed mood still 3/10. For opioid dependence, remains abstinent, attends substance abuse groups/NA. Sttends all individual and group therapy sessions, and all psychoeducational classes.

```
/es/ ROBERT L WHITNEY, PHD
Staff Psychologist
Signed: 11/23/2007 15:11
```

```
 LOCAL TITLE: HEALTH TECHNICIAN
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: NOV 23, 2007@07:23:23  ENTRY DATE: NOV 23, 2007@07:23:23
```

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| LASKOWSKI, STANLEY | |
| ███████████████████ | Printed at COATESVILLE VAMC |

# Progress Notes

Printed On May 06, 2010

```
        AUTHOR: ALLEN,JOYCE E        EXP COSIGNER:
     URGENCY:                          STATUS: COMPLETED
     SUBJECT: Day Pass
```

Veteran left on a Day Pass at 0700.

/es/ JOYCE E. ALLEN,HT
HEALTH TECH
Signed: 11/23/2007 07:24

```
   LOCAL TITLE: HEALTH TECHNICIAN
  STANDARD TITLE: MENTAL HEALTH NOTE
  DATE OF NOTE: NOV 22, 2007@22:46    ENTRY DATE: NOV 22, 2007@22:46:08
        AUTHOR: RAWLS,JAMES           EXP COSIGNER:
     URGENCY:                           STATUS: COMPLETED
     SUBJECT: Returned from Day Pass
```

Vet returned from day pass. Bal was neg, urine was obtained by undersigned.

/es/ JAMES T. RAWLS, HT

Signed: 11/22/2007 22:47

```
   LOCAL TITLE: HEALTH TECHNICIAN
  STANDARD TITLE: MENTAL HEALTH NOTE
  DATE OF NOTE: NOV 22, 2007@14:31    ENTRY DATE: NOV 22, 2007@14:31:48
        AUTHOR: RAY,MARYANN           EXP COSIGNER:
     URGENCY:                           STATUS: COMPLETED
     SUBJECT: Day pass
```

Vet left on a day pass due to return this evening.

/es/ MARYANN RAY,HT
HEALTH TECHNICIAN
Signed: 11/22/2007 14:32

```
   LOCAL TITLE: HEALTH TECHNICIAN
  STANDARD TITLE: MENTAL HEALTH NOTE
  DATE OF NOTE: NOV 21, 2007@23:24    ENTRY DATE: NOV 21, 2007@23:24:15
        AUTHOR: HARRIS,BETTY LOU      EXP COSIGNER:
     URGENCY:                           STATUS: COMPLETED
```

Vet. went on day pass and returned. Bal. neg. UA obtained by undersigned.

/es/ BETTY L. HARRIS NA.

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation**

LASKOWSKI, STANLEY

Printed at COATESVILLE VAMC

# Progress Notes

Signed: 11/21/2007 23:25

LOCAL TITLE: PSYCHOLOGY
STANDARD TITLE: PSYCHOLOGY NOTE
DATE OF NOTE: NOV 21, 2007@16:50      ENTRY DATE: NOV 21, 2007@16:50:57
        AUTHOR: WILLIS,AMY C          EXP COSIGNER:
        URGENCY:                          STATUS: COMPLETED
        SUBJECT: PHE PTSD

Veteran attended the weekly one hour Relapse Prevention Group on 11/20/07 on the
8B PTSD Program. Veterans have been referred to this group by their primary
therapist due to past or current struggles with alcohol, illegal, or
prescription drugs. Goals of this group are to 1) Help veterans maintain
abstinence during hospitalization and 2) Increase motivation and knowledge about
continuing to develop an alcohol and drug-free lifestyle after discharge.

The focus of the group discussion was anticipating likely awkward questions
about treatment over the Thanksgiving Holiday, and generating a variety of
statements to deal with the questions and move the conversation forward. Few of
the veterans had prepared statements in advance of a social situation before.

Most group members contributed to the discussion and all had the opportunity to
ask questions.

/es/ AMY C. WILLIS, PHD
STAFF PSYCHOLOGIST
Signed: 11/21/2007 16:51

LOCAL TITLE: NUTRITION NOTE
STANDARD TITLE: NUTRITION DIETETICS NOTE
DATE OF NOTE: NOV 20, 2007@10:30:44  ENTRY DATE: NOV 20, 2007@10:30:44
        AUTHOR: SARMENTO,LAURA       EXP COSIGNER:
        URGENCY:                          STATUS: COMPLETED
        SUBJECT: PHE - NUTRITION EDUCATION

Vet received verbal education in a group setting.
Topic: Holiday eating.
Vet seemed interested in material presented.  Actively participated in group
discussion.  Verbalized correct answers.
Time was given after class to adjust vet's current diet, educate and update
preferences.
P: Encourage diet compliance and Heart Healthy Eating.
   Follow up with weekly nutrition class.

/es/ LAURA SARMENTO, R.D.

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

LASKOWSKI, STANLEY

**VISTA Electronic Medical Documentation**

Printed at COATESVILLE VAMC

# Progress Notes

Printed On May 06, 2010

```
CLINICAL DIETITIAN
Signed: 11/20/2007 10:30
```

```
LOCAL TITLE: HEALTH TECHNICIAN
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: NOV 18, 2007@13:30:30   ENTRY DATE: NOV 18, 2007@13:30:30
     AUTHOR: RUDOLPH,ROBIN M       EXP COSIGNER:
     URGENCY:                             STATUS: COMPLETED
```

Veteran returned from AA bal was negative urine specimen
collected for a drug screen test.

/es/ ROBIN M. RUDOLPH, NA

Signed: 11/18/2007 13:33

```
LOCAL TITLE: HEALTH TECHNICIAN
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: NOV 17, 2007@07:19     ENTRY DATE: NOV 17, 2007@07:19:52
     AUTHOR: HAMILTON,FRANKLIN W   EXP COSIGNER:
     URGENCY:                             STATUS: COMPLETED
```

Veteran signed out on aa.

/es/ FRANKLIN W. HAMILTON JR., NA

Signed: 11/17/2007 07:20

```
LOCAL TITLE: PSYCHOLOGY
STANDARD TITLE: PSYCHOLOGY NOTE
DATE OF NOTE: NOV 16, 2007@10:00     ENTRY DATE: NOV 23, 2007@17:14:37
     AUTHOR: WILLIS,AMY C           EXP COSIGNER:
     URGENCY:                             STATUS: COMPLETED
     SUBJECT: PHE PTSD
```

Veteran attended the weekly one hour Relapse Prevention class 11/16/07 on ward
8B PTSD Program taught by the undersigned, Amy Willis, PhD. The focus of the
class was positive coping over the Thanksgiving holidays, without drinking or
using illegal drugs. Setting realistic goals, reminding the class of the
importance of evaluating "people, places and things", having an exit strategy,
and putting the focus on helping others enjoy the holiday were all elaborated
upon at length.

The ward policy prohibiting any use of alcohol, illegal drugs, or misuse
of prescription medication, including the prohibition on use of VA medication

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

LASKOWSKI, STANLEY

**VISTA Electronic Medical Documentation**

Printed at COATESVILLE VAMC

# Progress Notes

prescribed by staff not affiliated with the 8B PTSD program while a patient in
the PTSD program, was reviewed.

Adequate time was allowed for questions and answers and the general level of
discussion indicated an overall good level of comprehension.

/es/ AMY C. WILLIS, PHD
STAFF PSYCHOLOGIST
Signed: 11/23/2007 17:14

---

LOCAL TITLE: HEALTH TECHNICIAN
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: NOV 16, 2007@21:42     ENTRY DATE: NOV 16, 2007@21:42:29
    AUTHOR: RAWLS,JAMES          EXP COSIGNER:
    URGENCY:                          STATUS: COMPLETED
    SUBJECT: Returned from Day Pass

Vet left on day pass. Returned bal was neg, urine was obtained by undersigned.

/es/ JAMES T. RAWLS, HT

Signed: 11/16/2007 21:44

---

LOCAL TITLE: KT DISCHARGE NOTE
STANDARD TITLE: KINESIOTHERAPY DISCHARGE NOTE
DATE OF NOTE: NOV 16, 2007@07:54:51 ENTRY DATE: NOV 16, 2007@07:54:51
    AUTHOR: FOSTER,JOHN C        EXP COSIGNER:
    URGENCY:                          STATUS: COMPLETED
    SUBJECT: PHE

PM&RS Treatment Area:KT58POOL

Long Term Care (NHCU/Intermediate Medicine Patient):
    Restorative:
    Maintenance:
        # Days/Week:
        # Hrs./Wk.:

PROBLEM/NEED:HIP PAIN

TREATMENT OBJECTIVE:INCREASE STR,END,AND FLEX.
                   DECREASE PAIN
TREATMENT PLAN:GROUP THERAPUTIC PROCEDURES  3X'S WK.30MIN/DAY.

EVALUATION/PROGRESS (Include progress towards readiness for discharge
from Med. Ctr.):PT HAS BEEN DISCONTINUED FROM KT 58 POOL DUE TO LACK OF

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

LASKOWSKI, STANLEY

**VISTA Electronic Medical Documentation**

Printed at COATESVILLE VAMC

# Progress Notes

Printed On May 06, 2010

ATTENDANCE.PT WAS ASSIGNED ON 10/16..NO SHOW.

DISCONTINUED 11/16/07.

/es/ JOHN C. FOSTER KT
KINESIOTHERAPIST
Signed: 11/16/2007 07:55

---

LOCAL TITLE: RECREATION THERAPY
STANDARD TITLE: RECREATIONAL THERAPY NOTE
DATE OF NOTE: NOV 15, 2007@15:32     ENTRY DATE: NOV 15, 2007@15:32:25
    AUTHOR: ROGERS,MELANIE M     EXP COSIGNER:
    URGENCY:                          STATUS: COMPLETED
    SUBJECT: PHE-Leisure Education

Therapist instructed Mr.Laskowski to participate in a hobby of his choice at the
gameroom or go to the library during the scheduled leisure education session
this afternoon.  The purpose of this request is to further develop a
hobby/interest, socialize with others, and practice structuring free time.
Therapist encouraged veteran to participate in an activity inside the gameroom
for class duration.  Veteran was receptive of request.  Therapist answered all
questions.  His participation shows progress toward treatment goals to learn
healthy coping and leisure skills (benefits, barriers, community resources),
develop interests and hobbies, and maintain/increase positive social
interactions with others. Therapist will continue to encourage participation.

/es/ MELANIE M ROGERS, BS, CTRS
RECREATION THERAPIST
Signed: 11/15/2007 15:32

---

LOCAL TITLE: PSYCHOLOGY
STANDARD TITLE: PSYCHOLOGY NOTE
DATE OF NOTE: NOV 13, 2007@17:21     ENTRY DATE: NOV 13, 2007@17:21:17
    AUTHOR: WILLIS,AMY C            EXP COSIGNER:
    URGENCY:                          STATUS: COMPLETED
    SUBJECT: PHE PTSD

Veteran attended the weekly one hour Relapse Prevention Group on 11/13/07 on the
8B PTSD Program. Veterans have been referred to this group by their primary
therapist due to past or current struggles with alcohol, illegal, or
prescription drugs. Goals of this group are to 1) Help veterans maintain
abstinence during hospitalization and 2) Increase motivation and knowledge about
continuing to develop an alcohol and drug-free lifestyle after discharge.

The focus of the group discussion was not letting other people's suspicions that
the veteran is still using alcohol or drugs to hinder the veteran from focusing

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

LASKOWSKI, STANLEY

**VISTA Electronic Medical Documentation**

Printed at COATESVILLE VAMC

# Progress Notes

on continuing to develop an ongoing substance-free lifestyle. Realistic
expectations of the need to establish significant sobriety before expecting
others to begin to trust the veteran again were discussed.

Most group members contributed to the discussion and all had the opportunity to
ask questions.

/es/ AMY C. WILLIS, PHD
STAFF PSYCHOLOGIST
Signed: 11/13/2007 17:21

```
  LOCAL TITLE: NUTRITION NOTE
STANDARD TITLE: NUTRITION DIETETICS NOTE
DATE OF NOTE: NOV 13, 2007@14:52:44   ENTRY DATE: NOV 13, 2007@14:52:44
      AUTHOR: SARMENTO,LAURA       EXP COSIGNER:
     URGENCY:                        STATUS: COMPLETED
     SUBJECT: PHE - NUTRITION EDUCATION
```

Vet received verbal education in a group setting.
Topic: Calcium.
Vet seemed interested in material presented.  Actively participated in group
discussion.  Verbalized correct answers.
Time was given after class to adjust vet's current diet, educate and update
preferences.
P: Encourage diet compliance and Heart Healthy Eating.
   Follow up with weekly nutrition class.

/es/ LAURA SARMENTO, R.D.
CLINICAL DIETITIAN
Signed: 11/13/2007 14:52

```
  LOCAL TITLE: HEALTH TECHNICIAN
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: NOV 12, 2007@15:07:34   ENTRY DATE: NOV 12, 2007@15:07:34
      AUTHOR: RUDOLPH,ROBIN M       EXP COSIGNER:
     URGENCY:                        STATUS: COMPLETED
```

Veteran returned from pass bal was negative urine specimen
obtained for a drug screen test.

/es/ ROBIN M. RUDOLPH, NA

Signed: 11/12/2007 15:08

```
  LOCAL TITLE: HEALTH TECHNICIAN
```

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

LASKOWSKI, STANLEY

**VISTA Electronic Medical Documentation**

Printed at COATESVILLE VAMC

# Progress Notes

Printed On May 06, 2010

STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: NOV 10, 2007@12:24     ENTRY DATE: NOV 10, 2007@12:24:38
      AUTHOR: RAY,MARYANN          EXP COSIGNER:
      URGENCY:                      STATUS: COMPLETED
      SUBJECT: Authorized Absence

Vet left on AA due to return 11-12-07 at 9:00pm.

/es/ MARYANN RAY,HT
HEALTH TECHNICIAN
Signed: 11/10/2007 12:25

LOCAL TITLE: PSYCHOLOGY
STANDARD TITLE: PSYCHOLOGY NOTE
DATE OF NOTE: NOV 09, 2007@10:00     ENTRY DATE: NOV 21, 2007@17:30:41
      AUTHOR: WILLIS,AMY C          EXP COSIGNER:
      URGENCY:                      STATUS: COMPLETED
      SUBJECT: PHE PTSD

Veteran attended the weekly one hour Relapse Prevention class 11/9/07 on ward
8B PTSD Program taught by the undersigned, Amy Willis, PhD. The focus of the
class was challenging unrealistic expectations of others, and developing
realistic expectations based on understanding that everyone has strengths and
weaknesses, good days and bad days, and that most people are very scheduled and
have their own agendas. This perspective is explained to help moderate powerful
negative emotions that contribute to a relapse.

The ward policy prohibiting any use of alcohol, illegal drugs, or misuse
of prescription medication, including the prohibition on use of VA medication
prescribed by staff not affiliated with the 8B PTSD program while a patient in
the PTSD program, was reviewed.

Adequate time was allowed for questions and answers and the general level of
discussion indicated an overall good level of comprehension.

/es/ AMY C. WILLIS, PHD
STAFF PSYCHOLOGIST
Signed: 11/21/2007 17:30

LOCAL TITLE: PSYCHOTHERAPY (PTSD)
STANDARD TITLE: PSYCHOLOGY E & M NOTE
DATE OF NOTE: NOV 09, 2007@14:45     ENTRY DATE: NOV 09, 2007@14:45:09
      AUTHOR: WHITNEY,ROBERT L      EXP COSIGNER:
      URGENCY:                      STATUS: COMPLETED

Posttraumatic Stress Disorder severity decreased to 6/10. Nightmares of trauma

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

LASKOWSKI, STANLEY

VISTA Electronic Medical Documentation

Printed at COATESVILLE VAMC

# Progress Notes

variable as they are triggered by discussion of them. He Shares feelings and spends time with other vets daily. He discusses thoughts and feelings in detail about the trauma in therapy. No outbursts of anger. Depressed mood decreased to 3/10 but increases sometimes. For opioid dependence, he is abstinent, attends substance abuse groups/NA, and shows good insight. He attends all scheduled individual and group therapy sessions, and all psychoeducational classes.

/es/ ROBERT L WHITNEY, PHD
Staff Psychologist
Signed: 11/09/2007 14:45

 LOCAL TITLE: DOMICILIARY NOTE
STANDARD TITLE: DOMICILIARY NOTE
DATE OF NOTE: NOV 06, 2007@22:02      ENTRY DATE: NOV 06, 2007@22:02:31
     AUTHOR: ROBERTS,JOHN D      EXP COSIGNER:
     URGENCY:                          STATUS: COMPLETED
     SUBJECT: PHE

Vet was one of 17 members participating in Wellness Group today @ 2000 hours. Topic was on Prostate Cancer and Disorders with accompanying video. Hilights were Understanding The Diagnosis, Treatment and Management, What is PSA and the Gleason Score? Other points of discussion were new procedures of radiation and "seed implants". Vet was attentive and appeared to understand the content of the discussion and video by participating in the questions and answers at the conclusion of the presentation.

/es/ JOHN D ROBERTS LPN//
MENTAL HEALTH
Signed: 11/06/2007 22:02

 LOCAL TITLE: MEDICATION REVIEW
STANDARD TITLE: MENTAL HEALTH MEDICATION MGT NOTE
DATE OF NOTE: NOV 06, 2007@13:30      ENTRY DATE: NOV 06, 2007@13:30:05
     AUTHOR: TOUB,GAIL      EXP COSIGNER:
     URGENCY:                          STATUS: COMPLETED

 (O)  Stanley had his med count today. Self-med level 4. He continues on self-medication. Vet feels his medications are helpful. There have been no adverse reactions reported. Discussed usage, dosage, food/drug interactions as well as possible side effects and reorder procedures.

Current medications are:
Active Outpatient Medications (including Supplies):

     Active Outpatient Medications                     Status
========================================================================

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation

LASKOWSKI, STANLEY

Printed at COATESVILLE VAMC

# Progress Notes

Printed On May 06, 2010

| 1) | BENZOCAINE 6MG/MENTHOL 10MG LOZENGE DISSOLVE 1 LOZENGE IN MOUTH 6-TIMES-A-DAY AS NEEDED FOR SORE THROAT | ACTIVE |
|---|---|---|
| 2) | GUAIFENESIN DM SYRUP (ROBITUSSIN DM) TAKE 2 TEASPOONFULS BY MOUTH EVERY 6 HOURS AS NEEDED FOR COUGH | ACTIVE |
| 3) | LORATADINE 10MG TAB (CLARITIN) TAKE ONE TABLET BY MOUTH ONCE DAILY FOR ALLERGY SYMPTOMS | ACTIVE |
| 4) | MULTIPLE VITAMIN WITH MINERALS TAB TAKE ONE TABLET BY MOUTH ONCE DAILY | ACTIVE |
| 5) | NAPROXEN 500MG TAB (NAPROSYN) TAKE ONE TABLET BY MOUTH TWICE A DAY FOR PAIN - TAKE WITH FOOD | ACTIVE |
| 6) | OMEPRAZOLE 20MG CAP,EC (PRILOSEC) TAKE ONE CAPSULE BY MOUTH ONCE DAILY FOR ACID REFLUX - TAKE 30 MINUTES BEFORE EATING | ACTIVE |
| 7) | QUETIAPINE FUMARATE 100MG TAB (SEROQUEL) TAKE ONE-HALF TABLET BY MOUTH AT BEDTIME FOR NIGHTMARE SUPPRESSION | ACTIVE |
| 8) | TRAMADOL 50MG TAB (ULTRAM) TAKE ONE TABLET BY MOUTH THREE TIMES A DAY AS NEEDED FOR PAIN | ACTIVE |
| 9) | VENLAFAXINE XR 37.5MG CAP (EFFEXOR XR) TAKE THREE CAPSULES BY MOUTH ONCE DAILY WITH FOOD FOR DEPRESSION/ANXIETY | ACTIVE |
| 10) | ZOLPIDEM 10MG TAB (AMBIEN) TAKE ONE TABLET BY MOUTH AT BEDTIME AS NEEDED FOR SLEEP | ACTIVE |

Pain level 0.

(A) Compliant with self medication program. Stanley continues to follow the med program without incident. Friendly, cooperative. Good eye contact. Attends all program events.

(P) Will continue to monitor and educate.

/es/ GAIL TOUB LPN
DOMICILLARY
Signed: 11/06/2007 13:32

---

LOCAL TITLE: HEALTH TECHNICIAN
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: NOV 03, 2007@13:07:07   ENTRY DATE: NOV 03, 2007@13:07:07
      AUTHOR: RUDOLPH,ROBIN M      EXP COSIGNER:
      URGENCY:                     STATUS: COMPLETED

Veteran left on daypass due back to the unit by 9:00pm.

/es/ ROBIN M. RUDOLPH, NA

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation** |
|---|---|
| LASKOWSKI, STANLEY | |
| ███████████████ | Printed at COATESVILLE VAMC |

# Progress Notes

Signed: 11/03/2007 13:07

LOCAL TITLE: PSYCHOLOGY
STANDARD TITLE: PSYCHOLOGY NOTE
DATE OF NOTE: NOV 02, 2007@16:31      ENTRY DATE: NOV 02, 2007@16:31:26
      AUTHOR: WHITNEY,ROBERT L      EXP COSIGNER:
      URGENCY:                      STATUS: COMPLETED

Letter faxed to lawyer 10/31 with his status and progress in program as in
release of informaion. Hopes to get an overnight but that is up to the DA's
office. Good participation in therapy this week. Continue goals and
interventions.

/es/ ROBERT L WHITNEY, PHD
Staff Psychologist
Signed: 11/02/2007 16:33

LOCAL TITLE: TREATMENT PLAN UPDATE (PTSD)
STANDARD TITLE: TREATMENT PLAN NOTE
DATE OF NOTE: NOV 02, 2007@15:58      ENTRY DATE: NOV 02, 2007@15:58:45
      AUTHOR: WHITNEY,ROBERT L      EXP COSIGNER: OBRIEN,CHRISTINE M
      URGENCY:                      STATUS: COMPLETED

                        PTSD PROGRAM UPDATE

STAFF PRESENT: R. Whitney, PhD; S. Rogers, PhD; A. Willis, PhD; T. Ennis, MS; P.
Sands, PA-C; F McGuire, MSW; J. Goss, RN; N. Steenhusen, RN; G. Toub, LPN; M.
Rogers, CTRS

PRIMARY THERAPIST: R. Whitney, PhD

The treatment team met with the patient, and together reviewed progress on the
problems and objectives. The veteran participated in this discussion and was in
agreement with this plan. Problems were brought forward into this update from
the previous plan and updated.

PHE - No educational barriers to full participation have been identified since
the initial assessment

PTSD was rated by the primary therapist for level of severity  using a 10 point
scale, where 10 represents the highest level of severity.

      *PROBLEM/NEED: Posttraumatic Stress Disorder      SEVERITY: 8

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| LASKOWSKI, STANLEY | |
|  | Printed at COATESVILLE VAMC |

# Progress Notes

GOAL: Significant decrease in level of PTSD severity
OBJECTIVE/TIME FRAME: Severity of PTSD decreased to 6; or determination that level of severity no longer justifies inpatient, programmatic treatment by 11/8/07

| INTERVENTION(S) | FREQUENCY | STAFF |
|---|---|---|
| Individual Therapy | Weekly | Primary therapist |
| Group Psychotherapy | x3/ Week | Primary therapist |
| Psych Education Groups | Scheduled | Assigned Staff |
| Encourage involvement in community activities | Daily | Nursing Staff/HT |
| Leisure Educ Group | Weekly | Recreation Therapist |
| Recreational Events | As available | Recreation Therapist |
| Relaxation Group | Weekly | Nursing |
| Psychotropic Meds | Daily, PRN | Psychiatrist, RN |
| Effexor, Seroquel, Remeron | | |

Update: Posttraumatic Stress Disorder severity decreased to 6/10. New objective 4/10 by 11/30/07.

PROBLEM/NEED: Nightmares of trauma 5 per week
GOAL: Cessation of trauma nightmares
OBJECTIVE/TIME FRAME: Nightmares decreased to twice weekly by 11/8/07

| INTERVENTION(S) | FREQUENCY | STAFF |
|---|---|---|
| Individual Therapy | Weekly | Primary therapist |
| Group Psychotherapy | X3/ Week | Primary therapist |
| Intrusion Ed. Groups | Scheduled | Assigned Staff |
| Monitor nightmares & encourage journaling | Daily | Nursing Staff/HT |

Update: Nightmares of trauma variable as they are triggered by discussion of them. Same objective

PROBLEM/NEED: Emotional & social estrangement
GOAL: Fully involved with social relationships
OBJECTIVE/TIME FRAME: Shares feelings and spends time with other vets daily by 11/8/07

| INTERVENTION(S) | FREQUENCY | STAFF |
|---|---|---|
| Individual Therapy | Weekly | Primary therapist |
| Group Psychotherapy | x3/ Week | Primary therapist |
| Counseling on Family Issues | Once, PRN | Primary therapist |

Update: Objective being met

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

LASKOWSKI, STANLEY

**VISTA Electronic Medical Documentation**

Printed at COATESVILLE VAMC

# Progress Notes

PROBLEM/NEED: Avoidance of thoughts, feelings about the trauma
GOAL: No avoidance of trauma issues
OBJECTIVE/TIME FRAME: Discusses thoughts and feelings about the trauma
weekly in therapy by 11/8/07

| INTERVENTION(S) | FREQUENCY | STAFF |
|---|---|---|
| Individual Therapy | Weekly | Primary therapist |
| Group Psychotherapy | x3/ Week | Primary therapist |
| Psych Education Groups | Scheduled | Assigned Staff |
| Art Therapy | Weekly | Art Therapist |

Update: He discusses some thoughts and feelings about the trauma in therapy.
Being met

PROBLEM/NEED: Outbursts of anger 3 per week
GOAL: No outbursts of anger
OBJECTIVE/TIME FRAME: No uncontrolled outbursts of anger for a week by 11/8/07

| INTERVENTION(S) | FREQUENCY | STAFF |
|---|---|---|
| Individual Therapy | Weekly | Primary therapist |
| Group Psychotherapy | x3/ Week | Primary therapist |
| Anger Ed. Groups | Scheduled | Assigned Staff |
| Relaxation Group | Weekly | Nursing |

Update: Outbursts of anger not observed nor described, and shows very good
control.

PROBLEM/NEED: Problems falling asleep
GOAL: Patient satisfied with sleep
OBJECTIVE/TIME FRAME: Sleeps 6 hours nightly by 11/8/07

| INTERVENTION(S) | FREQUENCY | STAFF |
|---|---|---|
| Individual Therapy | Weekly | Primary therapist |
| Sleep Ed. Groups | Scheduled | Assigned Staff |
| Relaxation Group | Weekly | Nursing |
| Monitor; Sleep Tips | Daily | Nursing Staff/HT |
| handout; encourage use of relaxation tapes | | |
| Psychotropic Meds | Daily, PRN | Psychiatrist, RN |
| Remeron | | |

Update: Sleep still not 6h yet- nightmares. Continue objective to 11/30/07

PROBLEM/NEED: Depressed mood                    SEVERITY: 4
Rated by therapist for severity using a 10 point scale, where 10 represents
the highest level of severity.
GOAL: No depressed mood

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

LASKOWSKI, STANLEY

████████████████████████

**VISTA Electronic Medical Documentation**

Printed at COATESVILLE VAMC

# Progress Notes

OBJECTIVE/TIME FRAME: Depressed mood decreased to 2 by 11/8/07

| INTERVENTION(S) | FREQUENCY | STAFF |
|---|---|---|
| Individual Therapy | Weekly | Primary therapist |
| Group Psychotherapy | x3/ Week | Primary therapist |
| Depression Ed. Groups | Scheduled | Assigned Staff |
| Leisure Educ Group | Weekly | Recreation Therapist |
| Recreational Events | As available | Recreation Therapist |
| Psychotropic Meds | Daily, PRN | Psychiatrist, RN |
| Effexor XR | | |

Update: Depressed mood decreased to 3/10 but occasional increases. Same objective by 11/30/07.

PROBLEM/NEED: Opioid Dependence, Vicodin
GOAL: Sustained sobriety
OBJECTIVE/TIME FRAME: Abstinence throughout entire stay

| INTERVENTION(S) | FREQUENCY | STAFF |
|---|---|---|
| Individual Therapy | Weekly | Primary therapist |
| Group Psychotherapy | x3/ Week | Primary therapist |
| Substance Abuse Class | Scheduled | Assigned Staff |
| Substance Abuse Group | Weekly | Dr. Willis |
| Transition Group | Twice | RN |
| NA Group | Weekly | Health Technician |
| Random Drug Urine | PRN | Nursing Staff |
| Leisure Educ Group | Weekly | Recreation Therapist |

Update: Opioid Dependence- he is abstinent, attends substance abuse groups/NA, good
insight.

UNADDRESSED NEEDS, JUSTIFICATION:  Smokes cigarettes but not interested in cessation despite education and encouragement.

DISCHARGE PLAN
Discharge Criteria:  *The veteran will be ready for discharge when the global severity of PTSD objective is met. The veteran will also be discharged if they appear to no longer be benefiting from treatment provided by this program, as evidenced by lack of progress in achieving objectives, or worsening of symptoms

Planned residence at discharge: To return home.
Follow-up treatment for PTSD: To be determined.
Followup treatment for medical problems: Resume at Wilkes-Barre VAMC

/es/ ROBERT L WHITNEY, PHD

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

LASKOWSKI, STANLEY

**VISTA Electronic Medical Documentation**

Printed at COATESVILLE VAMC

# Progress Notes

Staff Psychologist
Signed: 11/02/2007 16:00

/es/ CHRISTINE MORRIS O'BRIEN, MD
Psychiatrist
Cosigned: 11/05/2007 09:11

---

LOCAL TITLE: RECREATION THERAPY
STANDARD TITLE: RECREATIONAL THERAPY NOTE
DATE OF NOTE: NOV 01, 2007@16:15      ENTRY DATE: NOV 01, 2007@16:15:03
    AUTHOR: ROGERS,MELANIE M      EXP COSIGNER:
    URGENCY:                       STATUS: COMPLETED
    SUBJECT: PHE-Leisure Education

Mr. Laskowski attended the scheduled leisure education session today.  The topic
was "Veterans Week Activities". The purpose was to inform veterans of special
activities that will be held at CVAMC over the next week and to strongly
encourage participation in the activities. Therapist gave brief lecture and gave
each veteran a handout with detailed information pertaining to Veterans Weeks
activities.  Veteran seemed to understand the purpose of the group session by
asking related questions and participating in group discussion.  All questions
were answered during class time. His participation shows progress toward
treatment goals to learn healthy coping and leisure skills (benefits, barriers,
community resources), develop interests and hobbies, and maintain/increase
positive social interactions with others. Therapist will continue to encourage
participation.

/es/ MELANIE M ROGERS, BS, CTRS
RECREATION THERAPIST
Signed: 11/01/2007 16:15

---

LOCAL TITLE: RECREATION THERAPY
STANDARD TITLE: RECREATIONAL THERAPY NOTE
DATE OF NOTE: NOV 01, 2007@10:34      ENTRY DATE: NOV 01, 2007@10:34:24
    AUTHOR: ROGERS,MELANIE M      EXP COSIGNER:
    URGENCY:                       STATUS: COMPLETED
    SUBJECT: PHE

Mr. Laskowski attended physical fitness class last evening. The purpose of the
class is to encourage socialization, oppurtunity for light exercise to decrease
anxiety and depression and promote a more healthy lifestyle. Class goals and
expectations were identified, which veteran seemed to acknowledge and
understand. Veteran eas encouraged to participate during class time by either
stretching, light weight-lifting, light cardio workout, assisting others in gym
area, or socializing with others.  He participated by socializing with others
and stated that he probably was either going to run outdoors or walk during

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

LASKOWSKI, STANLEY

**VISTA Electronic Medical Documentation**

Printed at COATESVILLE VAMC

# Progress Notes

class time.  All questions were answered and no problems noted. His participation shows progress toward treatment goals to learn healthy coping and leisure skills (benefits, barriers,community resources), develop interests and hobbies, and maintain/increase positive social interactions with others. Therapist will continue to encourage participation to aid in decreasing PTSD symptoms.

/es/ MELANIE M ROGERS, BS, CTRS
RECREATION THERAPIST
Signed: 11/01/2007 10:35

---

LOCAL TITLE: PSYCHOLOGY
STANDARD TITLE: PSYCHOLOGY NOTE
DATE OF NOTE: OCT 30, 2007@14:00      ENTRY DATE: NOV 01, 2007@09:27:23
    AUTHOR: BEAUVAIS,DANIELLE      EXP COSIGNER:
    URGENCY:                          STATUS: COMPLETED

Veteran attended the weekly one hour Relapse Prevention Group on 10/30/07 on the 8B PTSD Program. Veterans have been referred to this group by their primary therapist due to past or current struggles with alcohol, illegal, or prescription drugs. Goals of this group are to 1) Help veterans maintain abstinence during hospitalization and 2) Increase motivation and knowledge about continuing to develop an alcohol and drug-free lifestyle after discharge.

The focus of the group discussion was responding to the statement "Addiction is a disease of too-high expectations." Veterans discussed how their unreasonable expectations for themselves, others, jobs, and even inanimate objects have led to relapse in the past.  The group challenged plans expressed by a veteran who is preparing to leave, suggesting more reasonable goals and timeframes.  The vet said this was useful.

All group members contributed to the discussion and all had the opportunity to ask questions.

/es/ DANIELLE BEAUVAIS,Psy.D.

Signed: 11/01/2007 09:33

---

LOCAL TITLE: NUTRITION NOTE
STANDARD TITLE: NUTRITION DIETETICS NOTE
DATE OF NOTE: OCT 30, 2007@11:22:36  ENTRY DATE: OCT 30, 2007@11:22:36
    AUTHOR: SARMENTO,LAURA        EXP COSIGNER:
    URGENCY:                          STATUS: COMPLETED
    SUBJECT: PHE - NUTRITION EDUCATION

Vet received verbal education in a group setting.

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

LASKOWSKI, STANLEY

**VISTA Electronic Medical Documentation**

Printed at COATESVILLE VAMC

# Progress Notes

Topic: Importance of breakfast and healthy choices.
Vet seemed interested in material presented.  Actively participated in group discussion.  Verbalized correct answers.
Time was given after class to adjust vet's current diet, educate and update preferences.
P: Encourage diet compliance and Heart Healthy Eating.
    Follow up with weekly nutrition class.


/es/ LAURA SARMENTO, R.D.
CLINICAL DIETITIAN
Signed: 10/30/2007 11:22

---

  LOCAL TITLE: HEALTH TECHNICIAN
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: OCT 27, 2007@22:59      ENTRY DATE: OCT 27, 2007@22:59:18
     AUTHOR: RAWLS,JAMES          EXP COSIGNER:
     URGENCY:                          STATUS: COMPLETED
     SUBJECT: Returned from Day Pass

Vet returned from day pass. Bal was neg, urine was obtained by undersigned.

/es/ JAMES T. RAWLS, HT

Signed: 10/27/2007 23:00

---

  LOCAL TITLE: HEALTH TECHNICIAN
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: OCT 27, 2007@11:34      ENTRY DATE: OCT 27, 2007@11:34:57
     AUTHOR: RAY,MARYANN           EXP COSIGNER:
     URGENCY:                          STATUS: COMPLETED
     SUBJECT: Day pass

Vet left on a day pass due to return this evening.

/es/ MARYANN RAY,HT
HEALTH TECHNICIAN
Signed: 10/27/2007 11:36

---

  LOCAL TITLE: HEALTH TECHNICIAN
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: OCT 26, 2007@21:03      ENTRY DATE: OCT 26, 2007@21:03:34
     AUTHOR: HARRIS,BETTY LOU      EXP COSIGNER:
     URGENCY:                          STATUS: COMPLETED

Vet. returned from day pass. Bal. neg. UA obtained by undersigned.

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| LASKOWSKI, STANLEY | Printed at COATESVILLE VAMC |

# Progress Notes

Printed On May 06, 2010

/es/ BETTY L. HARRIS NA.

Signed: 10/26/2007 21:03

---

LOCAL TITLE: PSYCHOLOGY
STANDARD TITLE: PSYCHOLOGY NOTE
DATE OF NOTE: OCT 26, 2007@19:41          ENTRY DATE: OCT 26, 2007@19:41:15
     AUTHOR: WILLIS,AMY C          EXP COSIGNER:
     URGENCY:                                   STATUS: COMPLETED
     SUBJECT: PHE PTSD

Veteran attended the weekly one hour Relapse Prevention class 10/26/07 on ward
8B PTSD Program taught by the undersigned, Amy Willis, PhD. The focus of the
class was, starting with the understanding that relapse is most often associated
with powerful negative emotions, how specific PTSD symptoms relate to relapse,
especially anger, anxiety and loneliness/social isolation. How to identify these
feelings and plan in advance to use positive coping skills, rather than alcohol
or illegal drugs to manage these emotions, was elaborated upon.

The ward policy prohibiting any use of alcohol, illegal drugs, or misuse
of prescription medication, including the prohibition on use of VA medication
prescribed by staff not affiliated with the 8B PTSD program while a patient in
the PTSD program, was reviewed.

Adequate time was allowed for questions and answers and the general level of
discussion indicated an overall good level of comprehension.

/es/ AMY C. WILLIS, PHD
STAFF PSYCHOLOGIST
Signed: 10/26/2007 19:41

---

LOCAL TITLE: PSYCHOTHERAPY (PTSD)
STANDARD TITLE: PSYCHOLOGY E & M NOTE
DATE OF NOTE: OCT 26, 2007@17:52          ENTRY DATE: OCT 26, 2007@17:52:21
     AUTHOR: WHITNEY,ROBERT L          EXP COSIGNER:
     URGENCY:                                   STATUS: COMPLETED

Posttraumatic Stress Disorder severity remains 7/10. Nightmares of trauma
variable as triggered by discussion of them. He discusses some thoughts and
feelings about the trauma in therapy. He is not turning sadness and guilt into
anger much. Outbursts of anger not observed nor described, and shows very good
control. Sleep still not 6h yet- nightmares. Depressed mood remains  4/10.
Opioid Dependence; he is abstinent, attends substance abuse groups/NA, good
insight. Attends all individual and group therapy and psychoeducational classes
with good understanding.

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| LASKOWSKI, STANLEY | Printed at COATESVILLE VAMC |

# Progress Notes

/es/ ROBERT L WHITNEY, PHD
Staff Psychologist
Signed: 10/26/2007 17:52

LOCAL TITLE: RECREATION THERAPY
STANDARD TITLE: RECREATIONAL THERAPY NOTE
DATE OF NOTE: OCT 25, 2007@15:53      ENTRY DATE: OCT 25, 2007@15:53:07
     AUTHOR: ROGERS,MELANIE M      EXP COSIGNER:
     URGENCY:                       STATUS: COMPLETED
     SUBJECT: PHE-Leisure Education

Mr. Laskowski attended the scheduled leisure education session today.  The topic
was "Planning Your Leisure Time, Part 2". The purpose was to review last week's
assignment on planning healthy leisure activities for a week, process what
activities were/n't followed through with and why, and to reviewed the 3
benefits of planning.  Therapist gave brief introduction and asked veteran to
share weekly activities with group.  Therapist also gave a handout today
debriefing feelings on participating and follow-through with leisure activities.
Veteran completed handout and shared personal ideas with group members.  He was
given oppurtunity to ask questions at the end of class time. His participation
shows progress toward treatment goals to learn healthy coping and leisure skills
(benefits, barriers, community resources), develop interests and hobbies, and
maintain/increase positive social interactions with others. Therapist will
continue to encourage participation.

/es/ MELANIE M ROGERS, BS, CTRS
RECREATION THERAPIST
Signed: 10/25/2007 15:53

LOCAL TITLE: RECREATION THERAPY
STANDARD TITLE: RECREATIONAL THERAPY NOTE
DATE OF NOTE: OCT 25, 2007@09:41      ENTRY DATE: OCT 25, 2007@09:41:08
     AUTHOR: ROGERS,MELANIE M      EXP COSIGNER:
     URGENCY:                       STATUS: COMPLETED
     SUBJECT: PHE

Mr. Laskowski attended physical fitness class last evening. The purpose of the
class is to encourage socialization, oppurtunity for light exercise to decrease
anxiety and depression and promote a more healthy lifestyle. Class goals and
expectations were identified, which veteran seemed to acknowledge and
understand. Veteran eas encouraged to participate during class time by either
stretching, light weight-lifting, light cardio workout, assisting others in gym
area, or socializing with others.  He participated by socializing with others in
the gym area and stated; "I prefer to run outdoors. I ran this afternoon outside
before it started to rain".  Therapist receptive.  All questions were answered

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

LASKOWSKI, STANLEY

**VISTA Electronic Medical Documentation**

Printed at COATESVILLE VAMC

Page 49

**0050**

# Progress Notes

and no problems noted. His participation shows progress toward treatment goals to learn healthy coping and leisure skills (benefits, barriers, community resources), develop interests and hobbies, and maintain/increase positive social interactions with others. Therapist will continue to encourage participation to aid in decreasing PTSD symptoms.

/es/ MELANIE M ROGERS, BS, CTRS
RECREATION THERAPIST
Signed: 10/25/2007 09:42

```
LOCAL TITLE: MEDICATION REVIEW
STANDARD TITLE: MENTAL HEALTH MEDICATION MGT NOTE
DATE OF NOTE: OCT 24, 2007@11:21   ENTRY DATE: OCT 24, 2007@11:21:44
     AUTHOR: TOUB,GAIL            EXP COSIGNER:
     URGENCY:                        STATUS: COMPLETED
```

(O)  Stanley had his med count this morning. Self-med level 4.  He continues on self-medication. Vet feels his medications are helpful. There have been no adverse reactions reported. Discussed usage, dosage, food/drug interactions as well as possible side effects and reorder procedures.

Current medications are:
Active Outpatient Medications (including Supplies):

| | Active Outpatient Medications | Status |
|---|---|---|
| 1) | ACETAMINOPHEN 325MG TAB (TYLENOL) TAKE TWO TABLETS BY MOUTH THREE TIMES A DAY AS NEEDED FOR FEVER OR ACHES | ACTIVE |
| 2) | BENZOCAINE 6MG/MENTHOL 10MG LOZENGE DISSOLVE 1 LOZENGE IN MOUTH 6-TIMES-A-DAY AS NEEDED FOR SORE THROAT | ACTIVE |
| 3) | GUAIFENESIN DM SYRUP (ROBITUSSIN DM) TAKE 2 TEASPOONFULS BY MOUTH EVERY 6 HOURS AS NEEDED FOR COUGH | ACTIVE |
| 4) | LORATADINE 10MG TAB (CLARITIN) TAKE ONE TABLET BY MOUTH ONCE DAILY FOR ALLERGY SYMPTOMS | ACTIVE |
| 5) | MIRTAZAPINE 15MG TAB (REMERON) TAKE ONE TABLET BY MOUTH AT BEDTIME FOR INSOMNIA | ACTIVE |
| 6) | MULTIPLE VITAMIN WITH MINERALS TAB TAKE ONE TABLET BY MOUTH ONCE DAILY | ACTIVE |
| 7) | NAPROXEN 500MG TAB (NAPROSYN) TAKE ONE TABLET BY MOUTH TWICE A DAY FOR PAIN - TAKE WITH FOOD | ACTIVE |
| 8) | OMEPRAZOLE 20MG CAP,EC (PRILOSEC) TAKE ONE CAPSULE BY MOUTH ONCE DAILY FOR ACID REFLUX - TAKE 30 MINUTES BEFORE EATING | ACTIVE |
| 9) | PSEUDOEPHEDRINE 30MG TAB (SUDAFED) TAKE ONE TABLET BY | ACTIVE |

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

LASKOWSKI, STANLEY

█████████████████████

**VISTA Electronic Medical Documentation**

Printed at COATESVILLE VAMC

# Progress Notes

```
       MOUTH EVERY 8 HOURS AS NEEDED FOR SINUS CONGESTION
  10)  QUETIAPINE FUMARATE 100MG TAB (SEROQUEL) TAKE           ACTIVE
       ONE-HALF TABLET BY MOUTH AT BEDTIME FOR NIGHTMARE
       SUPPRESSION
  11)  TRAMADOL 50MG TAB (ULTRAM) TAKE ONE TABLET BY MOUTH     ACTIVE
       THREE TIMES A DAY AS NEEDED FOR PAIN
  12)  VENLAFAXINE XR 37.5MG CAP (EFFEXOR XR) TAKE THREE       ACTIVE
       CAPSULES BY MOUTH ONCE DAILY WITH FOOD FOR
       DEPRESSION/ANXIETY
```

Pain level 0.

(A) Compliant with self medication program. Stanley offers no complaints about hsi meds, states he is feeling well and he looks like he is feeling better. Has been running regularly. Interacting more lately with all staff.

(P) Will continue to monitor and educate.

/es/ GAIL TOUB LPN
DOMICILLARY
Signed: 10/24/2007 11:25

```
  LOCAL TITLE: PSYCHOLOGY
  STANDARD TITLE: PSYCHOLOGY NOTE
  DATE OF NOTE: OCT 23, 2007@14:00    ENTRY DATE: OCT 24, 2007@09:28:52
      AUTHOR: WILLIS,AMY C         EXP COSIGNER:
      URGENCY:                        STATUS: COMPLETED
      SUBJECT: PHE PTSD
```

Veteran attended the weekly one hour Relapse Prevention Group on 10/23/07 on the 8B PTSD Program. Veterans have been referred to this group by their primary therapist due to past or current struggles with alcohol, illegal, or prescription drugs. Goals of this group are to 1) Help veterans maintain abstinence during hospitalization and 2) Increase motivation and knowledge about continuing to develop an alcohol and drug-free lifestyle after discharge.

The focus of the group discussion was admitting to and challenging the idea of "I can have one or two beers after I get out, what is the harm in that?" Various group members reported how that kind of thinking had lead to repeated relapses, others identified helpful self-statements to substitute instead. The concept of denial was elaborated upon.

Most group members contributed to the discussion and all had the opportunity to ask questions.

/es/ AMY C. WILLIS, PHD
STAFF PSYCHOLOGIST

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

LASKOWSKI, STANLEY

**VISTA Electronic Medical Documentation**

Printed at COATESVILLE VAMC

# Progress Notes

```
Signed: 10/24/2007 09:31
```

```
 LOCAL TITLE: KT INITIAL NOTE
STANDARD TITLE: KINESIOTHERAPY INITIAL EVALUATION NOTE
DATE OF NOTE: OCT 22, 2007@13:33     ENTRY DATE: OCT 22, 2007@13:36:13
     AUTHOR: SMITH,KEITH           EXP COSIGNER:
     URGENCY:                         STATUS: COMPLETED
```

PM&RS TREATMENT AREA:
    KT-38-GYM

PROBLEM / NEED:
    DECREASE STRENGTH AND ENDURANCE OF THE KNEES

TREATMENT OBJECTIVE:
    INCREASE STRENGTH AND ENDURANCE KNESSA

TREATMENT PLAN:
    KT-38-GYM MON-WED-FRI FOR 45MINS.

EVALUATION / PROGRESS:Veteran is assign to KT-38-GYM Mon,Wed,and Fri
veteran may participate in the following programs which are provided by
KT-38-GYM staff :   GENERAL CONDITION,STRENGHT TRAINING (UNIVERSAL OR FREE
WEIGHTS), AEROBIC CONDITIONING (W/USE OF CARIO MACHINES),FAT REDUCTION
PROGRAMS,AND INJURY SPECIFIC RECONDITIONING .   Veterans who suffer from
chronic re-occuring pain are instructed in pain management routine
consisting of pre, during ,and post exercise maintenance of there
particular pain area(s) ( muscular,skeletal,or neurological ) .  Veteran
will continue and progress with intial program until a minimum goal of
20mins. is met or veteran is discontinue .

PATIENT EDUCATION:

    - SAFE AND EFFECTIVE USE OF MEDICAL EQUIPMENT:

        WHO:
          - Patient
        HOW:
          - Demonstration

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

LASKOWSKI, STANLEY

████████████████████

**VISTA Electronic Medical Documentation**

Printed at COATESVILLE VAMC

# Progress Notes

```
              - Verbal instructions
           RESPONSE:
              - Verbalized recall / understanding
              - Demonstrated ability
           LEARNING BARRIERS:
              NONE


   - REHABILITATION TECHNIQUES TOWARD FUNCTIONAL INDEPENDENCE:



      WHO:
         - Patient
      HOW:
         - Demonstration
         - Verbal instructions
      RESPONSE:
         - Verbalized recall / understanding
         - Demonstrated ability
      LEARNING BARRIERS:
         NONE

   - EDUCATIONAL PROCESS ON PAIN, THE RISK FOR PAIN AND THE IMPORTANCE
     OF EFFECTIVE PAIN MANAGEMENT:


      WHO:
         - Patient
      HOW:
         - Pamphlet
         - Verbal instructions
      RESPONSE:
         - Demonstrated ability
      LEARNING BARRIERS:
         NONE


   - AVAILABLE COMMUNITY RESOURCES AND EDUCATION NECESSARY FOR
     DISCHARGE:


      WHO:
         - Patient
      HOW:
         - Pamphlet
         - Verbal instructions
      RESPONSE:
```

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

LASKOWSKI, STANLEY

██████████████

**VISTA Electronic Medical Documentation**

Printed at COATESVILLE VAMC

# Progress Notes

Printed On May 06, 2010

```
                    - Verbalized recall / understanding
              LEARNING BARRIERS:
                 NONE

        - INTERDISCIPLINARY EDUCATIONAL PROCESS (i.e. family, staff) AS
          APPROPRIATE TO THE CARE PLAN:


              WHO:
                 - Patient
                 - Family
                 - Patient and significant others
              HOW:
                 - Verbal instructions
              RESPONSE:
                 - Questions
                 - Verbalized recall / understanding
              LEARNING BARRIERS:
                 NONE

/es/ KEITH SMITH,KT
KINESIOTHERAPIST
Signed: 10/22/2007 13:36
```

---

```
  LOCAL TITLE: HEALTH TECHNICIAN
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: OCT 21, 2007@22:17     ENTRY DATE: OCT 21, 2007@22:17:32
     AUTHOR: RAWLS,JAMES             EXP COSIGNER:
     URGENCY:                          STATUS: COMPLETED
     SUBJECT: Urine Obt.

Vet gave pass urine to undersigned.

/es/ JAMES T. RAWLS, HT

Signed: 10/21/2007 22:18
```

---

```
  LOCAL TITLE: HEALTH TECHNICIAN
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: OCT 21, 2007@21:52     ENTRY DATE: OCT 21, 2007@21:52:06
     AUTHOR: RAWLS,JAMES             EXP COSIGNER:
     URGENCY:                          STATUS: COMPLETED
     SUBJECT: Returned from A.A.

Vet returned from A.A. Bal was neg, urine was not obtained yet.
```

| PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| LASKOWSKI, STANLEY ▮▮▮▮▮▮▮▮▮▮▮ | Printed at COATESVILLE VAMC |

# Progress Notes

/es/ JAMES T. RAWLS, HT

Signed: 10/21/2007 21:53

---

LOCAL TITLE: HEALTH TECHNICIAN
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: OCT 20, 2007@07:12     ENTRY DATE: OCT 20, 2007@07:12:09
       AUTHOR: HAMILTON,FRANKLIN W   EXP COSIGNER:
       URGENCY:                      STATUS: COMPLETED

Veteran signed out on aa.

/es/ FRANKLIN W. HAMILTON JR., NA

Signed: 10/20/2007 07:12

---

LOCAL TITLE: PSYCHOTHERAPY (PTSD)
STANDARD TITLE: PSYCHOLOGY E & M NOTE
DATE OF NOTE: OCT 19, 2007@16:34     ENTRY DATE: OCT 19, 2007@16:34:09
       AUTHOR: WHITNEY,ROBERT L       EXP COSIGNER:
       URGENCY:                      STATUS: COMPLETED

Posttraumatic Stress Disorder severity decreased to 7/10. Nightmares of trauma
Continue as discussion provoks them. He is just beginning to discusses thoughts
and feelings about the trauma. For emotional & social estrangement he is still
turning most emotions into anger but is starting to catch himself dong this and
beginning to see its relation to combat. Outbursts of anger on occasion but
generally good control. Sleep improved but not 6h yet. Depressed mood at 4/10.
Opioid Dependence - has not used, attending substance abuse groups and NA,
starting to understand he was dependent and how it affected his behavior. He
attends all individual and group therapy and psychoeducational classes-good
understanding.    GAF Score: 45

/es/ ROBERT L WHITNEY, PHD
Staff Psychologist
Signed: 10/19/2007 16:34

---

LOCAL TITLE: MEDICATION REVIEW
STANDARD TITLE: MENTAL HEALTH MEDICATION MGT NOTE
DATE OF NOTE: OCT 19, 2007@10:21     ENTRY DATE: OCT 19, 2007@10:21:19
       AUTHOR: TOUB,GAIL              EXP COSIGNER:
       URGENCY:                      STATUS: COMPLETED

 (O)  Stanley had his med count this morning. Self-med level 4. He continues
on self-medication. Vet feels his medications are helpful. There have been no

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

LASKOWSKI, STANLEY

███████████████████

**VISTA Electronic Medical Documentation**

Printed at COATESVILLE VAMC

# Progress Notes

Printed On May 06, 2010

adverse reactions reported. Discussed usage, dosage, food/drug interactions as well as possible side effects and reorder procedures.

Current medications are:
Active Outpatient Medications (including Supplies):

|  | Active Outpatient Medications | Status |
|---|---|---|
| 1) | ACETAMINOPHEN 325MG TAB (TYLENOL) TAKE TWO TABLETS BY MOUTH THREE TIMES A DAY AS NEEDED FOR FEVER OR ACHES | ACTIVE |
| 2) | BENZOCAINE 6MG/MENTHOL 10MG LOZENGE DISSOLVE 1 LOZENGE IN MOUTH 6-TIMES-A-DAY AS NEEDED FOR SORE THROAT | ACTIVE |
| 3) | GUAIFENESIN DM SYRUP (ROBITUSSIN DM) TAKE 2 TEASPOONFULS BY MOUTH EVERY 6 HOURS AS NEEDED FOR COUGH | ACTIVE |
| 4) | LORATADINE 10MG TAB (CLARITIN) TAKE ONE TABLET BY MOUTH ONCE DAILY FOR ALLERGY SYMPTOMS | ACTIVE |
| 5) | MIRTAZAPINE 15MG TAB (REMERON) TAKE ONE TABLET BY MOUTH AT BEDTIME FOR INSOMNIA | ACTIVE |
| 6) | MULTIPLE VITAMIN WITH MINERALS TAB TAKE ONE TABLET BY MOUTH ONCE DAILY | ACTIVE |
| 7) | NAPROXEN 500MG TAB (NAPROSYN) TAKE ONE TABLET BY MOUTH TWICE A DAY FOR PAIN - TAKE WITH FOOD | ACTIVE |
| 8) | OMEPRAZOLE 20MG CAP,EC (PRILOSEC) TAKE ONE CAPSULE BY MOUTH ONCE DAILY FOR ACID REFLUX - TAKE 30 MINUTES BEFORE EATING | ACTIVE |
| 9) | PSEUDOEPHEDRINE 30MG TAB (SUDAFED) TAKE ONE TABLET BY MOUTH EVERY 8 HOURS AS NEEDED FOR SINUS CONGESTION | ACTIVE |
| 10) | QUETIAPINE FUMARATE 100MG TAB (SEROQUEL) TAKE ONE-HALF TABLET BY MOUTH AT BEDTIME FOR NIGHTMARE SUPPRESSION | ACTIVE |
| 11) | TRAMADOL 50MG TAB (ULTRAM) TAKE ONE TABLET BY MOUTH THREE TIMES A DAY AS NEEDED FOR PAIN | ACTIVE |
| 12) | VENLAFAXINE XR 37.5MG CAP (EFFEXOR XR) TAKE THREE CAPSULES BY MOUTH ONCE DAILY WITH FOOD FOR DEPRESSION/ANXIETY | ACTIVE |

Pain Survey:
PAIN SCORE:  2 (10/19/2007 10:22)
Pain Reevaluation:
Patient with long-standing chronic pain and at an acceptable level
of pain.
PLAN:
Pain behaviors improved.  Continue to monitor.

(A) Compliant with self medication program. Stanley is following the med

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

LASKOWSKI, STANLEY

**VISTA Electronic Medical Documentation**

Printed at COATESVILLE VAMC

# Progress Notes

contract without incident. He is visibly brighter in affect, better eye contact.

(P) Will continue to monitor and educate.

/es/ GAIL TOUB LPN
DOMICILLARY
Signed: 10/19/2007 10:24

---

LOCAL TITLE: RECREATION THERAPY
STANDARD TITLE: RECREATIONAL THERAPY NOTE
DATE OF NOTE: OCT 18, 2007@15:47     ENTRY DATE: OCT 18, 2007@15:47:53
    AUTHOR: ROGERS,MELANIE M     EXP COSIGNER:
    URGENCY:                              STATUS: COMPLETED
    SUBJECT: PHE-Leisure Education

Mr.Laskowski attended the scheduled leisure education session today.  The topic was "Planning Your Leisure Time". The purpose was to encourage veteran to identify benefits to planning your time, identify tools to assist in planning, and to give examples of healthy activities.  Therapist gave brief introduction and gave veteran a calendar handout to begin practice planning his free time. Veteran participated by completing handout assignment and seemed to understand the purpose of the group session. Veteran was cooperative during class and was given opportunity to ask questions at the end of class time. His participation shows progress toward treatment goals to learn healthy coping and leisure skills (benefits, barriers, community resources), develop interests and hobbies, and maintain/increase positive social interactions with others. Therapist will continue to encourage participation.

/es/ MELANIE M ROGERS, BS, CTRS
RECREATION THERAPIST
Signed: 10/18/2007 15:48

---

LOCAL TITLE: RECREATION THERAPY
STANDARD TITLE: RECREATIONAL THERAPY NOTE
DATE OF NOTE: OCT 18, 2007@10:37     ENTRY DATE: OCT 18, 2007@10:37:33
    AUTHOR: ROGERS,MELANIE M     EXP COSIGNER:
    URGENCY:                              STATUS: COMPLETED
    SUBJECT: PHE

Mr. Laskowski attended physical fitness class last evening. The purpose of the class is to encourage socialization, oppurtunity for light exercise to decrease anxiety and depression and promote a more healthy lifestyle. Class goals and expectations were identified, which veteran seemed to acknowledge and understand. Veteran eas encouraged to participate during class time by either stretching, light weight-lifting, light cardio workout, assisting others in gym

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**   **VISTA Electronic Medical Documentation**

LASKOWSKI, STANLEY

Printed at COATESVILLE VAMC

# Progress Notes

area, or socializing with others.  He participated by socializing with others and went for a walk outdoors. All questions were answered and no problems noted. His participation shows progress toward treatment goals to learn healthy coping and leisure skills (benefits, barriers,community resources), develop interests and hobbies, and maintain/increase positive social interactions with others. Therapist will continue to encourage participation to aid in decreasing PTSD symptoms.

/es/ MELANIE M ROGERS, BS, CTRS
RECREATION THERAPIST
Signed: 10/18/2007 10:38

LOCAL TITLE: PSYCHOLOGY
STANDARD TITLE: PSYCHOLOGY NOTE
DATE OF NOTE: OCT 17, 2007@10:00      ENTRY DATE: OCT 22, 2007@18:23:30
     AUTHOR: WILLIS,AMY C          EXP COSIGNER:
     URGENCY:                          STATUS: COMPLETED
     SUBJECT: PHE PTSD

Veteran attended a one hour patient health education class 10/17/07 on ward 8B PTSD Program taught by the undersigned, Amy Willis, PhD. The focus of the lecture was "Avoiding Re-traumatization"; what it is and how to avoid doing it to oneself. Specific strategies to manage information, identify and control emotions, and to make and follow realistic plans for safety and for self-care, and well as care for one's family, were reviewed. Adequate time was allowed for questions and answers and the general level of discussion indicated an overall good level of comprehension.

/es/ AMY C. WILLIS, PHD
STAFF PSYCHOLOGIST
Signed: 10/22/2007 18:23

LOCAL TITLE: PM&R PHYSICIAN CONSULT
STANDARD TITLE: PHYSICAL MEDICINE REHAB E & M CONSULT
DATE OF NOTE: OCT 16, 2007@11:25      ENTRY DATE: OCT 16, 2007@11:25:40
     AUTHOR: HANSPAL,REENA K        EXP COSIGNER:
     URGENCY:                          STATUS: COMPLETED

Reason for Request: Patient with no physical complaints at this time requests use of gym and requires clearance.

MR. LASKOWSKI is 29 years old on 8B with a h/o PTSD.
He is referred to PM&R for use of the gym.

He gives h/o chronic R hip pain which started in 2000 after a hiking incidence when he was in the service.  He was informed that Xrays and MRI studies were

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| LASKOWSKI, STANLEY | |
| ███████████████████ | Printed at COATESVILLE VAMC |

# Progress Notes

negative for bony pathology. He was dx with bursitis and iliotibial band syndrome - was on PT (no relief), received cortisone injection (made the pain worse). NSAID's and the stretching exercises and physical modalities were not helpful. He reports painful cracking sensation which is deep in the lateral aspect of the joint and feeling of slight shifting with forward bending with a rotational component. Has felt some pain on the R knee when the hip pain is bad. No pain in the back and groin. No numbness. The pain is experienced after being in one position for a while and after prolonged walking/running. Has to crack the joint to relieve the symptoms. He is on Tramadol prn. He is able to walk - 2 miles and to run 3 miles. Walking inclines and stairs is more painful. He worked as a Mutual Fund Broker.

XRAYS: Wilkes Barre VAMC 4/07: Report:
        Bilateral hip joints
        The regional bony structures are normal in configuration and
        density. There is no evidence of new or old osseous injury.
        The femoral heads are well positioned within the acetabulum.
        The joint spaces are well preserved with smooth margins. No
        soft tissue abnormality is demonstrated. Small area of
        increased density is identified in the right femoral head
        compatible with a benign bone island.
      Impression:
        Normal study of the bilateral hip joints.

SH: married, 3 children, smokes 1PPD, quit drinking 2 months ago.

```
        Active Outpatient Medications                          Status
================================================================
1)   ACETAMINOPHEN 325MG TAB (TYLENOL) TAKE TWO TABLETS BY   ACTIVE
        MOUTH THREE TIMES A DAY AS NEEDED FOR FEVER OR
        ACHES
2)   BENZOCAINE 6MG/MENTHOL 10MG LOZENGE DISSOLVE 1           ACTIVE
        LOZENGE IN MOUTH 6-TIMES-A-DAY AS NEEDED FOR SORE
        THROAT
3)   GUAIFENESIN DM SYRUP (ROBITUSSIN DM) TAKE 2             ACTIVE
        TEASPOONFULS BY MOUTH EVERY 6 HOURS AS NEEDED FOR
        COUGH
4)   LORATADINE 10MG TAB (CLARITIN) TAKE ONE TABLET BY       ACTIVE
        MOUTH ONCE DAILY FOR ALLERGY SYMPTOMS
5)   MIRTAZAPINE 15MG TAB (REMERON) TAKE ONE TABLET BY       ACTIVE
        MOUTH AT BEDTIME FOR INSOMNIA
6)   MULTIPLE VITAMIN WITH MINERALS TAB TAKE ONE TABLET BY   ACTIVE
        MOUTH ONCE DAILY
7)   OMEPRAZOLE 20MG CAP,EC (PRILOSEC) TAKE ONE CAPSULE BY   ACTIVE
        MOUTH ONCE DAILY FOR ACID REFLUX - TAKE 30 MINUTES
        BEFORE EATING
8)   PSEUDOEPHEDRINE 30MG TAB (SUDAFED) TAKE ONE TABLET BY   ACTIVE
        MOUTH EVERY 8 HOURS AS NEEDED FOR SINUS CONGESTION
```

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

LASKOWSKI, STANLEY

**VISTA Electronic Medical Documentation**

Printed at COATESVILLE VAMC

# Progress Notes

9)  QUETIAPINE FUMARATE 100MG TAB (SEROQUEL) TAKE          ACTIVE
    ONE-HALF TABLET BY MOUTH AT BEDTIME FOR NIGHTMARE
    SUPPRESSION
10) TRAMADOL 50MG TAB (ULTRAM) TAKE ONE TABLET BY MOUTH    ACTIVE
    THREE TIMES A DAY AS NEEDED FOR PAIN
11) VENLAFAXINE XR 75MG CAP (EFFEXOR XR) TAKE ONE CAPSULE  ACTIVE
    BY MOUTH ONCE DAILY WITH FOOD FOR
    DEPRESSION/ANXIETY

Allergies: Patient has answered NKA

Height: 67.3 in [170.9 cm] (09/25/2007 11:06)
Weight: 197 lb [89.5 kg] (09/25/2007 11:06)
BMI:    30.6
Pulse:  72 (09/25/2007 11:06)
Temp:   98.9 F [37.2 C] (09/25/2007 11:06)
BP:     130/87 (09/25/2007 11:06)
Pain:   4 (09/25/2007 10:57)

P/E: A&Ox3, cooperative, ambulatory without gait aids.
TLS spine - normal AROM of TLS spine.  No tenderness.  Negative SLR.
R HIP - no tenderness elicited on the groin, trochanter region and along the
tensor fascia lata.  Normal Patrick's test.  Clicking sensation palpated x 1 on
the anterolateral hip with flexion and IR movements of the hip.
BLE - no motor deficits and no sensory deficits with light touch.  KJ/AJ brisk
with one to two beat unsustained ankle clonus on the R.  R calf slightly larger
than L.  No swelling.  Plantar flexors.
Able to walk on heels, toes and tandem.  No major gait deviations noted.
UE - normal strength, +2 DTR reflexes, negative Hoffman's reflex.

IMP: Chronic R hip pain - snapping R hip - w/u negative for bony pathology and
treatments for soft tissue pain not effective in the past.

Suggest Neurological evaluation for the brisk reflexes on BLE.

He is referred to PM&R for use of gym.  He can use this 3/week.  He knows that
he needs to avoid exercises that aggravate the hip pain.  He is interested in
using the KT pool while on PTSD program - can use it 2/week for general
conditioning exercises.

Precautions: avoid exercises that aggravate the R hip pain.

The above plan was discussed with the patient, he verbalized good understanding.

/es/ REENA K. HANSPAL M.D.

Signed: 10/16/2007 13:53
 LOCAL TITLE: NUTRITION NOTE
STANDARD TITLE: NUTRITION DIETETICS NOTE

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

LASKOWSKI, STANLEY

**VISTA Electronic Medical Documentation**

Printed at COATESVILLE VAMC

# Progress Notes

```
DATE OF NOTE: OCT 16, 2007@11:12:52   ENTRY DATE: OCT 16, 2007@11:12:52
      AUTHOR: SARMENTO,LAURA       EXP COSIGNER:
     URGENCY:                       STATUS: COMPLETED
     SUBJECT: phe- nutrition education
```

Vet received verbal education in a group setting.
Topic: Eating Healthy for Your Heart.
Vet seemed interested in material presented.  Actively participated in group
discussion.  Verbalized correct answers.
Time was given after class to adjust vet's current diet, educate and update
preferences.
P: Encourage diet compliance and Heart Healthy Eating.
    Follow up with weekly nutrition class.

/es/ LAURA SARMENTO, R.D.
CLINICAL DIETITIAN
Signed: 10/16/2007 11:12

```
  LOCAL TITLE: PSYCHOSOCIAL ASSESSMENT
STANDARD TITLE: SOCIAL WORK E & M NOTE
 DATE OF NOTE: OCT 15, 2007@13:30     ENTRY DATE: OCT 15, 2007@16:19:14
       AUTHOR: MAGUIRE,FRANCIS J    EXP COSIGNER:
      URGENCY:                        STATUS: COMPLETED
```

DEMOGRAPHICS

```
        Claim #:  ████████████
        Address:  ████████████

         Phone:   ████████
Date Of Birth:    ████████
```

Next Of Kin

```
          Name:  Marisol Laskowski
  Relationship:  Spouse
       Address:  ████████████

         Phone:
```

Surrogate For Health Care Decisions

```
          Name:  Marisol Laskowski
  Relationship:  Spouse
       Address:  ████████████
```

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

LASKOWSKI, STANLEY

████████████████████

**VISTA Electronic Medical Documentation**

Printed at COATESVILLE VAMC

# Progress Notes

Phone:

---

ELOPEMENT ASSESSMENT

Does this patient have a court appointed legal guardian?   No

If yes, identify legal guardian:

Is this patient considered to be a danger to self or others? No

If yes, specify:

Has this patient been legally committed?   No

If yes, specify:

Does this patient lack the cognitive ability to make relevant decisions?
No

If yes, specify:

Does this patient have a history of escape or elopement?   No

Does this patient have physical or mental impairments that increase
 their risk of harm to self or others?   No

If yes, specify:

Name of provider notified:

Method of notification:

Time provider notified:

---

FAMILY INFORMATION

Childhood History

Reared by: Both parents

Siblings: None

Veteran's Birth Order: 1 of 1

Additional Information:

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

LASKOWSKI, STANLEY

**VISTA Electronic Medical Documentation**

Printed at COATESVILLE VAMC

**0063**

# Progress Notes

                              Nuclear Family
(Check current marital status & duration, describe multiple instances of
being divorced or widowed)

Married

Children (Indicate#,gender,age): Girl 5,Boy 2 / Boy two months


Involvement with children (limited, active, etc.): Great relationship and very
involved


Current Relationship (specifics): good


Additional Information:
_____

SEXUAL HISTORY

Are you comfortable with your sexual orientation? Yes

Comment:


Is your sexual orientation straight, gay or bisexual?: straight

If indicated, based on the information above, the following adjustments
to the plan of care are recommended/A
_____

EDUCATION

        Highest Grade Completed: high school

Educational difficulties (explain): none reported by veteran


        Additional information:
_____

SUPPORT SYSTEMS

Social/Peer Group's/a

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| LASKOWSKI, STANLEY  ███████████████ | Printed at COATESVILLE VAMC |

# Progress Notes

Printed On May 06, 2010

Additional Information:

MILITARY HISTORY

Branch of Service:

| Service Branch | Service # | Entered | Separated | Discharge |
|---|---|---|---|---|
| MARINE CORPS | ███ | FEB 23, 1999 | FEB 05, 2007 | HONORABLE |

Service Dates (include all periods):

Combat: Yes.

POW: No.

Noncombat trauma: No.

Type of Discharge: Honorable

Service Connection: SERVICE CONNECTED % - 60

Additional Information:

EMPLOYMENT

Currently Employed:No.
          Retired:No.
         Disabled:No.

Type of Employment/Profession: Finance

When last employed: 8-15-07

Additional information:

INCOME

        (list monthly amounts for all that apply, & SC percent)

      Employment Income:  $0

VA
    SC Compensation (  %):  $1156.00
           NSC Pension:  $0

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

LASKOWSKI, STANLEY

███████████████████

**VISTA Electronic Medical Documentation**

Printed at COATESVILLE VAMC

# Progress Notes

```
            NSC & Housebound:   $0
   NSC & Aid & Attendance:   $0

NON VA
        Social Security:   $0
                  SSDI:   $0
                   SSI:   $
        Other (Specify):   $0
```

COMPETENCE (FINANCES)

Has the veteran been rated or adjudged incompetent for finances?
 No

(If yes, list VA, SS, and/or other guardian/fiduciary)
N/A

```
VA
        Name:N/A
Relationship:N/A
     Address:N/A


   Telephone:N/A`


SS/SSDI/SSI
        Name:N/A
Relationship:N/A
     Address:N/A


   Telephone: N/A


OTHER
        Name:N/A
Relationship:N/A
     Address:N/A


   Telephone:
```

COMPETENCE (PERSON)

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

LASKOWSKI, STANLEY

████████████████████

**VISTA Electronic Medical Documentation**

Printed at COATESVILLE VAMC

# Progress Notes

Printed On May 06, 2010

Has the veteran been adjudged incompetent of person?
No

If yes, list guardian:

           Name:N/A
Relationship:N/A
     Address:N/A


   Telephone:

---

LEGAL ISSUES

Describe History of Significant Legal Issues:
VETERAN IS WAITING FOR COURT DATE


Current Probation/Parole: No

PO Name:N/A
   Phone:N/A

Will legal situation influence the progress in care?
NO

Is there a relationship between presenting conditions and legal
involvement?
YES, DESCRIBE:YES SUBSTANCE ABUSE


Other Current Legal Issues:
COURT DATES

---

ADVANCE DIRECTIVE

Does the veteran have an Advance Directive? Yes

If yes, does the Medical Center have a copy?   No

If not on record, summarize the veteran's treatment preferences:


If veteran does not have an Advance Directive, does he/she want one?   No

IF YES, INDICATE WHAT WAS DONE TO PROVIDE INFORMATION AND PLANS FOR FOLLOW-UP:

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| LASKOWSKI, STANLEY | |
| | Printed at COATESVILLE VAMC |

# Progress Notes

VETERAN WILL CALL HIS WIFE AND GET COPY
FOR MEDICAL CENTER FILE


Does the veteran have a Behavioral Health Advance Directive?   No

If yes, where can we obtain a copy?


RELIGIOUS, ETHNIC AND CULTURAL INFLUENCES

Religion:NONE
     Race: WHITE

Impact on veteran's current functioning:
VETERAN DOES BELIEF IN GOD


HOUSING/ENVIRONMENT

Type of Housing/Environment: RENT HOUSE

With Whom: WIFE AND CHILDERN

Able to return to previous residence? Yes

If no, explain:


USE OF LEISURE TIME AND RECREATION:
GOLF, WALKING /RUNNING


HEALTH, EMOTIONAL, SOCIAL FACTORS LEADING TO TREATMENT/ADMISSION:
VETERAN IS WORRIED ABOUT HIS COURT CASE
AND THE LOSE OF HIS JOB


IDENTIFICATION OF BIOPSYCHOSOCIAL ISSUES AND PROBLEMS:
VETERAN COULD GO TO PRISON AND MAY
LOSE HIS JOB. THIS WILLL CAUSE FAMILT
TENSION


---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

LASKOWSKI, STANLEY

**VISTA Electronic Medical Documentation**

Printed at COATESVILLE VAMC

# Progress Notes

NEED FOR AND FEASABILITY OF FAMILY PARTICIPATION:
FAMILY PRTICIPATION COULD HELP SOME
BECUASE OF VETERAN PAST BEHAVIOR


RECOMMENDATIONS FOR TREATMENT/ REFERRALS/ DISCHARGE PLAN:
N/A  VETERAN PTSD GROUP AT VET CENTER
AND FOLLOW UP INDIDVDUAL CARE

STRENGTHS

List strengths, abilities, etc:
THE VETERAN ABILITY TO WANT TO CHANGE AND TAKE RESPONABILITY FOR HIS
ACTION IN THE PASTED


BARRIERS

Specify areas of potential improvement, impediments to progress:
SUBSTANCE ABUSE


/es/ FRANCIS J MAGUIRE MSW CAC
Francis J Maguire LSW CACD
Signed: 10/15/2007 16:48

  LOCAL TITLE: HEALTH TECHNICIAN
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: OCT 14, 2007@19:41      ENTRY DATE: OCT 14, 2007@19:41:45
      AUTHOR: RAWLS,JAMES            EXP COSIGNER:
      URGENCY:                       STATUS: COMPLETED
      SUBJECT: Returned from Day Pass

Vet returned from day pass. Bal was neg, urine was obtained by undersigned.

/es/ JAMES T. RAWLS, HT

Signed: 10/14/2007 19:43

  LOCAL TITLE: HEALTH TECHNICIAN
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: OCT 14, 2007@11:35      ENTRY DATE: OCT 14, 2007@11:35:02
      AUTHOR: RAY,MARYANN            EXP COSIGNER:

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

LASKOWSKI, STANLEY

VISTA Electronic Medical Documentation

Printed at COATESVILLE VAMC

Page 68

0069

# Progress Notes

```
     URGENCY:                        STATUS: COMPLETED
     SUBJECT: Day pass

Vet left on a day pass due to return this evening.

/es/ MARYANN RAY,HT
HEALTH TECHNICIAN
Signed: 10/14/2007 11:35
```

```
 LOCAL TITLE: HEALTH TECHNICIAN
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: OCT 13, 2007@19:18     ENTRY DATE: OCT 13, 2007@19:18:30
     AUTHOR: RAWLS,JAMES             EXP COSIGNER:
     URGENCY:                        STATUS: COMPLETED
     SUBJECT: Returned from Day Pass

Vet returned from day pass. Bal was neg, urine was obtained by undersigned.

/es/ JAMES T. RAWLS, HT

Signed: 10/13/2007 19:20
```

```
 LOCAL TITLE: HEALTH TECHNICIAN
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: OCT 13, 2007@14:52     ENTRY DATE: OCT 13, 2007@14:52:29
     AUTHOR: RAY,MARYANN             EXP COSIGNER:
     URGENCY:                        STATUS: COMPLETED
     SUBJECT: Day pass

Vet left on a day pass due to return this evening.

/es/ MARYANN RAY,HT
HEALTH TECHNICIAN
Signed: 10/13/2007 14:52
```

```
 LOCAL TITLE: HEALTH TECHNICIAN
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: OCT 12, 2007@20:22     ENTRY DATE: OCT 12, 2007@20:22:39
     AUTHOR: RAWLS,JAMES             EXP COSIGNER:
     URGENCY:                        STATUS: COMPLETED
     SUBJECT: Returned from Day Pass

Vet left on day pass. Returned bal was neg, urine was obtained by undersigned.

/es/ JAMES T. RAWLS, HT
```

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| LASKOWSKI, STANLEY | Printed at COATESVILLE VAMC |

# Progress Notes

Printed On May 06, 2010

Signed: 10/12/2007 20:23

LOCAL TITLE: RECREATION THERAPY
STANDARD TITLE: RECREATIONAL THERAPY NOTE
DATE OF NOTE: OCT 11, 2007@10:04     ENTRY DATE: OCT 11, 2007@10:04:38
    AUTHOR: ROGERS,MELANIE M     EXP COSIGNER:
    URGENCY:                          STATUS: COMPLETED
    SUBJECT: PHE

Mr. Laskowski attended physical fitness class last evening. The purpose of the
class is to encourage socialization, oppurtunity for light exercise to decrease
anxiety and depression and promote a more healthy lifestyle. Class goals and
expectations were identified, which veteran seemed to acknowledge and
understand. Veteran eas encouraged to participate during class time by either
stretching, light weight-lifting, light cardio workout, assisting others in gym
area, or socializing with others.  He participated by socializing with others
and stated he was going outdoors for a jog.  All questions were answered and no
problems noted. His participation shows progress toward treatment goals to learn
healthy coping and leisure skills (benefits, barriers,community resources),
develop interests and hobbies, and maintain/increase positive social
interactions with others. Therapist will continue to encourage participation to
aid in decreasing PTSD symptoms.

/es/ MELANIE M ROGERS, BS, CTRS
RECREATION THERAPIST
Signed: 10/11/2007 10:05

LOCAL TITLE: PSYCHOLOGY
STANDARD TITLE: PSYCHOLOGY NOTE
DATE OF NOTE: OCT 09, 2007@14:00     ENTRY DATE: OCT 11, 2007@18:12:42
    AUTHOR: WILLIS,AMY C      EXP COSIGNER:
    URGENCY:                          STATUS: COMPLETED
    SUBJECT: PHE PTSD

Veteran attended the weekly one hour Relapse Prevention Group on 10/9/07 on the
8B PTSD Program. Veterans have been referred to this group by their primary
therapist due to past or current struggles with alcohol, illegal, or
prescription drugs. Goals of this group are to 1) Help veterans maintain
abstinence during hospitalization and 2) Increase motivation and knowledge about
continuing to develop an alcohol and drug-free lifestyle after discharge.

The focus of the group discussion was looking at how to sooth feelings evoked by
the morning's therapeutic trip to the Reading, PA Memorial Park. Past patterns
of substance abuse to short-circuit emotions related to loss, grief, and anger
were examined and positive coping skills were proposed.

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| LASKOWSKI, STANLEY | Printed at COATESVILLE VAMC |

# Progress Notes

Most group members contributed to the discussion and all had the opportunity to ask questions.

/es/ AMY C. WILLIS, PHD
STAFF PSYCHOLOGIST
Signed: 10/11/2007 18:12

LOCAL TITLE: SOCIAL WORK NOTE
STANDARD TITLE: SOCIAL WORK NOTE
DATE OF NOTE: OCT 09, 2007@10:34      ENTRY DATE: OCT 10, 2007@10:35:08
        AUTHOR: SNYDER,NANCY J      EXP COSIGNER:
        URGENCY:                    STATUS: COMPLETED

Vet was scheduled to meet with this writer at 3pm to complete a psychosocial assessment however vet to did not show. Will need to be re-scheduled.

/es/ NANCY J SNYDER MSW, LCSW
SOCIAL WORKER
Signed: 10/10/2007 10:38

LOCAL TITLE: TREATMENT PLAN
STANDARD TITLE: TREATMENT PLAN NOTE
DATE OF NOTE: OCT 09, 2007@17:14      ENTRY DATE: OCT 09, 2007@17:14:32
        AUTHOR: WHITNEY,ROBERT L      EXP COSIGNER: OBRIEN,CHRISTINE M
        URGENCY:                    STATUS: COMPLETED

                          PTSD PROGRAM

STAFF PRESENT: R. Whitney, PhD; S. Rogers, PhD; A. Willis, PhD; T. Ennis, MS; D. Beauvais, PsyD; N Snyder, MSW; P. Sands, PA-C;  N. Steenhusen, RN; H. O'Lone, MA

PRIMARY THERAPIST: R. Whitney, PhD

The treatment team met and all the assessments were reviewed. The patient was present and was asked about their perceived problems and needs. This discussion led to the following prioritized list of identified problems, objectives, and interventions. These problems were chosen as the most salient and amenable to treatment during this admission. The veteran was in agreement with the following plan.

PTSD was rated by the primary therapist for level of severity using a 10 point scale, where 10 represents the highest level of severity.

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

LASKOWSKI, STANLEY

**VISTA Electronic Medical Documentation**

Printed at COATESVILLE VAMC

# Progress Notes

Printed On May 06, 2010

```
        *PROBLEM/NEED: Posttraumatic Stress Disorder      SEVERITY: 8
                GOAL: Significant decrease in level of PTSD severity
OBJECTIVE/TIME FRAME: Severity of PTSD decreased to 6; or determination that
level of severity no longer justifies inpatient, programmatic treatment by
11/8/07


INTERVENTION(S)           FREQUENCY      STAFF
Individual Therapy        Weekly         Primary therapist
Group Psychotherapy       x3/ Week       Primary therapist
Psych Education Groups     Scheduled      Assigned Staff
Encourage involvement     Daily          Nursing Staff/HT
  in community activities
Leisure Educ Group        Weekly          Recreation Therapist
Recreational Events       As available  Recreation Therapist
Relaxation Group          Weekly         Nursing
Psychotropic Meds         Daily, PRN     Psychiatrist, RN
Effexor, Seroquel, Remeron
Update:


        PROBLEM/NEED: Nightmares of trauma 5 per week
                GOAL: Cessation of trauma nightmares
OBJECTIVE/TIME FRAME: Nightmares decreased to twice weekly by 11/8/07


INTERVENTION(S)           FREQUENCY      STAFF
Individual Therapy        Weekly         Primary therapist
Group Psychotherapy       X3/ Week       Primary therapist
Intrusion Ed. Groups      Scheduled      Assigned Staff
Monitor nightmares &      Daily          Nursing Staff/HT
  encourage journaling


Update:


        PROBLEM/NEED: Emotional & social estrangement
                GOAL: Fully involved with social relationships
OBJECTIVE/TIME FRAME: Shares feelings and spends time with other vets daily
                      by 11/8/07


INTERVENTION(S)           FREQUENCY      STAFF
Individual Therapy        Weekly         Primary therapist
Group Psychotherapy       x3/ Week       Primary therapist
Counseling on Family Issues  Once, PRN   Primary therapist


        PROBLEM/NEED: Avoidance of thoughts, feelings about the trauma
                GOAL: No avoidance of trauma issues
OBJECTIVE/TIME FRAME: Discusses thoughts and feelings about the trauma
```

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| LASKOWSKI, STANLEY | |
| ██████████████████████ | Printed at COATESVILLE VAMC |

# Progress Notes

Printed On May 06, 2010

weekly in therapy by 11/8/07

| INTERVENTION(S) | FREQUENCY | STAFF |
|---|---|---|
| Individual Therapy | Weekly | Primary therapist |
| Group Psychotherapy | x3/ Week | Primary therapist |
| Psych Education Groups | Scheduled | Assigned Staff |
| Art Therapy | Weekly | Art Therapist |

Update:

---

        PROBLEM/NEED: Outbursts of anger 3 per week
                GOAL: No outbursts of anger
OBJECTIVE/TIME FRAME: No uncontrolled outbursts of anger for a week by 11/8/07

| INTERVENTION(S) | FREQUENCY | STAFF |
|---|---|---|
| Individual Therapy | Weekly | Primary therapist |
| Group Psychotherapy | x3/ Week | Primary therapist |
| Anger Ed. Groups | Scheduled | Assigned Staff |
| Relaxation Group | Weekly | Nursing |

Update:

---

        PROBLEM/NEED: Problems falling asleep
                GOAL: Patient satisfied with sleep
OBJECTIVE/TIME FRAME: Sleeps 6 hours nightly by 11/8/07

| INTERVENTION(S) | FREQUENCY | STAFF |
|---|---|---|
| Individual Therapy | Weekly | Primary therapist |
| Sleep Ed. Groups | Scheduled | Assigned Staff |
| Relaxation Group | Weekly | Nursing |
| Monitor; Sleep Tips | Daily | Nursing Staff/HT |
| handout; encourage use of relaxation tapes | | |
| Psychotropic Meds | Daily, PRN | Psychiatrist, RN |
| Remeron | | |

Update:

---

        PROBLEM/NEED: Depressed mood                    SEVERITY: 4
Rated by therapist for severity using a 10 point scale, where 10 represents
the highest level of severity.
                GOAL: No depressed mood
OBJECTIVE/TIME FRAME: Depressed mood decreased to 2 by 11/8/07

| INTERVENTION(S) | FREQUENCY | STAFF |
|---|---|---|
| Individual Therapy | Weekly | Primary therapist |
| Group Psychotherapy | x3/ Week | Primary therapist |

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

LASKOWSKI, STANLEY

**VISTA Electronic Medical Documentation**

Printed at COATESVILLE VAMC

# Progress Notes

| | | |
|---|---|---|
| Depression Ed. Groups | Scheduled | Assigned Staff |
| Leisure Educ Group | Weekly | Recreation Therapist |
| Recreational Events | As available | Recreation Therapist |
| Psychotropic Meds | Daily, PRN | Psychiatrist, RN |
| Effexor XR | | |
| Update: | | |

PROBLEM/NEED: Opioid Dependence, Vicodin
GOAL: Sustained sobriety
OBJECTIVE/TIME FRAME: Abstinence throughout entire stay

| INTERVENTION(S) | FREQUENCY | STAFF |
|---|---|---|
| Individual Therapy | Weekly | Primary therapist |
| Group Psychotherapy | x3/ Week | Primary therapist |
| Substance Abuse Class | Scheduled | Assigned Staff |
| Substance Abuse Group | Weekly | Dr. Willis |
| Transition Group | Twice | RN |
| NA Group | Weekly | Health Technician |
| Random Drug Urine | PRN | Nursing Staff |
| Leisure Educ Group | Weekly | Recreation Therapist |

Update:

UNADDRESSED NEEDS, JUSTIFICATION:  No medical issues identified. Smokes cigarettes but is not interested in smoking cessation despite education and encouragement.

EDUCATIONAL BARRIERS
The veteran has been assessed for the ability to participate in patient health education activities. This included the ability to understand instructions and express themselves via verbal and written English, emotional barriers, motivation to learn, cultural and religious beliefs, cognitive limitations, physical limitations, potential age-specific needs, and the financial implications of care choices.

There are no barriers to full participation in patient health education activities.

HEALTH EDUCATION NEEDS  (Indicate X to all that apply, individualize)

_x_ Safe & effective use of medication
    Will receive individual education from the Pharmacist or RN, and
    compliance will be monitored by the RN during weekly medication review
___ Safe & effective use of medical equipment

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| LASKOWSKI, STANLEY | Printed at COATESVILLE VAMC |

# Progress Notes

> Upon receipt of equipment, will receive individual education from the
> Rehab Medicine specialist, medical provider, or RN

_x_ Potential drug-food interactions
   Will receive individual education from the dietician,
   Pharmacist, or RN, and will be able to recognize & avoid such foods

__ Nutrition intervention or modified diet
   Will receive individual education from the dietician,
   and will be able to follow the diet

_x_ Rehabilitation techniques
   Will receive group & individual education from all staff,
   and will be able to use techniques effectively

_x_ Basic safety
   Will receive individual education from the nursing staff and via the
   Pt. handbook, and will be able to perform accurately in drills

__ Discharge planning, instructions, & community resources
   Will receive group and individual education from the RN, social worker,
   and primary therapist, and will be able to follow discharge plans

DIET
Regular

SPIRITUAL NEEDS
The veteran's spiritual screening was reviewed.
The veteran does not want to meet individually with a chaplain.

The veteran's specific spiritual needs will be addressed by the chaplain
through prayers/group worship, if the veteran decides to follow through with
this. Changes in privileges will not prevent fulfillment of those needs.

FUNCTIONAL STRENGTHS/FACILITATING FACTORS

```
        Motivated to change: x
      Family/Other Support: x
          Adequate Income: x
              Has Housing: x
             Social Skills: x
  Cognitive Function Intact: x
```

FUNCTIONAL LIMITATIONS/BARRIERS

```
  Inadequate Support System:
          Inadequate Income:
               No housing:
     Inadequate Social Skills:
```

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| LASKOWSKI, STANLEY | Printed at COATESVILLE VAMC |

# Progress Notes

```
        Physical Limitations:
Cognitive Function Impaired:
```
---

UNIT ASSIGNMENT
The veteran is assigned to the Treatment Unit.

---

DISCHARGE PLAN
Discharge Criteria:  *The veteran will be ready for discharge when the global
severity of PTSD objective is met. The veteran will also be discharged if they
appear to no longer be benefiting from treatment provided by this program, as
evidenced by lack of progress in achieving objectives, or worsening of symptoms

Planned residence at discharge: To return home.
Follow-up treatment for PTSD: Is to be determined.
Followup treatment for medical problems: Will be provided by Wilkes-Barre VAMC.

/es/ ROBERT L WHITNEY, PHD
Staff Psychologist
Signed: 10/09/2007 17:15

/es/ Theodore Nam, MD
Chief Psychiatrist
Cosigned: 10/10/2007 11:39
for CHRISTINE MORRIS O'BRIEN, MD
Psychiatrist

---

```
 LOCAL TITLE: PSYCHOLOGY
STANDARD TITLE: PSYCHOLOGY NOTE
DATE OF NOTE: OCT 09, 2007@16:15     ENTRY DATE: OCT 09, 2007@16:15:44
     AUTHOR: WHITNEY,ROBERT L     EXP COSIGNER:
     URGENCY:                         STATUS: COMPLETED
```

Returned call to pt's attorney, Pat Casey (570)342-6100 after getting a release
from the vet. Provided estimated discharge date- 1st week of December,
prognosis, need for follow-up therapy, ability to handle day and overnight
passes. He says the court case looks good for Stan as the prosecutor, police and
so on are taking his Iraq and military record into account. His court date is
continued into January so that will not be an issue in the program and he can
concentrate on psychotherapy for war issues. Visited a local war memorial today
with the rest of the unit and did good work on grief issues related to men lost
in his unit.

/es/ ROBERT L WHITNEY, PHD
Staff Psychologist
Signed: 10/09/2007 16:21

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

LASKOWSKI, STANLEY

**VISTA Electronic Medical Documentation**

Printed at COATESVILLE VAMC

# Progress Notes

```
LOCAL TITLE: HEALTH TECHNICIAN
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: OCT 08, 2007@22:43      ENTRY DATE: OCT 08, 2007@22:43:14
     AUTHOR: RAWLS,JAMES           EXP COSIGNER:
     URGENCY:                            STATUS: COMPLETED
     SUBJECT: Urine Obt.

Vet gave pass urine to undersigned.

/es/ JAMES T. RAWLS, HT

Signed: 10/08/2007 22:44
```

```
LOCAL TITLE: HEALTH TECHNICIAN
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: OCT 08, 2007@22:06      ENTRY DATE: OCT 08, 2007@22:07:05
     AUTHOR: RAWLS,JAMES           EXP COSIGNER:
     URGENCY:                            STATUS: COMPLETED
     SUBJECT: Returned from Day Pass

Vet was out on day pass. Returned bal was neg, urine was not obtained yet.

/es/ JAMES T. RAWLS, HT

Signed: 10/08/2007 22:08
```

```
LOCAL TITLE: HEALTH TECHNICIAN
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: OCT 06, 2007@22:51      ENTRY DATE: OCT 06, 2007@22:51:05
     AUTHOR: HARRIS,BETTY LOU      EXP COSIGNER:
     URGENCY:                            STATUS: COMPLETED

Vet. returned from day pass. Bal. neg. UA obtained by undersigned.

/es/ BETTY L. HARRIS NA.

Signed: 10/06/2007 22:51
```

```
LOCAL TITLE: HEALTH TECHNICIAN
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: OCT 06, 2007@07:16      ENTRY DATE: OCT 06, 2007@07:16:55
     AUTHOR: HAMILTON,FRANKLIN W   EXP COSIGNER:
     URGENCY:                            STATUS: COMPLETED
```

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| LASKOWSKI, STANLEY | Printed at COATESVILLE VAMC |

# Progress Notes

Veteran signed out on day pass.

/es/ FRANKLIN W. HAMILTON JR., NA

Signed: 10/06/2007 07:17

---

```
LOCAL TITLE: PSYCHOLOGY
STANDARD TITLE: PSYCHOLOGY NOTE
DATE OF NOTE: OCT 05, 2007@18:55      ENTRY DATE: OCT 05, 2007@18:55:27
     AUTHOR: WILLIS,AMY C           EXP COSIGNER:
     URGENCY:                              STATUS: COMPLETED
     SUBJECT: PHE PTDS
```

Veteran attended the weekly one hour Relapse Prevention class 10/5/07 on ward
8B PTSD Program taught by the undersigned, Amy Willis, PhD. The focus of the
class was structuring weekend activities while on day passes or overnight passes
in order to further therapeutic goals. How to successfully individualize these
goals was illustrated with many different examples. Also, basic principles such
as going places with a positive person, carefully planning activities to avoid
"people, places and things" associated with relapse, and not having secrets
about one's plans were reviewed.

The ward policy prohibiting any use of alcohol, illegal drugs, or misuse
of prescription medication, including the prohibition on use of VA medication
prescribed by staff not affiliated with the 8B PTSD program while a patient in
the PTSD program, was reviewed.

Adequate time was allowed for questions and answers and the general level of
discussion indicated an overall good level of comprehension.

/es/ AMY C. WILLIS, PHD
STAFF PSYCHOLOGIST
Signed: 10/05/2007 18:55

---

```
LOCAL TITLE: RECREATION THERAPY
STANDARD TITLE: RECREATIONAL THERAPY NOTE
DATE OF NOTE: OCT 05, 2007@13:29      ENTRY DATE: OCT 05, 2007@13:29:50
     AUTHOR: ROGERS,MELANIE M       EXP COSIGNER:
     URGENCY:                              STATUS: COMPLETED
     SUBJECT: PHE-Leisure Education
```

Mr. Laskowski attended the scheduled leisure education session yesterday.  The
topic was decorating the 2 wreaths that will be presented next Tuesday at the
Reading Memorial. The purpose was to encourage creativity, to create a project
the veterans are proud to present, as well as to support positive emotional

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

LASKOWSKI, STANLEY

**VISTA Electronic Medical Documentation**

Printed at COATESVILLE VAMC

# Progress Notes

feelings toward the creation of the wreath. Therapist gave veterans needed supplies to complete project.  He participated by decorating the wreath, socializing with others, and giving his ideas to others.  Veteran seemed to understand the purpose of the group session.  Veteran was pleased with the finished decorated wreaths.His participation shows progress toward treatment goals to learn healthy coping and leisure skills (benefits, barriers, community resources), develop interests and hobbies, and maintain/increase positive social interactions with others. Therapist will continue to encourage participation.

/es/ MELANIE M ROGERS, BS, CTRS
RECREATION THERAPIST
Signed: 10/05/2007 13:30

---

LOCAL TITLE: RECREATION THERAPY
STANDARD TITLE: RECREATIONAL THERAPY NOTE
DATE OF NOTE: OCT 04, 2007@10:43      ENTRY DATE: OCT 04, 2007@10:43:03
    AUTHOR: ROGERS,MELANIE M      EXP COSIGNER:
    URGENCY:                          STATUS: COMPLETED
    SUBJECT: PHE-Gyn Class

Mr. Laskowski attended physical fitness class last evening. The purpose of the class is to encourage socialization, oppurtunity for light exercise to decrease anxiety and depression and promote a more healthy lifestyle. Class goals and expectations were identified, which veteran seemed to acknowledge and understand. Veteran eas encouraged to participate during class time by either stretching, light weight-lifting, light cardio workout, assisting others in gym area, or socializing with others.  He participated by socializing with others and reported; "I just hate gyms, but I do like to exercise and run. Do you mind if I go outside and walk/run?".  Therapist receptive. All questions were answered and no problems noted. His participation shows progress toward treatment goals to learn healthy coping and leisure skills (benefits, barriers,community resources), develop interests and hobbies, and maintain/increase positive social interactions with others. Therapist will continue to encourage participation to aid in decreasing PTSD symptoms.

/es/ MELANIE M ROGERS, BS, CTRS
RECREATION THERAPIST
Signed: 10/04/2007 10:44

---

LOCAL TITLE: RECREATION THERAPY SCREEN
STANDARD TITLE: RECREATIONAL THERAPY E & M NOTE
DATE OF NOTE: OCT 03, 2007@16:02      ENTRY DATE: OCT 03, 2007@16:02:31
    AUTHOR: ROGERS,MELANIE M      EXP COSIGNER:
    URGENCY:                          STATUS: COMPLETED
    SUBJECT: PHE-RT Screen

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

LASKOWSKI, STANLEY

VISTA Electronic Medical Documentation

Printed at COATESVILLE VAMC

# Progress Notes

Recreation Therapy Screen
Admission Date:09.25.07

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
PTSD Symptoms according to veteran: "nightmares,isolation,anxiety,intrusive
thoughts"

Recent Substance Abuse: No

Medical Dx: None

Activity Orders/Limitations:  As tolerated.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Veteran completed self-assessment screening tool indicating a score of (22) on
leisure value questions out of a possible (30) score.
NOTED: AVERAGE SCORE FOR PROGRAM IS ESTABLISHED AT A "16".

Veteran related that leisure and living a healthy lifestyle HAS NOT been a
priority in the previous 12 months.

He indicated interests he is currently participating:
Golfing

Veteran feels he could use some help with the following:
(X)  Maintain/Increase social interaction and involvement
()  Development of interests and hobbies.
(X)  Coping skills as related to a healthy leisure lifestyle.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
I. Summary:  Veteran indicated an above average self socre compared to program
grouping on leisure functioning and value from screening.  Veteran also reports
that "always" enjoys and values his free time, "rarely" has enough free time to
do the things he wants to do. "often" plans for some of his free time in
positive interests, "often" feels good physically, "always" participates in a
hobby weekly, "rarely" is involved in some social situations weekly.

Recommendations:  Veteran will be offered oppurtunities and open recreation
experiences and encouraged to self direct own leisure time. Veteran has been
made aware of recreation board on unit for own use in determining leisure
choices/oppurtunities and encouraged to participate.  Veteran was also given a
"recreation resources" guide to further assist orientation to CVAMC's resources.
Veteran is to participate in Thurs.Leisure Education Class and gym class per
unit sturcture for additional support and is able to attend RT intervetnions of
his choice.

/es/ MELANIE M ROGERS, BS, CTRS
RECREATION THERAPIST
Signed: 10/04/2007 09:42
LOCAL TITLE: NURSING NOTE
STANDARD TITLE: NURSING NOTE

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| LASKOWSKI, STANLEY | Printed at COATESVILLE VAMC |

# Progress Notes

Printed On May 06, 2010

---

DATE OF NOTE: OCT 02, 2007@14:37     ENTRY DATE: OCT 02, 2007@14:37:26
   AUTHOR: STEENHUSEN,NANCY I     EXP COSIGNER:
   URGENCY:                           STATUS: COMPLETED
   SUBJECT: PPD

Patient refused PPD that was ordered stating he had just had one while in jail
and it was negative.

/es/ NANCY I. STEENHUSEN, RN

Signed: 10/02/2007 14:38

---

  LOCAL TITLE: HEALTH TECHNICIAN
  STANDARD TITLE: MENTAL HEALTH NOTE
  DATE OF NOTE: SEP 30, 2007@03:41:49   ENTRY DATE: SEP 30, 2007@03:41:49
    AUTHOR: ALLEN,JOYCE E       EXP COSIGNER:
    URGENCY:                          STATUS: COMPLETED
    SUBJECT: Orientation

Veteran orientated to program rules and procedures as they pertain to the
off tours of duty. Opportunity to ask and answer questions of concern
done until understood by veteran.

/es/ JOYCE E. ALLEN,HT
HEALTH TECH
Signed: 09/30/2007 03:43

---

  LOCAL TITLE: PSYCHOLOGY
  STANDARD TITLE: PSYCHOLOGY NOTE
  DATE OF NOTE: SEP 28, 2007@11:35   ENTRY DATE: SEP 28, 2007@11:35:31
    AUTHOR: WHITNEY,ROBERT L     EXP COSIGNER:
    URGENCY:                          STATUS: COMPLETED

  Iraq&Afghan Post-Deployment Screen:
    The patient reports service in Operation Iraqi Freedom.
    The location of the patient's most recent OIF service was     Iraq
    1. SCREEN FOR PTSD
      Have you ever had any experience that was so frightening, horrible,
        or upsetting that, IN THE PAST MONTH, you:
      A. Have had any nightmares about it or thought about it when you
        did not want to?       YES (1 PT.)

      B. Tried hard not to think about it; went out of your way to
      avoid situations that remind you of it?      YES (1 PT.)

      C. Were constantly on guard, watchful, or easily startled?

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation

LASKOWSKI, STANLEY

Printed at COATESVILLE VAMC

# Progress Notes

                   YES (1 PT.)

          D. Felt numb or detached from others, your activities, or your
             surroundings?          YES (1 PT.)
                              TOTAL SCORE = 4
     The screen for PTSD was positive.
          PTSD currently treated by Mental Health clinician

   2. SCREEN FOR DEPRESSION
        The 2 question depression screen was performed and the patient's
        depression screen is positive.

   3. SCREEN FOR ALCOHOL
      The patient reports having consumed alcohol in the past 12 months.
      An alcohol screening test (AUDIT-C ) was positive (score=5).

           1. How often did you have a drink containing alcohol in the
           past year? Two to four times a month

           2. How many drinks containing alcohol did you have on a
           typical day when you were drinking in the past year? 5 or 6

           3. How often did you have six or more drinks on one occasion
           in the past  year? Less than monthly

   4A. SCREEN FOR GI SYMPTOMS
        The patient reports no GI symptoms.
   4B. SCREEN FOR FEVER
        The patient reports no unexplained fevers.
   4C. SCREEN FOR SKIN RASH/LESIONS
        The patient reports no persistent skin rash.
   4D. SCREEN FOR OTHER SYMPTOMS
        The patient reports having other physical symptoms that have
        lasted 3 months or longer and have interfered with ADLs.
      Symptoms:  headaches

Alcohol Screen Audit C (+) <8:
   Alcohol counseling given at this visit.
      Level of Understanding: Good
Provider Depression Screening:
   1. In the past week, have you felt as if you could not shake off the
      blues even with help?
        Patient Response: Rarely or Never. (Score = 0)
   2. In the past week, have you felt depressed?
        Patient Response: Some or Little. (Score = 1)
   3. In the past week, have you felt fearful?
        Patient Response: Almost Always. (Score = 3)
   4. In the past week has your sleep been restless?

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

LASKOWSKI, STANLEY

**VISTA Electronic Medical Documentation**

Printed at COATESVILLE VAMC

# Progress Notes

Patient Response: Almost Always. (Score = 3)
   5.  In the past week, have you felt hopeless about the future? Patient
       Patient Response: Some or Little. (Score = 1)
Mood disorder screen is positive.
Depression screen positive.  Depression managed by mental health
   clinic/psychiatrist.
   PROVIDER:  Obrien; Whitney
PTSD Screen:
   1.  SCREEN FOR PTSD
   Have you ever had any experience that was so frightening, horrible,
       or upsetting that, IN THE PAST MONTH, you:
       A. Have had any nightmares about it or thought about it when you
          did not want to?              YES (1 PT.)

       B. Tried hard not to think about it; went out of your way to
       avoid situations that remind you of it?      YES (1 PT.)

       C. Were constantly on guard, watchful, or easily startled?
          YES (1 PT.)

       D. Felt numb or detached from others, your activities, or your
          surroundings?        YES (1 PT.)

              TOTAL SCORE = 4
       The screen for PTSD was positive.
          PTSD currently treated by Mental Health clinician

/es/ ROBERT L WHITNEY, PHD
Staff Psychologist
Signed: 09/28/2007 11:41

---

   LOCAL TITLE: BEHAVIORAL ASSESSMENT
   STANDARD TITLE: MENTAL HEALTH DOMICILIARY E & M NOTE
   DATE OF NOTE: SEP 28, 2007@11:33    ENTRY DATE: SEP 28, 2007@11:33:36
       AUTHOR: WHITNEY,ROBERT L      EXP COSIGNER:
       URGENCY:                         STATUS: COMPLETED

---

Presenting Problems and Maladaptive Behaviors

The veteran complained of intrusive recollections of traumatic experiences,
nightmares, distress when discussing trauma, discomfort in social situations,
emotional & social estrangement from family, efforts to avoid thoughts or
feelings associated with the trauma, irritability, verbal outbursts of anger,
difficulty staying asleep

---

Abuse, Neglect, and Exploitation History

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

LASKOWSKI, STANLEY

VISTA Electronic Medical Documentation

Printed at COATESVILLE VAMC

# Progress Notes

Were you ever physically or sexually abused, neglected, or exploited
as a child or adult? n

"The next question involves information that could be released to
child protective services, office of aging or other authorities,
even without your consent.  You have the option to decline answering."

Have you physically or sexually abused a child, adult or elderly person? n

---

History of Mental Illness/Emotional and Behavioral Problems
Wilkes-Barre VAMC Mental Health outpatient since 4/07. Medication only. Referred
here by Scranton Vet Center while vet was incarcerated

---

History of Substance Abuse and Addictive Behaviors

    Substances: Vicodin

   Age of onset: This year

 Pattern of use: reports intermittent

Treatment history & response: none

Length of abstinence & relapse triggers: n/a

Negative Consequences of Dependence: arrested for burglary

Current use of alcohol and other drugs by family members: wife does not drink or
use drugs

---

Relationship of Behavioral Problems to Addictive Behavior
Trying to medicate stress/anxiety symptoms

---

Suicide/ Homicide Screen

In the past few weeks have you had thoughts about or made plans to kill or
hurt someone? If yes, explain: thoughts about other inmates while in threatening
jail environment

Have you ever made a suicide attempt before? If yes, explain: n

Is there a family history of suicide? If yes, explain: n

Do you tend to be impulsive? If yes, explain: sometimes

In the past two weeks have you had thoughts about death or about killing
yourself? n

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| LASKOWSKI, STANLEY ▮▮▮▮▮▮▮▮▮▮ | Printed at COATESVILLE VAMC |

# Progress Notes

<span style="float:right">Printed On May 06, 2010</span>

Are there means available (knife, gun, bottle of pills etc)? If yes, explain: n

Have you actually rehearsed or practiced how you would like to kill yourself? If yes, explain: n

How strong is your intent to do this? If yes, explain: no intention at all

Can you resist the impulse to do this? If yes, explain: n/a

Mental Status Exam, Current Emotional and Behavioral Functioning

General Appearance & Current Behavior:  Clean, casually dressed, appropriate

Cooperation:  good

Orientation & Sensorium:  Oriented x3, clear & alert

Speech:  Coherent, relevant, goal-directed

Mood and Affect:  Mildly depressed with restricted affect

Thought Processes and Content: Denies A/V hallucinations. No evidence of delusions. Denies S/H ideation or plans.

Cognitive Function:  Concentration fair; long-term and short-term memory intact; abstraction ability good

Insight & Judgment:  Insight fair; judgment good

Other Significant Information
I/3/5 Marines in Iraq 3/2003 to 7/03 as an infantry squad leader. Combat. Discharged from USMC in 2/07 after eight years. Increasing stress problems and then started to use Vicodin as self-medication. Beginning of August broke into a pharmacy at night to steal pain-killers. Wife supportive of his hospitalization.

DIAGNOSTIC IMPRESSION

Axis I      Posttraumatic Stress Disorder, Chronic
            Opiod Dependence, Vicodin, in early full remission
            Nicotine Dependence, continuous

Axis II  N/A

Axis IV  Severe

Axis  V (Admission GAF) >  45

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation

LASKOWSKI, STANLEY

Printed at COATESVILLE VAMC

# Progress Notes

EDUCATIONAL AND VOCATIONAL SCREEN

Significant Education History: 14

Any learning disabilities?: no

Are you interested in furthering your education?
    __ No
    __ Yes, Referred for educational assessment
    _x_ Maybe, educational assessment deferred until current
        medical/behavioral needs are stabilized.

Do you expect to be employed/seek employment after treatment?: y

Are you interested in receiving assistance with employment skills?
    __ No
    __ Yes, Referred for vocational assessment
    _x_ Maybe, vocational assessment deferred until current
        medical/behavioral needs stabilized.

Preliminary Treatment Plan

Individual psychotherapy weekly
Group Therapy 3x week
Psychoeducational Groups daily
Milieu therapy daily
Substance Abuse Groups weekly
NA weekly
Transition group last two weeks in the program

/es/ ROBERT L WHITNEY, PHD
Staff Psychologist
Signed: 09/28/2007 11:35

LOCAL TITLE: NURSING NOTE
STANDARD TITLE: NURSING NOTE
DATE OF NOTE: SEP 27, 2007@15:07     ENTRY DATE: SEP 27, 2007@15:07:16
    AUTHOR: STEENHUSEN,NANCY I    EXP COSIGNER:
    URGENCY:                              STATUS: COMPLETED

(O):    Mr Laskowski has satisfactorily completed the orientation process to
the Residential Program.
He has demonstrated that he is comfortable in a dormitory environment, he
has met with his therapist and is fully aware of his therapy schedule. He has
not reported any nightmares at this point in his hospital stay.
He has not presented with any management problems and his anxiety has visibly
decreased as he becomes aclimated to the ward.

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
| --- | --- |
| LASKOWSKI, STANLEY ████████████ | Printed at COATESVILLE VAMC |

# Progress Notes

(A):   Ineffective individual coping related to PTSD as demonstrated by nightmares, anxiety and anger.

(P)   Continue to monitor for changes, offer support and guidance, assist with the development of the treatment plan, monitor for compliance with the self-medication program.

/es/ NANCY I. STEENHUSEN, RN

Signed: 09/27/2007 15:16

---

LOCAL TITLE: HEALTH TECHNICIAN
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: SEP 27, 2007@07:12:12   ENTRY DATE: SEP 27, 2007@07:12:12
     AUTHOR: ALLEN,JOYCE E        EXP COSIGNER:
     URGENCY:                      STATUS: COMPLETED
     SUBJECT: 12-8 Shift Daily

Veteran slept 7 face checks during the night, awoke in bed at 0700, did not attend breakfast.

/es/ JOYCE E. ALLEN,HT
HEALTH TECH
Signed: 09/27/2007 07:13

---

LOCAL TITLE: HEALTH TECHNICIAN
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: SEP 26, 2007@21:40       ENTRY DATE: SEP 26, 2007@21:40:45
     AUTHOR: HARRIS,BETTY LOU       EXP COSIGNER:
     URGENCY:                        STATUS: COMPLETED
     SUBJECT: Daily Note

Vet. had a pleasant evening no problems or complaints noted. Enjoyed pizza party on unit with other vets.

/es/ BETTY L. HARRIS NA.

Signed: 09/26/2007 21:41

---

LOCAL TITLE: NURSING NOTE
STANDARD TITLE: NURSING NOTE
DATE OF NOTE: SEP 26, 2007@15:34       ENTRY DATE: SEP 26, 2007@15:34:16
     AUTHOR: STEENHUSEN,NANCY I     EXP COSIGNER:

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

LASKOWSKI, STANLEY

VISTA Electronic Medical Documentation

Printed at COATESVILLE VAMC

Page 87

# Progress Notes

```
      URGENCY:                          STATUS: COMPLETED

Mr Laskowski attended psychology education on "Assertiveness" and group therapy
this morning.  He is friendly, social with the other vets and learning his way
around the program without difficulty.

/es/ NANCY I. STEENHUSEN, RN

Signed: 09/26/2007 15:37
```

```
 LOCAL TITLE: NUTRITIONAL ASSESSMENT
STANDARD TITLE: NUTRITION DIETETICS E & M NOTE
DATE OF NOTE: SEP 26, 2007@09:59    ENTRY DATE: SEP 26, 2007@09:59:42
     AUTHOR: SARMENTO,LAURA      EXP COSIGNER:
     URGENCY:                          STATUS: COMPLETED

NAME:  LASKOWSKI,STANLEY P III    SEX:MALE      AGE:29

DIET INFORMATION:
     - Date of assessment:      SEP 26,2007@09:59
     - Diet:                    REGULAR-D
     - Cultural, Ethnic or Religious food preferences: none
     - Standing orders:    none
     - Additional diet orders: none
     - Chewing / swallowing problems:  none
     - Food allergies / intolerances:   none
     - Significant food / drug / herbal interactions:    none
     - Appetite:  good, 100%
     - Hydration: electrolytes are wnl
     - Active Problems:
       Posttraumatic Stress Disorder

HEIGHT / WEIGHT INFORMATION:
     - Height:            5' 7" (170 cm)
     - Weight:            197 lbs (89.5 kg)
     - Weight taken:      SEP 26,2007
     - Usual weight:      197

     - Ideal weight:      148 lbs (67.3 kg)
     - Frame size:        Medium
     - Body mass index:   30.9 (90%)
     - Weight/usual wt:   100%
     - Weight/IBW:        133%

OBJECTIVE:
LABS:
```

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

LASKOWSKI, STANLEY

**VISTA Electronic Medical Documentation**

Printed at COATESVILLE VAMC

Page 88

0089

# Progress Notes

```
    - Albumin:        4.1 g/dL      (09/26/2007 07:00)
    - BUN:            8 mg/dL       (09/26/2007 07:00)
    - Creatinine:     1.0 mg/dL     (09/26/2007 07:00)
    - Potassium:      4.1 mmol/L    (09/26/2007 07:00)
    - Sodium:         140 mmol/L    (09/26/2007 07:00)
    - Glucose:        97 mg/dL      (09/26/2007 07:00)
    - HCT:            42.6 %        (09/26/2007 07:00)
    - HGB:            15.4 g/dL     (09/26/2007 07:00)
```

REQUIREMENTS:
    - Energy requirements:  2244 KCal/day
    - Protein requirements: 58 gm/day
    - Fluid requirements:   2549 ml/day
    - Nutritional status:   Normal

ASSESSMENT:
Normal nutritional/hydration status.
PLAN OF CARE:
    - Provide diet as prescribed
    - Monitor nutritional parameters and intervene prn
    - Level of care:  Normal


    - PROBLEM:       c/o gi distress pta
      Status:        no c/o at this time
      Goal:          will tolerate diet w/o difficulty
      Intervention:  diet as ordered

/es/ LAURA SARMENTO, R.D.
CLINICAL DIETITIAN
Signed: 09/26/2007 10:04

---

  LOCAL TITLE: HEALTH TECHNICIAN
  STANDARD TITLE: MENTAL HEALTH NOTE
  DATE OF NOTE: SEP 26, 2007@06:45     ENTRY DATE: SEP 26, 2007@06:45:11
      AUTHOR: HAMILTON,FRANKLIN W   EXP COSIGNER:
      URGENCY:                          STATUS: COMPLETED

Veteran had a quiet night. He appeared to have slept 8 hours during the night.
Offered no complaints this tour. Routine ua obtained and vet went to lab appt
this a.m.

/es/ FRANKLIN W. HAMILTON JR., NA

Signed: 09/26/2007 06:46

---

# Progress Notes

```
  LOCAL TITLE: HEALTH TECHNICIAN
STANDARD TITLE: MENTAL HEALTH NOTE
DATE OF NOTE: SEP 25, 2007@21:36     ENTRY DATE: SEP 25, 2007@21:36:56
     AUTHOR: HARRIS,BETTY LOU     EXP COSIGNER:
     URGENCY:                         STATUS: COMPLETED
     SUBJECT: Daily Note
```

Vet. had a quiet evening no problems or complaints noted. Left unit to go to MDR
for dinner. Vet. was given urine cup for lab in am. Interaction noted with other
vets and staff.

/es/ BETTY L. HARRIS NA.

Signed: 09/25/2007 21:38

```
  LOCAL TITLE: PAIN EVALUATION NOTE
STANDARD TITLE: PAIN MEDICINE E & M NOTE
DATE OF NOTE: SEP 25, 2007@11:01     ENTRY DATE: SEP 25, 2007@11:01:36
     AUTHOR: STEENHUSEN,NANCY I     EXP COSIGNER:
     URGENCY:                         STATUS: COMPLETED

 Pain Survey:
    PAIN SCORE:  4 (09/25/2007 10:57)
    PAIN EVALUATION:
      QUALITY:
        Shooting, aching
      IMPACT:
        General activity, walking ability
      SITES(s):
        Hips
      SEVERITY:
      TEMPORAL CHANGES:
        Type of pain
          Chronic pain
        Duration
          Years
            6
        Perceived cause for pain
          Other:
            BURSITIS.
        Changes over time
          Pain has increased
      AGGRAVATING FACTORS:
        Walking
      EXPECTATIONS: Improve
        Pain level to --
```

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation** |
|---|---|
| LASKOWSKI, STANLEY | |
| █████████████████████████ | Printed at COATESVILLE VAMC |

# Progress Notes

```
         MAINTAIN AT 4
     PAIN MANAGEMENT EDUCATION:
        Pain Scale
     PLAN:
        Pain goal is not achieved.   Continue to monitor.

/es/ NANCY I. STEENHUSEN, RN

Signed: 09/25/2007 11:10
```

```
 LOCAL TITLE: NURSING NOTE
 STANDARD TITLE: NURSING NOTE
 DATE OF NOTE: SEP 25, 2007@10:53    ENTRY DATE: SEP 25, 2007@10:53:31
      AUTHOR: STEENHUSEN,NANCY I    EXP COSIGNER:
      URGENCY:                       STATUS: COMPLETED
```

```
  Annual Alcohol Screening - Audit C:
     AUDIT C, CLICK ON BOX TO GENERATE SCREEN (MUST BE COMPLETED!)
     An alcohol screening test (AUDIT-C ) was positive (score=4).

         1. How often did you have a drink containing alcohol in the past
         year? Two to four times a month

         2. How many drinks containing alcohol did you have on a typical
         day when you were drinking in the past year? 3 or 4

         3. How often did you have six or more drinks on one occasion in
         the past  year? Less than monthly

     Provider informed of Positive Audit C Score.


  Depression Screening:
     1. TWO QUESTION SCREEN (complete all fields):

         Over the past two weeks, the patient has been bothered by:

         1. Little interest or pleasure in doing things
            nearly every day (score = 3 ) .

         2. Down, depressed and hopeless feelings
            nearly every day (score = 3 ) .


         TOTAL SCORE: 6   (0-3 is NEG, 4-6 is POS)

         RESULT:
```

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| LASKOWSKI, STANLEY<br><br>█████████████████████ | Printed at COATESVILLE VAMC |

# Progress Notes

    2. SCREEN FOR DEPRESSION
        The 2 question depression screen was performed and the patient's
        depression screen is positive.


/es/ NANCY I. STEENHUSEN, RN

Signed: 09/25/2007 10:55

---

  LOCAL TITLE: SELF-MEDICATION CONTRACT
STANDARD TITLE: NURSING CONTRACT
DATE OF NOTE: SEP 25, 2007@10:37      ENTRY DATE: SEP 25, 2007@10:37:16
    AUTHOR: TOUB,GAIL               EXP COSIGNER:
    URGENCY:                        STATUS: COMPLETED

Vet has demonstrated the skill and intellect to manage his medications.

Self-medication policies and procedures were discussed with the patient
and he was given a handout describing them.  Vet signed and understands
the following contract:

-I agree to assume full responsibility for the management and
administration of my medications while participating in the PTSD Program.

-I agree that I will not ingest any medication that is not prescribed for
me by the physician / physician assistant assigned to me.

-I agree to take all medications prescribed to me in the prescribed dosage
and at the prescribed times as ordered by the physician / physician
assistant, and as instructed by nursing staff of the PTSD Program.

-Any / all prescriptions issued to me by physicians, physician assistants,
hospitals, clinics or other health care programs will be reviewed and
approved by the medication nurse or physician assistant prior to
processing by the pharmacy.

-I will present my medications to the medication nurse to be audited on a
weekly basis, on the day that is assigned to me.  I may also be subject to
medication audits on a random basis.

-I agree to assume responsibility for securing my medications in a secure
and locked area at all times.

-Failure to comply with any aspect of this contract will result in
disciplinary action by the treatment team and may result in my discharge
from the PTSD Program.

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

LASKOWSKI, STANLEY

**VISTA Electronic Medical Documentation**

Printed at COATESVILLE VAMC

# Progress Notes

Printed On May 06, 2010

Vet was able to verbalize an understanding of usage, dosage, food and drug interactions and possible side effects of his medications, and was given drug information cards to reinforce this teaching. He is aware he is responsible for going to the pharmacy for refills when he runs low on his medications. The veteran was informed of the pharmacy's hours.

Current medications are:
Active Outpatient Medications (including Supplies):

| | Active Outpatient Medications | Status |
|---|---|---|
| 1) | INFLUENZA VIRUS VACCINE INJ INJECT 0.5ML INTRAMUSCULAR ONCE | ACTIVE |
| 2) | MIRTAZAPINE 15MG TAB (REMERON) TAKE ONE TABLET BY MOUTH AT BEDTIME FOR INSOMNIA | ACTIVE |
| 3) | MULTIPLE VITAMIN WITH MINERALS TAB TAKE ONE TABLET BY MOUTH ONCE DAILY | ACTIVE |
| 4) | OMEPRAZOLE 20MG CAP,EC (PRILOSEC) TAKE ONE CAPSULE BY MOUTH ONCE DAILY FOR ACID REFLUX - TAKE 30 MINUTES BEFORE EATING | ACTIVE |
| 5) | PNEUMOCOCCAL VACCINE INJ INJECT 0.5ML INTRAMUSCULAR ONCE | ACTIVE |
| 6) | QUETIAPINE FUMARATE 50MG TAB (SEROQUEL) TAKE ONE-HALF TABLET BY MOUTH AT BEDTIME FOR NIGHTMARE SUPPRESSION | ACTIVE |
| 7) | TRAMADOL 50MG TAB (ULTRAM) TAKE ONE TABLET BY MOUTH THREE TIMES A DAY AS NEEDED FOR PAIN | ACTIVE |
| 8) | TUBERCULIN, PPD 5 TU/0.1ML (1ML) INJECT 0.1ML INTRADERMALLY ONCE READ IN 2-3 DAYS | ACTIVE |
| 9) | VENLAFAXINE XR 37.5MG CAP (EFFEXOR XR) TAKE ONE CAPSULE BY MOUTH ONCE DAILY WITH FOOD FOR DEPRESSION/ANXIETY | ACTIVE |

Self-med level 4.

Patient teaching aids given:

How to Take Your Medications Correctly
Side Effects Check Sheet

Will continue to monitor and educate patient throughout treatment.

/es/ GAIL TOUB LPN
DOMICILLARY
Signed: 09/25/2007 10:38
LOCAL TITLE: NURSING ADMISSION ASSESSMENT
STANDARD TITLE: NURSING ADMISSION EVALUATION NOTE

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

LASKOWSKI, STANLEY

████████████████

**VISTA Electronic Medical Documentation**

Printed at COATESVILLE VAMC

# Progress Notes

Printed On May 06, 2010

---

```
DATE OF NOTE: SEP 25, 2007@10:31      ENTRY DATE: SEP 25, 2007@10:31:30
     AUTHOR: STEENHUSEN,NANCY I    EXP COSIGNER:
     URGENCY:                          STATUS: COMPLETED
```

ADMISSION TO PTSD:

1.   GENERAL INFORMATION:

        - VETERAN'S UNDERSTANDING OF REASON FOR ADMISSION:
             TREATMENT OF PTSD SYMPTOMS

        - MODE OF TRANSPORTATION TO MEDICAL CENTER: COUSIN DROVE

        - AGE:   29
        - RACE:  RACE UNKNOWN
        - SEX:   MALE

2.   MILITARY HISTORY:
        -

```
Service Branch      Service #    Entered        Seperated       Discharge
MARINE CORPS        198667220    FEB 23, 1999   FEB 05, 2007    HONORABLE
```
        - SERVICE CONNECTED 50% to 100%

        - Veteran WAS NOT wounded in action.

        - Veteran DOES have a claim pending at
          this time.

3.   VITAL SIGNS:
        - Temperature: 98.9
        - Pulse:      72
        - Respiration: 18
        - B/P:        130/87
        - Pain:        4
        - Height:      67.3 IN
        - Weight:      197 LB.

        - Usual body weight:  190 pounds

4.   ALLERGIC REACTIONS:
        - Food / drugs / pollen:  Patient has answered NKA
          NA
        - Reactions:

5.   MEDICAL:
        - Major illness / surgery in past year:

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

LASKOWSKI, STANLEY

■■■■■■■■■■■■■■■■■■■■■■■■■■

**VISTA Electronic Medical Documentation**

Printed at COATESVILLE VAMC

# Progress Notes

BURSITTIS, TINNITIS

MEDICATIONS PRIOR TO ADMISSION:

- Other meds:  BUSPAR, CLONOPIN

Veteran IS able to self-medicate.

Veteran did NOT travel outside the U.S. in the past year.

6. COMMUNICABLE DISEASES:

- NO  - Positive HIV
- NO  - Positive PPD
- NO  - Positive Hepatitis

7.  FUNCTIONAL SCREEN:

ABILITIES THAT REQUIRE ASSESSMENT BY PM&R:
- None

NO  - PM&R notified.

8.  PROSTHESIS:
- None

NO  - Fall risk

9.  NUTRITION SCREEN:

CURRENT DIET:
- Regular

NUTRITIONAL RISKS THAT REQUIRE ASSESSMENT BY DIETITIAN:
- GI distress for more than 7 days

10. GENERAL BEHAVIOR (observed):

---

PATIENT NAME AND ADDRESS (Mechanical Imprinting, if available)

LASKOWSKI, STANLEY

**VISTA Electronic Medical Documentation**

Printed at COATESVILLE VAMC

# Progress Notes

                    - Cooperative

11. MOOD / THOUGHT CONTENT:
          Appropriate
          - Organized and coherent, - Auditory hallucinations, - Intrusive
thoughts
12. SUICIDE-VIOLENCE:

** In the past few weeks have you had thoughts about or made plans to kill or
   hurt someone?
    Yes, explain:
    WHILE IN PRISON


** Have you ever made a suicide attempt before?
    No


** Is there a family history of suicide?
    No


** Do you tend to be impulsive?
    Yes, explain:
    ANGER AND ANXIETY
** In the past two weeks have you had thoughts about death or about killing
   yourself?
Yes.

A. Are there means available (knife, gun, bottle of pills etc)?
    No
    POLICE TOOK WEAPONS


B. Have you actually rehearsed or practiced how you would like to kill
   yourself?
    No


C. How strong is your intent to do this?
    N/A
    NOT


D. Can you resist the impulse to do this?
    N/A
    NOT


| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | **VISTA Electronic Medical Documentation** |
|---|---|
| LASKOWSKI, STANLEY | Printed at COATESVILLE VAMC |

# Progress Notes

Printed On May 06, 2010

13. SLEEP PATTERN:

    - Average hours of uninterrupted sleep per night:   4
    - Sleep IS NOT affected by drugs / alcohol.
    - Veteran DOES NOT nap during the day.
    - Does veteran have nightmares?
        YES:
           - Nightmares ARE war related.
           - Frequency:  4/WK

14. SEXUAL HISTORY:

Frequently there is a relationship between sex and drugs or alcohol use.  I have some questions to ask you about sexual history and sexual orientation.

    - Are you comfortable with your sexual orientation?  YES

    -  Is your sexual orientation straight, gay or bisexual?
      STRAIGHT

    - Are you sexually active?
        YES:
          Are you now or have you ever experienced difficulty functioning sexually?  NO

        Are you practicing safe sex?  YES

15. SUBSTANCE ABUSE HISTORY:
    Veteran had a NEGATIVE breathalyzer.


    Drug screen urine WAS obtained.

    - Do you ABUSE alcohol, drugs or tobacco?
        YES:

        ALCOHOL:
          - Last used:  Aug 4,2007
          - Drinking pattern:
            ONCE Q FEW WEEKS
          - How long have you been drinking?
            TEEN
          - Medical problems associated with drinking:
            NO
          - Drinking HAS NOT become a problem.

          - Veteran HAS HAD have blackouts.

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

LASKOWSKI, STANLEY

**VISTA Electronic Medical Documentation**

Printed at COATESVILLE VAMC

# Progress Notes

```
                - Veteran HAS NOT HAD seizures.


          DRUGS:
            - Last use, type, how much:
                POT-LU 98, COCAINE-98, LSD-98
            - How long using this substance:
                NONE SINCE 98
            - Substance use pattern:
                OCC
            - Shared needles? - NO
            - Medical problems associated with drug use:
                'NONE


          TOBACCO:
            - Started smoking at age 17.
            - Amount of tobacco used:  1 PK/DAY
            - Medical problems associated·with smoking:
                NONE
16. SOCIO-CULTURAL:
        - MARITAL STATUS - MARRIED
        - SIGNIFICANT OTHER:
          Veteran HAS a significant other.
            - They KNOW where I am.
            - They KNOW what type of treatment I came
              to receive.
            - They WILL NOT will be involved in my
              treatment.
                  SUPPORTIVE
        - Describe living arrangements prior to admission:
            OWN PLACE
        - Describe living arrangements after discharge:
            RETURN
        - Describe any legal problems / charges pending?
            OCT 10-TO BE RECHEDULED
        - Veteran IS NOT employed.
17. READINESS TO LEARN:

        - Highest grade completed:  12+
        - Veteran DOES read English.

        - Veteran DOES write English.

        - Learning preference:  none


18. SPIRITUAL SCREEN:

        - Religious demonination / affiliation:  OTHER
```

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| LASKOWSKI, STANLEY <br> ███████████████████ | Printed at COATESVILLE VAMC |

# Progress Notes

- Spiritual practices ARE NOT important to
  veteran.

- Who or what provides you with strength and hope in your life?
    CHILDREN AND WIFE
- Veteran IS NOT satisfied with the spiritual
  strength and hope in his life.

- Veteran DOES NOT have any beliefs that may
  interfere with participation in 12 Step groups where the term
  "Higher Power" is used.

- Veteran HAS NOT had any recent deaths/losses.

- Veteran DOES NOT want to meet with a chaplain
  to discuss a spiritual or religious issue.

- Veteran IS NOT referred for full Spiritual
  Assessment.

19. ADVANCE DIRECTIVE:

    - Veteran HAS an advance directive; and DOES NOT HAVE
      a copy with him.

20. RISKS:

    - Suicide  - Low
    - Homocide - Low
    - Assault  - Low
    - Choke    - Low


21. NURSING DIAGNOSIS / PRIORITY NEEDS:

    - Ineffective individual coping related to PTSD demonstrated by
      ANGER, NIGHTMARES AND ANXIETY..

22. INITIAL PLAN OF TREATMENT:

    THE OBJECTIVES FOR THE NURSE WILL BE TO:
      - Orient the veteran to the Residential Treatment Program
      - Offer support and guidance
      - Monitor health problems in conjunction with the physician
        assistant
      - Monitor sleep pattern and encourage the use of the "sleep
        tips"
      - Monitor for increased stress and educate the patient in
        relaxation techniques
      - Monitor for compliance with the self-medication program and
        provide education

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

LASKOWSKI, STANLEY

**VISTA Electronic Medical Documentation**


Printed at COATESVILLE VAMC

# Progress Notes

```
          - Identify and encourage anxiety reducing activities
          - Assist to identify triggers for impulsive behavior and offer
            alternatives and encourage use of assertiveness
      THE GOALS FOR THE PATIENT WILL BE TO:
          - Sign the therapeutic and medication contracts
          - Attend all mandatory therapy and educatin groups and programs
          - Successfully complete the orientation phase of the program
          - Maintain compliance with the self-medication program while in
            the treatment program and do so by demonstrating satisfactory
            medication audits weekly
          - Initiate the process of the development of a satisfactory
            discharge plan and do so by completing the transition group
            packet.


/es/ NANCY I. STEENHUSEN, RN

Signed: 09/25/2007 11:25
```

---

```
  LOCAL TITLE: HISTORY & PHYSICAL - ADMISSION
  STANDARD TITLE: PRIMARY CARE H & P NOTE
  DATE OF NOTE: SEP 25, 2007@09:26      ENTRY DATE: SEP 25, 2007@09:26:53
      AUTHOR: SANDS,PETER A          EXP COSIGNER: QURESHI,TANVEER
      URGENCY:                            STATUS: COMPLETED

                  *** HISTORY OF PRESENT ILLNESS - PT. 1 ***


Select Admission Type:
  Direct Admission _x__  From: Scranton

Chief Complaint:  for help

History Of Present Illness:  This is the first 8B admission for this 29 y/o
caucasion male with h/o PTSD here without acute medical complaints.

Describes PTSD symptoms of "anger, isolation, anxiety, depression, insomnia,
nightmares, and intrusive thoughts and recollections"

Current Medicaions and Source (OTC/herbal):
Was taking Vistaril and Trazodone in prison, he states neither work.


                  *** PAST MEDICAL HISTORY - PT. 2 ***


Occupation: unemployed

Military History:  Marine Corp 1999-2007
```

---

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
|---|---|
| LASKOWSKI, STANLEY<br><br>███████████████████ | <br><br>Printed at COATESVILLE VAMC |

# Progress Notes

Habits: smokes a pack a day, no interest in quitting. Social alcohol use, no current drug use.

Family History:
Mother: deceased- alcoholism
Father: alive with Heart problems

Childhood Illnesses: Usual

Adult Immunizations: UTD other than flu and pneumococcal ordered at this encounter

Adult Illnesses: see cover sheet

Operations: None

Injuries: Broken right forearm in 2002

Allergies: NKDA, no shellfish allergies

### *** REVIEW OF SYSTEMS - PT. 3 ***

General: no complaints

Head: denies headaches or dizziness

Eye: denies eye pain or decreased vision

Ear: denies hearing loss or tinnitus

Nose: denies epistaxis or rhinorhea

Throat: denies throat pain or soreness

Neck: denies neck pain or stiffness

Respiratory: denies shortness of breath

Cardiovascular: denies chest pain

Gastrointestinal: denies dyspepsia or change in bowel habits

Genito-Urinary: denies dysuria or change in stream

Gynecological: N/A

Hemopoietic: denies any blood dyscrasias

---

PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)

LASKOWSKI, STANLEY

VISTA Electronic Medical Documentation

Printed at COATESVILLE VAMC

# Progress Notes

Lymphatic:  denies adenopathy

Musculo-Skeletal:  denies muscle pain or weakness

Neuropsychiatric System: denies neurological deficits


### *** PHYSICAL EXAMINATION ***

```
       Height:
       Weight:
  Temperature:  see vitals of this date
        Pulse:
           BP:
 Respirations:
```

GENERAL APPEARANCE AND MENTAL STATUS:  Adult caucasion male alert and Ox3 in
NAD, speech intact.

HEAD:  Normocephalic, atraumatic
NECK:  Supple, trachea midline, thyroid not enlarged, no bruit
EYES:  PERRL, EOMI, non-icteric.  Fundi:  No hemorrhages, no exudates,
    no papilloedema
EARS:  External meatus normal, TMs intact, acuity good
NOSE:  Normal mucosa, no septal deviation
MOUTH: Tongue moist
THROAT: Not congested, gag reflex intact
CHEST (general)/BREAST:  Chest symetrical;
LUNGS: Clear
CARDIOVASCULAR:  HRR regular, no murmurs, no gallops
ABDOMEN:  Soft, NT/ND, +bowel sounds; spleen and liver not enlarged.  No
    palpable masses.
BACK:  No costal vertebral angle tenderness, normal configuration
EXTREMITIES:  Equal pulses, no edema or varicosities
NEUROLOGICAL:  Alert and oriented x4, no focal neurological signs, no
    gross motor or sensory deficits.  DTRs=+2
SKIN:  No rashes
LYMPHATICS:  No adenopathy.

COMMENTS:
  Tobacco Use Screen:
    Patient uses tobacco
      How much are you currently using?
        Cigarettes: 20 cigarettes per day
      Are you interested in quitting now?
        NO -- Risk Counseling given

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

LASKOWSKI, STANLEY

**VISTA Electronic Medical Documentation**

Printed at COATESVILLE VAMC

# Progress Notes

```
Pneumococcal Vaccine:
    Patient received pneumococcal vaccine AT THIS ENCOUNTER
Prostate Cancer Screening Education:
  Patient received education on the risks and benefits of Prostate
      Cancer Screening at this encounter
  Order for PSA placed
TBI Screening:
  The patient reports service in Operation Iraqi Freedom or Operation
      Enduring Freedom.

                    TRAUMATIC BRAIN INJURY SCREENING
  Has the veteran already been diagnosed as having TBI during OIF/OEF
      deployment?
  No

  Section 1: The veteran experienced the following events during OIF/OEF
      deployment:
  Vehicular accident/crash (any vehicle, including aircraft)

  Section 2: The veteran had the following symptoms immediately
      afterwards:
  Veteran denies any symptoms immediately afterwards.  Negative Screen


INITIAL IMPRESSION:

1. PTSD= 8B admission/protocol

TREATMENT PLAN:

    Diet:  See Order
    Activity Limitations - as tolerated
        Comments:  None
        Discharge potential:  Good
    Medications:  See Orders
        Comments:  None
    Diagnostic tests:  See Orders
        Comments:  None

Other Treatment Plans:  none at present

/es/ PETER A SANDS PA-C
PHYSICIAN ASSISTANT-PATIENT CARE
Signed: 09/25/2007 09:43

/es/ TANVEER QURESHI, M.D.
HOUSE PHYSICIAN
Cosigned: 09/25/2007 09:47
```

| PATIENT NAME AND ADDRESS (Mechanical imprinting, if available) | VISTA Electronic Medical Documentation |
| --- | --- |
| LASKOWSKI, STANLEY | |
| ███████████████████ | Printed at COATESVILLE VAMC |

# Progress Notes

Printed On May 06, 2010

```
 LOCAL TITLE: HEALTHCARE CHOICES
 STANDARD TITLE: COMMUNICATION NOTE
 DATE OF NOTE: SEP 25, 2007@09:16      ENTRY DATE: SEP 25, 2007@09:16:49
      AUTHOR: GASKA,CAROL A        EXP COSIGNER:
      URGENCY:                     STATUS: COMPLETED

    *** HEALTHCARE CHOICES Has ADDENDA ***
```

Patient able to communicate health care choices upon
admission. -
   YES
   1.  Informed of right to accept or refuse treatment. - YES

   2.  Informed of right to make a living will. - YES

   3.  Informed of right to create a durable power of attorney for
       health care. - YES
   4.  Patient has a living will or advance directive. -
       YES
   5.  Patient is an organ donor. - YES

   6.  Patient signed authorization to release medical
       information to Gift of Life - NO

   7.  Patient received a patient handbook which contains the Patient's
       Bill of Rights. - YES

   8.  EMERGENCY CONTACT:

       Who do you want contacted in an emergency?
       (This could be different from your next of kin.)

       NAME:MARISOL LASKOWSKI
       RELATIONSHIP:Spouse
       ADDRESS: █████████████████████████
       PHONE NUMBER(S): ████████████████

       Patient Signature: _____

/es/ CAROL A GASKA
MEDICAL CLERK
Signed: 09/25/2007 09:20

11/02/2007 ADDENDUM                     STATUS: COMPLETED

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

LASKOWSKI, STANLEY

████████████████████████████

**VISTA Electronic Medical Documentation**

Printed at COATESVILLE VAMC

# Progress Notes

See Patient Signature Note.

/es/ VERA L. PONGONIS
File Clerk
Signed: 11/02/2007 12:07

---

**PATIENT NAME AND ADDRESS (Mechanical imprinting, if available)**

LASKOWSKI, STANLEY

**VISTA Electronic Medical Documentation**

Printed at COATESVILLE VAMC

LASKOWSKI,STANLEY P III █████████COA|Addendum to HEALTHCARE CHOICES/EMERGENCY CONTACT NOTE 11/02/2007   --- page 1 of 1 ---

```
------------------------------------------------------------------
MEDICAL RECORD                                     Progress Notes
------------------------------------------------------------------
NOTE DATED: 09/25/2007 09:16
LOCAL TITLE: HEALTHCARE CHOICES/EMERGENCY CONTACT
STANDARD TITLE: COMMUNICATION NOTE
ADMITTED: 09/25/2007 09:05 8B-DOM
Patient able to communicate health care choices upon
admission. -
    YES
    1.  Informed of right to accept or refuse treatment. - YES

    2.  Informed of right to make a living will. - YES

    3.  Informed of right to create a durable power of attorney for
        health care. - YES
    4.  Patient has a living will or advance directive. -
        YES
    5.  Patient is an organ donor. - YES

    6.  Patient signed authorization to release medical
        information to Gift of Life - NO

    7.  Patient received a patient handbook which contains the Patient's
        Bill of Rights. - YES

    8.  EMERGENCY CONTACT:

        Who do you want contacted in an emergency?
        (This could be different from your next of kin.)

        NAME:MARISOL LASKOWSKI
        RELATIONSHIP:Spouse
        ADDRESS:██████████████████████
        PHONE NUMBER(S):████████████

    Patient Signature:

            Signed by: /es/ CAROL A GASKA
                       MEDICAL CLERK
                       09/25/2007 09:20
```

```
                                            --------------------------------
LASKOWSKI,STANLEY P III          COATESVILLE VAMC      Printed:09/25/2007 09:20
                                 Pt Loc: 8B-DOM                    Vice SF 509
                                            --------------------------------
```

```
-----------------------------------------------------------------------
  MEDICAL RECORD    |     D O C T O R ' S   O R D E R S
-----------------------------------------------------------------------
NOTE: Physician's signature must accompany each entry including standing orders
Date and time for instituting and discontinuing the orders must be recorded
-----------------------------------------------------------------------
  DATE & TIME |          O R D E R S          | SIGNATURES
-----------------------------------------------------------------------


12/03/2007 11:32    VARDENAFIL (LEVITRA) TAB 20MG
                    TAKE ONE TABLET BY MOUTH ONCE DAILY AS NEEDED FOR ERECTILE
                    DYSFUNCTION **DO NOT TAKE MORE THAN ONE DOSE IN A 24 HOUR
                    PERIOD** use one half pill as needed for erectile dysfunction
                    Quantity: 4 Refills: 0
ELECTRONICALLY ENTERED Routing: MAIL
  PAS               Start:                      Req: SANDS,PETER A
                    Stop:                       /es/PETER A SANDS PA-C
                                        Signed: 12/03/2007 11:32
```

```
-----------------------------------------------------------------------
                                   |
  LASKOWSKI, STANLEY P III         |       MEDICAL RECORD
             Loc: 8B-DOM           |
             Rm/Bed: 8B206A-1      | D O C T O R ' S   O R D E R S
  VAMC Coatesville                 |
                                   |      VA FORM 10-1158
       Printed: 12/03/2007 11:32   |_____
```

 

```
-----------------------------------------------------------------------
MEDICAL RECORD        |        D O C T O R ' S   O R D E R S
-----------------------------------------------------------------------
NOTE: Physician's signature must accompany each entry including standing orders
Date and time for instituting and discontinuing the orders must be recorded
-----------------------------------------------------------------------
DATE & TIME |            O R D E R S            | SIGNATURES
-----------------------------------------------------------------------
12/03/2007 08:08    Change OMEPRAZOLE CAP,EC 20MG
                    TAKE ONE CAPSULE BY MOUTH ONCE DAILY FOR ACID REFLUX - TAKE
                    30 MINUTES BEFORE EATING
                    Quantity: 14 Refills: 6
                    to OMEPRAZOLE CAP,EC 20MG
                    TAKE 1 CAPSULE BY MOUTH ONCE DAILY FOR ACID REFLUX - TAKE 30
                    MINUTES BEFORE EATING discharge meds
                    Quantity: 30 Refills: 1
ELECTRONICALLY ENTERED Routing: WINDOW
PAS            Start:                    Req: SANDS,PETER A
               Stop:                     /es/PETER A SANDS PA-C
                                  Signed: 12/03/2007 08:10
12/03/2007 08:08    Change MULTIVITAMINS WITH MINERALS TAB MULTIPLE VITAMIN WITH
                    MINERALS TAB
                    TAKE ONE TABLET BY MOUTH ONCE DAILY
                    Quantity: 14 Refills: 6
                    to MULTIVITAMINS WITH MINERALS TAB MULTIPLE VITAMIN WITH
                    MINERALS TAB
                    TAKE ONE TABLET BY MOUTH ONCE DAILY discharge meds
                    Quantity: 30 Refills: 1
ELECTRONICALLY ENTERED Routing: WINDOW
PAS            Start:                    Req: SANDS,PETER A
               Stop:                     /es/PETER A SANDS PA-C
                                  Signed: 12/03/2007 08:10
12/03/2007 08:09    Change ZOLPIDEM (AMBIEN) TAB 10MG
                    TAKE 1/2 TO 1 TABLET BY MOUTH AT BEDTIME AS NEEDED FOR
                    INSOMNIA
                    Quantity: 20 Refills: 1
                    to ZOLPIDEM (AMBIEN) TAB 10MG
                    TAKE ONE TABLET BY MOUTH AT BEDTIME AS NEEDED FOR INSOMNIA
                    use one half to one tablet as needed for insomnia
                    Quantity: 20 Refills: 1
ELECTRONICALLY ENTERED Routing: WINDOW
PAS            Start:                    Req: SANDS,PETER A
               Stop:                     /es/PETER A SANDS PA-C
                                  Signed: 12/03/2007 08:10
```

```
-----------------------------------------------------------------------
                              |
LASKOWSKI, STANLEY P III      |        MEDICAL RECORD
         Loc: 8B-DOM          |
         Rm/Bed: 8B206A-1      |   D O C T O R ' S   O R D E R S
VAMC Coatesville              |
                              |        VA FORM 10-1158
```

00109

```
--------------------------------------------------------------------------------
  MEDICAL RECORD      |        D O C T O R ' S   O R D E R S
--------------------------------------------------------------------------------
NOTE: Physician's signature must accompany each entry including standing orders
Date and time for instituting and discontinuing the orders must be recorded
--------------------------------------------------------------------------------
 DATE & TIME |            O R D E R S            | SIGNATURES
--------------------------------------------------------------------------------
```

12/03/2007 08:08    Change VENLAFAXINE (EFFEXOR) TAB 37.5MG
                    TAKE ONE TABLET BY MOUTH TWICE A DAY WITH FOOD FOR DEPRESSION
                    AND ANXIETY
                    Quantity: 28 Refills: 6
                    to VENLAFAXINE (EFFEXOR) TAB 37.5MG
                    TAKE ONE TABLET BY MOUTH TWICE A DAY WITH FOOD discharge meds
                    Quantity: 60 Refills: 1
ELECTRONICALLY ENTERED Routing: WINDOW
    PAS             Start:                    Req: SANDS,PETER A
                    Stop:                     /es/PETER A SANDS PA-C
                                        Signed: 12/03/2007 08:10


12/03/2007 08:08    Change TRAMADOL (ULTRAM) TAB 50MG
                    TAKE TWO TABLETS BY MOUTH THREE TIMES A DAY AS NEEDED FOR
                    PAIN USE AS NEEDED FOR ACHES/PAINS
                    Quantity: 84 Refills: 6
                    to TRAMADOL (ULTRAM) TAB 50MG
                    TAKE TWO TABLETS BY MOUTH THREE TIMES A DAY AS NEEDED FOR
                    PAIN discharge meds
                    Quantity: 180 Refills: 1
ELECTRONICALLY ENTERED Routing: WINDOW
    PAS             Start:                    Req: SANDS,PETER A
                    Stop:                     /es/PETER A SANDS PA-C
                                        Signed: 12/03/2007 08:10


12/03/2007 08:08    Change LORATADINE (CLARITIN) TAB,ORAL 10MG
                    TAKE ONE TABLET BY MOUTH ONCE DAILY FOR ALLERGY SYMPTOMS
                    Quantity: 14 Refills: 6
                    to LORATADINE (CLARITIN) TAB,ORAL 10MG
                    TAKE ONE TABLET BY MOUTH ONCE DAILY FOR ALLERGY SYMPTOMS
                    discharge meds
                    Quantity: 30 Refills: 1
ELECTRONICALLY ENTERED Routing: WINDOW
    PAS             Start:                    Req: SANDS,PETER A
                    Stop:                     /es/PETER A SANDS PA-C
                                        Signed: 12/03/2007 08:10

```
-------------------------------------------------------------------------------
                                    |
  LASKOWSKI, STANLEY P III          |       MEDICAL RECORD
  ████████████      Loc: 8B-DOM     |
                    Rm/Bed: 8B206A-1 |  D O C T O R ' S   O R D E R S
  VAMC Coatesville                  |
                                    |       VA FORM 10-1158
       Printed: 12/03/2007 08:10    |_____
```

```
-----------------------------------------------------------------------------------
MEDICAL RECORD      |      D O C T O R ' S   O R D E R S
-----------------------------------------------------------------------------------
NOTE: Physician's signature must accompany each entry including standing orders
Date and time for instituting and discontinuing the orders must be recorded
-----------------------------------------------------------------------------------
DATE & TIME |            O R D E R S            | SIGNATURES
-----------------------------------------------------------------------------------


12/03/2007 08:07    >> Discharge REGULAR Instructions: Discharge of patient from
                       8B
ELECTRONICALLY ENTERED
PAS                Start: 12/04/2007 08:07        Req: SANDS,PETER A
                   Stop: 12/06/2007               /es/CHRISTINE MORRIS O'BRIEN,
                                          Signed: 12/03/2007 08:53
```

```
-----------------------------------------------------------------------------------
  LASKOWSKI, STANLEY P III            |          MEDICAL RECORD
  ██████████        Loc: 8B-DOM       |
                    Rm/Bed: 8B206A-1  |    D O C T O R ' S   O R D E R S
  VAMC Coatesville                    |
                                      |         VA FORM 10-1158
     Printed: 12/03/2007 08:53        |_____
```

```
MEDICAL RECORD          |          D O C T O R ' S   O R D E R S
```

NOTE: Physician's signature must accompany each entry including standing orders
Date and time for instituting and discontinuing the orders must be recorded

```
DATE & TIME |              O R D E R S              | SIGNATURES
```

```
11/30/2007 12:42    >> patient medically cleared for pass
ELECTRONICALLY ENTERED
PAS                  Start: 11/30/2007 12:42        Req: SANDS,PETER A
                     Stop: 12/02/2007               /es/PETER A SANDS PA-C
                                                    Signed: 11/30/2007 12:42
```

```
LASKOWSKI, STANLEY P III          |        MEDICAL RECORD
              Loc: 8B-DOM         |
              Rm/Bed: 8B206A-1    |   D O C T O R ' S   O R D E R S
VAMC Coatesville                  |
                                  |      VA FORM 10-1158
   Printed: 11/30/2007 12:42      |_____
```

```
--------------------------------------------------------------------------------
  MEDICAL RECORD     |      D O C T O R ' S   O R D E R S
--------------------------------------------------------------------------------
NOTE: Physician's signature must accompany each entry including standing orders
Date and time for instituting and discontinuing the orders must be recorded
--------------------------------------------------------------------------------
  DATE & TIME |           O R D E R S          | SIGNATURES
--------------------------------------------------------------------------------
```

11/30/2007 09:58     LEVITRA CONSULT Cons Consultant's Choice
   ELECTRONICALLY ENTERED
   PAS              Start: 11/30/2007 09:58      Req: SANDS,PETER A
                    Stop:                        /es/PETER A SANDS PA-C
                                        Signed: 11/30/2007 09:58

```
--------------------------------------------------------------------------------
                                    |
 LASKOWSKI, STANLEY P III           |        MEDICAL RECORD
 ██████████        Loc: 8B-DOM      |
                   Rm/Bed: 8B206A-1 |   D O C T O R ' S   O R D E R S
 VAMC Coatesville                   |
                                    |       VA FORM 10-1158
    Printed: 11/30/2007 09:58       |_____
```

```
MEDICAL RECORD      |      D O C T O R ' S   O R D E R S
```

NOTE: Physician's signature must accompany each entry including standing orders
Date and time for instituting and discontinuing the orders must be recorded

```
DATE & TIME |            O R D E R S            | SIGNATURES
```

```
11/29/2007 13:45   Discontinue QUETIAPINE FUMARATE (SEROQUEL) TAB 100MG
                   TAKE ONE-HALF TABLET BY MOUTH AT BEDTIME FOR NIGHTMARE
                   SUPPRESSION
                   Quantity: 7 Refills: 6
                   <Requesting Physician Cancelled>
ELECTRONICALLY ENTERED Routing: WINDOW
  PAS              Start: 10/02/2007            Req: SANDS,PETER A
                   Stop: 11/29/2007 13:45       /es/PETER A SANDS PA-C
                            Signed: 11/29/2007 13:45
```

```
LASKOWSKI, STANLEY P III          |         MEDICAL RECORD
                    Loc: 8B-DOM   |
                    Rm/Bed: 8B206A-1  |   D O C T O R ' S   O R D E R S
VAMC Coatesville                  |
                                  |        VA FORM 10-1158
     Printed: 11/29/2007 13:45    |_____
```

```
---------------------------------------------------------------------------
  MEDICAL RECORD      |      D O C T O R ' S   O R D E R S
---------------------------------------------------------------------------
NOTE: Physician's signature must accompany each entry including standing orders
Date and time for instituting and discontinuing the orders must be recorded
---------------------------------------------------------------------------
  DATE & TIME |            O R D E R S          | SIGNATURES
---------------------------------------------------------------------------
```

11/28/2007 13:02    TESTOSTERONE, TOTAL SERUM LC LB #190368
ELECTRONICALLY ENTERED
PAS                  Start: 11/29/2007 07:00       Req: SANDS,PETER A
                     Stop:                          /es/PETER A SANDS PA-C
                                            Signed: 11/28/2007 13:02

```
---------------------------------------------------------------------------
  LASKOWSKI, STANLEY P III        |        MEDICAL RECORD
                   Loc: 8B-DOM    |
                   Rm/Bed: 8B206A-1  |   D O C T O R ' S   O R D E R S
  VAMC Coatesville                |
                                  |       VA FORM 10-1158
     Printed: 11/28/2007 13:02    |_____
```



MEDICAL RECORD      !       D O C T O R ' S   O R D E R S

NOTE: Physician's signature must accompany each entry including standing orders
Date and time for instituting and discontinuing the orders must be recorded

DATE & TIME |              O R D E R S              | SIGNATURES

11/28/2007 12:58    Discontinue NAPROXEN TAB 500MG
                    TAKE ONE TABLET BY MOUTH TWICE A DAY FOR PAIN - TAKE WITH
                    FOOD
                    Quantity: 28 Refills: 6
                    <Requesting Physician Cancelled>
ELECTRONICALLY ENTERED Routing: WINDOW
    PAS              Start: 10/17/2007              Req: SANDS,PETER A
                     Stop: 11/28/2007 12:59         /es/PETER A SANDS PA-C
                                            Signed: 11/28/2007 12:59

11/28/2007 12:58    Change TRAMADOL (ULTRAM) TAB 50MG
                    TAKE ONE TABLET BY MOUTH THREE TIMES A DAY AS NEEDED FOR PAIN
                    Quantity: 42 Refills: 6
                    to TRAMADOL (ULTRAM) TAB 50MG
                    TAKE TWO TABLETS BY MOUTH THREE TIMES A DAY AS NEEDED FOR
                    PAIN use as needed for aches/pains
                    Quantity: 84 Refills: 6
ELECTRONICALLY ENTERED Routing: WINDOW
    PAS              Start:                         Req: SANDS,PETER A
                     Stop:                          /es/PETER A SANDS PA-C
                                            Signed: 11/28/2007 12:59

11/28/2007 12:59    Change VENLAFAXINE XR CAP,SA 37.5MG
                    TAKE THREE CAPSULES BY MOUTH ONCE DAILY WITH FOOD FOR
                    DEPRESSION/ANXIETY
                    Quantity: 42 Refills: 6
                    to VENLAFAXINE XR CAP,SA 75MG
                    TAKE 1 CAPSULE BY MOUTH ONCE DAILY WITH FOOD for
                    depression/anxiety
                    Quantity: 14 Refills: 6
ELECTRONICALLY ENTERED Routing: WINDOW
    PAS              Start:                         Req: SANDS,PETER A
                     Stop:                          /es/PETER A SANDS PA-C
                                            Signed: 11/28/2007 12:59

LASKOWSKI, STANLEY P III              |      MEDICAL RECORD
            Loc: 8B-DOM               |
            Rm/Bed: 8B206A-1          |  D O C T O R ' S   O R D E R S
███████████████                       |
VAMC Coatesville                      |       VA FORM 10-1158
                                      |
     Printed: 11/28/2007 12:59        |_____

 

MEDICAL RECORD      |      D O C T O R ' S   O R D E R S

NOTE: Physician's signature must accompany each entry including standing orders
Date and time for instituting and discontinuing the orders must be recorded

DATE & TIME |            O R D E R S            | SIGNATURES

11/28/2007 12:17    ZOLPIDEM (AMBIEN) TAB 10MG
                    TAKE ONE TABLET BY MOUTH HS AS NEEDED FOR INSOMNIA use one
                    half to one tablet as needed for insomnia
                    Quantity: 20 Refills: 1
ELECTRONICALLY ENTERED Routing: WINDOW
PAS                 Start:                          Req: SANDS,PETER A
                    Stop:                           /es/PETER A SANDS PA-C
                                         Signed: 11/28/2007 12:17

LASKOWSKI, STANLEY P III           |          MEDICAL RECORD
                    Loc: 8B-DOM     |
                    Rm/Bed: 8B206A-1 |   D O C T O R ' S   O R D E R S
VAMC Coatesville                    |
                                    |        VA FORM 10-1158
        Printed: 11/28/2007 12:17   |_____

```
---------------------------------------------------------------------------------
MEDICAL RECORD        |         D O C T O R ' S   O R D E R S
---------------------------------------------------------------------------------
NOTE: Physician's signature must accompany each entry including standing orders
Date and time for instituting and discontinuing the orders must be recorded
---------------------------------------------------------------------------------
DATE & TIME |           O R D E R S            | SIGNATURES
---------------------------------------------------------------------------------
```

11/28/2007 12:17    Discontinue ZOLPIDEM (AMBIEN) TAB 10MG
                    TAKE ONE TABLET BY MOUTH AT BEDTIME AS NEEDED FOR SLEEP
                    Quantity: 20 Refills: 2
                    <Requesting Physician Cancelled>
ELECTRONICALLY ENTERED Routing: WINDOW
PAS                 Start: 10/29/2007            Req: SANDS,PETER A
                    Stop: 11/28/2007 12:17       /es/PETER A SANDS PA-C
                                          Signed: 11/28/2007 12:17

```
---------------------------------------------------------------------------------
   LASKOWSKI, STANLEY P III          |       MEDICAL RECORD
                         Loc: 8B-DOM  |
                         Rm/Bed: 8B206A-1  |  D O C T O R ' S   O R D E R S
   VAMC Coatesville                  |
                                     |       VA FORM 10-1158
      Printed: 11/28/2007 12:17      |_____
```

00118

```
-----------------------------------------------------------------------------
  MEDICAL RECORD      |       D O C T O R ' S   O R D E R S
-----------------------------------------------------------------------------
NOTE: Physician's signature must accompany each entry including standing orders
Date and time for instituting and discontinuing the orders must be recorded
-----------------------------------------------------------------------------
DATE & TIME |           O R D E R S           | SIGNATURES
-----------------------------------------------------------------------------


11/21/2007 09:02    >> patient medically cleared for pass
 ELECTRONICALLY ENTERED
   PAS           Start: 11/24/2007 09:02       Req: SANDS,PETER A
                 Stop: 11/25/2007              /es/PETER A SANDS PA-C
                                  Signed: 11/21/2007 09:02
```

```
-----------------------------------------------------------------------------
                                   |
  LASKOWSKI, STANLEY P III         |          MEDICAL RECORD
  ▓▓▓▓▓▓▓       Loc: 8B-DOM        |
                Rm/Bed: 8B206A-1   |   D O C T O R ' S   O R D E R S
  VAMC Coatesville                 |
                                   |          VA FORM 10-1158
       Printed: 11/21/2007 09:02   |_____
```

00119

```
--------------------------------------------------------------------------------
 MEDICAL RECORD        |      D O C T O R ' S   O R D E R S
--------------------------------------------------------------------------------
NOTE: Physician's signature must accompany each entry including standing orders
Date and time for instituting and discontinuing the orders must be recorded
--------------------------------------------------------------------------------
 DATE & TIME |            O R D E R S          | SIGNATURES
--------------------------------------------------------------------------------


11/16/2007 09:48    >> patient medically cleared for pass
ELECTRONICALLY ENTERED
PAS              Start: 11/17/2007 09:48      Req: SANDS,PETER A
                 Stop: 11/18/2007             /es/PETER A SANDS PA-C
                                    Signed: 11/16/2007 09:49
```

```
--------------------------------------------------------------------------------
 LASKOWSKI, STANLEY P III            |       MEDICAL RECORD
 ███████████        Loc: 8B-DOM      |
                    Rm/Bed: 8B206A-1  | D O C T O R ' S   O R D E R S
 VAMC Coatesville                    |
                                     |      VA FORM 10-1158
      Printed: 11/16/2007 09:49      |_____
```

```
--------------------------------------------------------------------------------
  MEDICAL RECORD      |     D O C T O R ' S   O R D E R S
--------------------------------------------------------------------------------
NOTE: Physician's signature must accompany each entry including standing orders
Date and time for instituting and discontinuing the orders must be recorded
--------------------------------------------------------------------------------
  DATE & TIME |          O R D E R S          | SIGNATURES
--------------------------------------------------------------------------------


11/09/2007 11:06    >> patient medically cleared for pass
  ELECTRONICALLY ENTERED
  PAS              Start: 11/10/2007 11:06      Req: SANDS,PETER A
                   Stop: 11/12/2007             /es/PETER A SANDS PA-C
                                      Signed: 11/09/2007 11:06
```

```
--------------------------------------------------------------------------------
  LASKOWSKI, STANLEY P III      |        MEDICAL RECORD
                 Loc: 8B-DOM    |
                 Rm/Bed: 8B206A-1 |  D O C T O R ' S   O R D E R S
  VAMC Coatesville              |
                                |        VA FORM 10-1158
      Printed: 11/09/2007 11:06 |_____
```

```
-----------------------------------------------------------------------------------------
MEDICAL RECORD        |       D O C T O R ' S   O R D E R S
-----------------------------------------------------------------------------------------
NOTE: Physician's signature must accompany each entry including standing orders
Date and time for instituting and discontinuing the orders must be recorded
-----------------------------------------------------------------------------------------
DATE & TIME |              O R D E R S           |  SIGNATURES
-----------------------------------------------------------------------------------------

11/07/2007 10:10    Renew GUAIFENESIN/DEXTROMETHORPHAN SYRUP GUAIFENESIN DM SYRUP
                    (ROBITUSSIN DM)
                    TAKE 2 TEASPOONFULS BY MOUTH EVERY 6 HOURS AS NEEDED FOR
                    COUGH FOR COUGH use as needed for cough
                    Quantity: 120 Refills: 0
ELECTRONICALLY ENTERED Routing: WINDOW
   PP               Start:                    Req: PARKER,PAMELA
                    Stop:                        /es/PAMELA A. PARKER,PA-C
                                    Signed: 11/07/2007 10:11


11/07/2007 10:10    Renew BENZOCAINE/MENTHOL (CHLORASEPTIC) LOZENGE BENZOCAINE
                    6MG/MENTHOL 10MG LOZENGE
                    DISSOLVE 1 LOZENGE IN MOUTH 6-TIMES-A-DAY AS NEEDED FOR SORE
                    THROAT AS NEEDED FOR SORE THROAT use as needed for sore
                    throat
                    Quantity: 18 Refills: 0
ELECTRONICALLY ENTERED Routing: WINDOW
   PP               Start:                    Req: PARKER,PAMELA
                    Stop:                        /es/PAMELA A. PARKER,PA-C
                                    Signed: 11/07/2007 10:11
```

```
-----------------------------------------------------------------------------------------
                                           |
  LASKOWSKI, STANLEY P III                 |        MEDICAL RECORD
  ▮▮▮▮▮▮▮▮▮▮  Loc: 8B-DOM                   |
              Rm/Bed: 8B206A-1             |  D O C T O R ' S   O R D E R S
  VAMC Coatesville                         |
                                           |        VA FORM 10-1158
     Printed: 11/07/2007 10:11             |_____
```

```
-------------------------------------------------------------------------------
   MEDICAL RECORD        |        D O C T O R ' S   O R D E R S
-------------------------------------------------------------------------------
NOTE: Physician's signature must accompany each entry including standing orders
Date and time for instituting and discontinuing the orders must be recorded
-------------------------------------------------------------------------------
DATE & TIME |           O R D E R S            | SIGNATURES
-------------------------------------------------------------------------------

11/02/2007 10:52    >> patient medically cleared for pass
ELECTRONICALLY ENTERED
PAS              Start: 11/03/2007 10:52      Req: SANDS,PETER A
                 Stop: 11/04/2007             /es/PETER A SANDS PA-C
                                    Signed: 11/02/2007 10:52
```

```
                                 |
   LASKOWSKI, STANLEY P III       |        MEDICAL RECORD
                Loc: 8B-DOM       |
                Rm/Bed: 8B206A-1  |  D O C T O R ' S   O R D E R S
   VAMC Coatesville               |
                                 |       VA FORM 10-1158
        Printed: 11/02/2007 10:52 |_____
```

```
--------------------------------------------------------------------------
  MEDICAL RECORD        |        D O C T O R ' S   O R D E R S
--------------------------------------------------------------------------
NOTE: Physician's signature must accompany each entry including standing orders
Date and time for instituting and discontinuing the orders must be recorded
--------------------------------------------------------------------------
  DATE & TIME |            O R D E R S            | SIGNATURES
--------------------------------------------------------------------------
```

10/29/2007 13:19   Renew BENZOCAINE/MENTHOL (CHLORASEPTIC) LOZENGE BENZOCAINE
                   6MG/MENTHOL 10MG LOZENGE
                   DISSOLVE 1 LOZENGE IN MOUTH 6-TIMES-A-DAY AS NEEDED FOR SORE
                   THROAT AS NEEDED FOR SORE THROAT use as needed for sore
                   throat
                   Quantity: 18 Refills: 0
ELECTRONICALLY ENTERED Routing: WINDOW
PAS                Start:                     Req: SANDS,PETER A
                   Stop:                      /es/PETER A SANDS PA-C
                                      Signed: 10/29/2007 13:23


10/29/2007 13:20   Renew GUAIFENESIN/DEXTROMETHORPHAN SYRUP GUAIFENESIN DM SYRUP
                   (ROBITUSSIN DM)
                   TAKE 2 TEASPOONFULS BY MOUTH EVERY 6 HOURS AS NEEDED FOR
                   COUGH FOR COUGH use as needed for cough
                   Quantity: 120 Refills: 0
ELECTRONICALLY ENTERED Routing: WINDOW
PAS                Start:                     Req: SANDS,PETER A
                   Stop:                      /es/PETER A SANDS PA-C
                                      Signed: 10/29/2007 13:23


10/29/2007 13:21   Discontinue MIRTAZAPINE (REMERON) TAB 15MG
                   TAKE ONE TABLET BY MOUTH AT BEDTIME FOR INSOMNIA
                   Quantity: 14 Refills: 6
                   <Requesting Physician Cancelled>
ELECTRONICALLY ENTERED Routing: WINDOW
PAS                Start: 09/25/2007          Req: SANDS,PETER A
                   Stop: 10/29/2007 13:23     /es/PETER A SANDS PA-C
                                      Signed: 10/29/2007 13:23


10/29/2007 13:22   ZOLPIDEM (AMBIEN) TAB 10MG
                   TAKE ONE TABLET BY MOUTH HS AS NEEDED FOR INSOMNIA use as
                   needed for insomnia
                   Quantity: 20 Refills: 2
ELECTRONICALLY ENTERED Routing: WINDOW
PAS                Start:                     Req: SANDS,PETER A
                   Stop:                      /es/PETER A SANDS PA-C
                                      Signed: 10/29/2007 13:23
```

```
--------------------------------------------------------------------------
                                    |
  LASKOWSKI, STANLEY P III          |        MEDICAL RECORD
                 Loc: 8B-DOM        |
                 Rm/Bed: 8B206A-1   |   D O C T O R ' S   O R D E R S
                                    |
  VAMC Coatesville                  |
                                    |        VA FORM 10-1158
       Printed: 10/29/2007 13:23    |_____
```

```
------------------------------------------------------------------------------------
  MEDICAL RECORD    |     D O C T O R ' S   O R D E R S
------------------------------------------------------------------------------------
NOTE: Physician's signature must accompany each entry including standing orders
Date and time for instituting and discontinuing the orders must be recorded
------------------------------------------------------------------------------------
 DATE & TIME |         O R D E R S        | SIGNATURES
------------------------------------------------------------------------------------
```

10/19/2007 09:42    >> patient medically cleared for pass
   ELECTRONICALLY ENTERED
   PAS              Start: 10/20/2007 09:41      Req: SANDS,PETER A
                    Stop: 10/21/2007             /es/PETER A SANDS PA-C
                                           Signed: 10/19/2007 09:42

```
------------------------------------------------------------------------------------
                                     |
 LASKOWSKI, STANLEY P III            |      MEDICAL RECORD
 ███████████████     Loc: 8B-DOM     |
                     Rm/Bed: 8B206A-1 | D O C T O R ' S   O R D E R S
 VAMC Coatesville                    |
                                     |      VA FORM 10-1158
   Printed: 10/19/2007 09:42         |_____
```

```
--------------------------------------------------------------------------------
MEDICAL RECORD        |        D O C T O R ' S   O R D E R S
--------------------------------------------------------------------------------
NOTE: Physician's signature must accompany each entry including standing orders
Date and time for instituting and discontinuing the orders must be recorded
--------------------------------------------------------------------------------
DATE & TIME |            O R D E R S            | SIGNATURES
--------------------------------------------------------------------------------
```

10/17/2007 13:28   Change VENLAFAXINE XR CAP,SA 75MG
                   TAKE ONE CAPSULE BY MOUTH ONCE DAILY WITH FOOD FOR
                   DEPRESSION/ANXIETY
                   Quantity: 7 Refills: 7
                   to VENLAFAXINE XR CAP,SA 37.5MG
                   TAKE 3 CAPSULES BY MOUTH ONCE DAILY WITH FOOD for
                   depression/anxiety
                   Quantity: 42 Refills: 6
ELECTRONICALLY ENTERED Routing: WINDOW
PAS              Start:                    Req: SANDS,PETER A
                 Stop:                     /es/PETER A SANDS PA-C
                                           Signed: 10/17/2007 13:31


10/17/2007 13:30   NAPROXEN TAB 500MG
                   TAKE ONE TABLET BY MOUTH TWICE A DAY FOR PAIN - TAKE WITH
                   FOOD for hip/knee pain
                   Quantity: 28 Refills: 6
ELECTRONICALLY ENTERED Routing: WINDOW
PAS              Start:                    Req: SANDS,PETER A
                 Stop:                     /es/PETER A SANDS PA-C
                                           Signed: 10/17/2007 13:31

```
--------------------------------------------------------------------------------
                                    |
  LASKOWSKI, STANLEY P III          |       MEDICAL RECORD
                  Loc: 8B-DOM       |
                  Rm/Bed: 8B206A-1  |  D O C T O R ' S   O R D E R S
                                    |
  VAMC Coatesville                  |       VA FORM 10-1158
                                    |
      Printed: 10/17/2007 13:31     |_____
```

```
------------------------------------------------------------------------
  MEDICAL RECORD      |      D O C T O R ' S   O R D E R S
------------------------------------------------------------------------
NOTE: Physician's signature must accompany each entry including standing orders
Date and time for instituting and discontinuing the orders must be recorded
------------------------------------------------------------------------
  DATE & TIME |            O R D E R S          | SIGNATURES
------------------------------------------------------------------------
```

10/16/2007 13:52    >> KT GYM - Evaluation & Treatment
                    Precautions: exercise as tolerated,
                    Frequency: 3x/week
                    Duration: 4 weeks
                    Type of Treatment:
                    General Conditioning Please see note dated 10/16/07.
ELECTRONICALLY ENTERED
RKH                      Start: 10/16/2007 13:52        Req: HANSPAL,REENA K
                         Stop: 11/15/2007               /es/REENA K. HANSPAL M.D.
                                            Signed: 10/16/2007 13:52


10/16/2007 13:52    >> KT POOL - Evaluation & Treatment
                    Precautions: exercise as tolerated,
                    Frequency: 2x/week
                    Duration: 4 weeks
                    Type of Treatment: Pool
                    Please see note dated 10/16/07
ELECTRONICALLY ENTERED
RKH                      Start: 10/16/2007 13:52        Req: HANSPAL,REENA K
                         Stop: 11/15/2007               /es/REENA K. HANSPAL M.D.
                                            Signed: 10/16/2007 13:52


```
------------------------------------------------------------------------
LASKOWSKI, STANLEY P III          |        MEDICAL RECORD
                  Loc: 8B-DOM     |
                  Rm/Bed: 8B206A-1 |  D O C T O R ' S   O R D E R S
VAMC Coatesville                  |
                                  |        VA FORM 10-1158
   Printed: 10/16/2007 13:52      |_____
```

MEDICAL RECORD |   D O C T O R ' S   O R D E R S

NOTE: Physician's signature must accompany each entry including standing orders
Date and time for instituting and discontinuing the orders must be recorded

DATE & TIME |              O R D E R S              | SIGNATURES

10/10/2007 14:59    Change VENLAFAXINE XR CAP,SA 37.5MG
                    TAKE ONE CAPSULE BY MOUTH ONCE DAILY WITH FOOD FOR
                    DEPRESSION/ANXIETY
                    Quantity: 14 Refills: 0
                    to VENLAFAXINE XR CAP,SA 75MG
                    TAKE 1 CAPSULE BY MOUTH ONCE DAILY WITH FOOD for
                    depression/anxiety
                    Quantity: 7 Refills: 7
ELECTRONICALLY ENTERED Routing: WINDOW
    MLL         Start:                    Req: LOVE,MARGARET L
                Stop:                     /es/MARGARET L LOVE, PA-C
                                   Signed: 10/10/2007 15:00

LASKOWSKI, STANLEY P III                  |        MEDICAL RECORD
                        Loc: 8B-DOM       |
                        Rm/Bed: 8B206A-1  |   D O C T O R ' S   O R D E R S
VAMC Coatesville                          |
                                          |        VA FORM 10-1158
        Printed: 10/10/2007 15:00         |_____

```
-----------------------------------------------------------------------------------
MEDICAL RECORD     |        D O C T O R ' S   O R D E R S
-----------------------------------------------------------------------------------
NOTE: Physician's signature must accompany each entry including standing orders
Date and time for instituting and discontinuing the orders must be recorded
-----------------------------------------------------------------------------------
DATE & TIME |          O R D E R S          | SIGNATURES
-----------------------------------------------------------------------------------
10/05/2007 13:45    ACETAMINOPHEN (TYLENOL) TAB 325MG
                    TAKE TWO TABLETS BY MOUTH THREE TIMES A DAY AS NEEDED FOR
                    PAIN OR FEVER use as needed for fever/aches
                    Quantity: 42 Refills: 0
ELECTRONICALLY ENTERED Routing: WINDOW
PAS                    Start:                     Req: SANDS,PETER A
                       Stop:                      /es/PETER A SANDS PA-C
                                           Signed: 10/05/2007 13:46
```

```
-----------------------------------------------------------------------------------
LASKOWSKI, STANLEY P III              |        MEDICAL RECORD
            Loc: 8B-DOM               |
            Rm/Bed: 8B206A-1          |   D O C T O R ' S   O R D E R S
                                      |
VAMC Coatesville                      |        VA FORM 10-1158
```

```
--------------------------------------------------------------------------------
   MEDICAL RECORD        |        D O C T O R ' S   O R D E R S
--------------------------------------------------------------------------------
NOTE: Physician's signature must accompany each entry including standing orders
Date and time for instituting and discontinuing the orders must be recorded
--------------------------------------------------------------------------------
DATE & TIME |              O R D E R S            | SIGNATURES
--------------------------------------------------------------------------------
```

10/05/2007 13:44    PSEUDOEPHEDRINE (SUDAFED) TAB 30MG
                    TAKE ONE TABLET BY MOUTH EVERY 8 HOURS AS NEEDED FOR
                    CONGESTION use as needed for sinus congestion
                    Quantity: 12 Refills: 0
ELECTRONICALLY ENTERED Routing: WINDOW
PAS              Start:                     Req: SANDS,PETER A
                 Stop:                      /es/PETER A SANDS PA-C
                                            Signed: 10/05/2007 13:46


10/05/2007 13:44    LORATADINE (CLARITIN) TAB,ORAL 10MG
                    TAKE ONE TABLET BY MOUTH ONCE DAILY FOR ALLERGY SYMPTOMS for
                    allergy symptoms
                    Quantity: 14 Refills: 6
ELECTRONICALLY ENTERED Routing: WINDOW
PAS              Start:                     Req: SANDS,PETER A
                 Stop:                      /es/PETER A SANDS PA-C
                                            Signed: 10/05/2007 13:46


10/05/2007 13:44    GUAIFENESIN/DEXTROMETHORPHAN SYRUP GUAIFENESIN DM SYRUP
                    (ROBITUSSIN DM)
                    TAKE 2 TEASPOONFULS BY MOUTH Q6H AS NEEDED FOR COUGH use as
                    needed for cough
                    Quantity: 120 Refills: 0
ELECTRONICALLY ENTERED Routing: WINDOW
PAS              Start:                     Req: SANDS,PETER A
                 Stop:                      /es/PETER A SANDS PA-C
                                            Signed: 10/05/2007 13:46


10/05/2007 13:45    BENZOCAINE/MENTHOL (CHLORASEPTIC) LOZENGE BENZOCAINE
                    6MG/MENTHOL 10MG LOZENGE
                    DISSOLVE 1 LOZENGE IN MOUTH 6XD AS NEEDED use as needed for
                    sore throat
                    Quantity: 18 Refills: 0
ELECTRONICALLY ENTERED Routing: WINDOW
PAS              Start:                     Req: SANDS,PETER A
                 Stop:                      /es/PETER A SANDS PA-C
                                            Signed: 10/05/2007 13:46


```
--------------------------------------------------------------------------------
                                          |
   LASKOWSKI, STANLEY P III               |      MEDICAL RECORD
              Loc: 8B-DOM                 |
              Rm/Bed: 8B206A-1            |   D O C T O R ' S   O R D E R S
                                          |
   VAMC Coatesville                       |      VA FORM 10-1158
                                          |
      Printed: 10/05/2007 13:46           |_____
```

00130

```
MEDICAL RECORD       |       D O C T O R ' S   O R D E R S
```
-----------------------------------------------------------------------
NOTE: Physician's signature must accompany each entry including standing orders
Date and time for instituting and discontinuing the orders must be recorded
-----------------------------------------------------------------------
```
DATE & TIME |            O R D E R S            | SIGNATURES
```
-----------------------------------------------------------------------

```
10/02/2007 10:18    Discontinue TUBERCULIN SKIN TEST INJ,SOLN 5UNT/0.1ML
                    INJECT 0.1ML INTRADERMALLY ONCE READ IN 2-3 DAYS
                    Quantity: 1 Refills: 0
                    <Entered in error>
ELECTRONICALLY ENTERED Routing: WINDOW
PAS                 Start: 09/25/2007          Req: SANDS,PETER A
                    Stop: 10/02/2007 10:18      /es/PETER A SANDS PA-C
                                           Signed: 10/02/2007 10:18
```

-----------------------------------------------------------------------
```
LASKOWSKI, STANLEY P III            |       MEDICAL RECORD
███████████████     Loc: 8B-DOM     |
                    Rm/Bed: 8B206A-1 | D O C T O R ' S   O R D E R S
VAMC Coatesville                    |
                                    |       VA FORM 10-1158
    Printed: 10/02/2007 10:18       |  _____
```

```
MEDICAL RECORD        |        D O C T O R ' S   O R D E R S
```

NOTE: Physician's signature must accompany each entry including standing orders
Date and time for instituting and discontinuing the orders must be recorded

```
DATE & TIME |              O R D E R S          | SIGNATURES
```

10/02/2007 10:12    Change QUETIAPINE FUMARATE (SEROQUEL) TAB 50MG
                    TAKE ONE-HALF TABLET BY MOUTH AT BEDTIME FOR NIGHTMARE
                    SUPPRESSION
                    Quantity: 7 Refills: 6
                    to QUETIAPINE FUMARATE (SEROQUEL) TAB 100MG
                    TAKE ONE-HALF TABLET BY MOUTH AT BEDTIME for nightmare
                    suppression
                    Quantity: 7 Refills: 6
ELECTRONICALLY ENTERED Routing: WINDOW
PAS                 Start:                    Req: SANDS,PETER A
                    Stop:                     /es/PETER A SANDS PA-C
                                        Signed: 10/02/2007 10:13

```
LASKOWSKI, STANLEY P III        |        MEDICAL RECORD
         Loc: 8B-DOM            |
         Rm/Bed: 8B206A-1       | D O C T O R ' S   O R D E R S
VAMC Coatesville               |
                               |        VA FORM 10-1158
    Printed: 10/02/2007 10:13  |_____
```

```
MEDICAL RECORD        |      D O C T O R ' S   O R D E R S
```

NOTE: Physician's signature must accompany each entry including standing orders
Date and time for instituting and discontinuing the orders must be recorded

```
DATE & TIME |              O R D E R S              | SIGNATURES
```

10/02/2007 09:03    Discontinue PNEUMOCOCCAL VACCINE INJ PNEUMOCOCCAL VACCINE INJ
                    INJECT 0.5ML INTRAMUSCULAR ONCE
                    Quantity: 1 Refills: 0
                    <Requesting Physician Cancelled>
ELECTRONICALLY ENTERED Routing: WINDOW
PAS                 Start: 09/25/2007           Req: SANDS,PETER A
                    Stop: 10/02/2007 09:03       /es/PETER A SANDS PA-C
                                        Signed: 10/02/2007 09:03


10/02/2007 09:03    Discontinue INFLUENZA VIRUS VACCINE INJ,SOLN INFLUENZA VIRUS
                    VACCINE INJ
                    INJECT 0.5ML INTRAMUSCULAR ONCE
                    Quantity: 1 Refills: 0
                    <Requesting Physician Cancelled>
ELECTRONICALLY ENTERED Routing: WINDOW
PAS                 Start: 09/25/2007           Req: SANDS,PETER A
                    Stop: 10/02/2007 09:03       /es/PETER A SANDS PA-C
                                        Signed: 10/02/2007 09:03
```

```
LASKOWSKI, STANLEY P III           |        MEDICAL RECORD
                   Loc: 8B-DOM     |
                   Rm/Bed: 8B206A-1|   D O C T O R ' S   O R D E R S
VAMC Coatesville                   |
                                   |        VA FORM 10-1158
     Printed: 10/02/2007 09:03     |_____
```

 

```
------------------------------------------------------------------------
  MEDICAL RECORD       |        D O C T O R ' S   O R D E R S
------------------------------------------------------------------------
NOTE: Physician's signature must accompany each entry including standing orders
Date and time for instituting and discontinuing the orders must be recorded
------------------------------------------------------------------------
 DATE & TIME |           O R D E R S              | SIGNATURES
------------------------------------------------------------------------
09/25/2007 09:37    QUETIAPINE FUMARATE (SEROQUEL) TAB 50MG
                    TAKE ONE-HALF TABLET BY MOUTH AT BEDTIME for nightmare
                    suppression
                    Quantity: 7 Refills: 6
ELECTRONICALLY ENTERED Routing: WINDOW
    PAS              Start:                  Req: SANDS,PETER A
                     Stop:                   /es/PETER A SANDS PA-C
                                     Signed: 09/25/2007 09:43

09/25/2007 09:38    TRAMADOL (ULTRAM) TAB 50MG
                    TAKE ONE TABLET BY MOUTH THREE TIMES A DAY AS NEEDED FOR PAIN
                    use as needed for aches/pains
                    Quantity: 42 Refills: 6
ELECTRONICALLY ENTERED Routing: WINDOW
    PAS              Start:                  Req: SANDS,PETER A
                     Stop:                   /es/PETER A SANDS PA-C
                                     Signed: 09/25/2007 09:43

09/25/2007 09:40    PNEUMOCOCCAL VACCINE INJ PNEUMOCOCCAL VACCINE INJ
                    INJECT 0.5ML INTRAMUSCULAR ONCE
                    Quantity: 1 Refills: 0
ELECTRONICALLY ENTERED Routing: WINDOW
    PAS              Start:                  Req: SANDS,PETER A
                     Stop:                   /es/PETER A SANDS PA-C
                                     Signed: 09/25/2007 09:43

09/25/2007 09:40    INFLUENZA VIRUS VACCINE INJ,SOLN INFLUENZA VIRUS VACCINE INJ
                    INJECT 0.5ML INTRAMUSCULAR ONCE
                    Quantity: 1 Refills: 0
ELECTRONICALLY ENTERED Routing: WINDOW
    PAS              Start:                  Req: SANDS,PETER A
                     Stop:                   /es/PETER A SANDS PA-C
                                     Signed: 09/25/2007 09:43
```

```
------------------------------------------------------------------------
                                     |
 LASKOWSKI, STANLEY P III            |        MEDICAL RECORD
 ▮▮▮▮▮▮▮▮▮▮▮▮     Loc: 8B-DOM         |.
                                     |  D O C T O R ' S   O R D E R S
 VAMC Coatesville                    |
                                     |        VA FORM 10-1158
```

 

```
-----------------------------------------------------------------------------------------
  MEDICAL RECORD        |        D O C T O R ' S   O R D E R S
-----------------------------------------------------------------------------------------
NOTE: Physician's signature must accompany each entry including standing orders
Date and time for instituting and discontinuing the orders must be recorded
-----------------------------------------------------------------------------------------
  DATE & TIME |                 O R D E R S              | SIGNATURES
-----------------------------------------------------------------------------------------
```

09/25/2007 09:25   MULTIVITAMINS WITH MINERALS TAB MULTIPLE VITAMIN WITH
                   MINERALS TAB
                   TAKE ONE TABLET BY MOUTH ONCE DAILY for nutrition
                   Quantity: 14 Refills: 6
ELECTRONICALLY ENTERED Routing: WINDOW
PAS                Start:                      Req: SANDS,PETER A
                   Stop:                       /es/PETER A SANDS PA-C
                                    Signed: 09/25/2007 09:43

09/25/2007 09:26   PM&R PHYSICIANS Cons Consultant's Choice
ELECTRONICALLY ENTERED
PAS                Start: 09/25/2007 09:43     Req: SANDS,PETER A
                   Stop:                       /es/PETER A SANDS PA-C
                                    Signed: 09/25/2007 09:43

09/25/2007 09:35   VENLAFAXINE XR CAP,SA 37.5MG
                   TAKE 1 CAPSULE BY MOUTH ONCE DAILY WITH FOOD for
                   depression/anxiety
                   Quantity: 14 Refills: 0
ELECTRONICALLY ENTERED Routing: WINDOW
PAS                Start:                      Req: SANDS,PETER A
                   Stop:                       /es/PETER A SANDS PA-C
                                    Signed: 09/25/2007 09:43

09/25/2007 09:36   OMEPRAZOLE CAP,EC 20MG
                   TAKE 1 CAPSULE BY MOUTH ONCE DAILY FOR ACID REFLUX - TAKE 30
                   MINUTES BEFORE EATING for heartburn symptoms
                   Quantity: 14 Refills: 6
ELECTRONICALLY ENTERED Routing: WINDOW
PAS                Start:                      Req: SANDS,PETER A
                   Stop:                       /es/PETER A SANDS PA-C
                                    Signed: 09/25/2007 09:43

09/25/2007 09:36   MIRTAZAPINE (REMERON) TAB 15MG
                   TAKE ONE TABLET BY MOUTH AT BEDTIME for insomnia
                   Quantity: 14 Refills: 6
ELECTRONICALLY ENTERED Routing: WINDOW
PAS                Start:                      Req: SANDS,PETER A
                   Stop:                       /es/PETER A SANDS PA-C
                                    Signed: 09/25/2007 09:43

```
-----------------------------------------------------------------------------------------
```
LASKOWSKI, STANLEY P III              |        MEDICAL RECORD
                   Loc: 8B-DOM        |
████████████                          |     D O C T O R ' S   O R D E R S
VAMC Coatesville                      |
                                      |        VA FORM 10-1158
```

```
MEDICAL RECORD      |       D O C T O R ' S   O R D E R S
```
-----------------------------------------------------------------------------------
NOTE: Physician's signature must accompany each entry including standing orders
Date and time for instituting and discontinuing the orders must be recorded
-----------------------------------------------------------------------------------
```
DATE & TIME |           O R D E R S           | SIGNATURES
```
-----------------------------------------------------------------------------------

09/25/2007 09:24    >> Admit to 8B-DOM
   ELECTRONICALLY ENTERED
   PAS           Start: 09/25/2007 09:43       Req: SANDS,PETER A
                 Stop: 09/26/2007              /es/PETER A SANDS PA-C
                                     Signed: 09/25/2007 09:43


09/25/2007 09:24    REGULAR-D Diet
   ELECTRONICALLY ENTERED
   PAS           Start: 09/25/2007 09:43       Req: SANDS,PETER A
                 Stop:                         /es/PETER A SANDS PA-C
                                     Signed: 09/25/2007 09:43


09/25/2007 09:24    TUBERCULIN SKIN TEST INJ,SOLN 5UNT/0.1ML
                    INJECT 0.1ML INTRADERMALLY ONCE READ IN 2-3 DAYS
                    Quantity: 1 Refills: 0
   ELECTRONICALLY ENTERED Routing: ADMINISTERED IN CLINIC
   PAS           Start:                        Req: SANDS,PETER A
                 Stop:                         /es/PETER A SANDS PA-C
                                     Signed: 09/25/2007 09:43


09/25/2007 09:24    CHEM 14 SERUM LC LB #156773
   ELECTRONICALLY ENTERED
   PAS           Start: 09/26/2007 07:00       Req: SANDS,PETER A
                 Stop:                         /es/PETER A SANDS PA-C
                                     Signed: 09/25/2007 09:43


09/25/2007 09:24    CBC BLOOD LC LB #156773
   ELECTRONICALLY ENTERED
   PAS           Start: 09/26/2007 07:00       Req: SANDS,PETER A
                 Stop:                         /es/PETER A SANDS PA-C
                                     Signed: 09/25/2007 09:43


09/25/2007 09:24    ACUTE HEPATITIS PANEL (HCFA) SERUM LC LB #156773
   ELECTRONICALLY ENTERED
   PAS           Start: 09/26/2007 07:00       Req: SANDS,PETER A
                 Stop:                         /es/PETER A SANDS PA-C
                                     Signed: 09/25/2007 09:43
```

-----------------------------------------------------------------------------------
```
  LASKOWSKI, STANLEY P III          |       MEDICAL RECORD
                 Loc: 8B-DOM        |
                                    | D O C T O R ' S   O R D E R S
  VAMC Coatesville                  |
                                    |     VA FORM 10-1158
     Printed: 09/25/2007 09:43      |_____
```

 

```
------------------------------------------------------------------------
    MEDICAL RECORD      |      D O C T O R ' S   O R D E R S
------------------------------------------------------------------------
NOTE: Physician's signature must accompany each entry including standing orders
Date and time for instituting and discontinuing the orders must be recorded
------------------------------------------------------------------------
DATE & TIME |           O R D E R S           | SIGNATURES
------------------------------------------------------------------------
(...continued)
        P   DRUG SCREEN URINE-DAU WC LB #156814  Start: 12/12/07
        P   DRUG SCREEN URINE-DAU WC LB #156815  Start: 12/14/07
        P   DRUG SCREEN URINE-DAU WC LB #156816  Start: 12/16/07
        P   DRUG SCREEN URINE-DAU WC LB #156817  Start: 12/18/07
        P   DRUG SCREEN URINE-DAU WC LB #156818  Start: 12/20/07
        P   DRUG SCREEN URINE-DAU WC LB #156819  Start: 12/22/07
        P   DRUG SCREEN URINE-DAU WC LB #156820  Start: 12/24/07
        P   DRUG SCREEN URINE-DAU WC LB #156821  Start: 12/26/07
        P   DRUG SCREEN URINE-DAU WC LB #156822  Start: 12/28/07
        P   DRUG SCREEN URINE-DAU WC LB #156823  Start: 12/30/07
        P   DRUG SCREEN URINE-DAU WC LB #156824  Start: 1/1/08
ELECTRONICALLY ENTERED
PAS              Start: 09/25/2007          Req: SANDS,PETER A
                 Stop:                      /es/PETER A SANDS PA-C
                                         Signed: 09/25/2007 09:43
09/25/2007 09:24    PSA(ACCESS2) SERUM LC LB #156773
ELECTRONICALLY ENTERED
PAS              Start: 09/26/2007 07:00    Req: SANDS,PETER A
                 Stop:                      /es/PETER A SANDS PA-C
                                         Signed: 09/25/2007 09:43
09/25/2007 09:24    >> BREATHALYZER on admission and PRN thereafter
ELECTRONICALLY ENTERED
PAS              Start: 09/25/2007 09:43    Req: SANDS,PETER A
                 Stop: 11/27/2007           /es/PETER A SANDS PA-C
                                         Signed: 09/25/2007 09:43
09/25/2007 09:24    >> DAY PASSES FRI,SAT,SUN 1 WEEK AFTER ADMISSION OR AT THE
                    DISCRETION OF THE PRIMARY THERAPIST.
ELECTRONICALLY ENTERED
PAS              Start: 09/25/2007 09:43    Req: SANDS,PETER A
                 Stop: 11/27/2007           /es/PETER A SANDS PA-C
                                         Signed: 09/25/2007 09:43
09/25/2007 09:25    >> Activity Ad Lib
ELECTRONICALLY ENTERED
PAS              Start: 09/25/2007 09:43    Req: SANDS,PETER A
                 Stop: 10/02/2007           /es/PETER A SANDS PA-C
                                         Signed: 09/25/2007 09:43




------------------------------------------------------------------------
LASKOWSKI, STANLEY P III        |       MEDICAL RECORD
              Loc: 8B-DOM       |
[REDACTED]                      |    D O C T O R ' S   O R D E R S
VAMC Coatesville                |
                                |       VA FORM 10-1158
```

 

```
--------------------------------------------------------------------------------
  MEDICAL RECORD      |       D O C T O R ' S   O R D E R S
--------------------------------------------------------------------------------
NOTE: Physician's signature must accompany each entry including standing orders
Date and time for instituting and discontinuing the orders must be recorded
--------------------------------------------------------------------------------
DATE & TIME |           O R D E R S           | SIGNATURES
--------------------------------------------------------------------------------
09/25/2007 09:24    DRUG SCREEN URINE-DAU WC QOD
            p    DRUG SCREEN URINE-DAU WC LB #156775   Start: 9/25/07
            p    DRUG SCREEN URINE-DAU WC LB #156776   Start: 9/27/07
            p    DRUG SCREEN URINE-DAU WC LB #156777   Start: 9/29/07
            p    DRUG SCREEN URINE-DAU WC LB #156778   Start: 10/1/07
            p    DRUG SCREEN URINE-DAU WC LB #156779   Start: 10/3/07
            p    DRUG SCREEN URINE-DAU WC LB #156780   Start: 10/5/07
            p    DRUG SCREEN URINE-DAU WC LB #156781   Start: 10/7/07
            p    DRUG SCREEN URINE-DAU WC LB #156782   Start: 10/9/07
            p    DRUG SCREEN URINE-DAU WC LB #156783   Start: 10/11/07
            p    DRUG SCREEN URINE-DAU WC LB #156784   Start: 10/13/07
            p    DRUG SCREEN URINE-DAU WC LB #156785   Start: 10/15/07
            p    DRUG SCREEN URINE-DAU WC LB #156786   Start: 10/17/07
            p    DRUG SCREEN URINE-DAU WC LB #156787   Start: 10/19/07
            p    DRUG SCREEN URINE-DAU WC LB #156788   Start: 10/21/07
            p    DRUG SCREEN URINE-DAU WC LB #156789   Start: 10/23/07
            p    DRUG SCREEN URINE-DAU WC LB #156790   Start: 10/25/07
            p    DRUG SCREEN URINE-DAU WC LB #156791   Start: 10/27/07
            p    DRUG SCREEN URINE-DAU WC LB #156792   Start: 10/29/07
            p    DRUG SCREEN URINE-DAU WC LB #156793   Start: 10/31/07
            p    DRUG SCREEN URINE-DAU WC LB #156794   Start: 11/2/07
            p    DRUG SCREEN URINE-DAU WC LB #156795   Start: 11/4/07
            p    DRUG SCREEN URINE-DAU WC LB #156796   Start: 11/6/07
            p    DRUG SCREEN URINE-DAU WC LB #156797   Start: 11/8/07
            p    DRUG SCREEN URINE-DAU WC LB #156798   Start: 11/10/07
            p    DRUG SCREEN URINE-DAU WC LB #156799   Start: 11/12/07
            p    DRUG SCREEN URINE-DAU WC LB #156800   Start: 11/14/07
            p    DRUG SCREEN URINE-DAU WC LB #156801   Start: 11/16/07
            p    DRUG SCREEN URINE-DAU WC LB #156802   Start: 11/18/07
            p    DRUG SCREEN URINE-DAU WC LB #156803   Start: 11/20/07
            p    DRUG SCREEN URINE-DAU WC LB #156804   Start: 11/22/07
            p    DRUG SCREEN URINE-DAU WC LB #156805   Start: 11/24/07
            p    DRUG SCREEN URINE-DAU WC LB #156806   Start: 11/26/07
            p    DRUG SCREEN URINE-DAU WC LB #156807   Start: 11/28/07
            p    DRUG SCREEN URINE-DAU WC LB #156808   Start: 11/30/07
            p    DRUG SCREEN URINE-DAU WC LB #156809   Start: 12/2/07
            p    DRUG SCREEN URINE-DAU WC LB #156810   Start: 12/4/07
            p    DRUG SCREEN URINE-DAU WC LB #156811   Start: 12/6/07
            p    DRUG SCREEN URINE-DAU WC LB #156812   Start: 12/8/07
            p    DRUG SCREEN URINE-DAU WC LB #156813   Start: 12/10/07
```

(continued...)

```
--------------------------------------------------------------------------------
                                    |
  LASKOWSKI, STANLEY P III          |         MEDICAL RECORD
                                    |
  [REDACTED]         Loc: 8B-DOM    |   D O C T O R ' S   O R D E R S
                                    |
  VAMC Coatesville                  |        VA FORM 10-1158
                                    |
```



```
--------------------------------------------------------------------------------------
   MEDICAL RECORD        |         D O C T O R ' S   O R D E R S
--------------------------------------------------------------------------------------
NOTE: Physician's signature must accompany each entry including standing orders
Date and time for instituting and discontinuing the orders must be recorded
--------------------------------------------------------------------------------------
 DATE & TIME |             O R D E R S         | SIGNATURES
--------------------------------------------------------------------------------------
09/25/2007 09:24    UA (Chemical) URINE WC LB #156774
ELECTRONICALLY ENTERED
   PAS                  Start: 09/26/2007          Req: SANDS,PETER A
                        Stop:                      /es/PETER A SANDS PA-C
                                          Signed: 09/25/2007 09:43
```

7/25/07
10ª

```
--------------------------------------------------------------------------------------
 LASKOWSKI, STANLEY P III             |        MEDICAL RECORD
                    Loc: 8B-DOM       |
 ████████████████████                 |   D O C T O R ' S   O R D E R S
 VAMC Coatesville                     |
                                      |        VA FORM 10-1158
```