Vet Center

# Veteran Information Form (VIF)

*Reproduce as Needed*

## CONTACT INFORMATION

VIF Number: 10907

First Visit/Contact Date: 9-13-07

Full Name: Stanley J. Laskowski (First, MI, Last)

Social Security Number: [redacted]

Sensitive SSN not provided due to ☐ Law or Medical Profession ☐ Special Ops background ☐ VA Employee

Address: [redacted]

☐ HOMELESS/NO PERMANENT ADDRESS

☐ ADDRESS INACTIVE

City/Town: [redacted] State: [redacted] ZIP: [redacted] Country:

Home Phone: [redacted] Work Phone: ( ) Mobile Phone: ( )

Extension #: [ ]

## DEMOGRAPHIC INFORMATION

Birth Date: [redacted]

Gender: ☒ Male ☐ Female

Marital Status: ☒ Married ☐ Widowed ☐ Divorced ☐ Separated ☐ Never Married

Ethnicity:

☒ White ☐ Pacific Islander/Hawaiian
☐ African American ☐ Native American
☐ Hispanic ☐ Alaskan Native
☐ Asian American ☐ No Response

## MILITARY INFORMATION

Discharge Pending? ☐ Yes ☐ No

Periods of Military Service:

| Branch of Service | Entry Date: | Discharge Date: |
|---|---|---|
| Marines | 2/23/1999 | 2/5/2007 |
| | | |
| | | |
| | | |

Eligibility:

☐ Bereavement
☐ Former Yugoslav Ops
☐ Grenada
☐ GWOT – Both OIF & OEF
☐ GWOT – Expeditionary (Not OIF/OEF)
☐ GWOT – OEF (Afghanistan)
☒ GWOT – OIF (Iraq) 4 times
☐ Korean War Zone
☐ Lebanon
☐ Other Combat Ops
☐ Panama
☐ Persian Gulf
☐ Sexual Trauma
☐ Somalia
☐ Vietnam Theater
☐ Vietnam-Era Non-Theater
☐ WWII War Zone

Eligibility Verification: ☒ DD214 ☐ DD1300 ☐ VAMC ☐ VARO ☐ Pending

Discharge Type: ☒ Honorable ☐ General ☐ Undesirable ☐ Bad Conduct ☐ Dishonorable Discharge/Dismissal

Wounded/Injured? ☐ Yes ☒ No Purple Heart? ☐ Yes ☒ No

VA Service Connected? ☒ Yes ☐ No POW? (any # days) ☐ Yes ☒ No

☐ Check this box if you DO NOT want to participate in Surveys

COMMENTS: HIPAA REVIEW
Discussed HIPAA Policy ...
In Accordance With RCS Policy

| FOR VET CENTER USE ONLY | | |
|---|---|---|
| INTAKE ON: | 9-13-07 | By: [initials] |
| REVIEWED ON: | | By: |
| ENTERED ON: | | By: |

ALL SHADED AREAS ARE MINIMUM REQUIREMENTS. BE SURE TO FILL OUT AS COMPLETELY AS POSSIBLE. Rev. 02-24-2006



Vet Center

VET CENTER INTAKE
(To be completed by staff with client)

Client #: 10907

## I. PRESENTING PSYCHO-SOCIAL FOCUS

Requesting assessment for PTSD & referral for tx/tmt due to flashbacks, nightmares, sleep disturbance, anxiety, anger/rage,-

## II. MENTAL STATUS EVALUATION

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| APPEARANCE | | Neat | X | Unkempt | | Inappropriate/bizarre | | | |
| MANNER | | Friendly, cooperative | X | Suspicious, defensive | | Hostile, sarcastic | | Anxious | |
| INTELLIGENCE | | Average | | Above Average | X | Below Average | | | |
| SPEECH | | Appropriate | X | Rapid, pressured | | Retarded pace | | | |
| ORIENTATION | | Time | X | Place | X | Person | X | | |
| MEMORY FUNCTION | | Normal | X | Impaired | | | | | |
| AFFECT | | Appropriate | X | Labile | | Flat, blunted | | Inappropriate | |
| MOTOR ACTIVITY | | Relaxed, at ease | X | Tense | | Agitated, restless | | Bizarre gestures | |
| JUDGMENT | | Good | X | Fair | | Impaired | | Poor | |

Client #: 10107

Vet Center

## II. MENTAL STATUS EVALUATION (cont.)

### EVIDENCE OF THOUGHT DISORDER

Delusions — Yes — (No)

Disorganized thinking — Yes — (No)

Hallucinations — (Yes) — No — Some auditory, possible flashbacks.

### EVIDENCE OF DEPRESSION

Appetite: (average) — poor — excessive

Recent weight change: None loss — gain — ______ lbs. in ______ months.

Sleep disturbance: (Yes) — No

Sex drive remains the same: Yes — (No)

Energy level: low — (average) — high

Recent losses: Yes — (No) — If Yes, Explain

Suicidal thought: (Yes) — No — If Yes, Explain @times b/c he wants to stop anxiety flashbacks, intrusive thoughts, nightmares. No current plan. Children are deterrents

Homicidal thought: Yes — (No) — If Yes, Explain

Other mental status observations:

RCS-IN/SEP97

Client #: 10987

Vet Center

## III. HEALTH HISTORY

1. Past treatment received for any medical/psychiatric problems. (Yes) No
If so, please describe. @ WB VAMC

2. Under current treatment for any medical/psychiatric problems. (Yes) No
*If yes, name and telephone number of provider.* WB VAMC

3. Tobacco use. (Yes) No
Choice of use. Cigarettes Frequency 1 ppd

4. Caffeine use. (Yes) No
Choice of use. Coffee Frequency 1 pot 1 day

5. Exposure to hazardous environmental elements. Yes (No)
If became ill from exposure, please explain. unsure?

6. Currently taking any medication. (Yes) No
If yes, complete MEDICATION USE table below.

| Medication | Dosage | Date Began & Reason | Physician/Tel.# |
|---|---|---|---|
| Trazadone | 100 MG HS. | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Vet Center

## IV. PRE-MILITARY & DEVELOPMENTAL HISTORY

See attached cutate

## V. MILITARY HISTORY

1. Entry into the Military & Training Experience:

See attached cutate

RCS-IN/SEP97

Client #: 10957

Vet Center

2. War Zone History:

See attached intake

3. Traumatic Events: (Include Sexual Trauma While in Military)

See attached intake.

4. Homecoming:

See attached intake

5. Impact of Military Experience.

See attached intake

Client #: 10907

Vet Center

## VII. ASSESSMENT

This 39 y/o married 60% SC veteran was involved in the initial invasion in Iraq in 2003. Upon return home, vet remained in the military for an additional 4 years. He then worked as a financial advisor for [illegible].

Immediately upon his return he started having difficulty c anxiety, insomnia, nightmares. Reports he was able to manage ok until his d/c from the military upon which his symptoms significantly ↑. He started self medicating c ETOH: [illegible]. Became more distant from non-military friends, his wife, children. Vet would experience intense anxiety & rage. Would dress in black and patrol streets @ night to feel safe.

~~He is currently incarcerated for robbing a~~ [illegible] pharmacy. Continues to experience intense PTSD symptoms

Axis I - PTSD
Axis II - None
Axis III - See attached intake
Axis IV - Severe
Axis V - See paperwork

P: Referral to Coatesville PTSD program. Recommend wkly 1:1 & grp if there is lapse between parole from prison & admission to Coatesville.

Counselor's Signature [illegible signature] Date: 9/28/07

Team Leader/Clinical Coordinator Signature [illegible signature] Date: 9/28/07

## Life History/Experiences

Place of Birth Kingston, PA Where were you raised? Throop, PA

Brothers and Sisters and indicate if they are older or younger than you.
Only child.

Please describe your home life growing up.
Parents divorced @ age 2. Was raised between 3 households, an aunt, his father who was alcoholic; his mother who was drug addicted.

Did anyone in your family have a problem with alcohol, drugs, anger/rage, psychiatric and/or severe medical illness? (YES) NO Mother; father

Did you feel safe and loved growing up? YES NO depends. Father was supportive despite drinking; his aunt was supportive. Felt unsafe @ mother as she would often pass out; he would be left to care for self

Did you experience any major losses (death of a family member, divorce of parents, natural catastrophe, etc.) while growing up? (YES) NO divorce.

Where did you go to school? Elementary @ St Mary's (got A's) HS Bishop O'Hara Grades started to slip but graduated 3.3; honors despite that. Almost expelled for fighting

~~Did you have many friends? (YES) NO Did you date much? (YES) NO~~

Did you play sports? (YES) NO football; wrestling

Did you participate in any extracurricular school activities? YES (NO)

Did you have any honors, awards, or achievements in school? YES (NO)

Did you have any disciplinary problems in school, arrests, or problems with authority prior to the military?
(YES) NO Suspension in 11th grade for fighting.

Did religion or spirituality play a significant role in your life? YES (NO) forced to go to church as a child no longer goes.

Did you use alcohol or drugs before entering the military? (YES)
NO

If so, to what extent? Experimented @ marijuana; cocaine, used etoh socially but can abuse @ times.

Was any member of your household a veteran? (YES) NO If yes, who? father was in marines.

Was any member of your household a combat veteran? YES (NO) If yes, who?

→ Friend told his mother about cocaine use; @ 19 y/o spent 30 days in o/p trtmt @ Marworth. Seems to downplay hx of substance abuse. (?)

Before entering the military did you have a problem with?

| | | |
|---|---|---|
| Alcohol or Drugs | (YES) | NO |
| Gambling | YES | (NO) |
| Compulsive Spending | YES | (NO) |
| Depression | (YES) | NO |
| Mood Swings | YES | (NO) |
| Anger or Rage | YES | NO — @ times |
| Anxiety | YES | (NO) |
| Panic Attacks | YES | (NO) |
| Getting along with others | YES | (NO) |
| Trusting others | YES | (NO) |
| Feeling emotions | YES | (NO) |
| Sleep | YES | (NO) |
| Nightmares | YES | (NO) |
| Memory Problems | YES | (NO) |

If you volunteered for the military, why did you volunteer? to "out do my dad" looking for recognition/praise

How did your family feel about it? Family was happy b/c father was drinking; "wanted" @ the prove him fucked.!!

Is there anything that happened while growing up that you would like to talk about in therapy? YES NO

If so, what would you like to talk about? Unsure.

1. Entry into the Military and Training Experience

Did you volunteer ☒ or were you drafted ☐

Where was your basic training/boot camp?

Paris Island, SC.

Injured ? ☐ Yes ☒ No ______ Medical treatment? ☐ Yes ☒ No ______

Disciplinary problems? ☐ Yes ☒ No ______

Did you have any advanced training? ☒ Yes ☐ No

In what? Over 9 different schools Where was the training ______ # of weeks ______

Injured? ☐ Yes ☒ No ______ Medical treatment? ☐ Yes ☒ No

Disciplinary problems? ☐ Yes ☒ No

honor grad.

Specialty name and MOS # designation after advanced training:
Rifleman 0311

Any additional advanced training? ☒ Yes ☐ No
In what? Marksmanship Coach; Instructor Where was the training ____ # of weeks ____
Injured? ☐ Yes ☒ No ____ Medical treatment? ☐ Yes ☐ No

Disciplinary problems? ☐ Yes ☒ No

Specialty name and MOS # designation after advanced training:
Marksmanship Coach 8530, Marksmanship Instructor 8531

Did you have any assignments after training and before entering the War Zone? ☒ Yes ☐ No
If so, please give the approximate dates, location, and unit to which you were assigned
Served 3 yrs in military prior to deployment in Iraq. Different stations throughout CA and in Okinawa in Japan.

2. War Zone History
Circumstances of assignment: ☐ Volunteered ☒ Deployed with unit ☐ Went as individual
Had other orders that would have stopped deployment but volunteered to go to stay with this unit.
Approximate date of arrival 3/20/2003 Location of arrival Very Southern tip of Iraq

Impressions upon arrival
"Oh Shit". Fear as reality of being in Iraq setting in.
Units assigned/attached to Indian Co, 3rd Batt, 5th Marines Principal War Zone Location during initial invasion of Iraq.
Actual duties and operations in war zone:
Squad Leader of 10 men.

Time you were exposed to combat ☒ Extensive ☐ Considerable ☐ Moderate ☐ Some ☐ None
Combat Infantry Badge or Combat Action Ribbon? ☒ Yes ☐ No ____

Injured/wounded ☐ Yes ☒ No ____ Medical treatment ☒ Yes ☐ No
hip problems.
Purple Heart? ☐ Yes ☒ No ____

Disciplinary problems in the war zone? ☐ Yes ☒ No multiple awards including good conduct medal.

If you used alcohol or drugs while in the war zone, please complete the following.

| | | | | | |
|---|---|---|---|---|---|
| Alcohol use | ☐ Extensive | ☐ Considerable | ☐ Moderate | ☐ Some | ☒ None |
| Cannabis use | ☐ Extensive | ☐ Considerable | ☐ Moderate | ☐ Some | ☒ None |
| Amphetamine use | ☐ Extensive | ☐ Considerable | ☐ Moderate | ☐ Some | ☒ None |
| Heroin use | ☐ Extensive | ☐ Considerable | ☐ Moderate | ☐ Some | ☒ None |
| Cocaine use | ☐ Extensive | ☐ Considerable | ☐ Moderate | ☐ Some | ☒ None |

Psycho-social History

Other__________ ☐ Extensive ☐ Considerable ☐ Moderate ☐ Some ☒ None

Approximate date of Departure from the War Zone Went from Iraq to Kuwait 7/[illegible]/2003; Kuwait to home 7/[illegible]

4. Homecoming from War Zone

Mode of exit from combat zone ☐ Ship ☐ Military air ☒ Commercial Air ☐ Other __________

☐ With unit ☐ With friends ☒ As individual ☐ Other __________

Feelings about leaving combat zone

relieved to be alive.

Feelings about returning to U.S.

worried about reuniting family b/c he felt different.

Duty assignments after leaving the war zone:

Reupped for 4 yrs before leaving Iraq. Stationed in CA; Continued to be Squad Leader. Then stationed in Parris Island, SC as coach

While in the Military, did you experience Sexual Trauma ☐ Yes ☒ No or Sexual Harassment? ☐ Yes ☒ No

5. Impact of Military Experience:

Spiritual Changes — Never felt spiritually connected.

Social Changes — Withdrawal from friends & others from military "paranoia"

~~Physical Changes~~ — Hypervigilance, Anxiety

Emotional Changes — depression

How would you describe your social and interpersonal functioning after you were discharged from the military?

Did you take any additional training or education after the military? YES (NO)

Did you complete the training/education? YES (NO) N/A

If so, did you receive a degree, certificate, or professional license? YES (NO) N/A

What has been your main line of work since leaving the military? Financial advisor.

Approximately how many jobs have you had since leaving the military? 1

What is the longest you ever held one job? 6 mos.

Have you ever been fired or resigned under threat of being fired? YES (NO)

How many times have you been married? 1

If you have children, how many do you have from each marriage/partnership?
Three Children 5y/o girl; 2y/o boy, 3 month old boy

How would you describe your relationship with each of your former spouse(s)? (If applicable)

How would you describe your relationship you're your current wife or partner?
Strained due to anger, withdrawal & legal problems.

How would you describe your relationship with your children? (If applicable)
Distant. Used to be very close to oldest daughter prior to deployment. Loses temper & has little pt c his children now: Denies abuse.

Since discharge have you had a problem with?

| | | | |
|---|---|---|---|
| Alcohol or Drugs | (YES) | NO | abusing etoh & vicodin to "drown out buzzing" auditory: screams / explosions; self medicating |
| Gambling | YES | (NO) | |
| Compulsive Spending | YES | (NO) | |
| Depression | (YES) | NO | |
| Mood Swings | (YES) | NO | |
| Anger or Rage | (YES) | NO | |
| Anxiety | (YES) | NO | |
| Panic Attacks | (YES) | NO | |
| Getting along with others | (YES) | NO | |
| Trusting others | (YES) | NO | |
| Feeling emotions | (YES) | NO | |

| | | |
|---|---|---|
| Sleep | (YES) NO | – stays up for days |
| Nightmares | (YES) NO | |
| Memory Problems | (YES) NO | |

How soon after returning from overseas did you begin having these problems? immediately but problems escalated after leaving military.

Have you been arrested and or incarcerated since leaving the military? (YES) NO

Do you have any current legal problems (for example, pending divorce, child support, bankruptcy, probation/parole, criminal charges?) (YES) NO Currently incarcerated.

Is anyone in your home suffering from a severe medical illness, psychiatric problem, problem drinking or drug abuse? YES (NO) If so, who and from what are they suffering? __________

Additional Notes:
Currently in prison but prior was starting to receive med mgmt @ [illegible]. Is currently taking Trazadone for sleep. No hx of psychiatric tx prior. No hx of suicide attempts but has suicidal ideation since return from Iraq. Had plan in past to shoot self. Children are deterrents and no longer has access to weapons. No insight as well into triggers for flashbacks, anger, rage.

Vet Center

CLIENT TREATMENT PLAN

Client #: 10907

Date 1/17/08

PSYCHO-SOCIAL FOCUS #: 1

Symptom(s): Isolation

PLANNED INTERVENTION(S): 1. Individual Counseling twice per month 2. Group Counseling [illegible] per week

T.L. Signature: [illegible]

Clr. Signature: [illegible]

EXPECTED OUTCOMES: Veteran will become more socially active when he discovers what is behind his desire to withdraw from associating with others.

Date of Resolution/ Inactivity

QUALITY INDICATORS: 1) Counselor will offer education about how this veteran can learn to practice activities as he gains self confidence. Veteran will report his progress weekly. 2) Veteran will develop good coping skills and document situations when he isolates for review and reduce these incidents from 6 to 3 times weekly.

Date 5/6/08

PSYCHO-SOCIAL FOCUS #: #3, #1,

Symptom(s): Abusing painpills; PTSD

PLANNED INTERVENTION(S): Detox Rehab Refer Assessment for return to Coatesville VAMC for PTSD Trmt.

T.L. Signature: [illegible]

Clr. Signature: [illegible]

EXPECTED OUTCOMES: Vet to detox w/out complication and complete SARRTP. Referral to Coatesville.

Date of Resolution/ Inactivity

QUALITY INDICATORS: As evidenced by vets voluntary admission to WBVAMC for detox/rehab. Successful completion of SARRTP as reported by vet and WBVAMC staff. Acceptance for further PTSD trmt.

CAUTION: NOT TO BE USED FOR IDENTIFICATION PURPOSES

THIS IS AN IMPORTANT RECORD. SAFEGUARD IT.

ANY ALTERATIONS IN SHADED AREAS RENDER FORM VOID

# CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY

1. NAME (Last, First, Middle): LASKOWSKI Stanley Paul
2. DEPARTMENT, COMPONENT AND BRANCH: USMC-11
3. SOCIAL SECURITY NUMBER: [redacted]

4a. GRADE, RATE OR RANK: SGT
b. PAY GRADE: E-5
5. DATE OF BIRTH (YYYYMMDD): [redacted]
6. RESERVE OBLIGATION TERMINATION DATE (YYYYMMDD): 00000000

7a. PLACE OF ENTRY INTO ACTIVE DUTY: Harrisburg MEPS, Mechanicsburg, PA 17055-4843
b. HOME OF RECORD AT TIME OF ENTRY (City and state, or complete address if known): [redacted]

8a. LAST DUTY ASSIGNMENT AND MAJOR COMMAND: WFTBN, MCRD/ERR, PISC 29905
b. STATION WHERE SEPARATED: MCRD/ERR, PISC 29905

9. COMMAND TO WHICH TRANSFERRED: N/A

10. SGLI COVERAGE AMOUNT: $400,000 NONE

11. PRIMARY SPECIALTY (List number, title and years and months in specialty. List additional specialty numbers and titles involving periods of one or more years.)
0311 Rifleman (8 years)
8530 Marksmanship Coach (4 years)
8531 Marksmanship Instructor (2 years 6 months)

| 12. RECORD OF SERVICE | YEAR(S) | MONTH(S) | DAY(S) |
|---|---|---|---|
| a. DATE ENTERED AD THIS PERIOD | 1999 | 02 | 23 |
| b. SEPARATION DATE THIS PERIOD | 2007 | 02 | 05 |
| c. NET ACTIVE SERVICE THIS PERIOD | 0008 | 00 | 00 |
| d. TOTAL PRIOR ACTIVE SERVICE | 0000 | 00 | 00 |
| e. TOTAL PRIOR INACTIVE SERVICE | 0000 | 00 | 09 |
| f. FOREIGN SERVICE | 0000 | 00 | 00 |
| g. SEA SERVICE | 0000 | 02 | 19 |
| h. EFFECTIVE DATE OF PAY GRADE | 2002 | 11 | 01 |

13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service)
Navy and Marine Corps Achievement (w/1 star); Marine Corps Good Conduct Medal (w/1 star); Combat Action Ribbon; Iraq Campaign Medal; Global War on Terrorism Service Medal; Sea Service Deployment Ribbon (w/1 star); National Defense Service Medal

14. MILITARY EDUCATION (Course title, number of weeks, and month and year completed)
Recruit Training 13wks/0099
Rifleman 0099
Corporals Leadership 0002
Sgt Non-Resident Program 0003

15a. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM: YES [ ] NO [X]
b. HIGH SCHOOL GRADUATE OR EQUIVALENT: YES [X] NO [ ]

16. DAYS ACCRUED LEAVE PAID: 32.0 RLB

17. MEMBER WAS PROVIDED COMPLETE DENTAL EXAMINATION AND ALL APPROPRIATE DENTAL SERVICES AND TREATMENT WITHIN 90 DAYS PRIOR TO SEPARATION: YES [X] NO [ ]

18. REMARKS
"Item 13 Cont" Humanitarian Service Medal; Presidential Unit Citation-Navy; Meritorious Mast (2); Letter of Appreciation (5); Certificate of Appreciation (2); Rifle Qualification Badge (Expert); Pistol Qualification Badge (Expert).

Good Conduct Medal period commences:20050223
Member contributed $1200 to MGIB

Serial#32001-2007-0001

The information contained herein is subject to computer matching within the Department of Defense or with any other affected Federal or non-Federal agency for verification purposes and to determine eligibility for, and/or continued compliance with, the requirements of a Federal benefit program.

19a. MAILING ADDRESS AFTER SEPARATION (Include ZIP Code): [redacted]
b. NEAREST RELATIVE (Name and address - include ZIP Code): Stanley Laskowski (Father) [redacted]

20. MEMBER REQUESTS COPY 6 BE SENT TO PA DIRECTOR OF VETERANS AFFAIRS: [X] YES [ ] NO

21. SIGNATURE OF MEMBER BEING SEPARATED: [signature]
22. OFFICIAL AUTHORIZED TO SIGN (Typed name, grade, title and signature): [signature] R.L. LAMBERT, GS-09, SEPS OFFICER

## SPECIAL ADDITIONAL INFORMATION (For use by authorized agencies only)

23. TYPE OF SEPARATION: DISCHARGE
24. CHARACTER OF SERVICE (Include upgrades): HONORABLE
25. SEPARATION AUTHORITY: MARCORSEPMAN par
26. SEPARATION CODE: KBK1
27. REENTRY CODE: RE-1A
28. NARRATIVE REASON FOR SEPARATION: COMPLETION OF REQUIRED ACTIVE SERVICE
29. DATES OF TIME LOST DURING THIS PERIOD (YYYYMMDD): NONE
30. MEMBER REQUESTS COPY 4 (Initials): SPL

DD FORM 214, FEB 2000 (PP/FF - WHS/DIOR) PREVIOUS EDITION IS OBSOLETE. MEMBER - 4



Subj: HINQ response for LASKOWSKI,STANLEY P III /requested by DURKIN,PA
[#B548125] 09/17/07@08:35 54 lines
From: POSTMASTER. Page 1

---

LASKOWSKI,STANLEY P III JAN 26,1978 SSN:[redacted] C-#:[redacted] S-#:[redacted]D
iv:WILKES-BARRE,PA
*** S-# from Patient file does not match a S-# from VBA ***
Verified Svc-Data
VBA name = SPLASKO
Prior names =
STANLEY PAUL LASKOWSKI III
STANLEY PAUL LASKOWSKI III
Name = STANLEY P LASKOWSKI
Address = [redacted]
Address = [redacted]
ZIP = [redacted]
Sex = MALE
Date of Birth [redacted]
VBA SSN = [redacted]

Claim Number = [redacted]
Service Number =
Folder Location = 310 - PHILADELPHIA-RO
POW = Not applicable
Total Active Svc = 8 yr
INDICATORS( Active Duty Training NO Homeless Veteran NO )

Service data - VBA

---

Svc Branch: Marine Corps
EOD: FEB 23,1999
RAD: FEB 5,2007

Char of Svc: Honorable
Type Benefit: Compensation
DISABILITIES
Combined %=60 Disab. in Record=7 Eff. Date of Comb. Eval.=FEB 06,2007

| SC Disability | % Extr | Orig Eff Dt | Curr Eff Dt |
|---|---|---|---|
| 9411-POST-TRAUMATIC STRESS DISORDER | -30 %- | -FEB 06,2007 | -FEB 06,2007 |
| 5207-LIMITED EXTENSION OF FOREARM | -20 %-RU | -FEB 06,2007 | -FEB 06,2007 |
| 6260-TINNITUS | -10 %- | -FEB 06,2007 | -FEB 06,2007 |
| 5019-BURSITIS | -10 %-RL | -FEB 06,2007 | -FEB 06,2007 |
| 5019-BURSITIS | -10 %-LL | -FEB 06,2007 | -FEB 06,2007 |
| 6512-SINUSITIS,FRONTAL,CHRONIC | -10 %- | -FEB 06,2007 | -FEB 06,2007 |
| 5273-MALUNION OF ANKLE | -0 %-RL | -FEB 06,2007 | -FEB 06,2007 |

Vet married Vet = No spouse or not eligible

Number of CHILDREN

---

School = 0 Helpless School = 0 Depend. total = 2 This Award = 2

| Child name | DOB | Child Status |
|---|---|---|
| NICOLE | [redacted] | Minor Child |
| JAMES | [redacted] | Minor Child |

Check Amount= '$999.00' Net Award= '$999.00'

Subj: HINQ response for LASKOWSKI,STANLEY P III /requested by DURKIN,PA
[#8548125] 09/17/07@08:35 54 lines
From: POSTMASTER. Page 1

---

LASKOWSKI,STANLEY P III JAN 26,1978 SSN: [redacted] C-#: [redacted] S-#: [redacted] D
iv:WILKES-BARRE,PA
*** S-# from Patient file does not match a S-# from VBA ***
VBA name = SPLASKO Verified Svc-Data
Prior names =
STANLEY PAUL LASKOWSKI III
STANLEY PAUL LASKOWSKI III
Name = STANLEY P LASKOWSKI
Address = [redacted]
Address = [redacted]
ZIP = [redacted]
Sex = MALE
Date of Birth = [redacted]
VBA SSN = [redacted]

Claim Number = [redacted]
Service Number =
Folder Location = 310 - PHILADELPHIA-RO
POW = Not applicable
Total Active Svc = 8 yr
INDICATORS( Active Duty Training NO Homeless Veteran NO )

Service data - VBA

---

Svc Branch: Marine Corps
EOD: FEB 23,1999
RAD: FEB 5,2007

Char of Svc: Honorable
Type Benefit: Compensation
DISABILITIES
Combined %=60 Disab. in Record=7 Eff. Date of Comb. Eval.=FEB 06,2007

| SC Disability | % | Extr | Orig Eff Dt | Curr Eff Dt |
|---|---|---|---|---|
| 9411-POST-TRAUMATIC STRESS DISORDER | -30 | %- | -FEB 06,2007 | -FEB 06,2007 |
| 5207-LIMITED EXTENSION OF FOREARM | -20 | %-RU | -FEB 06,2007 | -FEB 06,2007 |
| 6260-TINNITUS | -10 | %- | -FEB 06,2007 | -FEB 06,2007 |
| 5019-BURSITIS | -10 | %-RL | -FEB 06,2007 | -FEB 06,2007 |
| 5019-BURSITIS | -10 | %-LL | -FEB 06,2007 | -FEB 06,2007 |
| 6512-SINUSITIS,FRONTAL,CHRONIC | -10 | %- | -FEB 06,2007 | -FEB 06,2007 |
| 5273-MALUNION OF ANKLE | -0 | %-RL | -FEB 06,2007 | -FEB 06,2007 |

Vet married Vet = No spouse or not eligible

Number of CHILDREN

---

School = 0 Helpless School = 0 Depend. total = 2 This Award = 2

| Child name | DOB | Child Status |
|---|---|---|
| NICOLE | [redacted] | Minor Child |
| JAMES | [redacted] | Minor Child |

Check Amount= '$999.00' Net Award= '$999.00'

5708195118 PSYCH  12:05:4 m. 09-07-2007 2/2

(OMB Number: 2900-0260)
Estimated Burden: 2 minutes

# Department of Veterans Affairs — REQUEST FOR AND AUTHORIZATION TO RELEASE MEDICAL RECORDS OR HEALTH INFORMATION

Privacy Act and Paperwork Reduction Act Information: The execution of this form does not authorize the release of information other than that specifically described below. The information requested on this form is solicited under Title 38, U.S.C. The form authorizes release of information in accordance with the Health Insurance Portability and Accountability Act, 45 CFR Parts 160 and 164, 5 U.S.C. 552a, and 38 U.S.C. 5701 and 7332 that you specify. Your disclosure of the information requested on this form is voluntary. However, if the information including Social Security Number (SSN) (the SSN will be used to locate records for release) is not furnished completely and accurately, Department of Veterans Affairs will be unable to comply with the request. The Veterans Health Administration may not condition treatment, payment, enrollment or eligibility on signing the authorization. VA may disclose the information that you put on the form as permitted by law. VA may make a "routine use" disclosure of the information as outlined in the Privacy Act systems of records notice identified as 24VA19 "Patient Medical Record - VA" and in accordance with the VHA Notice of Privacy Practices. You do not have to provide the information to VA, but if you don't, VA will be unable to process your request and serve your medical needs. Failure to furnish the information will not have any effect on any other benefits to which you may be entitled. If you provide VA your Social Security Number, VA will use it to administer your VA benefits. VA may also use this information to identify veterans and persons claiming or receiving VA benefits and their records, and for other purposes authorized or required by law. The Paperwork Reduction Act of 1995 requires us to notify you that this information collection is in accordance with the clearance requirements of section 3507 of the Paperwork Reduction Act of 1995. We may not conduct or sponsor, and you are not required to respond to, a collection of information unless it displays a valid OMB number. We anticipate that the time expended by all individuals who must complete this form will average 2 minutes. This includes the time it will take to read instructions, gather the necessary facts and fill out the form.

**ENTER BELOW THE PATIENT'S NAME AND SOCIAL SECURITY NUMBER IF THE PATIENT DATA CARD IMPRINT IS NOT USED.**

TO: DEPARTMENT OF VETERANS AFFAIRS (Print or type name and address of health care facility)

PATIENT NAME (Last, First, Middle Initial): LASKOWSKI, STAN P.

SOCIAL SECURITY NUMBER: [redacted]

NAME AND ADDRESS OF ORGANIZATION, INDIVIDUAL OR TITLE OF INDIVIDUAL TO WHOM INFORMATION IS TO BE RELEASED

Patrick A. Casey, Esquire - Myers, Brier & Kelly, LLP
425 Spruce Street, Suite 200, Scranton PA 18503

**VETERAN'S REQUEST:** I request and authorize Department of Veterans Affairs to release the information specified below to the organization, or individual named on this request. I understand that the information to be released includes information regarding the following condition(s):

[X] DRUG ABUSE [X] ALCOHOLISM OR ALCOHOL ABUSE [X] TESTING FOR OR INFECTION WITH HUMAN IMMUNODEFICIENCY VIRUS (HIV) [X] SICKLE CELL ANEMIA

**INFORMATION REQUESTED** (Check applicable box(es) and state the extent or nature of the information to be disclosed, giving the dates or approximate dates covered by each)

[X] COPY OF HOSPITAL SUMMARY [X] COPY OF OUTPATIENT TREATMENT NOTE(S) [X] OTHER (Specify)

All medical, psychiatric, psychological records

PURPOSE(S) OR NEED FOR WHICH THE INFORMATION IS TO BE USED BY INDIVIDUAL TO WHOM INFORMATION IS TO BE RELEASED

LEGAL REPRESENTATION

**NOTE: ADDITIONAL ITEMS OF INFORMATION DESIRED MAY BE LISTED ON THE BACK OF THIS FORM**

**AUTHORIZATION:** I certify that this request has been made freely, voluntarily and without coercion and that the information given above is accurate and complete to the best of my knowledge. I understand that I will receive a copy of this form after I sign it. I may revoke this authorization, in writing, at any time except to the extent that action has already been taken to comply with it. Written revocation is effective upon receipt by the Release of Information Unit at the facility housing the records. Redisclosure of my medical records by those receiving the above authorized information may be accomplished without my further written authorization and may no longer be protected. Without my express revocation, the authorization will automatically expire: (1) upon satisfaction of the need for disclosure; (2) on ________ (date supplied by patient); (3) under the following condition(s):

I understand that the VA health care practitioner's opinions and statements are not official VA decisions regarding whether I will receive other VA benefits or, if I receive VA benefits, their amount. They may, however, be considered with other evidence when these decisions are made at a VA Regional Office that specializes in benefit decisions.

| DATE | SIGNATURE OF PATIENT OR PERSON AUTHORIZED TO SIGN FOR PATIENT (Attach authority to sign, e.g., POA) |
|---|---|
| 9/7/07 | [signature] |

**FOR VA USE ONLY**

| IMPRINT PATIENT DATA CARD (or enter Name, Address, Social Security Number) | TYPE AND EXTENT OF MATERIAL RELEASED | |
|---|---|---|
| | DATE RELEASED | RELEASED BY |

VA FORM 10-5345
MAY 2005

USE EXISTING STOCK OF VA FORM 10-5345, DATED NOV 2004.

Daniel T. Brier
Robert T. Kelly, Jr.
Donna A. Walsh

mbk
ATTORNEYS AT LAW
myers brier & kelly

Lori R. Gramley
John B. Dempsey
Thomas S. Schrack
Patrick A. Casey, Counsel
Morey M. Myers, Of Counsel

September 11, 2007

VIA TELECOPY

Lori Davis, Counselor
Lackawanna County Correctional Facility
1371 N. Washington Avenue
Scranton, PA 18509-2840

Re: Commonwealth v. Laskowski

Dear Ms. Davis:

This letter confirms our telephone conversations of this morning during which we agreed on a date and time for you to meet with Attorney Patrick A. Casey along with Karen Lenchitsky, a Licensed Clinical Social Worker with the Veteran's Center and Stanley Laskowski, an inmate at the Lackawanna County Correctional Facility. The meeting is scheduled for Thursday, September 13, 2007 at 10:00 a.m. in the multi-purpose room of the correctional facility.

Please do not hesitate to contact either myself or Mr. Casey if you have any questions.

Sincerely,

Beth A. Smith

Beth A. Smith
Legal Assistant

:bas

cc: Karen Lenchitsky

September 15, 2008

Stanley Laskowski
[redacted]

Dear Stan,

It has been some time since we have seen you at the Scranton Vet Center and we would like to hear from you again. We are interested in doing whatever we can to assist you, client satisfaction is important to us. We hope that you were satisfied with the services received in the past. This letter is to let you know that we are still available.

We are interested in receiving your comments regarding Vet Center services received thus far. In this regard, please take a brief moment to complete the attached questionnaire and return it to us. Your response is very important to us.

Thank you in advance for taking the time to respond. Again, if the Scranton Vet Center can be of further assistance to you telephone us at 1-866-776-1516 or come in. You are always welcome.

Sincerely,

KAREN LENCHITSKY, LCSW
Social Worker

# VETS - HELPING - VETS

VET CENTER

1002 Pittston Ave, Scranton, PA 18505
Tel: (570) 344-2676 / Fax: (570) 344-6794

To: Attorney Jack Dempsey

From: Karen Lenchitsky, LCSW

Pages (including this cover page): 2

*This message is intended only for the use of the person/office to whom it is addressed and may contain information that is privileged, confidential, or otherwise protected by law. All others are hereby notified that the receipt of this message does not waive any applicable privilege or exception from disclosure and that any dissemination, distribution, or copying of this communication is prohibited. If you have received this communication in error, please notify us immediately by telephone at the above number, and return the original message to us at the above address via the United States Postal Office. Thank you.*



1002 Pittston Avenue
Scranton, Pennsylvania 18505
(570) 344-2676
1-866-776-1516
Fax (570) 344-6794

January 28, 2008

To Whom It May Concern:

Mr. Stanley Laskowski is currently receiving services at the Scranton Vet Center. Since his return from the inpatient PTSD program at the Coatesville VAMC, veteran has participated in the weekly Global War on Terrorism (GWOT) group at our facility. He has attended four groups in this time period. Veteran actively participates in these groups. Individual therapy has also been initiated at this facility and will occur on a semi-monthly basis. Mr. Laskowski shows good insight and presents as motivated for treatment.

In addition, veteran is also enrolled and receiving services from the Wilkes-Barre VAMC. I spoke with Dr. Matthew Dooley, Ph.D. who confirmed veteran has attended four psycho-education groups on PTSD and that he is scheduled to start a Cognitive Processing Therapy (CPT) group in February. CPT is a 12 week therapy that has both cognitive and exposure components. This is an evidenced based therapy that has been shown to be effective in the treatment of PTSD. Veteran will also be seeing Dr. Bhatia, who is a psychiatrist at the Wilkes-Barre VAMC, for medication management.

Mr. Laskowski's wife is also involved in our centers Wives Group which provides support and education on PTSD. Her involvement is essential to the veterans success as PTSD effects the entire family. She too actively participates in the group and shows good insight and motivation

Since my first meeting with Mr. Laskowski on September 13, 2007, veteran shows much improvement as a result of his completing his inpatient treatment. The veteran shows a decrease in hypervigilence and is more prone to seek support when in distress.

If you require any further information, please don't hesitate to call. I can be reached at 570-344-2676.

Sincerely,

Karen Lenchitsky, LCSW

Karen Lenchitsky, LCSW
Social Worker

 

Date: 09/18/07

From: TIM ENNIS, MS
Admissions Coordinator
PTSD Program
DVA Medical Center
Coatesville, PA 19320
610-384-7711, ext. 4029

T- Laskowski

Admission
Date/Time: 09/25/07 @ 0900 AM

...een accepted to the PTSD Program. Your admission date and time is ...ever, changes in this may occur and you are urged to stay in contact ... Notify us immediately if your address changes. ...ou will be interviewed by one of our therapists. As a result of that ...her be discharged or entered into the Observation and Evaluation ...weeks in the O&E Unit, you will be assigned to either the ...ek total length of stay) or the Treatment Unit (up to a total of a 12

...n date, report directly to the PTSD Program, Bldg. 8, second ...rrive late, you will not be admitted to the PTSD Program, and ...eschedule you for a later date. If you are traveling by train, use ...ation. **Be aware that this Medical Center cannot supply travel ...eimbursement for travel.** If traveling by car, you may park outside Bldg. 8 to ...ad your luggage - please use your flashers while your car is there. You will then be informed where to park your car. **Be aware that you will be required to provide a $5.00 daily co-payment IF you are not service connected for PTSD AND have an income greater than $9,556.**

**If you have any questions, please contact me at (610) 384-7711 ext. 4029.** If you do not keep your admission date and do not contact us beforehand we will assume you are not interested in attending this program and your name will be dropped from the waiting list. If I am able to bring you on board earlier, I'll contact you directly.

Sincerely,

Tim Ennis, MS

Tim Ennis, MS

COMMONWEALTH OF PENNSYLVANIA, Plaintiff,

v.

STANLEY LASKOWSKI, Defendant.

IN THE COURT OF COMMON PLEAS OF LACKAWANNA COUNTY

No. 07-2076

RECEIVED SEP 21 2007 LACKAWANNA COUNTY CENTRAL COURT

ORDER

AND NOW, this 21st day of September, 2007, upon consideration of Defendant's Motion for Release, it is hereby ORDERED that the Motion is GRANTED and defendant is released ~~on the Defendant's own recognizance on Tuesday~~ September 25, 2007 at 5:00 a.m./p.m. for care under the following conditions:

1. Defendant, upon release from treatment, will promptly report to Lackawanna County probation;

2. Defendant will have no contact with any potential witnesses in this case;

3. Defendant will have no access or contact in any way with firearms while on release status; and

4.    If Defendant for any reason does not honor any
of the conditions listed above, the third party custodian will
be duty-bound to report the failure to adhere to the
conditions.

J.



1002 Pittson Avenue
Scranton, Pennsylvania 18505
(570) 344-2676
Fax (570) 344-6794

September 17, 2007

Dr. Steven M. Silver
Director, PTSD Program
DVAMC
1400 Black Horse Hill Rd.
Coatesville, PA 19320-2097

Dr. Silver:

Attached you will find a completed application for the PTSD program at your facility in Coatesville. Patrick Casey, Esq. has been in touch with you regarding this veteran. He will be forwarding me a letter clarifying the legal aspects of veteran's release. As per my discussions with Atty. Casey, his legal status should not interfere with admission to your program should he be accepted.

I have also attached my completed intake with veteran which may give more detailed information than on the actual application. I thank you in advance for your consideration in this case. If you should have any questions or need any further information in order to process this request, please contact me at 570-344-2676.

Sincerely,

Karen Lenchitsky, LCSW
Social Worker

570 342 6147 Myers, Brier, & Kelly, L 01:51:51 p.m. 09-17-2007 2/2

|m|b|k|
ATTORNEYS AT LAW
myers brier & kelly

Daniel T. Brier
Robert T. Kelly, Jr.
Donna A. Walsh

Lori R. Gransby
John B. Dempsey
Thomas S. Schreck
Patrick A. Casey, Counsel
Marcy M. Myers, Of Counsel

September 17, 2007

VIA FACSIMILE

Karen Lenchitsky
Licensed Clinical Social Worker
Vet Center
1000 Pittston Avenue
Scranton, PA 18505

In re: Stanley Laskowski

Dear Ms. Lenchitsky:

This confirms that I have contacted the Assistant District Attorney assigned to the prosecution of Stanley Laskowski. She confirmed with me that the prosecution would agree to a release of Mr. Laskowski if his release were for the purpose of him receiving psychological or psychiatric treatment.

Based upon my conversation with the prosecutor, I believe that Mr. Laskowski's release could be arranged in such a way that it does not make the facility subject to the government's jurisdiction. The terms of release would not name the facility in any way.

I will send to you a draft of the release document for your consideration, and ask that you give your comments.

Sincerely,

Patrick A. Casey

Suite 200 | 425 Spruce Street | P.O. Box 551 | Scranton, PA 18501-0551
Phone (570) 342-6100 | Fax (570) 342-6147
www.mbklaw.com

MEDICAL RECORD | PROGRESS NOTES

| DATE | |
|---|---|
| 9-13-07 | Individual Note |
| | D: Met veteran during outreach @ Lackawanna Cty Prison. |
| | Vet is currently incarcerated. his dx PTSD. He was involved |
| | in [illegible] [illegible]. See attached paperwork for |
| | details. A: Vet struggles c PTSD [illegible], has nightmares, |
| | flashbacks, [illegible], anxiety symptoms. P) Referral |
| | to Coatesville PTSD residential program for [illegible] |
| | [signature] LCSW |
| 9-17-07 | TC from attorney Casey re: veterans referral to Coatesville. |
| | Rec'd ltr from attorney Casey clarifying vets legal status. |
| | Application forwarded to Dr. Silver in Coatesville for review. |
| | Dr. Silver confirmed receipt of same & will have case |
| | reviewed by screening committee. |
| | [signature] LCSW |
| 9-18-07 | TC from Tim Enos, Admissions Coordinator @ the Coatesville |
| | PTSD Program. Veteran has been accepted to their Evaluation |
| | Unit for a minimum of 3 wks, max 10 wks in the program. |
| | Vet tentatively scheduled for admission on Tues 9/25/07. |
| | Contacted veteran's atty Pat Casey & informed him of same. He |
| | will make arrangements to have vet there on the 25th. |
| | P: Will continue to assist as needed. |
| | [signature] LCSW |

(Continue on reverse side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility)

REGISTER NO.

WARD NO.

PROGRESS NOTES

Medical Record

STANDARD FORM 509 (REV 7-91)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1

# PROGRESS NOTES

| DATE | |
|---|---|
| 9/28/07 | Clinical Deficiency Chart Review: |
| | D) Reviewed for compliance to standards of RCS |
| | A) No deficiencies: Needed date on assessment |
| | P) Continues to await vet after return to program in Coatesville |
| | [signature] LCSW |
| 12/18/07 | Group Therapy Note |
| | D) Initial Group meeting & Veteran spoke about his experiences in Iraq & present situation |
| | A) Vet recently completed the PTSD Program at Coatesville VAMC. He states that this has helped him tremendously. He now realizes that [illegible]. He talked about his legal issues [illegible] help. |
| | P) Continue with Group Therapy |
| | [signature] LCSW |
| 1-8-08 | Group Therapy Note |
| | D) Vet came to group to [illegible] in the recent legal issues. |
| | A) Vet appears to accept responsibility for his actions. He went to Coatesville and states he has been doing much better emotionally. His wife has been very supportive and she attends wives group. Vet has a preliminary hearing coming up next Thursday. He provided good feedback to other group members. |
| | P) Continue with Group Therapy |
| | [signature] LCSW |

STANDARD FORM 509 (REV. 7-91) BAC

**MEDICAL RECORD** | **PROGRESS NOTES**

| DATE | |
|---|---|
| 1-11-08 | Treatment Plan Review Note |
| | S) Veteran came with a legal situation |
| | G) Goals to reduce [illegible] and get better touch with his feelings. |
| | P) Continue with individual and Group Counseling. |
| | [illegible] LCSW |
| | [illegible] |
| | [illegible], LPC |
| 1-18-08 | TC c veteran and Atty. Dempsey regarding vet's upcoming hearing. Requesting letter re: vet's participation in therapy @ the Vet Center. Vet has been attending group and individual meetings for engagement weekly. This writer stated will contact Dr. Dooley @ WBVAMC to discuss vet's involvement there. Vet agreeable to same. Will meet with vet and then write letter as requested. |
| | [illegible] |
| 1-22-08 | TC to Dr. Dooley @ WBVAMC. Dr. Dooley reports vet has attended 4 psych ed group from PTSD @ the VAMC. Indicates vet is also scheduled to start CPT grp therapy in February. Indicates [illegible] insightful and [illegible] would benefit from time-limited structured therapy however [illegible] met with vet enough to write statement for the courts. P. Plan as above. Vet scheduled @ the [illegible] for 1-25-08. |
| | [illegible] |

(Continue on reverse side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility)

REGISTER NO. | WARD NO.

Lozkowski, Stan

– # 17901

PROGRESS NOTES

Medical Record

STANDARD FORM 509 (REV 7-91)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1

## PROGRESS NOTES

| DATE | |
|---|---|
| 1-25-08 | Individual Therapy Note. S: Vet presented for his session. Discussed c changes since attending PTSD program @ the Coatesville VAMC. Indicates PTSD symptoms have decreased. Does continue to experience nightmares, flashbacks & resulting anxiety. A: Vet was A&Ox3, c mood and affect were appropriate to thought content. Denied s/h ideation; Denied a/v hallucinations. Currently involved in [illegible] and motivated to continue same. P: Vet will continue [illegible] appt c Dan Ulrosky, LCSW. He will meet c this writer on a semi-monthly basis for supportive psychotherapy. He is also scheduled to participate in COT grp c [illegible] in February. He is aware to call as needed. Karen [illegible] LCSW |
| 1-28-08 | TC to Atty Jack Dempsey. Letter completed and faxed as requested by vet to Atty Dempsey informing his participation in therapy. [illegible] Karen [illegible] |
| 1-29-08 | Group Counseling Note |
| | S) Focus was on his present legal issues |
| | A) Vet appeared to be experiencing PTSD and [illegible] these symptoms of confusion and isolation. He is [illegible] group but probably because he is on probation. He needs to become more motivated to get individual counseling. |
| | P) Continue with group therapy. Daniel Ulrosky LCSW |

STANDARD FORM 509 (REV. 7-91) BAC
☆U.S.GPO: 2003 519-126/99531

MEDICAL RECORD | PROGRESS NOTES

| DATE | |
|---|---|
| 2/5/08 | Group Therapy Note: |
| | D) Vet again discussed his feelings associated with recent [illegible] |
| | A) Vet is still guarded and not able to verbalize his own feelings. He is beginning to attend Group regularly. He wants to [illegible] [illegible] because he feels that his neighbors are being [illegible] non supportive and making negative comments about him and his family. He was given good feedback from the other group members. |
| | P) continue with Group Therapy weekly. [signature] LCSW |
| 2-8-08 | Individual therapy note |
| | D) Vet presented for scheduled appointment. Reports decrease in nightmares, hypervigilance, and anxiety. Acknowledges 2 nightmares in the past two weeks. Was able to cope effectively ē same. Discussed his withdrawal from war buddies & his anxiety related to speaking to them. He discussed survivor's guilt feelings & responsibility for another buddy [illegible]. Explored [illegible] responsibility. A) Vet presented as A&OX3. Mood was euthymic & congruent affect. No S/H ideation. Improved sleep & improved communication ē [illegible] |
| | P: Continue same mthly 1:1. |
| | [signature] |

(Continue on reverse side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility)

LASKOWSKI, Stanley Mansel

10927

REGISTER NO. | WARD NO.

PROGRESS NOTES

Medical Record

STANDARD FORM 509 (REV 7-91)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1

## PROGRESS NOTES

| DATE | |
|---|---|
| 2-26-08 | Individual/Group Therapy (GWOT) |
| | D) Veteran [illegible] isolating and why he does this. |
| | A) He avoids dealing with friendships and thus he can detach. Stan has tendencies to be psychic numbing. Stan doesn't get tense when he feels unpleasant. He and his wife are doing much better. |
| | P) Continue with Group Therapy and Individual Counseling. |
| | [signature] LCSW |
| 3-11-08 | Group Therapy Note (GWOT) |
| | D) Vet continues to isolate and lately his frustration tolerance is poor. |
| | A) His poor frustration tolerance may be a result of the physical pain he is experiencing and his trying to move himself off of medication. He has been able to walk the opposite direction. We will focus on his being able to recognize cognitive distortions to improve in the area of socialization. |
| | P) Continue with Group therapy and Individual Counseling. |
| | [signature] LCSW |

STANDARD FORM 509 (REV. 7-91) BACK

☆U.S.GPO: 2003 519-126/99531

MEDICAL RECORD | PROGRESS NOTES

DATE

3-12-08 TC from Ron Simon, SCSW @ WBVAMC. Indicates vet was in ER @ WBVAMC over the past weekend & flagged suicide screen after reporting thoughts of being "better off dead". He denied suicidal criteria plan but states was upset b/c his pain meds were stopped after having a seizure & he was requesting Valium. B/c of vet's Hx of addiction to pain pills, Valium was not prescribed. Mr. Simon was informed vet has appt. scheduled this Thurs. @ this writer. P: Will f/u c vet @ scheduled appt. Will address possible med seeking behavior.

Karen Lewandowski, LCSW

3-13-08 Individual Therapy Note
D: Vet presented for scheduled I/I. Described recent events @ the WBVAMC after seizure. Reports frustration @ not being prescribed certain meds i.e. valium, tramadol. Currently refuses to take antidepressants. Does not want to wait for the effects to immediate relief. Discussed various feelings of hopelessness: guilt & shame resulting from actions while A: Vet was A&O x3, mood was anxious & congruent affect. Denied s/h ideation. Currently acknowledges using tramadol which he purchased online. Vet starts to acknowledge addictive behavior. Confronted on same. Explored healthy alternatives to compensate the reduce or distract from hopelessness feelings. Challenged distorted thinking related to behavior seeking. P: Continue I/I. Increase to weekly from semi-monthly.

Karen Lewandowski

(Continue on reverse side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility)

REGISTER NO. | WARD NO.

Loshowski, Stanley

PROGRESS NOTES
Medical Record
STANDARD FORM 509 (REV 7-91)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1

PROGRESS NOTES

DATE

3-14-08 Clinical Consultation.

Reviewed case c Consultant Dr. [illegible] @ the [illegible] VAMC. Discussed [illegible] @ VAMC [illegible] statements as well as [illegible] behaviors. Recommended [illegible] [illegible] [illegible] focus on PTSD [illegible] reduction of PTSD symptoms.

Karen [illegible]

John [illegible], DSW

[illegible]

Joseph [illegible], LPC

4-19-08 Individual Therapy Note

D: Vet presented for scheduled 1:1 session. Reports conflict @ home 2 wks ago [illegible] to his parents calling police. [illegible] his family [illegible] c a friend. Vet indicates [illegible] [illegible] Discussed [illegible] conflict c spouse. She has been working full time; she was a support to vet @ home. Also he now cares for their 3 young children. Vet indicates having [illegible] difficulty c anger; frustration as a result of the above. Explored [illegible] options for reducing stress and [illegible] c wife. A: PTSD symptoms persist c [illegible] home situation. Denied S/H ideation. P: Continue 1:1

Karen [illegible]

**MEDICAL RECORD** | **PROGRESS NOTES**

| DATE | |
|---|---|
| 4-22-08 | Conjoint Marital Counseling |
| | Couple presented for scheduled session. They reported recent incident in which Marisol discovered through a phone call from their credit card company that vet had been ordering Tramadol online. He admits to taking 12 Tramadol a day for a total of [illegible] a day. He is doing this w/o medical supervision & has hx of seizures from taking Tramadol [illegible]. Marisol is having difficulty trusting vet [illegible] as well as his ability to [illegible] their children while she is @ work. A: Vet is exhibiting addictive behavior. He was confronted w/ same. Minimizes significance of his actions and possible consequences for same. Reports abusing Tramadol is the only thing that helps him "keep my sanity." Marisol has difficulty setting limits c vet. [illegible] withdrawal; drug use and addiction [illegible] same. Recommended detox, rehab and possible re-admission to Coatesville to [illegible] learn to cope with distressing PTSD symptoms. He declines these referrals @ this time. He will go to WBVAMC tomorrow for assessment & treatment recommendations. Marisol is agreeable to this plan. P: Continue conjoint sessions to assist couple in rebuilding trust and improving communication. Writer will continue to comply c treatment recommendations from WBVAMC, will order further [illegible] for addictions treatment. [signature illegible] |

(Continue on reverse side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility)

Laskowski, Stanley
CL# 10907

REGISTER NO. | WARD NO.

PROGRESS NOTES
Medical Record

STANDARD FORM 509 (REV 7-91)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1

## PROGRESS NOTES

| DATE | |
|---|---|
| 4-23-08 | TC to John Shalaski, DSW WBVAMC re: veteran's situation. Dr. Shalaski is aware of vets case from previous incident with vet @ VA re: Tramadol. Informed him of vets current situation & that he would be presenting today for tx. Informed of tx recommendations made to vet yesterday & need for evaluation. P: Will continue to monitor for coordination of care. [signature], LCSW |
| 5-2-08 | Clinical Consultation |
| | D: Case presented regarding concerns of addictive behavior & impact on relationship and PRD. Recommended coordinate care @ RMC Simon, DSW and further confronting addiction & need for tx of same. [signature] [signature], DSW [signature] |
| 5-2-08 | Treatment Plan Review Note |
| | D) 90 day Review of Treatment Plan |
| | A) Revision of planned interventions, objectives and quality indicators to meet ACS Standards. |
| | P) Continue with Detox, Referral to Rehab, PTSD Program at Coatesville. |
| | [signature] [illegible] [signature] [signature], LCSW. |

STANDARD FORM 509 (REV. 7-91) BAC
☆U.S.GPO: 2003 519-126/99531

**MEDICAL RECORD** | **PROGRESS NOTES**

| DATE | |
|---|---|
| 5-24-08 | Conjoint Marital Counseling |
| | D: Couple presented for scheduled session. They report some improvement since moving into their own apt. although veteran continues to abuse tramadol. He is taking 12 pills/day. Appears to have lost a significant amount of weight. In denial of addiction and dependence [illegible] effectiveness of medication. Discussed his wife's concern for vet's health. Vet declines addiction treatment. He did go to a private physician [illegible] of abuse of pills. He received script for tramadol. Mrs. Laskowski has concerns for vet's health but [illegible]. A: PTSD, abuse/dependency of prescription pills. P: Continue treatment. Encourage [illegible] |
| | [signature] |
| 5-24-08 | Addendum |
| | Vet denied [illegible] medication. Reports [illegible] mood. Presented as relaxed although denial [illegible] addiction. [illegible] A: [illegible] referral to [illegible] for SARRTP. |
| 5-30-08 | Reviewed case c John [illegible], DSW, WBVAMC. Presented [illegible] treatment c conjoint session and [illegible] continued use of non-prescribed prescription meds. Recommended further exploration of addiction, recommendation for treatment for same. |
| | [signature] |
| | [signature], DSW |

(Continue on reverse side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility)

Laskowski, Stanley
CL# 10907

REGISTER NO. | WARD NO.

PROGRESS NOTES
Medical Record
STANDARD FORM 509 (REV 7-91)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1

PROGRESS NOTES

| DATE | |
|---|---|
| 6-20-08 | Individual Therapy Note D: Vet presented for scheduled appt. [illegible] he has reduced his use of Xanadu by 50%. Indicates he [illegible] some "edginess" but otherwise [illegible] difficult adjustment. Vet [illegible] some conflict [illegible] communication. Continues [illegible] related to difficult communication. Indicates he has been referred for neuropsych testing through the WBVAMC; is being evaluated for TBI. He is also going to start CPT @ Dr. Dooley @ WBVAMC. A: Vet was A/Ox3, mood [illegible] and [illegible] congruent affect. Denied s/i/h ideation. Has reduced Xanadu use; is working toward abstinence [illegible] p: Vet will continue 1:1 @ Dr. Dooley @ WBVAMC for CPT. He will attend conjoint sessions @ undersigned and will continue 1:1 @ spouse on [illegible] - mthly basis. [signature] |
| 8-21-08 | TC from Dr. Dooley, WBVAMC [illegible]. He reports vet continues @ CPT; [illegible] 3 sessions. Discussed agency availability for family services @ this Vet Ctr. [signature] |
| 7/29/08 | Clinical Review Note 1) Review for compliance to RCS Standards 2) TX Plan Needed when vet returns to counseling P) Continue with indiv. counseling [signature] |

MEDICAL RECORD | PROGRESS NOTES

| DATE | |
|---|---|
| 9-15-08 | F/u Vet w/ sent as per RQ policy |
| | Karen Leschitz, LCSW |
| 10-20-08 | Case Closing Note. |
| | D: The client presented c̄ following psychosocial focus area goals on intake: |
| | Vet dx c̄ PTSD from service in Iraq. Looking for I/P program for PTSD family counseling. |
| | During this period vet attended 13 sessions over the course of 9 months @ an avg of 1x month. |
| | OUTCOME STATUS: |
| | Goals Accomplished: Vet attended & successfully completed I/P PTSD program @ Coatesville VAMC. Engaged in individual, group & marital counseling upon d/c from that program. |
| | Need for Continued Tx: Vet has continued w/ tx @ CBOC c̄ Dr. Matthew Dooley for a course of CPT. |
| | Referral Needs: None |
| | Prognosis: Good |
| | Karen Leschitz |

(Continue on reverse side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle; grade; rank; rate; hospital or medical facility)

Laskowski, Stanley
CLH/0707

REGISTER NO. | WARD NO.

PROGRESS NOTES
Medical Record
STANDARD FORM 509 (REV 7-91)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-1