------1st of 49 pages

## Curriculum Vitae

**Name:** William Michael Glazer, M.D.

**Locations:** [REDACTED]

[REDACTED]

**E-Mail:** wglazer@glazmedsol.com

**Place of Birth:** Hartford, Connecticut

**Current Positions:** President, Glazer Medical Solutions http://www.glazmedsol.com
Menemsha, MA

Private Practices of Psychiatry: Menemsha, MA and Key West, FL

**Specialty:** Psychiatry

**Education:**

1969 A.B. Clark University, Worcester, Massachusetts

1973 M.D. University of Connecticut School of Medicine

**Postdoctoral Training:**

1973-74   Internship in Medicine and Pediatrics, St. Vincent Hospital, Worcester, Massachusetts

1974-78   Postdoctoral Fellow, Dept. of Psychiatry, Yale University School of Medicine

1

**00360**

**Licensure and Certification:**

| | |
|---|---|
| 1993- | Massachusetts License Registration #78324 |
| 2007- | Florida License Registration #98110 |
| 1974 -2006; 2011- | Connecticut License Registration #016781 |
| 1999-2007 | New York License Registration #215991 |
| 1979 | American Board of Psychiatry and Neurology |

**Academic Appointments:**

| | |
|---|---|
| 1978-84 | Assistant Professor of Psychiatry, Yale University School of Medicine |
| 1984-91 | Associate Professor of Psychiatry, Yale University School of Medicine |
| 1991-96 | Associate Clinical Professor of Psychiatry, Yale University School of Medicine |
| 1996- 06 | Associate Clinical Professor of Psychiatry, Harvard Medical School |

**Hospital Appointments:**

| | |
|---|---|
| 1978-96 | Attending and Associate Staff, Connecticut Mental Health Center |
| 1978- | Attending, Associate and Adjunct Staff, Yale New Haven Hospital |
| 1990-2001 | Associate Medical Staff, Connecticut Valley Hospital, Middletown, Connecticut |
| 1996- 06 | Clinical Associate in Psychiatry, Massachusetts General Hospital |

**Other Professional Positions and Major Visiting Appointments:**

| | |
|---|---|
| 1974-78 | Middlesex Memorial Hospital, Middletown, Connecticut, General Emergency Room Physician |
| 1978-81 | Depression Research Unit, Yale University School of Medicine, Research Psychiatrist |
| 1979-81 | Griffin Hospital, Derby, Connecticut, Staff Psychiatrist |
| 1979-81 | Dana Psychiatric Clinic, Yale-New Haven Hospital, Psychiatric Consultant |
| 1982-88 | Veterans Administration Hospital, West Haven, Clinical Research Consultant |
| 1983-84 | Traumatic Brain Injury Program, Brook Hollow Wallingford, |

**00361**

| | |
|---|---|
| | Connecticut, Consulting Psychiatrist |
| 1986-95 | Connecticut Department of Mental Retardation, Statewide Tardive Dyskinesia Evaluation Assessment Program |
| 1988-95 | Connecticut Department of Mental Health, Psychopharmacology Consultant to Norwich State Hospital |
| 1988-97 | Aetna Focused Psychiatric Review Program, Middletown, CT |
| 1989-97 | Human Affairs International, Salt Lake City, Utah, Program Consultant |
| 1989-98 | Aetna Health Plans: Accidental Death and Dismemberment |
| 1991 | HMA Behavioral Health, Orange, Connecticut, Psychiatric Consultant to third party administrator for a Connecticut-based HMO |
| 1991-99 | Aetna Long Term Care Division |
| 1991 | Health Initiatives Inc., Stonington, CT, Psychiatric Consultant on project to privatize Medicaid-funded treatments for Massachusetts Department of Mental Health |
| 1992-95 | PsychResources, Inc. |
| 1992-99 | Aetna Commercial Insurance Division - Workers Compensation Claims |
| 1994 - 2005 | Executive Producer, Primedia Healthcare, Carrollton, TX |
| 2000-07 | President & Chief Medical Officer, ReliaLAB Inc., Basking Ridge, NJ |
| 2004-6 | Director, Speaker's Bureau, Care Plus Foundation, Paramus, NJ |
| 2001-7 | President and Chief Medical Officer, ReliaLAB, Inc.Basking Ridge, NJ |
| 2007 -8 | Medical Director, PRIMEDIA Healthcare, Addison, TX |

**Awards & Honors:**

| | |
|---|---|
| 1973 | Bloomberg Prize for Excellence in Psychiatry, University of Connecticut School of Medicine |
| 1994-97 | Best Doctors in America |
| 1996 | Who's Who in America |
| 1997-present | Best 2000 Doctors in America |

**Major Committee Assignments:**

**National and Regional:**

| | |
|---|---|
| 1985-89 | Chairman, Connecticut Psychiatric Society Committee for Care of Chronic |

3

**00362**

Patients

| 1984-91 | Board of Directors, Continuum of Care Incorporated (NonProfit Community Residential Living Facilities for the Mentally Ill), President, 1979-1984, Board member 1984 - 1991. |

1984-    Special Review Committee, Office of Extramural Project Review, National Institute of Mental Health

1986-    Ad Hoc Reviewer for the Veterans Administration Mental Health and Behavior Science Research Advisory Group Committee

1991-94    Connecticut Department of Mental Retardation Medical Advisory Panel, September 30, 1991 - 1994: (Appointed by Governor Weicker per Sec 4-8 of Connecticut General Statutes).

1989-94    Tardive Dyskinesia and Dystonia Foundation, Advisor

1992-98    Advisory Board, National Association of Managed Care Physicians

1992-2001    Advisory Board, Chronic Mental Illness, A Book Series, Edited by John A. Talbott, M.D.

**Connecticut Mental Health Center:**

1978-80    Program Information and Analysis Section
1980-89    Chairman, Medical Records
1979-86    In-Service Training
1980-87    Pharmacy and Therapeutics
1989-91    Chairman, Outpatient Program and Planning
1989-91    Executive Committee, Outpatient
1989-91    Chairman, Peer Review Committee

00363

**Memberships, Offices and Committee Assignments in Professionals Societies:**

| | |
|---|---|
| 1976- | American Psychiatric Association, Member |
| 1988-2010 | American Psychiatric Association, Fellow |
| 2010 - | American Psychiatric Association, Distinguished Life Fellow |
| 1976- | Connecticut Psychiatric Society |
| 1982-89 | International Menopause Society |
| 1987-90 | International Society of Psychoneuroendocrinology |
| 1987-93 | American Psychopathological Association |
| 1988-96 | American College of Psychiatry |
| 1988- | American Association of Community Psychiatrists |
| 1992- | National Association of Managed Care Physicians, Advisory Board |
| 1993- | American Society of Clinical Psychopharmacology |
| 1995- | American Telemedicine Association |

**Community Service Related to Professional Work**

2000-2003    Marthas Vineyard Foundation for Island Health

**Major Research Interests:**

1. Psychiatric Point of Care Tests
2. Schizophrenia
3. Tardive Dyskinesia
4. Managed Mental Health Care

**Research, Teaching, and Clinical Contributions**

Past Research Funding:

| | | |
|---|---|---|
| 1978-9 | NIMH/MHCRC<br>Social Adjustment in Schizophrenia | Investigator |
| 1979-85 | NIMH/MHCRC<br>Studies in Tardive Dyskinesia | Investigator |
| 1979-81 | Ciba Geigy M-2162P<br>Baclofen and Tardive Dyskinesia | Investigator |
| 1982-84 | Yale Dept of Epidemiology and Public<br>Health BRSG Grant<br>A Retrospective Cohort Study of Patients<br>with Tardive Dyskinesia | Investigator |
| 1983-85 | Dupont Pharmaceuticals, #58 | PI |

00364

Molindone HCl and Haloperidol in TD

| | | |
|---|---|---|
| 1984-87 | E.R. Squibb Grant #1438-101, 102; Bioavailability Studies of Fluphenazine Decanoate | PI |
| 1985-88 | NIA Grant N522650-01 Sensory Function in the Climacteric | Investigator |
| 1986-93 | NIMH MH25642 Neurobiologic Basis of Major Psychiatric Disorder | Investigator |
| 1985-1990 | NIMH Grant MH3734303 Intermittent versus Maintenance Medication in Schizophrenia | Co-PI |
| 1988-89 | Wyeth-Ayerst # 636A-200-US. A Randomized, Double Blind, Placebo Controlled, Safety and Preliminary Efficacy Trial of WY 47,384 Tablets in Acutely Psychotic Schizophrenics | PI, |
| 1985-93 | NIMH MH39665-0l PI, Epidemiologic Studies in Tardive Dyskinesia | |
| 1996-1998 | Eli Lilly Funded Study: Consultant Health economic studies of olanzapine | |
| 1997-1999 | Eli Lilly funded study Consultant the incidence of TD with olanzapine | |
| 1999 | Astra Zeneca funded study Consultant the incidence of TD with quetiapine | |

Current Research Activities

| | |
|---|---|
| 2000- 7 | ReliaLAB Inc. Development of Point of Care Tests for Psychiatry |
| 1998- | Glazer Medical Solutions: Access to Mental Health Care Editor: www.MedAccessOnline.com – a website devoted to issues of access to psychiatric medications. |

6

**00365**

**Principal Clinical and Hospital Responsibilities:**

| | |
|---|---|
| 1978-95 | Director, Tardive Dyskinesia Clinic, Yale University School of Medicine |
| 1978-91 | Clinical Psychopharmacologist, Outpatient Division, Connecticut Mental Health Center |
| 1984-88 | Chief, Community Support Service, Connecticut Mental Health Center |
| 1984-91 | Associate Director, Center for the Study of Prolonged Psychiatric Disability |
| 1988-89 | Deputy Director, Medical, Outpatient Division, Connecticut Mental Health Center |
| 1988-91 | Assistant Director for Medical Staff and Regulatory Affairs, Connecticut Mental Health Center |
| 2007 - | Outpatient practice, The Church Street Cooperative, Vineyard Haven, MA |
| 2007- | Outpatient Practice, Key West, Florida |

**Regional, National and International Teaching Contributions**

**Grand Rounds Presentations**

| | |
|---|---|
| 1981 | Brown University School of Medicine |
| 1982 | University of Oregon Health Science Center |
| 1983 | University of Connecticut School of Medicine |
| 1984 | Duke University School of Medicine |
| | University of Massachusetts School of Medicine Bowman Gray School of Medicine |
| 1985 | University of North Carolina School of Medicine |
| | New York Medical College Psychiatric Institute |
| 1986 | Temple University School of Medicine |
| | University of Virginia School of Medicine |
| | Medical College of Virginia |
| | SUNY Buffalo Health Science Center |
| | Emory University School of Medicine |
| 1987 | Ohio State University School of Medicine |
| | Loyola University Stritch School of Medicine, |

7

**00366**

Carrier Foundation
University of New Mexico, School of Medicine
Mount Sinai Medical Center
University of Utah School of Medicine
Baylor University School of Medicine
University of Washington School of Medicine
University of California, Davis School of Medicine
SUNY Rochester Health Science Center

1988  University of Wisconsin Medical School
Downstate Medical Center
University of Missouri
Palo Alto VA MH/MR, Menlo Park, California
Strong Memorial Hospital, Rochester, NY
University of Louisville School of Medicine

1989  Yale University Department of Neurology

1991  Stony Brook Health Science Center, Stony, NY
Louisiana State University

1992  University of Alabama School of Medicine
University of Texas, San Antonio
University of Kansas, Kansas City
Univ of Texas Health Science Center at Houston
New York University
University of Medicine & Dentistry of New Jersey
Medical College of Pennsylvania
Creighton University, School of Medicine & University of Nebraska
College of Medicine
University of Pennsylvania

1993  Mayo Clinic
University of Iowa

1994  Mount Sinai Hospital, New York
University of Alabama School of Medicine at Birmingham
Chestnut Lodge Hospital, Rockville, Maryland
University of California at Irvine

1995  University of Southern California
McLean Hospital
Robert Wood Johnson Medical School at Camden Howard University
University of Michigan
Wright State University

**00367**

University of Cincinnati
Chicago Medical School
University of Chicago
Oschner Clinic
University of Kansas, Kansas City
University of Oklahoma School of Medicine
South Florida Department of Psychiatry and Behavioral Medicine, Tampa

1996   Temple University Health Sciences Center
University of California at Davis
Long Island Jewish Hillside Medical Center
Thomas Jefferson School of Medicine
Wayne State University School of Medicine
University Of Tennessee School of Medicine
Georgetown University Medical Center
Oschner Clinc
University of Louisville

1997   The New York Hospital Cornell Medical Center
University of Pittsburgh School of Medicine
Henry Ford Systems, Detroit, Michigan
Metropolitan Hospital, New York City
Mayo Clinic, Rochester, MN
Gunderson Medical Foundation, LaCrosse WI
Good Samaritan Health System, Phoenix, AZ
Westwood Pembroke Health System, Westwood, MA
St Francis Medical Center, Pittsburgh, PA
Butler Hospital, Providence RI
Eastern Pennsylvania Psychiatric Institute

1998   Massachusetts General Hospital
University of Arizona, Tucson
New York Medical College
University of Nevada, Reno NV
Montreal General & Douglas Hospitals, McGill University
Pennsylvania Hospital, Philadelphia, PA
University of Kansas at Wichita
Lahey-Hitchcock Clinic, Burlington, MA
Tufts University School of Medison, Boston, MA

1999   Colorado Mental Health Institute at Pueblo
University of Nebraska Medical Center
University of Arkansas Medical School

9

**00368**

Ohio State University School of Medicine
UCLA Neuropsychiatric Institute
Baylor College of Medicine
Norfolk Naval Hospital Department of Psychiatry
UT San Antonio Health Sciences Center
NY Presbyterian Hospital Weill-Cornell Westchester Division

2000    Hackensack University Medical Center
University of South Dakota Department of Psychiatry
University of Kansas Medical Center
Staten Island St. Vincent□s Medical Center
University of Cambridge Department of Psychiatry (UK)

2001    Beth Israel Hospital, New York City
University of Louisville
Case Western Reserve University

**Invited Symposia and Panel Presentations:**

Orthopsychiatry Annual Meeting, Toronto, April 1980. Presentation of paper entitled "Factors Involved in Dropping Out of Treatment by Chronic Deinstitutionalized Patients."

American Psychiatric Association Annual Meeting, San Francisco, California, May 1980. Participation on issues workshop entitled "Training Residents in Chronicity."

Mental Health Association of Connecticut Research Symposium, January 1981. Presentation of paper entitled "Research in Social Adjustment among Schizophrenics."

Sixth Annual Multi-State Information System National Users Conference, Presentation of paper entitled "Computerizing a Tardive Dyskinesia Clinic." Orangeburg, New York, May 5, 1981.

American Psychiatric Association Annual Meeting, New Orleans, Louisiana, May 1981. Co-author on Symposium paper presented by Dr. John Strauss entitled "The Role of Work in The Recovery from Schizophrenia".

Orthopsychiatry Annual Meeting, San Francisco, California, March 30, 1982. Presentation of paper entitled "Creative Financing and the Halfway House."

Connecticut Department of Mental Health Regional Workshop on Regional Planning for Transitional Living Facilities October 1, 1982, Panel Presentation entitled "Continuum of Care for the Deinstitutionalized Mental Patient."

Seventh Annual Multi-State Information System National Users Conference, Orangeburg, New York, October 26, 1982. Presentation of paper entitled "The Natural Course of Tardive Dyskinesia".

**00369**

National Kidney Foundation of Connecticut Symposium, Advances in Nephrology, May 19, 1983. Lecture entitled "Chronic Renal Failure: Impact on Adult Development."

Third Annual Psychopharmacology Teaching Day, Albany Medical College of Union U., Albany, New York, April 19, 1984. "The Pharmacologic Treatment of Psychosis in the Elderly."

American Psychiatric Association Annual Meeting, Los Angeles California, May 6, 1984. Symposium: Depot Neuroleptics: A Worldwide Perspective. "The Risk to Benefit Ratio - A U.S. Perspective".

Connecticut Housing Symposium, Connecticut Mental Health Center, June 15, 1984. "The Interface Between Clinical Care and Housing in Chronic Psychiatric Patients."

Allentown State Hospital Annual Psychopharmacology Symposium, Allentown, Pennsylvania, October 31, 1984. "Tardive Dyskinesia and Informed Consent."

Department of Psychiatry, School of Medicine, University of Florida, Boca Raton, Florida, December 6, 1984. Symposium: Theoretical and Clinical Considerations Affecting the Selection of Neuroleptic Agent. "A Comparison of Molindone Hydrochloride and Haloperidol in Patients with Tardive Dyskinesia."

American Psychiatric Association Annual Meeting, Dallas, Texas, May 20, 1985, New Research Oral Presentation "Clinical Applications of I-125 Fluphenazine RIA."

American Psychiatric Association Annual Meeting, Dallas, Texas, May 25, 1985, video session: "Recognizing and Advising Patients about TD."

Allentown State Hospital Conference on The Chronic Mental Patient. Allentown, Pa. Oct. 28, 1985. "Issues in Treating Chronic Mental Patients - Problems and Needs."

South Dakota State Psychiatric Society Annual Meeting, June 6, 1987, "Toward a More Rationale Use of Depot Neuroleptic Medication".

Eleventh Annual Virginia Beach Neuroscience Update, Virginia Beach, Virginia, July 16, 1987, "Understanding the Etiology of Schizophrenia".

Puerto Rico Psychiatric Association Annual Meeting, San Juan, Puerto Rico, September 25, 1987, "Depot Neuroleptics: Patient Selection, Administration and Pharmacokinetic Profile".

Fourth Annual Southeastern Conference - The Chronic Patient: Care and Treatment, Jacksonville, Florida, October 19, 1987, "Depot Neuroleptic Maintenance".

Fourth Annual Schizophrenia Conference: Assessment Strategiesin Schizophrenia: Focus on Clinical Management, Pittsburgh, Pennsylvania, November 9, 1987. "Tardive Dyskinesia:

11

00370

Prognosis and Treatment Strategies".

Pennsylvania Association of State Hospital Physician Annual Meeting, King of Prussia, PA, October 25, 1988. "Current Trends in Tardive Dyskinesia".

Fifth Annual Pittsburgh Schizophrenia Conference, Pittsburgh, Pennsylvania, November 7, 1988, "The Risk-Benefit Ratio and Depot Neuroleptic Maintenance".

Texas Department of Mental Health and Mental Retardation CME Series, Austin, Texas, December 20, 1988. "Screening for Tardive Dyskinesia" - COMNET teleconference.
South Beach Psychiatric Center, Staten Island, New York, January 12, 1989, "Depot Neuroleptics".

APA Annual Meeting, San Francisco, California, May 9, 1989, Paper presentation entitled "Video Presentation of Tardive Syndromes".

Hospital and Community Psychiatry Annual Meeting, Philadelphia, PA., October 17, 1989. "Tardive Dyskinesia".
American Public Health Association Annual Meeting, Chicago, Ill., October 25, 1989. "Public health aspects of medication side effects".

State of North Dakota sponsored Symposium, Jamestown, North Dakota, November 1, 1989. "Update on Tardive Dyskinesia".

Northwick Park Hospital Medical Research Council Training Group. "The incidence of tardive dyskinesia in a chronic outpatient population". Northwick Park Hospitals, Harrow, England, March 21, 1990.

Centre Hospitalier Sainte-Anne, Service Hospitalo-Univeritaire de Sante Mentale et de Therapeutique (Professor H. Loo), "Epidemiologic Studies in Tardive Dyskinesia", April 10, 1990.

The Sixth International Conference on Phenothiazines and Structurally Related Psychotropic Compounds. Morgenstern H, Glazer W, Wagner R and Doucette J: "The Impact of Neuroleptic Medications On The Incidence of Tardive Dyskinesia", Oral presentation given on September 13, 1990, Pasadena, California.

The Connecticut Hospital Association Conference Meeting. Glazer W: "Responses to the Current Managed Care Environment in Psychiatric Settings". March 20, 1991, Wallingford, CT.

Yale University School of Medicine, May 11, 1991. Glazer W.M.: "Emotional Aspects of Menopause". Menopause Workshop: Perspectives in Midlife Health Care.

APA Annual Meeting Paper Session. Glazer W.M.: Psychiatric Medical Necessity Scales: Development and Reliability". May 13, 1991, New Orleans, Louisiana.

APA Annual Meeting Symposium: Glazer W.M.: Depot Neuroleptics and the Refractory

00371

Patient.Selecting Patients for Depot Neuroleptic Therapy, May 13, 1991, New Orleans, Louisiana.

APA Annual Meeting Symposium: Neurobiology of Negative and Positive Symptoms, Quinlan D, Schuldberg D, and Glazer W: Factors of Positive and Negative symptoms, May 13, 1991, New Orleans, Louisiana.

NCDEU 31st Annual Meeting. Glazer W.M. and Morgenstern H.: Incidence of Tardive Dyskinesia Presented at the Free Communications Session, May 31, 1991, Key Biscayne, Florida.

NCDEU 31st Annual Meeting. Herz M., Glazer W. and Mostert M.: Predictors of Prodromal Episodes and Relapse in Schizophrenia. Presented at the Free Communications Session, May 31, 1991, Key Biscayne, Florida.

Joint Meeting of Connecticut Psychiatric, Psychological and Clinical Social Work Societies. Glazer W: "Coping with Managed Care". New Haven, Connecticut, June 4, 1991.

12th Congress of the National Mexican Psychiatric Association Annual Meeting. "Tardive Dyskinesia and Schizophrenia: Variables Relevant to Treatment." Acapulco, Guerrero, Mexico, November 20, 1991.

Ohio State Symposium on Tardive Dyskinesia. Glazer W: "Epidemiology of Tardive Dyskinesia: Incidence, Measurement and Differential Diagnosis". Columbus, Ohio, January 18, 1992.

Four Winds Hospital Symposium Working with Managed Care. Presentation of Key Note Address "Adapting to Managed Care". Tarrytown, New York, March 11, 1992.

American Psychiatric Association Annual Meeting. Symposium Chair of Psychotic Relapse: A Multisystems Perspective. Co-chaired by Malcolm Bowers, MD and including presentations by Senator Pete Domenici, Drs. Leonard Stein, Jeffrey Lieberman, Gerard Hogarty, John Davis, Mary Jane England and Mrs. Nancy Domenici. Sponsored by McNeil Pharmaceutical in association with the Yale University School of Medicine, Department of Psychiatry. Washington, DC, May 3, 1992.

Florida A & M University and the University of Florida, Mental Health: Therapeutic and Economic Strategies for the Nineties. "Avoiding Relapse in Chronic Schizophrenia", Daytona Beach, Florida, June 20, 1992.

The National Academy for State Health Policy's 5th Annual Conference: Medicaid Managed Care and Mental Health: Win Win? Point/Counterpoint Luncheon. Minneapolis, Minnesota, August 9, 1992.

State of North Carolina, Division of Mental Health Annual Clinical Update. Presentation entitled: "Depot Neuroleptic Dosing Strategies for Treating Chronic Schizophrenia". Southern Pines, N.C., September 15, 1992.

Alliance for the Mentally Ill of Minnesota 6th Annual Community Program for Professionals,

Families and Consumers. "Issues in the Management of Chronic Mental Illness". St. Cloud Minnesota, October 15, 1992.

St. Luke's/Roosevelt Hospital Center, "Engaging the Schizophrenic Patient". Presentation entitled "The Natural History of Tardive Dyskinesia: Consideration for Long-Term Treatment". New York, N.Y., October 21, 1992.

National Managed Healthcare Congress Regional Meeting. "Coordinating Mental Health Services". Chicago, Illinois, October 29, 1992.

Eleventh Annual Program at Crafts-Farrow Hospital. "Selecting Patients for Depot Neuroleptic Therapy". Columbia, South Carolina, November 5, 1992.

Horsham Clinic Continuing Education Series. "Managed Care and Brief Therapy: The Future of Psychiatric Healthcare". Philadelphia, PA, November 12, 1992.

The 9th International Conference on Multiple Personality and Dissociative States. "Adapting to Managed Care". Chicago, Illinois, November 14, 1992.

International Foundation of Employee Benefits Plan, Corporate Health Care Cost Management Conference. Paper entitled "Behavioral Medicine". December 8, 1992, New Orleans.

National Association of Private Psychiatric Hospitals Annual Meeting. "The Impact of Managed Care on Delivery System Design". Ft. Lauderdale, Florida, January 25, 1993.

Society for Health Care Annual Meeting. Trends in Behavioral Managed Care. Orlando, Florida, 2/8/93.

Midwest Business Group on Health. Chicago, Illinois, March 10, 1993.

American Psychiatric Association Annual Meeting. Symposium Chair of "Managing Care: Balancing Cost and Quality, Co-Chaired by Mary Jane England, MD and including presentations by Harold Visotsky, Wayne Katon, Myrna Weissman, William Glazer and Michael Freedman. May 24, 1993, San Francisco.

American Psychiatric Association Annual Meeting, Symposium Chair: A Critical Assessment Is TD Reversible? Paper presented entitled "The Course of TD: Good News and Bad News". May 25, 1993, San Francisco.

American Psychiatric Association Annual Meeting, Symposium entitled Race and Psychiatry. Paper presented entitled "Race and TD". May 27, 1993, San Francisco.

Hospital and Community Psychiatry: Consumer and Family Empowerment Agenda Spring Conference. Sponsored by Western Reserve Psychiatric Hospital, Ohio Department of Mental

00373

08/22/2011 MON 09:38 [TX/RX NO 6533] @014

Health and Cuyahoga County Mental Health Board. "Preventing Relapse: A MultiSystems Approach to Schizophrenia". June 2, 1993, Northfield, Ohio.

American Academy of Family Physicians, Commission on Health Services meeting on "Provision of Psychiatric Services by Family Physicians", June 26, 1993, Linconshire, Illinois.

Mid America Case Management Society First Annual Seminar: Today's Realities and Tomorrow's Challenge. Lecture entitled "Understanding and Responding to the Medical Offset Phenomenon", July 9, 1993, Kansas City, Missouri.

North American Congress on Employee Assistance Programs Annual Meeting. "Behavioral Health Services from the Purchaser's Perspective", August 3, 1993, Boston, Massachusetts.

Oregon Foundation for Medical Excellence. "Physicians' Response to Managed Care". September, 10, 1993, Portland Oregon.

Second Annual Texas Symposium on Psychosocial Rehabiltation. Preventing Relapse: A Multisystems Approach. September 28, 1993, South Padre Island, Texas.

47th Annual Meeting of the Council on Employee Benefits: The Clinton Administration's Impact on Benefits. "Managed Mental Health Programs". Arlington, VA, October 8, 1993.

45th Institute on Hospital and Community Psychiatry, Satellite Symposium "Innovations in Treating Psychoses". Presentation entitled "Side Efchotic Drugs, Especially TD". October 9, 1993, Baltimore, MD.

45th Institute on Hospital and community Psychiatry, Joint Session with the American Association of Community Psychiatrists. "Contraversial Issues in the Use of Psychotropic Medication", October 9, 1993, Baltimore, MD.

American Association of Preferred Provider Organizations Annual Fall Forum: The Impact of Healthcare Reform. Presentation entitled "Behavioral Healthcare: Expectations and Limitations". October 12, 1993, Orlando, Florida.

Mental Health Association of Virginia Conference: "Managing Costs and Ensuring Quality". Lecture entitled "Cost Offset effects in Mental Health Care: Myth or Reality". October 13, 1993, Richmond, VA.

1993 Behavioral Medicine Symposium, presentations entitled "Mental Health Providers' Response to Managed Care" and "Behavioral Health Care Systems: The Continuous Care Model". St Vincent Charity Hospital and Health Center, October 14, 1993, Cleveland, OH.

Regent Hospital Lecture Series: "Adapting to Behavioral Managed Care - Is it Possible?. Manhattan, October 22, 1993.

**00374**

US Psychiatric Congress Symposium "Progress in Psychoses: Serotonin-Dopamine Antagonists". Presentation entitled "Can we Eradicate TD?" San Diego, CA, November 19, 1993

Second Annual Business Insurance Winter Health Care Management & Cost Containment Conference. "Fair and Adequate Managed Mental Health Care Coverage". San Diego, CA January 21, 1994

Behavioral Informatics Tomorrow National Conference. "Developments in computer-assisted decision support technology and applications to an HMO environment". Orlando Florida February 25, 1994.
The Psychoses and Related Disorders, University of Wisconsin Department of Psychiatry. "Schizophrenic disorders: Their outpatient pharmacotherapy. Madison, Wisconsin, March 11, 1994.

Eleventh Annual Greenbriar Psychopharmacology Conference. "Depot neuroleptics in a multisystem approach to schizophrenia". Greenbriar, West Virginia, March 18, 1994.

Sixth Annual National Managed Health Care Congress. "Depression in the Workplace: Recognizing Illness Instead of Weakness". Washington, D.C. April 11, 1994

State of Florida Department of Health and Rehabilitative Services Interactive Video Conference: Treating Schizophrenia. May 10, 1994, Talahassee, FL.

The American Managed Care and Review Association's (AMCRA) Managed Behavioral Health Care Conference: "Creating an Integrated System". Washington, D.C. May 13, 1994.

Faulkner & Gray's Medical Outcomes Research Conference IV: "Provider Profiling: Measuring Mental Health Care Effectiveness". Washington, D.C. May 13, 1994

MediCongress European Symposium on Pharmacoeconomics: "The Cost of Mental Health". Gent, Belgium, May 19, 1994

American Psychiatric Association Annual Meeting, CME Course entitled "Providers and Reviewers Teach Managed Care", May 21, 1994, Washington, D.C.

American Psychiatric Association Annual Meeting. Industrial Sponsored Symposium entitled "Treating Schizophrenia: The Cost/Quality Dilemma". Chaired by Dr Glazer and including presentations by Steven Sharfstein, Anthony Lehman, William Glazer, William Reid, Peter Weiden and Bernard Arons. May 24, 1994, Washington, D.C.

American Psychiatric Association Annual Meeting, Forum Chair - "Managed Care and the Private Practitioner: Coping Strategies", May 24, 1994, Washington, D.C.

Connecticut Psychiatric Society. New Haven Chapter Annual Meeting, "Survivng Managed Care", June 16, 1994, New Haven, CT.

00375

08/22/2011 MON 09:38 [TX/RX NO 6533] @016

XIX[th] Collegium Internationale Neuro-Psychopharmacolgium Meeting: "Identifying Risk Factors for Tardive Dyskinesia", in Symposium entitled "Neuroleptic Associated Tardive Syndrome: Clinical Features and Neurolpathology". Washington, D.C., June 29, 1994.

XIX[th] Collegium Internationale Neuro-Psychopharmacolgium Meeting: "The Changing Face of Service Delivery for Schizophrenia: Economic factors" in Symposium entitled "Schizophrenia: New Considerations of an Old Problem". Washington, D.C., June 30, 1994.

Schizophrenia 1994: Exploring the Spectrum of Psychoses: "Treating the Revolving Door Syndrome: A Pharmacoeconomic Perspective", Free Communications. Vancouver, B.C. August 23, 1994.

Schizophrenia 1994: Exploring the Spectrum of Psychoses: "Depot Neuroleptic Use in Maintenance Treatment", Symposium entitled "Neurological Management of Schizophrenia: Treatment Considerations", Vancouver, B.C. August 23, 1994.

IBC/Infoline's Integrating Behavioral Outcomes into Clinical Practice. "The Medical Offset Theory: Cost Savings and Quality Improvement in the Primary Care Setting". San Francisco, CA September 28, 1994.

National Association of Managed Care Physicians Fall Forum: Track Chairperson, Depression and Medical Offset Effects, Phoenix, Arizona, September 30, 1994.

American Psychiatric Association's 46th Institute on Hospital & Community Psychiatry. Symposium Chair, Clinician's Measurement of Outcomes in Schizophrenia, San Diego, CA, October 1, 1994.

Key Note Presentation for Symposium Sponsored by Blue Cross - BlueShield - BluePlus of Minnesota and University of Minnesota Medical School: Managed Mental Health Care: Principles and Techniques for Practice. , Minneapolis, MN, October 7, 1994.

Individual Case Management Association of America's Medical Case Management Conference VI, Managing Hidden Psychiatric Disorders in Medical Patients (October 16, 1994), and The Case Manager and the Medical Offset Phenomenon (October 17, 1994), San Diego, CA.

Bay Shores Medical Group: New Strategies for Managing Health in the Primary Care Setting. January 14, 1995, Torrance, California.

Harvard Community Health Plan, Behavioral Medicine Speaker Series: Recognizing emotional disorders in a primary care population. February 23, 1995, Boston, Massachusetts.

The Center for Clinical Quality Evaluation (Formerly the American Medical Review Research Center) 10th Anniversary Symposium: Quality of Care: Clinical Evaluation Applied to All Populations. Presentation entitled: "Identification and Treatment of Mental Illness in A Managed

00376

08/22/2011 MON 09:38 [TX/RX NO 6533] @017

Care Environment". May 2, 1995, Washington, D.C.

American Psychiatric Association Annual Meeting. Industrial Sponsored Symposium entitled "Depression: Whose Cost at What Cost?" Chaired by Dr Glazer, included presentations from Drs Mary Jane England, Jerrold Rosenbaum, Wayne Katon, Dan Conti and John Feighner. Miami, Florida, May 21, 1995.

American Psychiatric Association Annual Meeting paper presentation entitled "The cost-effectiveness of clozapine", (1st author Herbert Meltzer, M.D.). Miami, Florida, May 22, 1995.

American Psychiatric Association Annual Meeting paper presentation entitled "An Algorithm for Neuroleptic Maintenance". Miami, Florida, May 22, 1995.

American Psychiatric Association Annual Meeting. Industrial Sponsored Symposium entitled "New Drug Development in Schizophrenia". Presentation entitled: "Managed Care and the Treatment of Schizophrenia". Miami, Florida, May 23, 1995.

Employee Assistance Professional Association Regional Meeting. Key Note Speaker - Depression and the Workplace. Baltimore, MD, July 11, 1995.

Institute for Behavioral Health Care National Meeting: How to Integrate Mental Health Pharmaceuticals with Managed Behavioral Healthcare. Philadelphia, PA July 20, 1995.

National Alliance for the Mentally Ill Annual Convention. The Side Effects of Medication. Washington, D.C. July 22, 1995

Southern California Kaiser Permanente Medial Group's 19th Annual Psychiatry Symposium. Psychiatric Treatments for the Mid-Nineties. Anaheim, CA, September 8, 1995.

Minneapolis Buyers Health Care Action Group Symposium: Depression in the Workplace: Costs, Consequences and Collaboration. Minneapolis, MN September 14, 1995.

Wisconsin Psychiatric Association Fall Conference, Managed Care: The Topic that Everyone Wants to Know About But is Afraid to Discuss (Key Note Speaker). Green Bay, WI, September 15, 1995.

MHN Educational Program entitled Helping Patients with Depression: Psychopharmacology for Psychotherapists. Universal City, CA September 16, 1995.

8th ECNP Congress, Symposium Chair for "Managing the Life Cycle of Schizophrenia. Paper presentation entitled, "The Impact of Managed Care Systems on Relapse Prevention and Quality of Life for Patients with Schizophrenia. Venice, Italy, October 1, 1995.

Delaware Coalition of Mental Health Professionals Meeting: "Surviving and Adapting to a Managed Care Environment". Newark, Delaware, November 8, 1995.

00377

08/22/2011 MON 09:38 [TX/RX NO 6533] Ø018

Second Annual National Forum by the Institute for International Research: Achieving Cost-Effective Quality Care through Behavioral Healthcare Outcomes, Presentation entitled: "Offsetting Medical Costs by Applying Behavioral Health Services". Boston, MA, November 14, 1995.

New York Employee Assistance Plan Chapter Meeting, "The Future of Managed Care with EAPs. New York, N.Y., November 28, 1995.

Medical Staff Meeting, Mental Health Care, Inc., A Multi-Systems Approach to Schizophrenia. Tampa, Florida, December 14, 1995.

Florida Health Coalition, Inc. Depression in the Workplace: A Psychiatrist's Perspective. Ft Lauderdale, FL March 7, 1996.

All Ohio Institute on Community Psychiatry: Culture, Capitation and Creativity - Managing with Managed Care. "The Pharmacoeconomics of Schizophrenia" Cleveland, OH, March 15, 1996.

Indiana Psychiatric Society Spring Symposium. "Medical Necessity and Decision Support: Brave New World". March 16, 1996.

Alabama Psychiatric Society Annual Meeting. "Managed Care and Schizophrenia: Orange Beach, Alabama, April 12, 1996

City of Philadelphia Offices of Mental Health Dinner Meeting - presentation entitled Best Practices in Managed Medicaid Systems, April 16, 1997, Philadelphia, PA.

Colorado Health Partnership Educational Meeting, The Economics of Schizophrenia, April 19, 1997, Breckinridge, CO.

National Managed Health Care Congress Annual Meeting, Washington, D.C., April 30, 1996.

American Psychiatric Association Annual Meeting. Industrial Sponsored Symposium entitled "Managed Care and Depression: Can we Assure Quality?". New York, N.Y. May 5, 1996.

Institute for Behavioral Health Private-Public Summit, "Measuring the Outcomes and Effectiveness of Medications Used to Manage Behavioral Health Conditions", Washington, D.C., May 10, 1996.

Michigan Department of Mental Health Twelfth Annual Assertive Community Treatment Conference, "Recognizing and Understanding Tardive Dyskinesia", June 6, 1996, Shanty Creek Resort, Bellaire, MI.

Second Annual Louisiana Office of Mental Health Institute: Learning the 3 R's of System Change. Presentation entitled "Managed Care and Antipsychotic Medications" September 5, 1996, New Orleans, LA.

**00378**

08/22/2011 MON 09:38 [TX/RX NO 6533] ☑019

Seventeenth Annual Conference of the Association of Community Mental Health Centers of Kansas: Mental Health is Everybody's Business. Presentation entitled: "Medications for Severely Mentally Ill Patients: New Horizons", September 19, 1996, Wichita, KS.

TriCounty Community Mental Health Consortium Conference: Community Mental Health and Managed Care: Challenges and Opportunities, Part II. Presentation entitled "Capitation of Medicaid Mental Health Services for At-Risk Populations", September 20, 1996, Dearborn, MI.

National Managed Health Care Congress Symposium entitled Managing Anxiety/Depressive Disorders. Presentation entitled "Antidepressant Pharmacotherapy: Economic Outcomes in a managed care Environment", September 26, 1996, Boston, MA.

Teamster's Health and Benefits Expo 96, "Medical Cost Offset Theory: A Theory Whose Time has Come", New York, NY, September 30, 1996.

Institute for Behavioral Healthcare Conference "Capitation and At-Risk Contracting. Presentation entitled "Case Management Under Capitation: best Practices for High Risk, High-Cost High Utilizers", San Francisco, CA October 25, 1996.

Mental Health Association of Roanoke Valley, Inc. Scientific Symposium. Presentation entitled, "The Economics of Managed Care", Roanoke, VA, November 1, 1996.

Employee Assistance Professionals Association of America 25th Annual Conference, "Recognizing and Managing Obsessive Compulsive Disorder in the Workplace", Chicago, November 12, 1996.

Savannah Business Group Healthcare Forum: Behavioral Health: New Directions and Strategies. Presentation entitled, "Mental health in the Workplace, Whose Cost at What Cost? Savannah, GA, November 13, 1996.

Twenty Second Annual Harrisburg State Hospital Teaching Conference Series: "Managed Care and the Challenge of Psychosis". Harrisburg, PA, November 21, 1996.

11th Annual Symposium Florida Hospital Center for Psychiatry. Presentation entitled The Role of Psychoactive Medications in Managed Behavioral Healthcare. March 4, 1997, Orlando, FL.

Indiana University School of Medicine Symposium entitled Schizophrenia: Advances in Understanding, Advances in Clinical Care. Presentation entitled Advances in the Psychopharmacology of Schizophrenia. March 14, 1997, Indianapolis, IN.

The Institute for Behavioral Healthcare's Public/Private Behavioral Healthcare Summit Conference, Special Research Update: How to assure cost-effective treatment for high-risk, high cost, high utilizing persons with severe and persistent mental illness. Arlington, VA May 2, 1997.

The Menninger Clinic's Second Annual Current Challenges in Psychiatry: Research & Application in a Managed Care Environment. Efficiencies in managed behavioral health systems. Kansas City,

00379

KS, May 3, 1997.

Open Minds Shared Horizons - The New York Public Mental Health Forum: Presentation entitled Trends in Managed Care for High Risk, High Utilizer Populations: Best Systems, Programs and Practices , May 10, 1997, Albany, NY.

American Psychiatric Association Annual Meeting, Chair of Industrial-Sponsored Symposium entitled Conquering Psychosis: From Molecules to Managed Care.  Presentation entitled Disease state management and psychotic illness.  May 17, 1997, San Diego, CA.

American Psychiatric Association Annual Meeting, Industrial-Sponsored Symposium entitled Extrapyramidal Signs in Schizophrenia and their Influence On Treatment Outcome.  Presentation entitled Is the incidence of TD related to the incidence of EPS?.  May 20, 1997, San Diego, CA.

American Psychiatric Association Annual Meeting, Symposium entitled Controversies in Managed Mental Health Care, presentation entitled Is there a fututre for  utilization review?, May 17, 1997, San Diego, CA.

American Psychiatric Association Annual Meeting, Co-Chair of Symposium from the APA's Telemedicine Committee. May 17, 1997, San Diego, CA.

Healthnet and Saint Luke☐s Shawnee Mission Health System Meeting, Identification and Treatment of Mental Illness in a Managed Care Setting.  May, 29, 1997, Kansas City, MO.

State of New Hampshire, Department of Mental Health, presentation entitled Critical Outcomes and the Value of the New Antipsychotic medications, June 2, 1997, Concord, New Hampshire.

Women in Government Legislative Round Table: Mental Health in the Era of Health Reform, Presentation entitled: Impact of Health Reform on Mental Health Programs, June 6, 1997, Indianapolis, IN.

Central Florida State Psychiatric Society Annual Meeting, Critical Outcomes and the New Antipsychotic Medications.  June 19, 1997, Orlando, FL.

Quarterly Medical Staff Meeting, Alina Health Systems, presentation entitled The Value of the New Antipsychotic Medications.  September 10, 1997, Minneapolis, MN.

AIC Conference entitled Cost Effective Treatment of Severe mental Illness Under managed Care, presentation entitled Trends for High Risk/High Ultilizer Populations: Best Systems Programs and Practices.  September 17, 1997, Durham, North Carolina.

Phoenix Psychiatric Counsel Quarterly Meeting, Presentation entitled Outcomes in Schizophrenia, September 18, 1997, Phoenix, AZ.

AIC Conference Cost Effective Treatment of Severe Mental Illness Under Managed Care,

00380

Luncheon presentation, Durham, North Carolina, September 17, 1997,
Depression in the Workplace: Achieving Productivity and Workplace Peace, Sponsored by 1)
Minneapolis Business Health Care Action Group June 17, 1997, Minneapolis, MN; 2) Central
Florida Health Care Coalition & Eli Lilly, Orlando, Florida September 30, 1997; and 3) Cincinnati
Employer Health Care Alliance, Cincinnati, Ohio, October 14, 1997

Department of Veterans Affairs, Western New York Health Care System, The consequences of new
generation antipsychotics in the treatment of Schizophrenia: Adverse effects and
pharmacoeconomic impact. Syracuse, NY, October 23, 1997

APA 49th Institute on Psychiatric Services presentation entitled Model Building for Best
Multidisciplinary Practice. Presented conjointly with Kimberly Littrell ARNP, CS. October 26,
1997, Washington, DC.

APA 49th Institute on Psychiatric Services presentation entitled Conquering Psychosis: From
Molecules to Managed Care. Presented conjointly with Dr Stephen Stahl October 26, 1997,
Washington, DC.

American Society of Consultant Pharmacists 28th Annual Meeting. Tardive dyskinesia and
extrapyramidal symptom risk in the elderly. November 12, 1997, Philadelphia, PA.

10th Annual U.S. Psychiatric & Mental Health Congress, presentation entitled The
pharmacoeconomics of schizophrenia November 13, 1997, Orlando, FL.

Depression in the Workplace: Achieving Productivity and Workplace Peace, Hosted by
Intermountain Health Care Behavioral Health Network, Intermountain Health Care Health Plans,
Inc., and Blue Cross and Blue Shield of Utah, November 14, 1997, Salt Lake City, Utah.

Open Minds forum entitled The Next Wave of Public Behavioral Health: Cost Effective Treatment
of Severe Mental Illness. Presentation entitled Trends in Managed Care for High Risk, High
Utilizer Populations: Best Systems, Programs and Practices November 6, 1997, Louisville, KY.

CenterNet Interactive Network and Oregon Health Sciences University National Live Satellite
Broadcast The Clinical Management of Schizophrenia: The Role of Atypical Antipsychotics.
November 19, 1997, Washington, DC

Baptist Hospital Behavioral Medicine Center Program: Conquering Psychosis: Critical Outcome
Measures, January 28, 1998, Pensacola, FL.

University of Maryland School of Medicine Meeting entitled The Transformation of Public Mental
Health Systems A National Forum in a State in Transition. Presentation entitled Novel
Antidepressants and Formulary Management. January 30, 1998, Baltimore, MD.

Community Partnership Update on Neuropsychiatric Disorders. The pharmacoeconomics of the
new antidepressant and antipsychotic medications, February 5, 1998, Tucson, AZ.

00381

08/22/2011 MON 09:38 [TX/RX NO 6533] ☑022

Institute for International Research 4th Annual National Forum Medicaid Behavioral Healthcare, Best Practices in Formulary Management, February 9, 1998, Atlanta, GA.

Nevada Association of Psychiatric Physicians Annual Update on Psychopharmacology, Managed Care and Psychosis. February 17, 1998, Las Vegas, NV.

Shawnee Mission Medical Center lecture: Atypical Antipsychotic Agents: New Hope for TD. February 19, 1998, Kansas City, MO.

The Institute for Mental Health Education and Training, Oklahoma Department of Mental Health and Substance Abuse Donahue Seminar Series, Trends in the treatment of the SMI Client. March 26, 1998, Norman, OK.

Henry Ford Health System Behavioral Services meeting entitled Psychosis; Treatment Update, presentation entitled, Health Economic Issues in the Treatment of Psychosis, Birmingham, Michigan, March 28, 1998

Open Minds Forum The Next generation of TennCare Partners. April 2, 1998, Nashville, TN.

Huron Valley Center Symposium Contemporary Issues in Psychiatry, Presentation entitled Trends in High Risk, High Utilizer Populations, May 5, 1998, Ypsilanti, MI.

University of North Texas Health Science Center at Fort Worth presentation New Antipsychotic Agents. May 14, 1998, Fort Worth, TX.

San Diego County Mental Health Department, luncheon presentation The Value of the Atypical Antipsychotic Medications, May 21, 1998, San Diego, CA.

American Psychiatric Association Annual Meeting, Symposium Chair entitled Expanding the Spectrum of Psychoses: The Interface of Affect, presentation entitled Role of Affective Disorders in TD development, May 31, 1998, Toronto.

Fourteenth Annual National Assertive Community Treatment Conference. Advances in the understanding of tardive dyskinesia. June 11, 1998, Detroit, MI.

Albany Psychiatric Association dinner meeting presentation The Value of Atypical Antipsychotic Medications.. July 15, 1998, Albany, NY.

Patton State Hospital grand rounds presentation: An Update on the Psychopharmacology of Schizophrenia. July 28, 1998.

Woernersville State Hospital Grand Rounds: Treating Chronic Schizophrenia. September 17, 1998 Woernersville, PA

**00382**

New Britain Hospital Department of Psychiatry Dinner Meeting, Hyperprolactinemia and the Schizophrenic Patient, September 23, 1998, Farmington, CT.

Mojave Mental Health Center Staff Meeting: The Multidisciplinary Treatment Team and the SMI Patient.  October 20, 1998, Las Vegas, NV.

Massachusetts Department of Mental Health Providers Conference: Critical Outcomes of Psychosis, October 28, 1998, Boston, MA.

Schizophrenia 98 Conference, Key Note Address: Managed Care and the High Risk, High Utilizer Patient.  November 1, 1998, Toronto, CN.

Alexyan Brothers Healthcare System, Department of Psychiatry Rounds: Weighing the Risk-Benefit Ratio for the Newer Antipsychotic Agents, November 11, 1998, Illinois.

Mental Health Association of New York, Annual Meeting: Access to Atypical Antipsychotic Medications: Does State Policy Follow the Science?, Albany, NY, November 16, 1998

11th Annual U.S. Psychiatric & Mental Health Congress, presentation entitled The US Schizophrenia Update, November 19, 1998, San Francisco, CA.

11th Annual U.S. Psychiatric & Mental Health Congress presentation entitled, Atypical Properties of Typical Neuroleptics, November 22, 1998, San Francisco.

Alton State Hospital Medical Staff Presentation: Treating Schizophrenia.  December 2, 1998, Alton, Illinois.

Central Chapter of the New Jersey Psychiatric Association meeting - Therapeutic Options/Practice Style for SMI Patients in the Managed Care Era.  February 4, 1999, Princeton, NJ.

Access Behavioral Care First Annual Best Practices Conference, Trends in Managed Care for SMI Populations.  February 12, 1999, Denver, CO

Elizabeth General Hospital and New Jersey AMI Program, Keynote Address Advances in the Psychopharmacological Treatment of Serious Mental Illness: Reasons for Hope.  February 26, 1999, Elizabeth New Jersey.

Eastern State Hospital Grand Rounds: Best Practices for the Severely Mentally Ill Institutionalized Person, March 11, 1999, Williamsburg, VA

Western State Hospital Grand Rounds.  The Psychopharmacology of the Atypical Antipsychotic Agents.  March 17, 1999, Charlottesville, VA.

Closed National Symposium: Update on Tardive Dyskinesia.  Physicians Postgraduate Press. March 23, 1999, Dallas, TX.

00383

08/22/2011 MON 09:38 [TX/RX NO 6533] ☑024

Western New York Chapter of APA Meeting: Extrapyramidal Syndromes: Biopsychosocial Considerations, March 25, 1999, Buffalo, NY

Manhattan Psychiatric Center Rounds: Tardive Dyskinesia: Can it be Prevented? March 26, 1999, Wards Island, NY.

Orange County Psychiatric Society Meeting, Atypicality and the Antipsychotic Agents. April 5, 1999, Irvine, CA.

Loma Linda University and Patton State Hospital Conference: The Schizophrenic Patient: Profiles, Diagnosis and Treatment. Presentation entitled Pharmacoeconomics and access to antipsychotic medications. April 7, 1999, Loma Linda, CA.

CenterNet Television Program Perspective and Prospective TD Risks with Atypical Antipsychotic Agents. National Broadcast on April 14, 1999. Washington, D.C.

Case Western Reserve University and Northcoast Behavioral Healthcare System 1999 Annual Spring Conference. Lecture entitled, Effectiveness of New Antipsychotics: Access and Continuity of Care as Major Obstacles. April 30, 1999, Northfield, Ohio.

Christiana Care Health Services Grand Rounds: The Concept of Atypicality. May 11, 1999, Wilmington, DE.

NAMI Illinois Annual Meeting Reaching for the Stars, General Session From the Research Lab to the Prescription Pad. May 15, 1999, Springfield, IL.

American Psychiatric Association Annual Meeting, Chair of Symposium entitled What Makes an Antipsychotic Atypical?, presentation entitled Is there clinical evidence for atypical effects of loxapine?, May 18, 1999, Washington, DC.

Holy Family Hospital Center for Behavioral Medicine Psychiatric Grand Rounds: Advocating for the Seriously Mentally Ill Patient: Does Policy Reflect the Science? May 20, 1999, Methuen, MA.

Rusk State Hospital Grand Rounds: Managing the refractory inpatient. May 26, 1999, Rusk, TX.

Tuscaloosa Alabama Psychiatric Society Quarterly Meeting. Comparing the Atypical Antipsychotic Agents. May 27, 1999, Tuscaloosa, AL.

John Umstead State Hospital Rounds: Comparing atypical antipsychotic agents, June 16, 1999, Butner, NC

Whitby Mental Health Center Teaching Rounds: An update on the use of antipsychotic agents. June 25 1999 Toronto

00384

St Joseph Mercy Hospital Grand Rounds: Pharmacoeconomics in Managed Mental Health Care Public Sector, June 28, 1999, Mt Clemens, MI.

Eli Lilly Latin American Regional Neuroscience Conference: Atypical Antipsychotics and health Economic Outcomes. July 13, 1999, Indianapolis, IN.

Robert L Yeager Center Grand Rounds: The Role of Atypical Antipsychotic Medications in Community Psychiatric Practice. Pomona, NY July 20, 1999

Scranton Counseling Center Rounds: The management of the schizophrenic patient in the community. July 21, 1999, Scranton, PA

Mount Sinai Hospital Staff Rounds, Tardive Dyskinesia. July 29, 1999, Milwaukee, WI.

Third Quarter Meeting of Allina Behavioral Health Systems, Tardive Dyskinesia - Have we Overcome this Iatrogenic Problem? September 14, 1999, Minneapolis, MN.

Elmhurst Hospital Grand Rounds: Key Influencers for the Care of the SMI Population. September 8, 1999, Queens, NY.

Bergin Region Medical Center Rounds. An Update on Tardive Dyskinesia. September 23, 1999, Bergin Pines, NJ.

Minnesota Association of Community Mental Health Conference - 25th Annual Meeting, Keynote address: Trends in Managed Care for High Risk, High Utilizer Populations: Best Systems, Programs and Practices. Also, Pre-Conference Institute: Advocating for the seriously Mentally Ill: Does Policy Follow the Science? September 29, 1999, Brainerd, MN.

Joseph Tyler Mental Health Center Staff Meeting: The Muli-System Approach to the Community-Based Psychiatric Patient. October 5, 1999, Lafayette, LA.

South Carolina State Hospital Medical Staff Meeting. Selecting medication for refractory patients. October 8, 1999 Columbus, SC

Genesis Center Clinical Conference: Case Discussion, October 19, 1999, Manchester, CT.

Bryce State Hospital Clinical Staff Meeting. The Role of Atypical Antipsychotic Agents in the Treatment of the Refractory Hospitalized Psychotic Patient. October 21, 1999, Tuscaloosa, AL.

Canadian Tour Sponsored by Eli Lilly Canada - Joint Presentations with Dr Daniel Casey: The Puzzle of Psychosis - Are Atypical Antipsychotic Medications the Solution?

St John Regional Hospital, October 25, 1999, St John, New Brunswick
Hamilton Psychiatric Hospital, October 26, 1999, Hamilton, Ontario,
Whitby Mental Health Center, October 27, 1999, Toronto, Ontario
The Centre for Addiction and Mental Health, Queen Street Division, Toronto, Ontario October 27, 1999,

00385

Community Psychiatrists of Winnipeg, Manitoba October 27, 1999
Victoria Hospital Grand Rounds, Victoria, BC October 28, 1999
Community Psychiatrists of Vancouver, BC October 28, 1999
Peter Lougheed Hospital Grand Rounds, Calgary, AB October 29, 1999

Norfolk Regional Center Grand Rounds, Psychopharmacology Options for the Hospitalized Psychotic Patient.  November 4, 1999, Norfolk, NE.

Human Services Center Grand Rounds, Best Practices for Psychosis in Long Term Institutional Settings.  Yankton, SD, November 4, 1999.

Sisters of Charity Medical Center, St Vincent☐s Campus Grand Rounds.  Comparing Atypical Antipsychotic Agents.  November 5, 1999, Staten Island, NY.

Twin Towers LA County Jail.  The Role of Antipsychotic Medication for Incarcerated Patients. (Joint Presentation with Dr Tom Backer) November 10, 1999, Los Angeles, CA.

Metro State Hospital Grand Rounds: The Role of the First Line Atypical Antipsychotics in Refractory Schizophrenia. November 10, 1999,  Norwalk, CA.

Shawnee Mission Medical Center Conference.  Differentiating Efficacy Between Atypical Antipsychotics.  December 2, 1999, Kansas City, KS.

University of Miami School of Medicine Department of Psychiatry and Behavioral Sciences - *Atypical Medications and Recovery in Schizophrenia: Promises and Problems.*  Lecture entitled Clinical Implications of the New Generation of Antipsychotic Medications.  December 9, 1999, Miami, FL.

Nevada Association of Psychiatric Physicians Annual Update on Psychopharmacology talk entitled Access to Atypical Antipsychotics: Empowering the Clinician.    March 3, 2000 Las Vegas, NV

John Umstead State Hospital Rounds: Using the first line atypicals in treatment refractory populations.  Butner, NC, March 7 2000

Avera McKennan Hospital *Geriatric Symposium 2000* presentation entitled Improving the Treatments for Psychosis in the Elderly.  March 17, 2000, Sioux Falls, SD.
Minneapolis VA Medical Center Grand Rounds: Atypical antipsychotics and the geriatric patient. April 21, 2000   Minneapolis, MN.

Annual Meeting of Virginia Alliance of the Mentally Ill Keynote Address: Best Practices for the SMI Patient.  April 28, 2000, Richmond, VA.

Jacobi Hospital Rounds: Agitation & Aggression in the Acute Inpatient.  May 12, 2000, Bronx, NY.

American Psychiatric Association Annual Meeting, Co-Chair & Discussant of Symposium entitled,

27

presentation entitled , Antipsychotic Medications and Sexuality May 16, 2000, Chicago, IL.

Lincoln Regional Center Grand Rounds, Managing Refractory SchizophreniaJune 9, 2000, Lincoln, NE

Alegent Health Immanuel Medical Center Rounds: Are the atypical antipsychotic agents only for psychosis? June 10, 2000, Omaha, NE.

Royal Victoria Hospital, The pharmacoeconomics of schizophrenia. June 13, 2000, Barrie, Ontario.

Ottawa Hospital Grand Rounds, How do we justify the use of expensive medications for schizophrenia? June 14, 2000, Ottawa, Ontario.

Arrowhead Regional Medical Center, Teaching Rounds, Treating the Acute Psychotic Patient. June 23, 2000, Colton, CA.

University of Philippines Medical Alumni Annual Meeting: Assessment & Management of Behavioral Disturbances in the Elderly. July 7, 2000, Buffalo, NY.

Mental Health Association of Arizona Meeting: Formulary Design & Atypical Antipsychotics: Is Policy Reflecting the Science? July 12, 2000, Phoenix, AZ

Tucson Psychiatric Society Quarterly Meeting: Are the atypical antipsychotic agents only for psychosis? July 12, 2000, Tucson, AZ.

Capitol Area Human Services District Regional Meeting: Is Tardive Dyskinesia Preventable? September 13, 2000, Baton Rouge, LA.

Statewide Medical Staff Meeting sponsored by Central New York Psychiatric Center. Treating the non responsive psychotic forensic patient. September 27, 2000, Syracuse, NY

Osawatomie State Hospital Clinical Staff Meeting, The Treatment Refractory Schizophrenic Patient, October 5, 2000, Osawatomie, KA

19th Annual Psychiatric Symposium at South Carolina State Hospital: Are Atypical Antipsychotic Agents only for Psychosis? November 2, 2000, Columbia, SC.

Educational Conference, Oxford University, Department of Psychiatry (Dr Guy Goodwin, Chair): A Critical Review and Update of Tardive Dyskinesia. November 7, 2000, Oxford, England.

Leeds Psychiatry Trust Training Session on Risk Management and Antipsychotic Agents. November 8, 2000, Leeds, England.

US Schizophrenia Update at the US Psychiatric Mental Health Congress, Making Reintegration the Goal: An Assessment of Current Schizophrenia Treatment Options. November 16, 2000, San

00387

08/22/2011 MON 09:38 [TX/RX NO 6533] ☑028

Diego, CA.

Long Beach California VA Teaching Rounds: Psychiatric Formularies and the Value of the Atypical Antipsychotic Agents, November 16, 2000.

Cedars-Sinai Medical Center Department of Psychiatry Special Lecture Program, Update on the Treatment of Psychosis, November 17, 2000, Los Angeles, CA.

Kirby Forensic Psychiatric Hospital Clinical Teaching Rounds: Treating the Refractory Psychotic Patient. January 11, 2001, New York City.

Summit Hospital Grand Rounds: "Clinical Management of the Inpatient with Psychosis". January 17, 2001, Summit, NJ.

Elizabeth General Hospital Teaching Rounds: Are atypical antipsychotic medications the new standard of care? January 19, 2001, Elizabeth, NJ.

Medfield State Hospital Teaching Rounds: Step-care for the Treatment Refractory Patient Population. January 23, 2001, Medfield, MA.

American Health Lawyers Association Series Prescription for Malpractice: Legal Issues in the Prescriber-Patient Relationship. Presentation on Psychiatric Medication. January 28, 2001, New York City.

Georgia Regional Psychiatric Center Rounds: Managing Schizophrenia. January 29, 2001, Savannah, GA.

Manhattan VA Hospital Rounds: Dosing the atypical antipsychotic medications. February 6, 2001, New York City.

UMDNJ Newark Teaching Rounds: How weight gain and diabetes factors into clinical decision making? March 2, 2001

Brecksville VA Hospital, Brecksville, Ohio: Are atypical antipsychotic agents effective for refractory schizophrenia? April 26, 2001

American Psychiatric Association Annual Meeting, Discussant and Co-Chair of symposium entitled "Meeting the Challenge of Schizophrenia and Co-Occurring Addictions", May 6, 2001, New Orleans, LA

American Psychiatric Association Annual Meeting, Chair and Presenter of symposium entitled "Off-Label on the Table: Using New Pharmacological Agents", May 8, 2001, New Orleans, LA.

St Mary's Hospital Rounds, St Louis, MO,: Antipsychotic Agents and the Geriatric Patient, May 30, 2001

00388

08/22/2011 MON 09:38 [TX/RX NO 6533] @029

St Mary's Hospital Rounds, St Louis, MO,: Antipsychotic Agents and the Geriatric Patient, May 30, 2001

American Psychiatric Association Annual Meeting, Chair and Presenter of symposium entitled "Psychiatry and the Power of Advocacy ", May 18, 2003, New Orleans, LA.

Florida Medicaid Drug Therapy Management Program for Behavioral Health: Expert Panel Meeting to Update the Florida Adult Mental Health Guidelines July 20-22, 2007 Tampa, Florida

## Professional Leadership Roles Related to Teaching

Regional, National and International Contributions

1980-present- Journal Referee:

Administration and Policy in Mental Health
Archives of General Psychiatry
American Journal of Managed Care
Archives of Women's Mental Health
American Journal of Psychiatry
AMA's "Drug Evaluations" (Antipsychotic Drugs)
Behavioral Healthcare
Behavioral Health Management
Biological Psychiatry
BMC Journal
Clinical Drug Investigation
Clinical Therapeutics
Clinical Chemistry and Laboratory Medicine
Clinical Schizophrenia and Related Psychoses
Current Psychiatry
Drug Evaluations
European Archives of Psychiatry and Clinical Neuroscience
Int J Psychopharmacology
International Journal of Clinical Practice
J American Medical Association
J Clinical Psychiatry
J Neuropsychiatry and Clinical Sciences
J Clinical Psychopharmacology
J Psychiatric Services
J Psychiatric Research
Lancet
Medical Journal of Australia

30

00389

08/22/2011 MON 09:38 [TX/RX NO 6533] ☑030

Neuropsychiatry
Neuropsychopharmacology
New England Journal of Medicine
Pharmacoeconomics & Outcomes Research
Pharmacogenomics
Psychiatry
Primary Psychiatry Primary Care Companion
Psychiatric Times
Psychosomatics
Psychiatric Research
Schizophrenia Bulletin
Services Research

| | |
|---|---|
| 1991-95 | Co-Editor of Relapse: Issues in the Management of Chronic Psychosis |
| 1993 - 05 | Executive Producer and Moderator, PsychLINK, Interactive Medical Networks, *Primedia* Workplace Learning, Carrollton, TX http://www.psychlink.pwpl.com |
| 1995- | Contributing Editor, "*Best Practices*", Journal of Psychiatric Services (Formerly Hospital and Community Psychiatry) http://psychservices.psychiatryonline.org. |
| 1995-98 | Editorial Consultant, *Primary Care Reports* |
| 1995-99 | Co-Editor, *FaxTracks*, (International Publication) |
| 1996- | Editorial Advisory Board, *Managed Behavioral Health News* (Atlantic Information Services, Washington, D.C.) |
| 1997-2000 | Editor, *PsychFacts*, a national publication, Healthways Inc. |
| 1998 | Editorial Consultant, *Clinical Therapeutics* |
| 1998-99 | Editor, The Massachusetts General Hospital *Clozaril Monitor* |
| 1999 - | Chair, National Educational Advisory Board, Primedia Workplace Learning |
| 2001- 2002 | Editor, *Critical Breakthroughs in Psychiatry*, a national publication, Optima |
| 2007 - | Editorial Board - The Open Psychiatry Journal http://www.bentham.org/open/topj/EBM.htm |
| 2010 - | Contributing Editor, *Rx Corner*, Behavioral Healthcare |

31

**00390**

## Bibliography:

### Original Articles:

Taylor W, Glazer W.  Content sequences in stories by preschool children. J Am Acad Child Psychiatry 1973 July; 12:554-570.

Glazer W, Cohn G.  Methadone maintenance in a patient on chronic hemodialysis.  Am J Psychiatry 1977 Aug; 134(8):93.

Glazer W, Astrachan B.  A social systems approach to consultation-liaison psychiatry.  Int J Psychiatry Med 1978-1979; 9(1):33-47.

Glazer W.  General systems theory and college mental health professionals.  Journal of the American College Health Association 1979 Feb; 27(4):200-204.

Glazer W, Aaronson H, Williams D, Prusoff B.  The assessment of social adjustment in chronic schizophrenia.  J Nerv Ment Dis 1980; 168-493-497.

Glazer W, Moore D.  The diagnosis of rapid abnormal movements associated with fluphenazine decanoate.  J. Nerv Ment Dis 1980; 168:439-441.

Strauss J, Loevsky L, Glazer W, et al.  Organizing the complexities of schizophrenia.  J Nerv Ment Dis 1981; 169:120-126.

Glazer W, Moore D.  The tardive dyskinesia clinic In A mental health center.  Hospital & Community Psychiatry 1981; 32:572-574.

Glazer W, Prusoff B, John K, et al.  Depression and social adjustment among chronic schizophrenic outpatients.  J Nerv Ment Dis 1981; 169:712-717.

Glazer W, Sholomskas D, Williams D, Weissman M: Chronic schizophrenics in the community: Are they able to report their social adjustment?  J Orthopsychiatry 1982; 52:166-171.

Glazer W, Sheard M.  Relapse in patients with shifting RDC diagnoses treated with lithium alone.  J Clin Psychiatry 1982; 43:134-136.

Nielson A, Talbott J, Stein L, Lamb R, Glazer W.  Encouraging psychiatrists to work with chronic patients:  Opportunities and limitations of residency education.  Hospital & Community Psychiatry 1981; 32:767-775.

Glazer W, Moore D, Bowers M, Brown W.  Serum prolactin and tardive dyskinesia.  Am J Psychiatry 1981; 138 (11): 1493-1496.

Kendler K, Glazer W, Morgenstern H.  Dimensions of delusional experience.  Am J Psychiatry

1983; 140(4):466-469.

Rounsaville B, Glazer W, Wilbur C, Weissman M, Kleber H. Short-term interpersonal psychotherapy in methadone maintained opiate addicts. Arch Gen Psychiatry 1983; 40:629-636.

Glazer W, Naftolin F, Bowers M, Moore D, MacLusky N. The relationship of circulating estradiol to tardive dyskinesia in men and postmenopausal women. Psychoneuroendocrinology 1983; 8:429-434.

Moore D, Glazer W, Bowers M, Heninger G. Tardive dyskinesia and plasma homovanillic acid. Biol Psychiatry 1983 Dec; 18:1393-1402.

Glazer W, Hayden E. Creative financing and the halfway house. Hospital & Community Psychiatry 1983; 34(5):455-456.

Glazer W, Moore D, Brenner L, Hansen T. Meige syndrome and tardive dyskinesia. Amer J Psychiatry 1983; 140 (6): 798-799.

Glazer W, Moore D, Schooler N, Morgenstern, H, Brenner L. Tardive dyskinesia: A discontinuation study. Arch Gen Psychiatry 1984; 41:623-627.

Glazer W. Depot fluphenazine: Risk/benefit ratio. J Clin Psychiatry 1984; 45 (5, sec 2): 28-35.

Lane R, Glazer W, Hansen T, Berman W, Kramer S. Assessment of tardive dyskinesia using the abnormal involuntary movement scale. J Nerv Ment Dis 1985; 173 (6):353-357.

Glazer W, Moore D, Bowers M, Roffman M, Bunney S. The treatment of tardive dyskinesia with baclofen. Psychopharmacology 1985; 87:480-483.

Glazer W, Hafez H, Benarroche C. Molindone and haloperidol in tardive dyskinesia. J Clin Psychiatry, 1985; 46: 4-7.

Glazer W, Naftolin F, Morgenstern H, Barnea E, MacLusky N, Brenner L. Estrogen replacement and tardive dyskinesia. Psychoneuroendocrinology, 1985; 10: 345-350.

Price N, Glazer W, Morgenstern M. Demographic predictors of the use of injectable versus oral antipsychotic medications in outpatients. Amer J Psychiat, 1985; 142: 1491-2.

Innis R.B., Bunney B.S., Charney D.S., Price L.H., Glazer W.M., Sternberg D.E., Rubin A.L., and Heninger G.R. Does the cholecystokinin antagonist proglumide possess antipsychotic activity? Psychiat Res, 1986; 18:1-7.

Glazer W.M. Notes from a tardive dyskinesia clinic. Yale Psychiatric Quarterly, 1986; 8:4-15.

Hansen T, Glazer W, Moore D. Tremor and tardive dyskinesia. J Clin Psychiatry, 1986; 47:461-

33

464.

Bowers M.B., and Glazer W.M.  Is there a presynaptic tardive dyskinesia?  J Clin Psychopharmacology 7(1) 1987; 57-59.

Harding C.M., Strauss J.S., Glazer W.M. and Doane J:  Current research at the Connecticut Mental Health Center on persons with prolonged psychiatric disorder.  Yale Psychiatric Quarterly, 9(4):4-24, 1987.

Glazer W, Maynard C, Berkman C:  Injection site leakage with depot neuroleptics:  Intramuscular versus subcutaneous injection. J Clinical Psychiatry, 48(6) 1987; 237-239.

Morgenstern H, Glazer W, Gibowski L and Holmberg S:  Predictors of tardive dyskinesia: Results of a cross-sectional study in an outpatient population.  J Chron Dis, 1987; 40(4):319-327.

Glazer W, Morgenstern H, Jeste D, Hafez H, Benarroche C, and Zahner G.  Serum dopamine beta hydroxylase and tardive dyskinesia.  J Psychoneuroendocrinology, 1987; 12(4):289-294.

Morgenstern H, Glazer W, Niedzwiecki D.  The impact of neuroleptic medications on tardive dyskinesia.  Amer J Public Health, 1987; 77(6):717-724.

Glazer W, Pino C, Quinlan D.  The reassessment of chronic schizophrenic patients.  J Clin Psychiatry, 1987; 430-434.

Glazer W, Charney D and Heninger G:  Noradrenergic function in schizophrenia.  Arch Gen Psychiatry, 1987; 44:898-904.

Glazer W, Morgenstern H, Niedzwiecki D, Hughes J.  Heterogeneity of tardive dyskinesia.  A multivariate analysis. British Journal of Psychiatry, 1988; 152:253-259.

Morgenstern H, Hafez H, Glazer W, Giller E and Zahner G:  Platelet monoamine oxidaze activity and tardive dyskinesia.  Psychiatry Research, 1988; 25:163-171.

Glazer W and Morgenstern H:  Predictors of occurrence, severity and course of TD in an outpatient population.  J Clin Psychopharmacology, 1988; 8(4):10S-16S.

Glazer W:  Fluphenazine decanoate:  Its steady-state pharmacologic profile and relationship to tardive dyskinesia.  Schizophrenia Research, 1988; 1(16) 425-429.

Herz MI and Glazer W:  Intermittent medication in schizophrenia -Preliminary results.  Schizophrenia Research, 1988; 1:224-225.

Glazer W:  Noradrenergic function and tardive dyskinesia.  Psychiatric Annals, 1989; 19(6) 297-301.

**00393**

Seibyl JP, Glazer WM, and Innis RB: Serotonin function in tardive dyskinesia. Psychiatric Annals, 1989; 19(6) 310-314.

Glazer W, Bowers M, Charney D and Heninger G: The effect of neuroleptic discontinuation on psychopathology, involuntary movements and biochemical measures in patients with persistent tardive dyskinesia. Biological Psychiatry 1989; 26:224-233.

Herz MI, Glazer W, Mirza M, Mostert M, and Hafez H:    Treating prodromal episodes to prevent relapse in schizophrenia. Br J Psychiatry 1989; 155 (suppl 5):123-127.

Grillon C, Ameli R and Glazer W: Brainstem auditory evoked potentials to different rates and intensities of stimulation in schizophrenics. Biological Psychiatry, 1990; Vol.28:819-823.

Schuldberg D, Quinlan DM, Morgenstern H and Glazer W: Positive and negative symptoms in chronic psychiatric outpatients: Reliability, stability and factor structure. Psychological Assessment. A Journal of Consulting and Clinical Psychology 1990; Vol. 2(3):262-268.

Glazer W, Morgenstern H, Schooler N, Berkman C and Moore D: Predictors of improvement in tardive dyskinesia following discontinuation of neuroleptic medication. British Journal of Psychiatry, 1990; Vol. 157:585-592.

Glazer W and Hafez H: The comparison of masking effects of haloperidol versus molindone in tardive dyskinesia. Schizophrenia Research, 1990; Vol.3:315-320.

Grillon C, Ameli R and Glazer W: Semantic processing indexed by the N400 component of event-related potentials in schizophrenic and normal individuals. Biological Psychiatry, 1991; Vol.29:467-480.

Herz MI, Glazer WM, Mostert MA, Sheard M, Szymanski HV, Hafez H, Mirza M and Vana J: Intermittent versus Maintenance Medication in Schizophrenia - Two year Results Archives of General Psychiatry, 1991; Vol.48(4):333-339.

Glazer W: Relapse:  Clinical and Experimental Perspective Relapse; 1(1):1-2, April, 1991.

Glazer WM, Morgenstern H, and Doucette J: The Prediction of Chronic Persistent versus Intermittent Tardive Dyskinesia: A Retrospective Follow-up Study. British Journal of Psychiatry; June 1991: Vol. 158:822-828.

Glazer WM, Kramer R, Montgomery JS and Myers L: Use of Medical Necessity Scales in Concurrent Review of Psychiatric Inpatient Care. Hospital and Community Psychiatry; December 1991; Vol. 42(12):1199-1200.

Glazer W: Doctor's response to managed care. Medical Interface 1992; Vol.5(4):14-16.

Glazer W: Communicating effectively is key to psychiatrist/utilization reviewer relations. Medical

35

**00394**

Interface 1992; Vol.5(6):72-74.

Glazer W: Medical necessity and psychiatry. Psychiatric Annals; July 1992; Vol. 22(7):362-366.

Riba M, Greenfeld D and Glazer W: Utilization Management and Medical Education. Psychiatric Annals; July 1992; Vol. 22(7):367-372.

Glazer WM, Kramer R, Montgomery JS and Myers, L: Medical Necessity Scales for Inpatient Psychiatric Concurrent Review. Hospital and Community Psychiatry, Sept. 1992; Vol. 43(9):935-937.

Glazer W and Kane J: Depot Neuroleptic Therapy: An Underutilized Treatment Option. J Clin Psychiatry; December 1992; 53:426-433.

Glazer WM, Friedhoff LT, Marder SR and Brown WA: Determination of steady-state pharmacokinetic profile of fluphenazine decanoate by gas chromatography mass spectrometry detection. Schizophrenia Research; December 1992; Vol. 8(2): 111-117.

Glazer W: Evaluating psychiatric disorders in primary care settings: Anxiety, depression and somatoform disorders. Medical Interface 1993; Vol. 6(1):78-84.

Glazer W, Morgenstern H, and Doucette J: Predicting the long-term risk of tardive dyskinesia in outpatients maintained on neuroleptic medications. Journal of Clinical Psychiatry, April, 1993; Vol. 54(4):133-139.

Glazer W: Psychiatric Treatment Programs: The Continuous Services Model. Employee Benefits Manual. Employee Benefits Journal, June 1993; Vol. 18(2):30-36.

Glazer W and Gray G: A decision support system for psychiatric care in an HMO setting. Medical Interface. June, 1993;111-114.

Glazer W: Improving outcomes: Psychiatric illness in the primary care setting. Medical Interface, 1993;6:(8)65-75

Morgenstern H and Glazer WM: Identifying risk factors for Tardive Dyskinesia among chronic outpatients maintained on neuroleptic medications: Results of The Yale Tardive Dyskinesia Study. Archives of General Psychiatry, 1993;50:723-733.

Glazer W: Approaching hidden psychiatric illness in PPOs: The "Medical Offset" Effect. AAPPO Journal, 1993;3(3)15-20.

Glazer W and Morgenstern H: Studying the impact of utilization management on hospital length of stay and illness outcome: A model study design. Administration and Policy in Mental Health, 1993;21(1):41-49.

00395

08/22/2011 MON 09:38 [TX/RX NO 6533] @036

Glazer W, Morgenstern H and Doucette J: Race and tardive dyskinesia among outpatients at a CMHC. Hospital & Community Psychiatry. 1994;1:38-42.

Ziedonis DM, Kosten TR, Glazer WM and Frances RJ: Alcohol and drug abuse: Nicotine dependence and schizophrenia. Hospital & Community Psychiatry. 1994;3(45):204-206.

Gray G and Glazer W: Psychiatric Decision-Making in the 90s: The Coming Era of Decision Support. Behavioral Healthcare Tommorow. 3(1):47-54, 1994.

Glazer W: What are "Best Practices?" Understanding the Concept. Hospital & Community Psychiatry. 45(11):1067-1068, 1994.

Slater EJ and Glazer W: Use of OBRA-87 guidelines for prescribing neuroleptics in a VA nursing home. Journal of Psychiatric Services. 46(2):119-121, 1995.

Quinlan DM, Schuldberg D, Morgenstern H and Glazer W: Positive and negative Symptom course in chronic community-based patients: A two year prospective study. Brit J Psychiatry 1995;166:630-634

Slay J and Glazer W: "Carving In" and Keeping In Mental Health Care in the Managed Care Setting. Psychiatric Services 46(11):119-121, 1995.

Morgenstern H, Glazer WM and Doucette JT: Handednesss and the risk of tardive dyskinesia. Biol Psychiatry 1996;40:35-42.

Glazer W and Ereshevsky L: A pharmacoeconomic model of outpatient neuroleptic therapy in "Revolving Door" schizophrenic patients. J Clinical Psychiatry; 1996;57:337-345.

Glazer WM: Olanzapine and the new generation of antipsychotic agents: Patterns of use. J Clin Psychiatry 1997;58(s10):18-21.

Glazer WM and Johnstone BM: Pharmacoeconomic evaluation of antipsychotic therapy for schizophrenia. J Clin Psychiatry 1997;58(s10):50-54.

Weiden P and Glazer W: Assessment and treatment selection for revolving door inpatients with schizophrenia. Psychiatric Quarterly, 1997;Vol 68(4):377-392.

Sernyak MJ, Glazer WM, Heninger GR, et al: Naltrexone Augmentation of neuroleptics in schizophrenia. J Clin Psychopharm 1998;18:248-251.

Glazer W: Defining best practices: A prescription for greater autonomy. Psychiatric Services 1998;49(8):1013-1016.
http://ps.psychiatryonline.org/cgi/content/full/49/8/1013?maxtoshow=&HITS=10&hits=10&RESULTFORMAT=&author1=glazer%2C+W.&searchid=957747051162_3611&FIRSTINDEX=&journalcode=ps)

Glazer WM and Dickson RA: Clozapine reduces violence and persistent aggression in

00396

08/22/2011 MON 09:38 [TX/RX NO 6533] ☑037

schizophrenia. J Clin Psychiatry (Supplement) 1998;59(3):8-14.

Glazer WM: Formulary decisions and health economics. J Clin Psychiatry 1998;59 [suppl 19]:23-29.

Voris JC and Glazer WM: Use of risperidone and olanzapine in outpatient clinics at six veterans affairs hospitals. J Psychiatric Services 1999;50:163-164,168.
(http://ps.psychiatryonline.org/cgi/content/full/49/8/1013?maxtoshow=&HITS=10&hits=10&RESULTFORMAT=&authorl=glazer%2C+W.&searchid=957747051162_3611&FIRSTINDEX=&journalcode=ps)

Beasley CM Jr, Dellva MA, Tamura RN, Morgenstern H, Glazer WM, Ferguson K and Tollefson GD: Randomized, double-blind comparison of the incidence of tardive dyskinesia in patients with schizophrenia during long-term treatment with olanzapine or haloperidol. British Journal of Psychiatry. 1999;174:23-30.

Dickson RA & Glazer WM: Neuroleptic-induced hyperprolactinemia. Schizophrenia Research 1999;35:S75-S86.

Glazer WM: Does loxapine have atypical properties? Clinical Evidence. J Clin Psychiatry 1999;60[suppl 10]:42-46.

Schuldberg D, Quinlan D and Glazer W: Positive and negative symptoms and adjustment in severely mentally ill outpatients. Psychiatry Research 1999;85:177-188.

Glazer WM: Extrapyramidal side effects, tardive dyskinesia, and the concept of atypicality. Am J Clin Psychiatry 2000;61[suppl 3]:16-21.

Glazer W: Review of incidence of tardive dyskinesia associated with typical antipsychotics. J Clin Psych 2000;61 [Supplement 4]:15-20.

Glazer WM: Expected incidence of tardive dyskinesia with atypical antipsychotics. J Clin Psych 2000;61 [Supplement 4]: 21-26.

Ereshefsky L, Glazer WM: Comparison of the bioequivalence of generic versus branded clozapine. J Clin Psychiatry. 2001;62 Suppl 5:25-7.

Morgenstern H, Glazer WM, Woods SW: Risperidone and tardive dyskinesia. Int J Geriatr Psychiatry. 2001 May;16(5):541-2.

Glazer WM, Woods SW, Goff D: Should Sisyphus have taken melatonin? Arch Gen Psychiatry. 2001 Nov;58(11):1054-5.

Dickson RA, Violato C, Smekal T, Glazer W. Serial measurement of sexual function using the DGSFi in an olanzapine switch trial. EurNeuropsychopharmacol 2002;12(SUPPL. 3):S313-S314.

Glazer WM, Sonnenberg JG, Reinstein MJ, and Akers RF: A novel, point of care test for lithium

00397

08/22/2011 MON 09:38 [TX/RX NO 6533] 038

levels: Reliability and Validity. J Clin Psychiatry. 2004;652-655.

Glazer W: What to Do When the 'System' Fails Patients? Behavioral Health Management, Sept/Oct 2004, 9-12.

Glazer W: Are we ready to ration psychiatric medications? J Psych Services 2004;55(6): 611

Glazer WM and Broderick PA: Editorial. Progress in Neuro-Pharmacology & Biological Psychiatry 29, 2005:779-780.

Glazer WM. The depot paradox. Behav Healthcare 2007;27(5):44-6.

Glazer WM and Byerly MJ: Tactics and Technologies to Manage Nonadherence in Patients With Schizophrenia. Curr Psychiatry Rep 2008, 10:359–369

Glazer W: More Treatment Options Emerge. June, 2009 Behavioral Healthcare 29(6):23-4.

Woods SW, Morgenstern H, Saksa JR, Walsh BC, Sullivan MC, Money R, Hawkins KA, Gueorguieva RV, Glazer WM. Incidence of tardive dyskinesia with atypical and conventional antipsychotics: prospective cohort study. Journal of Clinical Psychiatry Volume 71, Number 4, 2010 *Online ahead of print: February 9, 2010 (doi:10.4088/JCP.07m03890yel*

### Proceedings of Meetings:

Glazer W, Schooler N and Morgenstern H: American Psychiatric Association Annual Meeting, Toronto, May 23, 1982. New Research Presentation: "Tardive Dyskinesia: A Discontinuation Study."

Glazer W and Naftolin F: American Psychiatric Association Annual Meeting, Los Angeles California, May 10, 1984. New Research presentation: "Estrogen Treatment for Tardive Dyskinesia."

Glazer W, Bowers M and Bunney S: American Psychiatric Association Annual Meeting, Dallas, Texas, May 22, 1985, paper session: "The Treatment of Tardive Dyskinesia with Baclofen."

Glazer W and Schooler N: American College of Neuropharmacology Annual Meeting, Maui, Hawaii, Dec. 13, 1985, Poster Presentation: "Tardive Dyskinesia - A Discontinuation Study."

Glazer W and Morgenstern H: American Psychiatric Association Annual Meeting, Washington, D.C., May 13, 1986, Symposium Presentation: "Outcome of TD after Neuroleptic Discontinuation."

Glazer W, Charney D and Heninger G: American Psychiatric Association Annual Meeting, Washington, D.C., May 14, 1986, Symposium Presentation: "Noradrenergic Function, Tardive Dyskinesia and Schizophrenia."

00398

Glazer W, Charney D and Heninger G: American College of Neuropharmacology, Annual Meeting, Washington D.C., December 11, 1986, Poster Presentation: "Yohimbine Challenge in Schizophrenic Patients". Also, symposium presentation with Heninger G, Charney D and Price L: Debrisoquin Loading Strategy.

Glazer W and Hafez H: International Congress on Schizophrenia Research, Clearwater, Florida March 29, 1987, Poster presentation entitled "Impact of Molindone Hydrochloride on Tardive Dyskinesia".

Glazer W, Mazure C and Sarrel P: Fifth International Congress of the Menopause, Sorrento, Italy April 8, 1987, Paper presentation with Abbott, V and Sarrell, P: "Effects of Hormone Replacement on Objective and Subjective Measures of Memory in Post-Menopausal Women". Poster presentation: "Psychiatric Symptoms in Post-Menopausal Women Before and After Ovarian Hormone Replacement".

Glazer W: APA Annual Meeting, Chicago, Illinois, May 14, 1987, Paper presentation entitled: "Can We Avoid Tardive Dyskinesia with Novel Neuroleptics?"

Charney D.S., Woods S.W., Price L.H., Goodman W.K., Glazer W.M. and Heninger G.R.: Proceedings of the 6th. International Catecholamine Symposium, Jerusalem Israel, June 14-19, 1987, "The Specificity of Noradrenergic Dysregulation in Panic Disorder".

Morgenstern H and Glazer W: "Dyskinesia Tardive: Symposium on Tardive Dyskinesia, Montreal, Quebec, Canada, November 6, 1987. "Clinical Correlates on Tardive Dyskinesia Prevalence in an Outpatient Population".

Glazer W and Morgenstern: "Dyskinesia Tardive", Symposium on Tardive Dyskinesia, Montreal, Quebec, Canada, November 7, 1987, "Predictors of Improvement Following Neuroleptic Discontinuation".

Glazer W: APA Annual Meeting, Montreal, Canada, May 9, 1988, Paper presentation entitled: "The Impact of Neuroleptic Dose Changes on Tardive Dyskinesia."

Herz M, Glazer W and Mostert M: Second International Congress on Schizophrenia Research, April 4, 1989, "Intermittent Treatment of Schizophrenia" (Poster presentation with Dr. Herz).

Schuldberg D, Quinlan D. M., Glazer W and Morgenstern H: Reliability of positive and negative symptoms in an ambulatory chronic sample. Paper presented to the 50th annual meeting of the Society for Personality Assessment, April 13-15, 1989. (Abstract published in Society for Personality Assessment 1989 Midwinter Meeting Abstracts).

Quinlan D. M., Schuldberg D, Glazer W and Morgenstern H: Predicting change in positive and negative symptoms in ambulatory outpatient population. Poster presented to the ninety-seventh annual meeting of the American Psychological Association, Boston, Massachusetts, August 11-15, 1989.

40

Herz M.I., Glazer W.M., Mostert M.A., Sheard M.A. and Szymanski, H.V: Intermittent Vs Maintenance Medication in Schizophrenia: Two Year Results. The 17th Collegium Internationale Neuro-Psychopharmacologicum Congress, September 10-14, 1990, Kyoto, Japan.

Herz M.I., Glazer W.M. and Mostert M.A: Life events and prodromal symptoms in schizophrenia. Schizophrenia Research, Vol. 4, No.3, page 289, May/June 1991.

Glazer W.M. and Morgenstern H: The impact of neuroleptic medications on the incidence of tardive dyskinesia in an outpatient population. Schizophrenia Research, Vol. 4, No.3, pages 363-4, May/June 1991.

Glazer W. and Morgenstern H.: New Research Poster Session, APA Annual Meeting, May 15, 1991, New Orleans, Louisiana.

Johnson R, Kosten T, Ziedonis D, Meaddzija B and Glazer W: Movement disorders in schizophrenic alcoholics. APA Annual Meeting Symposium, Washington, DC, May 4, 1992.

Ziedonis D, Kosten T and Glazer W: The impact of drug abuse on psychopathology and movement disorders in chronic psychotic outpatients. APA Annual Meeting - New Research Oral Presentation, Washington, DC, May 4, 1992.
Sernyak MJ, Glazer WM, Charney DS, Heninger GR, Woods SW and Price LH: Naltrexone augmentation in schizophrenia. 146th Annual Meeting APA, New Research Abstract #62, p 75, May, 1993.

Weiden P, Glazer WM, Braz Y, et al: Assessment and treatment selection for the revolving door schizophrenic patient. APA Annual Meeting - New Research Poster Presentation, Miami Fl, May 23, 1995.

Kahn BU and Glazer WM: Severely disturbed behavior and tardive dyskinesia in developmentally disabled adults: Effects of risperidone. New Research Poster Presentation, New York, NY, May 7, 1996.

Quinlan DM, McGlashan TH, Schuldberg D and Glazer W: Negative symptom and neuropsychological precursors of tardive dyskinesia. Oral presentation, International Congress on Schizophrenia Research, April 14, 1997, Colorado Springs, Colorado.

Quinlan DM, McGlashan TH, Schuldberg D and Glazer W: Core negative and positive symptoms in schizophrenia. Oral presentation, International Congress on Schizophrenia Research, April 16, 1997, Colorado Springs, Colorado.

McGlashan TH, Quinlan DM, Glazer W and Schuldberg D:Cognitive functioning and persistently high negative symptoms in chronic schizophrenia. Oral presentation, International Congress on Schizophrenia Research, April 16, 1997, Colorado Springs, Colorado.

00400

Dickson R, Glazer W, Hillson JMC: The Assessment of Sexual Function in Patients with Schizophrenia and Other Psychotic Disorders. Presented at New Research Section, Annual APA Meeting, May 18, 1999, Washington, DC.

Glazer WM, Morgenstern H, Pultz JA, Yeung PP Rak IW: Incidence of Persistent Tardive Dyskinesia May Be Lower with Quetiapine Treatment than Previously Reported with Typical Antipsychotics in Patients with Psychoses. Poster Presentation, ACNP, Acapulco, December 13, 1999.

Jeste DV, Glazer WM, Morgenstern H, Pultz JA, Yeung PP: Rarity of persistent tardive dyskinesia with quetiapine treatment of psychotic disorders in the elderly. Poster Presentation, ACNP, Acapulco, December 13, 1999.

Dickson RA, Glazer WM and Violato C: A Computerized Self-report Questionnaire for Assessing Sexual Functioning in Psychotic Patients: The DGSF Scale. Int Congress on Schizophrenia Research April 28-May 2, 2001, Whistler, BC Canada.

Glazer W and Rosenbaum R: Symptom, Syndrome or Spectrum? How Do We Select Medications? A Vignette. Presented at the APA 2001 Annual Meeting, May 8, 2001.

Glazer W, Gerson SL, Akers R: APA Annual Meeting New Research Poster: An Accurate Point of Care Test to Monitor WBC and ANC in Patients. May 7, 2002, Philadelphia, PA.

Glazer W: APA Annual Meeting New Research Poster Presentation. A Point of Care Test to Monitor Lithium levels. 5/21/03, San Francisco, CA.

The Pfizer Journal: Quality of Health Care in the United States. 2005. Impact Communications

**Reviews and Educationally Relevant Publications:**

Cancro R, Glazer W, Van Gelder P. Patterns of visual attention in schizophrenia, in Cognitive Defects in the Development of Mental Illness, George Serban, Editor, Brunner/Mazel, New York, 1978, Chapter 14.

Glazer W, Levine M, Brownstein R. Automated assessment of tardive dyskinesia, Proceedings of the 6th Annual Multi-State Information Service User's Group Conference. L.J. Kline and J.M. Carhart (eds.), Rockland Research Institute, Orangeburg, N.Y., 1982, pp. 129-135.

Strauss J, Glazer W. Treatment of the so-called chronically psychiatrically ill, in Current Psychiatric Therapies, Vol. 21, Jules Masserman, ed. 1982

Glazer W, Morgenstern H, Levine M. Occurrence and longitudinal course of tardive dyskinesia. Proceedings Seventh Annual MSIS National Users Conference, Information Sciences Division,

42

**00401**

Rockland Research    Institute, R.C. Insull and J.A. Summer (Eds.), Orangeburg, N.Y. pp. 216-228, 1982.

Glazer W.  The life of a community mental health center:  A review of Alexander Leighton's Caring for the Mentally Ill Person.  Contemporary Psychology 1983; 28 (5): 392-393.

Kendler K, Glazer W, Morgenstern H.  Further suggestions for classifying delusions (letter to ed.).  Am J Psychiatry 1984; 14:154-155.

Glazer W, Moore D, Brenner L, Hansen T.  Comments on "Meige syndrome and tardive dyskinesia" (letter to ed.).  Am J Psychiatry 1984; 141:159-160.

Glazer W.  Review of Carol Caton's book, Management of Chronic Schizophrenia.  N Eng J Med 1984; 311 (25):1645.

Glazer W.  Recognizing and Informing Patients About Tardive Dyskinesia, Hyman W. Fischer, M.D., Producer, May 1985, (Video: 21 minutes)

Chiodo L, Glazer W, Bunney S.  Midbrain dopamine neurons:  Electrophysiological studies on the acute effects of estrogen.  In Dopamine - 1986, Woodruff, editor, McMillan Press, Oxford, England (1986).

Glazer W and Nasrallah H:  Neuroendocrine aspects of tardive dyskinesia:  The role of estrogen, prolactin and dopamine.  In Tardive Dyskinesia:  Biological Mechanisms and Clinical Aspects.  Edited by ME Wolf and AD Moisnaim.  APA Press, Washington, DC (1988) pp 179-196.

Glazer W:  Re-evaluation of chronically ill psychiatric patients (ltr. to ed.) J. Clin. Psychiatry 1988;49(10):413-14

Glazer W. Abnormal involuntary movement scale.  In Dictionary of Behavioral Assessment Techniques, M Hersen and A Bellack, (eds.)  Pergamon General Psychology Series, 1988; (PGPS-147) Pergamon Press, New York, 1989, pp 1-3.

Glazer W:  Careful documentation of risks, benefits in neuroleptic treatment is essential.  The Psychiatric Times Nov. 1989, Vol. 6(11):p-8.

Wegner J and Glazer W:  The relationship between tardive dyskinesia and affective disorders.  In Modern Perspectives in the Psychiatry of Depression.  J.G. Howells, M.D., F.R.C. Psych., D.P.M. (ed.), Brunner/Mazel, Inc., New York, New York, 1989, pp. 374-392

Glazer W:  Treatment Resistant Depression.  The Connecticut Psychiatric Society Summer 1990, Vol. 31 No. 3: p-6.

Charney DS, Woods SW, Price LH, Goodman WK, Glazer WM and Heninger GR: Noradrenergic Dysregulation in Panic Disorder. Bodis-Wollner I, Zimmerman EA, (eds), Neurobiology of Panic

00402

Disorder, Frontiers of Clinical Neuroscience Series, Alan R. Liss, Inc., New York, New York: 1990, pp. 91-105.

Sarrel P, Rosseau C, Mazure C and Glazer W: Ovarian steroids and the capacity to function at home and in the workplace. Annals of the New York Academy of Sciences. Marcha Flint, Fredi Kronenberg and Wulf Utian, (eds). New York, New York. New York Academy of Sciences 1990. Vol. 592, pp 156-161.

Glazer W: Risk Management for Extrapyramidal Symptoms (ltr. to ed.) Quality Review Bulletin July 1990, Vol. 17(7): p-270.

Glazer W: Selecting Patients for Depot Neuroleptic Therapy. Produced by KPR Informedia. Accredited by Albert Einstein College of Medicine. September, 1991.

Glazer W, Herz M and Diamond R: Preventing Relapse in Schizophrenia, Psychiatric Update Audiotape Series, American College of Psychiatrists, 1993.

A Multi-Systems Approach to Schizophrenia: Dialogues in Depot Neuroleptic Therapy. Moderator, 3-part series shown on Lifetime Television. KPR Informedia, N.Y. 1993.

Glazer W: Use of depot neuroleptics in the refractory patient. Psychiatric Times 10(2):28-28, 1993.

Satel S, Glazer W: Examining entitlements for the mentally ill. Wall Street Journal 1993 January 28, 1993 (Op-ed).

Satel S, Glazer W: Supporting addiction with public funds (Taking Issue). Hospital & Community Psychiatry 1993;44:913.

Glazer W and Kane J: Reply to R Balon. J Clin Psychiatry. 1994;55:1 39

Glazer W: Depot neuroleptics: Cost effective and underutilized. JAMA (Ltr to ed.) 1994;272:22;1722

Glazer W (Executive Producer and Writer): Dialogues in Depot Neuroleptic Therapy - Extending Successful Outcomes. Video 1994

Glazer W: Review of Managing Managed Care by Michael Goodman et al. In Book Forum, American J Psychiatry, 1995;152:1:146.

Glazer W and Gray G: How effective is utilization review? In Controversies in Managed Mental Health Care. Edited by Arthur Lazarus, MD, American Psychiatric Association Press, 1996, Washington, D.C., pp 179--194.

Glazer WM: Decision making in the maintenance phase of antipsychotic pharmacotherapy.

44

Directions in Psychiatry 16(1):1-8;1996.

Glazer WM: The impact of managed care systems on relapse prevention and quality of life for patients with schizophrenia.  European Neuropsychopharmacology 6:S2-35-39;1996.

Glazer W: Is psychotherapy ever medically necessary?  Connecticut Psychiatrist, 1996 37(3):4-6.

Glazer W: Best Practices for Capitation of Medicaid Mental Health Services in At-Risk Populations, Managed Behavioral Health News Perspectives.  Part 1 November 28, 1996, Part 2, December 18, 1996, Atlantic Information Services, Washington, D.C.

Glazer W: Review of Diagnosis and Treatment of Chronic Depression by Kocsis & Klein. In Psychiatric Services 1997;48(5):720-721.

Glazer WM: Managed Care Reacted Poorly to NAMI Report.  Mental Health Weekly (ltr to ed.) Vol 7, No. 39, October 13, 1997, page 7.

Managed Care and the At-Risk Patient with Psychoses, interview in *Current Approaches to Psychoses, Diagnosis and Management*, November 1997.

Glazer WM: Overworked doctors must respect their limits. *New York Times* (Ltr) December 16, 1997, page A30.

Glazer WM: Managed care: Nowhere to run.  Psychiatric Times Dec. 1997;14(12):26-28.

Glazer WM: Atypical antipsychotics and formulary decisions (Symposium Proceedings).  The American Journal of Managed Care 1998; 4(s):8-14.

Glazer WM and Rosenbaum JF: Dialogues: Managed Care vs Managed Money; Role of Medication in Managed Care for Depression; Role of Psychiatrists in Managed Care Systems.  J Clinical Psychiatry 1998 (Supplement 2);59:62-68.

Glazer WM (Interview): Managed Care and the at-risk patient with psychoses.  In: *Current Approaches to Psychoses - Diagnosis and Management* 1998;Vol 7:14-15.

Dickson RA and Glazer WM: Hyperprolactinemia and male sexual dysfunction.  J Clin Psychiatry 1999  (Ltr to Ed)60:2:125.

Interview with William M. Glazer: Pharmacoeconomics: Is Behavioral Healthcare Paying Attention?  Behavioral Healthcare Management 1999;19(3):24-27.

Glazer WM: Movement Side Effects: Extrapyramidal Symptoms and Tardive Dyskinesia, in Antipsychotic Standard of Care - Redefining the Definition of Atypical Antipsychotics. *JCP CNS Capsules*, 1999;1(1):6-8.

Glazer W: What Can Clinicians do about Restrictive Treatment Policies? Psychiatry News.  August, 1999.

00404

Glazer WM: Review of incidence studies of tardive dyskinesia with typical antipsychotics. J Clin Psych *Audiograph Series.* Vol 2(10), 1999

Glazer WM: Expected incidence of tardive dyskinesia with atypical antipsychotics. J Clin Psych *Audiograph Series.* Vol 2(12), 1999

Glazer W: Access to Atypical Antipsychotics: Empowering the Clinician, in *Understanding the Role of New Agents in Improving Clinical Outcomes,* 1999/2000 National CME/CE Audiotape Series, Pragmaton Office of Medical Education.

Glazer WM: Atypical Antipsychotics. *Community Psychiatrist,* Page 6, Winter, 2000.

Glazer W and Dickson R: Pharmacoeconomics and resource allocation: lessons from North America.  Edited by Buckley PF and Waddington JL (eds), Schizophrenia and Mood Disorders - the new drug therapies in practice. Butterworth-Heinemann, Boston, MA, 2000 Chapter 25, pp 329-334.

Dickson RA, Glazer WM, Violato C.  A Computerized Self-Report Questionnaire for Assessing Sexual Functioning in Psychotic Patients: The DGSF Scale.  Schizophrenia Research 2000; Vol. 49, Nos. 1-2 (Suppl): 283

Glazer WM. Variations in practice. Psychiatr Serv. 2000 Jun;51(6):817

Dickson RA and Glazer WM: Schizophrenia: Issues affecting women.  In *Comprehensive Care of Schizophrenia: A Handbook of Clinical Management and Treatment.*  Edited by Robin Murray and Jeffrey Lieberman.  Martin Dunitz Pub., London 255-267, 2001

Kramer TL and Glazer WM: Our quest for excellence in behavioral health care.  Psychiatric Sevices 2001;52(2):157-159.

Morgenstern H, Glazer WM, Woods SW: Risperidone and tardive dyskinesia. Int J Geriatr Psychiatry 2001 May;16(5):541-2

Dickson RA, Glazer WM.  "Women and Antipsychotic Drugs: Focus on     Neuroleptic-Induced Hyperprolactinemia" in "Psychiatric Illness in Women: Emerging Treatments and Research". Editors: Lewis-Hall F, Panetta JA, Williams TS, Herrera JM.  Washington DC: American Psychiatric Press. (2002).

Sebastian CS, Glazer W, Buckley PF: Naturalistic studies of second generation antipsychotics in the treatment of schizophrenia. Curr Med Chem. 2004 Feb;11(3):329-42. Review.

Glazer WM: Olanzapine vs haloperidol for treatment of schizophrenia. JAMA. 2004 Mar 3;291(9):1064-5

Glazer W: Commentary: Pharmacologic options for treating schizophrenia with violent behavior. Research Applications, Psychiatric Times, October, 2004, p 7.

Glazer WM and Keefe RSE: Can Early Intervention Affect Long-Term Outcomes in

**00405**

Schizophrenia? CNS News. Nov, 2004;6(No.11):45-50

Managing the risk of tardive dyskinesia: Based on an interview with William M. Glazer, MD. Behavioral Health Management 2005;25(6):29-34.

Managing the Risk of Tardive Dyskinesia Based on interviews with Glazer WM and Saltz BL:. Behavioral Healthcare. 2006:26(12) pp28-32

Glazer WM: Importance of Recognizing and Treating Insomnia. Volume 67, December, 2006 Supplement 13, 3-5.

Glazer W: *Taking Issue* Who Receives Long-Acting Antipsychotic Medications? J Psych Services. 2007;58(4), 437

Woods SW, Morgenstern H, Hawkins KA, Gueorguieva RV, Glazer WM: Incidence of tardive dyskinesia with atypical and conventional antipsychotics (abstract). Schizophrenia Bulletin 2007; 33(2):507-508

Glazer WM and Goldman HH: Deciphering the Cost Impact of Managed Care in Medicaid. Am J Psychiatry 2008 165 (2)171-173.

Glazer W: In the pipeline: Non-stimulant ADHD meds: Stimulant side effects drive development of alternative medications. Behavioral Healthcare. 2010 January;30(1):30-31 http://www.behavioral.net/ME2/dirmod.asp?sid=&nm=&type=Publishing&mod=Publications%3A %3AArticle&mid=64D490AC6A7D4FE1AEB453627F1A4A32&tier=4&id=C05B96475EB14D5 1AF8CAF1ED4ED8E94

Glazer W: Alternatives for "difficult to treat" MDD. Behavioral Healthcare. 2010 February;30(2):30-32. http://digimags.vendomegrp.com/behavioral-healthcare

Glazer W: Tackling adherence in he real world. Behavioral Healthcare. 2010 March; 30(3):28-30. http://digimags.vendomegrp.com/behavioral-healthcare

Glazer W: New tools for managing non-adherence. Behavioral Healthcare. 2010 April; 30(4):32-3. http://digimags.vendomegrp.com/behavioral-healthcare

Glazer W: US "way behind" on clozapine's benefits. Behavioral Healthcare. 2010 May; 30(5):41-2. http://digimags.vendomegrp.com/behavioral-healthcare

Glazer W: Anticonvulsants can help, but how? Behavioral Healthcare. 2010 June;30(6):32-3. http://digimags.vendomegrp.com/behavioral-healthcare

Glazer W: Tools help family doctors treat anxiety. Behavioral Healthcare. 2010 July/August;30(7):38-9. http://digimags.vendomegrp.com/index2.php?option=com_flippingbook&view=book&id=106:bh-july-august-2010&catid=4:behavioral-healthcare&tmpl=component

Glazer W: The quest for the right dose. Behavioral Healthcare. 2010 September;30(8):38-40.

00406

http://digimags.vendomegrp.com/index2.php?option=com_flippingbook&view=book&id=116:bh-september-2010&catid=4:behavioral-healthcare&tmpl=component

Glazer W: Ketamine: A fast acting antidepressant? . Behavioral Healthcare. 2010 October;30(9):36-7.
http://digimags.vendomegrp.com/index2.php?option=com_flippingbook&view=book&id=121:bh-october-2010&catid=4:behavioral-healthcare&tmpl=component

Glazer W: "Tardive Dyskinesia Update". In *The Experts Speak* - An Educational Service of the Florida Psychiatric Society, Interview with Abbey Strauss, MD, February 25, 2011.
http://itunes.apple.com/us/podcast/tardive-dyskinesia-update/id338144165?i=91598092

Glazer W: Current trends in psychopharmacologic management of alcoholism. Behavioral Healthcare 2011 January/February;31(1):46-47.
http://digimags.vendomegrp.com/index2.php?option=com_flippingbook&view=book&id=143:bh-january-february-2011&catid=4:behavioral-healthcare&tmpl=component

Glazer W: Cognitive enhancers for schizophrenia? Behavioral Healthcare, March, 2011
http://www.behavioral.net/ME2/dirmod.asp?sid=9B6FFC446FF7486981EA3C0C3CCE4943&nm=Archives&type=Publishing&mod=Publications%3A%3AArticle&mid=64D490AC6A7D4FE1AEB453627F1A4A32&tier=4&id=50EC89765F5445E597A263BD10B0C949

### Books:

Glazer W: TD Monitor, Multi Health Systems, Toronto, 1992.

Glazer W, Bell N: Mental Health Benefits: A Purchaser's Guide. International Foundation of Employee Benefit Plans, Brookfield, WI, 1993.

Buscema, CA and Glazer WM: The Forensic Algorithm Project, CNS News (publisher), 2002

00407