```
************* CONFIDENTIAL Clinical Data (4y) SUMMARY   pg. 72 *************
LASKOWSKI,STANLEY P III        ██████████                    DOB: ██████████
```
```
06/30/2009 05.
```

```
------------------ CVP - Past Clinic Visits (max 4 years) ------------------
                              (continued)
```

| Date | Time | Clinic | Status |
|---|---|---|---|
| 12/20/2007 | 13:30 | ZZZMHC LUCAS | |
| 12/14/2007 | 10:00 | ZZZMHC LUCAS | CANCELLED BY PATIENT |
| 12/14/2007 | 08:00 | ZZZCP PSYCH COLLINS | |
| 12/07/2007 | 08:00 | ZZZCP PSYCH COLLINS | CANCELLED BY CLINIC |
| 12/05/2007 | 18:30 | ZZZPCT GROUP PM | |
| 12/05/2007 | 14:00 | CP BUZANOWICZ | CANCELLED BY CLINIC |
| 12/05/2007 | 13:30 | NURSE CLINIC 1NORTH | CANCELLED BY CLINIC |
| 12/05/2007 | 13:15 | COMPENSATION/PENSION | |
| 12/05/2007 | 10:30 | CP LASALLE | CANCELLED BY CLINIC |
| 12/05/2007 | 09:30 | NURSE CLINIC 1NORTH | |
| 12/05/2007 | 09:20 | COMPENSATION/PENSION | |
| 12/05/2007 | 08:45 | RADIOLOGY 2ND FLR GREEN A | |
| 12/05/2007 | 07:30 | LAB FASTING 7 TO 9 3WEST | CANCELLED BY PATIENT |
| 11/29/2007 | 09:30 | NURSE CLINIC 1NORTH | CANCELLED BY PATIENT |
| 11/29/2007 | 09:15 | COMPENSATION/PENSION | CANCELLED BY PATIENT |
| 11/29/2007 | 08:45 | RADIOLOGY 2ND FLR GREEN A | CANCELLED BY PATIENT |
| 11/29/2007 | 07:45 | LAB FASTING 7 TO 9 3WEST | UNSCHEDULED |
| 08/31/2007 | 11:01 | TLCP OIF/OEF | UNSCHEDULED |
| 08/13/2007 | 12:40 | ZZZMHC LUCAS | CANCELLED BY PATIENT |
| 08/10/2007 | 14:00 | MHC BHATIA CMI | UNSCHEDULED |
| 07/18/2007 | 16:21 | TLCP PSYCHIATRY | UNSCHEDULED |
| 07/16/2007 | 15:29 | TLCP PSYCHIATRY | |
| 07/03/2007 | 13:00 | ZZZMHC LUCAS | |
| 06/22/2007 | 10:25 | TLCP PSYCHIATRY | UNSCHEDULED |
| 06/04/2007 | 14:00 | TLCP PSYCHIATRY | UNSCHEDULED |
| 05/31/2007 | 10:35 | TLCP PSYCHIATRY | UNSCHEDULED |
| 05/11/2007 | 13:00 | ZZZMHC LUCAS INTAKE | |
| 05/01/2007 | 08:00 | ZZZGROUP: PSYCH DOOLEYII/ | CANCELLED BY PATIENT |
| 04/26/2007 | 14:00 | ZZZCP LOVRINIC | |
| 04/24/2007 | 09:40 | ZZZCP LOVRINIC | CANCELLED BY PATIENT |
| 04/24/2007 | 08:00 | ZZZCP CASTRIGNANO | |
| 04/23/2007 | 10:30 | ZZZCP AUDIO PATCHOSKI | |
| 04/20/2007 | 15:00 | ZZZcp mhc santos | |
| 04/20/2007 | 14:30 | NURSE CLINIC MHC | CANCELLED BY CLINIC |
| 04/19/2007 | 14:00 | ZZZCP LOVRINIC | CANCELLED BY PATIENT |
| 04/18/2007 | 13:00 | ZZZCP CASTRIGNANO | CANCELLED BY PATIENT |
| 04/18/2007 | 12:30 | NURSE CLINIC(1W) | CANCELLED BY PATIENT |
| 04/18/2007 | 12:20 | COMPENSATION/PENSION | |
| 04/18/2007 | 11:00 | ZZZCP LOVRINIC | |
| 04/18/2007 | 09:30 | CP DERMATOLOGY | |
| 04/18/2007 | 09:00 | LAB FAST/NONFAST  3 WEST | CANCELLED BY PATIENT |
| 04/13/2007 | 15:00 | ZZZcp mhc santos | CANCELLED BY PATIENT |
| 04/13/2007 | 13:00 | NURSE CLINIC 1NORTH | CANCELLED BY PATIENT |
| 04/13/2007 | 12:40 | COMPENSATION/PENSION | CANCELLED BY PATIENT |
| 04/13/2007 | 12:00 | NURSE CLINIC 1NORTH | CANCELLED BY PATIENT |
| 04/13/2007 | 11:40 | COMPENSATION/PENSION | CANCELLED BY PATIENT |
| 04/13/2007 | 11:00 | ZZZCP AUDIO PATCHOSKI | CANCELLED BY PATIENT |
| 04/13/2007 | 10:30 | LAB FAST/NONFAST  3 WEST | |
| 04/13/2007 | 10:00 | MHC BOROWSKI WALK IN | |
| 04/11/2007 | 15:30 | TRIAGE-BASEMENT | |
| 04/11/2007 | 14:39 | CP PODIATRY/BENEK | |
| 04/11/2007 | 13:15 | RADIOLOGY 2ND FLR GREEN A | |
| 04/11/2007 | 12:45 | RADIOLOGY 2ND FLR GREEN A | CANCELLED BY PATIENT |
| 04/11/2007 | 10:30 | CP DERMATOLOGY | CANCELLED BY PATIENT |
| 04/11/2007 | 09:30 | | |

```
*** END ****** CONFIDENTIAL Clinical Data (4y) SUMMARY   pg. 72 *************
```

M 1



GOVERNMENT
EXHIBIT



*************** CONFIDENTIAL Clinical Data (4y) SUMMARY   pg. 71 ***************
LASKOWSKI,STANLEY P III   ███████        DOB: ███████

------------------- CVP - Past Clinic Visits (max 4 years) -------------------
                                    (continued)

| Date | Time | Clinic | Status |
|---|---|---|---|
| 07/31/2008 | 16:30 | PSYCH DOOLEY II | CANCELLED BY PATIENT |
| 07/29/2008 | 13:20 | ZZZPATEL I PRICARE | NO-SHOW |
| 07/29/2008 | 13:00 | ZZZPATEL I NURSE | |
| 07/28/2008 | 14:30 | ZZZMHC BROWN | |
| 07/24/2008 | 16:30 | PSYCH DOOLEY II | |
| 07/17/2008 | 16:30 | PSYCH DOOLEY II | UNSCHEDULED |
| 07/11/2008 | 10:46 | TLCP PSYCHIATRY | |
| 07/10/2008 | 16:30 | PSYCH DOOLEY II | |
| 07/09/2008 | 10:30 | TBI HOGG 2HR CLINIC | |
| 07/09/2008 | 08:45 | LAB FAST/NONFAST  3 WEST | |
| 07/03/2008 | 16:30 | PSYCH DOOLEY II | |
| 06/26/2008 | 16:30 | PSYCH DOOLEY II | CANCELLED BY PATIENT |
| 06/19/2008 | 16:30 | PSYCH DOOLEY II | CANCELLED BY PATIENT |
| 06/12/2008 | 16:20 | PSYCH DOOLEY II | |
| 06/05/2008 | 16:20 | PSYCH DOOLEY II | |
| 05/06/2008 | 18:30 | PSYCH DOOLEY II | |
| 04/29/2008 | 11:00 | MRI | |
| 04/29/2008 | 10:30 | THOMAS PRIMARY/30 | |
| 04/29/2008 | 09:30 | NEURO(EEG)8TH FLR SILVER | UNSCHEDULED |
| 04/23/2008 | 15:49 | TLCP PSYCHIATRY | UNSCHEDULED |
| 04/23/2008 | 13:44 | TLCP SOCIAL WORK SERVICE | UNSCHEDULED |
| 04/11/2008 | 10:54 | TLCP BERWICK MHC | UNSCHEDULED |
| 04/01/2008 | 15:07 | TLCP OIF/OEF | CANCELLED BY PATIENT |
| 04/01/2008 | 14:30 | MRI | CANCELLED BY CLINIC |
| 04/01/2008 | 11:30 | MHC BHATIA CMI | CANCELLED BY PATIENT |
| 04/01/2008 | 09:00 | CP BUZANOWICZ | CANCELLED BY PATIENT |
| 04/01/2008 | 08:30 | LAB FAST/NONFAST  3 WEST | NO-SHOW |
| 03/31/2008 | 13:00 | PT-AMS/2ND FLR SILVER ARE | NO-SHOW |
| 03/31/2008 | 11:30 | NEURO(EEG)8TH FLR SILVER | NO-SHOW |
| 03/31/2008 | 10:30 | ZZZMHC WEBSTER | |
| 03/24/2008 | 10:00 | LAB FAST/NONFAST  3 WEST | |
| 03/24/2008 | 09:00 | TBI HOGG 2HR CLINIC | |
| 03/20/2008 | 13:30 | ZZZMHC WEBSTER | |
| 03/17/2008 | 12:30 | ZZZMHC WEBSTER | |
| 03/14/2008 | 10:00 | ZZZMHC SINON SWS | UNSCHEDULED |
| 03/11/2008 | 10:55 | TLCP SOCIAL WORK SERVICE | UNSCHEDULED |
| 03/10/2008 | 21:00 | TLCP PSYCHIATRY | |
| 03/10/2008 | 15:00 | ZZZMHC SINON SWS | |
| 03/10/2008 | 14:00 | MHC BOROWSKI WALK IN | |
| 03/10/2008 | 13:00 | ZZZPATEL I PRICARE | |
| 03/10/2008 | 12:41 | ZZZPATEL I NURSE | UNSCHEDULED |
| 03/10/2008 | 10:10 | TLCP SOCIAL WORK SERVICE | |
| 03/09/2008 | 05:37 | ER (MIDNIGHT) CLINIC | |
| 03/07/2008 | 14:00 | PT-AMS/2ND FLR SILVER ARE | |
| 03/04/2008 | 16:00 | MHC BHATIA CMI | |
| 03/04/2008 | 14:40 | TRIAGE-BASEMENT | UNSCHEDULED |
| 03/04/2008 | 10:56 | TLCP OIF/OEF | |
| 03/03/2008 | 13:00 | ZZZPATEL I PRICARE | |
| 03/03/2008 | 12:40 | ZZZPATEL I NURSE | |
| 03/03/2008 | 10:51 | ER (AM) CLINIC | CANCELLED BY PATIENT |
| 03/02/2008 | 08:00 | PT-AMS/2ND FLR SILVER ARE | CANCELLED BY CLINIC |
| 02/27/2008 | 13:00 | ZZZPATEL I PRICARE | |
| 02/22/2008 | 15:00 | LAB FAST/NONFAST  3 WEST | |
| 02/15/2008 | 13:00 | ZZZPATEL I PRICARE | |
| 02/15/2008 | 09:22 | ER (AM) CLINIC | |
| 02/15/2008 | 09:13 | TRIAGE-BASEMENT | UNSCHEDULED |
| 02/11/2008 | 10:52 | TLCP PSYCHIATRY | UNSCHEDULED |
| 02/08/2008 | 11:06 | TLCP PSYCHIATRY | |
| 02/04/2008 | 09:00 | MHC BHATIA CMI | CANCELLED BY PATIENT |
| 01/30/2008 | 18:30 | ZZZPCT GROUP PM | |
| 01/29/2008 | 08:30 | ZZZMHC LUCAS | |
| 01/23/2008 | 18:30 | ZZZPCT GROUP PM | |
| 01/17/2008 | 16:20 | PSYCH DOOLEY II | |
| 01/16/2008 | 18:30 | ZZZPCT GROUP PM | UNSCHEDULED |
| 01/14/2008 | 10:38 | TLCP OIF/OEF | UNSCHEDULED |
| 01/10/2008 | 16:02 | TLCP PSYCHIATRY | |
| 01/09/2008 | 09:00 | ZZZPATEL I PRICARE | |
| 01/02/2008 | 18:30 | ZZZPCT GROUP PM | |
| 12/26/2007 | 18:30 | ZZZPCT GROUP PM | |
| 12/21/2007 | 13:30 | PSYCH DOOLEY II | |

M 2

```
                                                            06/30/2009 09:41
************** CONFIDENTIAL Clinical Data (4y) SUMMARY   pg. 70 **************
LASKOWSKI,STANLEY P III        [REDACTED]        DOB: [REDACTED]
```

---------------------- HF - Health Factors (max 4 years) ----------------------
                              (continued)

| | |
|---|---|
| TBI-SECTION I - YES | 03/09/2008 |
| TBI-SECTION I - YES | 04/11/2007 |
| TBI-SECTION II - NO | 04/11/2007 |
| TBI-SECTION II - YES | 03/09/2008 |
| TBI-SECTION III - YES | 03/09/2008 |
| TBI-SECTION IV - YES | 03/09/2008 |
| TOBACCO | 02/15/2008 |
| CURRENT SMOKER | 02/02/2009 |
| HISTORY OF SMOKING | 02/15/2008 |
| HISTORY OF SMOKING | 02/02/2009 |
| SMOKING CESSATION REFUSED | 02/15/2008 |
| SMOKING CESSATION REFUSED | 04/11/2007 |
| SMOKING CESSATION REFUSED | 02/02/2009 |
| TOBACCO OFFERED PT MEDS (PROVIDER) | 02/02/2009 |
| TOBACCO OFFERED PT MEDS (PROVIDER) | 01/09/2008 |
| TOBACCO OFFERED STOP SMOKING CLINIC | 02/02/2009 |
| TOBACCO OFFERED STOP SMOKING CLINIC | 01/09/2008 |
| TOBACCO USER STATUS | 02/02/2009 |
| CURRENT SMOKER #2 | 02/15/2008 |
| CURRENT SMOKER #2 | 02/04/2009 |
| CURRENT SMOKER #2 | 04/11/2007 |
| CURRENT SMOKER #2 | 02/02/2009 |
| CURRENT TOBACCO USER | 01/09/2008 |
| CURRENT TOBACCO USER | |
| WEIGHT MANAGEMENT | |
| WT MGMT PROGRAM NOT RECOMMENDED | 01/09/2008 |

-------------------------- CVF - Fut Clinic Visits --------------------------

07/14/2009 09:30   SATU BEAM (RM- C9-21)

------------------- CVP - Past Clinic Visits (max 4 years) -------------------

| | | |
|---|---|---|
| 06/16/2009 09:10 | TLCP SUBSTANCE ABUSE | UNSCHEDULED |
| 06/16/2009 09:00 | SATU BEAM (RM- C9-21) | CANCELLED BY PATIENT |
| 03/16/2009 14:00 | SATU BEAM (RM- C9-21) | NO-SHOW |
| 03/13/2009 10:47 | TLCP OIF/OEF | UNSCHEDULED |
| 03/02/2009 09:30 | SATU BEAM (RM- C9-21) | CANCELLED BY PATIENT |
| 02/02/2009 10:30 | PSYCH DOOLEY II | |
| 02/02/2009 09:00 | SATU BEAM (RM- C9-21) | CANCELLED BY PATIENT |
| 01/28/2009 14:00 | SATU BEAM (RM- C9-21) | CANCELLED BY PATIENT |
| 01/14/2009 13:00 | SATU BEAM (RM- C9-21) | |
| 01/08/2009 11:40 | KHAN NEUROLOGY | CANCELLED BY CLINIC |
| 12/24/2008 10:30 | MHC BHATIA CMI | NO-SHOW |
| 12/17/2008 12:30 | PSYCH DOOLEY II | CANCELLED BY PATIENT |
| 12/17/2008 11:00 | SATU BEAM (RM- C9-21) | |
| 11/13/2008 14:00 | SATU BEAM (RM- C9-21) | |
| 10/30/2008 16:30 | PSYCH DOOLEY II | CANCELLED BY PATIENT |
| 10/30/2008 15:00 | SATU BEAM (RM- C9-21) | |
| 10/23/2008 16:30 | PSYCH DOOLEY II | NO-SHOW |
| 10/23/2008 15:00 | SATU BEAM (RM- C9-21) | CANCELLED BY PATIENT |
| 10/16/2008 16:30 | PSYCH DOOLEY II | |
| 10/09/2008 16:30 | PSYCH DOOLEY II | |
| 10/02/2008 16:30 | PSYCH DOOLEY II | |
| 09/25/2008 16:30 | PSYCH DOOLEY II | |
| 09/18/2008 16:30 | PSYCH DOOLEY II | CANCELLED BY PATIENT |
| 09/11/2008 16:30 | PSYCH DOOLEY II | |
| 09/11/2008 13:00 | ZZZPATEL I PRICARE | |
| 09/11/2008 12:40 | ZZZPATEL I NURSE | |
| 09/08/2008 13:40 | KHAN NEUROLOGY | |
| 09/04/2008 16:30 | PSYCH DOOLEY II | CANCELLED BY CLINIC |
| 08/28/2008 16:30 | PSYCH DOOLEY II | |
| 08/26/2008 17:00 | PSYCH DOOLEY II | CANCELLED BY PATIENT |
| 08/21/2008 16:30 | PSYCH DOOLEY II | UNSCHEDULED |
| 08/14/2008 16:30 | PSYCH DOOLEY II | CANCELLED BY PATIENT |
| 08/14/2008 11:23 | TLCP DOOLEY | |
| 08/07/2008 16:30 | PSYCH DOOLEY II | |
| 08/05/2008 09:00 | KHAN NEUROLOGY | UNSCHEDULED |
| 08/04/2008 14:45 | ZZZMHC BRYSKI | UNSCHEDULED |
| 08/01/2008 10:32 | TLCP OIF/OEF | |

M 3

 

```
************   CONFIDENTIAL Clinical Data (4y) SUMMARY   pg. 69 ************
                                                    06/30/2009 09:41
LASKOWSKI,STANLEY P III   ▓▓▓▓▓▓        DOB: ▓▓▓▓▓▓▓
-------------------- HF - Health Factors (max 4 years) --------------------
                              (continued)

Category                                        Visit Date
  Health Factor

  IRAQ SERVICE                                   03/09/2008
  IRAQ SERVICE                                   04/11/2007
  IRAQ/AFGHAN SERVICE                            03/09/2008
  IRAQ/AFGHAN SERVICE                            04/11/2007
  OTHER PHYSICAL SYMPTOMS SCREEN POSITIVE        04/11/2007
            joint pains, headaches
  SKIN LESION SCREEN NEGATIVE                    04/11/2007
  UNEXPLAINED FEVERS SCREEN NEGATIVE             04/11/2007
MENTAL HEALTH
  DEP SCREEN 2 QUESTION POS                      02/15/2008
  DEP SCREEN 2 QUESTION POS                      04/11/2007
  DEPRESSION COUNSELING DONE                     03/03/2008
  DEPRESSION COUNSELING DONE                     02/15/2008
  PTSD SCREEN POSITIVE                           04/11/2007
MOVE PROGRAM                                     01/09/2008
  BMI CONSIDER ADDING OVERWEIGHT TO PL
MST CATEGORY                                     04/11/2007
  MST NO DOES NOT REPORT
OTC DRUGS                                        03/03/2008
  NO OTC DRUGS TAKEN
PREVENTIVE HEALTH CATEGORY
  BMI <21 OR >25                                 03/03/2008
  BMI <21 OR >25                                 05/11/2007
  HEALTH SCREEN DONE                             03/03/2008
  HEALTH SCREEN DONE                             05/11/2007
PTSD AVOIDANCE                                   04/11/2007
  PTSD SCREEN - AVOIDANCE
PTSD DETACHMENT                                  04/11/2007
  PTSD SCREEN - DETACHED
PTSD NIGHTMARES                                  04/11/2007
  PTSD SCREEN - NIGHTMARES
PTSD ON GUARD                                    04/11/2007
  PTSD SCREEN - ON GUARD
REMINDER FACTORS
  PHQ-2 SCORE=4                                  02/15/2008
  REFUSED ADVANCE DIRECTIVE                      01/09/2008
  REFUSED INFLUENZA IMMUNIZATION                 04/29/2008
  REFUSED INFLUENZA IMMUNIZATION                 03/24/2008
  REFUSED INFLUENZA IMMUNIZATION                 02/15/2008
  REFUSED INFLUENZA IMMUNIZATION                 01/09/2008
  REFUSED INFLUENZA IMMUNIZATION                 12/05/2007
  SPIRITUAL SCREEN DONE                          01/09/2008
TBI CURRENT SYMPTOMS
  TBI-CURRENT DIZZINESS                          03/09/2008
  TBI-CURRENT HEADACHES                          03/09/2008
  TBI-CURRENT IRRITABILITY                       03/09/2008
  TBI-CURRENT MEMORY PROBLEMS                    03/09/2008
  TBI-CURRENT SLEEP PROBLEM                      03/09/2008
  TBI-CURRENT VISUAL PROBLEMS                    03/09/2008
TBI RESULTS
  TBI-CONCUSSION                                 03/09/2008
  TBI-DAZED/CONFUSED                             03/09/2008
  TBI-NO MEMORY OF INJURY                        03/09/2008
  TBI-UNCONSCIOUS
TBI SOURCE
  TBI-BLAST                                      03/09/2008
  TBI-BLAST                                      04/11/2007
TBI SYMPTOMS
  TBI-DIZZINESS                                  03/09/2008
  TBI-HEADACHES                                  03/09/2008
  TBI-IRRITABILITY                               03/09/2008
  TBI-MEMORY PROBLEMS                            03/09/2008
  TBI-SLEEP PROBLEMS                             03/09/2008
  TBI-VISUAL PROBLEMS
TBI-REFERRALS                                    03/09/2008
  TBI-REFERRAL SENT
TBI-SECTIONS
```

M4

```
*************  CONFIDENTIAL Clinical Data (4y) SUMMARY    pg. 68 ***        06/30/2009 09:41
                                                                            DOB:
LASKOWSKI,STANLEY P III
```

```
------------------- OE - Outpatient Encounter (max 4 years) -------------------
                                     (continued)
    Date       Facility      Hospital Location                Encounter Elig.
04/11/2007    WILKES-BAR     TRIAGE-BASEMENT                  NSC
    Provider: FILIPKOWSKI,MARY (P)

04/11/2007    WILKES-BAR     MHC BOROWSKI WALK IN             NSC
    Provider: BOROWSKI,BERNARD (P)
    Diagnosis: 309.9-UNSPECIFIED ADJUSTMENT REACTION; Adjustment Disorder
               Unspecified * (ICD-9-CM 309.9) (P)
    Procedure: 99202-OFFICE/OUTPATIENT VISIT, NEW; expanded problem focused
               exam (1)


------------------------- ST - Skin Tests -------------------------


   No data available
------------------------- IM - Immunizations -------------------------


   No data available
------------------------- ED - Education (max 4 years) -------------------------
    Date       Facility      Topic - Understanding Level
02/02/2009    WILKES-BAR     ALCOHOL COUNSELING PERFORMED (PROVIDER) - GOOD UNDERSTA
                             NA
                             TOBACCO 1-800-QUIT NOW (www.smokefree.gov)
                             TOBACCO COUNSELING (PROVIDER) FY07
03/03/2008    WILKES-BAR     BREAST SELF EXAM - GOOD UNDERSTANDING
                             SEATBELT/HELMET SAFETY EDUCATION
                             VA-ALCOHOL ABUSE - GOOD UNDERSTANDING
                             VA-DIABETES
                             VA-EXERCISE - GOOD UNDERSTANDING
                             VA-TOBACCO USE SCREENING - GOOD UNDERSTANDING
02/15/2008    WILKES-BAR     ED ADVISED TO STOP SMOKING
                             HARMFUL EFFECTS OF TOBACCO
01/09/2008    WILKES-BAR     ALCOHOL COUNSELING PERFORMED (PROVIDER) - GOOD UNDERSTA
                             TOBACCO COUNSELING (PROVIDER) FY07
05/11/2007    WILKES-BAR     SEATBELT/HELMET SAFETY EDUCATION
                             VA-DIABETES
------------------------- EXAM - Exams Latest (max 4 years) -------------------------
      Exam                      Result        Date      Facility
TOBACCO USE SCREEN                           02/15/2008  WILKES-BAR
------------------------- HF - Health Factors (max 4 years) -------------------------
Category
   Health Factor                                 Visit Date

ALCOHOL USE
   AUDIT C POSITIVE <8                            01/09/2008
   AUDIT C POSITIVE =/>8                          02/02/2009
   FALSE POSITIVE AUDIT C                         02/02/2009
ALLERGY INFORMATION
   NO KNOWN ALLERGIES                             03/03/2008
   NO KNOWN ALLERGIES                             05/11/2007
ALTERNATIVE THERAPY
   NO ALTERNATIVE THERAPY                         03/03/2008
   NO ALTERNATIVE THERAPY                         05/11/2007
HEPATITIS C
   PREVIOUS HEP C RISK ASSESSMENT                 01/09/2008
IRAQ/AFGHANISTAN
   GI SYMPTOMS SCREEN NEGATIVE                    04/11/2007
```

M5

```
************   CONFIDENTIAL Clinical Data (4y) SUMMARY   pg. 67 ************
                                                          06/30/2009 09:41
LASKOWSKI,STANLEY P III   ██████████              DOB: ██████████
```

```
------------------ OE - Outpatient Encounter (max 4 years) ------------------
                              (continued)
     Date        Facility    Hospital Location              Encounter Elig.
```

05/16/2007      FILEROOM (Historical Event)

05/11/2007      WILKES-BAR      ZZZMHC LUCAS INTAKE          NSC
    Provider: KOVALCHIK,MARC A (P)
    Diagnosis: 309.9-UNSPECIFIED ADJUSTMENT REACTION; Adjustment Disorder
               Unspecified (ICD-9-CM 309.9) (P)
    Procedure: 99211-OFFICE/OUTPATIENT VISIT, EST; brief exam (md presence
               not req) (1)

04/26/2007      WILKES-BAR      ZZZCP LOVRINIC               NSC
    Provider: LOVRINIC,DANIEL   (P)    GILL,EMILIE R (S)
    Diagnosis: V70.5-HEALTH EXAMINATION OF DEFINED SUBPOPULATIONS (P)
    Procedure: 99455-DISABILITY EXAMINATION (1)

04/24/2007      WILKES-BAR      ZZZCP CASTRIGNANO            NSC
    Provider: CASTRIGNANO,DOMI (P)
    Diagnosis: V70.5-HEALTH EXAMINATION OF DEFINED SUBPOPULATIONS (P)
    Procedure: 99456-DISABILITY EXAMINATION (1)

04/23/2007      WILKES-BAR      ZZZCP AUDIO PATCHOSKI        NSC

04/23/2007      WILKES-BAR      ZZZCP AUDIO PATCHOSKI        NSC
    Provider: PATCHOSKI,PHILIP (P)
    Diagnosis: V70.5-HEALTH EXAMINATION OF DEFINED SUBPOPULATIONS (P)
    Procedure: 99456-DISABILITY EXAMINATION (1)

04/20/2007      FILEROOM (Historical Event)

04/20/2007      WILKES-BAR      NURSE CLINIC MHC             NSC
    Provider: ROBINSON,JAN M (P)
    Diagnosis: V70.5-HEALTH EXAMINATION OF DEFINED SUBPOPULATIONS; Health
               Examination of Defined Subpopulations (ICD-9-CM V70.5) (P)
    Procedure: 99211-OFFICE/OUTPATIENT VISIT, EST; Office/Outpatient Visit
               for an Established Patient (CPT-4 99211) (1)

04/20/2007      WILKES-BAR      ZZZcp mhc santos             NSC
    Provider: SANTOS,FRANCISCO (P)
    Diagnosis: V70.1-GENERAL PSYCHIATRIC EXAMINATION, REQUESTED BY THE
               AUTHORITY; General Psychiatric Examination, Requested by the
               Authority (ICD-9-CM V70.1) (P)
    Procedure: 99456-DISABILITY EXAMINATION; C&P EXAM (1)

04/18/2007      WILKES-BAR      CP DERMATOLOGY               NSC
    Provider: STRANG,DAVID J (P)
    Diagnosis: V70.5-HEALTH EXAMINATION OF DEFINED SUBPOPULATIONS (P)
    Procedure: 99455-DISABILITY EXAMINATION (1)

04/18/2007      WILKES-BAR      ZZZCP LOVRINIC               NSC
    Provider: LOVRINIC,DANIEL   (P)    DIXON,LAURA (S)
    Diagnosis: V70.5-HEALTH EXAMINATION OF DEFINED SUBPOPULATIONS (P)
    Procedure: 99455-DISABILITY EXAMINATION (1)

04/17/2007      ZZZOIF/OEF-INTAKE/IRAQ (Historical Event)

04/11/2007      WILKES-BAR      CP PODIATRY/BENEK            NSC
    Provider: BENEK,CAROL ANN (P)
    Diagnosis: V70.5-HEALTH EXAMINATION OF DEFINED SUBPOPULATIONS (P)
    Procedure: 99456-DISABILITY EXAMINATION (1)
```

M6

```
                                                              06/30/2009 09:41
************** CONFIDENTIAL Clinical Data (4y) SUMMARY   pg. 66 **************
LASKOWSKI,STANLEY P III      ████████              DOB:        ████████

------------------ OE - Outpatient Encounter (max 4 years) ------------------
                               (continued)
   Date        Facility      Hospital Location           Encounter Elig.
08/31/2007   WILKES-BAR    TLCP OIF/OEF                    NSC
     Procedure: 99372-PHYSICIAN PHONE CONSULTATION; Intermediate Call (1)

08/13/2007   WILKES-BAR    ZZZMHC LUCAS                    NSC
     Provider: LUCAS,EUGENE T J (P)
     Diagnosis: 309.9-UNSPECIFIED ADJUSTMENT REACTION; Adjustment Disorder
                   Unspecified (ICD-9-CM 309.9) (P)
                309.81-POSTTRAUMATIC STRESS DISORDER; Posttraumatic Stress
                   Disorder (ICD-9-CM 309.81)
     Procedure: 90885-PSY EVALUATION OF RECORDS; Psy Evaluation of Records
                   (1)

                90885-PSY EVALUATION OF RECORDS; Psy Evaluation of Records
                   (1)

07/18/2007   WILKES-BAR    TLCP PSYCHIATRY                 NSC
     Provider: LUCAS,EUGENE T J (P)
     Diagnosis: 309.9-UNSPECIFIED ADJUSTMENT REACTION; Adjustment Disorder
                   Unspecified (ICD-9-CM 309.9) (P)
                309.81-POSTTRAUMATIC STRESS DISORDER; Posttraumatic Stress
                   Disorder (ICD-9-CM 309.81)
     Procedure: 99372-PHYSICIAN PHONE CONSULTATION; Intermediate Call (1)

07/16/2007   WILKES-BAR    TLCP PSYCHIATRY                 NSC
     Provider: LUCAS,EUGENE T J (P)
     Diagnosis: 309.9-UNSPECIFIED ADJUSTMENT REACTION; Adjustment Disorder
                   Unspecified (ICD-9-CM 309.9)
                309.81-POSTTRAUMATIC STRESS DISORDER; Posttraumatic Stress
                   Disorder * (ICD-9-CM 309.81) (P)
     Procedure: 99372-PHYSICIAN PHONE CONSULTATION; Intermediate Call (1)

07/03/2007   WILKES-BAR    ZZZMHC LUCAS                    NSC
     Provider: LUCAS,EUGENE T J (P)
     Diagnosis: 309.9-UNSPECIFIED ADJUSTMENT REACTION; Adjustment Disorder
                   Unspecified (ICD-9-CM 309.9) (P)
     Procedure: 90862-MEDICATION MANAGEMENT; Pharmacolgic Mgt w/Psychotherapy
                   (1)

                90862-MEDICATION MANAGEMENT; Pharmacolgic Mgt w/Psychotherapy
                   (1)

06/22/2007   WILKES-BAR    TLCP PSYCHIATRY                 NSC
     Provider: LUCAS,EUGENE T J (P)
     Diagnosis: 309.9-UNSPECIFIED ADJUSTMENT REACTION; Adjustment Disorder
                   Unspecified (ICD-9-CM 309.9) (P)
     Procedure: 99372-PHYSICIAN PHONE CONSULTATION; Intermediate Call (1)

06/04/2007   WILKES-BAR    TLCP PSYCHIATRY                 NSC
     Provider: LUCAS,EUGENE T J (P)
     Diagnosis: 309.9-UNSPECIFIED ADJUSTMENT REACTION; Adjustment Disorder
                   Unspecified (ICD-9-CM 309.9) (P)
     Procedure: 99372-PHYSICIAN PHONE CONSULTATION; Intermediate Call (1)

05/31/2007   WILKES-BAR    TLCP PSYCHIATRY                 NSC
     Provider: LUCAS,EUGENE T J (P)
     Diagnosis: 309.9-UNSPECIFIED ADJUSTMENT REACTION; Adjustment Disorder
                   Unspecified (ICD-9-CM 309.9) (P)
     Procedure: 99372-PHYSICIAN PHONE CONSULTATION; Intermediate Call (1)

05/17/2007     ZZZMHC PIERCE (Historical Event)
```

M 7

```
************* CONFIDENTIAL Clinical Data (4y) SUMMARY   pg. 65 ***************    06/30/2009 09:41
LASKOWSKI,STANLEY P III   [REDACTED]                                             DOB: [REDACTED]
```

------------------ OE - Outpatient Encounter (max 4 years) ------------------
(continued)

| Date | Facility | Hospital Location | Encounter Elig. |
|---|---|---|---|

**12/26/2007   WILKES-BAR   ZZZPCT GROUP PM                    SERVICE CONNECTED**
   Provider: DOOLEY,MATTHEW (P)
   Diagnosis: 309.81-POSTTRAUMATIC STRESS DISORDER; Posttraumatic Stress
              Disorder (ICD-9-CM 309.81) (P)
   Procedure: 90853-GROUP PSYCHOTHERAPY; group therapy (1)

**12/21/2007   WILKES-BAR   PSYCH DOOLEY II                    SERVICE CONNECTED**
   Provider: DOOLEY,MATTHEW (P)
   Diagnosis: 309.81-POSTTRAUMATIC STRESS DISORDER; Posttraumatic Stress
              Disorder (ICD-9-CM 309.81) (P)
   Procedure: 90806-PSYTX, OFF, 45-50 MIN; psychotherapy, 45-50 min (1)

**12/20/2007   FILEROOM (Historical Event)**
**12/14/2007   WILKES-BAR   ZZZCP PSYCH COLLINS                SERVICE CONNECTED**
   Provider: COLLINS,THOMAS M (P)
   Diagnosis: V70.5-HEALTH EXAMINATION OF DEFINED SUBPOPULATIONS (P)
   Procedure: 99456-DISABILITY EXAMINATION; C&P EXAM (1)

**12/14/2007   WILKES-BAR   ZZZMHC LUCAS                       SERVICE CONNECTED**
   Provider: LUCAS,EUGENE T J (P)
   Diagnosis: 309.81-POSTTRAUMATIC STRESS DISORDER; Posttraumatic Stress
              Disorder (ICD-9-CM 309.81) (P)
   Procedure: 90862-MEDICATION MANAGEMENT; Pharmacolgic Mgt w/Psychotherapy
              (1)

              90862-MEDICATION MANAGEMENT; Pharmacolgic Mgt w/Psychotherapy
              (1)

**12/05/2007   WILKES-BAR   COMPENSATION/PENSION               SERVICE CONNECTED**
**12/05/2007   WILKES-BAR   NURSE CLINIC 1NORTH               SERVICE CONNECTED**
   Provider: ROBINSON,JAN M (P)
   Diagnosis: V70.5-HEALTH EXAMINATION OF DEFINED SUBPOPULATIONS; Health
              Examination of Defined Subpopulations (ICD-9-CM V70.5) (P)
   Procedure: 99211-OFFICE/OUTPATIENT VISIT, EST; Office/Outpatient Visit
              for an Established Patient (CPT-4 99211) (1)

**12/05/2007   WILKES-BAR   COMPENSATION/PENSION               SERVICE CONNECTED**
**12/05/2007   WILKES-BAR   CP BUZANOWICZ                      SERVICE CONNECTED**
   Provider: BUZANOWICZ,MARCE (P)
   Diagnosis: V70.5-HEALTH EXAMINATION OF DEFINED SUBPOPULATIONS (P)
   Procedure: 99455-DISABILITY EXAMINATION (1)

**12/05/2007   WILKES-BAR   ZZZPCT GROUP PM                    SERVICE CONNECTED**
   Provider: DOOLEY,MATTHEW (P)
   Diagnosis: 309.81-POSTTRAUMATIC STRESS DISORDER; Posttraumatic Stress
              Disorder (ICD-9-CM 309.81) (P)
   Procedure: 90853-GROUP PSYCHOTHERAPY; group therapy (1)

**11/27/2007   TLCP PSYCHOLOGY (Historical Event)**
   Provider: DOOLEY,MATTHEW (P)
   Diagnosis: 309.81-POSTTRAUMATIC STRESS DISORDER; Posttraumatic Stress
              Disorder (ICD-9-CM 309.81) (P)
   Procedure: 99371-PHYSICIAN PHONE CONSULTATION; Brief Call (1)

**08/31/2007   WILKES-BAR   TLCP OIF/OEF                       NSC**
   Provider: MINORA,KATHLEEN (P)
   Diagnosis: V65.40-OTHER UNSPECIFIED COUNSELING; OTH UNSP COUNSEL (P)

M 8

************** CONFIDENTIAL Clinical Data (4y) SUMMARY   pg. 64 **************
LASKOWSKI,STANLEY P III        ▓▓▓▓▓▓▓         DOB: ▓▓▓▓▓▓▓

------------------ OE - Outpatient Encounter (max 4 years) ------------------
(continued)

| Date | Facility | Hospital Location | Encounter Elig. |
|------|----------|-------------------|-----------------|
| 02/08/2008 | WILKES-BAR | TLCP PSYCHIATRY | SERVICE CONNECTED |

02/08/2008   WILKES-BAR    TLCP PSYCHIATRY          SERVICE CONNECTED
             (CPT-4 98966) (1)

02/04/2008   WILKES-BAR    MHC BHATIA CMI           SERVICE CONNECTED
   Provider: BHATIA,ARUNA (P)
  Diagnosis: 309.81-POSTTRAUMATIC STRESS DISORDER; Posttraumatic Stress
             Disorder (ICD-9-CM 309.81) (P)
  Procedure: 90862-MEDICATION MANAGEMENT; Pharmacolgic Mgt w/Psychotherapy
             (1)

01/30/2008   FILEROOM (Historical Event)

01/30/2008   WILKES-BAR    ZZZPCT GROUP PM          SERVICE CONNECTED
   Provider: DOOLEY,MATTHEW (P)
  Diagnosis: 309.81-POSTTRAUMATIC STRESS DISORDER; Posttraumatic Stress
             Disorder (ICD-9-CM 309.81) (P)
  Procedure: 90853-GROUP PSYCHOTHERAPY; group therapy (1)

01/23/2008   WILKES-BAR    ZZZPCT GROUP PM          SERVICE CONNECTED
   Provider: DOOLEY,MATTHEW (P)
  Diagnosis: 309.81-POSTTRAUMATIC STRESS DISORDER; Posttraumatic Stress
             Disorder (ICD-9-CM 309.81) (P)
  Procedure: 90853-GROUP PSYCHOTHERAPY; group therapy (1)

01/17/2008   WILKES-BAR    PSYCH DOOLEY II          SERVICE CONNECTED
   Provider: DOOLEY,MATTHEW (P)
  Diagnosis: 309.81-POSTTRAUMATIC STRESS DISORDER; Posttraumatic Stress
             Disorder (ICD-9-CM 309.81) (P)
  Procedure: 90806-PSYTX, OFF, 45-50 MIN; psychotherapy, 45-50 min (1)

01/16/2008   WILKES-BAR    ZZZPCT GROUP PM          SERVICE CONNECTED
   Provider: DOOLEY,MATTHEW (P)
  Diagnosis: 309.81-POSTTRAUMATIC STRESS DISORDER; Posttraumatic Stress
             Disorder (ICD-9-CM 309.81) (P)
  Procedure: 90853-GROUP PSYCHOTHERAPY; group therapy (1)

01/14/2008   WILKES-BAR    TLCP OIF/OEF             SERVICE CONNECTED
   Provider: DOMPKOSKY,SANDRA (P)
  Diagnosis: 309.81-POSTTRAUMATIC STRESS DISORDER; Posttraumatic Stress
             Disorder (ICD-9-CM 309.81) (P)
  Procedure: 99371-PHYSICIAN PHONE CONSULTATION; Brief Call (1)

01/10/2008   WILKES-BAR    TLCP PSYCHIATRY          SERVICE CONNECTED
   Provider: LUCAS,EUGENE T J (P)
  Diagnosis: 309.81-POSTTRAUMATIC STRESS DISORDER; Posttraumatic Stress
             Disorder (ICD-9-CM 309.81) (P)
  Procedure: 99372-PHYSICIAN PHONE CONSULTATION; Intermediate Call (1)

01/09/2008   WILKES-BAR    ZZZPATEL I PRICARE       SERVICE CONNECTED
   Provider: PATEL,INDUBHAI M (P)
  Diagnosis: 719.45-PAIN IN JOINT INVOLVING PELVIC REGION AND THIGH; Hip
             Pain (P)
  Procedure: 99213-OFFICE/OUTPATIENT VISIT, EST; Expand Problem Focus (1)

01/02/2008   WILKES-BAR    ZZZPCT GROUP PM          SERVICE CONNECTED
   Provider: DOOLEY,MATTHEW (P)
  Diagnosis: 309.81-POSTTRAUMATIC STRESS DISORDER; Posttraumatic Stress
             Disorder (ICD-9-CM 309.81) (P)
  Procedure: 90853-GROUP PSYCHOTHERAPY; group therapy (1)

```
                                                            06/30/2009 09:41
************** CONFIDENTIAL Clinical Data (4y) SUMMARY   pg. 63 **************
LASKOWSKI,STANLEY P III    ███████████          DOB: ███████████
```

```
------------------ OE - Outpatient Encounter (max 4 years) ------------------
                              (continued)                  Encounter Elig.
    Date        Facility      Hospital Location
03/04/2008    WILKES-BAR      TRIAGE-BASEMENT              SERVICE CONNECTED
03/04/2008    WILKES-BAR      MHC BHATIA CMI               SERVICE CONNECTED
       Provider: BHATIA,ARUNA (P)
      Diagnosis: 309.81-POSTTRAUMATIC STRESS DISORDER; Posttraumatic Stress
                 Disorder (ICD-9-CM 309.81) (P)
      Procedure: 90862-MEDICATION MANAGEMENT; Pharmacolgic Mgt w/Psychotherapy
                 (1)


03/03/2008    WILKES-BAR      ZZZPATEL I NURSE             SERVICE CONNECTED
03/03/2008    WILKES-BAR      ZZZPATEL I PRICARE           SERVICE CONNECTED
       Provider: PATEL,INDUBHAI M (P)
      Diagnosis: 309.81-POSTTRAUMATIC STRESS DISORDER; Posttraumatic Stress
                 Disorder (ICD-9-CM 309.81) (P)
                 719.45-PAIN IN JOINT INVOLVING PELVIC REGION AND THIGH; Hip
                 Pain
      Procedure: 99213-OFFICE/OUTPATIENT VISIT, EST; Expand Problem Focus (1)


03/02/2008    WILKES-BAR      ER (AM) CLINIC               SERVICE CONNECTED
       Provider: RICE,WILLIAM R (P)
      Diagnosis: 848.9-UNSPECIFIED SITE OF SPRAIN AND STRAIN; Sprains and
                 Strains * (ICD-9-CM 848.9) (P)
      Procedure: 99281-EMERGENCY DEPT VISIT; Er/Visit/Brief Exam (1)


02/15/2008    WILKES-BAR      TRIAGE-BASEMENT              SERVICE CONNECTED
02/15/2008    WILKES-BAR      ER (AM) CLINIC               SERVICE CONNECTED
       Provider: ARIAS,PAULA (P)         PATEL,KAMLESH R (S)
      Diagnosis: 847.9-SPRAIN OF UNSPECIFIED SITE OF BACK; Back Strain
                 (ICD-9-CM 847.9/729.9) (P)
                 309.81-POSTTRAUMATIC STRESS DISORDER; Posttraumatic Stress
                 Disorder (ICD-9-CM 309.81)
                 719.45-PAIN IN JOINT INVOLVING PELVIC REGION AND THIGH; Hip
                 Pain
      Procedure: 99283-EMERGENCY DEPT VISIT; ER VISIT/INTERMEDIATE EXAM (1)

                    Multiple modifiers w/same name.  Select IEN: 247;
                           367;
02/15/2008    WILKES-BAR      ZZZPATEL I PRICARE           SERVICE CONNECTED
       Provider: PATEL,INDUBHAI M (P)    SNYDER,CYNTHIA (S)
      Diagnosis: 309.81-POSTTRAUMATIC STRESS DISORDER; Posttraumatic Stress
                 Disorder (ICD-9-CM 309.81) (P)
                 719.45-PAIN IN JOINT INVOLVING PELVIC REGION AND THIGH; Hip
                 Pain
      Procedure: 99213-OFFICE/OUTPATIENT VISIT, EST; Expand Problem Focus (1)


02/11/2008    WILKES-BAR      TLCP PSYCHIATRY              SERVICE CONNECTED
       Provider: BHATIA,ARUNA (P)
      Diagnosis: 309.81-POSTTRAUMATIC STRESS DISORDER; Posttraumatic Stress
                 Disorder (ICD-9-CM 309.81) (P)
      Procedure: 99442-PHONE E/M BY PHYS 11-20 MIN; Telephone Evaluation and
                 Management Service Provided by a Physician; 11-20 Minutes of
                 Medical Discussion (CPT-4 99442) (1)


02/08/2008    WILKES-BAR      TLCP PSYCHIATRY              SERVICE CONNECTED
       Provider: BHATIA,ARUNA (P)
      Diagnosis: 309.81-POSTTRAUMATIC STRESS DISORDER; Posttraumatic Stress
                 Disorder (ICD-9-CM 309.81) (P)
      Procedure: 98966-HC PRO PHONE CALL 5-10 MIN; Telephone Assessment and
                 Management Service Provided by a Qualified Nonphysician
                 Health Care Professional; 5-10 Minutes of Medical Discussion
```

M10

```
                                                                06/30/2009 09:41
************* CONFIDENTIAL Clinical Data (4y) SUMMARY   pg. 62 *************
LASKOWSKI,STANLEY P III                                          DOB:
```

------------------ OE - Outpatient Encounter (max 4 years) ------------------
(continued)

| Date | Facility | Hospital Location | Encounter Elig. |
|------|----------|-------------------|-----------------|

03/10/2008   WILKES-BAR    ZZZPATEL I PRICARE          SERVICE CONNECTED
    Provider: PATEL,INDUBHAI M (P)    KELLY,AMBER R (S)
    Diagnosis: 309.81-POSTTRAUMATIC STRESS DISORDER; Posttraumatic Stress
              Disorder (ICD-9-CM 309.81) (P)
              719.45-PAIN IN JOINT INVOLVING PELVIC REGION AND THIGH; Hip
              Pain
              305.1-TOBACCO USE DISORDER, UNSPECIFIED USE; Tobacco Use
              Disorder, Continuous
    Procedure: 99213-OFFICE/OUTPATIENT VISIT, EST; Expand Problem Focus (1)

03/10/2008   WILKES-BAR    MHC BOROWSKI WALK IN         SERVICE CONNECTED
    Provider: BHATIA,ARUNA (P)
    Diagnosis: 309.81-POSTTRAUMATIC STRESS DISORDER; Posttraumatic Stress
              Disorder (ICD-9-CM 309.81) (P)
              304.80-COMBINATIONS OF DRUG DEPENDENCE EXCLUDING OPIOID TYPE
              DRUG, UNSPECIFIED USE; POLYSUBSTANCE DEPENDENCE
    Procedure: 99212-OFFICE/OUTPATIENT VISIT, EST; problem focused exam (1)

03/10/2008   WILKES-BAR    ZZZMHC SINON SWS             SERVICE CONNECTED
    Provider: SIMON,RONALD J (P)
    Diagnosis: 309.81-POSTTRAUMATIC STRESS DISORDER; Posttraumatic Stress
              Disorder (ICD-9-CM 309.81) (P)
    Procedure: 90804-PSYTX, OFFICE, 20-30 MIN; psychotherapy, 20-30 min (1)

               90804-PSYTX, OFFICE, 20-30 MIN; psychotherapy, 20-30 min (1)

03/10/2008   WILKES-BAR    TLCP PSYCHIATRY              SERVICE CONNECTED
    Provider: PATEL,INDUBHAI M (P)
    Diagnosis: 309.81-POSTTRAUMATIC STRESS DISORDER; Posttraumatic Stress
              Disorder (ICD-9-CM 309.81) (P)
              304.80-COMBINATIONS OF DRUG DEPENDENCE EXCLUDING OPIOID TYPE
              DRUG, UNSPECIFIED USE; POLYSUBSTANCE DEPENDENCE
    Procedure: 99442-PHONE E/M BY PHYS 11-20 MIN (1)

03/09/2008   WILKES-BAR    ER (MIDNIGHT) CLINIC         SERVICE CONNECTED
    Provider: DOSHI,SANJAYKUMA (P)    NASSAR,FAWAZ (S)
    Diagnosis: 309.81-POSTTRAUMATIC STRESS DISORDER; Posttraumatic Stress
              Disorder (ICD-9-CM 309.81) (P)
              719.45-PAIN IN JOINT INVOLVING PELVIC REGION AND THIGH; Hip
              Pain
    Procedure: 99284-EMERGENCY DEPT VISIT; ER VISIT/EXTENDED EXAM (1)

               Multiple modifiers w/same name.  Select IEN: 247;
                                                           367;

03/07/2008   WILKES-BAR    PT-AMS/2ND FLR SILVER AREA   SERVICE CONNECTED
    Provider: CAPUTO,CHRISTINE (P)
    Diagnosis: V57.1-CARE INVOLVING OTHER PHYSICAL THERAPY; Care involving
              other physical therapy (ICD-9-CM V57.1) (P)
              912.8-OTHER AND UNSPECIFIED SUPERFICIAL INJURY OF SHOULDER
              AND UPPER ARM, WITHOUT MENTION OF INFECTION; Injury to the
              extrinsic muscles of the shoulder girdle (Group I; trapezius,
              levator scapulae and serratus) (ICD-9-CM 912.8)
    Procedure: 97001-PT EVALUATION; PT/KT Evaluation (1)

               98960-SELF-MGMT EDUC & TRAIN, 1 PT (1)

03/04/2008   WILKES-BAR    TLCP OIF/OEF                 SERVICE CONNECTED
    Provider: DOMPKOSKY,SANDRA (P)
    Diagnosis: 309.81-POSTTRAUMATIC STRESS DISORDER; Posttraumatic Stress
              Disorder (ICD-9-CM 309.81) (P)
    Procedure: 98967-HC PRO PHONE CALL 11-20 MIN (1)
```

M11

```
************* CONFIDENTIAL Clinical Data (4y) SUMMARY   pg. 61 ****************
                                                            06/30/2009 09:41
LASKOWSKI,STANLEY P III ██████████              DOB: ██████████

------------------ OE - Outpatient Encounter (max 4 years) ------------------
                                (continued)
   Date        Facility       Hospital Location           Encounter Elig.

04/08/2008   FILEROOM (Historical Event)
04/01/2008   WILKES-BAR     TLCP OIF/OEF                 SERVICE CONNECTED
     Provider: REEDY,MARY C (P)
     Diagnosis: V65.9-UNSPECIFIED REASON FOR CONSULTATION (P)
     Procedure: 98966-HC PRO PHONE CALL 5-10 MIN (1)


03/31/2008   WILKES-BAR     ZZZMHC WEBSTER               SERVICE CONNECTED

03/31/2008   WILKES-BAR     NEURO(EEG)8TH FLR SILVER AREA  SERVICE CONNECTED

03/31/2008   WILKES-BAR     PT-AMS/2ND FLR SILVER AREA    SERVICE CONNECTED

03/24/2008   WILKES-BAR     TBI HOGG 2HR CLINIC          SERVICE CONNECTED
     Provider: VALANIA,CAROL A (P)
     Diagnosis: 850.9-CONCUSSION, UNSPECIFIED (P)
     Procedure: 99244-OFFICE CONSULTATION (1)


03/20/2008   WILKES-BAR     ZZZMHC WEBSTER               SERVICE CONNECTED
     Provider: WEBSTER,ROBERT B (P)
     Diagnosis: 309.81-POSTTRAUMATIC STRESS DISORDER; Posttraumatic Stress
               Disorder (ICD-9-CM 309.81) (P)
     Procedure: 99441-PHONE E/M BY PHYS 5-10 MIN (1)

               99441-PHONE E/M BY PHYS 5-10 MIN (1)


03/17/2008   FILEROOM (Historical Event)
03/17/2008   WILKES-BAR     ZZZMHC WEBSTER               SERVICE CONNECTED
     Provider: WEBSTER,ROBERT B (P)
     Diagnosis: 309.81-POSTTRAUMATIC STRESS DISORDER; Posttraumatic Stress
               Disorder (ICD-9-CM 309.81) (P)
     Procedure: 99441-PHONE E/M BY PHYS 5-10 MIN (1)


03/14/2008   WILKES-BAR     ZZZMHC SINON SWS             SERVICE CONNECTED
     Provider: SIMON,RONALD J (P)
     Diagnosis: 309.81-POSTTRAUMATIC STRESS DISORDER; Posttraumatic Stress
               Disorder (ICD-9-CM 309.81) (P)
               304.80-COMBINATIONS OF DRUG DEPENDENCE EXCLUDING OPIOID TYPE
               DRUG, UNSPECIFIED USE; POLYSUBSTANCE DEPENDENCE
     Procedure: 90804-PSYTX, OFFICE, 20-30 MIN; psychotherapy, 20-30 min (1)

               90804-PSYTX, OFFICE, 20-30 MIN; psychotherapy, 20-30 min (1)


03/11/2008   WILKES-BAR     TLCP SOCIAL WORK SERVICE     SERVICE CONNECTED
     Provider: SHALANSKI,JOHN J (P)
     Diagnosis: 309.81-POSTTRAUMATIC STRESS DISORDER; Posttraumatic Stress
               Disorder (ICD-9-CM 309.81) (P)
     Procedure: 99443-PHONE E/M BY PHYS 21-30 MIN (1)

               99442-PHONE E/M BY PHYS 11-20 MIN (1)


03/10/2008   WILKES-BAR     TLCP SOCIAL WORK SERVICE     SERVICE CONNECTED
     Provider: SIMON,RONALD J (P)
     Diagnosis: 309.81-POSTTRAUMATIC STRESS DISORDER; Posttraumatic Stress
               Disorder (ICD-9-CM 309.81) (P)
     Procedure: 98966-HC PRO PHONE CALL 5-10 MIN (1)


03/10/2008   WILKES-BAR     ZZZPATEL I NURSE             SERVICE CONNECTED

03/10/2008   WILKES-BAR     ZZZPATEL I PRICARE           SERVICE CONNECTED
```

M12

```
************** CONFIDENTIAL Clinical Data (4y) SUMMARY   pg. 60 ****************
                                                              06/30/2009 09:41
LASKOWSKI,STANLEY P III                              DOB: ███████████
```

```
------------------ OE - Outpatient Encounter (max 4 years) ------------------
                                (continued)
   Date        Facility     Hospital Location              Encounter Elig.
06/20/2008     file (Historical Event)

06/19/2008     WILKES-BAR    PSYCH DOOLEY II              SERVICE CONNECTED
     Provider: DOOLEY,MATTHEW (P)
     Diagnosis: 309.81-POSTTRAUMATIC STRESS DISORDER; Posttraumatic Stress
               Disorder (ICD-9-CM 309.81) (P)
     Procedure: 90806-PSYTX, OFF, 45-50 MIN; psychotherapy, 45-50 min (1)


06/12/2008     WILKES-BAR    PSYCH DOOLEY II              SERVICE CONNECTED

06/03/2008     file (Historical Event)

05/21/2008     FILEROOM (Historical Event)

05/13/2008     FILE ROOM (Historical Event)

05/06/2008     WILKES-BAR    PSYCH DOOLEY II              SERVICE CONNECTED
     Provider: DOOLEY,MATTHEW (P)
     Diagnosis: 309.81-POSTTRAUMATIC STRESS DISORDER; Posttraumatic Stress
               Disorder (ICD-9-CM 309.81) (P)
     Procedure: 90806-PSYTX, OFF, 45-50 MIN; psychotherapy, 45-50 min (1)


05/01/2008     ZZZPAIN EVALUATION NURSE THR (Historical Event)

04/29/2008     WILKES-BAR    NEURO(EEG)8TH FLR SILVER AREA SERVICE CONNECTED
     Provider: LONGMORE,FLORENC (P)
     Diagnosis: 780.39-OTHER CONVULSIONS (P)
     Procedure: 95816-EEG, AWAKE AND DROWSY (1)


04/29/2008     WILKES-BAR    THOMAS PRIMARY/30            SERVICE CONNECTED
     Provider: THOMAS,JUSTIN (P)      OMALLEY,CHERYL A (S)
     Diagnosis: 719.45-PAIN IN JOINT INVOLVING PELVIC REGION AND THIGH; Hip
               Pain (P)
     Procedure: 99212-OFFICE/OUTPATIENT VISIT, EST; Problem Focused (1)


04/23/2008     WILKES-BAR    TLCP SOCIAL WORK SERVICE     SERVICE CONNECTED
     Provider: SIMON,RONALD J (P)
     Diagnosis: 309.81-POSTTRAUMATIC STRESS DISORDER; Posttraumatic Stress
               Disorder (ICD-9-CM 309.81) (P)
               304.80-COMBINATIONS OF DRUG DEPENDENCE EXCLUDING OPIOID TYPE
               DRUG, UNSPECIFIED USE; POLYSUBSTANCE DEPENDENCE
     Procedure: 98966-HC PRO PHONE CALL 5-10 MIN (1)


04/23/2008     WILKES-BAR    TLCP PSYCHIATRY             SERVICE CONNECTED
     Provider: WEBSTER,ROBERT B (P)
     Diagnosis: 309.81-POSTTRAUMATIC STRESS DISORDER; Posttraumatic Stress
               Disorder (ICD-9-CM 309.81) (P)
     Procedure: 99441-PHONE E/M BY PHYS 5-10 MIN (1)


04/21/2008     TLCP PSYCHOLOGY (Historical Event)
     Provider: DOOLEY,MATTHEW (P)
     Diagnosis: 309.81-POSTTRAUMATIC STRESS DISORDER; Posttraumatic Stress
               Disorder (ICD-9-CM 309.81) (P)

04/11/2008     BERWICK CB    TLCP BERWICK MHC            SERVICE CONNECTED
     Provider: WEBSTER,ROBERT B (P)
     Diagnosis: 309.81-POSTTRAUMATIC STRESS DISORDER; Posttraumatic Stress
               Disorder (ICD-9-CM 309.81) (P)
     Procedure: 99441-PHONE E/M BY PHYS 5-10 MIN (1)

               99441-PHONE E/M BY PHYS 5-10 MIN (1)
```

M13

```
                                                              06/30/2009 09:41
************** CONFIDENTIAL Clinical Data (4y) SUMMARY   pg. 59 **************
LASKOWSKI,STANLEY P III        ████████████            DOB: ████████████
```

```
------------------ OE - Outpatient Encounter (max 4 years) ------------------
                                 (continued)
   Date        Facility      Hospital Location          Encounter Elig.
08/01/2008   WILKES-BAR     TLCP OIF/OEF                SERVICE CONNECTED
   Diagnosis: 309.81-POSTTRAUMATIC STRESS DISORDER; Posttraumatic Stress
              Disorder (ICD-9-CM 309.81) (P)
   Procedure: 98966-HC PRO PHONE CALL 5-10 MIN (1)


07/29/2008   WILKES-BAR     ZZZPATEL I NURSE           SERVICE CONNECTED

07/28/2008   WILKES-BAR     ZZZMHC BROWN               SERVICE CONNECTED
   Provider:  BRYSKI,ALAN L (P)
   Diagnosis: 309.81-POSTTRAUMATIC STRESS DISORDER; Posttraumatic Stress
              Disorder (ICD-9-CM 309.81) (P)
   Procedure: 90862-MEDICATION MANAGEMENT; Pharmacolgic Mgt w/Psychotherapy
              (1)


07/24/2008   WILKES-BAR     PSYCH DOOLEY II            SERVICE CONNECTED
   Provider:  DOOLEY,MATTHEW (P)
   Diagnosis: 309.81-POSTTRAUMATIC STRESS DISORDER; Posttraumatic Stress
              Disorder (ICD-9-CM 309.81) (P)
   Procedure: 90806-PSYTX, OFF, 45-50 MIN; psychotherapy, 45-50 min (1)


07/17/2008   WILKES-BAR     PSYCH DOOLEY II            SERVICE CONNECTED
   Provider:  DOOLEY,MATTHEW (P)
   Diagnosis: 309.81-POSTTRAUMATIC STRESS DISORDER; Posttraumatic Stress
              Disorder (ICD-9-CM 309.81) (P)
   Procedure: 90806-PSYTX, OFF, 45-50 MIN; psychotherapy, 45-50 min (1)


07/11/2008   WILKES-BAR     TLCP PSYCHIATRY            SERVICE CONNECTED
   Provider:  WEBSTER,ROBERT B (P)
   Diagnosis: 309.81-POSTTRAUMATIC STRESS DISORDER; Posttraumatic Stress
              Disorder (ICD-9-CM 309.81) (P)
   Procedure: 99441-PHONE E/M BY PHYS 5-10 MIN (1)


07/10/2008   WILKES-BAR     PSYCH DOOLEY II            SERVICE CONNECTED
   Provider:  DOOLEY,MATTHEW (P)
   Diagnosis: 309.81-POSTTRAUMATIC STRESS DISORDER; Posttraumatic Stress
              Disorder (ICD-9-CM 309.81) (P)
   Procedure: 90806-PSYTX, OFF, 45-50 MIN; psychotherapy, 45-50 min (1)


07/09/2008   WILKES-BAR     TBI HOGG 2HR CLINIC        SERVICE CONNECTED
   Provider:  HOGG,JUDITH E (P)        VALANIA,CAROL A (S)
   Diagnosis: 850.0-CONCUSSION WITH NO LOSS OF CONSCIOUSNESS; Concussion
              with no loss of consciousness (ICD-9-CM 850.0) (P)
   Procedure: 99212-OFFICE/OUTPATIENT VISIT, EST; PROBLEM FOCUSED EXAM
              (1)


07/03/2008   WILKES-BAR     PSYCH DOOLEY II            SERVICE CONNECTED
   Provider:  DOOLEY,MATTHEW (P)
   Diagnosis: 309.81-POSTTRAUMATIC STRESS DISORDER; Posttraumatic Stress
              Disorder (ICD-9-CM 309.81) (P)
   Procedure: 90806-PSYTX, OFF, 45-50 MIN; psychotherapy, 45-50 min (1)


06/30/2008   file (Historical Event)

06/26/2008   WILKES-BAR     PSYCH DOOLEY II            SERVICE CONNECTED
   Provider:  DOOLEY,MATTHEW (P)
   Diagnosis: 309.81-POSTTRAUMATIC STRESS DISORDER; Posttraumatic Stress
              Disorder (ICD-9-CM 309.81) (P)
   Procedure: 90806-PSYTX, OFF, 45-50 MIN; psychotherapy, 45-50 min (1)
```

M14

```
************** CONFIDENTIAL Clinical Data (4y) SUMMARY   pg. 58 ***************
LASKOWSKI,STANLEY P III      ████████        DOB: ████████
```
06/30/2009 09:41

------------------- OE - Outpatient Encounter (max 4 years) -------------------
(continued)

| Date | Facility | Hospital Location | Encounter Elig. |
|---|---|---|---|
| 09/11/2008 | WILKES-BAR | ZZZPATEL I NURSE | SERVICE CONNECTED |

09/11/2008   WILKES-BAR    ZZZPATEL I PRICARE              SERVICE CONNECTED
    Provider: PATEL,INDUBHAI M (P)
   Diagnosis: 309.81-POSTTRAUMATIC STRESS DISORDER; Posttraumatic Stress
              Disorder (ICD-9-CM 309.81) (P)
              719.45-PAIN IN JOINT INVOLVING PELVIC REGION AND THIGH; Hip
              Pain
              305.1-TOBACCO USE DISORDER, UNSPECIFIED USE; Tobacco Use
              Disorder, Continuous
              304.80-COMBINATIONS OF DRUG DEPENDENCE EXCLUDING OPIOID TYPE
              DRUG, UNSPECIFIED USE; POLYSUBSTANCE DEPENDENCE
              345.90-EPILEPSY, UNSPECIFIED, WITHOUT MENTION OF INTRACTABLE
              EPILEPSY; Epilepsy (ICD-9-CM 345.90)
   Procedure: 99213-OFFICE/OUTPATIENT VISIT, EST; Expand Problem Focus (1)

09/08/2008   WILKES-BAR    KHAN NEUROLOGY                  SERVICE CONNECTED
    Provider: KHAN,IQBAL A (P)        VALANIA,CAROL A (S)
   Diagnosis: 345.90-EPILEPSY, UNSPECIFIED, WITHOUT MENTION OF INTRACTABLE
              EPILEPSY; Epilepsy (ICD-9-CM 345.90) (P)
   Procedure: 99214-OFFICE/OUTPATIENT VISIT, EST; DETAILED (1)

09/04/2008   WILKES-BAR    PSYCH DOOLEY II                 SERVICE CONNECTED
    Provider: DOOLEY,MATTHEW (P)
   Diagnosis: 309.81-POSTTRAUMATIC STRESS DISORDER; Posttraumatic Stress
              Disorder (ICD-9-CM 309.81) (P)
   Procedure: 90806-PSYTX, OFF, 45-50 MIN; psychotherapy, 45-50 min (1)

08/26/2008   WILKES-BAR    PSYCH DOOLEY II                 SERVICE CONNECTED
    Provider: DOOLEY,MATTHEW (P)
   Diagnosis: 309.81-POSTTRAUMATIC STRESS DISORDER; Posttraumatic Stress
              Disorder (ICD-9-CM 309.81) (P)
   Procedure: 90806-PSYTX, OFF, 45-50 MIN; psychotherapy, 45-50 min (1)

08/21/2008   WILKES-BAR    PSYCH DOOLEY II                 SERVICE CONNECTED
    Provider: DOOLEY,MATTHEW (P)
   Diagnosis: 309.81-POSTTRAUMATIC STRESS DISORDER; Posttraumatic Stress
              Disorder (ICD-9-CM 309.81) (P)
   Procedure: 90806-PSYTX, OFF, 45-50 MIN; psychotherapy, 45-50 min (1)

08/14/2008   WILKES-BAR    TLCP DOOLEY                     SERVICE CONNECTED
    Provider: DOOLEY,MATTHEW (P)
   Diagnosis: 309.81-POSTTRAUMATIC STRESS DISORDER; Posttraumatic Stress
              Disorder (ICD-9-CM 309.81) (P)
   Procedure: 98966-HC PRO PHONE CALL 5-10 MIN (1)

08/05/2008   WILKES-BAR    KHAN NEUROLOGY                  SERVICE CONNECTED
    Provider: KHAN,IQBAL A (P)        POPROC,DONNA M (S)
   Diagnosis: 345.90-EPILEPSY, UNSPECIFIED, WITHOUT MENTION OF INTRACTABLE
              EPILEPSY; Epilepsy * (ICD-9-CM 345.90) (P)
   Procedure: 99214-OFFICE/OUTPATIENT VISIT, EST; DETAILED (1)

08/04/2008   WILKES-BAR    ZZZMHC BRYSKI                   SERVICE CONNECTED
    Provider: BRYSKI,ALAN L (P)
   Diagnosis: 309.81-POSTTRAUMATIC STRESS DISORDER; Posttraumatic Stress
              Disorder (ICD-9-CM 309.81) (P)
   Procedure: 98966-HC PRO PHONE CALL 5-10 MIN (1)

08/01/2008   WILKES-BAR    TLCP OIF/OEF                    SERVICE CONNECTED
    Provider: DOMPKOSKY,SANDRA (P)

                                  M15

```
************** CONFIDENTIAL Clinical Data (4y) SUMMARY   pg. 57 ***************
LASKOWSKI,STANLEY P III       ████████        DOB: ████████

------------------ OE - Outpatient Encounter (max 4 years) -------------------
                                (continued)
    Date         Facility       Hospital Location              Encounter Elig.
01/08/2009     WILKES-BAR     KHAN NEUROLOGY               SERVICE CONNECTED
    Provider: KHAN,IQBAL A (P)
    Diagnosis: 780.39-OTHER CONVULSIONS; Seizures * (ICD-9-CM 780.39) (P)
    Procedure: 99213-OFFICE/OUTPATIENT VISIT, EST; EXPANDED PROBLEM FOCUS
              (1)


12/17/2008     WILKES-BAR     PSYCH DOOLEY II               SERVICE CONNECTED
11/13/2008     WILKES-BAR     SATU BEAM (RM- C9-21)         SERVICE CONNECTED
    Provider: BEAM,JOSEPH R (P)
    Diagnosis: V65.42-COUNSELING ON SUBSTANCE USE AND ABUSE; COUNSEL-SUBS
              USE/ABUSE (P)
    Procedure: 99395-PREV VISIT, EST, AGE 18-39 (1)


10/30/2008     WILKES-BAR     TLCP SUBSTANCE ABUSE          SERVICE CONNECTED
10/30/2008     WILKES-BAR     PSYCH DOOLEY II               SERVICE CONNECTED
    Provider: DOOLEY,MATTHEW (P)
    Diagnosis: 309.81-POSTTRAUMATIC STRESS DISORDER; Posttraumatic Stress
              Disorder (ICD-9-CM 309.81) (P)
    Procedure: 90806-PSYTX, OFF, 45-50 MIN; psychotherapy, 45-50 min (1)
          Modifier AH-Clinical Psychologist
10/23/2008     WILKES-BAR     SATU BEAM (RM- C9-21)         SERVICE CONNECTED
10/23/2008     WILKES-BAR     PSYCH DOOLEY II               SERVICE CONNECTED
    Provider: DOOLEY,MATTHEW (P)
    Diagnosis: 309.81-POSTTRAUMATIC STRESS DISORDER; Posttraumatic Stress
              Disorder (ICD-9-CM 309.81) (P)
    Procedure: 90806-PSYTX, OFF, 45-50 MIN; psychotherapy, 45-50 min (1)
          Modifier AH-Clinical Psychologist
10/09/2008     WILKES-BAR     PSYCH DOOLEY II               SERVICE CONNECTED
    Provider: DOOLEY,MATTHEW (P)
    Diagnosis: 309.81-POSTTRAUMATIC STRESS DISORDER; Posttraumatic Stress
              Disorder (ICD-9-CM 309.81) (P)
    Procedure: 90806-PSYTX, OFF, 45-50 MIN; psychotherapy, 45-50 min (1)
          Modifier AH-Clinical Psychologist
10/03/2008     WILKES-BAR     TLCP OIF/OEF NO SHOW-F/U      SERVICE CONNECTED
10/02/2008     WILKES-BAR     PSYCH DOOLEY II               SERVICE CONNECTED
    Provider: DOOLEY,MATTHEW (P)
    Diagnosis: 309.81-POSTTRAUMATIC STRESS DISORDER; Posttraumatic Stress
              Disorder (ICD-9-CM 309.81) (P)
    Procedure: 90806-PSYTX, OFF, 45-50 MIN; psychotherapy, 45-50 min (1)
          Modifier AH-Clinical Psychologist
09/25/2008     WILKES-BAR     PSYCH DOOLEY II               SERVICE CONNECTED
    Provider: DOOLEY,MATTHEW (P)
    Diagnosis: 309.81-POSTTRAUMATIC STRESS DISORDER; Posttraumatic Stress
              Disorder (ICD-9-CM 309.81) (P)
    Procedure: 90806-PSYTX, OFF, 45-50 MIN; psychotherapy, 45-50 min (1)
          Modifier AH-Clinical Psychologist
09/18/2008     WILKES-BAR     PSYCH DOOLEY II               SERVICE CONNECTED
    Provider: DOOLEY,MATTHEW (P)
    Diagnosis: 309.81-POSTTRAUMATIC STRESS DISORDER; Posttraumatic Stress
              Disorder (ICD-9-CM 309.81) (P)
    Procedure: 90806-PSYTX, OFF, 45-50 MIN; psychotherapy, 45-50 min (1)
```

06/30/2009 09:41

M16

```
************* CONFIDENTIAL Clinical Data (4y) SUMMARY  pg. 56 ************
                                                                06/30/2009 09:41
LASKOWSKI,STANLEY P III        ███████████         DOB: ███████████
```

-------------------- IP - Imaging Profile (max 4 years) --------------------
(continued)

The examination reveals satisfactory development of the
maxillary, ethmoid, frontal and sphenoid sinuses. The sinuses
are clear and well aerated revealing no mucosal thickening,
mass densities or retained fluid. The osseous margins are
intact.


Impression:
Normal paranasal sinus study.


DX Codes:
NORMAL

-------------------- MEDF - Med Full Report (max 4 years) --------------------

No Procedure Data for the patient.
-------------------- SR - Surgery Rpt (OR/NON) (max 4 years) --------------------

No data available

-------------------- DI - Dietetics (max 4 years) --------------------

No data available

-------------------- OE - Outpatient Encounter (max 4 years) --------------------

```
  Date        Facility      Hospital Location              Encounter Elig.
06/16/2009  WILKES-BAR    TLCP SUBSTANCE ABUSE            SERVICE CONNECTED
   Provider: BEAM,JOSEPH R (P)
   Diagnosis: V65.42-COUNSELING ON SUBSTANCE USE AND ABUSE; COUNSEL-SUBS
              USE/ABUSE (P)
   Procedure: 98966-HC PRO PHONE CALL 5-10 MIN (1)

03/16/2009  WILKES-BAR    SATU BEAM (RM- C9-21)           SERVICE CONNECTED
03/13/2009  WILKES-BAR    TLCP OIF/OEF                    SERVICE CONNECTED
   Provider: MATASH,RICHARD C (P)
   Diagnosis: V65.9-UNSPECIFIED REASON FOR CONSULTATION; Health Maintenance
              (ICD-9-CM V65.9) (P)
   Procedure: 98966-HC PRO PHONE CALL 5-10 MIN (1)

02/02/2009  WILKES-BAR    SATU BEAM (RM- C9-21)           SERVICE CONNECTED
   Provider: BEAM,JOSEPH R (P)
   Diagnosis: V65.42-COUNSELING ON SUBSTANCE USE AND ABUSE; Counseling on
              Substance Use and Abuse (ICD-9-CM V65.42) (P)
   Procedure: 99402-PREVENTIVE COUNSELING, INDIV; Preventive Medicine
              Counseling and/or Risk Factor Reduction Intervention provided to
              an Individual (30 minutes) (CPT-4 99402) (1)

02/02/2009  Historical Event

02/02/2009  WILKES-BAR    PSYCH DOOLEY II                 SERVICE CONNECTED
   Provider: DOOLEY,MATTHEW (P)
   Diagnosis: 309.81-POSTTRAUMATIC STRESS DISORDER; Posttraumatic Stress
              Disorder (ICD-9-CM 309.81) (P)
   Procedure: 90806-PSYTX, OFF, 45-50 MIN; psychotherapy, 45-50 min (1)
```

Modifier AH-Clinical Psychologist



-------------------- IP - Imaging Profile (max 4 years) ---------------------
                        (continued)

History:
  FOR CP EXAM

Report:
  Right forearm

  Two views of the right forearm were obtained. There is no
  recent fracture, dislocation, osteolytic or osteoblastic
  disease. The soft tissues appear intact. There is minimal
  deformity of the distal ulnar shaft suggestive of an old healed
  fracture.

Impression:
  Minimal deformity of the distal ulnar shaft compatible with an
  old healed fracture.

DX Codes:
  MINOR ABNORMALITY

04/11/2007  CHEST 2 VIEWS PA&LAT
            CPT Code:     71020
            Interpreting Staff:   ZABELL,ARLEEN S
            Exam Case Number:     567
            Exam Status:          COMPLETE
            Rpt Status:  VERIFIED              Technologist: WASLEY,JOHN G

            Reason for Study:

            History:
              FOR CP EXAM

            Report:
              PA & Lateral Chest

              Erect PA and lateral views of the chest reveal the heart to be
              normal in size and configuration. Both lungs are well expanded
              and free of infiltrates.  There are no pleural effusions or
              pulmonary vascular congestion. The mediastinum, hilar areas and
              hemidiaphragms are unremarkable. The bony structures are
              unremarkable.

            Impression:
              Heart and lungs are within normal limits. Hyperinflation.

            DX Codes:
              NORMAL

04/11/2007  SINUSES 3 OR MORE VIEWS
            CPT Code:     70220
            Interpreting Staff:   ZABELL,ARLEEN S
            Exam Case Number:     568
            Exam Status:          COMPLETE
            Rpt Status:  VERIFIED              Technologist: WASLEY,JOHN G

            Reason for Study:

            History:
              FOR CP EXAM

            Report:
              Paranasal sinuses

M18

06/30/2009 09:41

************* CONFIDENTIAL Clinical Data (4y) SUMMARY   pg. 54 *************
LASKOWSKI,STANLEY P III     ███████████          DOB: ███████████

-------------------- IP - Imaging Profile (max 4 years) --------------------
(continued)
FOR CP EXAM, WITH AND WITHOUT WEIGHTBEARING, AP , LATERAL
&OBLIQUE

Report:
Bilateral feet

Multiple views of the feet were obtained. There is no recent
fracture, dislocation, osteolytic or osteoblastic changes.
There is a right plantar calcaneal spur. The soft tissues
appear intact. There is a smooth area of increased density in
the distal left calcaneus compatible with a benign bone island.

Impression:
Normal bilateral feet with left calcaneal benign bone island
and right plantar calcaneal spur.

DX Codes:
MINOR ABNORMALITY

04/11/2007  HIP 2 OR MORE VIEWS
Procedure Modifier:     BILATERAL EXAM
CPT Code:     73510
Interpreting Staff:     ZABELL,ARLEEN S
Exam Case Number:     565
Exam Status:          COMPLETE
Rpt Status:  VERIFIED          Technologist: WASLEY,JOHN G

Reason for Study:

History:
FOR CP EXAM

Report:
Bilateral hip joints

The regional bony structures are normal in configuration and
density.  There is no evidence of new or old osseous injury.
The femoral heads are well positioned within the acetabulum.
The joint spaces are well preserved with smooth margins. No
soft tissue abnormality is demonstrated. Small area of
increased density is identified in the right femoral head
compatible with a benign bone island.

Impression:
Normal study of the bilateral hip joints.

DX Codes:
NORMAL

04/11/2007  FOREARM 2 VIEWS
Procedure Modifier:     RIGHT
CPT Code:     73090
Interpreting Staff:     ZABELL,ARLEEN S
Exam Case Number:     566
Exam Status:          COMPLETE
Rpt Status:  VERIFIED          Technologist: WASLEY,JOHN G

Reason for Study:

M19

-------------------- IP - Imaging Profile (max 4 years) --------------------
                              (continued)
          Any known allergies?  TRAMADOL

        Is patient pregnant? Not Applicable

        Job 07-08 MRC Approved 4-11-07

   Report:
        Procedure: MRI of the brain was performed utilizing routine
        multiplanar, multisequence brain imaging difficult. There are
        no prior study for comparison.

        Findings: The ventricles, cisterns and CSF-containing spaces
        are symmetric bilaterally and within normal limits. Minimal
        white matter small vessel ischemic changes are identified. No
        evidence for intracranial mass lesion, mass-effect, hemorrhage
        or large vessel distribution ischemic event is identified. The
        cortical gray-white matter differentiation remain sharp
        throughout the brain. Cerebellum, brain stem and remainder of
        posterior fossa structures are unremarkable. Great vessels
        maintain normal caliber and appearance.  The remainder of the
        osseous and soft tissue structures are unremarkable.


   Impression:
        No evidence of acute intracranial abnormality.

   DX Codes:
        MINOR ABNORMALITY

12/05/2007  CHEST 2 VIEWS PA&LAT
            CPT Code:     71020
            Interpreting Staff:  GAMBILL,NEIL
            Exam Case Number:    486
            Exam Status:         COMPLETE
            Rpt Status:  VERIFIED          Technologist: TAYLOR,ERNEST D

   Reason for Study:
        See Clinical History:

   History:
        C/P EXAM - OEF/OIF R/O ANY ACTIVE LUNG DISEASE

   Report:
        Findings: PA and lateral views are obtained. The lung fields
        are clear. The heart is not enlarged. Mild degenerative change
        noted within the thoracic spine.


   Impression:
        1. No active disease process is evident radiographically.

   DX Codes:
        NORMAL

04/11/2007  FOOT 3 OR MORE VIEWS
            Procedure Modifier:  BILATERAL EXAM
            CPT Code:     73630
            Interpreting Staff:  ZABELL,ARLEEN S
            Exam Case Number:    564
            Exam Status:         COMPLETE
            Rpt Status:  VERIFIED          Technologist: WASLEY,JOHN G

   Reason for Study:

   History:              MZO

```
                                                06/30/2009 09:41
************* CONFIDENTIAL Clinical Data (4y) SUMMARY  pg. 52 *************
LASKOWSKI,STANLEY P III        ▓▓▓▓▓▓▓       DOB: ▓▓▓▓▓▓▓
```

-------------------- CY - Cytopathology (max 4 years) ---------------------
                              (continued)

  No data available

-------------------- SP - Surgical Pathology (max 4 years) --------------------

  No data available

-------------------- IP - Imaging Profile (max 4 years) ---------------------

04/29/2008   MAGNETIC IMAGE,BRAIN
             CPT Code:    70551
             Interpreting Staff:  GREENWALD,SCOTT
             Exam Case Number:    389
             Exam Status:    COMPLETE
             Rpt Status:  VERIFIED          Technologist: COVERT,CHRISTOPHER

             Reason for Study:
               See Clinical History:

             History:
               WEIGHT:  193.7 lb [88.0 kg] (03/24/2008 09:11) HEIGHT:  68 in
               [172.7 cm] (04/26/2007 14:06)

               **If weight exceeds 350lbs, please order OPEN MRI BELOW

               Is patient claustrophobic? No

                 If YES, can sedation be used for closed MRI?
                 If YES, order OPEN MRI below

               Type of MRI:  Closed
                             Without Gadolinium
                             CREATININE (CX-3) - NONE FOUND

               Reason for request(Clinical Diagnosis):
                 S/P Head injury with headache, sensitivity to light and
               single seizure

             Does the patient have a pacemaker? No

             Does the patient have aneurysm clips? No

             Does the veteran have anything to interfere with an MRI? (Such
             as electrodes, metal implants, screws, pins, hearing aids,
             cochlear implants, removable dental work, etc? No


             OCCUPATION:

                 Has the patient ever worked with metal? No
                     Type:

                 Has the patient had metal removed from his/her eyes? No
                     Type:

                 Has the patient had surgery in the past year?  No
                     When:
                     Type:
                     Where(body part):

                 Surgical Implants?  No
                     Type:

                 Has the patient had any previous exams to area of interest?
             No      Type:

M21

```
************ CONFIDENTIAL Clinical Data (4y) SUMMARY    pg. 51    06/30/2009 09:41
LASKOWSKI,STANLEY P III      ███████████         DOB: ███████████
```

-------------------- CH - Chem & Hematology (max 4 years) --------------------
(continued)

| Collection DT | Specimen | Test Name | Result | Units | Ref Range |
|---|---|---|---|---|---|
| 12/05/2007 07:35 | BLOOD | MCH | 32.5 H | pg | 27 - 31 |
| " | " | " | MCHC | 34.3 | gm/dL | 33 - 37 |
| " | " | RDW | 12.7 | % | 11.5 -14.5 |
| " | " | PLT | 208 | K/cmm | 130 - 400 |
| " | " | MPV | 8.3 | u/cmm | 7.4 -10.4 |
| " | " | NEUTRO % | 66.0 H | % | 40 - 60 |
| " | " | LYMPH % | 23.1 L | % | 28 - 42 |
| " | " | MONO % | 7.8 | % | 0 - 8 |
| " | " | EOSIN % | 2.6 | % | 0 - 5 |
| " | " | BASO % | 0.5 | % | 0 - 1 |
| " | " | NEUTRO # | 6.8 H | K/cmm | 1.9 - 6.6 |
| " | " | LYMPH # | 2.4 | K/cmm | 1.3 - 4.6 |
| " | " | MONO # | 0.8 | K/cmm | 0.0 - 0.9 |
| " | " | EOSIN # | 0.3 | K/cmm | 0.0 - 0.6 |
| " | " | BASO # | 0.0 | K/cmm | 0.0 - 0.1 |
| 04/18/2007 09:00 | BLOOD | WBC | 7.1 | K/cmm | 4.8 -10.8 |
| " | " | RBC | 4.87 | M/cmm | 4.7 - 6.1 |
| " | " | HGB | 16.4 | g/dL | 14 - 18 |
| " | " | HCT | 46.8 | % | 42 - 52 |
| " | " | MCV | 96.1 H | u/cmm | 80 - 94 |
| " | " | MCH | 33.6 H | pg | 27 - 31 |
| " | " | MCHC | 35 | gm/dL | 33 - 37 |
| " | " | RDW | 12.9 | % | 11.5 -14.5 |
| " | " | PLT | 243 | K/cmm | 130 - 400 |
| " | " | MPV | 8 | u/cmm | 7.4 -10.4 |
| " | " | NEUTRO % | 60.3 H | % | 40 - 60 |
| " | " | LYMPH % | 29.9 | % | 28 - 42 |
| " | " | MONO % | 6.8 | % | 0 - 8 |
| " | " | EOSIN % | 2.6 | % | 0 - 5 |
| " | " | BASO % | .4 | % | 0 - 1 |
| " | " | NEUTRO # | 4.3 | K/cmm | 1.9 - 6.6 |
| " | " | LYMPH # | 2.1 | K/cmm | 1.3 - 4.6 |
| " | " | MONO # | .5 | K/cmm | 0.0 - 0.9 |
| " | " | EOSIN # | .2 | K/cmm | 0.0 - 0.6 |
| " | " | BASO # | .0 | K/cmm | 0.0 - 0.1 |
| 04/18/2007 09:00 | URINE | URINE COLOR | Light-Yellow | | - |
| " | " | APPEARA | Clear | | - |
| " | " | SPECIFIC GRAVITY | 1.007 | | 1.002-1.030 |
| " | " | URINE PH | 5.5 | | 4.8 - 7.5 |
| " | " | URINE PROTEIN | Neg. | | Neg. - |
| " | " | GLUCOSE | Neg. | | Neg. - |
| " | " | URINE KETONES | Neg. | | Neg. - |
| " | " | URINE BILIRUBIN | NEG | | Neg. - |
| " | " | URINE BLOOD | NEG | | Neg. - |
| " | " | NITRITE, URINE | NEG | | Neg. - |
| " | " | UROBILINOGEN | Norm. | EU/dL | Norm.- |
| " | " | LEUKOCYTE ESTERAS | NEG | | Neg. - |
| " | " | URINE WBC/HPF | <1 | /HPF | Occ.- |
| " | " | URINE RBC/HPF | [none] | /HPF | None - |
| " | " | SQ.EPTH | RARE | | - |
| " | " | URINE BACTERIA | NoneObs | | - |
| " | " | URINE YEAST | NoneObs | | - |
| 04/18/2007 09:00 | SERUM | GLUCOSE | 114 H | mg/dL | 70 - 110 |
| " | " | UREA NITROGEN (CX | 8 | mg/dL | 6 - 20 |
| " | " | CREATININE (CX) | 1.1 | mg/dL | 0.5 - 1.2 |
| " | " | SODIUM (CX) | 136 | mmol/L | 135 - 145 |
| " | " | POTASSIUM (CX) | 4.2 | mmol/L | 3.6 - 5.0 |
| " | " | CHLORIDE (CX) | 104 | mmol/L | 101 - 111 |
| " | " | CO2 (CX) | 24.0 | mmol/L | 21 - 31 |
| " | " | eGFR | 84 | | - |

-------------------- MIC - Microbiology (max 4 years) --------------------

No data available

-------------------- CY - Cytopathology (max 4 years) --------------------

M22

```
                                                          06/30/2009 09:41
************* CONFIDENTIAL Clinical Data (4y) SUMMARY   pg. 50 *************
LASKOWSKI,STANLEY P III      ██████████      DOB: ██████████
```

-------------------- CH - Chem & Hematology (max 4 years) --------------------
(continued)

| Collection DT | Specimen | Test Name | Result | Units | Ref Range |
|---|---|---|---|---|---|
| 03/09/2008 08:45 | SERUM | CO2 (CX) | 28.0 | mmol/L | 21 - 31 |
| " | " | eGFR | 121 | | |
| " | " | PHOSPHOROUS (CX) | 3.9 | mg/dL | 2.5 - 4.6 |
| " | " | MAGNESIUM (CX) | 1.9 | mg/dL | 1.80 -2.50 |
| " | " | TOTAL PROTEIN (CX | 6.7 | g/dL | 6.7 - 8.2 |
| " | " | ALBUMIN (CX) | 4.4 | g/dL | 3.2 - 5.5 |
| " | " | ALK PHS | 56 | IU/L | 42 - 121 |
| " | " | SGOT (CX) | 29 | IU/L | 10 - 42 |
| " | " | SGPT (CX) | 34 | IU/L | 10 - 60 |
| " | " | T.BILI | 0.7 | mg/dL | 0.2 - 1.0 |
| " | " | AMYLASE (CX) | 55 | U/L | 25 - 125 |
| 03/09/2008 08:45 | BLOOD | WBC | 8.1 | K/cmm | 4.8 -10.8 |
| " | " | RBC | 4.60 L | M/cmm | 4.7 - 6.1 |
| " | " | HGB | 15.0 | g/dL | 14 - 18 |
| " | " | HCT | 42.7 | % | 42 - 52 |
| " | " | MCV | 92.8 | u/cmm | 80 - 94 |
| " | " | MCH | 32.6 H | pg | 27 - 31 |
| " | " | MCHC | 35.1 | gm/dL | 33 - 37 |
| " | " | RDW | 13.7 | % | 11.5 -14.5 |
| " | " | PLT | 192 | K/cmm | 130 - 400 |
| " | " | MPV | 7.4 | u/cmm | 7.4 -10.4 |
| " | " | NEUTRO % | 64.7 H | % | 40 - 60 |
| " | " | LYMPH % | 25.8 L | % | 28 - 42 |
| " | " | MONO % | 6.9 | % | 0 - 8 |
| " | " | EOSIN % | 2.3 | % | 0 - 5 |
| " | " | BASO % | 0.3 | % | 0 - 1 |
| " | " | NEUTRO # | 5.2 | K/cmm | 1.9 - 6.6 |
| " | " | LYMPH # | 2.1 | K/cmm | 1.3 - 4.6 |
| " | " | MONO # | 0.6 | K/cmm | 0.0 - 0.9 |
| " | " | EOSIN # | 0.2 | K/cmm | 0.0 - 0.6 |
| " | " | BASO # | 0.0 | K/cmm | 0.0 - 0.1 |
| 02/15/2008 14:49 | SERUM | LYME DISEASE | NEG | | NEG - |

Comment: IF POSITIVE SEE CONFIRMATORY LYME WESTERN BLOT.
Comment: PERFORMED Philadelphia VAMC,University&Woodland Avs,Philadelphia,PA

| 02/15/2008 14:49 | SERUM | ANA-PVA | NEG | DILS | NEG - |

Comment: PERFORMED Philadelphia VAMC,University&Woodland Avs,Philadelphia,PA

| 02/15/2008 14:49 | BLOOD | SED RATE(dc) | 2 | mm/Hr. | 0 - 15 |
| 12/05/2007 07:35 | URINE | URINE COLOR | Yellow | | |
| " | " | APPEARA | Clear | | |
| " | " | SPECIFIC GRAVITY | 1.018 | | 1.002-1.030 |
| " | " | URINE PH | 5.5 | | 4.8 - 7.5 |
| " | " | URINE PROTEIN | Neg. | | Neg. - |
| " | " | GLUCOSE | Neg. | | Neg. - |
| " | " | URINE KETONES | 1+ | | Neg. - |
| " | " | URINE BILIRUBIN | Neg. | | Neg. - |
| " | " | URINE BLOOD | Neg. | | Neg. - |
| " | " | NITRITE, URINE | Neg. | | Neg. - |
| " | " | UROBILINOGEN | 2 | EU/dL | Norm. - |
| " | " | LEUKOCYTE ESTERAS | Neg. | | Neg. - |
| " | " | URINE WBC/HPF | RARE | /HPF | Occ. - |
| " | " | URINE RBC/HPF | RARE | /HPF | None - |
| " | " | SQ.EPTH | RARE | | - |
| " | " | URINE BACTERIA | Noneobs | | - |
| " | " | URINE MUCUS | SMALL | | - |
| " | " | URINE YEAST | Noneobs | | - |
| 12/05/2007 07:35 | SERUM | GLUCOSE | 77 | mg/dL | 65 - 99 |
| " | " | UREA NITROGEN (CX | 11 | mg/dL | 6 - 20 |
| " | " | CREATININE (CX) | 1.0 | mg/dL | 0.5 - 1.2 |
| " | " | SODIUM (CX) | 137 | mmol/L | 135 - 145 |
| " | " | POTASSIUM (CX) | 3.8 | mmol/L | 3.6 - 5.0 |
| " | " | CHLORIDE (CX) | 106 | mmol/L | 101 - 111 |
| " | " | CO2 (CX) | 25.0 | mmol/L | 21 - 31 |
| " | " | eGFR | 94 | | |
| 12/05/2007 07:35 | BLOOD | WBC | 10.2 | K/cmm | 4.8 -10.8 |
| " | " | RBC | 4.73 | M/cmm | 4.7 - 6.1 |
| " | " | HGB | 15.4 | g/dL | 14 - 18 |
| " | " | HCT | 44.8 | % | 42 - 52 |
| " | " | MCV | 94.7 H | u/cmm | 80 - 94 |

M23

```
*************  CONFIDENTIAL Clinical Data (4y) SUMMARY   pg. 49 ***    06/30/2009 09:41
LASKOWSKI,STANLEY P III    ███████████              DOB: ████████
```

------------- PN - Progress Notes (max 50 occurrences or 4 years) -------------
(continued)

will be available to attend those appointments and looks forward to
beginning treatment.  I discussed with veteran the need for additional
trauma history taking and potential use of motivational interviewing to
prepare him for that protocol.  The veteran expressed understanding and
agreement.  I provided veteran with additional information on treatment
protocol, expectations, and cautions.

I introduced veteran to mindfulness and relaxation training exercise as
well as grounding exercise to be used with mindfulness skills.  I
performed techniques with veteran for demonstration.  I advised veteran
to follow therapeutic protocols.  I provided veteran with hand outs
describing use of techniques for training purposes.  The veteran
expressed understanding and agreement with all above recommendations.

A:  The veteran displayed mildly anxious mood with restricted affect.  He
denied and did not demonstrate symptoms consistent with current suicidal
ideation, homicidal ideation, auditory or visual hallucination.  His
insight and judgment seemed good.  His speech was logical, coherent, and
sequential.

Diagnosis: Post-traumatic stress disorder.

Treatment Plan:  The veteran agreed to attend individual outpatient
psychotherapy using cognitive processing protocol.  He continues to
indicate that he is unavailable for attendance at post-deployment stress
classes due to transportation issues.  The next individual contact will
follow up with veteran's use of therapeutic prescriptions instructed
above as well as trauma history taking and motivational interviewing in
preparation for time limited treatment.

D:  6/20/08 2:16P              T:  6/21/08  T16 #157144


                    Signed by:  /es/  MATTHEW DOOLEY
                                STAFF PSYCHOLOGIST BEHAVIORAL SVCS
                                06/26/2008 16:26

                          Analog Pager:  112


-------------------- DCS - Discharge Summary (max 4 years) --------------------


   No data available

-------------------- CH - Chem & Hematology (max 4 years) --------------------

| Collection DT      | Specimen | Test Name          | Result | Units   | Ref Range    |
|--------------------|----------|--------------------|--------|---------|--------------|
| 03/24/2008 10:19   | SERUM    | TOTAL PROTEIN (CX  | 6.6 L  | g/dL    | 6.7 - 8.2    |
| "                  | "        | ALBUMIN (CX)       | 4.2    | g/dL    | 3.2 - 5.5    |
| "                  | "        | ALK PHS            | 66     | IU/L    | 42 - 121     |
| "                  | "        | SGOT (CX)          | 17     | IU/L    | 10 - 42      |
| "                  | "        | SGPT (CX)          | 13     | IU/L    | 10 - 60      |
| "                  | "        | T.BILI             | 0.5    | mg/dL   | 0.2 - 1.0    |
| "                  | "        | D.BILI             | 0.1    | mg/dL   | 0.0 - 0.2    |
| 03/24/2008 10:19   | SERUM    | VALPROIC ACID      | 7.2 L  | mcg/mL  | 50 - 100     |
| 03/09/2008 08:45   | SERUM    | DRUG/S             | NEG    |         |              |

Comment: Test performed @ PENNANT LAB SERVICES,575 N RIVER ST,WILKES-BARRE PA

| Collection DT      | Specimen | Test Name          | Result | Units   | Ref Range    |
|--------------------|----------|--------------------|--------|---------|--------------|
| 03/09/2008 08:45   | SERUM    | ETHANOL            | 1.4    | mg/dL   | 0 -          |
| 03/09/2008 08:45   | SERUM    | LIPASE (CX)        | 38     | IU/L    | 7 - 58       |
| 03/09/2008 08:45   | SERUM    | CALCIUM (CX)       | 9.2    | mg/dL   | 7.9 - 9.9    |
| "                  | "        | GLUCOSE            | 103 H  | mg/dL   | 65 - 99      |
| "                  | "        | UREA NITROGEN (CX  | 5 L    | mg/dL   | 6 - 20       |
| "                  | "        | CREATININE (CX)    | 0.8    | mg/dL   | 0.5 - 1.2    |
| "                  | "        | SODIUM (CX)        | 135    | mmol/L  | 135 - 145    |
| "                  | "        | POTASSIUM (CX)     | 4.1    | mmol/L  | 3.6 - 5.0    |
| "                  | "        | CHLORIDE (CX)      | 103    | mmol/L  | 101 - 111    |

M24

```
************  CONFIDENTIAL Clinical Data (4y) SUMMARY   pg. 48 ***************
LASKOWSKI,STANLEY P III      ███████████          DOB: ███████████
```
06/30/2009 09:41

------------- PN - Progress Notes (max 50 occurrences or 4 years) -------------
(continued)

Interviewed veteran in detail for trauma history hierarchy. The veteran identified several memories of potential trauma as well as an associated nightmare.   The memory that appears to be currently highest for frequency and severity of symptoms of re-experiencing he refers to as "Ybanna."  The veteran was able to process memory for sensory, affect, physiological, negative cognition, SUD and focal picture.  The veteran also processed a second memory of trauma in hierarchy that he refers to as "brains."  Veteran was able to identify focal picture, sensory, affective, physiological, SUD and negative cognitions associated with this memory. The veteran also identifies an associated nightmare that he has been experiencing frequently since returning home from deployment associated with this last traumatic memory of similar theme.  Processed nightmare with veteran for associated qualities, affective components and possible relationship to maladaptive cognitions.  The veteran seemed receptive to trauma history processing and did not demonstrate significant disturbance during this portion of contact.

Discussed with veteran further need for preparation with likely use of final motivation interview next contact to strengthen veteran's engagement in this treatment.  Veteran expressed understanding and agreement.

A:  The veteran displayed mildly anxious mood with restricted affect. He denied and did not demonstrate symptoms consistent with current suicidal ideation, homicidal ideation, auditory of visual hallucination. His speech was logical, coherent and sequential.  His insight seemed fair with good judgment.

Diagnosis:  Post-traumatic stress disorder

Treatment Plan:  The veteran agreed to continued individual outpatient psychotherapy in preparation for use of cognitive processing protocol. The next individual contact will follow-up on veteran's use of therapeutic prescriptions as well as final motivational interviewing in preparation for use of cognitive processing protocol.

```
D-      6/27/08    11:55
T-      6/28/08    12:07
T24
Job # 159083
```

```
              Signed by:  /es/ MATTHEW DOOLEY
                          STAFF PSYCHOLOGIST BEHAVIORAL SVCS
                          07/03/2008 16:29

                     Analog Pager:  112
```

06/20/2008 08:49  Local Title: SCANNED TBI DOCUMENTS
                  Standard Title: SCANNED REPORT

   VistA Imaging - Scanned Document

```
              Signed by:  /es/  ALICE M TOMSHAW
                          Secretay Rehb and Prosthetics
                          06/20/2008 08:49
```

06/19/2008 16:30  Local Title: PSYCHOLOGY GENERAL NOTE
                  Standard Title: PSYCHOLOGY NOTE

D:  The veteran was scheduled for a 60-minute psychotherapy session on his service connected diagnosis of post-traumatic stress disorder. However, he arrived 30 minutes late.  This session employed use of motivational interviewing and relaxation training interventions.

The veteran began by apologizing for cancelling recent appointments with writer due to circumstances with family and transportation.  I discussed with veteran his future availability to continue with recommended cognitive processing therapy protocol.  The veteran indicates that he

MZ5

************   CONFIDENTIAL Clinical Data (4y) SUMMARY   pg. 47 ****************
LASKOWSKI,STANLEY P III      ████████                      DOB: ████████

06/30/2009 09:41

------------- PN - Progress Notes (max 50 occurrences or 4 years) -------------
(continued)

A:  The veteran displayed mildly anxious mood with restricted affect.  He
denied and did not demonstrate current symptoms consistent with suicidal
ideation, homicidal ideation, auditory or visual hallucinations.  His
speech was logical, coherent and sequential.  His insight and judgment
seemed good.

Diagnosis:  Post-traumatic stress disorder

Treatment Plan:  The veteran agrees to attend follow-up appointments with
writer using cognitive processing therapy on his post-traumatic stress
disorder symptoms.  The CPT protocol will begin with first session next
contact.

Therapeutic Goal:  Reduction in the frequency and severity of the
veteran's reported symptom complaints.

D-        7/3/08    5:34
T-        7/4/08    8:04
T24
Job # 160840

              Signed by:   /es/  MATTHEW DOOLEY
                           STAFF PSYCHOLOGIST BEHAVIORAL SVCS
                           07/10/2008 16:15

                              Analog Pager:   112

06/30/2008 15:54  Local Title: SCANNED TBI CERTIFICATION LETTER
                  Standard Title: SCANNED NOTE

   VistA Imaging - Scanned Document

              Signed by:   /es/  ALICE M TOMSHAW
                           Secretay Rehb and Prosthetics
                           06/30/2008 15:54

07/01/2008 14:18  Local Title: ADDENDUM
                  Standard Title: ADDENDUM
                       Ref:  SCANNED TBI CERTIFICATION Dated:  06/30/2008 15:54

VistA Imaging  Scanned Document - Addendum.
cert letter return receipt 7/1/08

              Signed by:   /es/  ALICE M TOMSHAW
                           Secretay Rehb and Prosthetics
                           07/17/2008 14:19

06/26/2008 16:30  Local Title: PSYCHOLOGY GENERAL NOTE
                  Standard Title: PSYCHOLOGY NOTE

D:  The veteran attended a sixty minute psychotherapy session on his
service-connected diagnosis of post-traumatic stress disorder employing
diagnostic interviewing, coping skills training and ventilative
procedures.

Followed up with veteran on his use of therapeutic prescriptions instructed to
date to include:  mindfulness, relaxation training and grounding exercises.
Performed techniques with veteran. Veteran demonstrated modest proficiency in
use of mindfulness, relaxation training techniques, greater proficiency in use
of grounding.  Supported veteran in continued use of these techniques for
training purposes to strengthen their availability and usefulness in coping.
Veteran expressed understanding and agreement with this recommendation.

Trauma History Taking:                    M ZG

************** CONFIDENTIAL Clinical Data (4y) SUMMARY   pg. 46 **************
LASKOWSKI,STANLEY P III   ████████████                    DOB: ████████

06/30/2009 09:41

------------ PN - Progress Notes (max 50 occurrences or 4 years) ------------
(continued)

Analog Pager:   255

/es/  JENNIFER E PIERCE, PA-C
Physician Assistant
07/10/2008 11:28

Analog Pager:   144
Digital Pager:  144

/es/  A C GERMAIN-TUDGAY
Supervisor, PMR/ASP
07/16/2008 08:09

Analog Pager:   231

/es/  Patricia L. Farrell, Psy.D.
Clinical Psychologist
07/15/2008 09:21

Analog Pager:   285

/es/  ERIK B PEARSON, MSPT
PHYSICAL THERAPIST
07/10/2008 12:50

/es/  MAURA E BANFORD
OCCUPATIONAL THERAPIST
07/10/2008 14:39

/es/  Colleen M. Kaskel, MSN, RN
Acting OIF/OEF Program Coordinator
07/14/2008 08:49

Analog Pager:   6-238

/es/  ALAN KURLANSKY, LCSW, BCD
SCI/D COORDINATOR / CLINICAL SOCIAL WORKER
07/10/2008 09:12

Analog Pager:   449
Digital Pager:  449

07/03/2008 16:30  Local Title: PSYCHOLOGY GENERAL NOTE
Standard Title: PSYCHOLOGY NOTE

D:  The veteran attended a sixty minute psychotherapy session on his
service-connected diagnosis of post-traumatic stress disorder employing
relaxation training, mindfulness and motivational interviewing
interventions.

Followed up with veteran on his use of therapeutic prescriptions instructed to
date.  He indicated that he has been using grounding on a regular basis to
strengthen affective regulation primarily due to decreased frequency of re-
experiencing symptoms.  He indicated that he has used the mindfulness and
relaxation training exercise intermittently.  Reviewed exercises with veteran,
supported veteran in increasing frequency of use of these exercises so that they
can be habituated.  Veteran expressed understanding and agreement.

Initiated formal motivational interview with veteran.  The veteran
proceeded through interview demonstrating increased insight and awareness
into functional impairment caused by his post-traumatic stress disorder
symptoms and its effect upon himself and others in multiple areas of
functioning.  The veteran commented that he found the exercise to be
insight and motivation building and that he is looking forward to
beginning the cognitive processing therapy protocol.

Advised veteran that CPT protocol will begin next contact.  Veteran
expressed understanding and agreement.  M27

```
************ CONFIDENTIAL Clinical Data (4y) SUMMARY   pg. 45   06/30/2009 09:41
                                                              ************
LASKOWSKI,STANLEY P III      ████████████      DOB:  █████████

------------ PN - Progress Notes (max 50 occurrences or 4 years) ------------
                              (continued)

        OPT VENLAFAXINE EXTENDED RELEASE 75MG CAPS (DISCONTINUED BY
        PROVIDER/30 Days Supply Last Released: 1/22/08)
              TAKE ONE CAPSULE BY MOUTH DAILY WITH FOOD

        ***************************************************************
        *******
   Outpatient Medication Review
        No change in current medication at this clinic visit.  Patient
        verbalizes understanding of current medication regimen.
```

                    Signed by:   /es/  JUDITH E HOGG
                                 Staff Neurologist
                                 07/09/2008 19:02

                                 Analog Pager:  255

07/09/2008 18:56  Local Title: MED NEUROLOGY NOTE
                  Standard Title: NEUROLOGY NOTE

The patient comes in to discuss his neuropsych testing results.  The
psychologist did not find that the patient had any evidence of cognitive
dysfunction.  See copy of results in Vista imaging. Results were discussed with
the patient.  The patient reports that he still has hearing difficulties, but
audiology evaluation was essentially negative.  The patient is able to hear the
tuning fork in each ear (128 cps).  Air conduction was better than bone
conduction, and Weber was mid-line.

The patient was encouraged to keep his appointments for treatment
of PTSD, and he agreed that he would.  OK to discharge from TBI Clinic.  Follow-
up in Neurology as needed.

                    Signed by:   /es/  JUDITH E HOGG
                                 Staff Neurologist
                                 07/09/2008 19:01

                                 Analog Pager:  255

07/10/2008 09:03  Local Title: ADDENDUM
                  Standard Title: ADDENDUM
                        Ref:  MED NEUROLOGY NOTE      Dated:  07/09/2008 18:56
                  Subject:  TBI InterD

Plan:
1. D/C from TBI clinic - No evidence of TBI
2. F/U with Neuro prn
3. Continue f/u with MHC for PTSD
4. Continue f/u with PCP for other dx
Goal:
1,2,3,4 Medical & Pysch mgmt

                    Signed by:   /es/  SANDRA DOMPKOSKY RN MSN
                                 OIF/OEF RN Case Manager
                                 07/10/2008 09:07

                                 Analog Pager:  277

  Receipt Acknowledged by:

                                 /es/  Karen L. Berkheiser, RN BSN
                                 OEF/OIF RN Case Manager
                                 07/10/2008 13:53

                                 /es/  JUDITH E HOGG
                                 Staff Neurologist
                                 07/10/2008 09:41      M 28

06/30/2009 09:41

************** CONFIDENTIAL Clinical Data (4y) SUMMARY   pg. 44 **************
LASKOWSKI,STANLEY P III   ████████████   DOB: ████

------------ PN - Progress Notes (max 50 occurrences or 4 years) -------------
(continued)

Remaining: 2

------------------------------------------------------------------
--------------
Other medications previously dispensed in the last year:

OPT BUSPIRONE  5 MG TABLET (DISCONTINUED BY PROVIDER/30 Days
Supply Last Released: 1/30/08)
     TAKE ONE TABLET BY MOUTH TWICE A DAY WITH MEALS

OPT CITALOPRAM 20MG TAB (DISCONTINUED BY PROVIDER/30 Days Supply
Last Released: 3/4/08)
     TAKE ONE-HALF TABLET BY MOUTH EVERY MORNING FOR 10 DAYS, THEN
TAKE ONE
     TABLET EVERY MORNING AFTER MEAL

OPT DIVALPROEX ER 500MG TAB (DISCONTINUED BY PROVIDER/30 Days
Supply Last Released: 3/17/08)
     TAKE ONE TABLET BY MOUTH AT BEDTIME FOR 3 DAYS, THEN TAKE TWO
TABLET
     AT BEDTIME

OPT DULOXETINE 20MG CAP (DISCONTINUED BY PROVIDER/30 Days Supply
Last Released: 3/10/08)
     TAKE ONE CAPSULE BY MOUTH EVERY OTHER DAY

OPT FLUOXETINE 20 MG CAP (DISCONTINUED BY PROVIDER/30 Days Supply
Last Released: 2/25/08)
     TAKE ONE CAPSULE BY MOUTH TWICE A DAY WITH MEALS

OPT HYDROXYZINE PAMOATE 25MG CAP (DISCONTINUED BY PROVIDER/30 Days
Supply Last Released: 3/20/08)
     TAKE ONE CAPSULE BY MOUTH TWICE A DAY AS NEEDED FOR ANXIETY,
MAY TAKE
     1 OR 2 TABS

OPT METHYLPREDNISOLONE 4 MG TABLETS..DOSEPAK (EXPIRED/7 Days
Supply Last Released: 2/15/08)
     TAKE TABLET(S) BY MOUTH AS DIRECTED ON DOSE PACK

OPT MIRTAZAPINE 15 MG TABLET (DISCONTINUED BY PROVIDER/30 Days
Supply Last Released: 1/10/08)
     TAKE ONE AND ONE-HALF TABLETS BY MOUTH AT BEDTIME

OPT PAROXETINE 40 MG TAB (DISCONTINUED BY PROVIDER/30 Days Supply
Last Released: 1/30/08)
     TAKE ONE-HALF TABLET BY MOUTH EVERY DAY

OPT QUETIAPINE 100MG TAB (DISCONTINUED BY PROVIDER/30 Days Supply
Last Released: 1/10/08)
     TAKE ONE-HALF TABLET BY MOUTH AT BEDTIME

OPT QUETIAPINE 200MG TAB (DISCONTINUED (EDIT)/30 Days Supply Last
Released: 12/14/07)
     TAKE ONE-HALF TABLET BY MOUTH AT BEDTIME

OPT RISPERIDONE 1 MG (EXPIRED/30 Days Supply Last Released:
3/20/08)
     TAKE ONE-HALF TABLET BY MOUTH EVERY MORNING FOR MOOD
STABILIZATION

OPT TRAMADOL 50MG TAB (DISCONTINUED BY PROVIDER/30 Days Supply
Last Released: 2/26/08)
     TAKE TWO TABLETS BY MOUTH THREE TIMES A DAY AS NEEDED AS
NEEDED FOR
     PAIN

OPT TRAZODONE 50MG TAB  (DISCONTINUED BY PROVIDER/30 Days Supply
Last Released: 1/30/08)
     TAKE ONE TABLET BY MOUTH AT BEDTIME MAY START AT 1/2 TAB

M29

```
************** CONFIDENTIAL Clinical Data (4y) SUMMARY   pg. 43 **************
                                                        06/30/2009 09:41
LASKOWSKI,STANLEY P III          ████████████            DOB: ████████████
```

------------- PN - Progress Notes (max 50 occurrences or 4 years) -------------
(continued)

        Signed by:  /es/ MATTHEW DOOLEY
                    STAFF PSYCHOLOGIST BEHAVIORAL SVCS
                    07/17/2008 16:38

                    Analog Pager:  112

07/09/2008 19:01  Local Title: PROVIDER MEDICATION RECONCILIATION NOTE
                  Standard Title: E & M NOTE

  PROVIDER Med Reconciliation:

        07/09/2008 19:01
        *********************** CONFIDENTIAL UAP SUMMARY   pg. 1
        ***********************
        LASKOWSKI,STANLEY P III

        ------------------------- BADR - Brief Adv React/All
        -------------------------

          Allergy/Reaction: TRAMADOL

        ------------------------- AJEY UAP PHARMACY PROFILE
        -------------------------

        -----------------------------------------------------------------
        -------------
        Alphabetical list of all prescriptions, inpatient orders and
        Non-VA meds
        Legend: OPT = VA issued outpatient prescription, INP = VA issued
        inpatient order
        Non-VA Meds Last Documented On: ** Data not found **
        -----------------------------------------------------------------
        -------------
        OPT ACETAMINOPHEN 300MG WITH CODEINE 30MG
            TAKE 2 TABLETS BY MOUTH EVERY 8 HOURS AS NEEDED
                            Last Released: 7/8/08           Days
        Supply: 30      Rx Expiration Date: 12/6/08         Refills
        Remaining: 0

        OPT CAPSAICIN 0.075% CREAM (GM)
            APPLY SMALL AMOUNT TOPICALLY TWICE A DAY AS NEEDED TO
        AFFECTED AREA
                            Last Released: 6/5/08           Days
        Supply: 30      Rx Expiration Date: 6/6/09          Refills
        Remaining: 3

        OPT HYDROXYZINE 10MG TABLET
            TAKE ONE TABLET BY MOUTH TWICE A DAY AS NEEDED FOR ANXIETY
                            Last Released: 4/7/08           Days
        Supply: 30      Rx Expiration Date: 3/25/09         Refills
        Remaining: 2

        OPT MULTIVITAMIN TABLETS
            TAKE 1 TABLET BY MOUTH EVERY DAY
                            Last Released: 6/20/08          Days
        Supply: 90      Rx Expiration Date: 6/6/09          Refills
        Remaining: 2

        OPT RISPERIDONE 2 MG
            TAKE ONE-HALF TABLET BY MOUTH TWICE A DAY FOR MOOD
        STABILIZATION
                            Last Released: 4/26/08          Days
        Supply: 30      Rx Expiration Date: 4/24/09         Refills
```

M30

LASKOWSKI, STANLEY P III   ▮▮▮▮▮▮▮▮            DOB:  ▮▮▮▮▮▮▮

------------ PN - Progress Notes (max 50 occurrences or 4 years) -------------
(continued)

Will discontinue order for Risperidone and Hydroxyzine as patient stopped taking
them on his own. Advised patient to call the MH clinic to schedule appointment
to discuss psychotropic medications that would be indicated for his symptoms
which he agreed to do.

                    Signed by:   /es/  ROBERT B WEBSTER
                                 PSYCHIATRIST
                                 07/11/2008 11:00

                         Analog Pager:   132/570-480-7259

07/10/2008 16:30  Local Title: PSYCHOLOGY GENERAL NOTE
                  Standard Title: PSYCHOLOGY NOTE

D:  The veteran attended his first session of cognitive processing
therapy for his service-connected diagnosis of post-traumatic stress
disorder.

The veteran commented that his parole officer requires documentation of this
treatment.  Advised the veteran to have printed copy of this contact note
provided to him by patient records by way of releasing information office.  The
veteran expressed understanding and agreement.

This treatment is a time limited intervention intended to spend approximately
twelve one hour sessions provided weekly in an effort to aid veteran in his
ongoing recovery from his post-traumatic symptom complaints.

An overview of post-traumatic stress disorder symptoms and a cognitive
explanation of the development and maintenance of post-traumatic stress
disorder was presented.  A related rationale for treatment was provided
including the use of cognitive restructuring to alleviate stuck points
that prevent the patient from more fully emotionally processing the
traumatic event.  The patient provided a brief description of his most
traumatic event.

The patient was given an assignment to write a one page impact statement
describing the impact of his traumatic experiences on his thoughts and
beliefs about himself, others & the world.

A:  The veteran displayed mildly anxious mood with restricted affect.  He
appeared lethargic.  The veteran cited disruption in his child's sleep
pattern resulting in attention needed by veteran and his own resulting sleep
deficit.  He denied and did not demonstrate symptoms consistent with current
suicidal ideation, auditory or visual hallucination.  His speech was logical,
coherent, and sequential.  His insight and judgment appeared good.

DIAGNOSIS:  Post-traumatic stress disorder.

TREATMENT PLAN:  The veteran agrees to attend follow up appointments with
writer using cognitive processing therapy protocol on his post-traumatic
stress symptoms.

The next individual contact with veteran will follow up with his completion of
written impact statement and beginning identification of stuck points,
additional review of cognitive errors and post-traumatic stress disorder
symptoms, information processing theory, treatment rationale.  Discussion of
basic emotions, combined emotions with physiological and cognitive correlates,
misattributions and self talk, as well as introduction of A-B-C worksheets to
instruct veteran on cognitive restructuring interventions.

THERAPEUTIC GOAL:  Reduction in the frequency and/or severity of the
veteran's reported symptom complaints.

D:  07/10/2008   5:34 PM
T:  07/11/2008   T28  162577           M31

```
                                                              06/30/2009 09:41
************** CONFIDENTIAL Clinical Data (4y) SUMMARY   pg. 41 ***********
LASKOWSKI,STANLEY P III        ███████████       DOB: ████████
```

------------ PN - Progress Notes (max 50 occurrences or 4 years) -------------
                            (continued)


                Signed by:   /es/  MATTHEW DOOLEY
                             STAFF PSYCHOLOGIST BEHAVIORAL SVCS
                             08/21/2008 16:30

                            Analog Pager:  112

07/17/2008 16:30  Local Title: PSYCHOLOGY GENERAL NOTE
                  Standard Title: PSYCHOLOGY NOTE


D:  The veteran attended a 60-minute CPT session on his service-connected
diagnosis of post-traumatic stress disorder.

This was the second session of CPT for the veteran's post-traumatic stress
disorder.  The patient arrived having completed the practice related to
writing an impact statement describing the impact of his traumatic
experience on his thoughts and beliefs about himself, others, and the
world. We discussed the assignment in session with an emphasis on
identifying stuck points in his thinking that interfere with recovery.
The relationships amongst thoughts, feelings, and behaviors were
reviewed.  An example from his discussion about the impact of his trauma
on his life was used to illustrate the cognitive model.  The patient
agreed to complete A-B-C worksheets daily to monitor his thoughts,
feelings, and behaviors until the next session.

A:  The veteran displayed mildly anxious mood with broad affect.  He denied
and did not demonstrate symptoms consistent with current suicidal
ideation, homicidal ideation, auditory or visual hallucination.  His
speech was logical, coherent and sequential.  His insight and judgment
appeared good.

DIAGNOSIS:  Post-traumatic stress disorder.

TREATMENT PLAN:  The veteran agrees to continue attending follow up
appointments using cognitive processing therapy protocol.

The next individual contact with veteran will include a review of his
completed worksheets for differentiating between thoughts and feelings,
discussion of a completed worksheet related to the index event,
introduction of the trauma account assignment.

THERAPEUTIC GOAL:  Reduction in the frequency and/or severity of the
veteran's reported symptom complaints.

D:  07/18/2008  11:49 AM
T:  07/18/2008  T28  164696


                Signed by:   /es/  MATTHEW DOOLEY
                             STAFF PSYCHOLOGIST BEHAVIORAL SVCS
                             07/24/2008 16:23

                            Analog Pager:  112

07/11/2008 10:46  Local Title: TLCP PSYCHIATRY
                  Standard Title: TELEPHONE ENCOUNTER NOTE

Patient left a message with clerical staff requesting a return call from this
writer about medications?

Spoke with patient by phone today at 1045. Patient expressed interest in trying
Depakote for his "PTSD, migraine".  Reminded patient that this writer
recommended Divalproex ER, which is the same as Depakote, last March but patient
at that time complained of side effects from Divalproex ER including headaches,
cramping above the kidney and dark urine.  He admitted to stopping Hydroxyzine
and Risperidone a month ago due to drowsiness.

M32

```
************** CONFIDENTIAL Clinical Data (4y) SUMMARY   pg. 40 **************
LASKOWSKI,STANLEY P III    ▋▋▋▋▋▋                         DOB: ▋▋▋▋▋▋
```

06/30/2009 09:41

------------- PN - Progress Notes (max 50 occurrences or 4 years) -------------
(continued)

Outpatient Medication Review
No change in current medication at this clinic visit.  Patient
verbalizes understanding of current medication regimen.

                  Signed by:  /es/ ALAN L BRYSKI, PA-C
                              Physician Assistant
                              07/28/2008 16:23

                              Analog Pager:  195

Receipt Acknowledged by:  /es/ ARUNA BHATIA
                          ASST CHIEF BEHAVIORAL MEDICINE
                          07/28/2008 16:38

                              Analog Pager:  126/480-7263

                          /es/ MATTHEW DOOLEY
                          STAFF PSYCHOLOGIST BEHAVIORAL SVCS
                          08/04/2008 16:52

                              Analog Pager:  112

07/24/2008 16:30  Local Title: PSYCHOLOGY GENERAL NOTE
                  Standard Title: PSYCHOLOGY NOTE

D:  The veteran attended a 60-minute CPT session on his service-connected
diagnosis of post-traumatic stress disorder.

This was the third session of CPT for post-traumatic stress disorder.  The
veteran arrived having completed A-B-C worksheets daily identifying his
thoughts, feelings, and behaviors.  These worksheets were used to further
illustrate the relationship among thoughts, feelings, and behaviors of
daily events.  Specifically, the veteran had produced worksheets on two
traumatic memories mentioned in earlier notes.  One of which is primary
focus for this treatment protocol entitled "Ybanna."  Some initial
challenging of dysfunctional thoughts was introduced.

The session concluded with the assignment to write about the most traumatic
event the patient has experienced and to include as many sensory and emotional
details as possible, daily monitoring of thoughts, feelings, and behaviors
will continue.

A:  The veteran displayed mildly anxious mood with restricted affect.  He
denied and did not demonstrate symptoms consistent with current suicidal
ideation, homicidal ideation, auditory or visual hallucination.  His
speech was logical, coherent, and sequential.  His insight and judgment
appeared good.

The veteran appears to demonstrate a proclivity for cognitive behavioral
interventions and appears to have taken to cognitive restructuring exercises
quite well.

DIAGNOSIS:  Post-traumatic stress disorder.

TREATMENT PLAN:  The veteran agrees to continue attending cognitive
processing therapy on individual basis.

The next individual contact with veteran will have him read full trauma
account aloud with affective expression, identification of stuck points,
challenging of stuck points (i.e. self blame and other assimilations),
explaining difference between responsibility and blame.

THERAPEUTIC GOAL:  Reduction in the frequency and/or severity of the
veteran's reported symptom complaints.

D:  07/24/2008  5:58 PM
T:  07/25/2008  T28  166572            M33

LASKOWSKI,STANLEY P III        ▇▇▇▇▇▇     DOB: ▇▇▇▇▇▇

------------ PN - Progress Notes (max 50 occurrences or 4 years) ------------
(continued)

    TAKE ONE-HALF TABLET BY MOUTH EVERY MORNING FOR 10 DAYS, THEN
TAKE ONE
    TABLET EVERY MORNING AFTER MEAL

OPT DIVALPROEX ER 500MG TAB (DISCONTINUED BY PROVIDER/30 Days
Supply Last Released: 3/17/08)
    TAKE ONE TABLET BY MOUTH AT BEDTIME FOR 3 DAYS, THEN TAKE TWO
TABLET
    AT BEDTIME

OPT DULOXETINE 20MG CAP (DISCONTINUED BY PROVIDER/30 Days Supply
Last Released: 3/10/08)
    TAKE ONE CAPSULE BY MOUTH EVERY OTHER DAY

OPT FLUOXETINE 20 MG CAP (DISCONTINUED BY PROVIDER/30 Days Supply
Last Released: 2/25/08)
    TAKE ONE CAPSULE BY MOUTH TWICE A DAY WITH MEALS

OPT HYDROXYZINE 10MG TABLET (DISCONTINUED BY PROVIDER/30 Days
Supply Last Released: 4/7/08)
    TAKE ONE TABLET BY MOUTH TWICE A DAY AS NEEDED FOR ANXIETY

OPT HYDROXYZINE PAMOATE 25MG CAP (DISCONTINUED BY PROVIDER/30 Days
Supply Last Released: 3/20/08)
    TAKE ONE CAPSULE BY MOUTH TWICE A DAY AS NEEDED FOR ANXIETY,
MAY TAKE
    1 OR 2 TABS

OPT MIRTAZAPINE 15 MG TABLET (DISCONTINUED BY PROVIDER/30 Days
Supply Last Released: 1/10/08)
    TAKE ONE AND ONE-HALF TABLETS BY MOUTH AT BEDTIME

OPT PAROXETINE 40 MG TAB (DISCONTINUED BY PROVIDER/30 Days Supply
Last Released: 1/30/08)
    TAKE ONE-HALF TABLET BY MOUTH EVERY DAY

OPT QUETIAPINE 100MG TAB (DISCONTINUED BY PROVIDER/30 Days Supply
Last Released: 1/10/08)
    TAKE ONE-HALF TABLET BY MOUTH AT BEDTIME

OPT QUETIAPINE 200MG TAB (DISCONTINUED (EDIT)/30 Days Supply Last
Released: 12/14/07)
    TAKE ONE-HALF TABLET BY MOUTH AT BEDTIME

OPT RISPERIDONE 1 MG (EXPIRED/30 Days Supply Last Released:
3/20/08)
    TAKE ONE-HALF TABLET BY MOUTH EVERY MORNING FOR MOOD
STABILIZATION

OPT RISPERIDONE 2 MG (DISCONTINUED BY PROVIDER/30 Days Supply Last
Released: 4/26/08)
    TAKE ONE-HALF TABLET BY MOUTH TWICE A DAY FOR MOOD
STABILIZATION

OPT TRAMADOL 50MG TAB (DISCONTINUED BY PROVIDER/30 Days Supply
Last Released: 2/26/08)
    TAKE TWO TABLETS BY MOUTH THREE TIMES A DAY AS NEEDED AS
NEEDED FOR
    PAIN

OPT TRAZODONE 50MG TAB  (DISCONTINUED BY PROVIDER/30 Days Supply
Last Released: 1/30/08)
    TAKE ONE TABLET BY MOUTH AT BEDTIME MAY START AT 1/2 TAB

OPT VENLAFAXINE EXTENDED RELEASE 75MG CAPS (DISCONTINUED BY
PROVIDER/30 Days Supply Last Released: 1/22/08)
    TAKE ONE CAPSULE BY MOUTH DAILY WITH FOOD

***********************************************************************
*******                   M 34

```
************** CONFIDENTIAL Clinical Data (4y) SUMMARY   pg. 38 ****************
LASKOWSKI,STANLEY P III        ▮▮▮▮▮▮         DOB: ▮▮▮▮▮▮▮
```

06/30/2009 09:41

------------ PN - Progress Notes (max 50 occurrences or 4 years) ------------
(continued)

might help.

```
9         ** FUTURE APPOINTMENTS **
       DATE/TIME           CLINIC ( LOCATION )
   JUL 29,2008@13:00    PATEL I NURSE PRE APT  (1ST FLR NORTH GREEN AREA)
   JUL 29,2008@13:20    PATEL I PRICARE 1NORTH (1ST FLR NORTH GREEN AREA)
   AUG 14,2008@16:30    PSYCH DOOLEY II  (1ST FLR MHC SILVER AREA)
   AUG 21,2008@16:30    PSYCH DOOLEY II  (1ST FLR MHC SILVER AREA)
   AUG 26,2008@17:00    PSYCH DOOLEY II  (1ST FLR MHC SILVER AREA)
   SEP 4,2008@16:30     PSYCH DOOLEY II  (1ST FLR MHC SILVER AREA)
   SEP 11,2008@16:30    PSYCH DOOLEY II  (1ST FLR MHC SILVER AREA)
```

Call as necessary and return to clinic prn.
PROVIDER Med Reconciliation:

```
     07/28/2008 16:21
     **********************  CONFIDENTIAL UAP SUMMARY   pg. 1
     **********************
     LASKOWSKI,STANLEY P III
```

------------------------- BADR - Brief Adv React/All
-------------------------

   Allergy/Reaction: TRAMADOL

------------------------- AJEY UAP PHARMACY PROFILE
-------------------------

---------------------------------------------------------------
---------------
Alphabetical list of all prescriptions, inpatient orders and
Non-VA meds
Legend: OPT = VA issued outpatient prescription, INP = VA issued
inpatient order
Non-VA Meds Last Documented On: ** Data not found **
---------------------------------------------------------------
---------------
OPT ACETAMINOPHEN 300MG WITH CODEINE 30MG
     TAKE 2 TABLETS BY MOUTH EVERY 8 HOURS AS NEEDED
                 Last Released: 7/8/08                Days
Supply: 30
                 Rx Expiration Date: 12/6/08          Refills
Remaining: 0

OPT CAPSAICIN 0.075% CREAM (GM)
     APPLY SMALL AMOUNT TOPICALLY TWICE A DAY AS NEEDED TO
AFFECTED AREA
                 Last Released: 6/5/08                Days
Supply: 30
                 Rx Expiration Date: 6/6/09           Refills
Remaining: 3

OPT MULTIVITAMIN TABLETS
     TAKE 1 TABLET BY MOUTH EVERY DAY
                 Last Released: 6/20/08               Days
Supply: 90
                 Rx Expiration Date: 6/6/09           Refills
Remaining: 2

---------------------------------------------------------------
---------------
Other medications previously dispensed in the last year:

OPT BUSPIRONE  5 MG TABLET (DISCONTINUED BY PROVIDER/30 Days
Supply Last Released: 1/30/08)
     TAKE ONE TABLET BY MOUTH TWICE A DAY WITH MEALS

OPT CITALOPRAM 20MG TAB (DISCONTINUED BY PROVIDER/30 Days Supply
Last Released: 3/4/08)
```

M 35

```
************* CONFIDENTIAL Clinical Data (4y) SUMMARY   pg. 37   06/30/2009 09:41
LASKOWSKI,STANLEY P III        ████████        DOB:  ████████ ************
```

------------- PN - Progress Notes (max 50 occurrences or 4 years) -------------
(continued)

neurologist outside possible migaine, pt was prescribed fioricet by outside
physician Dr.Harasym, requesting from here, will refer to neurology for further
advise and care.

              Signed by:  /es/ INDUBHAI M PATEL, MD
                          STAFF PHYSICIAN, PRIMARY CARE
                          07/30/2008 15:10

                       Analog Pager:  272

07/28/2008 16:11  Local Title: PSYCHIATRY GENERAL NOTE
                  Standard Title: PSYCHIATRY NOTE

Chief Complaint:  "Ill see, smell, or hear something and go into a heightened
sense for 3-4 hours"...feeling as if he's back in Iraq.

Subjective: 30 y/o cooperative, pleasant white male presents with the above
problem as well as difficulty sleeping.  He has been tried on multiple
medications without resolution.  His sleep is disturbed approximately 3 times
per week, then sleeps the next day.  This effects his ability to watch his 3
children, ages 1, 3, and 6.  He has had side effects from all medications that
were prescribed to help his insomnia, and is requesting Ambien since he believes
this is the only medication that has been effective in the past without side
effects.  On reviewing his history, the patient has abused mixed illicit
substances in the past.  He is currently not suicidal or homicidal, and has a
good relationship with Dr. Dooley, who is following him for PTSD.


Vital Signs:
TEMPERATURE:     99.3 F [37.4 C] (04/29/2008 10:41)
PULSE:           77 (07/09/2008 10:46)
RESPIRATION:     18 (07/09/2008 10:46)
BLOOD PRESSURE:  116/73 (07/09/2008 10:46)
PAIN:            0 (07/09/2008 10:46)

Mental Status:  Alert and oriented x3.  In good contact.  Spontaneous,
relevant and coherent.  Mood neutral.  Affect appropriate speech content.
Eating well.  No psychomotor retardation.  Denied suicidal
and homicidal ideation.  No hallucinations delusions or loosening of
association noted.  Memory including recent, remote, immediate recall
and judgement are not clinically impaired.  Insight and motivation fair.

MEDICATION REVIEW:  Active Outpatient Medications (including Supplies):

     Active Outpatient Medications                         Status
     ==============================================================
1)   ACETAMINOPHEN 300MG WITH CODEINE 30MG TAKE 2 TABLETS   ACTIVE
       BY MOUTH EVERY 8 HOURS AS NEEDED
2)   CAPSAICIN 0.075% CREAM (GM) APPLY SMALL AMOUNT          ACTIVE
       TOPICALLY TWICE A DAY AS NEEDED TO AFFECTED AREA
3)   MULTIVITAMIN TABLETS TAKE 1 TABLET BY MOUTH EVERY DAY   ACTIVE


Allergies:
TRAMADOL

Assessment:
 PTSD

No Service Connected problems treated

Plan:  Continue current regimen.
Consulted with Dr. Bhatia; Ambien not on formulary and with patient's history of
substance abuse he was offered Trazadone, Atarax, and Benadryl.  Pt refuses
based on failed past trials.  He also refused several other sedative
suggestions, such as Seroquel and Remeron.  I will consult with Dr. Dooley in
the near future for his input and call patient if an appropriate medication

                              M36

```
************* CONFIDENTIAL Clinical Data (4y) SUMMARY   pg. 36 **************
LASKOWSKI,STANLEY P III        ████████████        DOB:  ████████
```

06/30/2009 09:41

------------ PN - Progress Notes (max 50 occurrences or 4 years) ------------
(continued)

08/04/2008 14:49  Local Title: TLCP PSYCHIATRY
                  Standard Title: TELEPHONE ENCOUNTER NOTE

  I spoke to Dr. Dooley today concerning this patients' request for Ambien.  We
discussed the patient's history of substance abuse and the fact that he remains
on Tylenol #3 prn.  He is suffering from PTSD with occasional nightmares.  I
then spoke to the patient and again discussed the need for Ambien.  He stated
that it has been the only medication that he has taken that doesn't leave him
with a groggy feeling the next day.  We discussed this class of medication and
how they can lead to tolerance if taken regularly.  He agreed to take the
medication only as needed and was satisfied with obtaining 14 tablets to last
him for a month.  Will reevaluate him at the next clinic appointment.

                    Signed by:   /es/  ALAN L BRYSKI, PA-C
                                 Physician Assistant
                                 08/04/2008 14:55

                          Analog Pager:  195

08/01/2008 10:32  Local Title: TLCP OIF/OEF
                  Standard Title: OEF/OIF TELEPHONE ENCOUNTER NOTE

Data; Spoke with veteran regarding NoShow for Patel PCP. Vet aplogized for
missing appt but stated he spoke with Dr. Patel via phone and vet's needs were
met then ; therefore, vet did not need appt. Vet was reminded of my role as
OEF/OIF Case Manager and informed to contact me if he needs assistance. Vet
appreciative of call.

                    Signed by:   /es/  SANDRA DOMPKOSKY RN MSN
                                 OIF/OEF RN Case Manager
                                 08/01/2008 10:36

                          Analog Pager:  277

   Receipt Acknowledged by:   /es/  Karen L. Berkheiser, RN BSN
                              OEF/OIF RN Case Manager
                              08/04/2008 10:51

07/30/2008 16:09  Local Title: AOPC TLCP MEDICINE
                  Standard Title: PRIMARY CARE TELEPHONE ENCOUNTER NOTE

Spoke to patient briefly on the phone.  I told him that I didn't have a chance
to talk with Dr. Dooley about his medication request to aid sleep, since he is
on vacation.  During his appointment, Mr. Laskowski and I had discussed several
alternatives to Ambien, since it is a benzodiazepine and he has a history of
substance abuse.  His sleep disturbance is long standing and I did not get the
sense at his appointment on Monday that it was significantly changed over the
past few months.

                    Signed by:   /es/  ALAN L BRYSKI, PA-C
                                 Physician Assistant
                                 07/30/2008 16:16

                          Analog Pager:  195

   Receipt Acknowledged by:   /es/  ARUNA BHATIA
                              ASST CHIEF BEHAVIORAL MEDICINE
                              07/30/2008 16:36

                          Analog Pager:  126/480-7263

07/30/2008 15:03  Local Title: TLCP MEDICINE
                  Standard Title: TELEPHONE ENCOUNTER NOTE

discuss with pt pt reported to me that he was seen by outside physician
Dr.Harasym 842-0945, pt reported to me that he is having headache also seen by

                              M 3 7

```
                                                            06/30/2009 09:41
*************  CONFIDENTIAL Clinical Data (4y) SUMMARY    pg. 35 *************
LASKOWSKI,STANLEY P III      ████████████       DOB: ████████
```

------------ PN - Progress Notes (max 50 occurrences or 4 years) ------------
(continued)

MAY BE RELATED TO HEAD INJURY.
2.   HEADACHES ARE PRESENT ON AN EVERYDAY BASIS AND HAVE BEEN
RESISTANT TO OTHER DRUGS.
3.   ALTHOUGH THE PATIENT HAS A HISTORY OF POLYSUBSTANCE ABUSE,
IT AGAIN IS NOT CONCLUSIVE WHETHER HIS USE OF MEDICATIONS IS
RELATED TO ABUSE OR IF IT IS HEADACHES; HOWEVER, HE IS
COMPLAINING OF CHRONIC DAILY HEADACHES.
4.   MRI HAS BEEN REPORTED NORMAL.

RECOMMENDATIONS:
1.   I asked him to urgently start phenytoin because he is at
high risk of seizures.
2.   He was prescribed 300 mg of Dilantin, which he will start
today. He will be getting 100-mg capsules, and he can take 3 at
a time daily. A drug level is ordered for August 21, 2008. He is
also followed by private physicians outside the VA including Dr.
Harrison and Dr. Daduk, who is his family physician, as well as
a neurologist. He will be seeing Dr. Daduk today.
3.   To avoid duplication of care, I told him that we would
provide him the medications prescribed by his private
physicians, if they are appropriate. He will follow up with me
in 3-4 months unless there is a problem, and then he can be seen
earlier.


IAK/OSi/227200/1/08/08/2008 10:12:02/rc/D:08/05/2008
10:04:55/T:08/05/2008
13:04:04/VAJob#:2910091/IChartJob#32024060/25460639


                 Signed by:   /es/  IQBAL A KHAN
                              STAFF PHYSICIAN(NEUROLOGY)MEDICAL SERVICE
                              08/08/2008 12:15

                              Analog Pager:   721

08/05/2008 09:24  Local Title: NSG CLINIC NOTE
                  Standard Title: NURSING OUTPATIENT NOTE

HEIGHT: 68 in [172.7 cm] (04/29/2008 10:41)
WEIGHT: 186 lb [84.5 kg] (04/29/2008 10:41)
BMI:      BODY MASS INDEX - APR 29, 2008@10:41:56    28.3
BP:   116/73 (07/09/2008 10:46)
T:    99.3 F [37.4 C] (04/29/2008 10:41)
P:    77 (07/09/2008 10:46)
R:    18 (07/09/2008 10:46)
PAIN: 0 (07/09/2008 10:46)

MEDICATION ALLERGY: TRAMADOL
Pt states he has an allergy to:

DATA: Chief Complaint:  THIS IS A NEW PT. FOR EVALUATION. STATES HE HAD 3
SEIZURES IN THE LAST
3 MONTHS. THE LAST SEIZURE WAS 7-4-08, HAS HAD HEADACHE SINCE THE
SEIZURE ON THAT DAY.

ASSESSMENT:

PLAN:  SEE DR.


Was education provided to the patient? No


                 Signed by:   /es/  DONNA M POPROC
                              08/05/2008 09:26   M38

```
************* CONFIDENTIAL Clinical Data (4y) SUMMARY   pg. 34 *************   06/30/2009 09:41
LASKOWSKI,STANLEY P III        ███████████                    DOB: ███████████
```

-------------- PN - Progress Notes (max 50 occurrences or 4 years) --------------
(continued)

13:04:04/VAJob#:2910091/IChartJob#32024060/25460639


            Signed by:   /es/  IQBAL A KHAN
                        STAFF PHYSICIAN(NEUROLOGY)MEDICAL SERVICE
                        08/07/2008 09:03

                        Analog Pager:   721

08/05/2008 09:53  Local Title: MED NEUROLOGY NOTE
                  Standard Title: NEUROLOGY NOTE

CONSULT/PROCEDURE NUMBER:   896628

CHIEF COMPLAINT:  Headaches and seizures.

HISTORY OF PRESENT ILLNESS:  This is a 30-year-old Iraq War veteran who had a concussion in 2003, when he got under friendly fire. He was unconscious for about 30 seconds. He has developed headaches since then. They are intractable daily headaches involving the whole head and associated with photophobia.

He has tried various medications in the past without much improvement. Currently, he is taking Fiorinal with codeine prescribed by a non-VA physician, Dr. Harrison, and this is the only drug that helps him on a p.r.n. basis. He has tried various other drugs including Fioricet, plain Fiorinal, Tylenol and other over-the-counter drugs including Motrin without any relief.

Another problem he has is recent-onset seizures. In February, May and July of this year, he had 3 generalized tonic-clonic seizures with tongue biting on 2 occasions. He has ascribed these seizures to his taking tramadol and Prozac, because every time he had a seizure he was at least on tramadol. On one occasion, he was on tramadol as well as on Prozac.

He has no family history of epilepsy, but has a family history of common migraines.

The veteran had an EEG, which was unremarkable and reviewed by Dr. Feerick. He had an MRI of the brain, he says, in April of this year, which was reported by him as unremarkable. We have that MRI report here available in the chart, which shows no evidence of any acute intracranial abnormality. This was done on April 29, 2008.

The veteran has some other medical problems including PTSD, hip pain, tobacco use disorder and polysubstance abuse. Current medications include butalbitol, zolpidem, acetaminophen and multivitamins. Recent labs are unremarkable, showing a normal white count and platelet count as well as normal liver function tests, BUN and creatinine. The veteran has not taken Dilantin for the last few weeks because he ran out of it. He was prescribed Phenytek, which is one single 300-mg capsule. There is no Dilantin level in our records here.

PHYSICAL EXAMINATION:  He is alert, awake and oriented. Pupils are symmetric. He is physically appearing intact. He came late for the appointment, so detailed physical examination is deferred, but he has no complaints of any physical impairment, as such, other than headaches.

IMPRESSION:
1.  NEW-ONSET SEIZURES, BY DEFINITION. HE HAS EPILEPSY. IT IS POSSIBLE THAT TRAMADOL AND PROZAC MAY BE RESPONSIBLE FOR HIS SEIZURES, AS THESE DRUGS ARE KNOWN TO REDUCE SEIZURE THRESHOLD; HOWEVER, THIS IS NOT CONCLUSIVE. WITH THE PATIENT BEING INVOLVED IN A CONCUSSION AS A SOLDIER, IT IS POSSIBLE THAT HIS SEIZURES

M 39

06/30/2009 09:41

\*\*\*\*\*\*\*\*\*\*\*\*\* CONFIDENTIAL Clinical Data (4y) SUMMARY   pg. 33 \*\*\*\*\*\*\*\*\*\*\*\*\*
LASKOWSKI,STANLEY P III [REDACTED]                                   DOB: [REDACTED]

------------- PN - Progress Notes (max 50 occurrences or 4 years) -------------
(continued)

relief.

Another problem he has is recent-onset seizures. In February, May and July of this year, he had 3 generalized tonic-clonic seizures with tongue biting on 2 occasions. He has ascribed these seizures to his taking tramadol and Prozac, because every time he had a seizure he was at least on tramadol. On one occasion, he was on tramadol as well as on Prozac.

He has no family history of epilepsy, but has a family history of common migraines.

The veteran had an EEG, which was unremarkable and reviewed by Dr.Feerick. He had an MRI of the brain, he says, in April of this year, which was reported by him as unremarkable. We have that MRI report here available in the chart, which shows no evidence of any acute intracranial abnormality. This was done on April 29, 2008.

The veteran has some other medical problems including PTSD, hip pain, tobacco use disorder and polysubstance abuse. Current medications include butalbitol, zolpidem, acetaminophen and multivitamins. Recent labs are unremarkable, showing a normal white count and platelet count as well as normal liver function tests, BUN and creatinine. The veteran has not taken Dilantin for the last few weeks because he ran out of it. He was prescribed Phenytek, which is one single 300-mg capsule. There is no Dilantin level in our records here.

PHYSICAL EXAMINATION: He is alert, awake and oriented. Pupils are symmetric. He is physically appearing intact. He came late for the appointment, so detailed physical examination is deferred, but he has no complaints of any physical impairment, as such, other than headaches.

IMPRESSION:
1.   NEW-ONSET SEIZURES, BY DEFINITION. HE HAS EPILEPSY. IT IS POSSIBLE THAT TRAMADOL AND PROZAC MAY BE RESPONSIBLE FOR HIS SEIZURES, AS THESE DRUGS ARE KNOWN TO REDUCE SEIZURE THRESHOLD; HOWEVER, THIS IS NOT CONCLUSIVE. WITH THE PATIENT BEING INVOLVED IN A CONCUSSION AS A SOLDIER, IT IS POSSIBLE THAT HIS SEIZURES MAY BE RELATED TO HEAD INJURY.
2.   HEADACHES ARE PRESENT ON AN EVERYDAY BASIS AND HAVE BEEN RESISTANT TO OTHER DRUGS.
3.   ALTHOUGH THE PATIENT HAS A HISTORY OF POLYSUBSTANCE ABUSE, IT AGAIN IS NOT CONCLUSIVE WHETHER HIS USE OF MEDICATIONS IS RELATED TO ABUSE OR IF IT IS HEADACHES; HOWEVER, HE IS COMPLAINING OF CHRONIC DAILY HEADACHES.
4.   MRI HAS BEEN REPORTED NORMAL.

RECOMMENDATIONS:
1.   I asked him to urgently start phenytoin because he is at high risk of seizures.
2.   He was prescribed 300 mg of Dilantin, which he will start today. He will be getting 100-mg capsules, and he can take 3 at a time daily. A drug level is ordered for August 21, 2008. He is also followed by private physicians outside the VA including Dr. Harrison and Dr. Dhaduk, who is his family physician, as well as a neurologist. He will be seeing Dr. Daduk today.
3.   To avoid duplication of care, I told him that we would provide him the medications prescribed by his private physicians, if they are appropriate. He will follow up with me in 3-4 months unless there is a problem, and then he can be seen earlier.

IAK/OSi/227200/0/08/05/2008 13:04:04/gz/D:08/05/2008
10:04:55/T:08/05/2008

M40

06/30/2009 09:41

************* CONFIDENTIAL Clinical Data (4y) SUMMARY   pg. 32 **************
LASKOWSKI,STANLEY P III ██████████        DOB: ██████████

------------- PN - Progress Notes (max 50 occurrences or 4 years) -------------
(continued)

D: 8/21/08 5:31P
T: 8/24/08  T16 #174543

                    Signed by:  /es/  MATTHEW DOOLEY
                                STAFF PSYCHOLOGIST BEHAVIORAL SVCS
                                08/26/2008 17:00

                              Analog Pager:  112

08/14/2008 11:23  Local Title: TLCP PSYCHOLOGY
                  Standard Title: TELEPHONE ENCOUNTER NOTE

phoned veteran to f/u on today's cx by pt appt with writer. Left message on
machine.

                    Signed by:  /es/  MATTHEW DOOLEY
                                STAFF PSYCHOLOGIST BEHAVIORAL SVCS
                                08/14/2008 11:24

                              Analog Pager:  112

08/05/2008 10:35  Local Title: CONSULTATION REPORT
                  Standard Title: CONSULT

SERVICE CONNECTED % - 100
TINNITUS   10%  SC
BURSITIS   10%  SC
BURSITIS   10%  SC
LIMITED EXTENSION OF FOREARM  20%  SC
MALUNION OF ANKLE   0%  SC
SINUSITIS,FRONTAL,CHRONIC   10%  SC
POST-TRAUMATIC STRESS DISORDER  100%  SC
PERIOD OF SERVICE - PERSIAN GULF WAR

please clarify fiorinal with codeine or fioricet with codiene, Either will be
approved and also discontinue apap with codiene and inform pt not to use apap
with codeine or fiorinal or fiorecet with codeine together Please enter
prescription of which agent you want , ie fiorinal with codeine or fioricet with
codien, thnaks.

                    Signed by:  /es/  JOSEPH M CENCETTI
                                PHARMD.
                                08/05/2008 10:38

                              Analog Pager:  424

08/05/2008 09:53  Local Title: MED NEUROLOGY NOTE
                  Standard Title: NEUROLOGY NOTE

CONSULT/PROCEDURE NUMBER:

CHIEF COMPLAINT:  Headaches and seizures.

HISTORY OF PRESENT ILLNESS:  This is a 30-year-old Iraq War
veteran who had a concussion in 2003, when he got under friendly
fire. He was unconscious for about 30 seconds. He has developed
headaches since then. They are intractable daily headaches
involving the whole head and associated with photophobia.

He has tried various medications in the past without much
improvement. Currently, he is taking Fiorinal with codeine
prescribed by a non-VA physician, Dr. Harrison, and this is the
only drug that helps him on a p.r.n. basis. He has tried various
other drugs including Fioricet, plain Fiorinal, Tylenol and
other over-the-counter drugs including Motrin without any

M41

*************  CONFIDENTIAL Clinical Data (4y) SUMMARY   pg. 31 **************
LASKOWSKI,STANLEY P III        ▮▮▮▮▮        DOB: ▮▮▮▮▮

------------ PN - Progress Notes (max 50 occurrences or 4 years) -------------
(continued)

TREATMENT PLAN:  The veteran agreed to continued attendance at cognitive
processing therapy on an individual basis.

The next individual contact with the veteran will include a review of
challenging questions worksheets completed by the veteran, continuing of
cognitive therapy on stuck points, introduction to patterns of problematic
thinking worksheet.

THERAPEUTIC GOAL:  A reduction in the frequency and/or severity of the
veterans' reported symptom complaints.

D-08/26/08  18:07
T-08/28/08  11:13
TA31  175776

                Signed by:  /es/  MATTHEW DOOLEY
                            STAFF PSYCHOLOGIST BEHAVIORAL SVCS
                            09/04/2008 16:30

                        Analog Pager:  112

08/21/2008 16:30  Local Title: PSYCHOLOGY GENERAL NOTE
                  Standard Title: PSYCHOLOGY NOTE

D:  The veteran attended a 60-minute CPT session on his service-connected
diagnosis of post-traumatic stress disorder.

This was the fourth session of the CPT protocol. The veteran arrived having
completed his practice assignments relating to writing a detailed account of his
most traumatic event and daily monitoring of thoughts, feelings, and behaviors.
The patient demonstrated mild distress in this session when discussing his
thoughts and feelings about the traumatic event, but seemed able to tolerate
these emotions.  The goal of this intervention is to increase his access to and
expression of these feelings and to allow the natural resolution of them.  The
therapist used cognitive therapy strategies to challenge the patient's apparent
dysfunctional interpretations about the event.

The session concluded with practice to write again about the most
traumatic event the patient has experienced and to further elaborate on
the sensory and emotional details.  He agreed to include his thoughts and
feelings while writing the account and to read the account daily.

A:  The veteran displayed mildly anxious mood with restricted affect.
His degree of affective expression seemed mild to moderate.  However, he
was describing feelings of guilt with associated physiological
correlates.  He did not demonstrate symptoms of agitation upon exit from
session.  He denied and did not demonstrate symptoms consistent with
current suicidal ideation, homicidal ideation, auditory or visual
hallucination.  His speech was logical, coherent, and sequential. His
insight and judgment appeared good.

Diagnosis: Post-traumatic stress disorder.

Treatment Plan:  The veteran agrees to continued attendance at cognitive
processing therapy on an individual basis.

The next individual contact with veteran will have the veteran reading
his second trauma account aloud, helping him to identify differences
between the first and second accounts, engaging veteran in challenging
assumptions and conclusions that he has made after processing affect with
particular focus on self blame, introduction of challenging questions
worksheets.

Therapeutic Goal:  Reduction in the frequency and/or severity of the
veteran's reported symptom complaints.

M42

----------- PN - Progress Notes (max 50 occurrences or 4 years) -------------
(continued)

During processing of homework, veteran admitted that he had not been re-reading last written account of index event. He does report continued mild disturbance during the reading. Reminded veteran of need to habituate and Recommended veteran continue re-reading event, aloud if possible until next contact for further assessment. Veteran expressed understanding and agreement with this recommendation.

A:  The veteran displayed mildly anxious mood with restricted affect. He denied and did not demonstrate symptoms consistent with current suicidal ideation, homicidal ideation, auditory or visual hallucinations. His speech was logical, coherent, and sequential. His insight and judgment appeared good.

DIAGNOSIS:  Post-traumatic stress disorder.

TREATMENT PLAN:  The veteran agreed to continued attendance at cognitive processing therapy on an individual basis.

The next individual contact with the veteran will include a review of veteran's completed patterns of problematic thinking worksheets on stuck points, introduction of challenging beliefs worksheets with a trauma example, introduction of the first of five problem areas (safety) related to self and others.

THERAPEUTIC GOAL:  Reduction in the frequency and/or severity of the veteran's reported symptom complaints.

D:     9/4/2008   5:33 PM
T:     9/6/2008   TA22 #178441


                    Signed by:   /es/ MATTHEW DOOLEY
                                 STAFF PSYCHOLOGIST BEHAVIORAL SVCS
                                 09/18/2008 16:28

                             Analog Pager:   112

08/26/2008 17:00  Local Title: PSYCHOLOGY GENERAL NOTE
                  Standard Title: PSYCHOLOGY NOTE


D:     The veteran attended a 50-minute CPT session on his service-connected diagnosis of post-traumatic stress disorder. This was the fifth session of CPT for PTSD.

The veteran arrived, having completed his practice assignment related to rewriting his traumatic event including further elaboration and inclusion of his current thoughts and feelings. He appeared able to experience the associated affect and the stresses related to them seemed decreased since the last session. He also commented on improved ability to complete the assignment, suggestive of decreased agitation during completion of exercise. Cognitions about self-blame and guilt was specifically targeted for cognitive restructuring. In addition, the challenging questions were introduced to the patient to aid his own challenge of dysfunctional and erroneous beliefs. The notion of stuck points was reviewed and the patient agreed to identify one stuck point each day to challenge with the aid of the challenging questions work-sheets. He also agreed to re-read the last written account of index event on a daily basis until the next contact.

A:  The veteran displayed moderately anxious mood with restricted affect. He demonstrated mild agitation during reading of second account. He appeared able to self-soothe and exited session without observed agitation. He denied and did not demonstrate symptoms consistent with current suicidal ideation, homicidal ideation, and auditory or visual hallucination. His speech was logical, coherent, and sequential. His insight and judgment appeared good.

        DIAGNOSIS:  Post-traumatic stress disorder.

                                    M43

06/30/2009 09:41

************* CONFIDENTIAL Clinical Data (4y) SUMMARY  pg. 29 ****▮▮▮▮▮▮▮▮▮▮▮
LASKOWSKI,STANLEY P III ▮▮▮▮▮▮▮▮▮▮▮        DOB: ▮▮▮▮▮▮▮▮▮▮▮

------------- PN - Progress Notes (max 50 occurrences or 4 years) -------------
                                (continued)

    OPT QUETIAPINE 100MG TAB (DISCONTINUED BY PROVIDER/30 Days Supply
Last Released: 1/10/08)
        TAKE ONE-HALF TABLET BY MOUTH AT BEDTIME

    OPT QUETIAPINE 200MG TAB (DISCONTINUED (EDIT)/30 Days Supply Last
Released: 12/14/07)
        TAKE ONE-HALF TABLET BY MOUTH AT BEDTIME

    OPT RISPERIDONE 2 MG (DISCONTINUED BY PROVIDER/30 Days Supply Last
Released: 4/26/08)
        TAKE ONE-HALF TABLET BY MOUTH TWICE A DAY FOR MOOD
STABILIZATION

    OPT TRAMADOL 50MG TAB (DISCONTINUED BY PROVIDER/30 Days Supply
Last Released: 2/26/08)
        TAKE TWO TABLETS BY MOUTH THREE TIMES A DAY AS NEEDED AS
NEEDED FOR
        PAIN

    OPT VENLAFAXINE EXTENDED RELEASE 75MG CAPS (DISCONTINUED BY
PROVIDER/30 Days Supply Last Released: 1/22/08)
        TAKE ONE CAPSULE BY MOUTH DAILY WITH FOOD

    OPT ZOLPIDEM 10 MG TAB (EXPIRED/30 Days Supply Last Released:
8/4/08)
        TAKE ONE TABLET BY MOUTH AT BEDTIME AS NEEDED
        **************************************************************
********
   Outpatient Medication Review
   A new medication is to be added after review of current medication
   profile at this clinic visit. See plan of care above.  Patient
   verbalizes understanding of use of new medication(s).
   Comment: Tylenol #3
   Outpatient medications with doses or frequency changes. See Plan of
   Care above. Patient verbalizes understanding of medication dose
   or frequency changes.
   A medication is to be discontinued during medication profile review
   at this clinic visit. See Plan of Care above. Patient verbalizes
   understanding of discontinuation of medication(s).
   Comment: Fiorinol

        Signed by:  /es/  IQBAL A KHAN
                    STAFF PHYSICIAN(NEUROLOGY)MEDICAL SERVICE
                    09/08/2008 14:05

                    Analog Pager:  721

09/04/2008 16:30  Local Title: PSYCHOLOGY GENERAL NOTE
                  Standard Title: PSYCHOLOGY NOTE


D:  The veteran attended a 50-minute CPT session on his service-connected
diagnosis of post-traumatic stress disorder.  This was the sixth session
of CPT.

The veteran arrived having completed his practice assignments related to
challenging stuck points daily with aid of the challenging questions
worksheet.  Stuck points related to self-blame and hindsight bias were
particularly targeted.  Patterns of problematic thinking contributing to
stuck point development continue to be targeted for restructuring.  The patient
appears to have developed a greater ability to challenge his dysfunctional and
erroneous beliefs associated with his stuck points.  Patterns of problematic
thinking, for example minimization, exaggeration, and all or none
thinking were introduced and examples from the patient's thinking about
his traumatic event and life in general were used to illustrate these
patterns.  He agreed to identify examples of each problematic thinking
pattern from his stuck points before the next session as well as
continued re-reading of the last written account of the index event.

                          M44

06/30/2009 09:41

************ CONFIDENTIAL Clinical Data (4y) SUMMARY   pg. 28 ***************
LASKOWSKI,STANLEY P III                                              DOB:

------------ PN - Progress Notes (max 50 occurrences or 4 years) -------------
(continued)

   Supply: 90      Rx Expiration Date: 6/6/09          Refills
   Remaining: 2

  OPT PHENYTOIN 100MG (DILANTIN) CAP
     TAKE THREE CAPSULES BY MOUTH EVERY DAY
       Last Released: 8/5/08                      Days
   Supply: 90      Rx Expiration Date: 8/6/09          Refills
   Remaining: 3

------------------------------------------------------------------
Other medications previously dispensed in the last year:

OPT ACETAMINOPHEN 300MG WITH CODEINE 30MG (DISCONTINUED BY
PROVIDER/30 Days Supply Last Released: 7/8/08)
    TAKE 2 TABLETS BY MOUTH EVERY 8 HOURS AS NEEDED

OPT BUSPIRONE  5 MG TABLET (DISCONTINUED BY PROVIDER/30 Days
Supply Last Released: 1/30/08)
    TAKE ONE TABLET BY MOUTH TWICE A DAY WITH MEALS

OPT BUTALBITAL CPD & APAP TAB (DISCONTINUED/10 Days Supply Last
Released: 7/31/08)
    TAKE 1 TABLET BY MOUTH EVERY 6 HOURS AS NEEDED FOR PAIN AND
HEADACHE

OPT CITALOPRAM 20MG TAB (DISCONTINUED BY PROVIDER/30 Days Supply
Last Released: 3/4/08)
    TAKE ONE-HALF TABLET BY MOUTH EVERY MORNING FOR 10 DAYS, THEN
TAKE ONE
    TABLET EVERY MORNING AFTER MEAL

OPT DIVALPROEX ER 500MG TAB (DISCONTINUED BY PROVIDER/30 Days
Supply Last Released: 3/17/08)
    TAKE ONE TABLET BY MOUTH AT BEDTIME FOR 3 DAYS, THEN TAKE TWO
TABLET
    AT BEDTIME

OPT DULOXETINE 20MG CAP (DISCONTINUED BY PROVIDER/30 Days Supply
Last Released: 3/10/08)
    TAKE ONE CAPSULE BY MOUTH EVERY OTHER DAY

OPT FIORINAL # 3 (30MG CODEINE) (DISCONTINUED BY PROVIDER/30 Days
Supply Last Released: 8/11/08)
    TAKE 1 CAPSULE BY MOUTH FOUR TIMES A DAY AS NEEDED

OPT FLUOXETINE 20 MG CAP (DISCONTINUED BY PROVIDER/30 Days Supply
Last Released: 2/25/08)
    TAKE ONE CAPSULE BY MOUTH TWICE A DAY WITH MEALS

OPT HYDROXYZINE 10MG TABLET (DISCONTINUED BY PROVIDER/30 Days
Supply Last Released: 4/7/08)
    TAKE ONE TABLET BY MOUTH TWICE A DAY AS NEEDED FOR ANXIETY

OPT HYDROXYZINE PAMOATE 25MG CAP (DISCONTINUED BY PROVIDER/30 Days
Supply Last Released: 3/20/08)
    TAKE ONE CAPSULE BY MOUTH TWICE A DAY AS NEEDED FOR ANXIETY,
MAY TAKE
    1 OR 2 TABS

OPT MIRTAZAPINE 15 MG TABLET (DISCONTINUED BY PROVIDER/30 Days
Supply Last Released: 1/10/08)
    TAKE ONE AND ONE-HALF TABLETS BY MOUTH AT BEDTIME

OPT PAROXETINE 40 MG TAB (DISCONTINUED BY PROVIDER/30 Days Supply
Last Released: 1/30/08)
    TAKE ONE-HALF TABLET BY MOUTH EVERY DAY

M45

06/30/2009 09:41
************ CONFIDENTIAL Clinical Data (4y) SUMMARY   pg. 27 ************
LASKOWSKI,STANLEY P III   ████████████                DOB: ████████████

------------- PN - Progress Notes (max 50 occurrences or 4 years) -------------
(continued)

I am also not sure if his seizures were really secondary to his
medications and he may have unprovoked seizures as well.

At this time I have advised him to restart gabapentin for
seizure prophylaxis but he chooses not to at this time.
However, he has been given an option that once he decides to
start the drug give me a call and I will order it from pharmacy.

For his hip pain I have ordered Tylenol #3 one tablet q. 8 hours
p.r.n.

Fiorinol is discontinued because he feels upset stomach and other
side effects with that drug.  He will follow up with me in 6
months.


IAK/OSi/227352/2/09/08/2008 16:02:31/rc/D:09/08/2008
14:15:19/T:09/08/2008
15:06:00/VAJob#:3246104/IChartJob#32595441/25904338



            Signed by:  /es/  IQBAL A KHAN
                              STAFF PHYSICIAN(NEUROLOGY)MEDICAL SERVICE
                              09/09/2008 08:39

                         Analog Pager:  721

09/08/2008 14:04  Local Title: PROVIDER MEDICATION RECONCILIATION NOTE
                  Standard Title: E & M NOTE

  PROVIDER Med Reconciliation:


        09/08/2008 14:04
        ********************** CONFIDENTIAL UAP SUMMARY   pg. 1
        **********************
        LASKOWSKI,STANLEY P III

        ------------------------- BADR - Brief Adv React/All
        -------------------------

           Allergy/Reaction: TRAMADOL

        ------------------------- AJEY UAP PHARMACY PROFILE
        -------------------------

        ---------------------------------------------------------------
        ---------------
        Alphabetical list of all prescriptions, inpatient orders and
        Non-VA meds
        Legend: OPT = VA issued outpatient prescription, INP = VA issued
        inpatient order
        Non-VA Meds Last Documented On: ** Data not found **
        ---------------------------------------------------------------
        ---------------
        OPT CAPSAICIN 0.075% CREAM (GM)
             APPLY SMALL AMOUNT TOPICALLY TWICE A DAY AS NEEDED TO
        AFFECTED AREA
                         Last Released: 6/5/08              Days
        Supply: 30    · Rx Expiration Date: 6/6/09 · · · ·   Refills
        Remaining: 3
        OPT MULTIVITAMIN TABLETS
             TAKE 1 TABLET BY MOUTH EVERY DAY
                         Last Released: 6/20/08             Days

M46

```
                                                              06/30/2009 09:41
************** CONFIDENTIAL Clinical Data (4y) SUMMARY   pg. 26 **************
LASKOWSKI,STANLEY P III    [REDACTED]                  DOB: [REDACTED]
```

----------- PN - Progress Notes (max 50 occurrences or 4 years) -------------
(continued)

profile at this clinic visit. See plan of care above.   Patient
verbalizes understanding of use of new medication(s).

Signed by:  /es/  INDUBHAI M PATEL, MD
            STAFF PHYSICIAN, PRIMARY CARE
            09/11/2008 13:37

Analog Pager:  272

09/10/2008 11:09  Local Title: PSYCHOLOGY GENERAL NOTE
                  Standard Title: PSYCHOLOGY NOTE

received message from veteran indicating his need to CX appt scheduled for
9/11/08 due to transportation issues. Veteran is already rescheduled for
9/18/08.

Signed by:  /es/  MATTHEW DOOLEY
            STAFF PSYCHOLOGIST BEHAVIORAL SVCS
            09/10/2008 11:10

Analog Pager:  112

09/08/2008 14:05  Local Title: MED NEUROLOGY NOTE
                  Standard Title: NEUROLOGY NOTE


HISTORY OF PRESENT ILLNESS:  This is a 30-year-old male who has
history of seizures, as well as headaches.  On last visit I had
advised him to start phenytoin which was prescribed for
prevention of seizures.  Although his seizures may seem to be
provoked seizures from the medications he has taken in the past
including tramadol and antidepressants it seems like he may have
epilepsy.  He had seizures in February, May, and July of this
year, the last one on July 4th.  He ascribed these seizures to
his taking tramadol and Prozac because every time he had a
seizure he was at least on tramadol.  At one time he was on
tramadol, as well as on Prozac.  There is no family history of
epilepsy.  EEG was unremarkable.  MRI of the brain in April is
reported unremarkable by him.  ER doctor in Carbondale Hospital
where he was taken after a seizure reported his seizures to
department of transportation who has sent him a letter to be
filled out by physician.  He forgot to bring that to the office.

In the interim since I saw him last in August 2008 he saw Dr.
Dhaduk who he knows from before who prescribed gabapentin for
seizure protection or prophylaxis and advised him not to take
phenytoin because of long-term side effects.  Patient has not
started that drug either yet.

He is saying he has had no seizures since July 4, 2008.

Another problem is his headaches and his bilateral hip pain
which he says is related to his service related traumas and
exercises et cetera, for which he says he takes Tylenol #3 which
helps.  For headaches usually Benadryl helps.  He ascribes his
headaches to allergies.

He is stable otherwise and looks healthy.

PHYSICAL EXAMINATION:  Physical exam is unchanged from past
results.

In conclusion he is not on any antiepileptic at this time and
chooses not to be treated for seizure prophylaxis.

The veteran has a strong thought that his seizures were related
to the medications as mentioned above.   M47

************ CONFIDENTIAL Clinical Data (4y) SUMMARY   pg. 25 ****************
LASKOWSKI,STANLEY P III   ▓▓▓▓▓▓▓▓   DOB: ▓▓▓▓▓▓▓▓

----------- PN - Progress Notes (max 50 occurrences or 4 years) ------------
(continued)

TAKE ONE
        TABLET EVERY MORNING AFTER MEAL

OPT DIVALPROEX ER 500MG TAB (DISCONTINUED BY PROVIDER/30 Days
Supply Last Released: 3/17/08)
        TAKE ONE TABLET BY MOUTH AT BEDTIME FOR 3 DAYS, THEN TAKE TWO
TABLET
        AT BEDTIME

OPT DULOXETINE 20MG CAP (DISCONTINUED BY PROVIDER/30 Days Supply
Last Released: 3/10/08)
        TAKE ONE CAPSULE BY MOUTH EVERY OTHER DAY

OPT FIORINAL # 3 (30MG CODEINE) (DISCONTINUED BY PROVIDER/30 Days
Supply Last Released: 8/11/08)
        TAKE 1 CAPSULE BY MOUTH FOUR TIMES A DAY AS NEEDED

OPT FLUOXETINE 20 MG CAP (DISCONTINUED BY PROVIDER/30 Days Supply
Last Released: 2/25/08)
        TAKE ONE CAPSULE BY MOUTH TWICE A DAY WITH MEALS

OPT HYDROXYZINE 10MG TABLET (DISCONTINUED BY PROVIDER/30 Days
Supply Last Released: 4/7/08)
        TAKE ONE TABLET BY MOUTH TWICE A DAY AS NEEDED FOR ANXIETY

OPT HYDROXYZINE PAMOATE 25MG CAP (DISCONTINUED BY PROVIDER/30 Days
Supply Last Released: 3/20/08)
        TAKE ONE CAPSULE BY MOUTH TWICE A DAY AS NEEDED FOR ANXIETY,
MAY TAKE
        1 OR 2 TABS

OPT MIRTAZAPINE 15 MG TABLET (DISCONTINUED BY PROVIDER/30 Days
Supply Last Released: 1/10/08)
        TAKE ONE AND ONE-HALF TABLETS BY MOUTH AT BEDTIME

OPT PAROXETINE 40 MG TAB (DISCONTINUED BY PROVIDER/30 Days Supply
Last Released: 1/30/08)
        TAKE ONE-HALF TABLET BY MOUTH EVERY DAY

OPT QUETIAPINE 100MG TAB (DISCONTINUED BY PROVIDER/30 Days Supply
Last Released: 1/10/08)
        TAKE ONE-HALF TABLET BY MOUTH AT BEDTIME

OPT QUETIAPINE 200MG TAB (DISCONTINUED (EDIT)/30 Days Supply Last
Released: 12/14/07)
        TAKE ONE-HALF TABLET BY MOUTH AT BEDTIME

OPT RISPERIDONE 2 MG (DISCONTINUED BY PROVIDER/30 Days Supply Last
Released: 4/26/08)
        TAKE ONE-HALF TABLET BY MOUTH TWICE A DAY FOR MOOD
STABILIZATION

OPT TRAMADOL 50MG TAB (DISCONTINUED BY PROVIDER/30 Days Supply
Last Released: 2/26/08)
        TAKE TWO TABLETS BY MOUTH THREE TIMES A DAY AS NEEDED AS
NEEDED FOR
        PAIN

OPT VENLAFAXINE EXTENDED RELEASE 75MG CAPS (DISCONTINUED BY
PROVIDER/30 Days Supply Last Released: 1/22/08)
        TAKE ONE CAPSULE BY MOUTH DAILY WITH FOOD

OPT ZOLPIDEM 10 MG TAB (EXPIRED/30 Days Supply Last Released:
8/4/08)
        TAKE ONE TABLET BY MOUTH AT BEDTIME AS NEEDED

****************************************************************
*******
Outpatient Medication Review
    A new medication is to be added after review of current medication

M48

06/30/2009 09:41

\*\*\*\*\*\*\*\*\*\*\*\*\*  CONFIDENTIAL Clinical Data (4y) SUMMARY   pg. 24 \*\*\*\*\*\*\*\*\*\*\*\*\*
LASKOWSKI,STANLEY P III ▮▮▮▮▮▮▮▮               DOB: ▮▮▮▮▮▮▮

------------ PN - Progress Notes (max 50 occurrences or 4 years) ------------
(continued)

09/11/2008 13:34
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*  CONFIDENTIAL UAP SUMMARY   pg. 1
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
LASKOWSKI,STANLEY P III
------------------------- BADR - Brief Adv React/All
-------------------------

     Allergy/Reaction: TRAMADOL

------------------------- AJEY UAP PHARMACY PROFILE
-------------------------

------------------------------------------------------------------
Alphabetical list of all prescriptions, inpatient orders and
Non-VA meds
Legend: OPT = VA issued outpatient prescription, INP = VA issued
inpatient order
Non-VA Meds Last Documented On: \*\* Data not found \*\*
------------------------------------------------------------------

OPT ACETAMINOPHEN 300MG WITH CODEINE 30MG
     TAKE 1 TABLET BY MOUTH EVERY 8 HOURS AS NEEDED HIP AND LOWER
BACK PAIN
                   Last Released: 9/8/08             Days
Supply: 30
                   Rx Expiration Date: 10/8/08       Refills
Remaining: 0

OPT CAPSAICIN 0.075% CREAM (GM)
     APPLY SMALL AMOUNT TOPICALLY TWICE A DAY AS NEEDED TO
AFFECTED AREA
                   Last Released: 6/5/08             Days
Supply: 30
                   Rx Expiration Date: 6/6/09        Refills
Remaining: 3

OPT MULTIVITAMIN TABLETS
     TAKE 1 TABLET BY MOUTH EVERY DAY
                   Last Released: 6/20/08            Days
Supply: 90
                   Rx Expiration Date: 6/6/09        Refills
Remaining: 2

OPT PHENYTOIN 100MG (DILANTIN) CAP
     TAKE THREE CAPSULES BY MOUTH EVERY DAY
                   Last Released: 8/5/08             Days
Supply: 90
                   Rx Expiration Date: 8/6/09        Refills
Remaining: 3

------------------------------------------------------------------
Other medications previously dispensed in the last year:

OPT BUSPIRONE  5 MG TABLET (DISCONTINUED BY PROVIDER/30 Days
Supply Last Released: 1/30/08)
     TAKE ONE TABLET BY MOUTH TWICE A DAY WITH MEALS

OPT BUTALBITAL CPD & APAP TAB (DISCONTINUED/10 Days Supply Last
Released: 7/31/08)
     TAKE 1 TABLET BY MOUTH EVERY 6 HOURS AS NEEDED FOR PAIN AND
HEADACHE

OPT CITALOPRAM 20MG TAB (DISCONTINUED BY PROVIDER/30 Days Supply
Last Released: 3/4/08)
     TAKE ONE-HALF TABLET BY MOUTH EVERY MORNING FOR 10 DAYS, THEN

M49

```
                                                            06/30/2009 09:41
************* CONFIDENTIAL Clinical Data (4y) SUMMARY   pg. 23 *************
LASKOWSKI,STANLEY P III        ▆▆▆▆▆▆▆▆        DOB: ▆▆▆▆▆▆▆▆
```

------------ PN - Progress Notes (max 50 occurrences or 4 years) ------------
(continued)

melena, bright red blood per rectum, hematuria, urgency, dysuria, weakness,
blurred vision, slurred speech, sensory loss.

Allergies: Patient has answered NKA
MEDICATIONS:
Active Outpatient Medications (including Supplies):

| Active Outpatient Medications | Status |
|---|---|
| 1) ACETAMINOPHEN 300MG WITH CODEINE 30MG TAKE 1 TABLET BY MOUTH EVERY 8 HOURS AS NEEDED HIP AND LOWER BACK PAIN | ACTIVE |
| 2) CAPSAICIN 0.075% CREAM (GM) APPLY SMALL AMOUNT TOPICALLY TWICE A DAY AS NEEDED TO AFFECTED AREA | ACTIVE |
| 3) MULTIVITAMIN TABLETS TAKE 1 TABLET BY MOUTH EVERY DAY | ACTIVE |
| 4) PHENYTOIN 100MG (DILANTIN) CAP TAKE THREE CAPSULES BY MOUTH EVERY DAY | ACTIVE |

| Pending Outpatient Medications | Status |
|---|---|
| 1) DIPHENHYDRAMINE 25 MG CAPSULES TAKE ONE CAPSULE BY MOUTH AT BEDTIME AS NEEDED | PENDING |

PMH:
Posttraumatic Stress Disorder (ICD-9-CM Hip Pain
Tobacco Use Disorder, Continuous

OBJECTIVE:
VITAL SIGNS: T 98.5 F [36.9 C] (09/11/2008 13:09), R 18 (09/11/2008 13:09), P 70
(09/11/2008 13:09), BP 122/79 (09/11/2008 13:09)
3/2/08 @ 1206        PULSE OXIMETRY: 99
GENERAL: alert and oriented, afebrile, comfortable, not in any distress.
SKIN:   no jaundice, no pallor, no cyanosis, dry, non-scaly
HEENT: NCAT, anicteric sclerae, pink conjunctiva, PERRLA, moist oral mucosa.
NECK:   supple, no JVD, no carotid bruit, no lymphadenopathy/ thyromegaly.
CHEST: Symmetrical, nontender.
LUNGS: Clear bilatereally, no rales/wheezes
HEART: s1 s2, regular, no murmur/gallop.
ABD:    flat, soft, NABS +, nontender, no organomegaly/masses appareciated.
EXTS:   warm, no edema/cyanosis/clubbing, good peripheral pulses
CNS:    AAO x 3, no focal deficits noted.

LABS: reviewed.

A/P:
1. neck pain appear to be consistent with strained muscle
tylenol # 3 every 6 hr prn pain also advised for rest, apply capsain
cream as well as to use heating pads.
2. post traumatic stress disorder
follow up psych
3. traumatic brain injury
seen by neurology Dr.Hogg for TBI and was D/C from TBI clinic,  No evidence of
TBI
4. seizure disorder and headache, he is not on any antiepileptic at this time
and chooses not to be treated for seizure prophylaxis as per neuro Dr.Khan,
5. headaches. He ascribes his headaches to allergies, usually Benadryl helps,
asking benadryl from here which will be provided.

Patient was explained side effects of the medications, which he understood
and verbalized. Plan of therapy was discussed with the patient, and he was
agreeable.

Preventative - counselled regarding weight loss/exercise/smoking
cessation/Diet

LABS: CBC w/diff, lipid profile, Chem profile - before next visit.
RTC:  6 months to Primary Care Clinic or early if necessary

PROVIDER Med Reconciliation:        MSO

06/30/2009 09:41
*************** CONFIDENTIAL Clinical Data (4y) SUMMARY   pg. 22 ***************
LASKOWSKI,STANLEY P III                             DOB:

------------ PN - Progress Notes (max 50 occurrences or 4 years) -------------
(continued)

to safety stuck points and to reread the last written index event on a
daily basis.

A:  The veteran displayed mildly anxious mood with restricted affect. He
denied and did not demonstrate symptoms consistent with current suicidal
ideation, homicidal ideation, auditory or visual hallucination.  His
speech was logical, coherent, and sequential.  His insight and judgment
appeared good.

The veteran continues to show growing proficiency in his use of cognitive
restructuring exercises to challenge his maladaptive cognitions.  Despite
this, there continues to be some evidence of emotional reasoning present
in his narrative primarily in areas surrounding index event.  He
continues to demonstrate willingness to challenge these errors in
cognitions and resulting problem affect.

DIAGNOSIS:  Post-traumatic stress disorder.

TREATMENT PLAN:  The veteran agrees to continued attendance at cognitive
processing therapy on individual basis.

Next individual contact with veteran will include; review of the
challenging beliefs worksheets completed by the veteran on his safety
stuck points, helping the patient confront problematic cognitions and
generate alternative beliefs using the challenging beliefs sheet,
introduction of the trust module.

THERAPEUTIC GOAL:  Reduction in the frequency and/or severity of the veteran's
reported symptom complaints.  The veteran's completed PCLS to date demonstrate a
marked decrease in reported frequency and severity of symptom complaints.

D:  09/19/2008  11:50 AM
T:  09/20/2008  T28  183062


              Signed by:   /es/  MATTHEW DOOLEY
                           STAFF PSYCHOLOGIST BEHAVIORAL SVCS
                           09/25/2008 16:27

                           Analog Pager:  112

09/11/2008 13:18  Local Title: MED PRIMARY CARE NOTE
                  Standard Title: PRIMARY CARE NOTE

CHIEF COMPLAIN: follow up on chronic medical problems.

HISTORY OF PRESENT ILLNESS: LASKOWSKI,STANLEY P III, is a 30 year old veteran
came to my clinic today for a regular scheduled visit. He has PMHx of adjustment
Disorder, Posttraumatic Stress Disorder, Skin Rashes, Right Hip Bursitis, Left
Hip: Greater trochanteric bursitis, Right arm Fracture, Chronic Left Hip Pain,
sinusitis, Right heel Spur, Hearing Loss and Tinnitus. The patient is having
persistent problems, despite anti-inflammatory medication. The patient states he
injured his forearm when he fell on stairs in 2002. He was placed in a cast for
two weeks. He has Right plantar calcaneus spur from radiology report. Pt also
had Admission for Concussion due to Motor Vehicle Accidentin 1994. Pt was seen
by neurology Dr.Hogg for TBI and was D/C from TBI clinic.  No evidence of TBI,
for detail refer to neurology note dated jul 09, 2008 by Dr.Hogg. Patient is
actively followed by neurology for seizure disorder and headache, he is not on
any antiepileptic at this time and chooses not to be treated for seizure
prophylaxis as per neuro Dr.Khan. For his hip pain neuro ordered Tylenol #3 one
tablet q. 8 hoursp.r.n. Fiorinol was discontinued because he feels upset stomach
and otherside effects with that drug by neurology, for detail refer to neurology
note dated sept 08, 2008. pt also followed by psych for post traumatic stress
disoreder. pt reported to me that For headaches usually Benadryl helps.  He
ascribes his headaches to allergies, asking benadryl from here which will be
provided. denies any acute complain today.

Subjective: Denies any chest pain, shortness of breath, cough, fever, chills,
headache, dizziness, palpitation, abdominal pain, diarrhea, constipation,

M 51

06/30/2009 09:41
************* CONFIDENTIAL Clinical Data (4y) SUMMARY   pg. 21 *************
LASKOWSKI,STANLEY P III   ███████████        DOB: ████████

------------- PN - Progress Notes (max 50 occurrences or 4 years) -------------
(continued)

diagnosis of post-traumatic stress disorder. The patient completed his
practice assignment related to daily completion of the challenging
beliefs worksheet. Examples from these worksheets were reviewed to offer
further cognitive restructuring and to fine tune completion of the
worksheets. Safety related stuck points were specifically targeted. Stuck
points related to trust were introduced and he agreed to read materials
related to this theme. The patient agreed to complete a challenging
beliefs worksheet each day about stuck points before the next session. He
also agreed to continue reading the last written account of the index
event. During processing of completed homework veteran continues to
describe growing habituation to re-reading of index event. Further
reviewing of the index event will be considered at next contact.

A:  The veteran displayed mildly anxious mood with restricted affect. He
denied and did not demonstrate symptoms consistent with current suicidal
ideation, homicidal ideation, auditory or visual hallucination. His
speech was logical, coherent, and sequential. His insight and judgment
appeared good.

Diagnosis:  Post-traumatic stress disorder.

Treatment plan:  The veteran agrees to continued attendance at cognitive
processing therapy on an individual basis.

Next individual contact with veteran will include:  Review of challenging
beliefs worksheets to challenge trauma related trust stuck points,
discussion on judgment issues that may arise in stuck points related to
trust, introduction of the third of five problem areas of power/control.

Therapeutic goal:  Reduction in the frequency and/or severity of the
veteran's reported symptom complaints.

d- 9/25/08 6:33 p.m.
t- 9/27/08 5:41 a.m.
J# 184827  TA12


            Signed by:  /es/  MATTHEW DOOLEY
                        STAFF PSYCHOLOGIST BEHAVIORAL SVCS
                        10/02/2008 16:30

                        Analog Pager:  112

09/18/2008 16:30  Local Title: PSYCHOLOGY GENERAL NOTE
                  Standard Title: PSYCHOLOGY NOTE


D:  The veteran attended a 50-minute CPT session on his service-connected
diagnosis of post-traumatic stress disorder. This was the 7th session of
CPT.

The veteran arrived having completed his practice assignments related to
identifying patterns of problematic thinking and rereading of his last
written index event. During processing of completion of these
assignments, the veteran reports that he has increased his frequency of
rereading index event and that he has noticed greater level of habituation.
Advised the veteran to continue rereading the event between contacts
until further notice. The veteran expressed understanding and agreement.

The challenging beliefs worksheet was introduced as a method of self
guided cognitive restructuring. An example stuck point was used to
illustrate the use of the worksheet. The veteran appears to be
increasingly able to challenge his own maladaptive thinking. The five
themes targeted in the remainder of the treatment were introduced with a
focus of safety for exploration in the next session.

The veteran agreed to complete a challenging beliefs worksheet each day
about stuck points before the next session, to read the materials related

M52

06/30/2009 09:41

************** CONFIDENTIAL Clinical Data (4y) SUMMARY   pg. 20 **************
LASKOWSKI,STANLEY P III      ██████████      DOB: ██████████

------------ PN - Progress Notes (max 50 occurrences or 4 years) ------------
(continued)

Receipt Acknowledged by:  /es/  SANDRA DOMPKOSKY RN MSN
                          OIF/OEF RN Case Manager
                          10/06/2008 07:57

                          Analog Pager:  277

10/02/2008 16:30  Local Title: PSYCHOLOGY GENERAL NOTE
                  Standard Title: PSYCHOLOGY NOTE

D:  The veteran attended a 60-minute CPT session on his service-connected
diagnosis of post-traumatic stress disorder.

This was the 9th session of CPT for post-traumatic stress disorder. The
patient arrived having completed his practice assignment related to daily
completion of the challenging beliefs worksheets and re-reading of the last
written index event.  Example from the worksheets were reviewed to offer
further cognitive restructuring and to fine tune completion of the worksheets.
Trust related stuck points were specifically targeted. Stuck points related to
power and control were introduced and he agreed to read materials related to
this theme. The patient also agreed to complete a challenging beliefs worksheet
each day about stuck points before the next session.

During processing of veteran's rereading of index event, the veteran reported
habituation to rereading of index event.  He also appears to have allowed for
emotional expression while rereading based upon the veteran's report of progress
in rereading of index event.  Advised the veteran to discontinue rereading of
the index event at this time.

A:  The veteran displayed mildly anxious mood with broad affect.  He
denied and did not demonstrate symptoms consistent with current suicidal
ideation, homicidal ideation, auditory or visual hallucination.  His
speech was logical, coherent, and sequential.  His insight and judgment
appeared good.

DIAGNOSIS:  Post-traumatic stress disorder.

TREATMENT PLAN: continued attendance and cognitive processing therapy on an
individual basis.

Next individual contact with veteran will include:  Discussing connection
between power, control, and self blame, helping to challenge related problematic
cognitions using the worksheets, reviewing of ways of giving and taking power,
introduction of the fourth of five problem areas of esteem.

THERAPEUTIC GOAL:  Reduction in the frequency and/or severity of the
veteran's reported symptom complaints.  The veteran's completed PCLS have
showed marked decrease in reported frequency and severity of his
post-traumatic stress disorder symptoms over the course of this treatment to
date.
D:  10/02/2008  5:36 PM
T:  10/05/2008  T28  186902

              Signed by:  /es/  MATTHEW DOOLEY
                          STAFF PSYCHOLOGIST BEHAVIORAL SVCS
                          10/09/2008 16:27

                          Analog Pager:  112

09/25/2008 16:30  Local Title: PSYCHOLOGY GENERAL NOTE
                  Standard Title: PSYCHOLOGY NOTE

D:  The veteran attended a 50 minute CPT session on his service connected
diagnosis of post-traumatic stress disorder.

This was the eighth session of CPT on the veteran's service connected

MS 3

------------- PN - Progress Notes (max 50 occurrences or 4 years) -------------
(continued)
                Ref:  NO SHOW NOTE                 Dated:  10/23/2008 15:14

D: VETERAN RETURNED CALL AND ASKED TO BE RESCHEDULED, VET HAS A F/U APPT. ON
10/30/08 AT 3 PM.

                Signed by:  /es/  JOSEPH R. BEAM
                            ADDICTION THERAPIST
                            10/27/2008 08:46

                        Analog Pager:  836

10/09/2008 16:30  Local Title: PSYCHOLOGY GENERAL NOTE
                  Standard Title: PSYCHOLOGY NOTE

D:  The veteran attended a 60-minute CPT session on his service-connected
diagnosis of post-traumatic stress disorder.  This was the 10th session
of CPT.

The veteran arrived having completed his practice assignments related to
daily completion of the challenging beliefs worksheet.  Examples from
these worksheets were reviewed to offer further cognitive restructuring
and to fine tune completion of the worksheets.  Power and control related
stuck points were specifically targeted.  Stuck points related to esteem
were introduced and he agreed read materials related to this theme.  The
patient also agreed to complete a challenging belief's worksheet about
stuck points, give or receive a compliment each day before the next
session and to do one nice thing for himself daily.

A:  The veteran displayed mildly anxious mood with broad affect.  He
denied and did not demonstrate symptoms consistent with current suicidal
ideation, homicidal ideation, auditory or visual hallucination.  His
speech was logical, coherent, and sequential.  His insight and judgment
appeared good.

DIAGNOSIS:  Post-traumatic stress disorder.

TREATMENT PLAN:  Individual psychotherapy using cognitive processing
protocol.

NEXT INDIVIDUAL CONTACT:  Discuss the patient's reactions to giving and
receiving compliments and engaging in a pleasant activity, discuss how patient
identifies esteem issues and assumptions and challenge them using challenging
belief's worksheets, introduce the fifth of five problem areas of intimacy.

THERAPEUTIC GOAL:  Reduction in the frequency and/or severity of the
veteran's reported symptom complaints.
D:  10/09/2008  5:25 PM
T:  10/10/2008  T28  188904

                Signed by:  /es/  MATTHEW DOOLEY
                            STAFF PSYCHOLOGIST BEHAVIORAL SVCS
                            10/13/2008 14:36

                        Analog Pager:  112

10/03/2008 11:57  Local Title: TLCP OIF/OEF
                  Standard Title: OEF/OIF TELEPHONE ENCOUNTER NOTE

Data: Attempted to contact veteran re: No show for Psych Dooley appt on
10/2/2008. Unable to speak to veteran however voicemail message was left with
rescheduling information and also appt information for 10/9, 10/16, 10/23 appts
with Dr. Dooley.

                Signed by:  /es/  Karen L. Berkheiser, RN BSN
                            OEF/OIF RN Case Manager

                            M54

\*\*\*\*\*\*\*\*\*\*\*\*\*\*  CONFIDENTIAL Clinical Data (4y) SUMMARY   pg. 18 \*\*\*\*\*\*\*\*\*\*\*\*\*\*
LASKOWSKI,STANLEY P III ███████████            DOB:

------------- PN - Progress Notes (max 50 occurrences or 4 years) -------------
(continued)

speech was logical, coherent, and sequential.  His insight and judgment
appeared good.

DIAGNOSIS:  Post-traumatic stress disorder.

TREATMENT PLAN:   Individual psychotherapy using cognitive processing
protocol for post-traumatic stress disorder.

NEXT INDIVIDUAL CONTACT:  Help patient identify assumptions, any remaining stuck
points and assist patient in challenging those assumptions with CBW, the patient
to read impact statement, reviewing the course of treatment and patient's
progress, identification of goals for future and delineation of strategies for
meeting those goals, termination and scheduling of 1 month follow up.

D:  10/23/2008  6:20 PM
T:  10/24/2008  T28  192984

                    Signed by:  /es/  MATTHEW DOOLEY
                                STAFF PSYCHOLOGIST BEHAVIORAL SVCS
                                10/27/2008 17:27

                            Analog Pager:  112

10/23/2008 15:14  Local Title: NO SHOW NOTE
                  Standard Title: NO SHOW NOTE

     Job 03-49, MRC Approved 12-10-03


LASKOWSKI,STANLEY P III did not show for clinic appointment. Chart reviewed.
Did not speak to patient

I was unable to reach the patient.  Send URGENT NO SHOW letter.

D: UNDERSIGNED LEFT MESSAGE ON VETS VOICE MAIL IN REGARDS TO NO-SHOW, WILL
CONTINUE TO MONITOR VET AND DOCUMENT WHEN RETURN CALL IS RECEIVED.

                    Signed by:  /es/  JOSEPH R. BEAM
                                ADDICTION THERAPIST
                                10/23/2008 15:16

                            Analog Pager:  836

  Receipt Acknowledged by:  /es/  MATTHEW DOOLEY
                            STAFF PSYCHOLOGIST BEHAVIORAL SVCS
                            10/23/2008 17:47

                            Analog Pager:  112

10/24/2008 10:13  Local Title: ADDENDUM
                  Standard Title: ADDENDUM
                      Ref:  NO SHOW NOTE              Dated:  10/23/2008 15:14

D: 2ND ATTEMPT, SAME RESULTS, LEFT MESSAGE ON VETS VOICE MAIL IN REGARDS TO NO-
SHOW.

                    Signed by:  /es/  JOSEPH R. BEAM
                                ADDICTION THERAPIST
                                10/24/2008 10:14

                            Analog Pager:  836

10/27/2008 08:45  Local Title: ADDENDUM
                  Standard Title: ADDENDUM          MSS

------------ PN - Progress Notes (max 50 occurrences or 4 years) ------------
(continued)

necessary.

A:  The veteran displayed mildly anxious mood with restricted affect.  He
denied and did not demonstrate symptoms consistent with current suicidal
ideation, homicidal ideation, auditory or visual hallucination.  His
speech was logical, coherent, and sequential.  His insight and judgment
appeared good.

DIAGNOSIS:  Post-traumatic stress disorder.

TREATMENT PLAN:  continue individual outpatient psychotherapy with this veteran
via scheduling of a one month follow up to assess further need of treatment.
The veteran agrees to attend post-deployment stress classes when available.

NEXT INDIVIDUAL CONTACT:  Primarily, assessment to determine further need
for additional trauma related psychological treatment services and/or
maintenance treatments.

THERAPEUTIC GOAL:  The veteran reported improvement via decrease in reported
symptom frequency and severity (PCLS).

D:  10/30/2008  5:47 PM
T:  11/01/2008  T28  195006

                    Signed by:  /es/  MATTHEW DOOLEY
                                STAFF PSYCHOLOGIST BEHAVIORAL SVCS
                                11/03/2008 15:18

                            Analog Pager:  112

10/30/2008 09:26  Local Title: TLCP SUBSTANCE ABUSE
                  Standard Title: TELEPHONE ENCOUNTER NOTE

D: VETERAN CALLED UNDERSIGNED TO CANCEL HIS APPT. DUE TO A SCHEDULING
CONFLICT, VET WAS RESCHEDULED FOR 11/13/08 AT 2 PM. APPT. LETTER SENT.

                    Signed by:  /es/  JOSEPH R. BEAM
                                ADDICTION THERAPIST
                                10/30/2008 09:27

                            Analog Pager:  836

10/23/2008 16:30  Local Title: PSYCHOLOGY GENERAL NOTE
                  Standard Title: PSYCHOLOGY NOTE

D:  The veteran attended a 50-minute CPT session on a service-connected
diagnosis of post-traumatic stress disorder.  This was the 11th session of
CPT.

The veteran arrived having completed his practice assignment related
to completing the CBW daily, giving and receiving a compliment each day,
and doing something nice for himself each day without feeling as though he
must earn it.  Examples from the worksheets were reviewed to offer further
cognitive restructuring and to fine tune completion of the worksheets.
Esteem related stuck points were specifically targeted. Stuck points
related to intimacy were introduced and he agreed to read materials
related to this theme.  The patient also agreed to complete a CBW about
stuck points each day and to write another impact statement describing his
current thoughts and beliefs about himself, others and the world related
to his traumatic experiences.  Also advised the veteran of recommendation
for one month follow up after next (final) session in this protocol.  The
veteran expressed understanding and agreement with all above recommendations.

A:  The veteran displayed mildly anxious mood with broad affect.  He
denied and did not demonstrate symptoms consistent with current suicidal
ideation, homicidal ideation, auditory or visual hallucination.  His

M S 6

************* CONFIDENTIAL Clinical Data (4y) SUMMARY   pg. 16 *******\*\*\*\*\*\*
LASKOWSKI,STANLEY P III   ███████████   DOB: ████████

------------ PN - Progress Notes (max 50 occurrences or 4 years) ------------
(continued)
                    Ref:  NO SHOW NOTE              Dated:  12/17/2008 12:55

2nd contact attempt-same result.

                    Signed by:  /es/  MATTHEW DOOLEY
                                STAFF PSYCHOLOGIST BEHAVIORAL SVCS
                                12/17/2008 15:27

                            Analog Pager:  112

12/18/2008 10:17  Local Title: ADDENDUM
                  Standard Title: ADDENDUM
                    Ref:  NO SHOW NOTE              Dated:  12/17/2008 12:55

3rd contact attempt-same result. Reviewed file. No current MH crisis SXs
indicated in file, since last contact with writer. Further contact attempts do
not appear necessary at this time.

                    Signed by:  /es/  MATTHEW DOOLEY
                                STAFF PSYCHOLOGIST BEHAVIORAL SVCS
                                12/18/2008 10:18

                            Analog Pager:  112

11/13/2008 14:11  Local Title: SUBSTANCE ABUSE GENERAL NOTE
                  Standard Title: SATP NOTE

D: VETERAN PRESENTS TODAY FOR D/A INITIAL EVALUATION, BECAUSE OF TIME
CONSTRAINTS VET WILL HAVE F/U APPT. SAME.

                    Signed by:  /es/  JOSEPH R. BEAM
                                ADDICTION THERAPIST
                                11/13/2008 14:14

                            Analog Pager:  836

11/13/2008 14:25  Local Title: ADDENDUM
                  Standard Title: ADDENDUM
                    Ref:  SUBSTANCE ABUSE GENERAL N Dated:  11/13/2008 14:11

D: F/U APPT. MADE FOR 12/17/08 AT 11 AM.

                    Signed by:  /es/  JOSEPH R. BEAM
                                ADDICTION THERAPIST
                                11/13/2008 14:26

                            Analog Pager:  836

10/30/2008 16:30  Local Title: PSYCHOLOGY GENERAL NOTE
                  Standard Title: PSYCHOLOGY NOTE

D:  The veteran attended a 50-minute CPT session on his service-connected
diagnosis of post-traumatic stress disorder.  This was the 12th and final
session of CPT for the veteran's diagnosis of post-traumatic stress
disorder.

The veteran completed his practice assignment relating to completing the CBWs
daily and writing a final impact statement.  Examples from the worksheets were
reviewed for further cognitive restructuring especially on the development and
maintenance of relationships.  The first and final impact statements were
compared which led to discussion about the course of this tx.

Goals for the future were established and the patient was encouraged to continue
using his developed skills.  The veteran agreed to a one month follow up
appointment and he expressed an understanding that he may contact this writer
and/or Mental Hygiene Clinic should additional mental health services become

M57

----------- PN - Progress Notes (max 50 occurrences or 4 years) -------------
(continued)

TAKE ONE CAPSULE BY MOUTH TWICE A DAY WITH MEALS

OPT HYDROXYZINE 10MG TABLET (DISCONTINUED BY PROVIDER/30 Days Supply
Last Released: 4/7/08)
TAKE ONE TABLET BY MOUTH TWICE A DAY AS NEEDED FOR ANXIETY

OPT HYDROXYZINE PAMOATE 25MG CAP (DISCONTINUED BY PROVIDER/30 Days
Supply Last Released: 3/20/08)
TAKE ONE CAPSULE BY MOUTH TWICE A DAY AS NEEDED FOR ANXIETY, MAY
TAKE
1 OR 2 TABS

OPT MIRTAZAPINE 15 MG TABLET (DISCONTINUED BY PROVIDER/30 Days Supply
Last Released: 1/10/08)
TAKE ONE AND ONE-HALF TABLETS BY MOUTH AT BEDTIME

OPT QUETIAPINE 100MG TAB (DISCONTINUED BY PROVIDER/30 Days Supply Last
Released: 1/10/08)
TAKE ONE-HALF TABLET BY MOUTH AT BEDTIME

OPT RISPERIDONE 2 MG (DISCONTINUED BY PROVIDER/30 Days Supply Last
Released: 4/26/08)
TAKE ONE-HALF TABLET BY MOUTH TWICE A DAY FOR MOOD STABILIZATION

OPT TRAMADOL 50MG TAB (DISCONTINUED BY PROVIDER/30 Days Supply Last
Released: 2/26/08)
TAKE TWO TABLETS BY MOUTH THREE TIMES A DAY AS NEEDED AS NEEDED
FOR
PAIN

OPT VENLAFAXINE EXTENDED RELEASE 75MG CAPS (DISCONTINUED BY
PROVIDER/30 Days Supply Last Released: 1/22/08)
TAKE ONE CAPSULE BY MOUTH DAILY WITH FOOD

****************************************************************************
Outpatient Medication Review
No change in current medication at this clinic visit.  Patient
verbalizes understanding of current medication regimen.

Signed by:  /es/  IQBAL A KHAN
STAFF PHYSICIAN(NEUROLOGY)MEDICAL SERVICE
01/08/2009 12:04

Analog Pager:   721

12/17/2008 12:55  Local Title: NO SHOW NOTE
Standard Title: NO SHOW NOTE

Job 03-49, MRC Approved 12-10-03

LASKOWSKI,STANLEY P III did not show for clinic appointment. Chart reviewed.
Did not speak to patient. Urgent, I was unable to reach the patient, but left
message on listed home answering machine to contact MHC to reschedule, send
URGENT NO SHOW letter.

Signed by:  /es/  MATTHEW DOOLEY
STAFF PSYCHOLOGIST BEHAVIORAL SVCS
12/17/2008 12:56

Analog Pager:   112

12/17/2008 15:27  Local Title: ADDENDUM
Standard Title: ADDENDUM      M58

06/30/2009 09:41
************** CONFIDENTIAL Clinical Data (4y) SUMMARY   pg. 14 **************
LASKOWSKI,STANLEY P III   ███████████   DOB: ███████

------------ PN - Progress Notes (max 50 occurrences or 4 years) ------------
(continued)

---------------------------------------------------------------------
----------
Alphabetical list of all prescriptions, inpatient orders and Non-VA meds
Legend: OPT = VA issued outpatient prescription, INP = VA issued inpatient order
Non-VA Meds Last Documented On: ** Data not found **
---------------------------------------------------------------------
----------
OPT ACETAMINOPHEN 300MG WITH CODEINE 30MG
        TAKE 1-2 TABLETS BY MOUTH EVERY 8 HOURS AS NEEDED FOR HIP AND LOWER
        BACK PAIN
                Last Released: 12/9/08              Days Supply: 30
                Rx Expiration Date: 4/8/09          Refills
Remaining: 2

OPT CAPSAICIN 0.075% CREAM (GM)
        APPLY SMALL AMOUNT TOPICALLY TWICE A DAY AS NEEDED TO AFFECTED AREA
                Last Released: 6/5/08               Days Supply: 30
                Rx Expiration Date: 6/6/09          Refills
Remaining: 3

OPT DIPHENHYDRAMINE 25 MG CAPSULES
        TAKE ONE CAPSULE BY MOUTH AT BEDTIME AS NEEDED FOR SINUS. DO NOT DRIVE
        WHILE ON MEDICATION.
                Last Released: 9/12/08              Days Supply: 30
                Rx Expiration Date: 9/12/09         Refills
Remaining: 1

OPT MULTIVITAMIN TABLETS
        TAKE 1 TABLET BY MOUTH EVERY DAY
                Last Released: 6/20/08              Days Supply: 90
                Rx Expiration Date: 6/6/09          Refills
Remaining: 2

OPT PHENYTOIN 100MG (DILANTIN) CAP
        TAKE THREE CAPSULES BY MOUTH EVERY DAY
                Last Released: 8/5/08               Days Supply: 90
                Rx Expiration Date: 8/6/09          Refills
Remaining: 3

---------------------------------------------------------------------
----------
Other medications previously dispensed in the last year:

OPT CITALOPRAM 20MG TAB (DISCONTINUED BY PROVIDER/30 Days Supply Last
Released: 3/4/08)
        TAKE ONE-HALF TABLET BY MOUTH EVERY MORNING FOR 10 DAYS, THEN TAKE ONE
        TABLET EVERY MORNING AFTER MEAL

OPT DIVALPROEX ER 500MG TAB (DISCONTINUED BY PROVIDER/30 Days Supply
Last Released: 3/17/08)
        TAKE ONE TABLET BY MOUTH AT BEDTIME FOR 3 DAYS, THEN TAKE TWO TABLET
        AT BEDTIME

OPT DULOXETINE 20MG CAP (DISCONTINUED BY PROVIDER/30 Days Supply Last
Released: 3/10/08)
        TAKE ONE CAPSULE BY MOUTH EVERY OTHER DAY

OPT FIORINAL # 3 (30MG CODEINE) (DISCONTINUED BY PROVIDER/30 Days
Supply Last Released: 8/11/08)
        TAKE 1 CAPSULE BY MOUTH FOUR TIMES A DAY AS NEEDED

OPT FLUOXETINE 20 MG CAP (DISCONTINUED BY PROVIDER/30 Days Supply Last
Released: 2/25/08)

M59

------------- PN - Progress Notes (max 50 occurrences or 4 years) -------------
(continued)

of suicide attempt is given.

Mr. Laskowski says he was bothered slightly by psychological or emotional
problems in the month prior to this interview. The patient considers treatment
for psychological or emotional problems to be moderately important.

In the interviewer's opinion, the information that the patient provided
concerning psychiatric problems was not significantly distorted by
misrepresentation. The patient did understand the questions.

Psychiatric Status Comments: VET WAS DIAGNOSED WITH PTSD IN 4/07 AND IS
CURRENTLY STABLE.

SPIRITUAL STATUS:

LEISURE TIME STATUS:


                    Signed by:  /es/  JOSEPH R. BEAM
                                ADDICTION THERAPIST
                                02/02/2009 09:55

                              Analog Pager:  836

01/08/2009 12:06  Local Title: MED NEUROLOGY NOTE
                  Standard Title: NEUROLOGY NOTE

f/u visit

Doing OK ;has had no seizures since 7/08.He is not on tramadol and any
antidepressant which were suspected to be the cause of drug related seizures.
Denies using 'recreational drugs'.Denies ETOH except very rarely
No fx hx of epilepsy.He is not on any anticonvulsant.
MRI brain and EEG was normal.
He is currently unemployed but has worked in financial industry which is his
background.He is not involved in operating heavy machinary and trucking etc.
Neurologic exam on last visit was nl.
He is here for f/u and for DMV driving form which was filled out.
A:Drug induced seizures (Tramadol and Prozac).
P:Patient instructed to avoid occupations and activities and medication which
can endanger his well being.He understood this well.
One f/u in 6 mths or earlier if necessary.


                    Signed by:  /es/  IQBAL A KHAN
                                STAFF PHYSICIAN(NEUROLOGY)MEDICAL SERVICE
                                01/08/2009 12:12

                              Analog Pager:  721

01/08/2009 12:03  Local Title: PROVIDER MEDICATION RECONCILIATION NOTE
                  Standard Title: E & M NOTE

  PROVIDER Med Reconciliation:


    01/08/2009 12:03
    ********************* CONFIDENTIAL UAP SUMMARY   pg. 1
    *********************
    LASKOWSKI,STANLEY P III

    ------------------------ BADR - Brief Adv React/All
    ------------------------

      Allergy/Reaction: TRAMADOL

    ------------------------ AJEY UAP PHARMACY PROFILE
    ------------------------

                              M60

------------ PN - Progress Notes (max 50 occurrences or 4 years) ------------
                              (continued)

MEDICATED HIS PTSD WITH ETOH AND VICODEN.

LEGAL STATUS

Mr. Laskowski says this admission was prompted or suggested by the criminal
justice system. He states he is on probation or parole.

In his lifetime, he reports being arrested and charged with drug charges
(once). One of these charges resulted in a conviction. Reported lifetime
history of legal problems related to substance use include no charges for
either disorderly conduct, vagrancy, or public intoxication and no charges for
driving while intoxicated. He states he has never been cited for major driving
violations such as reckless driving, speeding, or driving without a license. He
reports spending one month incarcerated during his life. He is not presently
awaiting charges, trial or sentence. In the past 30 days, Mr. Laskowski reports
he was detained or incarcerated at no time and was not engaged in illegal
activities.

Mr. Laskowski considers legal problems to be a considerable problem and is
considerably interested in counseling or referral for legal problems.

In the interviewer's opinion, the information that the patient provided
concerning legal problems was not significantly distorted by misrepresentation.
The patient did understand the questions.
Legal Status Comments: VET HAS ONE PRIOR CHARGE OF POSSESSION, NOW ON
PROBATION FOR SAME. NO OTHER LEGAL ISSUES.

FAMILY/SOCIAL STATUS

Mr. Laskowski is married and is satisfied with this situation. His usual living
arrangement over the past three years has been to live with his sexual partner
and children, and he is satisfied with this arrangement. He does not live with
anyone who has either a drug or alcohol problem.

He reports having significant periods in the past 30 days in which he
experienced serious problems getting along with no one. Lifetime, he reports
having significant periods in which he experienced serious problems getting
along with his mother.

He reports no physical abuse in the past month and none prior to that. He
reports no sexual abuse in the past month and none prior to that. He
says that during the past month he had serious conflicts with his family at no
time and serious conflicts with other people at no time.

Mr. Laskowski says he was not bothered at all by family/social problems in the
month prior to this interview. The patient considers treatment for
family/social problems to be not at all important.

In the interviewer's opinion, the information that the patient provided
concerning family problems was not significantly distorted by
misrepresentation. The patient did understand the questions.

Family/Social Relationships Comments: VET REPORTS MOTHER BEING DRUG ADDICTED,
NOW DECEASED, FATHER IS ALCOHOLIC. NO MARITAL ISSUES NOTED.

PSYCHIATRIC STATUS

Mr. Laskowski states he has been treated in a hospital for psychological or
emotional problems once and as an outpatient or private patient 5 times. He
reports he does receive a pension for a psychiatric disability.

The patient reports having experienced psychological or emotional problems on
one day during the past 30 days. The patient reports experiencing serious
depression (lifetime), serious anxiety or tension (lifetime), hallucinations
(lifetime) and trouble understanding, concentrating or remembering (lifetime).
He says he was prescribed medication for psychological or emotional problems
both during the past month as well as at some time prior to that.

The patient reports suicidal ideation but not in the past 30 days. No history

M61

```
**************   CONFIDENTIAL Clinical Data (4y) SUMMARY      pg. 11   06/30/2009 09:41
LASKOWSKI,STANLEY P III         ████████████                  DOB: ████████████
```

------------- PN - Progress Notes (max 50 occurrences or 4 years) -------------
(continued)

life. Further, Mr. Laskowski states that he is taking prescribed medication on
a regular basis, and he says he receives a (40% S/C) pension for a
non-psychiatric physical disability. In the 30 days prior to this interview,
Mr. Laskowski experienced medical problems on 2 days, which bothered him
moderately. The patient considers treatment for medical problems to be
moderately important.

In the interviewer's opinion, the information that the patient provided
concerning medical problems was not significantly distorted by
misrepresentation. The patient did understand the questions.

Medical Status Comments: NO ACUTE MEDICAL ISSUES, HAS HIP PAIN.

EMPLOYMENT/SUPPORT STATUS

Mr. Laskowski completed 14 years of education. He has a valid driver's license
and has an automobile available for use. His longest full-time job was 8 years.
His usual (or last) occupation is infantry (Hollingshead Category -
Semi-skilled). No one else contributes the majority of his financial support.
In the past 3 years, his usual employment pattern has been retired/disability.
In the past 30 days, he was paid for working on no days. He reports his income
over the past month as $3000 from pension, benefits or social security and
$1500 from mate, family or friends for a total of $4500.

Mr. Laskowski reports that 3 people are dependent on him for financial support.
The patient considers treatment for employment problems to be not at all
important.

In the interviewer's opinion, the information that the patient provided
concerning employment problems was not significantly distorted by
misrepresentation. The patient did understand the questions.

Employment/Support Status Comments: NO EMPLOYMENT ISSUES, 100% DISABLED.

DRUG/ALCOHOL USE

Mr. Laskowski reports the following substance use history:

| Drug | Past Month (Days) | Lifetime (Years) | Administration Route |
|------|-------------------|------------------|----------------------|
| Alcohol - any use at all: | 0 | 0 | Oral |
| Alcohol - to intoxication: | 0 | 10 | Oral |
| Heroin: | 0 | 1 | Oral |
| Methadone: | 0 | 0 | IV Inj. |
| Other opiates/analgesics: | 1 | 1 | Oral |
| Barbiturates: | 0 | 0 | Oral |
| Other sed/hyp/tranq: | 0 | 0 | Oral |
| Cocaine: | 0 | 0 | Nasal |
| Amphetamines: | 0 | 0 | Oral |
| Cannabis: | 0 | 2 | Smoking |
| Hallucinogens: | 0 | 0 | Oral |
| Inhalants: | 0 | 0 | Nasal |
| Multiple substances per day: | 0 | 2 | N/A |

Mr. Laskowski says he has never been treated for alcohol abuse and has never
been treated for drug abuse. He reports he spent nothing on alcohol and nothing
on drugs during the past month. Further, he denies being treated in an
outpatient setting for alcohol or drugs in the past 30 days. During the month
prior to this interview, the patient reports he had no alcohol or drug
problems. He says he was not bothered at all by alcohol problems and was not
bothered by drug problems during that time period. He considers treatment for
alcohol problems to be not at all important and treatment for drug problems to
be not at all important.

In the interviewer's opinion, the information that the patient provided
concerning drug/alcohol problems was not significantly distorted by
misrepresentation. The patient did understand the questions.

Drug/Alcohol Use Comments: VET HAS NO PRIOR TREATMENT FOR SUBSTANCE ABUSE,

M62

************** CONFIDENTIAL Clinical Data (4y) SUMMARY    pg. 10 06/30/2009 09:41
LASKOWSKI,STANLEY P III    ██████████    DOB: ██████████

------------ PN - Progress Notes (max 50 occurrences or 4 years) ------------
(continued)
    Level of Understanding: Good
    Comment: none
    Alcohol Use Disorders Identification Test (AUDIT) performed this
    visit.
        Comment: none

    PROVIDER ALCOHOL SCR AUDC=/>8:
    Alcohol Use Disorders Identification Test (AUDIT) performed this
    visit.
        Comment: already performed
    Alcohol counseling given at this visit, patient advised to stop
    drinking.
        Level of Understanding: Good
        Comment: NA


                    Signed by:  /es/ MATTHEW DOOLEY
                                STAFF PSYCHOLOGIST BEHAVIORAL SVCS
                                02/02/2009 10:43

                            Analog Pager:  112

02/02/2009 09:55  Local Title: SUBSTANCE ABUSE GENERAL NOTE
                  Standard Title: SATP NOTE

D: INITIAL D/A EVALUATION COMPLETED, SEE ASI.

A: SUBSTANCE DEPENDENCE IN EARLY REMISSION.

P: RTC IN 30 DAYS.


                    Signed by:  /es/ JOSEPH R. BEAM
                                ADDICTION THERAPIST
                                02/02/2009 09:57

                            Analog Pager:  836

02/02/2009 09:54  Local Title: ASI-ADDICTION SEVERITY INDEX
                  Standard Title: ASI NOTE

                    *** PSYCHOSOCIAL HISTORY ***

GENERAL INFORMATION

Mr. Laskowski is a 31 year old White (not Hisp), married male SC veteran. He
lists his religious preference as None. He was admitted to the Ambulatory
Except Opioid Substitution program on Feb 02, 2009. In the past 30 days, he has
not been in a controlled environment.

This report is based on an ASI Lite interview conducted in person on Feb 02,
2009 by Joseph R Beam, ADDICTION THERAPIST. Mr. Laskowski completed the
interview.

                            Composite Score
        MEDICAL                 0.3556
     EMPLOYMENT                 0.5000
        ALCOHOL                 0.0000
           DRUG                 0.0026
          LEGAL                 0.3000
         FAMILY                 0.0000
    PSYCHIATRIC                 0.1848

General Comments:                       M 6 3

MEDICAL STATUS

Mr. Laskowski reports he has been hospitalized 3 times for medical problems. He
says that he has a chronic medical problem (HIP PAIN) that interferes with his

```
************** CONFIDENTIAL Clinical Data (4y) SUMMARY   pg. 9 ****
LASKOWSKI,STANLEY P III    ███████████        DOB: ███████████
```
06/30/2009 09:41

-------------- PN - Progress Notes (max 50 occurrences or 4 years) --------------
(continued)

          home or get along with other people?
          Not difficult at all

            Signed by:   /es/  MATTHEW DOOLEY
                         STAFF PSYCHOLOGIST BEHAVIORAL SVCS
                         02/02/2009 10:44

                           Analog Pager:  112

02/02/2009 10:17  Local Title: PSYCHOLOGY GENERAL NOTE
                  Standard Title: PSYCHOLOGY NOTE

   PROVIDER TOBACCO COUNSELING FY07:
          Patient is still a current user.  Counseling done at this
       encounter.

          1.  ADVISED patient to quit tobacco.
       2.  ASSISTED patient to quit:
          a. Discussed the following strategies with patient to
             help with quitting:
             * Set a quit date, ideally within 2 weeks
             * Get support from family, friends and co-workers
             * Review past quit attempts-what helped, what
               led to relapse
             * Anticipate challenges, particularly during the
               first two weeks, including nicotine withdrawal
             * Identify reasons for quitting and benefits
               of quitting
          b. Offered patient a referral to Stop Smoking Clinic.
          c. Offered patient medication to assist with quitting
       Patient was given information on the 1-800-QUIT NOW
       (www.smokefree.gov) program.

Pt refused tobacco tx at this time.

            Signed by:   /es/  MATTHEW DOOLEY
                         STAFF PSYCHOLOGIST BEHAVIORAL SVCS
                         02/02/2009 10:43

                           Analog Pager:  112

02/02/2009 10:13  Local Title: PSYCHOLOGY GENERAL NOTE
                  Standard Title: PSYCHOLOGY NOTE

   Tobacco Use Screen:
      Patient is a current smoker (including cigars and chewing tobacco)
      Patient has history of smoking.
      Smoking cessation education refused.

   Alcohol Use Screen (AUDIT-C):
      SCREEN FOR ALCOHOL (AUDIT-C)
      An alcohol screening test (AUDIT-C) was negative (score=1).

      1. How often did you have a drink containing alcohol in the past
      year?
      Monthly or less

      2. How many drinks containing alcohol did you have on a typical day
      when you were drinking in the past year?
      1 or 2

      3. How often did you have six or more drinks on one occasion in the
      past year?
      Never
```
                                    M 64
```
   PROVIDER ALCOHOL SCR(+)<8:
      Alcohol counseling given at this visit, patient advised to stop
      drinking.
```

```
************* CONFIDENTIAL Clinical Data (4y) SUMMARY   pg. 8 ***************
LASKOWSKI,STANLEY P III      ███████                          06/30/2009 09:41
                                                              DOB: ████████
```

------------- PN - Progress Notes (max 50 occurrences or 4 years) -------------
(continued)

monthly basis and individual psychotherapy on p.r.n. basis.  Provided veteran
with schedule and content information for classes.

A: The Veteran displayed euthymic mood with broad affect. The Veteran dd and di
not demonstrate SXs consistent with current SI, HI or A/v hallucination. The
Veteran was OX3. The Veteran's insight and judgment appeared good. The Veteran'
speech was logical, coherent and sequential.

DIAGNOSIS:  Post-traumatic stress disorder.

TREATMENT PLAN:  Individual outpatient psychotherapy on p.r.n. basis,
post-deployment stress classes on monthly basis.

THERAPEUTIC GOAL:  Maintenance in stabilization.

D:  02/02/2009  10:35 AM
T:  02/02/2009  T28  220240


                     Signed by:  /es/ MATTHEW DOOLEY
                                 STAFF PSYCHOLOGIST BEHAVIORAL SVCS
                                 02/03/2009 11:02

                          Analog Pager:  112

02/02/2009 10:18  Local Title: PSYCHOLOGY GENERAL NOTE
                  Standard Title: PSYCHOLOGY NOTE

NSG DEPRESSION SCREEN:
     COMPLETION OF THE PHQ-9 MH TEST IS REQUIRED-CLICK HERE TO COMPELTE
     A PHQ-9 screen was performed. The score was 3 which is suggestive of
     no depression.

          1. Little interest or pleasure in doing things
          Not at all

          2. Feeling down, depressed, or hopeless
          Not at all

          3. Trouble falling or staying asleep, or sleeping too much
          Several days

          4. Feeling tired or having little energy
          Not at all

          5. Poor appetite or overeating
          Several days

          6. Feeling bad about yourself or that you are a failure or have
          let yourself or your family down
          Several days

          7. Trouble concentrating on things, such as reading the
          newspaper or watching television
          Not at all

          8. Moving or speaking so slowly that other people could have
          noticed. Or the opposite being so fidgety or restless that you
          have been moving around a lot more than usual
          Not at all

          9. Thoughts that you would be better off dead or of hurting
          yourself in some way
          Not at all              M65

          10. If you checked off any problems, how DIFFICULT have these
          problems made it for you to do your work, take care of things at

```
*************  CONFIDENTIAL Clinical Data (4y) SUMMARY   pg. 7 06/30/2009 09:41
LASKOWSKI,STANLEY P III                                         *************
                                                                DOB:
```

------------ PN - Progress Notes (max 50 occurrences or 4 years) ------------
                                (continued)

                Signed by:   /es/  JOSEPH R. BEAM
                             ADDICTION THERAPIST
                             03/16/2009 14:11

                                   Analog Pager:  836

03/17/2009 09:40  Local Title: ADDENDUM
                  Standard Title: ADDENDUM
                       Ref:  NO SHOW NOTE              Dated:  03/16/2009 14:10

  D: 2ND ATTEMPT, NO ANSWER.

                Signed by:   /es/  JOSEPH R. BEAM
                             ADDICTION THERAPIST
                             03/17/2009 09:40

                                   Analog Pager:  836

03/18/2009 08:53  Local Title: ADDENDUM
                  Standard Title: ADDENDUM
                       Ref:  NO SHOW NOTE              Dated:  03/16/2009 14:10

  D: 3RD ATTEMPT, NO ANSWER AT #          #          VETERAN WILL NEED
  TO INITIATE F/U APPT.

                Signed by:   /es/  JOSEPH R. BEAM
                             ADDICTION THERAPIST
                             03/18/2009 08:54

                                   Analog Pager:  836

03/13/2009 10:47  Local Title: TLCP OIF/OEF
                  Standard Title: OEF/OIF TELEPHONE ENCOUNTER NOTE

  Data: Attempted PC to veteran to confirm his appt for 3/16. Was unable to leave
  a voice message as voice mail box was full.

                Signed by:   /es/  Richard Matash, Jr, LCSW
                             OEFOIF Case Manager
                             03/13/2009 10:48

02/02/2009 10:30  Local Title: PSYCHOLOGY GENERAL NOTE
                  Standard Title: PSYCHOLOGY NOTE

D: The veteran attended a 50-minute assessment/psychotherapy session on
his service-connected diagnosis of post-traumatic stress disorder. This
was the first follow up appointment subsequent to completion of CPT
protocol.  The session employed use of diagnostic interview, ventilative
and coping skills training interventions.  Approximately 15 minutes of this
contact were used to complete clinical reminders.

The veteran began session by requesting written letter from writer documenting
veteran's completion of CPT treatment, for his parole officer.  Advised the
veteran that writer will investigate necessary clearances and notify veteran via
phone.  The veteran reports that he remains on probation, which is due to expire
May 2009.

The veteran reported that he has not been attending The Scranton Veteran's
Center and has no other mental health follow up other than substance abuse
treatment at this location.  The veteran indicates that he uses therapeutic
prescriptions and CPT skills on regular basis.

Discussed treatment planning with veteran.  Advised the veteran to continue to
create and maintain social outlets.  The veteran expressed understanding and
agreement. He agreed to begin attending post-deployment stress classes on

                              M 66

```
************** CONFIDENTIAL Clinical Data (4y) SUMMARY   pg. 6 06/30/2009 09:4
LASKOWSKI,STANLEY P III   [REDACTED]                          **************
                                                              DOB: [REDACTED]
-------------------- RXIV - IV Pharmacy (max 4 years) --------------------
                              (continued)
   No data available

-------------------- ORC - Current Orders (max 4 years) --------------------
   Item Ordered                          Status  Start Date      Stop Date
Renew ACETAMINOPHEN 300MG WITH           actv  05/03/2009
   CODEINE 30MG TAKE 1-2 TABLETS BY                            11/01/2009
   MOUTH EVERY 8 HOURS AS NEEDED FOR
   HIP AND LOWER BACK PAIN Quantity:
   180 Refills: 5
DIPHENHYDRAMINE CAP,ORAL  25MG           actv  09/11/2008
   TAKE ONE CAPSULE BY MOUTH AT                                09/12/2009
   BEDTIME AS NEEDED FOR SINUS. DO NOT
   DRIVE WHILE ON MEDICATION.
   Quantity: 30 Refills: 1
CBC (WITH DIFF) BLOOD  SP LB             pend  03/11/2009
   #199905
COMPREHENSIVE METABOLIC PANEL BLOOD      pend  03/11/2009
   SERUM SP LB #199905
LIPID PROFILE BLOOD SERUM SP LB          pend  03/11/2009
   #199905
PHENYTOIN CAP,SA  100MG TAKE THREE       actv  08/05/2008
   CAPSULES BY MOUTH EVERY DAY                                 08/06/2009
   Quantity: 270 Refills: 3
DILANTIN BLOOD SERUM SP LB #162280       pend  08/21/2008
CBC (WITH DIFF) BLOOD  SP LB #5144       pend  07/09/2008
LIPID PROFILE BLOOD SERUM SP LB          pend  07/09/2008
   #5144
COMPREHENSIVE METABOLIC PANEL BLOOD      pend  07/09/2008
   SERUM SP LB #5144
URINALYSIS URINE (RANDOM) SP LB          pend  07/09/2008
   #5144
THYROID FUNCTION TESTS BLOOD SERUM       pend  07/09/2008
   SP LB #5144
HIPS BILATERAL 4 OR MORE VIEWS           pend  01/09/2008
   BILATERAL EXAM

------------- PN - Progress Notes (max 50 occurrences or 4 years) -------------
06/16/2009 09:10  Local Title: TLCP SUBSTANCE ABUSE
                  Standard Title: TELEPHONE ENCOUNTER NOTE

D: VETERAN LEFT MESSAGE ON THIS WRITER'S VOICE MAIL STATING THAT HE
WILL NOT KEEP HIS APPT. TODAY AT 9AM. WIFE IS 9 MONTHS PREGNANT AND HAD
TO ATTEND TO HIS WIFE, WILL RESCHEDULE VET.

                Signed by: /es/  JOSEPH R. BEAM
                           ADDICTION THERAPIST
                           06/16/2009 09:12

                                Analog Pager:  836
03/16/2009 14:10  Local Title: NO SHOW NOTE
                  Standard Title: NO SHOW NOTE

   Job 03-49, MRC Approved 12-10-03


ASKOWSKI,STANLEY P III did not show for clinic appointment. Chart reviewed.
id not speak to patient

was unable to reach the patient.  Send URGENT NO SHOW letter.

: UNABLE TO LEAVE MESSAGE ON VOICE MAIL, MAIL BOX FULL, WILL CONTINUE TO TRY
ND REACH VET.
```

M67



06/30/2009 09:41

LASKOWSKI,STANLEY P III  ▮▮▮▮▮▮▮      DOB: ▮▮▮▮▮▮▮

------------------ RXOP - Outpatient Pharmacy (max 4 years) ------------------
(continued)

| Drug | Rx # | Stat | Qty | Issued | Last Filled | Rem |
|------|------|------|-----|--------|-------------|-----|

SIG: TAKE ONE-HALF TABLET BY MOUTH EVERY DAY
    Provider: PIERCE,JENNIFER E     Cost/Fill: $  4.98

BUSPIRONE  5 MG TABLET
              8053659      DISCONTINUED  60     07/03/2007 01/29/2008 (1)
  SIG: TAKE ONE TABLET BY MOUTH TWICE A DAY WITH MEALS
    Provider: LUCAS,EUGENE T JR     Cost/Fill: $  1.05

MIRTAZAPINE 15 MG TABLET
              8125314      DISCONTINUED  45     01/10/2008 01/10/2008 (2)
  SIG: TAKE ONE AND ONE-HALF TABLETS BY MOUTH AT BEDTIME
    Provider: LUCAS,EUGENE T JR     Cost/Fill: $  3.29

QUETIAPINE 100MG TAB
              8125317      DISCONTINUED  15     01/10/2008 01/10/2008 (2)
  SIG: TAKE ONE-HALF TABLET BY MOUTH AT BEDTIME
    Provider: LUCAS,EUGENE T JR     Cost/Fill: $ 16.64

TRAMADOL 50MG TAB
              8116383      DISCONTINUED 180     12/14/2007 01/03/2008 (0)
  SIG: TAKE TWO TABLETS BY MOUTH THREE TIMES A DAY UNTIL SEEN BY PRIMARY CARE
    Provider: LUCAS,EUGENE T JR     Cost/Fill: $  4.72

QUETIAPINE 200MG TAB
              8116385      DISCONTINUED  15     12/14/2007 12/14/2007 (2)
  SIG: TAKE ONE-HALF TABLET BY MOUTH AT BEDTIME
    Provider: LUCAS,EUGENE T JR     Cost/Fill: $ 33.58

CLONAZEPAM 0.5MG TABLET
              8057790      EXPIRED       90     07/16/2007 08/05/2007 (1)
  SIG: TAKE ONE TABLET BY MOUTH DAILY AND TAKE TWO TABLETS AT BEDTIME
    Provider: LUCAS,EUGENE T JR     Cost/Fill: $  2.45  Exp/Can Dt: 01/16/2008

CLONAZEPAM 0.5MG TABLET
              8043060      DISCONTINUED  60     06/04/2007 07/03/2007 (0)
  SIG: TAKE ONE TABLET BY MOUTH DAILY AND TAKE ONE TABLET AT BEDTIME
    Provider: LUCAS,EUGENE T JR     Cost/Fill: $ 11.95

CLONAZEPAM 0.5MG TABLET
              8033902      DISCONTINUED  15     05/11/2007 05/31/2007 (1)
  SIG: TAKE ONE-HALF TABLET BY MOUTH AT BEDTIME -- WHEN YOU FALL ASLEEP AT NITE
    Provider: LUCAS,EUGENE T JR     Cost/Fill: $  2.99

PAROXETINE HCL 20 MG TAB
              8036614      EXPIRED       27     05/17/2007 05/18/2007 (0)
  SIG: TAKE ONE-HALF TABLET BY MOUTH EVERY DAY FOR 7 DAYS, THEN TAKE ONE TABLET
      EVERY DAY FOR 23 DAYS (WHEN THIS IS FINISHED BEGIN PRESCRIPTION FOR
      PAROXETINE 40MG 1/2 TABLET DAILY WHICH WILL BE MAILED TO YOU WITHIN 30
      DAYS)
    Provider: PIERCE,JENNIFER E     Cost/Fill: $  2.69  Exp/Can Dt: 06/16/2007

BUPROPION HCL 100MG TAB
              8033901      DISCONTINUED  30     05/11/2007 05/11/2007 (2)
  SIG: TAKE ONE TABLET BY MOUTH DAILY WITH FOOD
    Provider: LUCAS,EUGENE T JR     Cost/Fill: $  0.00

TABLET SPLITTER
              8021294      EXPIRED        1     04/11/2007 04/11/2007 (0)
  SIG: USE   AS DIRECTED FOR TABLET SPLITTING
    Provider: BOROWSKI,BERNARD M    Cost/Fill: $  2.13  Exp/Can Dt: 07/10/2007

------------------ RXUD - Unit Dose Pharmacy (max 4 years) ------------------

 No data available

--------------------- RXIV - IV Pharmacy (max 4 years) ---------------------

M68

```
                                                              06/30/2009 09:41
************* CONFIDENTIAL Clinical Data (4y) SUMMARY   pg. 4 ****██████████
LASKOWSKI,STANLEY P III        ███████████      DOB: █████████
```

------------------ RXOP - Outpatient Pharmacy (max 4 years) ------------------
(continued)

| Drug............................. | | | | | Last | |
|---|---|---|---|---|---|---|
| | Rx # | Stat | Qty | Issued | Filled | Rem |

    SIG: INJECT 60 MG INTRAMUSCULARLY NOW
       Provider: DOSHI,SANJAYKUMAR J       Cost/Fill: $ 0.74   Exp/Can Dt: 04/08/2008

TRAMADOL 50MG TAB
       8147379          DISCONTINUED  12      03/09/2008 03/10/2008 (0)
    SIG: TAKE ONE TABLET BY MOUTH EVERY 8 HOURS AS NEEDED
       Provider: NASSAR,FAWAZ           Cost/Fill: $ 0.27

DULOXETINE 20MG CAP
       8147434          DISCONTINUED  15      03/10/2008 03/10/2008 (6)
    SIG: TAKE ONE CAPSULE BY MOUTH EVERY OTHER DAY
       Provider: SANTOS,FRANCISCO F     Cost/Fill: $ 28.43

CITALOPRAM 20MG TAB
       8145045          DISCONTINUED  30      03/04/2008 03/04/2008 (6)
    SIG: TAKE ONE-HALF TABLET BY MOUTH EVERY MORNING FOR 10 DAYS, THEN TAKE ONE
        TABLET EVERY MORNING AFTER MEAL
       Provider: BHATIA,ARUNA           Cost/Fill: $ 0.20

FLUOXETINE 20 MG CAP
       8136875          DISCONTINUED  60      02/11/2008 03/02/2008 (5)
    SIG: TAKE ONE CAPSULE BY MOUTH TWICE A DAY WITH MEALS
       Provider: BHATIA,ARUNA           Cost/Fill: $ 1.42

TRAMADOL 50MG TAB
       8142028          DISCONTINUED  180     02/25/2008 02/25/2008 (7)
    SIG: TAKE TWO TABLETS BY MOUTH THREE TIMES A DAY AS NEEDED AS NEEDED FOR PAIN
       Provider: PATEL,INDUBHAI M       Cost/Fill: $ 7.54

ACETAMINOPHEN 300MG WITH CODEINE 30MG
       8138893          DISCONTINUED  120     02/15/2008 02/20/2008 (0)
    SIG: TAKE 2 TABLETS BY MOUTH EVERY 6 HOURS AS NEEDED FOR PAIN
       Provider: PATEL,INDUBHAI M       Cost/Fill: $ 5.94

TRAMADOL 50MG TAB
       8124779          DISCONTINUED  180     01/09/2008 02/17/2008 (6)
    SIG: TAKE TWO TABLETS BY MOUTH THREE TIMES A DAY AS NEEDED AS NEEDED FOR PAIN
       Provider: PATEL,INDUBHAI M       Cost/Fill: $ 4.72

KETOROLAC 60 MG/2ML INJ
       8138789          DISCONTINUED  1       02/15/2008 02/15/2008 (0)
    SIG: INJECT 60MG INTRAMUSCULARLY NOW
       Provider: PATEL,KAMLESH R        Cost/Fill: $ 0.74

METHYLPREDNISOLONE 4 MG TABLETS..DOSEPAK
       8138791          EXPIRED       1       02/15/2008 02/15/2008 (0)
    SIG: TAKE TABLET(S) BY MOUTH AS DIRECTED ON DOSE PACK
       Provider: PATEL,KAMLESH R        Cost/Fill: $ 1.64   Exp/Can Dt: 03/16/2008

FLUOXETINE 20 MG CAP
       8134246          DISCONTINUED  30      02/04/2008 02/04/2008 (6)
    SIG: TAKE ONE CAPSULE BY MOUTH EVERY MORNING AFTER MEAL
       Provider: BHATIA,ARUNA           Cost/Fill: $ 0.71

VENLAFAXINE EXTENDED RELEASE 75MG CAPS
       8116384          DISCONTINUED  30      12/14/2007 02/02/2008 (0)
    SIG: TAKE ONE CAPSULE BY MOUTH DAILY WITH FOOD
       Provider: LUCAS,EUGENE T JR      Cost/Fill: $ 60.99

TRAZODONE 50MG TAB
       8021293          DISCONTINUED  30      04/11/2007 01/29/2008 (4)
    SIG: TAKE ONE TABLET BY MOUTH AT BEDTIME MAY START AT 1/2 TAB
       Provider: BOROWSKI,BERNARD M     Cost/Fill: $ 0.55

PAROXETINE 40 MG TAB
       8036613          DISCONTINUED  15      05/17/2007 01/29/2008 (4)

                              M69



06/30/2009 09:41

************ CONFIDENTIAL Clinical Data (4y) SUMMARY   pg. 3 ****************
LASKOWSKI,STANLEY P III ████████████                                    DOB: ████████████

----------------- RXOP - Outpatient Pharmacy (max 4 years) ------------------
(continued)

```
                                                                    Last
Drug................    Rx #        Stat     Qty    Issued    Filled    Rem
                                             Cost/Fill: $  0.30  Exp/Can Dt: 09/03/2008
     Provider: BRYSKI,ALAN L

BUTALBITAL CPD & APAP TAB        DISCONTINUED   30     07/30/2008 07/30/2008 (0)
               8204153
     SIG: TAKE 1 TABLET BY MOUTH EVERY 6 HOURS AS NEEDED FOR PAIN AND HEADACHE
     Provider: PATEL,INDUBHAI M         Cost/Fill: $  0.94

ACETAMINOPHEN 300MG WITH CODEINE 30MG                 06/05/2008 07/08/2008 (0)
               8144663A          DISCONTINUED   180
     SIG: TAKE 2 TABLETS BY MOUTH EVERY 8 HOURS AS NEEDED
     Provider: PATEL,INDUBHAI M         Cost/Fill: $  8.93

MULTIVITAMIN TABLETS
               8125316A          EXPIRED        100   06/05/2008 06/28/2008 (2)
     SIG: TAKE 1 TABLET BY MOUTH EVERY DAY
     Provider: PATEL,INDUBHAI M         Cost/Fill: $  0.99  Exp/Can Dt: 06/06/2009

CAPSAICIN 0.075% CREAM (GM)      EXPIRED        120   06/05/2008 06/05/2008 (3)
               8138894A
     SIG: APPLY SMALL AMOUNT TOPICALLY TWICE A DAY AS NEEDED TO AFFECTED AREA
     Provider: PATEL,INDUBHAI M         Cost/Fill: $  5.18  Exp/Can Dt: 06/06/2009

CAPSAICIN 0.075% CREAM (GM)      DISCONTINUED   120   02/15/2008 05/05/2008 (0)
               8138894
     SIG: APPLY SMALL AMOUNT TOPICALLY TWICE A DAY AS NEEDED TO AFFECTED AREA
     Provider: PATEL,INDUBHAI M         Cost/Fill: $  5.16

RISPERIDONE 2 MG    8166356      DISCONTINUED   30     04/23/2008 04/24/2008 (2)
     SIG: TAKE ONE-HALF TABLET BY MOUTH TWICE A DAY FOR MOOD STABILIZATION
     Provider: WEBSTER,ROBERT B         Cost/Fill: $ 21.63

HYDROXYZINE 10MG TABLET          DISCONTINUED   60     03/24/2008 04/14/2008 (2)
               8153199
     SIG: TAKE ONE TABLET BY MOUTH TWICE A DAY AS NEEDED FOR ANXIETY
     Provider: WEBSTER,ROBERT B         Cost/Fill: $  4.19

MULTIVITAMIN TABLETS
               8125316           DISCONTINUED   100   01/10/2008 03/30/2008 (1)
     SIG: TAKE 1 TABLET BY MOUTH EVERY DAY
     Provider: LUCAS,EUGENE T JR        Cost/Fill: $  0.65

ACETAMINOPHEN 300MG WITH CODEINE 30MG                 03/03/2008 03/26/2008 (0)
               8144663           DISCONTINUED   180
     SIG: TAKE 2 TABLETS BY MOUTH EVERY 8 HOURS AS NEEDED
     Provider: PATEL,INDUBHAI M         Cost/Fill: $  8.91

HYDROXYZINE PAMOATE 25MG CAP     DISCONTINUED   60     03/20/2008 03/20/2008 (3)
               8151483
     SIG: TAKE ONE CAPSULE BY MOUTH TWICE A DAY AS NEEDED FOR ANXIETY, MAY TAKE 1
     OR 2 TABS
     Provider: WEBSTER,ROBERT B         Cost/Fill: $  5.65

RISPERIDONE 1 MG    8151486      EXPIRED        15     03/20/2008 03/20/2008 (0)
     SIG: TAKE ONE-HALF TABLET BY MOUTH EVERY MORNING FOR MOOD STABILIZATION
     Provider: WEBSTER,ROBERT B         Cost/Fill: $ 37.29  Exp/Can Dt: 04/19/2008

DIVALPROEX ER 500MG TAB          DISCONTINUED   60     03/17/2008 03/17/2008 (3)
               8149749
     SIG: TAKE ONE TABLET BY MOUTH AT BEDTIME FOR 3 DAYS, THEN TAKE TWO TABLET AT
     BEDTIME
     Provider: WEBSTER,ROBERT B         Cost/Fill: $ 35.45

KETOROLAC 60 MG/2ML INJ          EXPIRED        1      03/09/2008 03/10/2008 (0)
               8147378
```

M70

```
                                                            06/30/2009 09:41
************* CONFIDENTIAL Clinical Data (4y) SUMMARY   pg. 2 *************
LASKOWSKI,STANLEY P III        ▉▉▉▉▉▉▉▉         DOB: ▉▉▉▉▉▉▉
```

----------------------------- PLL - All Problems -----------------------------
                                (continued)

| ST | PROBLEM | LAST MOD | PROVIDER |
|----|---------|----------|----------|
| A | POSTTRAUMATIC STRESS DISORDER (ICD 309.81); Posttraumatic Stress Disorder * (ICD-9-CM 309.81) | 07/16/2007 | LUCAS,EUGENE T |
| A | Hip Pain (ICD 719.45) | 01/09/2008 | PATEL,INDUBHAI |
| A | Tobacco Use Disorder, Continuous (ICD 305.1) | 03/09/2008 | DOSHI,SANJAYKUM |
| A | COMBINATIONS OF DRUG DEPENDENCE EXCLUDING OPIOID TYPE DRUG, UNSPECIFIED USE (ICD 304.80); POLYSUBSTANCE DEPENDENCE | 03/11/2008 | BHATIA,ARUNA |
| A | EPILEPSY, UNSPECIFIED, WITHOUT MENTION OF INTRACTABLE EPILEPSY (ICD 345.90); Epilepsy * (ICD-9-CM 345.90) | 08/05/2008 | KHAN,IQBAL A |
| A | OTHER CONVULSIONS (ICD 780.39); Seizures * (ICD-9-CM 780.39) | 01/08/2009 | KHAN,IQBAL A |

----------------- RXOP - Outpatient Pharmacy (max 4 years) ------------------

```
                                                              Last
Drug.............   Rx #........Stat.....   Qty    Issued    Filled   Rem
ACETAMINOPHEN 300MG WITH CODEINE 30MG
        8230321A       ACTIVE        180    05/01/2009 06/22/2009 (3)
   SIG: TAKE 1-2 TABLETS BY MOUTH EVERY 8 HOURS AS NEEDED FOR HIP AND LOWER BACK
        PAIN
      Provider: PATEL,INDUBHAI M        Cost/Fill: $  8.93

ACETAMINOPHEN 300MG WITH CODEINE 30MG
        8230321        DISCONTINUED 180    10/06/2008 03/09/2009 (0)
   SIG: TAKE 1-2 TABLETS BY MOUTH EVERY 8 HOURS AS NEEDED FOR HIP AND LOWER BACK
        PAIN
      Provider: PATEL,INDUBHAI M        Cost/Fill: $  8.93

ACETAMINOPHEN 300MG WITH CODEINE 30MG
        8218889A       DISCONTINUED  90    09/29/2008 10/08/2008 (0)
   SIG: TAKE 1 TABLET BY MOUTH EVERY 8 HOURS AS NEEDED HIP AND LOWER BACK PAIN
      Provider: PATEL,INDUBHAI M        Cost/Fill: $  4.46

DIPHENHYDRAMINE 25 MG CAPSULES
        8220872        ACTIVE         30    09/11/2008 09/11/2008 (1)
   SIG: TAKE ONE CAPSULE BY MOUTH AT BEDTIME AS NEEDED FOR SINUS. DO NOT DRIVE
        WHILE ON MEDICATION.
      Provider: PATEL,INDUBHAI M        Cost/Fill: $  0.33

ACETAMINOPHEN 300MG WITH CODEINE 30MG
        8218889        DISCONTINUED  90    09/08/2008 09/08/2008 (0)
   SIG: TAKE 1 TABLET BY MOUTH EVERY 8 HOURS AS NEEDED HIP AND LOWER BACK PAIN
      Provider: KHAN,IQBAL A        Cost/Fill: $  4.46

FIORINAL # 3 (30MG CODEINE)
        8207291        DISCONTINUED 120    08/07/2008 08/08/2008 (1)
   SIG: TAKE 1 CAPSULE BY MOUTH FOUR TIMES A DAY AS NEEDED
      Provider: KHAN,IQBAL A        Cost/Fill: $124.43

PHENYTOIN 100MG (DILANTIN) CAP
        8206100        ACTIVE        270    08/05/2008 08/05/2008 (3)
   SIG: TAKE THREE CAPSULES BY MOUTH EVERY DAY
      Provider: KHAN,IQBAL A        Cost/Fill: $ 38.99

ZOLPIDEM 10 MG TAB
        8205719        EXPIRED        14    08/04/2008 08/04/2008 (0)
   SIG: TAKE ONE TABLET BY MOUTH AT BEDTIME AS NEEDED
```

M 71

Report from: WILKES-BARRE VAMC   Sta
06/30/2009 09:41
\*\*\*\*\*\*\*\*\*\*\*\*\* CONFIDENTIAL Clinical Data (4y) SUMMARY   pg. 1 \*\*\*\*\*\*\*\*\*\*\*\*\*
LASKOWSKI,STANLEY P III                                      DOB: ███████

------------------------ BDEM - Brief Demographics ------------------------

```
               Address: 25 1/2 BELMONT ST                Phone: (570)614-8885
                        CARBONDALE, PENNSYLVANIA  18407
           Eligibility: SERVICE CONNECTED 50% to 100%    Age: 31
            Means Test: NO LONGER REQUIRED               Sex: MALE
             Ethnicity: NOT HISPANIC OR LATINO
                  Race: WHITE

             PCMM Team: GENERAL MEDICINE                 Phone: ███████
         PCMM Provider: PATEL,INDUBHAI M                 Phone: 4885
          Analog Pager: 272
```

```
 Treating Facility                    Type        Station     Last Seen
 -----------------                    ----        -------     ---------
 WILKES-BARRE VAMC                    VAMC          693        06/16/2009
 COATESVILLE VAMC                     VAMC          542        01/24/2008
```

 Source of Info: WILKES-BARRE VAMC

------------------------ BADR - Brief Adv React/All ------------------------

   Allergy/Reaction: TRAMADOL

--------------------- VS - Vital Signs (max 4 years) ---------------------

| Measurement DT | TEMP F(C) | PULSE | RESP | BP | HT IN(CM) | WT LB(KG) [BMI] |
|---|---|---|---|---|---|---|
| 09/11/2008 13:09 | 98.5(36.9) | 70 | 18 | 122/79 | | 201(91.2) [31*] |
| 09/08/2008 13:43 | | 82 | 18 | 129/82 | | |
| 08/05/2008 09:26 | | 74 | 18 | 114/73 | | 194(88.0) [30*] |
| 07/09/2008 10:46 | | 77 | 18 | 116/73 | | |
| 04/29/2008 10:41 | 99.3(37.4) | 75 | 20 | 118/75 | 68.0(173) | 186(84.4) [28*] |
| 03/24/2008 09:11 | | 96 | 18 | 112/75 | | 194(87.9) [30*] |
| 03/10/2008 13:20 | | 90 | 18 | 119/78 | | 194(88.0) [30*] |
| 03/04/2008 14:50 | 98.1(36.7) | 87 | 18 | 133/76 | | 192(87.1) [29*] |
| 03/03/2008 13:23 | 98.6(37.0) | 86 | 18 | 127/80 | | |
| 03/02/2008 12:06 | 99.0(37.2) | 73 | 20 | 129/85 | | |
| 02/15/2008 09:17 | 97.1(36.2) | 85 | 18 | 137/87 | | |
| 01/09/2008 09:22 | | 88 | 20 | 121/77 | | 193(87.5) [29*] |
| 12/05/2007 08:44 | | 77 | | 123/71 | | |
| 04/26/2007 14:06 | 98.8(37.1) | 92 | 20 | 136/76 | 68.0(173) | 180(81.7) [27] |
| 04/20/2007 15:58 | | 72 | | 136/81 | | |
| 04/18/2007 10:32 | 97.8(36.6) | 82 | 20 | 118/75 | 68.0(173) | 180(81.7) [27] |
| 04/11/2007 14:45 | 97.8(36.6) | 69 | 10 | 132/86 | | |

| Measurement DT | CVP CMH20(MMHG) | POx (L/MIN)(%) | CG IN(CM) | Pain |
|---|---|---|---|---|
| 09/11/2008 13:09 | | | | 0 |
| 09/08/2008 13:43 | | | | 0 |
| 08/05/2008 09:26 | | | | 8 |
| 07/09/2008 10:46 | | | | 0 |
| 04/29/2008 10:41 | | | | 6 |
| 03/24/2008 09:11 | | | | 0 |
| 03/10/2008 13:20 | | | | 2 |
| 03/04/2008 14:50 | | | | 0 |
| 03/03/2008 13:23 | | | | 9 |
| 03/02/2008 12:06 | | 99 | | 10 |
| 02/15/2008 09:17 | | | | 1 |
| 01/09/2008 09:22 | | | | 0 |
| 04/26/2007 14:06 | | | | 5 |
| 04/18/2007 10:32 | | | | 0 |
| 04/11/2007 14:45 | | | | 0 |

------------------------- PLL - All Problems -------------------------

M72

                                          6 Problems

LASKOWSKI,STANLEY P III ▓▓▓▓ [WBP]ORGAN DONOR NOTE 04/20/2007  — page 1 of 1 —





M73

LASKOWSKI, STANLEY P III ... COMPENSATION AND PENSION NOTE NOTE 04/23/2007    Page 7 of 7

| **VA** Department of Veterans Affairs | **AUDIOLOGICAL EVALUATION** |
|---|---|
| REASON FOR REFERRAL | REFERRAL SOURCE |

### RIGHT

| EXAMINER INITIALS | 250 | 500 | 1000 | 1500 | 2000 | 3000 | 4000 | 6000 | 8000 |
|---|---|---|---|---|---|---|---|---|---|
| | 5 | 5 | 5 | | 5 | 5 | 10 | 10 | 10 |
| MASKING LEVEL | | | | | | | | | |

### LEFT

| EXAMINER INITIALS | 250 | 500 | 1000 | 1500 | 2000 | 3000 | 4000 | 6000 | 8000 |
|---|---|---|---|---|---|---|---|---|---|
| | 5 | 5 | 5 | | 5 | 5 | 10 | 10 | 10 |
| MASKING LEVEL | | | | | | | | | |

| RIGHT PURE TONE AVERAGE | | | TRANSDUCER TYPE | LEFT PURE TONE AVERAGE | | |
|---|---|---|---|---|---|---|
| 2 FA | 3 FA | 4 FA  9 | ☐ EARPHONE  ☐ INSERT | 2 FA | 3 FA | 4 FA  9 |

### RIGHT

| EXAMINER INITIALS | 250 | 500 | 1000 | 1500 | 2000 | 3000 | 4000 |
|---|---|---|---|---|---|---|---|
| | 5 | 5 | 5 | | 5 | 5 | 15 |
| MASKING LEVEL | | | | | | | |

### LEFT

| EXAMINER INITIALS | 250 | 500 | 1000 | 1500 | 2000 | 3000 | 4000 |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| MASKING LEVEL | | | | | | | |

### RIGHT

| PROBE (RIGHT) | PEAK PRESSURE daPa | V_ea | PEAK STATIC IMMITTANCE | | TYMPANOGRAM TYPE |
|---|---|---|---|---|---|
| | -5 | | 226 Hz  1.2 | 678 Hz | |

| | CONTRALATERAL AR THRESHOLDS | | | | | REFLEX DECAY | |
|---|---|---|---|---|---|---|---|
| STIMULUS (LEFT) | 500 | 1000 | 2000 | 4000 | BBN | 500 | 1000 |
| | | | | | | | |

| | IPSILATERAL AR THRESHOLDS | | | | | HALF-LIFE | |
|---|---|---|---|---|---|---|---|
| STIMULUS (RIGHT) | 500 | 1000 | 2000 | 4000 | BBN | 500 | 1000 |
| | 85 | 85 | 90 | 85 | | | |

| OTHER TESTS (RIGHT) | WEBER | PT STENGER | RINNE | OTHER: |
|---|---|---|---|---|
| | | | | |

### LEFT

| PROBE (LEFT) | PEAK PRESSURE daPa | V_ea | PEAK STATIC IMMITTANCE | | TYMPANOGRAM TYPE |
|---|---|---|---|---|---|
| | -45 | | 226 Hz  1.0 | 678 Hz | |

| | CONTRALATERAL AR THRESHOLDS | | | | | REFLEX DECAY | |
|---|---|---|---|---|---|---|---|
| STIMULUS (RIGHT) | 500 | 1000 | 2000 | 4000 | BBN | 500 | 1000 |
| | | | | | | | |

| | IPSILATERAL AR THRESHOLDS | | | | | HALF-LIFE | |
|---|---|---|---|---|---|---|---|
| STIMULUS (LEFT) | 500 | 1000 | 2000 | 4000 | BBN | 500 | 1000 |
| | 90 | 85 | 85 | 80 | | | |

| OTHER TESTS (LEFT) | WEBER | PT STENGER | RINNE | OTHER: |
|---|---|---|---|---|
| | | | | |

### RIGHT SPEECH RECOGNITION

| RIGHT SRT | | 1 | 2 | 3 | 4 | 5 | 6 | PBMAX |
|---|---|---|---|---|---|---|---|---|
| 8 | | 100% | | | | | | |
| LEVEL | | 48 | | | | | | |
| LIST | | | | | | | | |
| MASKING LEVEL | | | | | | | | |

### LEFT SPEECH RECOGNITION

| LEFT SRT | | 1 | 2 | 3 | 4 | 5 | 6 | PBMAX |
|---|---|---|---|---|---|---|---|---|
| 8 | | 100% | | | | | | |
| LEVEL | | 48 | | | | | | |
| LIST | | | | | | | | |
| MASKING LEVEL | | | | | | | | |

| INTER-TEST CONSISTENCY (RIGHT): ☐ GOOD  ☐ POOR  ☐ FAIR | INTER-TEST CONSISTENCY (LEFT): ☐ GOOD  ☐ POOR  ☐ FAIR |
|---|---|

| MATERIAL | PRESENTATION |
|---|---|
| ☐ MARYLAND CNC  ☐ CIDW-22  ☐ NU-6  ☐ OTHER, SPECIFY: | ☐ RECORDED  ☐ MLV |

COMMENTS

SR
5,7,07

| LAST NAME - FIRST NAME - MIDDLE INITIAL  LASKOWSKY, STANLEY P III | AGE | CLAIM NO. | SOCIAL SECURITY NO. |
|---|---|---|---|
| NAME OF EXAMINING STATION OR CLINIC  VAMC WB Ge | SIGNATURE OF EXAMINING AUDIOLOGIST  AuD | | DATE OF EXAM  4/23/07 |

VA FORM OCT 2004  **10-2364**

M 74

LASKOWSKI,STANLEY P III            WBP)SCANNED C&P NOTE 05/16/2007  — page 2 of 2 —

*Scan*

```
MailMan message for SAMEC,JO ANN  C&P Coordinator
Printed at WILKES-BARRE.MED.VA.GOV  04/03/07@10:06
Subj: Addition of 2507 Exams  [#7219056] 04/03/07@10:06  13 lines
From: SAMEC,JO ANN  In 'IN' basket.   Page 1
-------------------------------------------------------------------
The following veteran had one or more 2507 exams added:

  Name: LASKOWSKI,STANLEY P III   SSN:            C-Number:
     Request date: MAR 30,2007@18:23:57

Note:  Scheduling for this request must now be recompleted.
       A new request copy will be printed tomorrow morning.

=========================<  Additional comments  >=========================

PER 2507 ADDED: JOINTS- RT HIP BURSITIS, RT ARM FRACTURE, LT HIP PAIN
                SKIN- RASHES
                FEET- RT HEEL SPUR
```

M 75

LASKOWSKI,STANLEY P III        WBP SCANNED C&P NOTE 05/16/2007   — page 1 of 2 —

CF ✓

Date: APR 2,2007        COMPENSATION AND PENSION EXAM REQUEST        Page: 1
          For WILKES-BARRE,PA Medical Center Division at WILKES-BARRE VAMC
                        Requested by PHILADELPHIA-RO
                        Date Requested: MAR 30,2007@18:23:57        R 5-10
===============================================================================
   Name: LASKOWSKI,STANLEY P III                    SSN:                  (L7220)
                                              C-Number:
                                                   DOB:
   Address:
   City State Zip+4:                          Res Phone:
                                              Bus Phone:
Entered active service: FEB 23,1999     Last rating exam date:
Released active service: FEB 5,2007
===============================================================================

** Priority of exam: Original SC

                                              Strang 4-11@930
                                              x
Selected exams:                               Berek 4-11@1115
   AUDIO; GENERAL MEDICAL; STRESS DISORDER;   Lab
   STS, SKIN, Feet                            Patch 4-13@1030
                                              NSG 4-13@12
Current Rated disabilities:                   NSG 4-13@4
                                              Santos 4-13@3
                   No rated disabilities on file
                          Strang 4-18@9:30
Other Disabilities:       Santos 4-20@3:00
                          Patch 4-23@10:30  Lour 4-18@11
General remarks:          CAST 4-24@8:00    NSG 4-18@1230
CLAIMS FILE BEING SENT FOR REVIEW BY THE EXAMINER.    Cas 4-18@1

Recently discharged veteran,  Please examine for all conditions claimed and
noted to include rashes, right hip bursitis (ITB), right arm fracture,
chronic pain in left hip, sinusitis, right heel spur, hearing loss, and
tinnitus.

Veteran is also claiming post traumatic stress disorder (PTSD).  Please note
the veteran's DD 214 shows he received a Combat Action Ribbon.  Please
address all DSM-IV criteria and provide GAF score.

This exam request serves as authorization to schedule any additional
specialty examinations deemed necessary by the examiner to fully describe the
veteran's claimed disabilities.

Thank you.
Requested by: H. Liboff x 4105          4-10 Vet called
                                        Wants SEPERATE
CF: 4-9        Days  Explained
                M76            Cx'L Policy

SCANNED
DOCUMENT SCANNED
BY:
DATE 5/16/07

VA Form 21-2507

---------------------------------------------------------------------
MEDICAL RECORD                                        Progress Notes
---------------------------------------------------------------------
NOTE DATED: 09/25/2007 09:16
LOCAL TITLE: HEALTHCARE CHOICES/EMERGENCY CONTACT
STANDARD TITLE: COMMUNICATION NOTE
ADMITTED: 09/25/2007 09:05 8B-DOM
Patient able to communicate health care choices upon
admission. -
   YES
   1.   Informed of right to accept or refuse treatment. - YES

   2.   Informed of right to make a living will. - YES

   3.   Informed of right to create a durable power of attorney for
        health care. - YES
   4.   Patient has a living will or advance directive. -
        YES
   5.   Patient is an organ donor. - YES

   6.   Patient signed authorization to release medical
        information to Gift of Life - NO

   7.   Patient received a patient handbook which contains the Patient's
        Bill of Rights. - YES

   8.   EMERGENCY CONTACT:

        Who do you want contacted in an emergency?
        (This could be different from your next of kin.)

        NAME:MARISOL LASKOWSKI
        RELATIONSHIP:Spouse
        ADDRESS:████████████████████████
        PHONE NUMBER(S):████████████

        Patient Signature:   _____


                  Signed by: /es/ CAROL A GASKA
                             MEDICAL CLERK
                             09/25/2007 09:20

---------------------------------------------------------------------
LASKOWSKI,STANLEY P III  ████████   COATESVILLE VAMC      Printed:09/25/2007 09:20
████████████████████████   Pt Loc: 8B-DOM                        Vice SF 509
---------------------------------------------------------------------

M77

[WBP]SCANNED C&P NOTE 12/20/2007   — page 2 of 2 —

Date: DEC 14,2007    COMPENSATION AND PENSION EXAM REQUEST          Page: 2
          For WILKES-BARRE,PA Medical Center Division at WILKES-BARRE VAMC

                        Requested by PHILADELPHIA-RO
                   Date Requested: NOV 20,2007@15:10:10
==================================================================================
   Name: LASKOWSKI,STANLEY P III                       SSN:              (L7220)
==================================================================================

General remarks (continued):

Throop PA 18512

OEF/OIF veteran- expeditied action required.

Recently discharged veteran.  Please examine for all conditions claimed and
noted to include a stomach condition.

This exam request serves as authorization to schedule any additional
specialty examinations deemed necessary by the examiner to fully describe the
veteran's claimed disability.

Veteran is also claiming an increase in his service connected post traumatic
stress disorder (DC 9411). Please examine and reevaluate.

Thank you.
Requested by: H. Liboff x 4105

VA Form 21-2507                          M 78

Date: DEC 14, 2007     COMPENSATION AND PENSION EXAM REQUEST
        For WILKES-BARRE, PA Medical Center Division at WILKES-BARRE VAMC     Page: 1
                         Requested by PHILADELPHIA-RO
                    Date Requested: NOV 20, 2007@15:10:10        12-14-07
===============================================================================
   Name: LASKOWSKI, STANLEY P III
                                              SSN:                    (L7220)
                                        C-Number:
   Address:                                   DOB:

   City, State, Zip:
                                        Res Phone:
                                        Bus Phone:
   Entered active service: FEB 23, 1999
   Released active service: FEB 5, 2007      Last rating exam date:
===============================================================================

** Priority of exam: Increase

                                          Collins
Selected exams:

   GENERAL MEDICAL - cancelled (VETERAN WITHDREW CLAIM), 12.14@8.
   REV EXAM FOR PTSD;


Current Rated disabilities:

   Rated Disability                   Percent      SC ?      Dx Code
   ---------------------------------------------------------------------
   TINNITUS
   BURSITIS                              10 %       Yes       6260
   BURSITIS                              10 %       Yes       5019
   LIMITED EXTENSION OF FOREARM          10 %       Yes       5019
   MALUNION OF ANKLE                     20 %       Yes       5207
   SINUSITIS, FRONTAL, CHRONIC            0 %       Yes       5273
   POST-TRAUMATIC STRESS DISORDER        10 %       Yes       6512
                                        100 %       Yes       9411

Other Disabilities:

                                                SCANNED
                                                DOCUMENT SCANNED

General remarks:

CLAIMS FILE BEING SENT FOR REVIEW BY THE EXAMINER.

Veteran requests exam at this location.

Please note that we have the veteran's address as:

317 Charles St


VA Form 21-2507

                              M 79

LASKOWSKI,STANLEY P III 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 [WBP]SCANNED C&P NOTE 12/20/2007   — page 3 of 3 —

 

OMB Approved No. 2900-0075
Respondent Burden: 15 minutes

## STATEMENT IN SUPPORT OF CLAIM

Department of Veterans Affairs

**PRIVACY ACT INFORMATION:** The law authorizes us to request the information we are asking you to provide on this form (38 U.S.C. 501(a) and (b)). The response you submit are considered confidential (38 U.S.C. 5701). They may be disclosed outside the Department of Veterans Affairs (VA) only if the disclosure is authorized by the Privacy Act, including the routine uses identified in the VA system of records, 58VA21/22, Compensation, Pension, Education and Rehabilitation Records - VA, published in the Federal Register. The requested information is considered relevant and necessary to determine maximum benefits under the law. Information submitted is subject to verification through computer matching programs with other agencies.

**RESPONDENT BURDEN:** Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Clearance Officer (723), 810 Vermont Ave., NW, Washington, DC 20420; and to the Office of Management and Budget, Paperwork Reduction Project (2900-0075), Washington, DC 20503. PLEASE DO NOT SEND THIS FORM OR APPLICATIONS FOR BENEFITS TO THESE ADDRESSES.

FIRST NAME - MIDDLE NAME - LAST NAME OF VETERAN  (Type or print)

STAN PAUL LASKOWSKI

SOCIAL SECURITY NO.

VA FILE NO.

C/CSS–

The following statement is made in connection with a claim for benefits in the case of the above-named veteran:

ANY CLAIM FOR STOMACH RELATED CONDITIONS FOR SERVICE
CONNECT COMPENSATION WAS MADE IN ERROR.

(CONTINUE ON REVERSE)

I CERTIFY THAT the statements on this form are true and correct to the best of my knowledge and belief.

SIGNATURE

DATE SIGNED

5 DEC 2007

TELEPHONE NUMBERS  (Include Area Code)

ADDRESS

M 80

DAYTIME

EVENING

**PENALTY:** The law provides severe penalties which include fine or imprisonment, or both, for the willful submission of any statement or evidence of a material fact, knowing it to be false.

LASKOWSKI,STANLEY P III 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 [WBP]SCANNED C&P NOTE 12/20/2007  — page 2 of 3 —



MailMan message for NAGLE,GEORGIANNE M  PROGRAM SUPPORT ASSISTANT/OA
Printed at WILKES-BARRE.MED.VA.GOV  12/05/07@14:54
Subj: Cancellation of 2507 Exams  [#9129604] 12/05/07@14:54  18 lines
From: NAGLE,GEORGIANNE M  In 'WASTE' basket.   Page 1
------------------------------------------------------------------------
The following veteran had one or more 2507 exams cancelled:

   Name: LASKOWSKI,STANLEY P III   SSN: XXXXX7220   C-Number: 198667220

Exams cancelled                          Reason

    GENERAL MEDICAL EXAMINATI ......... VETERAN WITHDREW CLAIM


 *** There is still 1 exam open on this request. ***

==========================< Additional comments >==========================

Per veteran - he is not interested in the stomach (GM) part of this
11/20/07 claim at the present time.

Veteran completed a form 21-4138, which will be faxed to the attn of H.
Liboff when the AMIE is complete

M81

BUKOWSKI,STANLEY P III        BP)SCANNED C&P NOTE 12/20/2007   — page 1 of 3 —

FAX + SCAN



OMB Approved No. 2900-0075
Respondent Burden 15 minutes

Department of Veterans Affairs

## STATEMENT IN SUPPORT OF CLAIM

**PRIVACY ACT INFORMATION:** The law authorizes us to request the information we are asking you to provide on this form (38 U.S.C. 501(a) and (b)). The responses you submit are considered confidential (38 U.S.C. 5701). They may be disclosed outside the Department of Veterans Affairs (VA) only if the disclosure is authorized by the Privacy Act, including the routine uses identified in the VA system of records, 58VA21/22, Compensation, Pension, Education and Rehabilitation Records - VA, published in the Federal Register. The requested information is considered relevant and necessary to determine maximum benefits under the law. Information submitted is subject to verification through computer matching programs with other agencies.

**RESPONDENT BURDEN:** Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Clearance Officer (723), 810 Vermont Ave., NW, Washington, DC 20420; and to the Office of Management and Budget, Paperwork Reduction Project (2900-0075), Washington, DC 20503. PLEASE DO NOT SEND THIS FORM OR APPLICATIONS FOR BENEFITS TO THESE ADDRESSES.

FIRST NAME - MIDDLE NAME - LAST NAME OF VETERAN  *(Type or print)*

STAN PAUL LASKOWSKI

SOCIAL SECURITY NO.

VA FILE NO.

C/CSS-

The following statement is made in connection with a claim for benefits in the case of the above-n

ANY CLAIM FOR STOMACH RELATED CONDITIONS FOR SERVICE CONNECT COMPENSATION WAS MADE IN ERROR.

(CONTINUE ON REVERSE)

I CERTIFY THAT the statements on this form are true and correct to the best of my knowledge and belief.

SIGNATURE

DATE SIGNED

5 DEC 2007

ADDRESS

TELEPHONE NUMBERS *(Include Area Code)*

DAYTIME

**PENALTY:** The law provides severe penalties which include fine or imprisonment, or both, for the willful submission of any statement or evidence of a material fact, knowing it to be false.

VA FORM
APR 1994   **21-4138**        M82        EXISTING STOCKS OF VA FORM 21-4138,

LASKOWSKI, STANLEY P III          [WBP]SCANNED FEE BASIS NOTE 01/23/2008   — page 2 of 2 —

VA Medical Center
RE:  Stanley Laskowski

Page 2.

Straight leg raising is negative in the lumbosacral spine, and there are no sensory findings bilaterally in the lower extremities.

His right shoulder has a trigger point area in the rhomboid region but, otherwise, is normal with a negative impingement sign, negative drop test, and intact rotator cuff.   This appears to be consistent with a strained muscle that has not resolved.

The left shoulder is entirely benign as is the rhomboid area.

Cervical spine has normal range of motion with no paravertebral discomfort and no neurologic findings in the upper extremities.

He should have a work up in terms of inflammation, given his age, and these complaints.   I have ordered a latex fixation, ANA, sed rate and Lyme titer.

He should start physical therapy to the right shoulder area and I have ordered hot packs, ultrasound and massage three times a week for three weeks at the VA.

I have also given him a prescription for bilateral scaphoid pads for his shoes and he is going to get that filled and try that.

He can try heat and non steroidal anti-inflammatories.   I do not think he needs a nerve test or MRI scan of the cervical spine at this point.

He is to return in 4-6 weeks to see how he has responded to the above regimen and the work up.

Sincerely,

Peter A. Feinstein, MD

PAF:meh

M 8 3

# PETER A. FEINSTEIN, M.D., P.C.

*Orthopedic Specialists of Northeastern PA*

John Heinz Institute of Rehabilitation Medicine
Medical Arts Center III, 2nd Floor
150 Mundy Street
Wilkes-Barre, PA 18702
Telephone: (570) 826-5559
Fax: (570) 826-0906

Orthopedic and
  Reconstructive Surgery,
Arthroscopy,
Fracture Care,
Sports Medicine,
Carpal Tunnel Syndrome,
Repetitive Trauma Disorders,
Worker's Compensation,
Independent Medical
  Examinations

Diplomate:
* American Board
  of Orthopedic Surgery
* American Board
  of Forensic Examiners
* American Board
  of Experts in Traumatic Stress

Fellow:
* American Academy
  of Orthopedic Surgeons
* American College
  of Surgeons
* American College of
  Forensic Examiners

Member:
* Arthroscopy Association
  of North America
* Eastern Orthopedic
  Association
* Pennsylvania Orthopedic
  Society
* American Medical
  Association
* Pennsylvania Medical
  Society
* Luzerne County
  Medical Society
* American Academy
  of Experts in Traumatic Stress

## MEMORANDUM

**TO:**          **VA Medical Center**

**FROM:**        **Peter A. Feinstein, MD**

**EXAM DATE:**   **January 23, 2008**

**RE:**          **Medical Consult – Stanley Laskowski**

**SS #:**        **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**

I saw Stanley Laskowski in the office today for an orthopedic opinion at the request of the VA Medical Center.

He is a 29 year old male who is here for pain in both his hips, his right shoulder and his left ankle.

His right hip started to bother him in 2001, and his left hip somewhat later.  He tells me that he had an MRI of his right hip in 2001.

His right ankle started bothering him in 2001.  His right shoulder started to bother him in the last three months.

He does not wear any arch supports.

He had a fractured arm in 2002.

X-rays of his wrist and arm show a remodeled ulnar fracture in the distal third.  Hip x-rays from 4-11-07 which I have reviewed are unremarkable.  Feet x-rays from the same time are unremarkable as well, as well as is his right ankle.

He has pes planus that is mild and bilateral.

He takes Effexor and Tramadol for posttraumatic stress syndrome.

On physical examination he has medial and lateral malleolar discomfort in the right foot with bilateral pes planus with a normal gait.  The rest of his foot examination is normal.

There is left greater trochanteric bursa bursitis, questionable on the right, with no pain to internal and external rotation of the hips, and no groin pain.

M 84

# PETER A. FEINSTEIN, M.D., P.C.

**Orthopedic Specialists of Northeastern PA**

John Heinz Institute of Rehabilitation Medicine
Medical Arts Center III, 2nd Floor
150 Mundy Street
Wilkes-Barre, PA 18702
Telephone: (570) 826-5559
Fax: (570) 826-0906

Orthopedic and
  Reconstructive Surgery,
Arthroscopy,
Fracture Care,
Sports Medicine,
Carpal Tunnel Syndrome,
Repetitive Trauma Disorders,
Worker's Compensation,
Independent Medical
  Examinations

Diplomate:
- American Board
  of Orthopedic Surgery
- American Board
  of Forensic Examiners
- American Board
  of Experts in Traumatic Stress

Fellow:
- American Academy
  of Orthopedic Surgeons
- American College
  of Surgeons
- American College of
  Forensic Examiners

Member:
- Arthroscopy Association
  of North America
- Eastern Orthopedic
  Association
- Pennsylvania Orthopedic
  Society
- American Medical
  Association
- Pennsylvania Medical
  Society
- Luzerne County
  Medical Society
- American Academy
  of Experts in Traumatic Stress

**MEMORANDUM**

**TO:**           VA Medical Center

**FROM:**        Peter A. Feinstein, MD

**EXAM DATE:**   February 20, 2008

**RE:**           Follow-up Consult – Stanley Laskowski

**SS #:**         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

I saw Stanley Laskowski in the office in follow-up.

He has gotten the scaphoid pads for his shoes and tells me that this has made his feet and his lower back markedly better.   His feet feel quite good.

He has not gotten any of the physical therapy either to his shoulder and neck area, or his lower back.   This is supposed to start tomorrow.

He tells me he had the blood work drawn on Friday, so I do not have the results of that as of yet either.

I will call him if the blood work is abnormal.   He is to do the therapy, as that is part of the treatment plan.   I will see him in four to six weeks to see how he has responded.   May consider a steroid injection into the trapezius and sternocleidomastoid and paravertebral muscle area on the right side of his neck if no improvement with the therapy, but I believe the therapy should help this as it appears to be myofascial.

Will see him in four to six weeks.

Sincerely,

Peter A. Feinstein, MD

PAF:meh

M85

LASKOWSKI,STANLEY P III          WBP]+ 1010M ER/SPU CLINICIAN DISCHARGE INSTRUCTIONS(CHILD) NOTE 02/15/2008   — page 2 of 2 —

---

MEDICAL RECORD                                                    Progress Notes

---

02/15/2008 10:12        ** CONTINUED FROM PREVIOUS PAGE **

SIGNATURE OF PATIENT                                      DATE 15 Feb 2008

              Signed by: /es/ PAULA ARIAS
                         PA-C
                         02/15/2008 10:20

---

M 86

---

MEDICAL RECORD
Progress Notes

---

NOTE DATED: 02/15/2008 10:12
LOCAL TITLE: 1010M ER/SPU CLINICIAN DISCHARGE INSTRUCTIONS (CHILD)
STANDARD TITLE: PHYSICIAN DISCHARGE NOTE
VISIT: 02/15/2008 09:22 ER (AM) CLINIC
Clinician Discharge Instructions:
Instructions

Discharge Instructions were given to LASKOWSKI,STANLEY P III on FEB 15, 2008.

Mode of Departure:  Ambulatory

          ** FUTURE APPOINTMENTS **
     DATE/TIME                  CLINIC ( LOCATION )


Aftercare sheet given: Yes.

Discharge dietary instructions: LOW CHOLESTROL DIET

Follow-up activity/limitations: Restrictions:  NO HEAVY LIFTING, PUSHING OR
PULLING.


Condition: Satisfactory

What to do if symptoms worsen: RETURN TO EMERGENCY ROOM IF PAIN
WORSENS.


Patient Instructions:

TAKE MEDROL DOSE PACK AS DIRECTED.
CONTINUE TRAMDOL AND NAPROXEN AS PRESCRIBED BY PCP.
ONLY TAKE YOUR MEDICATIONS AS DIRECTED.
DO NOT TAKE EXTRA MEDICATION.
REST RIGHT SHOULDER.
MOIST HEAT TO RIGHT SHOULDER.
GENTLE NECK AND SHOULDER EXERCISES.
NO HEAVY LIFTING, PUSHING OR PULLING.
FOLLOW UP WTIH PRIMARY CARE PHYSICIAN.

Patient/or patient's representative verbalizes understanding.

PLEASE NOTE:  A copy of your ER visit can be made available upon request
thru the office of Release of Information.


Patient

I HAVE RECEIVED AND UNDERSTAND MY DISCHARGE INSTRUCTIONS:        2/20/08
                                                                RC m

          ** THIS NOTE CONTINUED ON NEXT PAGE **

---

LASKOWSKI, STANLEY P III          WILKES-BARRE VAMC         Printed:02/15/2008 10:25
████████████████████             Pt Loc: OUTPATIENT                     Vice SP 509

---

M 87

LASKOWSKI,STANLEY P III 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 [WBP]1010M ER/SPU CLINICIAN DISCHARGE INSTRUCTIONS(CHILD) NOTE 03/02/2008 12:21   — page 1 of 1 —

```
--------------------------------------------------------------------------
MEDICAL RECORD                                               Progress Notes
--------------------------------------------------------------------------
```
NOTE DATED: 03/02/2008 12:21
LOCAL TITLE: 1010M ER/SPU CLINICIAN DISCHARGE INSTRUCTIONS(CHILD)
STANDARD TITLE: PHYSICIAN DISCHARGE NOTE
VISIT: 03/02/2008 10:51 ER (AM) CLINIC
Clinician Discharge Instructions:
Instructions

Discharge Instructions were given to LASKOWSKI,STANLEY P III on MAR 02, 2008.

Mode of Departure:  Ambulatory

3        ** FUTURE APPOINTMENTS **
     DATE/TIME            CLINIC ( LOCATION )
     MAR 7,2008@14:00    PT-AMS/2ND FLR SILVER ARE   (2ND FLR ROOM C2-17)

Aftercare sheet given: Yes.

Discharge dietary instructions: as tolerated

Follow-up activity/limitations: Restrictions      (specify)No lifting more than 10
lbs, wear collar until you see you PCP.

Condition: Unchanged

What to do if symptoms worsen: (specify) return to ER Dept, see FMD

Patient Instructions: Rest, Ice, Soft cervical collar, flexeril, darvocet as
noted on label.

Patient/or patient's representative verbalizes understanding.

PLEASE NOTE:  A copy of your ER visit can be made available upon request
thru the office of Release of Information.

Patient

I HAVE RECEIVED AND UNDERSTAND MY DISCHARGE INSTRUCTIONS:

SIGNATURE OF PATIENT          DATE  3/2/08
          Signed by: /es/ WILLIAM R. RICE, PA-C
                         Physician Assistant
                         03/02/2008 12:26

SCANNED
DOCUMENT SCANNED
BY:
DATE

```
--------------------------------------------------------------------------
LASKOWSKI STANLEY P III          WILKES-BARRE VAMC      Printed:03/02/2008 12:26
                                 Pt Loc: OUTPATIENT              Vice SF 509
--------------------------------------------------------------------------
```

M 88

LASKOWSKI,STANLEY P III          WBP|SCANNED TBI DOCUMENTS NOTE 03/17/2008 08:57   — page 1 of 1 —

03/10/2008
L7220


**STANLEY P LASKOWSKI III**


Dear Mr. Stanley P Laskowski III,

This letter is being sent to you to inform/remind you of the following appointment(s) which are  *S C H E D U L E D* at this Medical Center.

   MONDAY     MAR 24, 2008   9:00 AM TBI HOGG Clinic

**NEW PATIENTS ONLY** for your 1st appointment please bring a copy of all medical records from your current Primary care doctor.
 ARRIVE - 30 MINUTES ARRIVE - 30 MINUTES prior to your scheduled physician visit as an annual screening by our nursing staff  may be required.
 CHECK-IN with the clerk upon arrival for your appointment, your computer information will be updated each time you come to the VA Medical Center,
 HAVE INSURANCE CARD - handy, so your records can be quickly updated.
 PRESCRIPTION CO-PAY - If applicable, you will be charged for every 30 day supply of medicine, including over-the-counter aspirin and vitamins.
 ADVANCE DIRECTIVE -If you have a Living Will or Power of Attorney for Health Care (Health Care Agent), please provide a copy to the clerk for filing on your next scheduled visit.

Please call the appropriate number listed bel
 Local calls:                      (570) 824-3521
 Toll-free long distance:        1-877-928-262
 Hearing impaired veterans may call: TT 570-8
 If you have a medical question and would li
 Nurse 24 hours a day, call:
 Local Call:        (570) 824-3521 press #6
 Toll Free Call:       1-877-928-2621 press #6

We appreciate your attention to the above and
medical needs.


Regards,

Department of Veterans Affairs Medical Center
1111 East End Boulevard
Wilkes-Barre, Pennsylvania  18711

M89

LASKOWSKI,STANLEY P III    [WBP]SCANNED TBI DOCUMENTS NOTE 03/17/2008 08:57 — page 1 of 1 —

L - 7220

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery 5-19-08<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Stanley Laskowski III | |
| | 3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label)   7002 2410 0005 5512 7287 | |
| PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540 | |

M90

LASKOWSKI,STANLEY P III        /WBP]SCANNED TBI DOCUMENTS NOTE 05/17/2006 06.07   — page 4 of 4 —

THIS PAGE IS BLANK

THIS PAGE IS BLANK

THIS PAGE IS BLANK

M91

LASKOWSKI,STANLEY P III 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 [WBP]SCANNED TBI DOCUMENTS NOTE 03/17/2008 08:57   — page 3 of 4 —

18. Difficulty falling or staying asleep: *Both*

| 0 | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| NONE | MILD | MODERATE | SEVERE | VERY SEVERE (circled) |

19. Feeling anxious or tense:

| 0 | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| NONE | MILD | MODERATE | SEVERE | VERY SEVERE (circled) |

20. Feeling depressed or sad:

| 0 | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| NONE | MILD | MODERATE (2 circled) | SEVERE | VERY SEVERE |

21. Irritability, easily annoyed:

| 0 | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| NONE | MILD | MODERATE | SEVERE | VERY SEVERE (circled) |

22. Poor frustration tolerance, feeling easily overwhelmed by things:

| 0 | 1 | 2 | 3 | 4 |
|---|---|---|---|---|
| NONE | MILD | MODERATE | SEVERE | VERY SEVERE (circled) |

- Married
- 3 children
- currently unemployed

M 92

LASKOWSKI,STANLEY P ~~~~~~~~~~~~~~VBP|SCANNED TBI DOCUMENTS NOTE 03/17/2008 08.07   — page 2 of 4 —

7.  Sensitivity to light:
    0          1          2              3          (4)
    NONE       MILD       MODERATE       SEVERE     VERY SEVERE

8.  Hearing difficulty:
    0          1          2              3          (4)
    NONE       MILD       MODERATE       SEVERE     VERY SEVERE

9.  Sensitivity to noise:
    0          1          2              3          (4)
    NONE       MILD       MODERATE       SEVERE     VERY SEVERE

10. Numbness or tingling on parts of my body:
    0          1          2              3          (4)
    NONE       MILD       MODERATE       SEVERE     VERY SEVERE

11. Change in taste and/or smell: Both
    0          1          2              (3)        4
    NONE       MILD       MODERATE       SEVERE     VERY SEVERE

12. Loss of appetite or increase appetite:
    (0)        1          2              3          4
    NONE       MILD       MODERATE       SEVERE     VERY SEVERE

13. Poor concentration, can't pay attention, easily distracted:
    0          1          2              3          (4)
    NONE       MILD       MODERATE       SEVERE     VERY SEVERE

14. Forgetfulness, can't remember things:
    0          1          2              3          (4)
    NONE       MILD       MODERATE       SEVERE     VERY SEVERE

15. Difficulty making decisions:
    0          1          (2)            3          4
    NONE       MILD       MODERATE       SEVERE     VERY SEVERE

16. Slowed thinking, difficulty getting organized, can't finish things:
    0          1          2              (3)        4
    NONE       MILD       MODERATE       SEVERE     VERY SEVERE

17. Fatigue, loss of energy, getting tired easily:
    0          1          2              3          (4)
    NONE       MILD       MODERATE       SEVERE     VERY SEVERE

M93

## NSI

**Please rate the following symptoms with regard to how much they have disturbed you** *SINCE YOUR INJURY.*

**0 = None-** Rarely if ever present; not a problem at all

**1 = Mild-** Occasionally present, but it does not disrupt activities; I can usually continue what I'm doing; doesn't really concern me.

**2 = Moderate-** Often present, occasionally disrupts my activities; I can usually continue what I'm doing with some effort; I feel somewhat concerned.

**3 = Severe-** Frequently present and disrupts activities; I can only do things that are fairly simple or take little effort; I feel like I need help.

**4 = Very Severe-** Almost always present and I have been unable to perform at work, school or home due to this problem; I probably cannot function without help.

1. Feeling dizzy:
   | 0 NONE | 1 MILD | 2 MODERATE | (3) SEVERE | 4 VERY SEVERE |

2. Loss of balance:
   | 0 NONE | 1 MILD | 2 MODERATE | (3) SEVERE | 4 VERY SEVERE |

3. Poor coordination, clumsy:
   | 0 NONE | 1 MILD | 2 MODERATE | 3 SEVERE | (4) VERY SEVERE |

4. Headaches:
   | 0 NONE | 1 MILD | 2 MODERATE | 3 SEVERE | (4) VERY SEVERE |

5. Nausea:
   | 0 NONE | 1 MILD | 2 MODERATE | (3) SEVERE | 4 VERY SEVERE |

6. Vision problems, blurring, trouble seeing:
   | 0 NONE | 1 MILD | 2 MODERATE | (3) SEVERE | 4 VERY SEVERE |

PATIENT NAME/LAST 4 : Laskowski   7220

CLINICIAN NAME/DATE : Barbara Rexer   3/24/08

M94



```
┌─────────────────────────────────────────────┐
│          Transmission Report                 │
└─────────────────────────────────────────────┘
```

| | | | |
|---|---|---|---|
| Date/Time | 04-01-2008 | 01:10:14 p.m. | Transmit Header Text |
| Local ID 1 | 5708195195 | | Local Name 1 |
| Local ID 2 | | | Local Name 2 |

### This document : Confirmed
### (reduced sample and details below)
### Document size : 8.5"x11"



COMPENSATION AND PENSION EXAM REQUEST                          Page: 1
Date: MAR 19,2008
      For WILKES-BARRE,PA Medical Center Division at WILKES-BARRE VAMC

                        Requested by PHILADELPHIA-RO
                        Date Requested: MAR 19,2008@08:38:31

Name: LASKOWSKI, STANLEY P III                          SSN:       (L7220)
                                                        C-Number:
Address:                                                DOB:
City,State,Zip+4:                        Res Phone:
                                         Bus Phone:
Entered active service: FEB 21,1999      Last rating exam date:
Released active service: FEB 5,2007

** Priority of exam: Increase

Selected exams:
  ESOPHAGUS/HIATAL HERNIA

Current Rated disabilities:

  Rated Disability                    Percent      SC ?     Dis Code

  TINNITUS                              10 %        Yes       6260
  BURSITIS                              10 %        Yes       5019
  BURSITIS                              10 %        Yes       5019
  LIMITED EXTENSION OF FOREARM          20 %        Yes       5207
  MALUNION OF ANKLE                      0 %        Yes       5273
  SINUSITIS,FRONTAL, CHRONIC            10 %        Yes       6512
  POST-TRAUMATIC STRESS DISORDER       100 %        Yes       9411

Other Disabilities:

General remarks:

CLAIMS FILE BEING SENT FOR REVIEW BY THE EXAMINER.

Recently discharged veteran claiming service-connection for a stomach
condition.  Service treatment records note complaints of heartburn, with him
being treated with Aciphex.  Please examine and provide current
symptomatology.  Service treatment records sent for review.  Refer questions
to Tim Palmer, 215-842-2000 x 4602.

VA Form 21-2507

| Total Pages Scanned : 2 | | | Total Pages Confirmed : 2 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| No. | Job | Remote Station | Start Time | Duration | Pages | Line | Mode | Job Type | Results |
| 001 | 434 | 82153813165 | 01:09:21 p.m. 04-01-2008 | 00:00:21 | 2/2 | 1 | EC | HS | CP26400 |

**Abbreviations:**

| | | | |
|---|---|---|---|
| HS: Host send | PL: Polled local | MP: Mailbox print | TU: Terminated by user |
| HR: Host receive | PR: Polled remote | CP: Completed | TS: Terminated by system | G3: Group 3 |
| WS: Waiting send | MS: Mailbox save | FA: Fail | RP: Report | EC: Error Correct |

M95

LASKOWSKI,STANLEY P III ████████   BP|SCANNED C&P NOTE 04/08/2008 14.12   -- page 2 of 3 --

```
MailMan message for SAMEC,JO ANN  C&P Coordinator
Printed at WILKES-BARRE.MED.VA.GOV  04/01/08@14:01
Subj: Cancellation of 2507 Exams  [#9979309] 04/01/08@14:01  14 lines
From: SAMEC,JO ANN  In 'IN' basket.  Page 1
--------------------------------------------------------------------------
The following veteran had one or more 2507 exams cancelled:

   Name: LASKOWSKI,STANLEY P III   SSN: ████████   C-Number: ████████

                                          Reason
Exams cancelled

      ESOPHAGUS AND HIATAL HERN .......... VETERAN WITHDREW CLAIM


  *** All exams on this request are now CANCELLED. ***

=========================<  Additional comments  >========================

VETERAN CX' DCLAIM
```

M96

Date: MAR 19,2008    **COMPENSATION AND PENSION EXAM REQUEST**    Page: 1
For WILKES-BARRE,PA Medical Center Division at WILKES-BARRE VAMC
Requested by PHILADELPHIA-RO
Date Requested: MAR 19,2008@08:38:31
=================================================================
SSN:                    (L7220)
Name: LASKOWSKI,STANLEY P III         C-Number:
                                      DOB:
Address:
City,State,Zip+4:                     Res Phone:
                                      Bus Phone:
Entered active service: FEB 23,1999    Last rating exam date:
Released active service: FEB 5,2007
=================================================================

** Priority of exam: Increase

Selected exams:
   ESOPHAGUS/HIATAL HRNI

Current Rated disabilities:

| Rated Disability | Percent | SC ? | Dx Code |
|---|---|---|---|
| TINNITUS | 10 % | Yes | 6260 |
| BURSITIS | 10 % | Yes | 5019 |
| BURSITIS | 10 % | Yes | 5019 |
| LIMITED EXTENSION OF FOREARM | 20 % | Yes | 5207 |
| MALUNION OF ANKLE | 0 % | Yes | 5273 |
| SINUSITIS,FRONTAL,CHRONIC | 10 % | Yes | 6512 |
| POST-TRAUMATIC STRESS DISORDER | 100 % | Yes | 9411 |

Other Disabilities:

General remarks:

CLAIMS FILE BEING SENT FOR REVIEW BY THE EXAMINER.

Recently discharged veteran claiming service-connection for a stomach
condition.  Service treatment records note complaints of heartburn, with him
being treated with Aciphex.  Please examine and provide current
symptomatology.  Service treatment records sent for review.  Refer questions
to Tim Palmer, 215-842-2000 x 4602.

VA Form 21-2507

LASKOWSKI,STANLEY P III 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 [WBP]MAGNETIC IMAGE,BRAIN XRAY 04/29/2008 11:48   — page 2 of 2 —

 

The following items can interfere with MR imaging and some can be hazardous to your safety. Please check (√) if you have any of these items:

| YES | NO | |
|---|---|---|
| — | X | Cardiac Pacemaker or Pacemaker lead wires |
| — | — | Brain aneurysm clips |
| — | — | Aortic clips |
| — | — | Implanted neurostimulators or lead wires |
| — | — | Artificial heart valve |
| — | — | Insulin pump |
| — | — | Electrodes |
| — | — | Hearing Aids |
| — | — | IUD |
| — | — | Shunts |
| — | — | Joint replacements |
| — | — | Fractured bones treated w metal rods, plates, pins, screws, clips |
| — | — | Harrington rod |
| — | — | Bone or joint pins |
| — | — | Prosthesis |
| — | — | Metal mesh |
| — | — | Wire sutures |
| — | — | Shrapnel |
| — | — | Dentures |
| — | — | Metal slivers in the eyes |
| — | — | Cochlear implants |
| — | — | Tatto eyeliner |
| — | X | Others (please list) |



LEFT   FRONT   BACK   RIGHT

Please identify the location of any pain/numbness/lump

On the drawing above, please mark the location of your pain.

| YES | NO | Do not enter the scan room with any metal or magnetic –sensitive items like these: |
|---|---|---|
| — | X | Glasses |
| — | — | Removable dental work |
| — | — | Hearing aid |
| — | — | Jewelry |
| — | — | Watch |
| — | — | Wallet or money clip |
| — | — | Pens or pencils |
| — | — | Keys |
| — | — | Coins |
| — | — | Pocket knife |
| — | — | Metal zippers or buttons |
| — | — | Belt buckle |
| — | — | Shoes |
| — | — | Magnet strip cards (credit cards, bank cards) |
| — | — | Hairpins or barrettes |
| — | — | Metal bra hooks |
| — | — | Bra and girdle underwire support |
| — | — | Sanitary belt |
| — | X | Safety pins |

M98