LASKOWSKI,STANLEY P III 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 [WBP]MAGNETIC IMAGE,BRAIN XRAY 04/29/2008 11:48  — page 1 of 2 —

## MRI Patient Screening Form

Vista Imaging
Scanned Document
Date 4-29-08 Time: 12:30 PM
Initials: PC

Date: 4.29.08  Name(First, Middle, Last): Stanley, Laskowski

389.

Last Four SSN#: � ▇

Female [ ]  Male [✓]  Age: 30  Date of Birth ▇  Height 6'0"  Weight 194

Why are you having this examination (medical problem)? _____

| | YES | NO |
|---|---|---|
| Have you ever had a MRI examination before and had a problem? If yes, please describe: _____ | — | — |
| Have you ever had a surgical operation or procedure of any kind? If yes, list all prior surgeries and approximate dates: _____ | — | ✓ |
| Have you ever had an injury from a metal object in your eye? (metal slivers, metal shavings, other metal object) If yes, did you seek medical attention? If yes, describe what was found: _____ | — | ✓ |
| Do you have a history of kidney disease, asthma, or other allergic respiratory disease? | — | ✓ |
| Do you have any drug allergies? If yes, please list drugs: _____ | — | ✓ |
| Have you ever received a contrast agent or x-ray dye used for MRI, CT, or other x-ray or study? | — | ✓ |
| Have you ever had an x-ray dye or magnetic resonance imaging (MRI) contrast agent allergic reaction? If yes, please describe: _____ | — | — |

### For Female Patients:

| | YES | NO |
|---|---|---|
| Date of last menstrual period: ___/___/___  Post menopausal? | — | — |
| Are you pregnant of experiencing a late mesntrual period? | — | — |
| Are you taking oral contraceptives or receiving hormaonal treatment? | — | — |
| Are you taking any type of fertility medication or having fertility treatments? If yes, please describe: _____ | — | — |
| Are you currently breastfeeding? | — | — |

Signature of Individual: _____

Reviewed by: _____   Date: 4.29.08

M99

JOB# 08-09

LASKOWSKI,STANLEY P III          WBP|SCANNED TBI CERTIFICATION LETTER NOTE 05/13/2008 16:49   — page 1 of 1 —

05-13-'08 12:32  FROM-CLINICAL FORENSIC NU   570-830-8917         T-309  P003/003 F-367



# ALLIED SERVICES

### John Heinz Institute
### of Rehabilitation Medicine

150 Mundy Street • Wilkes-Barre Township, PA 18702
(570) 826-3800 • TDD (570) 826-3789

## OFFICE OF MICHAEL J. RAYMOND, PH.D.

### May 13, 2008

**Regarding:** <u>Initial Neuropsychological Evaluation for Patient:</u> <u>Stanley Laskowski</u> ███

**To Whom It May Concern:**

Please be advised that our attempts to schedule your patient for neuropsychological evaluation and testing with Dr. Michael Raymond has been unsuccessful as the following has occurred:

(X) We have been unable to contact the patient via telephone on three (3) consecutive business days. A letter was mailed to the patient requesting they contact us for an appointment within ten (10) business days. We have not received a response.

( ) Patient has not kept one or more confirmed appointments and has not returned our calls to reschedule.

( ) We have contacted the patient and they have declined services/prefers to seek services at another facility.

( ) Other: _____
_____

Questions concerning scheduling of services for this patient should be directed to the Clinical/Forensic Neuropsychology Department secretary Sandy Williams at 830-8936. Thank you.

MI00

_ASKOWSKI,STANLEY P III                WBP|SCANNED TBI DUCUMENTS NOTE



# ALLIED SERVICES
## John Heinz Institute
### of Rehabilitation Medicine

150 Mundy Street • Wilkes-Barre Township, PA 18702
(570) 826-3800 • TDD (570) 826-3789

## VA PATIENT'S SCHEDULED WITH DR. RAYMOND

**TO:**              Alice (VAMC) 819-5143

**FROM:**         Dr. Raymond's Office

**PATIENT NAME:**   Stanley Laskowski

**LAST 4 SOC. SEC #:**   ▇▇▇▇

This patient has been scheduled for an appointment with Dr. Raymond for Neuropsychological Evaluation and Testing on the following dates.

    (T)    June 10, 2008          12:00 pm – 1:00 pm (Dr. Raymond)

    (T)    June 10, 2008          1:00 pm – 4:30 pm  (testing)

                 and

    (Th)   June 12, 2008          1:00 pm – 4:30 pm (testing)

If you have any questions or problems, please contact me at (570) 830-8936.

M101



# ALLIED SERVICES

### John Heinz Institute
### of Rehabilitation Medicine

150 Mundy Street • Wilkes-Barre Township, PA 18702
(570) 826-3800 • TDD (570) 826-3789

**DATE:** 6-20-08

**TO:** Alice

**COMPANY:** VAMC

**FAX NUMBER:** 819 - 5143

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**FROM:**       Dr. Michael J. Raymond

**COMPANY:**    THE JOHN HEINZ INSTITUTE OF REHABILITATION
MEDICINE

**LOCATION:**    150 MUNDY STREET, WILKES-BARRE, PA 18702

**OUR FAX MACHINE NUMBER:** (570) 830-8917

**TOTAL NUMBER OF PAGES:**   11

## \*\*\* IF YOU DO NOT RECEIVE THE NUMBER OF PAGES INDICATED
## PLEASE CALL (570) 826-3771

**CONFIDENTIALITY:** The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any disclosure, distribution, copying or action taken in reliance on the contents of these documents is strictly prohibited. If you have received this communication in error, or if any problems occur with transmission, please notify us immediately by telephone and return the original information to us at the above address via regular postal services. Thank you for your help in maintaining appropriate confidentiality.

M102

LASKOWSKI,STANLEY P III     PISCANNED TBI DOCUMENTS NOTE 06/20/2008 08:49 — page 10 of 11 —

## Neuropsychological Data Summary

Patient: Stanley Laskowski                             Date:   6 / 08

| WAIS-R (Scaled and Age Adjusted Scaled Scores): | SS/Age adj. | LATERAL DOMINANCE: | | | | | R |
|---|---|---|---|---|---|---|---|
| Information | 13 / 13 | SENSORY PERCEPTUAL EXAM: | | | | | |
| Digit Span | 14 / 14 | Tactile Stimulation | | | | | 0 |
| Vocabulary | 13 / 12 | Auditory Stimulation | | | | | 0 |
| Arithmetic | 14 / 13 | Finger Recognition | | | | | 0 |
| Comprehension | 13 / 12 | F-T Number Writing | | | | | 0 |
| Similarities | 12 / 12 | Tactile Form Recognition   R 13 "   L 12 " | | | | | 0 |
| Picture Completion | 7 / 7 | Visual Stimulation | | | | | 0 |
| Picture Arrangement | 10 / 10 | | | | | | |
| (Untimed) | 10 / 10 | FINGER TAPPING TEST: | | | | | |
| Block Design | 14 / 14 | Dominant | | | | | 54 |
| (Untimed) | 14 / 14 | Nondominant | | | | | 43 |
| Digit Symbol | 15 / 14 | | | | | | |
| VIQ | 119 / 90 | DYNAMOMETER: | | | | | |
| PIQ | 106 / 66 | Dominant | | | | | 51 kgs |
| FSIQ | 115 / 84 | Nondominant | | | | | 51 kgs |
| | | | | | | | |
| WECHSLER MEMORY SCALE - III: | SS / % | GROOVED PEGBOARD: | | | | | |
| Auditory Immediate Memory | 114 / 82 | Dominant | | | | | |
| Visual Immediate Memory | 97 / 42 | Nondominant | | | | | |
| Immediate Memory | 106 / 66 | | | | | | |
| Auditory Delayed | 128 / 97 | TACTUAL PERFORMANCE TEST: | | | | | |
| Visual Delayed | 97 / 42 | Dominant | 3.5 | Total | | 8.7 | |
| General Memory | 114 / 82 | Nondominant | 3.2 | Memory | | 10 | |
| Working Memory | 111 / 77 | Both | 2.0 | Localization | | 10 | |
| | | | | | | | |
| WRAT-3 (Standard Scores/ %): | SS / % | CATEGORY TEST: | | | | | 9 |
| Reading | 116 / 86 | | | | | | |
| Spelling | 110 / 75 | TRAILS A: | | | | | 23 " |
| Arithmetic | 110 / 75 | TRAILS B: | | | | | 44 " |
| Mean | 112 / 79 | | | | | | |
| | | KNOX'S CUBE: | | | | | |
| TOMM: | 50-50-50 | | | | | | |
| | | CLOCK DRAWING TEST: | | | | | X |
| LETTER/NUMBER CANCELLATION: | | | | | | | |
| | | BECK DEPRESSION INVENTORY: | | | | | 38 |
| SEASHORE RHYTHM TEST: | 3 | MMPI -2 (T-Scores): | | | | | |
| SPEECH SOUNDS PERCEPTION TEST: | 2 | VRIN | 46 | Hs | 77 | Pa | 53 |
| | | TRIN | 50 | D | 70 | Pt | 70 |
| RAVLT: | | F | 95 | Hy | 64 | Sc | 75 |
| | | L | 39 | Pd | 67 | Ma | 56 |
| APHASIA SCREENING TEST: | X | K | 37 | Mf | 44 | Si | 67 |
| | | | | | | | |
| VERBAL FLUENCY TEST: | 19 | HALSTEAD IMPAIRMENT INDEX: | | | | | 0.0 |
| | | | | | | | |
| 15 ITEM MEMORIZATION TEST:   Sets / Items | | NEUROPSYCHOLOGICAL DEFICIT SCALE: | | | | | 16 |

M103

## FUNCTIONS ASSESSED BY FORMAL TESTING / INTERVIEW:

**Lateral Dominance**

**Orientation**

**Speech:**

Articulation
Prosody
Voice Volume
Word Finding
Quantity of Speech

**Language / Verbal Skills:**

Reading
Verbal Fluency
Auditory Comprehension
Vocabulary

**Verbal Memory / Learning:**

Attention/Immediate Auditory Registration
Recent Verbal Memory
New Verbal Learning Ability
Delayed Verbal Memory

**Nonverbal Memory / Learning:**

Nonverbal (Visual) Attention/
   Immediate Registration
Immediate Nonverbal (Visual) Recall
Nonverbal (Visual) Memory
Delayed Nonverbal (Visual) Recall
Tactile Memory

**Attention / Concentration:**

Immediate Verbal/Nonverbal Recall
Auditory Discrimination of
   Nonsense Syllables
Auditory Discrimination of
   Rhythmic Sounds

**Constructional Praxis/
Visuoperception:**

Constructional Praxis
Visuospatial Integration

**Sensory Functions:**

Graphesthesia
Double Simultaneous Stimulation
Tactile Recognition

**Motor Functions:**

Motor Speed
Manual Dexterity
Grip Strength
Handwriting
Motor Control

**Executive Functions:**

Concept Formation
Set Maintenance
Visuomotor Strategies
Social Judgment /Reasoning
Clock Drawing

**Nonspecific Cognitive Functions:**

Calculation
Abstract Reasoning
Right/Left Discrimination
Praxis Evaluation
Fund of General Knowledge
Common Sense/Decision Making

**Personality Characteristics**

**Motivation / Effort**

M104

0-
LASKOWSKI, STANLEY                  WM 050Y
UNKNOWN                                86480

6/2/2008                              ( 781823 )

## NEUROPSYCHOLOGICAL CONSULTATION
## LASKOWSKI, STANLEY
## PAGE 8

5.   Share the results of this evaluation with Mr. Laskowski and assist him with
     the implementation of these recommendations.

Michael J. Raymond, Ph.D.
Director, Clinical/Forensic Neuropsychology
Clinical Director, Brain Injury Program
Diplomate, American Board of Professional Neuropsychology

dd: MJR, Ph.D. – 6/18/08
 tr: sw – 6/18/08

cc: Dr. Hogg, VAMC

Enclosure:  Neuropsychological Data Summary Sheet
            Functions Assessed Sheet

M105

O-
LASKOWSKI, STANLEY                           WM 030Y
UNKNOWN                                        98488

5/2/2008                                    ( 781823 )

## NEUROPSYCHOLOGICAL CONSULTATION
## LASKOWSKI, STANLEY
## PAGE 7

finances, and socialize with family and friends. As previously reported, he has been receiving disability benefits secondary to his PTSD. Fortunately, he has the requisite cognitive abilities to participate in some form of gainful activity. His overall prognosis is favorable, especially if his adjustment difficulties, namely agitated depression and PTSD, are treated aggressively and effectively.

### DIAGNOSTIC IMPRESSIONS:

Grossly Intact Neurocognitive Functions

Adjustment Disorder with Mixed Emotional Features (agitated depression, PTSD)

### RECOMMENDATIONS:

In view of the current findings, the following recommendations are suggested:

1. Continue to be followed medically per his primary care physician and other medical specialists, as deemed appropriate, for the monitoring of his general medical status.

2. Given Mr. Laskowski's noteworthy adjustment difficulties (i.e., agitated depression, PTSD), it is recommended that he be seen in psychiatric follow-up and continue in ongoing adjustment counseling to assist him in developing more feasible coping strategies. A trial of biofeedback assisted relaxation techniques might also prove beneficial.

3. Mr. Laskowski indicated that he generally consumes 5 caffeinated beverages per day. This amount may be considered excessive and may contribute to such symptoms as depression, irritability, and frustration. Thus, it is recommended that he reduce his daily consumption of caffeinated beverages.

4. A baseline of neuropsychological functions has been established. Given essentially unremarkable test results, it is not recommended that he be neuropsychologically re-evaluated. However, if acute cognitive/behavioral changes occur, it is recommended that he be re-evaluated at that time to compare/contrast previous findings.

M106

0-
LASKOWSKI, STANLEY         WM 030Y
UNKNOWN                    96489

6/2/2008              (791623)

## NEUROPSYCHOLOGICAL CONSULTATION
## LASKOWSKI, STANLEY
## PAGE 6

consolidate, and retrieve information better through verbal/auditory than visual channels. His combined scores on the WRAT-3 yield a basic academic skills quotient (112) which is within the high average range and at the 79th percentile rank. His performance across all academic domains was equivocal (reading 116, spelling 110, arithmetic 110).

Additional neuropsychological measures suggest grossly intact cognitive abilities. Despite this, Mr. Laskowski clearly processes information better through verbal/auditory than visual channels. At this juncture, this is likely due to an individual difference rather than the result of brain impairment.

Behaviorally, Mr. Laskowski clearly presents with ongoing adjustment difficulties manifested by anxiety, depression, thought preoccupation, and PTSD. Based on his subjective report, clinical symptoms, and formal personality assessment, his depression is best described as an "agitated depression". As previously noted, he reported numerous neurovegetative depressive symptoms including insomnia, fatigue, anorexia with associated 40 pound weight loss, depression, crying, constipation, and diminished libido. He denied suicidal ideation/intent. This coincides with formal personality assessment. Specifically, scores on both the Beck Depression Inventory (38) and depression scale on the MMPI-2 (T score 70) are within the severe/moderate ranges of depression. Five additional clinical scales on the MMPI-2 were elevated above T score of 65 with highest elevations on hypochondriasis (77) and schizophrenia (75). However, this profile must be viewed cautiously given his elevated F scale (95) which in all likelihood reflects an invalid profile. In any event, Mr. Laskowski does present with an agitated depression and PTSD, manifested by flashbacks, nightmares, and intrusive thoughts.

### SUMMARY:

In summary, the above enumerated findings, with a reasonable degree of neuropsychological certainty, are essentially unremarkable for neurocognitive alterations following his reported multiple concussions in 2003. General indices of neuropsychological functioning (Halstead Impairment Index, Neuropsychological Deficit Scale) were within the normal ranges. Within the original Halstead-Reitan Neuropsychological Battery, none of the four most sensitive indicators regarding the biological integrity of the brain were impaired (Halstead Impairment Index, Trails B, TPT Localization Memory, Category Test). Furthermore, his Neuropsychological Deficit Scale score (16) was within the normal range. Together, these results suggest normal cognitive processes. In contrast, ongoing adjustment difficulties persist including agitated depression and PTSD. He has been receiving disability benefits for the past year secondary to his adjustment difficulties.

At a functional level, Mr. Laskowski remains independent in all activities of daily living (ADL). He has been able to successfully parent his children and assume the responsibilities of homemaker, operate an automobile, manage daily and monthly

M107

LASKOWSKI,STANLEY P III     [WBPI]    NED TBI DOCUMENTS NOTE 06/20/2008 08:49     age 5 of 11 —



0-
LASKOWSKI, STANLEY                    WM 030Y
UNKNOWN                                    98489

6/2/2008                                  ( 791833 )

## NEUROPSYCHOLOGICAL CONSULTATION
## LASKOWSKI, STANLEY
## PAGE 5

Test of Memory Malingering (TOMM)
Beck Depression Inventory (BDI)
Minnesota Multiphasic Personality Inventory-2 (MMPI-2)

### NEUROPSYCHOLOGICAL FINDINGS:

By history (educational/vocational) and the cognitive data obtained, it appears that Mr. Laskowski has functioned within the high average range of general intelligence. With this benchmark in mind, the following functions were judged below anticipated levels:

Visual Identification
Visual Memory

All other functions assessed (i.e., fund of general information, vocabulary, auditory comprehension, academic achievement, auditory memory, executive functions) met anticipated performance criteria.

This neuropsychological evaluation is essentially unremarkable for neurocognitive alterations as evidenced by scores on standardized neuropsychological indices (Halstead Impairment Index 0.0, Neuropsychological Deficit Scale 16). These indices are global measures which attempt to predict the probability of brain dysfunction based on the patient's overall test performance. In this instance, the indices were within the normal ranges which generally precludes the presence of cortical dysfunction. Specific analysis of the data, considering a variety of factors to more precisely determine the presence, extent, locus and nature of impairments, supports this notion. These findings appear to be an adequate representation of his age peers based on normative data including socio-economic, educational, ethnic and personality status.

Mr. Laskowski's intellectual abilities appear generally commensurate with anticipated estimates (high average range). For example, on the administration of the WAIS-R, he achieved an FSIQ of 115, ± 5. This is a score at the 84th percentile rank relative to expectation for his age and one which reflects high average general intellectual and problem-solving resources. Given his effort which was optimal throughout the evaluation and the psychometric properties of the WAIS-R, it can be calculated that the chances are about 90 out of 100 (i.e., 90% confidence level) that his "true" FSIQ currently falls within the range of scores from 110 to 120. A moderate degree of intratest scatter was noted as his scaled scores range from seven (picture completion) to fourteen (digit span, arithmetic, block design). A 13 point discrepancy between VIQ (119) and PIQ (106) is not statistically significant for lateralized deficits, however, it may have clinical implications. This was further borne out on formal memory assessment. Specifically, on the WMS-III, he achieved a general memory index (114) which is well within the high average range and at the 82nd percentile rank. A similar discrepancy between verbal and nonverbal abilities was noted on memory assessment. Overall, Mr. Laskowski appears to process,

M108



0-
LASKOWSKI, STANLEY                    WM 030Y
UNKNOWN                               98488
25-1/2 BELMONT STREET                 01/28/1978
CARBONDALE                           PA 18407
VA MEDICAL CENTER                    198887220

6/2/2008                              ( 701823 )

## NEUROPSYCHOLOGICAL CONSULTATION
## LASKOWSKI, STANLEY
## PAGE 4

clinical rapport was easily established.   Speech was intelligible and there was no evidence of aphasia or dysarthria.  He was an excellent historian regarding background information.  He appeared his chronological age.  Eye contact was generally sustained. Gait, station, and tandem walking were grossly intact.  Romberg was negative.

Mood was depressed and anxious while affect was appropriate for mood.  He reported ongoing symptoms associated with PTSD manifested by flashbacks, nightmares, and intrusive thoughts.  Furthermore, he reported neurovegetative depressive symptoms including insomnia with associated fatigue, mild anorexia with 40 pound weight loss X's one year, dysphoria, crying, constipation, and diminished libido.  He denied suicidal ideation/intent.  Thought processes were coherent and there was no evidence of formal thought disorder or psychosis.   No unusual perceptions were noted; he denied olfactory/gustatory alterations.

Mr. Laskowski understood the purpose of this comprehensive neuropsychological evaluation.   He completed all tasks in a cooperative and well motivated fashion. Attention/concentration levels were sustained.  There was no evidence of impulsivity or other behavioral anomalies.  Problem solving abilities were, for the most part, grossly intact.  His reaction to success or failure was considered mildly frustrated; he responded favorably to positive social feedback and redirection.  Test taking rate was grossly intact. Validity of response set was evaluated during the interview and assessment procedures. In both instances, the patient performed in a manner which suggested that he accurately and validly responded to test items.  The neuropsychological findings reported appear to be a reliable sample of Mr. Laskowski's current level of adaptive functioning.

## METHODS OF ASSESSMENT:

Interview (patient)
Review of Past Medical Records
Lateral Dominance Examination
Wechsler Adult Intelligence Scale - Revised (WAIS-R)
Wechsler Memory Scale - III (WMS-III)
Wide Range Achievement Test - 3 (WRAT-3)
Seashore Rhythm Test
Speech Sounds Perception Test
Aphasia Screening Test
Sensory Perceptual Examination
Trail Making Test (A & B)
Finger Tapping Test
Dynamometer
Clock Drawing Test
Category Test
Tactual Performance Test (TPT)

M109

LASKOWSKI,STANLEY P III ███████WBP██   INED TBI DOCUMENTS NOTE 06/20/2008 08:49██   page 3 of 11 —

0-
LASKOWSKI, STANLEY          WM 030Y
UNKNOWN                     98469

6/2/2008                    ( 781523 )

## NEUROPSYCHOLOGICAL CONSULTATION
## LASKOWSKI, STANLEY
## PAGE 3

weeks at the VAMC, Coatesville, PA in the psychiatric unit from September to December, 2007. Fortunately, Mr. Laskowski noted gradual improvements in his physical and behavioral status although he is concerned about the status of perceived cognitive limitations.

Past medical history included the usual childhood illnesses and 2 prior concussions as a teenager following a motor vehicle accident and football injury; fortunately, there are no neurological residuals reported. There was no history of hypertension, cardiac disease, cerebrovascular disease, cancer, seizure disorder, headaches, thyroid disease, diabetes mellitus, major surgeries, neurotoxin exposure, or seasonal allergies. Family history is noncontributory. He denied past psychiatric history. Familial history is noteworthy for this mother with depression and anxiety. He smokes one pack of cigarettes and generally consumes 4-5 caffeinated beverages per day. He had a prior history of alcohol abuse without reported "dependence". He indicated that he has maintained his sobriety since August, 2007. He denied the usage of illicit drugs.

Educationally, Mr. Laskowski completed 13 years of formal education. He indicated that he completed on year of college through Park University, an on-line curriculum in criminal justice. In 1996, he graduated from Bishop O'Hara High School, Dunmore, PA while maintaining a "B" average and completing an academic curriculum. He indicated that his favorite subject was history while his least favorites were arithmetic and science. He denied a prior history of learning disabilities or developmental delays. He participated in various extracurricular activities including football, baseball, and wrestling. His father was a high school graduate while mother completed 14 years of formal education.

Vocationally, Mr. Laskowski has been disabled for the past year secondary to PTSD. He is considered a "homemaker" and parents his children. His wife is employed as a medical records clerk in Scranton, PA. His overall goal is to "feel better and teach my children". Mr. Laskowski resides with his wife of 6 years in an apartment in Carbondale, PA. The Laskowski's have 3 children, ages 6, 3, and 1. Mr. Laskowski indicated that he and his wife plan on relocating to CA. His mother is deceased while his father is estranged. He has no siblings. He denied marital discord and indicated that his extended family is mutually supportive.

Additional past medical/background history is well documented and can be elicited from his records. The undersigned reserves the right to supplement this report if additional pertinent records become available for review.

## BEHAVIORAL OBSERVATIONS:

Mr. Laskowski was unaccompanied throughout the initial interview with the undersigned on 6/10/08. At that time, he presented in a pleasant and cooperative fashion and in no acute distress. Dress was casual while grooming and hygiene were unremarkable. A

M110

0-
LASKOWSKI, STANLEY                    WM 030Y
UNKNOWN                               88466

VA MEDICAL CENTER

6/2/2008                              ( 701523 )

## NEUROPSYCHOLOGICAL CONSULTATION
## LASKOWSKI, STANLEY
## PAGE 2

### REASON FOR REFERRAL:

Mr. Laskowski is a 30 year old, Caucasian, married, right-handed male with 13 years of formal education. Reportedly, he enlisted in the United States Marines in 1999. He became an infantry squad leader and spent 5 months in Iraq from February to July, 2003. During that time, he allegedly sustained a number of "mild" concussions following 2 blast injuries and a motor vehicle accident. On 2 occasions, brief loss of consciousness was reported, however, he never sustained any specific head or facial trauma (i.e., hemorrhage, laceration, ecchymosis) nor did he receive acute medical attention or hospitalization. He received an honorable discharge in February, 2007. He was seen in medical follow-up through the VAMC which indicated that he may have sustained a generalized seizure on 2/29/08 as a result of an adverse medication effect of Tramadol and Prozac. A cerebral CT scan was negative and nondiagnostic. Despite this, he reported neurocognitive alterations including recent memory difficulty and reduced attention/concentration. Furthermore, he was diagnosed with PTSD. Based on the above noted information, Mr. Laskowski was referred to the undersigned, per Dr. Hogg for neuropsychological consultation to establish a baseline of neuropsychological functions and aid in developing additional diagnostic impressions and treatment recommendations.

### PERTINENT MEDICAL/BACKGROUND HISTORY:

As noted above, Mr. Laskowski may have sustained multiple, albeit mild post-concussions following 2 or 3 blast injuries and a motor vehicle accident while stationed in Iraq from February to July, 2003. He did not require medical attention or have any symptoms associated with post-concussion. He received an honorable discharge in February, 2007. On 2/29/08, he apparently sustained an initial generalized seizure as a result of an adverse medication effect of Tramadol and Prozac. He was stabilized and he has not experienced any additional seizures. He has been followed through the VAMC and placed on disability secondary to PTSD. He continues to receive psychological counseling one time per week through the Vet Center, Scranton, PA.

As part of Mr. Laskowski's comprehensive neuropsychological evaluation, he was formally interviewed per the undersigned on 6/10/08. At that time, he reported various physical, cognitive, and behavioral alterations. For example, he reported ongoing cervical pain, headaches which occur 4-5 time per week and described as a "sharp throbbing" pain in the right temporal region. He rated the headaches a 6-7/10 on a formal pain scale. He reported transient hand tremor, blurred vision, and reduced balance. He reported tinnitus greater in the right than left ear. From a cognitive perspective, he reported fluctuating attention/concentration and recent memory difficulty. Behaviorally, he reported depression, anxiety, and PTSD. He has experienced occasional anger outburst manifested by verbal abuse. He continues to experience flashbacks, nightmares, and instructive thoughts regarding "accidents and injuries". These problems primarily began following his return home from Iraq. He also reported paranoid ideation. He spent 10





# ALLIED SERVICES

## John Heinz Institute
### of Rehabilitation Medicine

150 Mundy Street • Wilkes-Barre Township, PA 18702
(570) 826-3800 • TDD (570) 826-3789



0-
LASKOWSKI, STANLEY            WM 030Y
UNKNOWN                       98489
25-1/2 BELMONT STREET         01/28/1978
CARBONDALE                    PA 16407
VA MEDICAL CENTER             198867220

6/2/2008                      ( 701523 )

**CONFIDENTIAL**

## NEUROPSYCHOLOGICAL CONSULTATION





**NAME:** Laskowski, Stanley

**ADDRESS:**

**TELEPHONE:**

**PATIENT NUMBER:** 701523

**LATERAL DOMINANCE:** Right

**GENDER:** Male

**REFERRED BY:** Judith Hogg, M.D., VAMC

**REFERRED FOR:** Assessment of Current Neuropsychological Status

**DIAGNOSIS:** Status-Post Multiple Concussions following Various Blast Injuries
Post-Traumatic Stress Disorder (PTSD); by history

**MEDICATIONS:** Tramadol prn

**DATE OF EVALUATION:** 6/08

**DATE OF BIRTH:**

**AGE:** 30

**MARITAL STATUS:** Married

**EDUCATION:** 13

**OCCUPATION:** Disabled (PTSD)

**MENTAL STATUS:**

**ORIENTATION:** WNL

**ATTENTION/CONCENTRATION:** Sustained

**MOOD:** Depressed, Frustrated, Anxious

**THOUGHT PROCESSES:** Coherent

**WORD FINDING:** Unremarkable

"2ONPA"

HNPSY229

M112

06/27/2008
L7220


STANLEY P LASKOWSKI III




Dear Mr. Stanley P Laskowski III,

This letter is being sent to you to inform/remind you of the following appointment(s) which are *S C H E D U L E D* at the Medical Center. *PLEASE NOTE WHERE YOUR APPOINTMENT IS LOCATED BELOW AND TIME/FOLLOW DIRECTIONS TO AREA*

   WEDNESDAY  JUL 9, 2008  8:45 AM LAB 3RD FLR WEST Clinic

 Directions to **LAB: 3RD FLOOR WEST *SILVER AREA**
3rd FLR LAB, go to Atrium, turn right, take BLUE ELEVATORS to 3rd floor. Turn right, go past counter to hall clerks will be on your right.
 Directions to **XRAY 2ND FLOOR(GREEN AREA)**, enter main entrance, go to Atrium, turn left, go down corridor to GREEN ELEVATORS, take elevator to 2nd floor, turn right, clerk door is straight ahead.
 Directios to **EKG 3RD FLOOR(SILVER AREA)**, enter main entrance, go to Atrium, go straight to main corridor, take SILVER ELEVATORS to 3rd floor. Turn left, and turn left again, go down corridor, you will see signs for EKG.(ROOM C3-48)
 Directions to **NUCLEAR MEDICINE 2ND FLOOR(SILVER AREA)**, enter main entrance, go to Atrium, go straight to main corridor, take SILVER ELEVATORS to 2nd floor. Turn left, and turn left again, go down corridor, Nuclear Medicine will be on your right. Enter thru electric doors, you will see a sign in sheet, please put name and time on sheet.

Please call the appropriate number listed below to accomodate your needs:
LOCAL CALLS:(570)-824-3521  press #6 for nurse, press #2 for scheduling
TOLL FREE:  1-877-928-2621   HEARING IMPAIRED:TT 570- 821-7266
We appreciate your attention to the above and look forward to serving your medical needs.

Regards,

Department of Veterans Affairs Medical Center
1111 East End Boulevard
Wilkes-Barre, Pennsylvania 18711-0026

     NATIONAL SUICIDE PREVENTION HOTLINE: 1-800-273-TALK(8255)

M113

LASKOWSKI,STANLEY P III ██████████ WBP██   INED TBI CERTIFICATION LETTER NOTE 06/3██ ██ 15:54   — page 1 of 2 —

06/27/2008
L7220

**STANLEY P LASKOWSKI III**

███████████████████████████

Dear Mr. Stanley P Laskowski III,

This letter is being sent to you to inform/remind you of the following appointment(s) which are *S C H E D U L E D* at this Medical Center.

   WEDNESDAY   JUL 9, 2008 10:30 AM TBI HOGG Clinic

IF YOU CAN NOT KEEP THIS APPOINTMENT, please call the clinic at least 72 hours in advance to cancel. Failure to keep a scheduled appointment is defined as not arriving within 20 minutes of your scheduled appointment. When you fail to keep your scheduled appointment(s), you are denying others the opportunity to receive medical care.

HELPFUL TELEPHONE NUMBERS:
Main Switchboard: 570-824-3521   Toll Free: 1-877-928-2621
Hearing Impaired: TT 570-821-7266. Press "2" for Appointment assistance.
Press "6" for Medical Questions, or Press "0" for Operator assistance.

**NEW PATIENTS ONLY** for your ████ appointment please bring a copy of all medical records from your ███████ Primary care doctor.
   ARRIVE - 30 MINUTES A████ ███ MIN██ █rior to your scheduled physician visit ██ ███████ ██████ ███ ███ nursing staff may be required.
   CHECK-IN-with █ ███████████████ ██ ████ intment, your computer information wil ████████ ██████████ ██ he VA Medical Center, HAVE INSURANCE ███████████████████ e quickly updated.

We appreciate y██ █████████████ forward to serving your medical ne███ ██████

Regards,

Department of V██
1111 East End B█
Wilkes-Barre, P█

   NATIONA█
   ████████

273-TALK(8255)
**************

M114



M115

Radiology Display                                      Jun 29, 2009@16:09:59
LASKOWSKI,STANLEY P III              ████████████              █████████(31)
----------------------------------------------------------------------------
                                              Date Verified: APR 11, 2007

    Verifier E-Sig:/ES/ARLEEN S ZABELL

    Report:
      PA & Lateral Chest
      Erect PA and lateral views of the chest reveal the heart to be
      normal in size and configuration. Both lungs are well expanded
      and free of infiltrates. There are no pleural effusions or
      pulmonary vascular congestion. The mediastinum, hilar areas and
      hemidiaphragms are unremarkable. The bony structures are
      unremarkable.


    Impression:
      Heart and lungs are within normal limits. Hyperinflation.

    Primary Diagnostic Code: NORMAL

Primary Interpreting Staff:
    ARLEEN S ZABELL, STAFF RADIOLOGIST DIAGNOSTIC SVC (Verifier)
/az


*****************************************************************************

SINUSES 3 OR MORE VIEWS

Exm Date: APR 11, 2007@12:45          Pat Loc: ZZZCP CASTRIGNANO (Req'g Loc)
Req Phys: CASTRIGNANO,DOMINIC E       Img Loc: X-RAY MAIN (XRAY)
                                      Service: Unknown


(Case 568 COMPLETE)   SINUSES 3 OR MORE VIEWS        (RAD  Detailed) CPT:70220

    Clinical History:
      FOR CP EXAM

    Report Status: Verified            Date Reported: APR 11, 2007
                                       Date Verified: APR 11, 2007
    Verifier E-Sig:/ES/ARLEEN S ZABELL

    Report:
      Paranasal sinuses
      The examination reveals satisfactory development of the
      maxillary, ethmoid, frontal and sphenoid sinuses. The sinuses are
      clear and well aerated revealing no mucosal thickening, mass
      densities or retained fluid. The osseous margins are intact.


    Impression:
      Normal paranasal sinus study.


    Primary Diagnostic Code: NORMAL

Primary Interpreting Staff:
    ARLEEN S ZABELL, STAFF RADIOLOGIST DIAGNOSTIC SVC (Verifier)
/az


M116

Radiology Display                                          Jun 29, 2009@16:09:59
LASKOWSKI,STANLEY P III                                   ▮▮▮▮▮▮▮31)
--------------------------------------------------------------------------------
    Impression:
        Normal study of the bilateral hip joints.


    Primary Diagnostic Code: NORMAL

Primary Interpreting Staff:
    ARLEEN S ZABELL, STAFF RADIOLOGIST DIAGNOSTIC SVC (Verifier)
/az


********************************************************************************

FOREARM 2 VIEWS

Exm Date: APR 11, 2007@12:45          Pat Loc: ZZZCP CASTRIGNANO (Req'g Loc)
Req Phys: CASTRIGNANO,DOMINIC E       Img Loc: X-RAY MAIN (XRAY)
                                      Service: Unknown


(Case 566 COMPLETE)  FOREARM 2 VIEWS               (RAD  Detailed) CPT:73090
      Proc Modifiers : RIGHT

    Clinical History:
        FOR CP EXAM

    Report Status: Verified          Date Reported: APR 11, 2007
                                     Date Verified: APR 11, 2007

    Verifier E-Sig:/ES/ARLEEN S ZABELL

    Report:
        Right forearm

        Two views of the right forearm were obtained. There is no recent
        fracture, dislocation, osteolytic or osteoblastic disease. The
        soft tissues appear intact. There is minimal deformity of the
        distal ulnar shaft suggestive of an old healed fracture.


    Impression:
        Minimal deformity of the distal ulnar shaft compatible with an
        old healed fracture.

    Primary Diagnostic Code: MINOR ABNORMALITY

Primary Interpreting Staff:
    ARLEEN S ZABELL, STAFF RADIOLOGIST DIAGNOSTIC SVC (Verifier)
/az


********************************************************************************

CHEST 2 VIEWS PA&LAT

Exm Date: APR 11, 2007@12:45          Pat Loc: ZZZCP CASTRIGNANO (Req'g Loc)
Req Phys: CASTRIGNANO,DOMINIC E       Img Loc: X-RAY MAIN (XRAY)
                                      Service: Unknown


(Case 567 COMPLETE)  CHEST 2 VIEWS PA&LAT          (RAD  Detailed) CPT:71020

    Clinical History:
        FOR CP EXAM

    Report Status: Verified              Date Reported: APR 11, 2007

                            M117

Radiology Display                                          Jun 29, 2009@16:09:59
LASKOWSKI,STANLEY P III ██████████████████                          ████████████(31)
-------------------------------------------------------------------------------
                                     Img Loc: X-RAY MAIN (XRAY)
                                     Service: Unknown


(Case 564 COMPLETE)   FOOT 3 OR MORE VIEWS            (RAD  Detailed) CPT:73630
        Proc Modifiers : BILATERAL EXAM

    Clinical History:
        FOR CP EXAM, WITH AND WITHOUT WEIGHTBEARING, AP , LATERAL
        &OBLIQUE

    Report Status: Verified                    Date Reported: APR 11, 2007
                                               Date Verified: APR 11, 2007
    Verifier E-Sig:/ES/ARLEEN S ZABELL

    Report:
        Bilateral feet

        Multiple views of the feet were obtained. There is no recent
        fracture, dislocation, osteolytic or osteoblastic changes. There
        is a right plantar calcaneal spur. The soft tissues appear
        intact. There is a smooth area of increased density in the distal
        left calcaneus compatible with a benign bone island.


    Impression:
        Normal bilateral feet with left calcaneal benign bone island and
        right plantar calcaneal spur.

    Primary Diagnostic Code: MINOR ABNORMALITY

Primary Interpreting Staff:
    ARLEEN S ZABELL, STAFF RADIOLOGIST DIAGNOSTIC SVC (Verifier)
/az


*******************************************************************************

HIP 2 OR MORE VIEWS

Exm Date: APR 11, 2007@12:45               Pat Loc: ZZZCP CASTRIGNANO (Req'g Loc)
Req Phys: CASTRIGNANO,DOMINIC E            Img Loc: X-RAY MAIN (XRAY)
                                           Service: Unknown


(Case 565 COMPLETE)   HIP 2 OR MORE VIEWS            (RAD  Detailed) CPT:73510
        Proc Modifiers : BILATERAL EXAM

    Clinical History:
        FOR CP EXAM

    Report Status: Verified                    Date Reported: APR 11, 2007
                                               Date Verified: APR 11, 2007
    Verifier E-Sig:/ES/ARLEEN S ZABELL

    Report:
        Bilateral hip joints

        The regional bony structures are normal in configuration and
        density.  There is no evidence of new or old osseous injury. The
        femoral heads are well positioned within the acetabulum. The
        joint spaces are well preserved with smooth margins. No soft
        tissue abnormality is demonstrated. Small area of increased
        density is identified in the right femoral head compatible with a
        benign bone island.

                            M118

Radiology Display                                              Jun 29, 2009@16:09:59
LASKOWSKI,STANLEY P III                                       ███████ 31)
--------------------------------------------------------------------------
        Procedure: MRI of the brain was performed utilizing routine
    multiplanar, multisequence brain imaging difficult. There are no
    prior study for comparison.

        Findings: The ventricles, cisterns and CSF-containing spaces are
    symmetric bilaterally and within normal limits. Minimal white
    matter small vessel ischemic changes are identified. No evidence
    for intracranial mass lesion, mass-effect, hemorrhage or large
    vessel distribution ischemic event is identified. The cortical
    gray-white matter differentiation remain sharp throughout the
    brain. Cerebellum, brain stem and remainder of posterior fossa
    structures are unremarkable. Great vessels maintain normal
    caliber and appearance.  The remainder of the osseous and soft
    tissue structures are unremarkable.


    Impression:
        No evidence of acute intracranial abnormality.

    Primary Diagnostic Code: MINOR ABNORMALITY

Primary Interpreting Staff:
  SCOTT GREENWALD, Staff Physician (Verifier)
/sg


*****************************************************************************

CHEST 2 VIEWS PA&LAT

Exm Date: DEC 05, 2007@07:50              Pat Loc: CP BUZANOWICZ (Req'g Loc)
Req Phys: BUZANOWICZ,MARCELLA             Img Loc: X-RAY MAIN (XRAY)
                                          Service: Unknown


(Case 486 COMPLETE)  CHEST 2 VIEWS PA&LAT           (RAD  Detailed) CPT:71020
    Reason for Study: See Clinical History:

    Clinical History;
        C/P EXAM - OEF/OIF R/O ANY ACTIVE LUNG DISEASE

    Report Status: Verified                   Date Reported: DEC 05, 2007
                                              Date Verified: DEC 05, 2007
    Verifier E-Sig:/ES/NEIL GAMBILL

    Report;
        Findings: PA and lateral views are obtained. The lung fields are
    clear. The heart is not enlarged. Mild degenerative change noted
    within the thoracic spine.


    Impression:
        1. No active disease process is evident radiographically.

    Primary Diagnostic Code: NORMAL

Primary Interpreting Staff:
  NEIL GAMBILL, Staff Physician (Verifier)
/NG


*****************************************************************************

FOOT 3 OR MORE VIEWS

Exm Date: APR 11, 2007@12:45
Req Phys: CASTRIGNANO,DOMINIC E           Pat Loc: ZZZCP CASTRIGNANO (Req'g Loc)

M119

Radiology Display                                        Jun 29, 2009@16:09:59
LASKOWSKI,STANLEY P III    ████████████ ─────────────────────────────(31)─
--------------------------------------------------------------------
MAGNETIC IMAGE,BRAIN

Exm Date: APR 29, 2008@11:48
Req Phys: HOGG,JUDITH E                  Pat Loc: TBI HOGG 2HR CLINIC (Req'g Loc
                                         Img Loc: MRI
                                         Service: Unknown


(Case 389 COMPLETE)  MAGNETIC IMAGE,BRAIN          (MRI  Detailed) CPT:70551
     Reason for Study: See Clinical History:

    Clinical History:
       WEIGHT:  193.7 lb [88.0 kg] (03/24/2008 09:11) HEIGHT:  68 in
       [172.7 cm] (04/26/2007 14:06)

    **If weight exceeds 350lbs, please order OPEN MRI BELOW

    Is patient claustrophobic? No

       If YES, can sedation be used for closed MRI?
       If YES, order OPEN MRI below

    Type of MRI:  Closed
                  Without Gadolinium
                  CREATININE (CX-3) - NONE FOUND

    Reason for request(Clinical Diagnosis):
       S/P Head injury with headache, sensitivity to light and single
    seizure


    Does the patient have a pacemaker? No

    Does the patient have aneurysm clips? No

    Does the veteran have anything to interfere with an MRI? (Such as
    electrodes, metal implants, screws, pins, hearing aids, cochlear
    implants, removable dental work, etc? No


    OCCUPATION:

       Has the patient ever worked with metal?  No
          Type:

       Has the patient had metal removed from his/her eyes? No
          Type:

       Has the patient had surgery in the past year?  No
          When:
          Type:
          Where(body part):

       Surgical Implants?. No
          Type:

       Has the patient had any previous exams to area of interest?
    No
          Type:

       Any known allergies?  TRAMADOL

       Is patient pregnant? Not Applicable

    Job 07-08 MRC Approved 4-11-07

Report Status: Verified                  Date Reported: APR 29, 2008
                                         Date Verified: APR 29, 2008
Verifier E-Sig:/ES/SCOTT GREENWALD

Report:

M120

```
Report Display                                          Jun 29, 2009@15:44:46
LASKOWSKI,STANLEY P III        ▓▓▓▓▓▓▓▓▓                        ▓▓▓▓▓▓▓ 31)
--------------------------------------------------------------------------------
WILKES-BARRE VAMC (693)
1111 EAST END BLVD WILKES BARRE, PA 18711

LASKOWSKI,STANLEY P III                    Report date: Jun 29, 2009@15:44
    SSN: ▓▓▓▓▓▓▓▓▓         SEX: M    DOB: ▓▓▓▓▓▓▓▓    LOC: CP CAS

         Provider: CASTRIGNANO,DOMINIC E
         Specimen: URINE
Accession [UID]: UR 0418 63 [0771080063]

                      Specimen Collection Date: Apr 18, 2007@09:00
    Test name         Result      units      Ref.  range    Site Code
    URINE COLOR       Light-Yellow                              [693]
    APPEARA           Clear                                     [693]
    SPECIFIC GRAVITY  1.007                  1.002 - 1.030      [693]
    URINE PH          5.5                    4.8 - 7.5          [693]
    URINE PROTEIN     Neg.                   Ref: Neg.          [693]
    URINE GLUCOSE, QUAL.  Neg.               Ref: Neg.          [693]
    URINE KETONES     Neg.                   Ref: Neg.          [693]
    URINE BILIRUBIN   NEG                    Ref: Neg.          [693]
    URINE BLOOD       NEG                    Ref: Neg.          [693]
    NITRITE, URINE    NEG                    Ref: Neg.          [693]
    UROBILINOGEN      Norm.      EU/dL       Ref: Norm.         [693]
    LEUKOCYTE ESTERASE  NEG                  Ref: Neg.          [693]
    URINE WBC/HPF     <1         /HPF        Ref: Occ.          [693]
    URINE RBC/HPF     [none]     /HPF        Ref: None          [693]
    SQUAMOUS EPITHELIAL  RARE                                   [693]
    URINE BACTERIA    NoneObs                                   [693]
    URINE YEAST       NoneObs                                   [693]
================================================================================
      KEY: "L"=Abnormal low, "H"=Abnormal high, "*"=Critical value

         Provider: CASTRIGNANO,DOMINIC E
         Specimen: SERUM
Accession [UID]: CH 0418 193 [1171080193]

                      Specimen Collection Date: Apr 18, 2007@09:00
    Test name         Result      units      Ref.  range    Site Code
    GLUCOSE           114 H      mg/dL       70 - 110           [693]
    UREA NITROGEN (CX)  8        mg/dL       6 - 20             [693]
    CREATININE (CX)   1.1        mg/dL       0.5 - 1.2          [693]
    SODIUM (CX)       136        mmol/L      135 - 145          [693]
    POTASSIUM (CX)    4.2        mmol/L      3.6 - 5.0          [693]
    CHLORIDE (CX)     104        mmol/L      101 - 111          [693]
    CO2 (CX)          24.0       mmol/L      21 - 31            [693]
    eGFR              84
      Eval: eGFR results >60 are imprecise. Many variables affect the calculate
      Eval: result. Interpretation of eGFR results >60 must be monitored over t
      Eval: Possible error with excessive BMI.
      Eval:
      Eval: Units = ml/min/1.73m^2
================================================================================
      KEY: "L"=Abnormal low, "H"=Abnormal high, "*"=Critical value

LASKOWSKI,STANLEY P III              ▓▓▓▓▓▓       Jun 29, 2009@15:44

>>> Warning: Some list items lines may have been truncated.
>>> This list requires 240 characters/line.
>>> This device supports 132 characters/line.
```

M121

```
Report Display                                    Jun 29, 2009@15:44:46
LASKOWSKI,STANLEY P III                                    1/26/78(31)
------------------------------------------------------------------------
    HGB                      15.4      g/dL         14 - 18        [693]
      Eval: MALES: 14-18, FEMALES: 12-16
    HCT                      44.8      %            42 - 52        [693]
      Eval: MALES: 42-52, FEMALES: 37-47
    MCV                      94.7 H    u/cmm        80 - 94        [693]
      Eval: MALES: 80-94, FEMALES: 81-99
    MCH                      32.5 H    pg           27 - 31        [693]
    MCHC                     34.3      gm/dL        33 - 37        [693]
    RDW                      12.7      %            11.5 - 14.5    [693]
    PLT                       208      K/cmm        130 - 400      [693]
    MPV                       8.3      u/cmm        7.4 - 10.4     [693]
    NEUTRO %                 66.0 H    %            40 - 60        [693]
    LYMPH %                  23.1 L    %            28 - 42        [693]
    MONO %                    7.8      %            0 - 8          [693]
    EOSIN %                   2.6      %            0 - 5          [693]
    BASO %                    0.5      %            0 - 1          [693]
    NEUTRO #                  6.8 H    K/cmm        1.9 - 6.6      [693]
    LYMPH #                   2.4      K/cmm        1.3 - 4.6      [693]
    MONO #                    0.8      K/cmm        0.0 - 0.9      [693]
    EOSIN #                   0.3      K/cmm        0.0 - 0.6      [693]
    BASO #                    0.0      K/cmm        0.0 - 0.1      [693]
========================================================================
      KEY: "L"=Abnormal low, "H"=Abnormal high, "*"=Critical value

LASKOWSKI,STANLEY P III                           Jun 29, 2009@15:44

                    CLINICAL LABORATORY REPORT
Printed at:                                                 page 7
WILKES-BARRE VAMC (693)
1111 EAST END BLVD WILKES BARRE, PA 18711

LASKOWSKI,STANLEY P III                  Report date: Jun 29, 2009@15:44
    SSN:              SEX: M   DOB:              LOC: CP CAS
    Provider: CASTRIGNANO,DOMINIC E
    Specimen: BLOOD
Accession [UID]: HE 0418 160 [1071080160]

                        Specimen Collection Date: Apr 18, 2007@09:00
    Test name            Result   units      Ref. range   Site Code
    WBC                    7.1     K/cmm      4.8 - 10.8      [693]
    RBC                    4.87    M/cmm      4.7 - 6.1       [693]
      Eval: MALES: 4.7-6.1, FEMALES: 4.2-5.4
    HGB                   16.4     g/dL       14 - 18         [693]
      Eval: MALES: 14-18, FEMALES: 12-16
    HCT                   46.8     %          42 - 52         [693]
      Eval: MALES: 42-52, FEMALES: 37-47
    MCV                   96.1 H   u/cmm      80 - 94         [693]
      Eval: MALES: 80-94, FEMALES: 81-99
    MCH                   33.6 H   pg         27 - 31         [693]
    MCHC                  35       gm/dL      33 - 37         [693]
    RDW                   12.9     %          11.5 - 14.5     [693]
    PLT                   243      K/cmm      130 - 400       [693]
    MPV                   8        u/cmm      7.4 - 10.4      [693]
    NEUTRO %              60.3 H   %          40 - 60         [693]
    LYMPH %               29.9     %          28 - 42         [693]
    MONO %                6.8      %          0 - 8           [693]
    EOSIN %               2.6      %          0 - 5           [693]
    BASO %                .4       %          0 - 1           [693]
    NEUTRO #              4.3      K/cmm      1.9 - 6.6       [693]
    LYMPH #               2.1      K/cmm      1.3 - 4.6       [693]
    MONO #                .5       K/cmm      0.0 - 0.9       [693]
    EOSIN #               .2       K/cmm      0.0 - 0.6       [693]
    BASO #                .0       K/cmm      0.0 - 0.1       [693]
========================================================================
      KEY: "L"=Abnormal low, "H"=Abnormal high, "*"=Critical value

LASKOWSKI,STANLEY P III                           un 29, 2009@15:44
                    CLINICAL LABORATORY REPORT
Printed at:                                                 page 8
```

M122

```
Report Display                              Jun 29, 2009@15:44:46
LASKOWSKI,STANLEY P III      ▮▮▮▮▮▮▮▮        1/26/78(31)
------------------------------------------------------------------------
       URINE BILIRUBIN        Neg.                  Ref: Neg.       [693]
       URINE BLOOD            Neg.                  Ref: Neg.       [693]
       NITRITE, URINE         Neg.                  Ref: Neg.       [693]
       UROBILINOGEN           2        EU/dL        Ref: Norm.      [693]
       LEUKOCYTE ESTERASE     Neg                   Ref: Neg.       [693]
       URINE WBC/HPF          RARE     /HPF         Ref: Occ.       [693]
       URINE RBC/HPF          RARE     /HPF         Ref: None       [693]
       SQUAMOUS EPITHELIAL    RARE                                  [693]
       URINE BACTERIA         Noneobs                               [693]
       URINE MUCUS            SMALL                                 [693]
       URINE YEAST            Noneobs                               [693]
=========================================================================
     KEY: "L"=Abnormal low, "H"=Abnormal high, "*"=Critical value
```

LASKOWSKI,STANLEY P III                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  Jun 29, 2009@15:44

## CLINICAL LABORATORY REPORT

Printed at:                                                 page 5
WILKES-BARRE VAMC (693)
1111 EAST END BLVD WILKES BARRE, PA 18711

LASKOWSKI,STANLEY P III                Report date: Jun 29, 2009@15:44
    SSN: ▮▮▮▮▮▮▮    SEX: M   DOB: ▮▮▮▮▮▮▮   LOC: BUZANO

        Provider: BUZANOWICZ,MARCELLA
        Specimen: SERUM
Accession [UID]: CH 1205 90 [1173390090]

```
                          Specimen Collection Date: Dec 05, 2007@07:35
    Test name              Result   units     Ref. range   Site Code
    GLUCOSE                 77      mg/dL      65 - 99        [693]
        Eval: Normal                          65-99 mg/dL
        Eval: Impaired Fasting Glucose        100-125 mg/dL
        Eval: Provisional Diagnosis of Diabetes*  >= 126 mg/dL
        Eval:
        Eval: *A diagnosis of diabetes needs to be confirmed by repeat testing on
        Eval: separate day.
    UREA NITROGEN (CX)      11      mg/dL      6 - 20         [693]
    CREATININE (CX)         1.0     mg/dL      0.5 - 1.2      [693]
    SODIUM (CX)             137     mmol/L     135 - 145      [693]
    POTASSIUM (CX)          3.8     mmol/L     3.6 - 5.0      [693]
    CHLORIDE (CX)           106     mmol/L     101 - 111      [693]
    CO2 (CX)                25.0    mmol/L     21 - 31        [693]
    eGFR                    94                                [693]
        Eval: eGFR results >60 are imprecise. Many variables affect the calculate
        Eval: result. Interpretation of eGFR results >60 must be monitored over t
        Eval: Possible error with excessive BMI.
        Eval:
        Eval: Units = ml/min/1.73m^2
=========================================================================
     KEY: "L"=Abnormal low, "H"=Abnormal high, "*"=Critical value
```

LASKOWSKI,STANLEY P III          ▮▮▮▮▮▮▮   Jun 29, 2009@15:44

## CLINICAL LABORATORY REPORT

Printed at:                                                 page 6
WILKES-BARRE VAMC (693)
1111 EAST END BLVD WILKES BARRE, PA 18711

LASKOWSKI,STANLEY P III                Report date: Jun 29, 2009@15:44
    SSN: ▮▮▮▮▮▮▮    SEX: M   DOB: Jan 26, 1978   LOC: BUZANO

        Provider: BUZANOWICZ,MARCELLA
        Specimen: BLOOD
Accession [UID]: HE 1205 62 [1073390062]

```
                          Specimen Collection Date: Dec 05, 2007@07:35
    Test name              Result   units     Ref. range   Site Code
    WBC                     10.2    K/cmm      4.8 - 10.8     [693]
    RBC                     4.73    M/cmm      4.7 - 6.1      [693]
        Eval: MALES: 4.7-6.1, FEMALES: 4.2-5.4
```

M123

```
Report Display                                    Jun 29, 2009@15:44:46
LASKOWSKI,STANLEY P III      ▉▉▉▉▉▉▉▉▉        1/26/78(31
---------------------------------------------------------------------------
    PLT              192       K/cmm     130 - 400         [693]
    MPV              7.4       u/cmm     7.4 - 10.4        [693]
    NEUTRO %        64.7 H      %        40 - 60           [693]
    LYMPH %         25.8 L      %        28 - 42           [693]
    MONO %           6.9        %        0 - 8             [693]
    EOSIN %          2.3        %        0 - 5             [693]
    BASO %           0.3        %        0 - 1             [693]
    NEUTRO #         5.2       K/cmm     1.9 - 6.6         [693]
    LYMPH #          2.1       K/cmm     1.3 - 4.6         [693]
    MONO #           0.6       K/cmm     0.0 - 0.9         [693]
    EOSIN #          0.2       K/cmm     0.0 - 0.6         [693]
    BASO #           0.0       K/cmm     0.0 - 0.1         [693]
===========================================================================
     KEY: "L"=Abnormal low, "H"=Abnormal high, "*"=Critical value

     Provider: PATEL,INDUBHAI M
     Specimen: SERUM
Accession [UID]: WBP 08 4862 [L308004862]

                       Specimen Collection Date: Feb 15, 2008@14:49
                       Result    units      Ref.  range   Site Code
   Test name
   LYME DISEASE          NEG                 Ref: NEG       [642]
Comment: IF POSITIVE SEE CONFIRMATORY LYME WESTERN BLOT.
         PERFORMED Philadelphia VAMC,University&Woodland Avs,Philadelphia,PA
===========================================================================
     KEY: "L"=Abnormal low, "H"=Abnormal high, "*"=Critical value

LASKOWSKI,STANLEY P III       ▉▉▉▉▉▉▉     Jun 29, 2009@15:44


                    CLINICAL LABORATORY REPORT
                                                        page 4
Printed at:
WILKES-BARRE VAMC (693)
1111 EAST END BLVD WILKES BARRE, PA 18711

LASKOWSKI,STANLEY P III                   Report date: Jun 29, 2009@15:44
SSN: ▉▉▉▉▉▉▉▉     SEX: M    DOB: ▉▉▉▉▉▉▉     LOC: PATEL

     Provider: PATEL,INDUBHAI M
     Specimen: SERUM
Accession [UID]: WBP 08 4861 [L308004861]

                       Specimen Collection Date: Feb 15, 2008@14:49
                       Result    units      Ref.  range   Site Code
   Test name
   ANA-PVA            NEG       DILS         Ref: NEG       [642]
Comment: PERFORMED Philadelphia VAMC,University&Woodland Avs,Philadelphia,PA
===========================================================================
     KEY: "L"=Abnormal low, "H"=Abnormal high, "*"=Critical value

     Provider: PATEL,INDUBHAI M
     Specimen: BLOOD
Accession [UID]: SED 0215 4 [2680460004]

                       Specimen Collection Date: Feb 15, 2008@14:49
                       Result    units      Ref.  range   Site Code
   Test name
   SED RATE(dc)         2        mm/Hr.     0 - 15         [693]
     Eval: MALES: 0-15, FEMALES: 0-20
===========================================================================
     KEY: "L"=Abnormal low, "H"=Abnormal high, "*"=Critical value

     Provider: BUZANOWICZ,MARCELLA
     Specimen: URINE
Accession [UID]: UR 1205 13 [0773390013]

                       Specimen Collection Date: Dec 05, 2007@07:35
                       Result    units      Ref.  range   Site Code
   Test name
   URINE COLOR        Yellow                                [693]
   APPEARA            Clear                                 [693]
   SPECIFIC GRAVITY   1.018                1.002 - 1.030    [693]
   URINE PH           5.5                  4.8 - 7.5        [693]
   URINE PROTEIN      Neg.                 Ref: Neg.        [693]
   URINE GLUCOSE, QUAL. Neg.               Ref: Neg.        [693]
   URINE KETONES      1+                   Ref: Neg.        [693]
```

M124

Report Display                                          Jun 29, 2009@15:44:46
LASKOWSKI,STANLEY P III          ████████████              1/26/78(31
-----------------------------------------------------------------------------
                         Specimen Collection Date: Mar 09, 2008@08:45
      Test name              Result      units      Ref. range    Site Code
      LIPASE (CX)              38         IU/L        7 - 58         [693]
=============================================================================
        KEY: "L"=Abnormal low, "H"=Abnormal high, "*"=Critical value

        Provider: DOSHI,SANJAYKUMAR J
        Specimen: SERUM
Accession [UID]: CH 0309 38 [1180690038]

                         Specimen Collection Date: Mar 09, 2008@08:45
      Test name              Result      units      Ref. range    Site Code
      CALCIUM (CX)            9.2         mg/dL       7.9 - 9.9      [693]
      GLUCOSE                 103 H       mg/dL       65 - 99        [693]
        Eval: Normal                            65-99 mg/dL
        Eval: Impaired Fasting Glucose          100-125 mg/dL
        Eval: Provisional Diagnosis of Diabetes* >= 126 mg/dL
        Eval:
        Eval: *A diagnosis of diabetes needs to be confirmed by repeat testing on
        Eval: separate day.
      UREA NITROGEN (CX)      5 L         mg/dL       6 - 20         [693]
      CREATININE (CX)         0.8         mg/dL       0.5 - 1.2      [693]
      SODIUM (CX)             135         mmol/L      135 - 145      [693]
      POTASSIUM (CX)          4.1         mmol/L      3.6 - 5.0      [693]
      CHLORIDE (CX)           103         mmol/L      101 - 111      [693]
      CO2 (CX)                28.0        mmol/L      21 - 31        [693]
      eGFR                    121                                    [693]
        Eval: eGFR results >60 are imprecise. Many variables affect the calculate
        Eval: result. Interpretation of eGFR results >60 must be monitored over t
        Eval: Possible error with excessive BMI.
        Eval:
        Eval: Units = ml/min/1.73m^2
      PHOSPHOROUS (CX)        3.9         mg/dL       2.5 - 4.6      [693]
      MAGNESIUM (CX)          1.9         mg/dL       1.80 - 2.50    [693]
      TOTAL PROTEIN (CX)      6.7         g/dL        6.7 - 8.2      [693]
      ALBUMIN (CX)            4.4         g/dL        3.2 - 5.5      [693]
      ALK PHS                 56          IU/L        42 - 121       [693]
      SGOT (CX)               29          IU/L        10 - 42        [693]
      SGPT (CX)               34          IU/L        10 - 60        [693]
      TOTAL BILIRUBIN (CX)    0.7         mg/dL       0.2 - 1.0      [693]
      AMYLASE (CX)            55          U/L         25 - 125       [693]
=============================================================================
        KEY: "L"=Abnormal low, "H"=Abnormal high, "*"=Critical value

LASKOWSKI,STANLEY P III                   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  Jun 29, 2009@15:44

                    CLINICAL LABORATORY REPORT

                                                          page 3
Printed at:
WILKES-BARRE VAMC (693)
1111 EAST END BLVD WILKES BARRE, PA 18711

LASKOWSKI,STANLEY P III                    Report date: Jun 29, 2009@15:44
    SSN: ████████   SEX: M   DOB: ████████     LOC: ER MID

        Provider: DOSHI,SANJAYKUMAR J
        Specimen: BLOOD
Accession [UID]: HE 0309 33 [1080690033]

                         Specimen Collection Date: Mar 09, 2008@08:45
      Test name              Result      units      Ref. range    Site Code
      WBC                     8.1         K/cmm       4.8 - 10.8     [693]
      RBC                     4.60 L      M/cmm       4.7 - 6.1      [693]
        Eval: MALES: 4.7-6.1, FEMALES: 4.2-5.4
      HGB                     15.0        g/dL        14 - 18        [693]
        Eval: MALES: 14-18, FEMALES: 12-16
      HCT                     42.7        %           42 - 52        [693]
        Eval: MALES: 42-52, FEMALES: 37-47
      MCV                     92.8        u/cmm       80 - 94        [693]
        Eval: MALES: 80-94, FEMALES: 81-99
      MCH                     32.6 H      pg          27 - 31        [693]
      MCHC                    35.1        gm/dL       33 - 37        [693]
      RDW                     13.7        %           11.5 - 14.5

M125

```
Report Display                                        Jun 29, 2009@15:44:46
LASKOWSKI,STANLEY P III        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              1/26/78(31
----------------------------------------------------------------------------
Lab Interim Report
```

## CLINICAL LABORATORY REPORT

```
Printed at:                                              page 1
WILKES-BARRE VAMC (693)
1111 EAST END BLVD WILKES BARRE, PA 18711

LASKOWSKI,STANLEY P III                    Report date: Jun 29, 2009@15:44
    SSN:                 SEX: M    DOB:              LOC: WEBSTER

     Provider: WEBSTER,ROBERT B
     Specimen: SERUM
Accession [UID]: CH 0324 311 [1180840311]

                        Specimen Collection Date: Mar 24, 2008@10:19
     Test name          Result    units      Ref.  range   Site Code
     TOTAL PROTEIN (CX)   6.6 L    g/dL      6.7 - 8.2        [693]
     ALBUMIN (CX)         4.2      g/dL      3.2 - 5.5        [693]
     ALK PHS             66        IU/L      42 - 121         [693]
     SGOT (CX)           17        IU/L      10 - 42          [693]
     SGPT (CX)           13        IU/L      10 - 60          [693]
     TOTAL BILIRUBIN (CX) 0.5      mg/dL     0.2 - 1.0        [693]
     D.BILI               0.1      mg/dL     0.0 - 0.2        [693]
============================================================================
     KEY: "L"=Abnormal low, "H"=Abnormal high, "*"=Critical value

     Provider: WEBSTER,ROBERT B
     Specimen: SERUM
Accession [UID]: CH 0324 310 [1180840310]

                        Specimen Collection Date: Mar 24, 2008@10:19
     Test name          Result    units      Ref.  range   Site Code
     VALPROIC ACID        7.2 L    mcg/mL    50 - 100         [693]
============================================================================
     KEY: "L"=Abnormal low, "H"=Abnormal high, "*"=Critical value

     Provider: DOSHI,SANJAYKUMAR J
     Specimen: SERUM
Accession [UID]: SEND 08 949 [1808000949]

                        Specimen Collection Date: Mar 09, 2008@08:45
     Test name          Result    units      Ref.  range   Site Code
     DRUG SCREEN (SERUM)  NEG                                 [693]
Comment: Test performed @ PENNANT LAB SERVICES,575 N RIVER ST,WILKES-BARRE PA
============================================================================
     KEY: "L"=Abnormal low, "H"=Abnormal high, "*"=Critical value

     Provider: DOSHI,SANJAYKUMAR J
     Specimen: SERUM
Accession [UID]: CH 0309 40 [1180690040]

                        Specimen Collection Date: Mar 09, 2008@08:45
     Test name          Result    units      Ref.  range   Site Code
     ETHANOL              1.4      mg/dL     Ref: >=0         [693]
     Eval: Normal results will be reported as <5.0 mg/dL.
============================================================================
     KEY: "L"=Abnormal low, "H"=Abnormal high, "*"=Critical value

LASKOWSKI,STANLEY P III                          Jun 29, 2009@15:44
```

## CLINICAL LABORATORY REPORT

```
Printed at:                                              page 2
WILKES-BARRE VAMC (693)
1111 EAST END BLVD WILKES BARRE, PA 18711

LASKOWSKI,STANLEY P III                    Report date: Jun 29, 2009@15:44
    SSN:                 SEX: M    DOB:              LOC: ER MID

     Provider: DOSHI,SANJAYKUMAR J
     Specimen: SERUM
Accession [UID]: CH 0309 39 [1180690039]
```

M126

```
----------------------------------------------------------------
  MEDICAL RECORD        |    CONSULTATION SHEET    Page 1 of 1
----------------------------------------------------------------
Consult Request: Consult                      |Consult No.: 749537
----------------------------------------------------------------
To: WB CLERICAL SUPPORT FOLLOWUP FOR ORDERS-ADMIN CONSULT
     From: ZZZGROUP: PSYCH DOOLEYII/AM        |Requested: 04/11/2007 5:33 pm
----------------------------------------------------------------
Requesting Facility: WILKES-BARRE VAMC
================================================================
Current Primary Care Provider: PATEL,INDUBHAI M
     Current Primary Care Team: GENERAL MEDICINE

REASON FOR REQUEST: (Complaints and findings)
SERVICE CONNECTED % - NONE FOUND
RATED DISABILITIES - NONE FOUND
PERIOD OF SERVICE - PERSIAN GULF WAR

Reason for Request:  NA in "group:psych dooley II screen", in 2+wks,
6pts/group
max-per MD


Orders have been placed on LASKOWSKI,STANLEY P III on
Please review chart and schedule appropriately the following:
SCHEDULE FOLLOW-UP APPT

CLINICIANS:  Please remember that if you are ordering any test on the
patient, you need to enter them into CPRS as if you would do on an
outpatient!!
----------------------------------------------------------------
PROVISIONAL DIAG:
----------------------------------------------------------------
REQUESTED BY:                  |PLACE:               |URGENCY:
DOOLEY,MATTHEW                 |Consultant's choice  |Routine
STAFF PSYCHOLOGIST BEHAVIORAL SVCS |                 |
(Pager: 112)                   |SERVICE RENDERED AS: |
(Phone: 7677)                  |Outpatient           |
----------------------------------------------------------------
              C H A R T   C O P Y
       ****** Unknown Significant Findings ******

            No Consultation Results available.

----------------------------------------------------------------
            (Administrative Complete Comment)
      Entered by: YENCHO,JILL A - 04/12/2007 9:11 am
      Responsible Person: YENCHO,JILL A
      Entered at: WILKES-BARRE VAMC
this apt can only be made by mhc staff\ closing wb
```

```
================================================================
AUTHOR & TITLE:          M 127             |DATE:
----------------------------------------------------------------
ID #:_____|ORGANIZATION:WILKES-BARRE VAMC  |REG #:____|LOC: ZZZGROUP: P
LASKOWSKI,STANLEY P III   SERVICE CONNECTED 50% to 100%  SC VETERAN
                                                CONSULTATION SHEET
                                                Standard Form 513 (Rev 9-77)
Phone:
```

```
-----------------------------------------------------------------
    MEDICAL RECORD      |      CONSULTATION SHEET      Page 1 of 1
-----------------------------------------------------------------
Consult Request: Consult
                                        |Consult No.: 816510
-----------------------------------------------------------------
To: WB CLERICAL SUPPORT FOLLOWUP FOR ORDERS-ADMIN CONSULT
    From: ZZZPCT GROUP PM               |Requested: 12/06/2007 10:50 a|
-----------------------------------------------------------------
Requesting Facility: WILKES-BARRE VAMC
=================================================================
Current Primary Care Provider: PATEL,INDUBHAI M
    Current Primary Care Team: GENERAL MEDICINE

REASON FOR REQUEST: (Complaints and findings)
SERVICE CONNECTED % - 60

TINNITUS   10%  SC
BURSITIS   10%  SC
BURSITIS   10%  SC
LIMITED EXTENSION OF FOREARM  20%  SC
MALUNION OF ANKLE   0%  SC
SINUSITIS,FRONTAL,CHRONIC  10%  SC
POST-TRAUMATIC STRESS DISORDER  100%  SC
PERIOD OF SERVICE - PERSIAN GULF WAR

Reason for Request:  NA in Dooley II, before 4pm-per MD


Orders have been placed on LASKOWSKI,STANLEY P III on Dec 6,2007.
Please review chart and schedule appropriately the following:
SCHEDULE FOLLOW-UP APPT

CLINICIANS:  Please remember that if you are ordering any test on the
patient, you need to enter them into CPRS as if you would do on an
outpatient!!
```

```
-----------------------------------------------------------------
PROVISIONAL DIAG:
-----------------------------------------------------------------
REQUESTED BY:                  |PLACE:                |URGENCY:
DOOLEY,MATTHEW                 |Consultant's choice   |Routine
STAFF PSYCHOLOGIST BEHAVIORAL SVCS |                   |
(Pager: 112)                   |SERVICE RENDERED AS:  |
(Phone: 7677)                  |Outpatient            |
-----------------------------------------------------------------
              C H A R T   C O P Y
         ******* Unknown Significant Findings *******

              No Consultation Results available.

-----------------------------------------------------------------
             (Administrative Complete Comment)
      Entered by: CRUZ,ROXANNE - 12/06/2007 12:28 pm
      Responsible Person: CRUZ,ROXANNE
      Entered at: WILKES-BARRE VAMC
given to lead clerks
```

```
=================================================================
AUTHOR & TITLE:                 M I Z 8           |DATE:
-----------------------------------------------------------------
ID #:_____|ORGANIZATION:WILKES-BARRE VAMC  |REG #:____ |LOC: ZZZPCT GROU
-----------------------------------------------------------------
LASKOWSKI,STANLEY P III    SERVICE CONNECTED 50% to 100%   SC VETERAN
                                          CONSULTATION SHEET
                                          Standard Form 513 (Rev 9-77)
                        Phone:
```

```
---------------------------------------------------------------------
    MEDICAL RECORD     |     CONSULTATION SHEET        Page 2 of 2
---------------------------------------------------------------------
Consult Request: Consult
                                        |Consult No.: 825288
=====================================================================
```

(Added Comment)
    Entered by: SCHIEL,TAMI A - 01/29/2008 3:53 pm
    Responsible Person: SCHIEL,TAMI A
    Entered at: WILKES-BARRE VAMC
Received consultation report from Dr. Feinstein's office for 1-23-08 appt;
sent to scanning.

(Added Comment)
    Entered by: SCHIEL,TAMI A - 02/29/2008 8:38 am
    Responsible Person: SCHIEL,TAMI A
    Entered at: WILKES-BARRE VAMC
received progress notes from authorized follow-up appt. Hand carried to
scanning for review. Thank you.

M129

```
=====================================================================
LASKOWSKI,STANLEY P III    SERVICE CONNECTED 50% to 100%    SC VETERAN
```

| MEDICAL RECORD | CONSULTATION SHEET | Page 1 of 2 |

Consult Request: Consult | Consult No.: 825288

To: ORTHOPEDIC-OUTPATIENT
    From: ZZZPATEL I PRICARE | Requested: 01/09/2008 9:47 am

Requesting Facility: WILKES-BARRE VAMC
Current Primary Care Provider: PATEL, INDUBHAI M
    Current Primary Care Team: GENERAL MEDICINE

REASON FOR REQUEST: (Complaints and findings)
SERVICE CONNECTED % - 60
TINNITUS   10%   SC
BURSITIS   10%   SC
BURSITIS   10%   SC
LIMITED EXTENSION OF FOREARM   20%   SC
MALUNION OF ANKLE   0%   SC
SINUSITIS,FRONTAL,CHRONIC   10%   SC
POST-TRAUMATIC STRESS DISORDER   100%   SC
PERIOD OF SERVICE - PERSIAN GULF WAR

COMBAT SERVICE - NO
Is patient an OEF/OIF returnee?   No
 29 y/o male with Right Hip:
  1.   Greater trochanteric bursitis.
  2.   Probable sciatica with radiation down his right leg to the
       knee.
 pt seen by Dr.Lovernik for compensation, as per his note
 an orthopedic evaluation would be beneficial for this
 patient. please evaluate and advise

PROVISIONAL DIAG: bursitis/sciatica

| REQUESTED BY:<br>PATEL,INDUBHAI M<br>STAFF PHYSICIAN, PRIMARY CARE<br>(Pager: 272)<br>(Phone: 4885) | PLACE:<br>Consultant's choice<br><br>SERVICE RENDERED AS:<br>Outpatient | URGENCY:<br>Routine |

C H A R T   C O P Y
******* Unknown Significant Findings *******

No Consultation Results available.

(Added Comment)
    Entered by: MEEHAN,ROMAYNE E - 01/10/2008 9:36 am
    Responsible Person: MEEHAN,ROMAYNE E
    Entered at: WILKES-BARRE VAMC
sent to g.thirty today 9313740

(Administrative Complete Comment)
    Entered by: SCHIEL,TAMI A - 01/17/2008 1:02 pm
    Responsible Person: SCHIEL,TAMI A
    Entered at: WILKES-BARRE VAMC
Pt is scheduled with Dr. Peter Feinstein, Allied Services, 150 Mundy
Street, WB on January 23, 2008 @ 0920. phone 570-826-5559.

| AUTHOR & TITLE: | M130 | DATE: |

| ID #:_____ | ORGANIZATION:WILKES-BARRE VAMC | REG #:____ | LOC: ZZZPATEL I |

LASKOWSKI,STANLEY P III   SERVICE CONNECTED 50% to 100%   SC VETERAN
CONSULTATION SHEET
Standard Form 513 (Rev 9-77)

Phone: ███████

```
-------------------------------------------------------------------------
   MEDICAL RECORD        |    CONSULTATION SHEET        Page 3 of 3
-------------------------------------------------------------------------
Consult Request: Consult
                                      |Consult No.: 837421
=========================================================================
```

                        (Scheduled Comment)
      Entered by: NAYLOR,SANDRA A - 02/15/2008 2:26 pm
      Responsible Person: PATEL,INDUBHAI M
      Entered at: WILKES-BARRE VAMC
PT-AMS/2ND FLR SILVER AREA Consult Appt. on 02/27/08 @ 08:00
sam


                     (Status Change Comment)
      Entered by: NAYLOR,SANDRA A - 02/25/2008 12:14 pm
      Responsible Person: PATEL,INDUBHAI M
      Entered at: WILKES-BARRE VAMC
PT-AMS/2ND FLR SILVER AREA Appt. on 02/27/08 @ 08:00 was cancelled by the Patien
Remarks: sam


                        (Scheduled Comment)
      Entered by: NAYLOR,SANDRA A - 02/25/2008 12:14 pm
      Responsible Person: PATEL,INDUBHAI M
      Entered at: WILKES-BARRE VAMC
PT-AMS/2ND FLR SILVER AREA Consult Appt. on 03/07/08 @ 14:00
sam


M 131

```
=========================================================================
LASKOWSKI,STANLEY P III    SERVICE CONNECTED 50% to 100%    SC VETERAN
```

```
-----------------------------------------------------------------
  MEDICAL RECORD      |    CONSULTATION SHEET      Page 2 of 3
-----------------------------------------------------------------
Consult Request: Consult
                                        |Consult No.: 837421
=================================================================
```

Consultation Results #6220009 continued.

PERIOD OF SERVICE - PERSIAN GULF WAR

D:   30 y/o male vet, 5'8" and 192#, referred to PT for intermittent pain R upper
traps/levator scapula/rhomboid minor area, started after reaching for something
approx. 5 months ago. NSC visit.

PMHx:  10% SC tinnitus, 10% SC bursitis, 20% SC limited extension of forearm, 0%
SC malunion of ankle, 10% SC chronic frontal sinusitis, 100% SC PTSD, h/o
seizure activity, adjustment disorder, skin rashes, R hip bursitis, L hip
greater trochanteric bursitis, R arm fx, R heel spur, hearing loss, concussion
sec. to MVA '94, nicotine dependence, opioid abuse in past

Pt. presented to clinic ambul. without AD, AAOx3, cooperative.  Does not appear
to be in any acute distress.  Reports having no pain at this time but does get
pain/spasms with reaching/pushing activities involving his UE's.  Was prescribed
tylenol #3 but pt. states he doesn't like to it.  Has tried capsacin but can not
tolerate it because of it tends to cause a burning feeling.  Using applications
of heat has been helpful.  Pt. does not work, on disability for PTSD.
Denies paresthesia b/l UE's.

Posture:  sits slumped w/drooping of shoulders

Cervical AROM:  all motions WNL's, symptom free

AROM:  b/l UE's WFL's with 4+/5 strength

DTR's:  b/l UE's intact and appear symmetrical

Sensation:  b/l UE's intact to crude/light touch, denies paresthesia

Palpation:  trigger point tenderness noted R levator scapula/rhomboid minor
            and R upper trap areas, tightness also noted R upper traps

Assess:  pt. with c/o intermittent spasms R side of neck sec. to postural
deficits/muscle strain, palpable trigger points noted R upper traps/rhomboid
minor areas

Pt's goal:  resolve episodic spasms R side of neck

PT goals:  - resolve episodic spasms R side of neck (upper traps, levator
             scapula rhomboid minor areas)
           - pt. to demonstrate better postural awareness
           - 1 HEP

Plan:  Tips on improving postural awareness were discussed w/pt.  Also advised
continuation of home applications of heat f/b self stretching techniques.
Cervical retraction, levator scapula stretch, upper traps stretch, and lower
cervical/upper thoracic stretch were instructed.  5 sec. hold, 10 reps 2-3x/day.
Ex. handout issued.  Will f/u in 3-4 wks.

Potential:  good
Frequency and Duration:  PT eval plus f/u x 1 session.

Length of today's visit = 35 min. (initial PT eval = 20 min.)
                                   (15 min. ex. instructions/pt. education)

Statement of Certification:  I certify the need for these services
furnished under this Plan of Treatment and while under my care.

/es/ CHRISTINE V CAPUTO,PT
Physical Therapist
Signed: 03/07/2008 15:42

/es/ INDUBHAI M PATEL, MD
STAFF PHYSICIAN, PRIMARY CARE
Cosigned: 03/07/2008 16:24        M132

```
=================================================================
LASKOWSKI,STANLEY P III   SERVICE CONNECTED 50% to 100%   SC VETERAN
```

```
-------------------------------------------------------------------------
    MEDICAL RECORD        |    CONSULTATION SHEET       Page 1 of 3
-------------------------------------------------------------------------
Consult Request: Consult
                                          |Consult No.: 837421
-------------------------------------------------------------------------
To: PHYSICAL THERAPY-OUTPATIENT
    From: ZZZPATEL I PRICARE             |Requested: 02/15/2008 2:20 pm
-------------------------------------------------------------------------
Requesting Facility: WILKES-BARRE VAMC
=========================================================================
Current Primary Care Provider: PATEL,INDUBHAI M
    Current Primary Care Team: GENERAL MEDICINE

REASON FOR REQUEST: (Complaints and findings)
SERVICE CONNECTED % - 60

TINNITUS  10%  SC
BURSITIS  10%  SC
BURSITIS  10%  SC
LIMITED EXTENSION OF FOREARM  20%  SC
MALUNION OF ANKLE  0%  SC
SINUSITIS,FRONTAL,CHRONIC  10%  SC
POST-TRAUMATIC STRESS DISORDER  100%  SC
PERIOD OF SERVICE - PERSIAN GULF WAR

COMBAT SERVICE - NO
Is patient an OEF/OIF returnee?  No

Reason for Request:  30 y/o male with rt shoulder trigger point in
rhomboid
region, oterwise
normal with negative inpingement sign, negative drop test and intact
rotator cuff this appears to be consistent with strained muscle that
has not resolved as per ortho note scanned document  he should start
physical therapy to rt shoulder area as advised by ortho, please
evaluate and advise.
-------------------------------------------------------------------------
 PROVISIONAL DIAG: rt shoulder strain
-------------------------------------------------------------------------
REQUESTED BY:                    |PLACE:              |URGENCY:
PATEL,INDUBHAI M                 |Consultant's choice |Routine
STAFF PHYSICIAN, PRIMARY CARE    |                    |
(Pager: 272)                     |SERVICE RENDERED AS:|
(Phone: 4885)                    |Outpatient          |
-------------------------------------------------------------------------
```

### C H A R T    C O P Y

### CONSULTATION NOTE #6220009

```
  LOCAL TITLE: CONSULTATION REPORT
STANDARD TITLE: CONSULT
DATE OF NOTE: MAR 07, 2008@15:41    ENTRY DATE: MAR 07, 2008@15:41:39
    AUTHOR: CAPUTO,CHRISTINE V    EXP COSIGNER: PATEL,INDUBHAI M
    URGENCY:                             STATUS: COMPLETED

SERVICE CONNECTED % - 60
TINNITUS  10%  SC
BURSITIS  10%  SC
BURSITIS  10%  SC
LIMITED EXTENSION OF FOREARM  20%  SC
MALUNION OF ANKLE  0%  SC
SINUSITIS,FRONTAL,CHRONIC  10%  SC
POST-TRAUMATIC STRESS DISORDER  100%  SC

=========================================================================
AUTHOR & TITLE:                       |DATE:
                                      |
-------------------------------------------------------------------------
ID #:_____|ORGANIZATION:WILKES-BARRE VAMC |REG #:_____|LOC: ZZZPATEL I
-------------------------------------------------------------------------
LASKOWSKI,STANLEY P III   SERVICE CONNECTED 50% to 100%   SC VETERAN
```

CONSULTATION SHEET
Standard Form 513 (Rev 9-77)

Phone:

M133

```
------------------------------------------------------------------------
     MEDICAL RECORD          |     CONSULTATION SHEET       Page 4 of 4
------------------------------------------------------------------------
Consult Request: Consult                     |Consult No.: 844478
========================================================================
```

```
                          (Scheduled Comment)
        Entered by: JOHNSON,SANDRA L - 03/10/2008 8:35 am
        Responsible Person: DOSHI,SANJAYKUMAR J
        Entered at: WILKES-BARRE VAMC
TBI HOGG Consult Appt. on 03/24/08 @ 09:00
TBI


                          (Added Comment)
        Entered by: JOHNSON,SANDRA L - 03/17/2008 8:55 am
        Responsible Person: JOHNSON,SANDRA L
        Entered at: WILKES-BARRE VAMC
certified appt reminder for 3/24/ scanned and mailed


                          (Added Comment)
        Entered by: JOHNSON,SANDRA L - 03/24/2008 1:59 pm
        Responsible Person: JOHNSON,SANDRA L
        Entered at: WILKES-BARRE VAMC
Certified confirmation receipt for appt 3/24/08
```

M134

```
========================================================================
LASKOWSKI,STANLEY P III    SERVICE CONNECTED 50% to 100%    SC VETERAN
```

```
--------------------------------------------------------------------
         MEDICAL RECORD        |   CONSULTATION SHEET  |  Page 3 of 4
--------------------------------------------------------------------
```

Consult Request: Consult                          |Consult No.: 844478
====================================================================
Consultation Results #6262419 continued.

Weight 193.7 lbs.  Pulse 96 Resp 18 Blood Pressure 112/75
Mental status was normal.  Examination of cranial nerves II-XII was also normal.
Pupils were equal, round, reactive to light and accommodation.  There was no
visual field defect on confrontation testing.  Facial strength was normal. His
hearing was normal for conversational speech.  He was able to hear 128 cps and
256 cps tuning forks in each ear.  Weber test was midline.  Tongue, jaw and
palate movements were normal.  Gait was normal.  He was able to do tandem gait
without difficulty.  Tests of coordination including finger-to-nose, heel-to-
shin, and rapid alternating movements were performed normally.  There was no
weakness.  Sensory examination was deferred.  Reflexes were symmetrical.
Plantar responses were flexor bilaterally.

ASSESSMENT:
1.      History of at least two episodes of exposure to blast injury while in
        Iraq, with one episode of brief loss of consciousness.  Subsequent
        symptoms are consistent with both TBI and PTSD.  He has been treated for
        PTSD.
2.      Normal neurologic examination today.

PLAN:
1.      Neuropsych testing.
2.      Keep EEG appointment already scheduled.
3.      Repeat audiometrics.
4.      MRI scan of the brain.
5.      Follow-up appointment after testing is completed.

/es/ JUDITH E HOGG
Staff Neurologist
Signed: 03/24/2008 11:37

Receipt Acknowledged By:
03/26/2008 08:58      /es/ INDUBHAI M PATEL, MD
                           STAFF PHYSICIAN, PRIMARY CARE

                                        STATUS: COMPLETED
03/27/2008 ADDENDUM
Plan:
1. Neuropsych testing (Consult placed, not scheduled yet).
2. MRI Brain (4/1/08)
3. EEG to eval seizures
4. Repeat audiometric testing (Not ordered yet).
5. F/U with TBI after above etsting completed.
Goal:
1,2,5 - Dx & tx ? TBI
3 - Eval seizures
4 - Eval hearing impairment

/es/ SANDRA DOMPKOSKY RN MSN
OIF/OEF RN Case Manager
Signed: 03/27/2008 10:10

Receipt Acknowledged By:
03/27/2008 14:19      /es/ Colleen M. Kaskel, MSN, RN
                           Acting OIF/OEF Program Coordinator
03/31/2008 06:40      /es/ A C GERMAIN-TUDGAY
                           Supervisor, PMR/ASP
03/27/2008 10:11      /es/ ALAN KURLANSKI, LCSW, BCD
                           SCI/D COORDINATOR / CLINICAL SOCIAL WORKER
03/27/2008 15:11      /es/ Patricia L. Farrell, Psy.D.
                           Clinical Psychologist
03/27/2008 14:58      /es/ MAURA E BANFORD
                           OCCUPATIONAL THERAPIST
03/27/2008 11:25      /es/ ERIK B PEARSON, MSPT
                           PHYSICAL THERAPIST
03/28/2008 17:34      /es/ JUDITH E HOGG
                           Staff Neurologist
```

M135

```
====================================================================
LASKOWSKI,STANLEY P III    SERVICE CONNECTED 50% to 100%   SC VETERAN
```

---

| MEDICAL RECORD | CONSULTATION SHEET | Page 2 of 4 |

---

Consult Request: Consult                               | Consult No.: 844478

=================================================================

Consultation Results #6262419 continued.

PERIOD OF SERVICE - PERSIAN GULF WAR

The patient is a 30 year old man referred for consultation because of possible TBI sustained while on duty in Iraq. The history was obtained from the patient and from review of the medical record.

The patient served in Iraq in the Marine Corps from March through July, 2003. He was in the first invasion wave, and remembers several incidents when he was exposed to blasts. He remembers two incidents well. In the first instance, he was near a tank when the tank began to fire. He was thrown to the ground, as were other people in his patrol group. He was unconscious for perhaps a few seconds. His memory is fuzzy for the events just before the blast, and for a few seconds after the blast. He did not have any external or visible injury to his head. His leg was grazed by a piece of shrapnel. When he picked himself up from the ground, he went to help others who were still unconscious. He helped them to wake up. The second instance was also in relation to tank fire. A tank had shelled a building. The force of the blast stunned the patient who was nearby. The patient served in Iraq until July, 2003. Since returning to the United States, he has been aware of many symptoms including dizziness, memory loss, poor balance, poor coordination, and impaired ability to sleep. He has been told that he has post-traumatic stress disorder, which is being treated. For a while, he was on Prozac and Tramadol. Last month, while on the two medications, he had a grand mal seizure. CT scan of the head was normal. The patient was taken off both medications, and started on Depakote. He could not tolerate Depakote, and the medication has now been discontinued. He is scheduled for an EEG soon. He has not had an MRI scan of the brain. When he was seen recently in the emergency room, he was asked about brain injury. TBI questionnaire results led to the request for TBI consultation.

At present, the patient is troubled by several neurologic symptoms. He has severe forgetfulness. He has poor concentration and is easily distracted from tasks. He also has been aware that his thinking ability is slowed, he is disorganized, and he is unable to finish projects. He has moderate difficulty making decisions. He also reports dizziness, which he describes as a spinning sensation accompanied by "blacking out" of his peripheral vision. Dizziness is not accompanied by nausea or vomiting although he does have unexplained vomiting at other times. His balance is poor. He feels unsteady when first standing up, and unsteady when climbing stairs. He has poor coordination. He has what he says is a migraine headache every day. He takes Excedrin Migraine twice per day. The headaches are accompanied by nausea and vomiting. He has sensitivity to light. When he first sees daylight, it feels like a "shock wave" in his eyes and head. He has trouble with hearing. Although audiometrics one year ago showed no significant hearing loss, the patient says that he can not hear his wife when she speaks, but reads her lips. Without the monitor near him, he does not hear his baby cry. He has lost his senses of smell and taste. His appetite remains good. He has difficulty falling asleep and staying asleep. He feels tense and anxious, as well as depressed. He is irritable, being easily annoyed. He also has poor frustration tolerance, and is easily overwhelmed by things.

PAST MEDICAL HISTORY:  PTSD; Hip pain; Polysubstance dependence; concussion in 1994 secondary to MVA.

MEDICATIONS:  Excedrin Migraine; Risperdone; Tylenol #3; Hydroxyzine; Multi-vitamins.

He has no known allergies.

FAMILY HISTORY: Gout, peripheral vascular disease, alcohol and drug abuse.

SOCIAL HISTORY:  He is married, lives with his wife and three children, ages 5, 3 and 9 months.  The patient is not working outside the home.  His wife is working, and the patient is taking care of the children.

REVIEW OF SYSTEMS: Otherwise, negative.

EXAMINATION:  The patient was alert, cooperative, and in no distress.  Behavior was normal.

M136

=================================================================

LASKOWSKI, STANLEY P III    SERVICE CONNECTED 50% to 100%    SC VETERAN

```
-----------------------------------------------------------------------
  MEDICAL RECORD          |  CONSULTATION SHEET      Page 1 of 4
-----------------------------------------------------------------------
Consult Request: Consult
                                          |Consult No.: 844478
-----------------------------------------------------------------------
To: TBI (TRAUMATIC BRAIN INJURY)
    From: ER (MIDNIGHT) CLINIC             |Requested: 03/09/2008 6:26 am
-----------------------------------------------------------------------
Requesting Facility: WILKES-BARRE VAMC
=======================================================================
Current Primary Care Provider: PATEL, INDUBHAI M
     Current Primary Care Team: GENERAL MEDICINE
```

REASON FOR REQUEST: (Complaints and findings)
SERVICE CONNECTED % - 60

```
TINNITUS    10%  SC
BURSITIS    10%  SC
BURSITIS    10%  SC
LIMITED EXTENSION OF FOREARM   20%  SC
MALUNION OF ANKLE    0%  SC
SINUSITIS,FRONTAL,CHRONIC   10%  SC
POST-TRAUMATIC STRESS DISORDER   100%  SC
PERIOD OF SERVICE - PERSIAN GULF WAR
```

COMBAT SERVICE - NO
Is patient an OEF/OIF returnee?  No

Reason for Request:  patient has been close various explosive and clamis
that
he had "
concussion "
 please refer TBI SCREENING DON EBY ME BY DR.DOSHI UNDER ER ATTENDING
NOTE . PLEASE REVIEW AND ADVISE

```
-----------------------------------------------------------------------
  PROVISIONAL DIAG: TBI?
-----------------------------------------------------------------------
REQUESTED BY:                  |PLACE:                |URGENCY:
DOSHI,SANJAYKUMAR J            |Consultant's choice   |Routine
STAFF PHYSICIAN(CARDIOLOGY)MEDICAL |ERVICE
(Pager: 814)                   |SERVICE RENDERED AS:
(Phone: 7524)                  |Outpatient
-----------------------------------------------------------------------
```

              C H A R T    C O P Y

           CONSULTATION NOTE #6262419

```
  LOCAL TITLE: CONSULTATION REPORT
STANDARD TITLE: CONSULT
DATE OF NOTE: MAR 24, 2008@10:30    ENTRY DATE: MAR 24, 2008@10:31:10
     AUTHOR: HOGG,JUDITH E         EXP COSIGNER:
    URGENCY:                          STATUS: COMPLETED
```

   *** CONSULTATION REPORT Has ADDENDA ***

```
SERVICE CONNECTED % - 60
TINNITUS    10%  SC
BURSITIS    10%  SC
BURSITIS    10%  SC
LIMITED EXTENSION OF FOREARM   20%  SC
MALUNION OF ANKLE    0%  SC
SINUSITIS,FRONTAL,CHRONIC   10%  SC
POST-TRAUMATIC STRESS DISORDER   100%  SC
```

```
=======================================================================
AUTHOR & TITLE:               M137                |DATE:
-----------------------------------------------------------------------
ID #:_____|ORGANIZATION:WILKES-BARRE VAMC |REG #:_____|LOC: ER (MIDNIGH
-----------------------------------------------------------------------
LASKOWSKI,STANLEY P III   SERVICE CONNECTED 50% to 100%   SC VETERAN
                                        CONSULTATION SHEET
                                        Standard Form 513 (Rev 9-77)
                         Phone: _____
```

---

| MEDICAL RECORD | | CONSULTATION SHEET | Page 2 of 2 |

---

Consult Request: Consult | Consult No.: 844909

============================================================

Consultation Results #6371775 continued.

### OUTPATIENT EEG REPORT

The EEG was performed with the patient in the alert, awake, drowsy, and sleep state.

Hyperventilation and photic stimulation were performed.  The EKG lead is nonoperable.

A 20-channel EEG was performed according to the above technique. The study demonstrates awake and background rhythm of 9-10 Hz, posteriorly predominant alpha activity.  Much of the anterior leads demonstrate high frequency and low amplitude beta activity, which may be related to medications, the patient is on clonazepam.  The tracing demonstrates some eye movement artifact. No definite focal or epileptiform features are seen.  The tracing slows during periods of presumed drowsiness and light sleep, photic  stimulation and hyperventilation failed to provide significant further pathologic information.

During drowsiness, an occasional sharper wave form is seen, felt to represent a sharp transient    The technician reports brief sharp myoclonic-type discharges which are not focal and not repetitive and are not associated with any observable motor activity.   Strict clinical correlation is required.

IMPRESSION:

No definite focal or epileptiform features.

Clinical correlation is required.

Basically, a normal EEG.

d- 4-29-2008  12:25 p.m.
t- 4-29-2008  3:00 p.m.
TA2
#140997

/es/ JOHN P FEERICK,MD,FAHA
Neurologist/Medical Svc
Signed: 04/30/2008 07:13

---

(Administrative Complete Comment)
Entered by: LONGMORE,FLORENCE - 03/10/2008 2:13 pm
Responsible Person: LONGMORE,FLORENCE
Entered at: WILKES-BARRE VAMC
SCHEDULED 3-24-08 AT 10AM TO CORRELATE WITH EXSISTING APPT.

(Added Comment)
Entered by: LONGMORE,FLORENCE - 03/13/2008 9:21 am
Responsible Person: LONGMORE,FLORENCE
Entered at: WILKES-BARRE VAMC
Moved to 3-31-08 to correlate with PT appt.

(Added Comment)
Entered by: LONGMORE,FLORENCE - 04/07/2008 10:15 am
Responsible Person: LONGMORE,FLORENCE
Entered at: WILKES-BARRE VAMC
Patient called he will like his EEG rescheduled to 4-29@ 9:30 to correlate with MHC and MRI appts, done.   M138

============================================================
LASKOWSKI,STANLEY P III    SERVICE CONNECTED 50% to 100%    SC VETERAN

```
----------------------------------------------------------------------
  MEDICAL RECORD        |    CONSULTATION SHEET      Page 1 of 2
----------------------------------------------------------------------
Consult Request: Consult
                                         |Consult No.: 844909
----------------------------------------------------------------------
To: EEG-OUTPATIENT
    From: ZZZPATEL I PRICARE               |Requested: 03/10/2008 2:06 pm
----------------------------------------------------------------------
Requesting Facility: WILKES-BARRE VAMC
======================================================================
Current Primary Care Provider: PATEL, INDUBHAI M
    Current Primary Care Team: GENERAL MEDICINE

REASON FOR REQUEST: (Complaints and findings)
SERVICE CONNECTED % - 60

TINNITUS   10%  SC
BURSITIS   10%  SC
BURSITIS   10%  SC
LIMITED EXTENSION OF FOREARM  20%  SC
MALUNION OF ANKLE   0%  SC
SINUSITIS,FRONTAL,CHRONIC  10%  SC
POST-TRAUMATIC STRESS DISORDER  100%  SC
PERIOD OF SERVICE - PERSIAN GULF WAR
PERIOD OF SERVICE - PERSIAN GULF WAR

COMBAT SERVICE - NO
Is patient an OEF/OIF returnee?  No

Reason for Request:  30 y/o male with seizure on tramadol
----------------------------------------------------------------------
 PROVISIONAL DIAG: seizure
----------------------------------------------------------------------
REQUESTED BY:               |PLACE:               |URGENCY:
PATEL,INDUBHAI M            |Consultant's choice  |Routine
STAFF PHYSICIAN, PRIMARY CARE|                    |
(Pager: 272)               |SERVICE RENDERED AS: |
(Phone: 4885)              |Outpatient           |
----------------------------------------------------------------------
                    C H A R T   C O P Y
           ****** Unknown Significant Findings ******

                  CONSULTATION NOTE #6371775

  LOCAL TITLE: CONSULTATION REPORT
STANDARD TITLE: CONSULT
DATE OF NOTE: APR 29, 2008@09:30     ENTRY DATE: APR 29, 2008@15:49:50
      AUTHOR: FEERICK,JOHN        EXP COSIGNER:
     URGENCY:                           STATUS: COMPLETED

SERVICE CONNECTED % - 60
TINNITUS   10%  SC
BURSITIS   10%  SC
BURSITIS   10%  SC
LIMITED EXTENSION OF FOREARM  20%  SC
MALUNION OF ANKLE   0%  SC
SINUSITIS,FRONTAL,CHRONIC  10%  SC
POST-TRAUMATIC STRESS DISORDER  100%  SC
PERIOD OF SERVICE - PERSIAN GULF WAR

CONSULTATION #844909

DATE OF EXAMINATION:  April 29, 2008
======================================================================
AUTHOR & TITLE:              M139           |DATE:
----------------------------------------------------------------------
ID #:_____|ORGANIZATION:WILKES-BARRE VAMC |REG #:____|LOC: ZZZPATEL I
----------------------------------------------------------------------
LASKOWSKI,STANLEY P III   SERVICE CONNECTED 50% to 100%  SC VETERAN
                                          CONSULTATION SHEET
                                          Standard Form 513 (Rev 9-77)
                              Phone:
```

```
--------------------------------------------------------------------
   MEDICAL RECORD       |    CONSULTATION SHEET       Page 2 of 2
--------------------------------------------------------------------
Consult Request: Consult                    |Consult No.: 844972
====================================================================
Consultation Results #6224985 continued.
```

|   URGENCY:                          STATUS: COMPLETED

SERVICE CONNECTED % - 60
TINNITUS  10%   SC
BURSITIS  10%   SC
BURSITIS  10%   SC
LIMITED EXTENSION OF FOREARM  20%  SC
MALUNION OF ANKLE   0%  SC
SINUSITIS,FRONTAL,CHRONIC  10%  SC
POST-TRAUMATIC STRESS DISORDER  100%  SC
PERIOD OF SERVICE - PERSIAN GULF WAR

Use of duloxetine is approved.

/es/ TARANNUM F MANSURI
Pharm. D.
Signed: 03/10/2008 16:01

M140

```
------------------------------------------------------------------------
|  MEDICAL RECORD          |   CONSULTATION SHEET    | Page 1 of 2
------------------------------------------------------------------------
Consult Request: Consult                      |Consult No.: 844972
------------------------------------------------------------------------
To: PHARMACY NONFORMULARY REQUEST            |Requested: 03/10/2008 3:10 pm
    From: MHC BOROWSKI WALK IN
------------------------------------------------------------------------
Requesting Facility: WILKES-BARRE VAMC
========================================================================
Current Primary Care Provider: PATEL, INDUBHAI M
    Current Primary Care Team: GENERAL MEDICINE
```

REASON FOR REQUEST: (Complaints and findings)
SERVICE CONNECTED % - 60
TINNITUS    10%    SC
BURSITIS    10%    SC
BURSITIS    10%    SC
LIMITED EXTENSION OF FOREARM   20%  SC
MALUNION OF ANKLE    0%  SC
SINUSITIS, FRONTAL, CHRONIC   10%   SC
POST-TRAUMATIC STRESS DISORDER   100%   SC
PERIOD OF SERVICE - PERSIAN GULF WAR

COMBAT SERVICE - NO
Is patient an OEF/OIF returnee?  Yes

Reason for Request:   Treatment for anxiety.


THIS FORM IS USED TO REQUEST A NON-FORMULARY MEDICATION FOR CLINICAL
              USE FOR AN INDIVIDUAL PATIENT

SECTION A:  Medication Requested (To be completed by Physician)
     1.  Generic name/strength/dosage form: duloxetine 20 mg cap
     2.  Trade name: cymbalta
     3.  Diagnosis or medical problem to be treated: PTSD
chronic pain
SECTION B:  Justification (To be completed by Physician)
     1.  Reason for medical necessity: (choose one/document specific
comments)
     c.  Therapeutic failure of all formulary alternatives: (specify
         agent(s) tried)
     2. Anticipated duration and location of therapy: (chose all that apply)
        Outpatient clinic
     3. Treatment goal/endpoint: Alleviation of anxiety.

```
------------------------------------------------------------------------
PROVISIONAL DIAG: PTSD
------------------------------------------------------------------------
REQUESTED BY:                  |PLACE:              |URGENCY:
SANTOS, FRANCISCO F            |Consultant's choice |Routine
STAFF PSYCHIATRIST BEHAVIORAL SVCS |                |
(Pager: 229/826-9490)          |SERVICE RENDERED AS:|
(Phone: 7495)                  |Outpatient          |
------------------------------------------------------------------------
```

              C H A R T   C O P Y

          CONSULTATION NOTE #6224985


 LOCAL TITLE: CONSULTATION REPORT
 STANDARD TITLE: CONSULT
 DATE OF NOTE: MAR 10, 2008@16:01     ENTRY DATE: MAR 10, 2008@16:01:05
     AUTHOR: MANSURI, TARANNUM F    EXP COSIGNER:

```
========================================================================
AUTHOR & TITLE:              M141          |DATE:
------------------------------------------------------------------------
ID #:_____|ORGANIZATION:WILKES-BARRE VAMC |REG #:____ |LOC: MHC BOROWSK
------------------------------------------------------------------------
LASKOWSKI STANLEY P III   SERVICE CONNECTED 50% to 100%   SC VETERAN
                                             CONSULTATION SHEET
                                             Standard Form 513 (Rev 9-77)
                        Phone:
```

```
-------------------------------------------------------------------------
  MEDICAL RECORD        |   CONSULTATION SHEET      Page 1 of 1
-------------------------------------------------------------------------
Consult Request: Consult
                                                |Consult No.: 849597
-------------------------------------------------------------------------
To: GENERAL PSYCHOLOGY-OUTPATIENT
    From: TBI HOGG 2HR CLINIC                |Requested: 03/24/2008 10:04 a
-------------------------------------------------------------------------
Requesting Facility: WILKES-BARRE VAMC
=========================================================================
Current Primary Care Provider: PATEL,INDUBHAI M
    Current Primary Care Team: GENERAL MEDICINE

REASON FOR REQUEST: (Complaints and findings)
Psychometric testing/TBI

-------------------------------------------------------------------------
PROVISIONAL DIAG: Memory loss
-------------------------------------------------------------------------
REQUESTED BY:              |PLACE:                    |URGENCY:
HOGG,JUDITH E              |Consultant's choice       |Routine
STAFF NEUROLOGIST          |
(Pager: 255)               |SERVICE RENDERED AS:
(Phone: 4796)              |Outpatient
-------------------------------------------------------------------------
```

### C H A R T   C O P Y

**** REQUEST CANCELLED    REQUEST CANCELLED ****

No Consultation Results available.

```
-------------------------------------------------------------------------
```

(Discontinued Comment)
Entered by: HOGG,JUDITH E - 03/24/2008 10:17 am
Responsible Person: HOGG,JUDITH E
Entered at: WILKES-BARRE VAMC
requested in error/wrong consult

```
=========================================================================
AUTHOR & TITLE:              M I 4 Z              |DATE:
-------------------------------------------------------------------------
ID #:_____|ORGANIZATION:WILKES-BARRE VAMC |REG #:_____|LOC: TBI HOGG 2H
-------------------------------------------------------------------------
LASKOWSKI STANLEY P III   SERVICE CONNECTED 50% to 100%   SC VETERAN
                                             CONSULTATION SHEET
                                          Standard Form 513 (Rev 9-77)
```

Phone:

---

| MEDICAL RECORD | | CONSULTATION SHEET | Page 2 of 2 |

---

Consult Request: Consult | Consult No.: 849620

===============================================================================

(Added Comment)
Entered by: RUNDLE,MARY K - 03/24/2008 10:59 am
Responsible Person: RUNDLE,MARY K
Entered at: WILKES-BARRE VAMC
authorization sent to vendor and patient


(Added Comment)
Entered by: JOHNSON,SANDRA L - 03/24/2008 12:48 pm
Responsible Person: JOHNSON,SANDRA L
Entered at: WILKES-BARRE VAMC
Please send neuro RX


(Added Comment)
Entered by: JOHNSON,SANDRA L - 03/25/2008 1:16 pm
Responsible Person: JOHNSON,SANDRA L
Entered at: WILKES-BARRE VAMC
Dr. Hogg please send an RX


(Added Comment)
Entered by: JOHNSON,SANDRA L - 03/31/2008 8:49 am
Responsible Person: JOHNSON,SANDRA L
Entered at: WILKES-BARRE VAMC
All information and authorization faxed to John Heinz for scheduling


(Added Comment)
Entered by: TOMSHAW,ALICE M - 05/06/2008 10:18 am
Responsible Person: TOMSHAW,ALICE M
Entered at: WILKES-BARRE VAMC
spoke to Sandy @ John Heinz. She stated LM for pt to call on 4/18/08 and
sent letter of the same on 5/1/08. No response from pt at this time.


(Scheduled Comment)
Entered by: TOMSHAW,ALICE M - 06/04/2008 11:28 am
Responsible Person: TOMSHAW,ALICE M
Entered at: WILKES-BARRE VAMC
Pt sched at JH appt sched scanned into record


(Administrative Complete Comment)
Entered by: TOMSHAW,ALICE M - 06/20/2008 8:51 am
Responsible Person: TOMSHAW,ALICE M
Entered at: WILKES-BARRE VAMC
neuropsych testing results faxed from JH on 6/20/08
See scanned document on 6/20/08 (TBI Scanned Document)


M143

===============================================================================
LASKOWSKI,STANLEY P III    SERVICE CONNECTED 50% to 100%    SC VETERAN

```
-------------------------------------------------------------------
   MEDICAL RECORD         |   CONSULTATION SHEET   |  Page 1 of 2
-------------------------------------------------------------------
Consult Request: Consult                    |Consult No.: 849620
-------------------------------------------------------------------
To: NON VA SERVICES (FEE) TBI               |Requested: 03/24/2008 10:28 am
    From: TBI HOGG 2HR CLINIC
-------------------------------------------------------------------
Requesting Facility: WILKES-BARRE VAMC
===================================================================
Current Primary Care Provider: PATEL,INDUBHAI M
    Current Primary Care Team: GENERAL MEDICINE

REASON FOR REQUEST: (Complaints and findings)
PERIOD OF SERVICE - PERSIAN GULF WAR
SERVICE CONNECTED % - 60
TINNITUS   10%  SC
BURSITIS   10%  SC
BURSITIS   10%  SC
LIMITED EXTENSION OF FOREARM   20%  SC
MALUNION OF ANKLE   0%  SC
SINUSITIS,FRONTAL,CHRONIC  10%  SC
POST-TRAUMATIC STRESS DISORDER   100%  SC

COMBAT SERVICE - NO
Is patient an OEF/OIF returnee?  Yes

WHAT SPECIFIC TREATMENT(S) IS/ARE BEING AUTHORIZED?
  Neuropsychological assessments

WHAT SPECIFIC TIME FRAME WILL THE AUTHORIZED TREATMENT COVER?
   START DATE: Mar 24,2008
   END DATE:   Jun 22,2008


WHAT IS THE NAME, ADDRESS, TELEPHONE, AND FAX NUMBER(S) OF THE FACILITY
THAT
WILL BE PROVIDING THE TREATMENT?

John Heinz
Wilkes-Barre, PA
Phone:  826-3771
Fax: 830-8917

Please Note:  If sending to John Heinz, a prescription is needed
              for Neuropsychology
```

```
-------------------------------------------------------------------
PROVISIONAL DIAG: TBI Memory loss and headaches
-------------------------------------------------------------------
REQUESTED BY:            |PLACE:              |URGENCY:
HOGG,JUDITH E            |Consultant's choice |Routine
STAFF NEUROLOGIST        |                    |
(Pager: 255)             |SERVICE RENDERED AS:|
(Phone: 4796)            |Outpatient          |
-------------------------------------------------------------------
```

                    C H A R T   C O P Y
        ******* Unknown Significant Findings *******

            No Consultation Results available.

```
-------------------------------------------------------------------

===================================================================
AUTHOR & TITLE:            M14Y          |DATE:
-------------------------------------------------------------------
ID #:____ |ORGANIZATION:WILKES-BARRE VAMC |REG #:____ |LOC: TBI HOGG 2H
-------------------------------------------------------------------
LASKOWSKI,STANLEY P III   SERVICE CONNECTED 50% to 100%   SC VETERAN
                                             CONSULTATION SHEET
                                             Standard Form 513 (Rev 9-77)

                              Phone:
```

```
------------------------------------------------------------------------
   MEDICAL RECORD        |    CONSULTATION SHEET      Page 2 of 2
------------------------------------------------------------------------
Consult Request: Consult                         |Consult No.: 863583
========================================================================
Consultation Results #6378328 continued.
```

If you feel if from his neck, it would require an MRI C Spine prior to PEC assessment. If it from his shoulder, he should have imaging and possible ortho evaluation. Your last note indicated he had cervical strain, treated with Tylenol #3 and capascin cream. If consult is necessary, please obtain appropriate imaging first and clearly delineate nature of his pain problems and how we can assist you.

/es/ STEPHEN A SCHARDING, PA-C
PHYSICIAN ASSISTANT
Signed: 05/01/2008 11:14

Receipt Acknowledged By:
05/02/2008 09:24        /es/ NABEELA Z MIAN, M.D.
                             CHIEF, RHEUMATOLOGY/MEDICAL SERVICE
05/01/2008 11:15        /es/ MICHAEL J SURDY
                             PHARMD.
05/02/2008 14:25        /es/ MICHAEL Y HWANG
                             Chief, Mental Health
05/01/2008 15:06        /es/ INDUBHAI M PATEL, MD
                             STAFF PHYSICIAN, PRIMARY CARE

M145

```
========================================================================
LASKOWSKI,STANLEY P III     SERVICE CONNECTED 50% to 100%    SC VETERAN
```

```
----------------------------------------------------------------------
   MEDICAL RECORD      |      CONSULTATION SHEET      Page 1 of 2
----------------------------------------------------------------------
Consult Request: Consult
                                        |Consult No.: 863583
----------------------------------------------------------------------
To: PAIN EVALUATION CLINIC-OUTPATIENT
    From: ZZZPATEL I PRICARE              |Requested: 04/29/2008 1:16 pm
----------------------------------------------------------------------
Requesting Facility: WILKES-BARRE VAMC
======================================================================
Current Primary Care Provider: PATEL,INDUBHAI M
    Current Primary Care Team: GENERAL MEDICINE

REASON FOR REQUEST: (Complaints and findings)
SERVICE CONNECTED % - 60

TINNITUS   10%   SC
BURSITIS   10%   SC
BURSITIS   10%   SC
LIMITED EXTENSION OF FOREARM  20%  SC
MALUNION OF ANKLE   0%  SC
SINUSITIS,FRONTAL,CHRONIC  10%  SC
POST-TRAUMATIC STRESS DISORDER  100%  SC
PERIOD OF SERVICE - PERSIAN GULF WAR

COMBAT SERVICE - NO
Is patient an OEF/OIF returnee?  No

Reason for Request:  30 y/o male with chronic neck shoulder pain, body
ache,
please evaluate
and advise.

----------------------------------------------------------------------
PROVISIONAL DIAG: neck pain /bodyache/shoulder pain
----------------------------------------------------------------------
REQUESTED BY:             |PLACE:                |URGENCY:
PATEL,INDUBHAI M          |Consultant's choice   |Routine
STAFF PHYSICIAN, PRIMARY CARE                    |
(Pager: 272)              |SERVICE RENDERED AS:  |
(Phone: 4885)             |Outpatient            |
----------------------------------------------------------------------
```

         C H A R T   C O P Y

         CONSULTATION NOTE #6378328

```
 LOCAL TITLE: CONSULTATION REPORT
STANDARD TITLE: CONSULT
DATE OF NOTE: MAY 01, 2008@11:10    ENTRY DATE: MAY 01, 2008@11:10:42
    AUTHOR: SCHARDING,STEPHEN A  EXP COSIGNER:
    URGENCY:                        STATUS: COMPLETED

SERVICE CONNECTED % - 60
TINNITUS   10%   SC
BURSITIS   10%   SC
BURSITIS   10%   SC
LIMITED EXTENSION OF FOREARM  20%  SC
MALUNION OF ANKLE   0%  SC
SINUSITIS,FRONTAL,CHRONIC  10%  SC
POST-TRAUMATIC STRESS DISORDER  100%  SC
PERIOD OF SERVICE - PERSIAN GULF WAR
```

Pt's chart was reviewed, I am unable to ascertain the nature of this vets pain.

```
======================================================================
AUTHOR & TITLE:            M146          |DATE:
----------------------------------------------------------------------
ID #:_____|ORGANIZATION:WILKES-BARRE VAMC  |REG #:_____|LOC: ZZZPATEL I
----------------------------------------------------------------------
LASKOWSKI,STANLEY P III    SERVICE CONNECTED 50% to 100%    SC VETERAN
                                        CONSULTATION SHEET
                              Phone:     Standard Form 513 (Rev 9-77)
```

```
---------------------------------------------------------------------
|    MEDICAL RECORD          |    CONSULTATION SHEET      Page 2 of 2
---------------------------------------------------------------------
Consult Request: Consult                         |Consult No.: 896628
=====================================================================
```

                        (Scheduled Comment)
        Entered by: KOSEK,DONNA M - 07/31/2008 8:43 am
        Responsible Person: PATEL,INDUBHAI M
        Entered at: WILKES-BARRE VAMC
KHAN NEUROLOGY Consult Appt. on 08/05/08 @ 09:00
per consult  letter sent

                        (Administrative Complete Comment)
        Entered by: MUDRAK,MARY ANNE - 08/29/2008 11:03 am
        Responsible Person: MUDRAK,MARY ANNE
        Entered at: WILKES-BARRE VAMC
See note of 8/5/08

M147

```
=====================================================================
LASKOWSKI,STANLEY P III    SERVICE CONNECTED 50% to 100%    SC VETERAN
```

```
-----------------------------------------------------------------
  MEDICAL RECORD       |   CONSULTATION SHEET     Page 1 of 2
-----------------------------------------------------------------
Consult Request: Consult
                                        |Consult No.: 896628
-----------------------------------------------------------------
To: NEUROLOGY-OUTPATIENT
    From: ZZZPATEL I PRICARE            |Requested: 07/30/2008 3:15 pm
-----------------------------------------------------------------
Requesting Facility: WILKES-BARRE VAMC
=================================================================
Current Primary Care Provider: PATEL, INDUBHAI M
    Current Primary Care Team: GENERAL MEDICINE

REASON FOR REQUEST: (Complaints and findings)
SERVICE CONNECTED % - 100

TINNITUS   10%   SC
BURSITIS   10%   SC
BURSITIS   10%   SC
LIMITED EXTENSION OF FOREARM   20%   SC
MALUNION OF ANKLE    0%   SC
SINUSITIS, FRONTAL, CHRONIC   10%   SC
POST-TRAUMATIC STRESS DISORDER   100%   SC
PERIOD OF SERVICE - PERSIAN GULF WAR

COMBAT SERVICE - NO
Is patient an OEF/OIF returnee?  No

Reason for Request:  discuss with pt pt reported to me that he was seen
by
outside physician Dr.Harasym 842-0945, pt reported to me that he is
having
headache possible migaine, pt was prescribed fioricet by outside
physician
Dr.Harasym, requesting from here, also pt reported to me that he is
having
seizure lately, advise for fioricet, please evaluate and advise.

-----------------------------------------------------------------
PROVISIONAL DIAG: headache
-----------------------------------------------------------------
REQUESTED BY:                  | PLACE:            | URGENCY:
PATEL,INDUBHAI M               | Consultant's choice | Within 1 week
STAFF PHYSICIAN, PRIMARY CARE  |                   |
(Pager: 272)                   | SERVICE RENDERED AS: |
(Phone: 4885)                  | Outpatient        |
-----------------------------------------------------------------
              C H A R T   C O P Y
      ******* Unknown Significant Findings *******

              No Consultation Results available.

-----------------------------------------------------------------
              (Added Comment)
    Entered by: FEERICK,JOHN - 07/31/2008 7:49 am
    Responsible Person: FEERICK,JOHN
    Entered at: WILKES-BARRE VAMC
Referring Physician to please arrange for outside records to be available
at time of consult.
New/any
```

```
=================================================================
AUTHOR & TITLE:            M 148              |DATE:
-----------------------------------------------------------------
ID #:      |ORGANIZATION:WILKES-BARRE VAMC  |REG #:____ |LOC: ZZZPATEL I
-----------------------------------------------------------------
LASKOWSKI,STANLEY P III   SERVICE CONNECTED 50% to 100%   SC VETERAN
                                             CONSULTATION SHEET
                                             Standard Form 513 (Rev 9-77)
                        Phone:
```

 

```
-----------------------------------------------------------------------
  MEDICAL RECORD        |    CONSULTATION SHEET        Page 2 of 2
 ----------------------------------------------------------------------
Consult Request: Consult                        |Consult No.: 898411
========================================================================
```

CONSULTATION NOTE #6654233


 LOCAL TITLE: CONSULTATION REPORT
STANDARD TITLE: CONSULT
DATE OF NOTE: AUG 05, 2008@10:35      ENTRY DATE: AUG 05, 2008@10:35:24
     AUTHOR: CENCETTI,JOSEPH M   EXP COSIGNER:
     URGENCY:                         STATUS: COMPLETED

SERVICE CONNECTED % - 100
TINNITUS   10%   SC
BURSITIS   10%   SC
BURSITIS   10%   SC
LIMITED EXTENSION OF FOREARM   20%   SC
MALUNION OF ANKLE   0%   SC
SINUSITIS,FRONTAL,CHRONIC   10%   SC
POST-TRAUMATIC STRESS DISORDER   100%   SC
PERIOD OF SERVICE - PERSIAN GULF WAR

please clarify fiorinal with codiene or fioricet with codiene, Either will be
approved and also discontinue apap with codiene and inform pt not to use apap
with codiene or fiorinal or fioricet with codeine together Please enter
prescription of which agent you want , ie fiorinal with codeine or fioricet with
codien, thnaks.

/es/ JOSEPH M CENCETTI
PHARMD.
Signed: 08/05/2008 10:38

M149

```

```
------------------------------------------------------------------
  MEDICAL RECORD      |    CONSULTATION SHEET      Page 1 of 2
------------------------------------------------------------------
Consult Request: Consult
                                          |Consult No.: 898411
------------------------------------------------------------------
To: PHARMACY NONFORMULARY REQUEST
    From: KHAN NEUROLOGY              |Requested: 08/05/2008 9:53 am
------------------------------------------------------------------
Requesting Facility: WILKES-BARRE VAMC
==================================================================
Current Primary Care Provider: PATEL,INDUBHAI M
    Current Primary Care Team: GENERAL MEDICINE
```

REASON FOR REQUEST: (Complaints and findings)
SERVICE CONNECTED % - 100
TINNITUS   10%  SC
BURSITIS   10%  SC
BURSITIS   10%  SC
LIMITED EXTENSION OF FOREARM  20%  SC
MALUNION OF ANKLE   0%  SC
SINUSITIS,FRONTAL,CHRONIC  10%  SC
POST-TRAUMATIC STRESS DISORDER  100%  SC
PERIOD OF SERVICE - PERSIAN GULF WAR

COMBAT SERVICE - NO
Is patient an OEF/OIF returnee?  Yes

Reason for Request:  Fioricet with codiene


THIS FORM IS USED TO REQUEST A NON-FORMULARY MEDICATION FOR CLINICAL
            USE FOR AN INDIVIDUAL PATIENT

SECTION A:  Medication Requested (To be completed by Physician)
    1.  Generic name/strength/dosage form: Florinol with codeine
    2.  Trade name: as above
    3.  Diagnosis or medical problem to be treated: Intractable headaches
SECTION B:  Justification (To be completed by Physician)
    1. Reason for medical necessity: (choose one/document specific
comments)
        c. Therapeutic failure of all formulary alternatives: (specify
           agent(s) tried) Florinol/Fioricet/tylenol

    2. Anticipated duration and location of therapy: (chose all that apply)
       Chronic use, Outpatient clinic
    3. Treatment goal/endpoint: Patient already taking it and it is the
only
drug which helps,
prescribed by non VA physician-intractable headaches may be
posttratumatic concussion related in Iraq.

```
------------------------------------------------------------------
PROVISIONAL DIAG: Intractable headaches
------------------------------------------------------------------
REQUESTED BY:              |PLACE:              |URGENCY:
KHAN,IQBAL A               |Consultant's choice |Routine
STAFF PHYSICIAN(NEUROLOGY)MEDICAL S|RVICE        |
(Pager: 721)              |SERVICE RENDERED AS: |
(Phone: 4793)            |Outpatient           |
------------------------------------------------------------------
              C H A R T   C O P Y
```

```
==================================================================
AUTHOR & TITLE:            M I S O          |DATE:
------------------------------------------------------------------
ID #:_____|ORGANIZATION:WILKES-BARRE VAMC |REG #:____|LOC: KHAN NEUROL
------------------------------------------------------------------
LASKOWSKI,STANLEY P III    SERVICE CONNECTED 50% to 100%  SC VETERAN
                                          CONSULTATION SHEET
                                          Standard Form 513 (Rev 9-77)
                          Phone: █████████
```

```
-----------------------------------------------------------------------
    MEDICAL RECORD         |     CONSULTATION SHEET        Page 1 of 1
-----------------------------------------------------------------------
Consult Request: Consult
-----------------------------------------------------------------|Consult No.: 929321
-----------------------------------------------------------------
To: WB CLERICAL SUPPORT FOLLOWUP FOR ORDERS-ADMIN CONSULT
    From: PSYCH DOOLEY II                      |Requested: 10/30/2008 5:53 p
-------------------------------------------------|
Requesting Facility: WILKES-BARRE VAMC
=======================================================================
Current Primary Care Provider: PATEL,INDUBHAI M
    Current Primary Care Team: GENERAL MEDICINE
-----------------------------------------------------------------------
```

REASON FOR REQUEST: (Complaints and findings)
SERVICE CONNECTED % - 100

```
TINNITUS  10%  SC
BURSITIS  10%  SC
BURSITIS  10%  SC
LIMITED EXTENSION OF FOREARM  20%  SC
MALUNION OF ANKLE  0%  SC
SINUSITIS,FRONTAL,CHRONIC  10%  SC
POST-TRAUMATIC STRESS DISORDER  100%  SC
PERIOD OF SERVICE - PERSIAN GULF WAR
```

Reason for Request:  in Dooley II in 1 month+, before 4pm

Orders have been placed on LASKOWSKI,STANLEY P III on Oct 30,2008.
Please review chart and schedule appropriately the following:
SCHEDULE FOLLOW-UP APPT

CLINICIANS:  Please remember that if you are ordering any test on the
patient, you need to enter them into CPRS as if you would do on an
outpatient!!

```
-----------------------------------------------------------------------
PROVISIONAL DIAG:
-----------------------------------------------------------------------
REQUESTED BY:                    |PLACE:              |URGENCY:
DOOLEY,MATTHEW                   |Consultant's choice |Routine
STAFF PSYCHOLOGIST BEHAVIORAL SVCS|                   |
(Pager: 112)                     |SERVICE RENDERED AS:|
(Phone: 7677)                    |Outpatient          |
-----------------------------------------------------------------------
```

              C H A R T   C O P Y
    ******* Unknown Significant Findings *******

        No Consultation Results available.

```
-----------------------------------------------------------------------
```

              (Administrative Complete Comment)
    Entered by: KELLY,LARRY F - 10/31/2008 7:22 am
    Responsible Person: KELLY,LARRY F
    Entered at: WILKES-BARRE VAMC
apts to be made by mhc clerks....lk

```
=======================================================================
AUTHOR & TITLE:
-----------------------------------------------------|DATE:
-----------------------------------------------------------------------
ID #:_____|ORGANIZATION:WILKES-BARRE VAMC  |REG #:_____|LOC: PSYCH DOOLE
-----------------------------------------------------------------------
LASKOWSKI,STANLEY P III    SERVICE CONNECTED 50% to 100%    SC VETERAN
                        MIS1              CONSULTATION SHEET
                                Phone:      Standard Form 513 (Rev 9-77)
```

Report Display                                              Jun 30, 2009@09.50.43
LASKOWSKI,STANLEY P III                    ████████              ████████3
-------------------------------------------------------------------------------
04/11/2007 15:50   >> SCHEDULE RETURN TO CLINIC MHC
                      Intake Pierce/Lucas for evaluation
                      and med management < 30 days                    /es/BERNARD M BOROW
    ELECTRONICALLY ENTEREDStart: 04/11/2007 15:50                     Physician Assistant
    BMB                  Stop: 04/16/07                               04/11/2007 15:50
                                                            Req: BOROWSKI,BERNARD M

04/11/2007 15:49   TRAZODONE TAB 50MG
                   TAKE ONE TABLET BY MOUTH AT BEDTIME
                   may start at 1/2 tab
                   Quantity: 30 Refills: 5
                     <Requesting Physician Cancelled>                 /es/BERNARD M BOROWS
    ELECTRONICALLY ENTEREDStart: 04/11/2007                           Physician Assistant
    BMB                  Stop: 02/04/08 09:29                          04/11/2007 15:50
                                                            Req: BOROWSKI,BERNARD M

04/03/2007 10:31   SINUSES 3 OR MORE VIEWS
    WRITTEN            Start: 04/11/2007
    JS                 Stop: 04/11/07 14:27                            04/03/2007 10:31
                                                            Req: CASTRIGNANO, DOMINIC

04/03/2007 10:26   FOOT 3 OR MORE VIEWS BILATERAL EXAM    Req: CASTRIGNANO, DOMINIC
    WRITTEN           Start: 04/11/2007
    JS                Stop: 04/11/07 14:28                             04/03/2007 10:27

04/03/2007 10:25   HIP 2 OR MORE VIEWS BILATERAL EXAM     Req: CASTRIGNANO, DOMINIC
    WRITTEN           Start: 04/11/2007
    JS                Stop: 04/11/07 14:28                             04/03/2007 10:27

04/03/2007 10:25   FOREARM 2 VIEWS RIGHT
    WRITTEN           Start: 04/11/2007
    JS                Stop: 04/11/07 14:27                             04/03/2007 10:27
                                                          Req: CASTRIGNANO, DOMINIC E

04/03/2007 10:24   CHEM 7 BLOOD SERUM SP
    WRITTEN           Start: 04/18/2007 09:00
    JS                Stop: 04/18/07 10:09                             04/03/2007 10:27
                                                          Req: CASTRIGNANO, DOMINIC E

04/03/2007 10:24   URINALYSIS URINE (RANDOM) SP
    WRITTEN           Start: 04/18/2007 09:00
    JS                Stop: 04/18/07 10:26                             04/03/2007 10:27
                                                          Req: CASTRIGNANO, DOMINIC E

04/03/2007 10:24   CHEST 2 VIEWS PA&LAT
    WRITTEN           Start: 04/11/2007
    JS                Stop: 04/11/07 14:27                             04/03/2007 10:27
                                                          Req: CASTRIGNANO, DOMINIC E

04/03/2007 10:23   CBC (WITH DIFF) BLOOD SP
    WRITTEN           Start: 04/18/2007 09:00
    JS                Stop: 04/18/07 09:48                             04/03/2007 10:27
                                                          Req: CASTRIGNANO, DOMINIC E
-------------------------------------------------------------------------------

LASKOWSKI,  STANLEY P III    ████████
    Loc: ZZZPATEL I PRICARE Date: 06/30/2009         MEDICAL RECORD
    Room/Bed:
                                                     D O C T O R ' S   O R D E R S
    Printed: 06/30/2009 09:50
                                                     VA FORM 10-1158

>>> Warning: Some list items lines may have been truncated.
>>> This list requires 240 characters/line.
>>> This device supports 132 characters/line.

M152

```
Report Display                                          Jun 30, 2009@09:50:43
LASKOWSKI,STANLEY P III      ███████████                          ████████31
--------------------------------------------------------------------------------
   Printed: 06/30/2009 09:50              |    VA FORM 10-1158

--------------------------------------------------------------------------------
   MEDICAL RECORD        |      D O C T O R ' S   O R D E R S
--------------------------------------------------------------------------------
NOTE: Physician's signature must accompany each entry including standing orders
Date and time for instituting and discontinuing the orders must be recorded
--------------------------------------------------------------------------------
 DATE & TIME |              O R D E R S              |  SIGNATURES
--------------------------------------------------------------------------------
05/11/2007 13:46   BUPROPION TAB 100MG
                   TAKE ONE TABLET BY MOUTH DAILY with
                   food
                   Quantity: 30 Refills: 2
                   <Requesting Physician Cancelled>      /es/Eugene T. Lucas
ELECTRONICALLY ENTEREDStart: 05/11/2007                  CRNP Psych Mental He
EL                       Stop: 05/17/07 15:03            05/11/2007 13:47
                                                 Req: LUCAS,EUGENE T JR
05/11/2007 13:45   CLONAZEPAM TAB 0.5MG
                   TAKE ONE-HALF TABLET BY MOUTH AT
                   BEDTIME when you fall asleep at nite
                   Quantity: 15 Refills: 2                /es/Eugene T. Lucas
ELECTRONICALLY ENTEREDStart: 05/11/2007                  CRNP Psych Mental He
EL                       Stop: 05/31/07                  05/11/2007 13:47
                                                 Req: LUCAS,EUGENE T JR
04/11/2007 17:33   WB CLERICAL SUPPORT FOLLOWUP FOR
                   ORDERS-ADMIN CONSULT Cons
                   Consultant's Choice                   /es/MATTHEW DOOLEY
ELECTRONICALLY ENTEREDStart: 04/11/2007 17:33            STAFF PSYCHOLOGIST B
MD                       Stop: 04/12/07 09:11            04/11/2007 17:33
                                                 Req: DOOLEY,MATTHEW
04/11/2007 17:32   >> SCHEDULE NA in "group:psych dooley
                   II screen", in 2+wks, 6pts/group
                   max-per MD
                   NA in "group:psych dooley II screen",
                   in 2+wks, 6pts/group max-per MD        /es/MATTHEW DOOLEY
ELECTRONICALLY ENTEREDStart: 04/11/2007 17:33            STAFF PSYCHOLOGIST B
MD                       Stop: 04/18/07                  04/11/2007 17:33
                                                 Req: DOOLEY,MATTHEW
04/11/2007 15:51   TRAZODONE TAB 50MG
                   TAKE ONE TABLET BY MOUTH AT BEDTIME
                   MAY START AT 1/2 TAB may start at 1/2
                   tab
                   Quantity: 30 Refills: 5
                   <Requesting Physician Cancelled>
SERVICE CORRECTION  Start: 04/11/2007
GAK                 Stop: 02/04/08 09:29
                                                 Req: BOROWSKI,BERNARD M
04/11/2007 15:51   TABLET SPLITTER MISCELLANEOUS TABLET
                   SPLITTER
                   USE AS DIRECTED FOR TABLET SPLITTING
                   Quantity: 1 Refills: 0
POLICY                   Start: 04/11/2007
GAK                      Stop: 07/10/07
                                                 Req: BOROWSKI,BERNARD M
--------------------------------------------------------------------------------
LASKOWSKI, STANLEY P III     ███████████              |   MEDICAL RECORD
  Loc: ZZZPATEL I PRICARE Date: 06/30/2009            |
  Room/Bed:                                           | D O C T O R ' S   O R D E R S
                                                      |
  Printed: 06/30/2009 09:50                           | VA FORM 10-1158
--------------------------------------------------------------------------------
   MEDICAL RECORD        |      D O C T O R ' S   O R D E R S
--------------------------------------------------------------------------------
NOTE: Physician's signature must accompany each entry including standing orders
Date and time for instituting and discontinuing the orders must be recorded
--------------------------------------------------------------------------------
 DATE & TIME |              O R D E R S              |  SIGNATURES
--------------------------------------------------------------------------------
```

M153

```
Report Display                                              Jun 30, 2009@09:50:43
LASKOWSKI,STANLEY P III        ████████            ██████████[3]
```

```
                                                      Req: PIERCE,JENNIFER E
05/17/2007 15:01  Discontinue BUPROPION TAB 100MG
                  TAKE ONE TABLET BY MOUTH DAILY WITH
                  FOOD with food
                  Quantity: 30 Refills: 2
                  <Requesting Physician Cancelled>
  ELECTRONICALLY ENTEREDStart: 05/11/2007                  /es/JENNIFER E PIERC
  JEP             Stop: 05/17/07 15:03                     Physician Assistant
                                                           05/17/2007 15:03
                                                      Req: PIERCE,JENNIFER E
```

--------------------------------------------------------------------------------

```
LASKOWSKI, STANLEY P III    ████████              MEDICAL RECORD
   Loc: ZZZPATEL I PRICARE Date: 06/30/2009    D O C T O R ' S   O R D E R S
   Room/Bed:
   Printed: 06/30/2009 09:50                   VA FORM 10-1158
```

--------------------------------------------------------------------------------

```
   MEDICAL RECORD        |        D O C T O R ' S   O R D E R S
```
--------------------------------------------------------------------------------
```
NOTE: Physician's signature must accompany each entry including standing orders
Date and time for instituting and discontinuing the orders must be recorded
```
--------------------------------------------------------------------------------
```
 DATE & TIME |                O R D E R S                | SIGNATURES
```
--------------------------------------------------------------------------------
```
05/17/2007 15:00  PAROXETINE TAB 20MG
                  TAKE ONE-HALF TABLET BY MOUTH EVERY
                  DAY FOR 7 DAYS THEN TAKE ONE TABLET
                  BY MOUTH EVERY DAY FOR 23 DAYS (When
                  this is finished begin prescription
                  for Paroxetine 40mg 1/2 tablet daily
                  which will be mailed to you within 30
                  days)
                  Quantity: 27 Refills: 0                  /es/JENNIFER E PIERCE
  ELECTRONICALLY ENTEREDStart: 05/18/2007                  Physician Assistant
  JEP                                                      05/17/2007 15:03
                                                      Req: PIERCE,JENNIFER E
05/17/2007 15:00  PAROXETINE TAB 40MG
                  TAKE ONE-HALF TABLET BY MOUTH EVERY
                  DAY ***PHARMACIST***SUSPEND THIS
                  PRESCRIPTION FOR 30 DAYS
                  Quantity: 15 Refills: 5
                  <Requesting Physician Cancelled>
  ELECTRONICALLY ENTEREDStart: 06/17/2007                  /es/JENNIFER E PIERCE
  JEP             Stop: 02/04/08 09:29                     Physician Assistant
                                                           05/17/2007 15:03
                                                      Req: PIERCE,JENNIFER E
05/11/2007 14:00  CLONAZEPAM TAB 0.5MG
                  TAKE ONE-HALF TABLET BY MOUTH AT
                  BEDTIME -- WHEN YOU FALL ASLEEP AT
                  NITE when you fall asleep at nite
                  Quantity: 15 Refills: 2
  SERVICE CORRECTION  Start: 05/11/2007
  MC                  Stop: 05/31/07
                                                      Req: LUCAS,EUGENE T JR
05/11/2007 13:59  BUPROPION TAB 100MG
                  TAKE ONE TABLET BY MOUTH DAILY WITH
                  FOOD with food
                  Quantity: 30 Refills: 2
                  <Requesting Physician Cancelled>
  SERVICE CORRECTION  Start: 05/11/2007
  MC                  Stop: 05/17/07 15:03
                                                      Req: LUCAS,EUGENE T JR
05/11/2007 13:47  >> SCHEDULE RETURN TO CLINIC 2 months    /es/Eugene T. Lucas J
  ELECTRONICALLY ENTEREDStart: 05/11/2007 13:47            CRNP Psych Mental He
  EL              Stop: 05/16/07                           05/11/2007 13:47
                                                      Req: LUCAS,EUGENE T JR
```

--------------------------------------------------------------------------------

```
LASKOWSKI, STANLEY P III    ████████              MEDICAL RECORD
   Loc: ZZZPATEL I PRICARE Date: 06/30/2009
   Room/Bed:                                     D O C T O R ' S   O R D E R S
```

M154

```
Report Display                                              Jun 30, 2009@09.50.43
LASKOWSKI,STANLEY P III            ████████████                            (31
------------------------------------------------------------------------------
  ELECTRONICALLY ENTEREDStart: 07/16/2007 15:31          CRNP Psych Mental He
  EL              Stop: 07/23/07                         07/16/2007 15:31
                                                    Req: LUCAS,EUGENE T JR
07/03/2007 13:31   BUSPIRONE TAB 5MG
                   TAKE ONE TABLET BY MOUTH TWICE A DAY
                   WITH MEALS
                   Quantity: 60 Refills: 2
                   <Requesting Physician Cancelled>
  SERVICE CORRECTION  Start: 07/03/2007
  MC                  Stop: 02/04/08 09:29
                                                    Req: LUCAS,EUGENE T JR
07/03/2007 13:24   >> SCHEDULE RETURN TO CLINIC next
                   available after 14 days                /es/Eugene T. Lucas
  ELECTRONICALLY ENTEREDStart: 07/03/2007 13:26          CRNP Psych Mental He
  EL              Stop: 07/08/07                         07/03/2007 13:26
                                                    Req: LUCAS,EUGENE T JR
07/03/2007 13:23   BUSPIRONE TAB 5MG
                   TAKE ONE TABLET BY MOUTH TWICE A DAY
                   WITH MEALS
                   Quantity: 60 Refills: 2
                   <Requesting Physician Cancelled>       /es/Eugene T. Lucas
  ELECTRONICALLY ENTEREDStart: 07/03/2007                CRNP Psych Mental He
  EL              Stop: 02/04/08 09:29                   07/03/2007 13:26
                                                    Req: LUCAS,EUGENE T JR
------------------------------------------------------------------------------
  LASKOWSKI, STANLEY P III    ████████████          · MEDICAL RECORD
    Loc: ZZZPATEL I PRICARE Date: 06/30/2009
    Room/Bed:                                         D O C T O R ' S   O R D E R S

    Printed: 06/30/2009 09:50                        VA FORM 10-1158
------------------------------------------------------------------------------
   MEDICAL RECORD        |         D O C T O R ' S   O R D E R S
------------------------------------------------------------------------------
NOTE: Physician's signature must accompany each entry including standing orders
Date and time for instituting and disconinuing the orders must be recorded
------------------------------------------------------------------------------
 DATE & TIME |              O R D E R S              | SIGNATURES
------------------------------------------------------------------------------
06/05/2007 15:39   CLONAZEPAM TAB 0.5MG
                   TAKE ONE TABLET BY MOUTH DAILY AND
                   TAKE ONE TABLET AT BEDTIME
                   Quantity: 60 Refills: 1
  SERVICE CORRECTION  Start: 06/05/2007
  JF                  Stop: 07/16/07 15:31
                                                    Req: LUCAS,EUGENE T JR
06/04/2007 14:01   Change CLONAZEPAM TAB 0.5MG
                   TAKE ONE TABLET BY MOUTH DAILY AND
                   TAKE ONE TABLET BY MOUTH AT BEDTIME
                   Quantity: 60 Refills: 1                /es/Eugene T. Lucas J
  ELECTRONICALLY ENTEREDStart: 06/05/2007               CRNP Psych Mental He
  EL              Stop: 07/16/07 15:31                   06/04/2007 14:03
                                                    Req: LUCAS,EUGENE T JR
05/18/2007 05:31   PAROXETINE TAB 20MG
                   TAKE ONE-HALF TABLET BY MOUTH EVERY
                   DAY FOR 7 DAYS, THEN TAKE ONE TABLET
                   EVERY DAY FOR 23 DAYS (WHEN THIS IS
                   FINISHED BEGIN PRESCRIPTION FOR
                   PAROXETINE 40MG 1/2 TABLET DAILY
                   WHICH WILL BE MAILED TO YOU WITHIN 30
                   DAYS)
                   Quantity: 27 Refills: 0
  SERVICE CORRECTION  Start: 05/18/2007
  JJV
                                                    Req: PIERCE,JENNIFER E
05/18/2007 05:30   PAROXETINE TAB 40MG
                   TAKE ONE-HALF TABLET BY MOUTH EVERY
                   DAY
                   Quantity: 15 Refills: 5
                   <Requesting Physician Cancelled>
  SERVICE CORRECTION  Start: 06/17/2007
  JJV                 Stop: 02/04/08 09:29
```

M155

Report Display                                    Jun 30, 2009@09:50:43
LASKOWSKI,STANLEY P III        ███████████              31
-----------------------------------------------------------------------
                    A DAY until seen by Primary care
                    Quantity: 180 Refills: 1
     ELECTRONICALLY ENTEREDStart: 12/14/2007        /es/Eugene T. Lucas
     EL                Stop: 01/09/08               CRNP Psych Mental He
                                                    12/14/2007 10:26
                                                Req: LUCAS,EUGENE T JR
     12/14/2007 10:19   VENLAFAXINE CAP,SA 75MG
                        TAKE 1 CAPSULE BY MOUTH DAILY with
                        food
                        Quantity: 30 Refills: 2
                        <Requesting Physician Cancelled>
     ELECTRONICALLY ENTEREDStart: 12/14/2007        /es/Eugene T. Lucas
     EL                Stop: 02/04/08 09:29         CRNP Psych Mental He
                                                    12/14/2007 10:26
                                                Req: LUCAS,EUGENE T JR
     12/06/2007 10:50   WB CLERICAL SUPPORT FOLLOWUP FOR
                        ORDERS-ADMIN CONSULT Cons
                        Consultant's Choice
     ELECTRONICALLY ENTEREDStart: 12/06/2007 10:50  /es/MATTHEW DOOLEY
     MD                Stop: 12/06/07 12:28         STAFF PSYCHOLOGIST B
                                                    12/06/2007 10:50
                                                Req: DOOLEY,MATTHEW
     12/06/2007 10:49   >> SCHEDULE NA in Dooley II, before
                        4pm-per MD
                        NA in Dooley II, before 4pm-per MD
     ELECTRONICALLY ENTEREDStart: 12/06/2007 10:50  /es/MATTHEW DOOLEY
     MD                Stop: 12/13/07               STAFF PSYCHOLOGIST B
                                                    12/06/2007 10:50
                                                Req: DOOLEY,MATTHEW
     11/22/2007 10:05   CBC (WITH DIFF) BLOOD SP
     WRITTEN            Start: 12/05/2007 07:35
     GMN               Stop: 12/05/07 08:41
                                                    11/22/2007 10:06
                                                Req: BUZANOWICZ,MARCELLA
     11/22/2007 10:05   CHEM 7 BLOOD SERUM SP
     WRITTEN            Start: 12/05/2007 07:35
     GMN               Stop: 12/05/07 09:27
                                                    11/22/2007 10:06
                                                Req: BUZANOWICZ,MARCELLA
-----------------------------------------------------------------------
     LASKOWSKI, STANLEY P III    ███████████           MEDICAL RECORD
       Loc: ZZZPATEL I PRICARE Date: 06/30/2009
       Room/Bed:                                    D O C T O R ' S   O R D E R S
       Printed: 06/30/2009 09:50                    VA FORM 10-1158
-----------------------------------------------------------------------
       MEDICAL RECORD      |      D O C T O R ' S   O R D E R S
-----------------------------------------------------------------------
     NOTE: Physician's signature must accompany each entry including standing orders
     Date and time for instituting and discontinuing the orders must be recorded
-----------------------------------------------------------------------
       DATE & TIME |          O R D E R S          |   SIGNATURES
-----------------------------------------------------------------------
     11/22/2007 10:05   URINALYSIS URINE (RANDOM) SP
     WRITTEN            Start: 12/05/2007 07:35
     GMN               Stop: 12/05/07 09:33
                                                    11/22/2007 10:06
                                                Req: BUZANOWICZ,MARCELLA
     11/22/2007 10:05   CHEST 2 VIEWS PA&LAT
     WRITTEN            Start: 11/29/2007 08:45
     GMN               Stop: 12/05/07 23:31
                                                    11/22/2007 10:06
                                                Req: BUZANOWICZ,MARCELLA
     07/16/2007 20:52   CLONAZEPAM TAB 0.5MG
                        TAKE ONE TABLET BY MOUTH DAILY AND
                        TAKE TWO TABLETS AT BEDTIME
                        Quantity: 90 Refills: 2
     SERVICE CORRECTION  Start: 07/16/2007
     AH
                                                Req: LUCAS,EUGENE T JR
     07/16/2007 15:30   Change CLONAZEPAM TAB 0.5MG
                        TAKE ONE TABLET BY MOUTH DAILY AND
                        TAKE TWO TABLETS BY MOUTH AT BEDTIME
                        Quantity: 90 Refills: 2
     ELECTRONICALLY ENTEREDStart: 07/16/2007        /es/Eugene T. Lucas J
     EL                                             CRNP Psych Mental He
                                                    07/16/2007 15:31
                                                Req: LUCAS,EUGENE T JR
     07/16/2007 15:30  >> Dr Bhatia at next available    /es/Eugene T. Lucas J

                            M156

Report Display                                              Jun 30, 2009@09:50:43
LASKOWSKI,STANLEY P III                          ████████         3]
--------------------------------------------------------------------------------
  ELECTRONICALLY ENTEREDStart: 01/09/2008 09:47          STAFF PHYSICIAN, PRI
  IMP                  Stop: 01/17/08 13:02              01/09/2008 09:47
                                                     Req: PATEL, INDUBHAI M
  01/09/2008 09:36   Change TRAMADOL TAB 50MG
                     TAKE TWO TABLETS BY MOUTH THREE TIMES
                     A DAY AS NEEDED AS NEEDED FOR PAIN
                     Quantity: 180 Refills: 7
                     <Requesting Physician Cancelled>        /es/INDUBHAI M PATEL
  ELECTRONICALLY ENTEREDStart: 01/28/2008              STAFF PHYSICIAN, PRI
  IMP                  Stop: 02/15/08 15:31              01/09/2008 09:39
                                                     Req: PATEL, INDUBHAI M
  12/21/2007 14:36   >> SCHEDULE NA in Dooley II, before
                     4pm-per MD
                     NA in Dooley II, before 4pm-per MD    /es/MATTHEW DOOLEY
  ELECTRONICALLY ENTEREDStart: 12/21/2007 14:36        STAFF PSYCHOLOGIST B
  MD                   Stop: 12/28/07                    12/21/2007 14:36
                                                     Req: DOOLEY,MATTHEW
  12/14/2007 11:40   VENLAFAXINE CAP,SA 75MG
                     TAKE ONE CAPSULE BY MOUTH DAILY WITH
                     FOOD
                     Quantity: 30 Refills: 2
                     <Requesting Physician Cancelled>
  SERVICE CORRECTION   Start: 12/14/2007
  MJH                  Stop: 02/04/08 09:29
                                                     Req: LUCAS,EUGENE T JR
  12/14/2007 11:40   TRAMADOL TAB 50MG
                     TAKE TWO TABLETS BY MOUTH THREE TIMES
                     A DAY UNTIL SEEN BY PRIMARY CARE
                     Quantity: 180 Refills: 1
  SERVICE CORRECTION   Start: 12/14/2007
  MJH                  Stop: 01/09/08
                                                     Req: LUCAS,EUGENE T JR
  12/14/2007 11:40   QUETIAPINE TAB 200MG
                     TAKE ONE-HALF TABLET BY MOUTH AT
                     BEDTIME
                     Quantity: 15 Refills: 2
  SERVICE CORRECTION   Start: 12/14/2007
  MJH                  Stop: 01/10/08
                                                     Req: LUCAS,EUGENE T JR
  12/14/2007 10:37   >> Primary Care Appointment ASAP    /es/Eugene T. Lucas J
  ELECTRONICALLY ENTEREDStart: 12/14/2007 10:37        CRNP Psych Mental He
  EL                   Stop: 12/21/07                    12/14/2007 10:37
                                                     Req: LUCAS,EUGENE T JR
--------------------------------------------------------------------------------
  LASKOWSKI, STANLEY P III   ████████       |        MEDICAL RECORD
    Loc: ZZZPATEL I PRICARE Date: 06/30/2009  |
    Room/Bed:                                 |    D O C T O R ' S   O R D E R S
    Printed: 06/30/2009 09:50                 |    VA FORM 10-1158
--------------------------------------------------------------------------------
  MEDICAL RECORD        |       D O C T O R ' S   O R D E R S
--------------------------------------------------------------------------------
NOTE: Physician's signature must accompany each entry including standing orders
Date and time for instituting and discontinuing the orders must be recorded
--------------------------------------------------------------------------------
DATE & TIME |            O R D E R S            |  SIGNATURES
--------------------------------------------------------------------------------
12/14/2007 10:26   QUETIAPINE TAB 200MG
                   TAKE ONE-HALF TABLET BY MOUTH AT
                   BEDTIME
                   Quantity: 15 Refills: 2              /es/Eugene T. Lucas J
  ELECTRONICALLY ENTEREDStart: 12/14/2007              CRNP Psych Mental He
  EL                   Stop: 01/10/08                    12/14/2007 10:26
                                                     Req: LUCAS,EUGENE T JR
  12/14/2007 10:26   >> 2 months                         /es/Eugene T. Lucas J
  ELECTRONICALLY ENTEREDStart: 12/14/2007 10:26        CRNP Psych Mental He
  EL                   Stop: 12/21/07                    12/14/2007 10:26
                                                     Req: LUCAS,EUGENE T JR
  12/14/2007 10:20   TRAMADOL TAB 50MG
                     TAKE TWO TABLETS BY MOUTH THREE TIMES

                              M157

```
Report Display                                          Jun 30, 2009@09:50:43
LASKOWSKI,STANLEY P III          ██████████                              ██31
---------------------------------------------------------------------------
   Room/Bed:                              |  D O C T O R ' S   O R D E R S
   Printed: 06/30/2009 09:50              |  VA FORM 10-1158
---------------------------------------------------------------------------
   MEDICAL RECORD        |        D O C T O R ' S   O R D E R S
---------------------------------------------------------------------------
NOTE: Physician's signature must accompany each entry including standing orders
Date and time for instituting and discontinuing the orders must be recorded
---------------------------------------------------------------------------
  DATE & TIME  |             O R D E R S              |  SIGNATURES
---------------------------------------------------------------------------
01/09/2008 19:34   TRAMADOL TAB 50MG
                   TAKE TWO TABLETS BY MOUTH THREE TIMES
                   A DAY AS NEEDED AS NEEDED FOR PAIN
                   Quantity: 180 Refills: 7
                   <Requesting Physician Cancelled>
 SERVICE CORRECTION  Start: 01/28/2008
 RBK                 Stop: 02/15/08 15:31
                                                    Req: PATEL,INDUBHAI M
01/09/2008 09:55   CBC (WITH DIFF) BLOOD SP LB #5144    /es/INDUBHAI M PATEL,
 ELECTRONICALLY ENTEREDStart: 07/09/2008               STAFF PHYSICIAN, PRI
 IMP                                                    01/09/2008 09:55
                                                    Req: PATEL,INDUBHAI M
01/09/2008 09:55   LIPID PROFILE BLOOD SERUM SP LB #5144  /es/INDUBHAI M PATEL,
 ELECTRONICALLY ENTEREDStart: 07/09/2008               STAFF PHYSICIAN, PRI
 IMP                                                    01/09/2008 09:55
                                                    Req: PATEL,INDUBHAI M
01/09/2008 09:55   COMPREHENSIVE METABOLIC PANEL BLOOD
                      SERUM SP LB #5144                 /es/INDUBHAI M PATEL,
 ELECTRONICALLY ENTEREDStart: 07/09/2008               STAFF PHYSICIAN, PRI
 IMP                                                    01/09/2008 09:55
                                                    Req: PATEL,INDUBHAI M
01/09/2008 09:55   URINALYSIS URINE (RANDOM) SP LB #5144  /es/INDUBHAI M PATEL,
 ELECTRONICALLY ENTEREDStart: 07/09/2008               STAFF PHYSICIAN, PRI
 IMP                                                    01/09/2008 09:55
                                                    Req: PATEL,INDUBHAI M
01/09/2008 09:55   THYROID FUNCTION TESTS BLOOD SERUM SP
                      LB #5144                          /es/INDUBHAI M PATEL,
 ELECTRONICALLY ENTEREDStart: 07/09/2008               STAFF PHYSICIAN, PRI
 IMP                                                    01/09/2008 09:55
                                                    Req: PATEL,INDUBHAI M
01/09/2008 09:54   >> SCHEDULE oa in 6 months
                   SCHEDULE PATIENT FOR LAB WORK BEFORE
                   NEXT VISIT
                   LABWORK FASTING? YES                 /es/INDUBHAI M PATEL,
 ELECTRONICALLY ENTEREDStart: 01/09/2008 09:55         STAFF PHYSICIAN, PRI
 IMP                 Stop: 01/16/08                     01/09/2008 09:55
                                                    Req: PATEL,INDUBHAI M
01/09/2008 09:48   HIPS BILATERAL 4 OR MORE VIEWS
                   BILATERAL EXAM                       /es/INDUBHAI M PATEL,
 ELECTRONICALLY ENTEREDStart: 01/09/2008               STAFF PHYSICIAN, PRI
 IMP                                                    01/09/2008 09:48
                                                    Req: PATEL,INDUBHAI M
---------------------------------------------------------------------------
 LASKOWSKI, STANLEY P III   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   |
  Loc: ZZZPATEL I PRICARE Date: 06/30/2009|       MEDICAL RECORD
  Room/Bed:                               |  D O C T O R ' S   O R D E R S
  Printed: 06/30/2009 09:50               |  VA FORM 10-1158
---------------------------------------------------------------------------
   MEDICAL RECORD        |        D O C T O R ' S   O R D E R S
---------------------------------------------------------------------------
NOTE: Physician's signature must accompany each entry including standing orders
Date and time for instituting and discontinuing the orders must be recorded
---------------------------------------------------------------------------
  DATE & TIME  |             O R D E R S              |  SIGNATURES
---------------------------------------------------------------------------
01/09/2008 09:47   ORTHOPEDIC-OUTPATIENT Cons
                   Consultant's Choice                  /es/INDUBHAI M PATEL,
```

M158

Report Display                                                    Jun 30, 2009@09:50:43
LASKOWSKI, STANLEY P III ████████████                            ██████████████

ELECTRONICALLY ENTERED Start: 01/10/2008                         ASST CHIEF BEHAVIOR
AB                      Stop: 02/04/08 09:29                      02/04/2008 09:29
                                                                 Req: BHATIA, ARUNA
01/10/2008 16:25   MULTIVITAMINS TAB MULTIVITAMIN
                   TABLETS
                   TAKE 1 TABLET BY MOUTH EVERY DAY
                   Quantity: 100 Refills: 2
                   <Renewed by Pharmacy>
SERVICE CORRECTION   Start: 01/10/2008
JF                   Stop: 06/05/08
                                                                 Req: LUCAS, EUGENE T JR

-----------------------------------------------------------------------------------------

LASKOWSKI, STANLEY P III   ████████████ 2009              MEDICAL RECORD
   Loc: ZZZPATEL I PRICARE Date: 06/30/2009
   Room/Bed:                                              D O C T O R ' S   O R D E R S

   Printed: 06/30/2009 09:50                              VA FORM 10-1158

-----------------------------------------------------------------------------------------

   MEDICAL RECORD        |        D O C T O R ' S   O R D E R S
-----------------------------------------------------------------------------------------
NOTE: Physician's signature must accompany each entry including standing orders
Date and time for instituting and discontinuing the orders must be recorded
-----------------------------------------------------------------------------------------
DATE & TIME |                  O R D E R S                     |    SIGNATURES
-----------------------------------------------------------------------------------------
01/10/2008 16:25   QUETIAPINE TAB 100MG
                   TAKE ONE-HALF TABLET BY MOUTH AT
                   BEDTIME
                   Quantity: 15 Refills: 2
                   <Requesting Physician Cancelled>
SERVICE CORRECTION   Start: 01/10/2008
JF                   Stop: 02/04/08 09:29
                                                                 Req: LUCAS, EUGENE T JR
01/10/2008 16:25   MIRTAZAPINE TAB 15MG
                   TAKE ONE AND ONE-HALF TABLETS BY
                   MOUTH AT BEDTIME
                   Quantity: 45 Refills: 2
                   <Requesting Physician Cancelled>
SERVICE CORRECTION   Start: 01/10/2008
JF                   Stop: 02/04/08 09:29                        Req: LUCAS, EUGENE T JR
01/10/2008 16:08   MIRTAZAPINE TAB 15MG
                   TAKE ONE AND ONE-HALF TABLETS BY
                   MOUTH AT BEDTIME
                   Quantity: 45 Refills: 2
                   <Requesting Physician Cancelled>                /es/Eugene T. Lucas J
ELECTRONICALLY ENTERED Start: 01/10/2008                          CRNP Psych Mental He
EL                      Stop: 02/04/08 09:29                       01/10/2008 16:08
                                                                 Req: LUCAS, EUGENE T JR
01/10/2008 16:07   Change QUETIAPINE TAB 100MG
                   TAKE ONE-HALF TABLET BY MOUTH AT
                   BEDTIME
                   Quantity: 15 Refills: 2
                   <Requesting Physician Cancelled>                /es/Eugene T. Lucas J
ELECTRONICALLY ENTERED Start: 01/10/2008                          CRNP Psych Mental He
EL                      Stop: 02/04/08 09:29                       01/10/2008 16:08
                                                                 Req: LUCAS, EUGENE T JR
01/10/2008 16:03   MULTIVITAMINS TAB MULTIVITAMIN
                   TABLETS
                   TAKE ONE TABLET BY MOUTH EVERY DAY
                   Quantity: 100 Refills: 2
                   <Renewed by Pharmacy>                           /es/Eugene T. Lucas J
ELECTRONICALLY ENTERED Start: 01/10/2008                          CRNP Psych Mental He
EL                      Stop: 06/05/08                             01/10/2008 16:08
                                                                 Req: LUCAS, EUGENE T JR
-----------------------------------------------------------------------------------------
LASKOWSKI, STANLEY P III   ████████████                   MEDICAL RECORD
   Loc: ZZZPATEL I PRICARE Date: 06/30/2009

                              M159

Report Display
LASKOWSKI, STANLEY P III                                    Jun 30, 2009@09:50:42
                                                                              73
-----------------------------------------------------------------------------
ELECTRONICALLY ENTERED Start: 02/04/2008 09:29              ASST CHIEF BEHAVIOR:
AB                    Stop: 02/09/08                        02/04/2008 09:29
                                                    Req: BHATIA, ARUNA
02/04/2008 09:24   FLUOXETINE CAP,ORAL 20MG
                   TAKE 1 CAPSULE BY MOUTH EVERY MORNING
                   after meal
                   Quantity: 30 Refills: 6
ELECTRONICALLY ENTERED Start: 02/04/2008                   /es/ARUNA BHATIA
AB                    Stop: 02/11/08                        ASST CHIEF BEHAVIORA
                                                            02/04/2008 09:29
02/04/2008 09:21   Discontinue VENLAFAXINE CAP,SA 75MG  Req: BHATIA, ARUNA
                   TAKE ONE CAPSULE BY MOUTH DAILY WITH
                   FOOD
                   Quantity: 30 Refills: 2
                   <Requesting Physician Cancelled>
ELECTRONICALLY ENTERED Start: 12/14/2007                   /es/ARUNA BHATIA
AB                    Stop: 02/04/08 09:29                  ASST CHIEF BEHAVIORA
                                                            02/04/2008 09:29
02/04/2008 09:18   Discontinue TRAZODONE TAB 50MG      Req: BHATIA, ARUNA
                   TAKE ONE TABLET BY MOUTH AT BEDTIME
                   MAY START AT 1/2 TAB may start at 1/2
                   tab
                   Quantity: 30 Refills: 5
                   <Requesting Physician Cancelled>
ELECTRONICALLY ENTERED Start: 04/11/2007                   /es/ARUNA BHATIA
AB                    Stop: 02/04/08 09:29                  ASST CHIEF BEHAVIORA
                                                            02/04/2008 09:29
                                                    Req: BHATIA, ARUNA

-----------------------------------------------------------------------------

LASKOWSKI, STANLEY P III
  Loc: ZZZPATEL I PRICARE Date:          06/30/2009     |    MEDICAL RECORD
  Room/Bed:                                             |
                                                        |  D O C T O R ' S   O R D E R S
  Printed: 06/30/2009 09:50                             |
                                                        |  VA FORM 10-1158

-----------------------------------------------------------------------------
  MEDICAL RECORD          |        D O C T O R ' S   O R D E R S
-----------------------------------------------------------------------------
NOTE: Physician's signature must accompany each entry including standing orders
Date and time for instituting and discontinuing the orders must be recorded
-----------------------------------------------------------------------------
 DATE & TIME |            O R D E R S                    |  SIGNATURES
-----------------------------------------------------------------------------
02/04/2008 09:18   Discontinue PAROXETINE TAB 40MG
                   TAKE ONE-HALF TABLET BY MOUTH EVERY
                   DAY
                   Quantity: 15 Refills: 5
                   <Requesting Physician Cancelled>
ELECTRONICALLY ENTERED Start: 06/17/2007                   /es/ARUNA BHATIA
AB                    Stop: 02/04/08 09:29                  ASST CHIEF BEHAVIORA
                                                            02/04/2008 09:29
02/04/2008 09:18   Discontinue BUSPIRONE TAB 5MG       Req: BHATIA, ARUNA
                   TAKE ONE TABLET BY MOUTH TWICE A DAY
                   WITH MEALS
                   Quantity: 60 Refills: 2
                   <Requesting Physician Cancelled>
ELECTRONICALLY ENTERED Start: 07/03/2007                   /es/ARUNA BHATIA
AB                                                          ASST CHIEF BEHAVIORA
                                                            02/04/2008 09:29
02/04/2008 09:18   Discontinue QUETIAPINE TAB 100MG    Req: BHATIA, ARUNA
                   TAKE ONE-HALF TABLET BY MOUTH AT
                   BEDTIME
                   Quantity: 15 Refills: 2
                   <Requesting Physician Cancelled>
ELECTRONICALLY ENTERED Start: 01/10/2008                   /es/ARUNA BHATIA
AB                    Stop: 02/04/08 09:29                  ASST CHIEF BEHAVIORA
                                                            02/04/2008 09:29
02/04/2008 09:18   Discontinue MIRTAZAPINE TAB 15MG    Req: BHATIA, ARUNA
                   TAKE ONE AND ONE-HALF TABLETS BY
                   MOUTH AT BEDTIME
                   Quantity: 45 Refills: 2
                   <Requesting Physician Cancelled>
                                                            /es/ARUNA BHATIA

M160

Report Display
LASKOWSKI,STANLEY P III                                    Jun 30, 2009@09:50:42
                                                                            ‭3
-----------------------------------------------------------------------------
02/15/2008 10:28   >> Please schedule pt for f/u appt
                      with primary care physician.
ELECTRONICALLY ENTERED Start: 02/15/2008 10:29            /es/PAULA ARIAS
PA                          Stop: 02/15/08 10:44          PA-C
                                                          02/15/2008 10:29
                                                   Req: ARIAS,PAULA
02/15/2008 10:15   METHYLPREDNISOLONE DOSEPAK TAB 4MG
                   TAKE TABLET(S) BY MOUTH AS DIRECTED
                   ON DOSE PACK
                   Quantity: 1 Refills: 0
SERVICE CORRECTION  Start: 02/15/2008
MAS                         Stop: 03/16/08
                                                   Req: PATEL,KAMLESH R
02/15/2008 10:11   KETOROLAC INJ 30MG/ML
                   INJECT 60MG INTRAMUSCULARLY NOW
                   Quantity: 1 Refills: 0
                   <Discontinued by Pharmacy>
SERVICE CORRECTION  Start: 02/15/2008
MAS                         Stop: 03/10/08
                                                   Req: PATEL,KAMLESH R
02/15/2008 10:01   METHYLPREDNISOLONE DOSEPAK TAB 4MG
                   TAKE ONE TABLET BY MOUTH AS DIRECTED
                   ASAP
                   Quantity: 1 Refills: 0
ELECTRONICALLY ENTERED Start: 02/15/2008                  /es/KAMLESH R PATEL
KRP                         Stop: 03/16/08                STAFF PHYSICIAN MEDI
                                                          02/15/2008 10:02
                                                   Req: PATEL,KAMLESH R
02/15/2008 10:00   KETOROLAC INJ
                   INJECT 60MG INTRAMUSCULARLY NOW STAT
                   Quantity: 1 Refills: 0
                   <Discontinued by Pharmacy>
ELECTRONICALLY ENTERED Start: 02/15/2008                  /es/KAMLESH R PATEL
KRP                         Stop: 03/10/08                STAFF PHYSICIAN MEDI
                                                          02/15/2008 10:02
                                                   Req: PATEL,KAMLESH R
02/11/2008 11:12   FLUOXETINE CAP,ORAL 20MG
                   TAKE ONE CAPSULE BY MOUTH TWICE A DAY
                   WITH MEALS
                   Quantity: 60 Refills: 6
                   <Requesting Physician Cancelled>
SERVICE CORRECTION  Start: 02/11/2008
MJH                         Stop: 03/03/08 14:00
                                                   Req: BHATIA,ARUNA
-----------------------------------------------------------------------------
LASKOWSKI, STANLEY P III                               MEDICAL RECORD
  Loc: ZZZPATEL I PRICARE Date: 06/30/2009
  Room/Bed:                                         D O C T O R ' S   O R D E R S
  Printed: 06/30/2009 09:50
                                                    VA FORM 10-1158
-----------------------------------------------------------------------------
  MEDICAL RECORD        |       D O C T O R ' S   O R D E R S
-----------------------------------------------------------------------------
NOTE: Physician's signature must accompany each entry including standing orders
Date and time for instituting and discontinuing the orders must be recorded
-----------------------------------------------------------------------------
DATE & TIME |              O R D E R S              | SIGNATURES
-----------------------------------------------------------------------------
02/11/2008 10:53   Change FLUOXETINE CAP,ORAL 20MG
                   TAKE 1 CAPSULE BY MOUTH TWICE A DAY
                   WITH MEALS
                   Quantity: 60 Refills: 6
                   <Requesting Physician Cancelled>
ELECTRONICALLY ENTERED Start: 02/11/2008                  /es/ARUNA BHATIA
AB                          Stop: 03/03/08 14:00          ASST CHIEF BEHAVIORA
                                                          02/11/2008 10:58
                                                   Req: BHATIA,ARUNA
02/04/2008 10:03   FLUOXETINE CAP,ORAL 20MG
                   TAKE ONE CAPSULE BY MOUTH EVERY
                   MORNING AFTER MEAL
                   Quantity: 30 Refills: 6
SERVICE CORRECTION  Start: 02/04/2008
MB                          Stop: 02/11/08
                                                   Req: BHATIA,ARUNA
02/04/2008 09:25   >> SCHEDULE RETURN TO CLINIC 6 wks     /es/ARUNA BHATIA

M161

Report Display                                                    Jun 30, 2009@09:50:42
LASKOWSKI,STANLEY P III              ███████████              ████████(31

NOTE: Physician's signature must accompany each entry including standing orders
Date and time for instituting and discontinuing the orders must be recorded

| DATE & TIME | O R D E R S | SIGNATURES |
|---|---|---|
| 02/15/2008 14:15 | ANTI-NUCLEAR ANTIBODY SCREEN BLOOD SERUM SP LB #32467 | /es/INDUBHAI M PATEL, |
| ELECTRONICALLY ENTEREDStart: 02/15/2008 14:49 | STAFF PHYSICIAN, PRI |
| IMP | Stop: 02/26/08 08:09 | 02/15/2008 14:17 |
| | | Req: PATEL,INDUBHAI M |
| 02/15/2008 14:15 | LYME DISEASE BLOOD SERUM SP LB #32467 | /es/INDUBHAI M PATEL, |
| ELECTRONICALLY ENTEREDStart: 02/15/2008 14:49 | STAFF PHYSICIAN, PRI |
| IMP | Stop: 02/29/08 13:20 | 02/15/2008 14:17 |
| | | Req: PATEL,INDUBHAI M |
| 02/15/2008 14:02 | ACETAMINOPHEN /CODEINE TAB ACETAMINOPHEN 300MG WITH CODEINE 30MG TAKE 2 TABLETS BY MOUTH EVERY 6 HOURS AS NEEDED FOR PAIN Quantity: 120 Refills: 1 <Requesting Physician Cancelled> | |
| SERVICE CORRECTION | Start: 02/15/2008 | |
| MAS | Stop: 02/25/08 15:42 | |
| | | Req: PATEL,INDUBHAI M |
| 02/15/2008 14:02 | CAPSAICIN 0.075% CREAM,TOP 0.075% APPLY SMALL AMOUNT TOPICALLY TWICE A DAY AS NEEDED TO AFFECTED AREA Quantity: 120 Refills: 3 <Renewed by Pharmacy> | |
| SERVICE CORRECTION | Start: 02/15/2008 | |
| MAS | Stop: 06/05/08 | |
| | | Req: PATEL,INDUBHAI M |
| 02/15/2008 13:47 | CAPSAICIN 0.075% CREAM,TOP 0.075% APPLY SMALL AMOUNT TOPICALLY TWICE A DAY AS NEEDED TO AFFECTED AREA TWICE DAILY Quantity: 2 Refills: 3 <Renewed by Pharmacy> | /es/INDUBHAI M PATEL, STAFF PHYSICIAN, PRI |
| ELECTRONICALLY ENTEREDStart: 02/15/2008 | |
| IMP | Stop: 06/05/08 | 02/15/2008 13:47 |
| | | Req: PATEL,INDUBHAI M |
| 02/15/2008 13:46 | ACETAMINOPHEN /CODEINE TAB ACETAMINOPHEN 300MG WITH CODEINE 30MG TAKE TWO TABLETS BY MOUTH EVERY 6 HOURS AS NEEDED TAKE ONE TO TWO TABS Q 6HR AS NEEDED FOR PAIN Quantity: 120 Refills: 1 <Requesting Physician Cancelled> | /es/INDUBHAI M PATEL, STAFF PHYSICIAN, PRI |
| ELECTRONICALLY ENTEREDStart: 02/15/2008 | |
| IMP | Stop: 02/25/08 15:42 | 02/15/2008 13:47 |
| | | Req: PATEL,INDUBHAI M |

---

| LASKOWSKI, STANLEY P III  ██████████ | MEDICAL RECORD |
| Loc: ZZZPATEL I PRICARE Date: 06/30/2009 | D O C T O R ' S   O R D E R S |
| Room/Bed: | |
| Printed: 06/30/2009 09:50 | VA FORM 10-1158 |

---

| MEDICAL RECORD | D O C T O R ' S   O R D E R S |

NOTE: Physician's signature must accompany each entry including standing orders
Date and time for instituting and discontinuing the orders must be recorded

| DATE & TIME | O R D E R S | SIGNATURES |
|---|---|---|
| 02/15/2008 10:44 | >> Change Please schedule pt for f/u appt with primary care physician today. | /es/PAULA ARIAS PA-C |
| ELECTRONICALLY ENTEREDStart: 02/15/2008 10:44 | |
| PA | Stop: 03/16/08 | 02/15/2008 10:44 |
| | | Req: ARIAS,PAULA |

M162

Report Display                                                Jun 30, 2009@09:50:42
LASKOWSKI,STANLEY P III            ████████                          ██████(31)
-------------------------------------------------------------------------------
                                                       Req: RICE,WILLIAM R
-------------------------------------------------------------------------------

LASKOWSKI, STANLEY P III   ████████                 MEDICAL RECORD
   Loc: ZZZPATEL I PRICARE Date: 06/30/2009
   Room/Bed:                                      D O C T O R ' S   O R D E R S

   Printed: 06/30/2009 09:50                      VA FORM 10-1158
-------------------------------------------------------------------------------
  MEDICAL RECORD        |         D O C T O R ' S   O R D E R S
-------------------------------------------------------------------------------
NOTE: Physician's signature must accompany each entry including standing orders
Date and time for instituting and discontinuing the orders must be recorded
-------------------------------------------------------------------------------
 DATE & TIME |              O R D E R S              |      SIGNATURES
-------------------------------------------------------------------------------
02/25/2008 19:35    TRAMADOL TAB 50MG
                    TAKE TWO TABLETS BY MOUTH THREE TIMES
                    A DAY AS NEEDED AS NEEDED FOR PAIN
                    Quantity: 180 Refills: 7
                    <Requesting Physician Cancelled>
SERVICE CORRECTION  Start: 02/25/2008
EAL                    Stop: 03/03/08 14:00
                                                   Req: PATEL,INDUBHAI M
02/25/2008 15:41    Discontinue ACETAMINOPHEN /CODEINE
                    TAB ACETAMINOPHEN 300MG WITH CODEINE
                    30MG
                    TAKE 2 TABLETS BY MOUTH EVERY 6 HOURS
                    AS NEEDED FOR PAIN
                    Quantity: 120 Refills: 1
                    <Requesting Physician Cancelled>        /es/INDUBHAI M PATEL,
ELECTRONICALLY ENTEREDStart: 02/15/2008                     STAFF PHYSICIAN, PRI
IMP                    Stop: 02/25/08 15:42                  02/25/2008 15:42
                                                   Req: PATEL,INDUBHAI M
02/25/2008 15:41    TRAMADOL TAB 50MG
                    TAKE TWO TABLETS BY MOUTH THREE TIMES
                    A DAY AS NEEDED AS NEEDED FOR PAIN AS
                    NEEDED FOR PAIN
                    Quantity: 180 Refills: 7
                    <Requesting Physician Cancelled>        /es/INDUBHAI M PATEL,
ELECTRONICALLY ENTEREDStart: 02/25/2008                     STAFF PHYSICIAN, PRI
IMP                    Stop: 03/03/08 14:00                  02/25/2008 15:42
                                                   Req: PATEL,INDUBHAI M
02/15/2008 15:31    Discontinue TRAMADOL TAB 50MG
                    TAKE TWO TABLETS BY MOUTH THREE TIMES
                    A DAY AS NEEDED AS NEEDED FOR PAIN
                    Quantity: 180 Refills: 7
                    <Requesting Physician Cancelled>        /es/INDUBHAI M PATEL,
ELECTRONICALLY ENTEREDStart: 01/28/2008                     STAFF PHYSICIAN, PRI
IMP                    Stop: 02/15/08 15:31                  02/15/2008 15:31
                                                   Req: PATEL,INDUBHAI M
02/15/2008 14:20    PHYSICAL THERAPY-OUTPATIENT Cons
                    Consultant's Choice                      /es/INDUBHAI M PATEL,
ELECTRONICALLY ENTEREDStart: 02/15/2008 14:20               STAFF PHYSICIAN, PRI
IMP                    Stop: 03/07/08 16:24                  02/15/2008 14:20
                                                   Req: PATEL,INDUBHAI M
02/15/2008 14:16    SED RATE BLOOD SP LB #32467             /es/INDUBHAI M PATEL,
ELECTRONICALLY ENTEREDStart: 02/15/2008 14:49               STAFF PHYSICIAN, PRI
IMP                    Stop: 02/15/08 17:04                  02/15/2008 14:17
                                                   Req: PATEL,INDUBHAI M
-------------------------------------------------------------------------------

LASKOWSKI, STANLEY P III   ████████                 MEDICAL RECORD
   Loc: ZZZPATEL I PRICARE Date: 06/30/2009
   Room/Bed:                                      D O C T O R ' S   O R D E R S

   Printed: 06/30/2009 09:50                      VA FORM 10-1158
-------------------------------------------------------------------------------
  MEDICAL RECORD        |         D O C T O R ' S   O R D E R S
-------------------------------------------------------------------------------

M163

```
Report Display                                    Jun 30, 2009@09:50:42
LASKOWSKI,STANLEY P III                        ████████                    (31
--------------------------------------------------------------------------
ELECTRONICALLY ENTERED                              STAFF PHYSICIAN, PRI
IMP                  Stop: 03/03/08 14:03            03/03/2008 14:03
                                                  Req: PATEL,INDUBHAI M
03/03/2008 14:02  Discontinue CYCLOBENZAPRINE TAB 10MG
                  TAKE ONE TABLET BY MOUTH EVERY 8
                  HOURS AS NEEDED
                  Quantity: 12 Refills: 0
                  <Requesting Physician Cancelled>   /es/INDUBHAI M PATEL
ELECTRONICALLY ENTERED                              STAFF PHYSICIAN, PRI
IMP                  Stop: 03/03/08 14:03            03/03/2008 14:03
                                                  Req: PATEL,INDUBHAI M
--------------------------------------------------------------------------
```

| LASKOWSKI, STANLEY P III | MEDICAL RECORD |
|---|---|
| Loc: ZZZPATEL I PRICARE Date: 06/30/2009 | D O C T O R ' S   O R D E R S |
| Room/Bed: | |
| Printed: 06/30/2009 09:50 | VA FORM 10-1158 |

```
--------------------------------------------------------------------------
  MEDICAL RECORD       |        D O C T O R ' S   O R D E R S
--------------------------------------------------------------------------
NOTE: Physician's signature must accompany each entry including standing orders
Date and time for instituting and discontinuing the orders must be recorded
--------------------------------------------------------------------------
  DATE & TIME |         O R D E R S                    | SIGNATURES
--------------------------------------------------------------------------
03/03/2008 14:02  ACETAMINOPHEN /CODEINE TAB
                  ACETAMINOPHEN 300MG WITH CODEINE 30MG
                  TAKE TWO TABLETS BY MOUTH EVERY 8
                  HOURS AS NEEDED
                  Quantity: 180 Refills: 1
                  <Renewed by Pharmacy>              /es/INDUBHAI M PATEL,
ELECTRONICALLY ENTEREDStart: 03/03/2008             STAFF PHYSICIAN, PRI
IMP                  Stop: 06/05/08                  03/03/2008 14:02
                                                  Req: PATEL,INDUBHAI M
03/03/2008 13:58  Discontinue FLUOXETINE CAP,ORAL 20MG
                  TAKE ONE CAPSULE BY MOUTH TWICE A DAY
                  WITH MEALS
                  Quantity: 60 Refills: 6
                  <Requesting Physician Cancelled>   /es/INDUBHAI M PATEL,
ELECTRONICALLY ENTEREDStart: 02/11/2008             STAFF PHYSICIAN, PRI
IMP                  Stop: 03/03/08 14:00            03/03/2008 14:00
                                                  Req: PATEL,INDUBHAI M
03/03/2008 13:58  Discontinue TRAMADOL TAB 50MG
                  TAKE TWO TABLETS BY MOUTH THREE TIMES
                  A DAY AS NEEDED AS NEEDED FOR PAIN
                  Quantity: 180 Refills: 7
                  <Requesting Physician Cancelled>   /es/INDUBHAI M PATEL,
ELECTRONICALLY ENTEREDStart: 02/25/2008             STAFF PHYSICIAN, PRI
IMP                  Stop: 03/03/08 14:00            03/03/2008 14:00
                                                  Req: PATEL,INDUBHAI M
03/02/2008 12:16  >> Sofe Cervical Collar           /es/WILLIAM R. RICE,
ELECTRONICALLY ENTEREDStart: 03/02/2008 12:27       Physician Assistant
wrr                  Stop: 04/01/08                  03/02/2008 12:27
                                                  Req: RICE,WILLIAM R
03/02/2008 12:15  CYCLOBENZAPRINE TAB 10MG
                  TAKE ONE TABLET BY MOUTH EVERY 8
                  HOURS AS NEEDED
                  Quantity: 12 Refills: 0
                  <Requesting Physician Cancelled>   /es/WILLIAM R. RICE,
ELECTRONICALLY ENTERED                              Physician Assistant
wrr                  Stop: 03/03/08 14:03            03/02/2008 12:27
                                                  Req: RICE,WILLIAM R
03/02/2008 12:14  ACETAMINOPHEN 325MG/PROPOXYPHENE 50MG
                  TAB PROPOXYPHENE N 50MG &
                  ACETAMINOPHEN TAB
                  TAKE ONE TABLET BY MOUTH EVERY 6
                  HOURS AS NEEDED
                  Quantity: 8 Refills: 0
                  <Requesting Physician Cancelled>   /es/WILLIAM R. RICE,
ELECTRONICALLY ENTERED                              Physician Assistant
wrr                  Stop: 03/03/08 14:03            03/02/2008 12:27
```

M164

Report Display                                            Jun 30, 2009@09:50:42
LASKOWSKI,STANLEY P III        ▇▇▇▇▇▇▇                                    (31)
-------------------------------------------------------------------------------
03/09/2008 08:10   PHOSPHOROUS (CX) BLOOD SERUM STAT I
                   LB #47913                              /es/SANJAYKUMAR J DOS
ELECTRONICALLY ENTEREDStart: 03/09/2008 08:45            STAFF PHYSICIAN(CARD
SD                   Stop: 03/09/08 09:14                 03/09/2008 08:10
                                                  Req: DOSHI,SANJAYKUMAR J

03/09/2008 06:44   >> PLACE SVE ONE TO ONE WATCH         /es/SANJAYKUMAR J DOS
ELECTRONICALLY ENTEREDStart: 03/09/2008 06:45           STAFF PHYSICIAN(CARD
SD                   Stop: 04/08/08                       03/09/2008 06:45
                                                  Req: DOSHI,SANJAYKUMAR J

03/09/2008 06:37   KETOROLAC INJ
                   INJECT 60 MG INTRAMUSCULARLY NOW
                   Quantity: 1 Refills: 0                /es/SANJAYKUMAR J DOS
                                                        STAFF PHYSICIAN(CARD
ELECTRONICALLY ENTEREDStart: 03/10/2008                  03/09/2008 06:37
SD                   Stop: 04/08/08                Req: DOSHI,SANJAYKUMAR J

03/09/2008 06:26   TBI (TRAUMATIC BRAIN INJURY) Cons
                   Consultant's Choice                   /es/SANJAYKUMAR J DOS
                                                        STAFF PHYSICIAN(CARD
ELECTRONICALLY ENTEREDStart: 03/09/2008 06:26            03/09/2008 06:26
SD                   Stop: 03/24/08 11:37          Req: DOSHI,SANJAYKUMAR J

-------------------------------------------------------------------------------

LASKOWSKI, STANLEY P III  ▇▇▇▇▇▇▇ 06/30/2009  │    MEDICAL RECORD
    Loc: ZZZPATEL I PRICARE Date: 06/30/2009   │
    Room/Bed:                                  │  D O C T O R ' S   O R D E R S
    Printed: 06/30/2009 09:50                  │  VA FORM 10-1158

-------------------------------------------------------------------------------
    MEDICAL RECORD          │       D O C T O R ' S   O R D E R S
-------------------------------------------------------------------------------
NOTE: Physician's signature must accompany each entry including standing orders
Date and time for instituting and discontinuing the orders must be recorded
-------------------------------------------------------------------------------
 DATE & TIME │              O R D E R S               │    SIGNATURES
-------------------------------------------------------------------------------
03/04/2008 15:58   CITALOPRAM TAB 20MG
                   TAKE ONE-HALF TABLET BY MOUTH EVERY
                   MORNING FOR 10 DAYS, THEN TAKE ONE
                   TABLET EVERY MORNING AFTER MEAL
                   Quantity: 30 Refills: 6
                   <Requesting Physician Cancelled>
SERVICE CORRECTION  Start: 03/04/2008
DMK                 Stop: 03/10/08 14:24              Req: BHATIA,ARUNA

03/04/2008 15:54   CITALOPRAM TAB 20MG
                   TAKE ONE-HALF TABLET BY MOUTH EVERY
                   MORNING FOR 10 DAYS THEN TAKE ONE
                   TABLET BY MOUTH EVERY MORNING after
                   meal
                   Quantity: 25 Refills: 6
                   <Requesting Physician Cancelled>    /es/ARUNA BHATIA
ELECTRONICALLY ENTEREDStart: 03/04/2008               ASST CHIEF BEHAVIORA
AB                   Stop: 03/10/08 14:24               03/04/2008 15:55
                                                  Req: BHATIA,ARUNA

03/03/2008 14:52   ACETAMINOPHEN /CODEINE TAB
                   ACETAMINOPHEN 300MG WITH CODEINE 30MG
                   TAKE 2 TABLETS BY MOUTH EVERY 8 HOURS
                   AS NEEDED
                   Quantity: 180 Refills: 1
                   <Renewed by Pharmacy>
SERVICE CORRECTION  Start: 03/03/2008
MJH                 Stop: 06/05/08                 Req: PATEL,INDUBHAI M

03/03/2008 14:02   Discontinue ACETAMINOPHEN
                   325MG/PROPOXYPHENE 50MG TAB
                   PROPOXYPHENE N 50MG & ACETAMINOPHEN
                   TAB
                   TAKE ONE TABLET BY MOUTH EVERY 6
                   HOURS AS NEEDED
                   Quantity: 8 Refills: 0
                   <Requesting Physician Cancelled>    /es/INDUBHAI M PATEL,

M165

Report Display                                          Jun 30, 2009@09:50:42
LASKOWSKI,STANLEY P III                                                  (31)
------------------------------------------------------------------------------
    DMK         Stop: 03/10/08 14:24         Req: NASSAR,FAWAZ

03/09/2008 10:57    TRAMADOL TAB 50MG
                    TAKE ONE TABLET BY MOUTH EVERY 8
                    HOURS AS NEEDED STAT
                    Quantity: 12 Refills: 0
                    <Requesting Physician Cancelled>
                                                        /es/FAWAZ NASSAR MD
    ELECTRONICALLY ENTEREDStart: 03/10/2008             STAFF PHYSICIAN MEDI
    FN          Stop: 03/10/08 14:24                     03/09/2008 10:57
                                                    Req: NASSAR,FAWAZ
03/09/2008 10:56   >> SCHEDULE PCP in AM                /es/FAWAZ NASSAR MD
    ELECTRONICALLY ENTEREDStart: 03/09/2008 10:57      STAFF PHYSICIAN MEDI
    FN          Stop: 03/16/08                          03/09/2008 10:57
                                                    Req: NASSAR,FAWAZ
03/09/2008 10:56   >> SCHEDULE MHC IN AM                /es/FAWAZ NASSAR MD
    ELECTRONICALLY ENTEREDStart: 03/09/2008 10:57      STAFF PHYSICIAN MEDI
    FN          Stop: 03/16/08                          03/09/2008 10:57
                                                    Req: NASSAR,FAWAZ
03/09/2008 10:03   REGULAR Meal for NOON meal time every
                   X
    ELECTRONICALLY ENTEREDStart: 03/09/2008
    MMK         Stop: 03/09/08 11:00             Req: KHALIFE,MELANA M

03/09/2008 08:18   DRUG SCREEN (SERUM) BLOOD SERUM I LB   /es/SANJAYKUMAR J DOS
                   #47913                                STAFF PHYSICIAN(CARD
    ELECTRONICALLY ENTEREDStart: 03/09/2008 08:45         03/09/2008 08:19
    SD          Stop: 03/11/08 11:28               Req: DOSHI,SANJAYKUMAR J
03/09/2008 08:13   ETHANOL BLOOD SERUM STAT I LB #47913   /es/SANJAYKUMAR J DOS
    ELECTRONICALLY ENTEREDStart: 03/09/2008 08:45        STAFF PHYSICIAN(CARD
    SD          Stop: 03/09/08 09:21                      03/09/2008 08:13
                                                    Req: DOSHI,SANJAYKUMAR J

-------------------------------------------------------------------------------
                                                   |        MEDICAL RECORD
    LASKOWSKI, STANLEY P III    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         |
    Loc: ZZZPATEL I PRICARE Date: 06/30/2009        |   D O C T O R ' S   O R D E R S
    Room/Bed:                                        |
                                                    |
    Printed: 06/30/2009 09:50                        |   VA FORM 10-1158

-------------------------------------------------------------------------------
    MEDICAL RECORD      |      D O C T O R ' S   O R D E R S
-------------------------------------------------------------------------------
NOTE: Physician's signature must accompany each entry including standing orders
Date and time for instituting and discontinuing the orders must be recorded
-------------------------------------------------------------------------------
    DATE & TIME |              O R D E R S                 |      SIGNATURES
-------------------------------------------------------------------------------
03/09/2008 08:10   AMYLASE (CX) BLOOD SERUM STAT I LB     /es/SANJAYKUMAR J DOS
                   #47913                                STAFF PHYSICIAN(CARD
    ELECTRONICALLY ENTEREDStart: 03/09/2008 08:45         03/09/2008 08:10
    SD          Stop: 03/09/08 09:14                Req: DOSHI,SANJAYKUMAR J
03/09/2008 08:10   CBC (WITH DIFF) BLOOD STAT I LB       /es/SANJAYKUMAR J DOS
                   #47913                                STAFF PHYSICIAN(CARD
    ELECTRONICALLY ENTEREDStart: 03/09/2008 08:45         03/09/2008 08:10
    SD          Stop: 03/09/08 08:53                Req: DOSHI,SANJAYKUMAR J
03/09/2008 08:10   LIPASE (CX) BLOOD SERUM I LB #47913   /es/SANJAYKUMAR J DOS
    ELECTRONICALLY ENTEREDStart: 03/09/2008 08:45        STAFF PHYSICIAN(CARD
    SD          Stop: 03/09/08 09:18                      03/09/2008 08:10
                                                    Req: DOSHI,SANJAYKUMAR J
03/09/2008 08:10   COMPREHENSIVE METABOLIC PANEL BLOOD   /es/SANJAYKUMAR J DOS
                   SERUM STAT I LB #47913                STAFF PHYSICIAN(CARD
    ELECTRONICALLY ENTEREDStart: 03/09/2008 08:45         03/09/2008 08:10
    SD          Stop: 03/09/08 09:14                Req: DOSHI,SANJAYKUMAR J
03/09/2008 08:10   MAGNESIUM (CX) BLOOD SERUM STAT I LB  /es/SANJAYKUMAR J DOS
                   #47913                                STAFF PHYSICIAN(CARD
    ELECTRONICALLY ENTEREDStart: 03/09/2008 08:45         03/09/2008 08:10
    SD          Stop: 03/09/08 09:14                Req: DOSHI,SANJAYKUMAR J

M166

```
Report Display                                         Jun 30, 2009@09:50:42
LASKOWSKI,STANLEY P III          ▬▬▬▬▬▬              ▬▬▬▬▬ (31
--------------------------------------------------------------------------
03/10/2008 15:20   DULOXETINE CAP,ORAL 20MG
                   TAKE ONE CAPSULE BY MOUTH EVERY OTHER
                   DAY
                   Quantity: 15 Refills: 6
                   <Requesting Physician Cancelled>
 SERVICE CORRECTION  Start: 03/10/2008
 MJH                     Stop: 03/19/08 17:20
                                                    Req: SANTOS,FRANCISCO F
03/10/2008 15:10   PHARMACY NONFORMULARY REQUEST Cons
                   Consultant's Choice                    /es/FRANCISCO F SANT(
 ELECTRONICALLY ENTEREDStart: 03/10/2008 15:10          STAFF PSYCHIATRIST B
 FFS                     Stop: 03/10/08 16:01           03/10/2008 15:10
                                                    Req: SANTOS,FRANCISCO F
03/10/2008 15:02   DULOXETINE CAP,ORAL 20MG
                   TAKE 1 CAPSULE BY MOUTH EVERY OTHER
                   DAY
                   Quantity: 15 Refills: 6
                   <Requesting Physician Cancelled>        /es/FRANCISCO F SANT(
 ELECTRONICALLY ENTEREDStart: 03/10/2008                STAFF PSYCHIATRIST B
 FFS                     Stop: 03/19/08 17:20           03/10/2008 15:10
                                                    Req: SANTOS,FRANCISCO F
03/10/2008 14:23   Discontinue TRAMADOL TAB 50MG
                   TAKE ONE TABLET BY MOUTH EVERY 8
                   HOURS AS NEEDED
                   Quantity: 12 Refills: 0
                   <Requesting Physician Cancelled>        /es/STEPHEN A SCHARDI
 ELECTRONICALLY ENTEREDStart: 03/10/2008                PHYSICIAN ASSISTANT
 SS                      Stop: 03/10/08 14:24           03/10/2008 14:24
                                                    Req: SCHARDING,STEPHEN A
03/10/2008 14:16   Discontinue CITALOPRAM TAB 20MG
                   TAKE ONE-HALF TABLET BY MOUTH EVERY
                   MORNING FOR 10 DAYS, THEN TAKE ONE
                   TABLET EVERY MORNING AFTER MEAL
                   Quantity: 30 Refills: 6
                   <Requesting Physician Cancelled>        /es/STEPHEN A SCHARDI
 ELECTRONICALLY ENTEREDStart: 03/04/2008                PHYSICIAN ASSISTANT
 SS                      Stop: 03/10/08 14:24           03/10/2008 14:24
                                                    Req: SCHARDING,STEPHEN A
03/10/2008 14:06   EEG-OUTPATIENT Cons Consultant's
                   Choice                                  /es/INDUBHAI M PATEL,
 ELECTRONICALLY ENTEREDStart: 03/10/2008 14:06          STAFF PHYSICIAN, PRI
 IMP                     Stop: 03/10/08 14:13           03/10/2008 14:06
                                                    Req: PATEL,INDUBHAI M
```

--------------------------------------------------------------------------

```
 LASKOWSKI, STANLEY P III   ▬▬▬▬▬            MEDICAL RECORD
   Loc: ZZZPATEL I PRICARE Date: 06/30/2009
   Room/Bed:                                   D O C T O R ' S   O R D E R S

   Printed: 06/30/2009 09:50                   VA FORM 10-1158
```

--------------------------------------------------------------------------

```
    MEDICAL RECORD      |      D O C T O R ' S   O R D E R S
--------------------------------------------------------------------------
NOTE: Physician's signature must accompany each entry including standing orders
Date and time for instituting and discontinuing the orders must be recorded
--------------------------------------------------------------------------
 DATE & TIME |          O R D E R S          | SIGNATURES
--------------------------------------------------------------------------
03/10/2008 13:55   KETOROLAC INJ 30MG/ML
                   INJECT 60 MG INTRAMUSCULARLY NOW
                   Quantity: 1 Refills: 0
 SERVICE CORRECTION  Start: 03/10/2008
 DMK                     Stop: 04/08/08
                                                    Req: DOSHI,SANJAYKUMAR J
03/10/2008 13:55   TRAMADOL TAB 50MG
                   TAKE ONE TABLET BY MOUTH EVERY 8
                   HOURS AS NEEDED
                   Quantity: 12 Refills: 0
                   <Requesting Physician Cancelled>
 SERVICE CORRECTION  Start: 03/10/2008
```

M167

```
Report Display                                          Jun 30, 2009@09:50:42
LASKOWSKI,STANLEY P III          ▮▮▮▮▮▮▮▮▮            ▮▮▮▮▮▮ 31
-------------------------------------------------------------------------------
  Printed: 06/30/2009 09:50                   VA FORM 10-1158
-------------------------------------------------------------------------------
  MEDICAL RECORD        |        D O C T O R ' S   O R D E R S
-------------------------------------------------------------------------------
NOTE: Physician's signature must accompany each entry including standing orders
Date and time for instituting and discontinuing the orders must be recorded
-------------------------------------------------------------------------------
 DATE & TIME |                 O R D E R S              |  SIGNATURES
-------------------------------------------------------------------------------
03/19/2008 17:19  Discontinue DIVALPROEX TAB,SA,24HR
                  (EXTENDED RELEASE) 500MG
                  TAKE ONE TABLET BY MOUTH AT BEDTIME
                  FOR 3 DAYS, THEN TAKE TWO TABLET AT
                  BEDTIME
                  Quantity: 60 Refills: 3
                  <Requesting Physician Cancelled>        /es/ROBERT B WEBSTER
ELECTRONICALLY ENTEREDStart: 03/17/2008                   PSYCHIATRIST
rbw               Stop: 03/19/08 17:20                     03/19/2008 17:20
                                                    Req: WEBSTER,ROBERT B
03/17/2008 13:52  DIVALPROEX TAB,SA,24HR (EXTENDED
                  RELEASE) 500MG
                  TAKE ONE TABLET BY MOUTH AT BEDTIME
                  FOR 3 DAYS, THEN TAKE TWO TABLET AT
                  BEDTIME
                  Quantity: 60 Refills: 3
                  <Requesting Physician Cancelled>
SERVICE CORRECTION  Start: 03/17/2008
JF                  Stop: 03/19/08 17:20
                                                    Req: WEBSTER,ROBERT B
03/17/2008 13:45  VALPROIC ACID BLOOD SERUM SP LB
                  #53995                                  /es/ROBERT B WEBSTER
ELECTRONICALLY ENTEREDStart: 03/24/2008 10:19            PSYCHIATRIST
rbw               Stop: 03/24/08 11:53                    03/17/2008 13:45
                                                    Req: WEBSTER,ROBERT B
03/17/2008 13:45  HEPATIC FUNCTION PANEL BLOOD SERUM SP
                  LB #53995                              /es/ROBERT B WEBSTER
ELECTRONICALLY ENTEREDStart: 03/24/2008 10:19            PSYCHIATRIST
rbw               Stop: 03/24/08 11:18                    03/17/2008 13:45
                                                    Req: WEBSTER,ROBERT B
03/17/2008 13:43  >> SCHEDULE RETURN TO CLINIC on 3/31
                  at 1030am                              /es/ROBERT B WEBSTER
ELECTRONICALLY ENTEREDStart: 03/17/2008 13:43            PSYCHIATRIST
rbw               Stop: 03/22/08                         03/17/2008 13:43
                                                    Req: WEBSTER,ROBERT B
03/17/2008 13:40  DIVALPROEX TAB,SA,24HR (EXTENDED
                  RELEASE) 500MG
                  TAKE ONE TABLET BY MOUTH AT BEDTIME
                  FOR 3 DAYS THEN TAKE TWO TABLET BY
                  MOUTH AT BEDTIME for mood
                  stabilization
                  Quantity: 57 Refills: 3
                  <Requesting Physician Cancelled>        /es/ROBERT B WEBSTER
ELECTRONICALLY ENTEREDStart: 03/17/2008                   PSYCHIATRIST
rbw               Stop: 03/19/08 17:20                     03/17/2008 13:43
                                                    Req: WEBSTER,ROBERT B
-------------------------------------------------------------------------------
LASKOWSKI, STANLEY P III    ▮▮▮▮▮▮▮▮           MEDICAL RECORD
  Loc: ZZZPATEL I PRICARE Date: 06/30/2009
  Room/Bed:                                     D O C T O R ' S   O R D E R S
  Printed: 06/30/2009 09:50                     VA FORM 10-1158
-------------------------------------------------------------------------------
  MEDICAL RECORD        |        D O C T O R ' S   O R D E R S
-------------------------------------------------------------------------------
NOTE: Physician's signature must accompany each entry including standing orders
Date and time for instituting and discontinuing the orders must be recorded
-------------------------------------------------------------------------------
 DATE & TIME |                 O R D E R S              |  SIGNATURES
```

M168

Report Display
LASKOWSKI,STANLEY P III                                        Jun 30, 2009@09:50:42
------------------------------------------------------------------------------                    /3
    JEH                    Stop: 03/24/08 10:17                    03/24/2008 10:04
                                                              Req: HOGG,JUDITH E
03/24/2008 09:58  MAGNETIC IMAGE,BRAIN                             /es/JUDITH E HOGG,
ELECTRONICALLY ENTEREDStart: 04/01/2008 14:30                     STAFF NEUROLOGIST
    JEH                    Stop: 04/29/08 20:29                    03/24/2008 10:04

03/21/2008 13:28  CBC (WITH DIFF) BLOOD SP LB #57306          Req: HOGG,JUDITH E
WRITTEN                    Start: 04/01/2008
    JS
                                                                  03/21/2008 13:28
                                                              Req: BUZANOWICZ,MARCELLA

------------------------------------------------------------------------------

  LASKOWSKI, STANLEY P III  _____                   MEDICAL RECORD
    Loc: ZZZPATEL I PRICARE Date: 06/30/2009
    Room/Bed:                                          D O C T O R ' S   O R D E R S

    Printed: 06/30/2009 09:50                          VA FORM 10-1158

------------------------------------------------------------------------------
  MEDICAL RECORD          |          D O C T O R ' S   O R D E R S
------------------------------------------------------------------------------
NOTE: Physician's signature must accompany each entry including standing orders
Date and time for instituting and discontinuing the orders must be recorded
------------------------------------------------------------------------------
  DATE & TIME |                   O R D E R S                   | SIGNATURES
------------------------------------------------------------------------------
03/20/2008 14:59  RISPERIDONE TAB 1MG
                  TAKE ONE-HALF TABLET BY MOUTH EVERY
                  MORNING FOR MOOD STABILIZATION
                  Quantity: 15 Refills: 0
SERVICE CORRECTION Start: 03/20/2008
MJH                Stop: 04/19/08
                                                              Req: WEBSTER,ROBERT B
03/20/2008 14:45  HYDROXYZINE PAMOATE CAP,ORAL 25MG
                  TAKE ONE CAPSULE BY MOUTH TWICE A DAY
                  AS NEEDED FOR ANXIETY, MAY TAKE 1 OR
                  2 TABS
                  Quantity: 60 Refills: 3
                  <Requesting Physician Cancelled>
SERVICE CORRECTION Start: 03/20/2008
MJH                Stop: 03/24/08 15:38
                                                              Req: WEBSTER,ROBERT B
03/20/2008 14:07  HYDROXYZINE PAMOATE CAP,ORAL 25MG
                  TAKE 1 CAPSULE BY MOUTH TWICE A DAY
                  AS NEEDED for anxiety, may take 1 or
                  2 tabs
                  Quantity: 60 Refills: 3
                  <Requesting Physician Cancelled>
ELECTRONICALLY ENTEREDStart: 03/20/2008                      /es/ROBERT B WEBSTER
rbw                Stop: 03/24/08 15:38                           PSYCHIATRIST
                                                                  03/20/2008 14:08
03/20/2008 14:06  RISPERIDONE TAB 1MG                         Req: WEBSTER,ROBERT B
                  TAKE ONE-HALF TABLET BY MOUTH EVERY
                  MORNING for mood stabilization
                  Quantity: 15 Refills: 0
ELECTRONICALLY ENTEREDStart: 03/20/2008                      /es/ROBERT B WEBSTER
rbw                Stop: 04/19/08                                 PSYCHIATRIST
                                                                  03/20/2008 14:08
03/19/2008 17:20  Discontinue DULOXETINE CAP,ORAL 20MG       Req: WEBSTER,ROBERT B
                  TAKE ONE CAPSULE BY MOUTH EVERY OTHER
                  DAY
                  Quantity: 15 Refills: 6
                  <Requesting Physician Cancelled>
ELECTRONICALLY ENTEREDStart: 03/10/2008                      /es/ROBERT B WEBSTER
rbw                Stop: 03/19/08 17:20                           PSYCHIATRIST
                                                                  03/19/2008 17:20
                                                              Req: WEBSTER,ROBERT B
------------------------------------------------------------------------------
  LASKOWSKI, STANLEY P III  _____
    Loc: ZZZPATEL I PRICARE Date: 06/30/2009                    MEDICAL RECORD
    Room/Bed:
                                                       D O C T O R ' S   O R D E R S

M169

Report Display
LASKOWSKI, STANLEY P III                                        Jun 30, 2009@09:50:42
--------------------------------------------------------------------------------
                                                               Req: PATEL, INDUBHAI M
04/24/2008 20:49    RISPERIDONE TAB 2MG
                    TAKE ONE-HALF TABLET BY MOUTH TWICE A
                    DAY FOR MOOD STABILIZATION
                    Quantity: 30 Refills: 2
                    <Requesting Physician Cancelled>
SERVICE CORRECTION  Start: 04/24/2008
EAL                 Stop: 07/11/08 11:00
                                                               Req: WEBSTER, ROBERT B
04/23/2008 16:12    RISPERIDONE TAB 2MG
                    TAKE ONE-HALF TABLET BY MOUTH TWICE A
                    DAY for mood stabilization
                    Quantity: 30 Refills: 2
                    <Requesting Physician Cancelled>          /es/ROBERT B WEBSTER
ELECTRONICALLY ENTEREDStart: 04/24/2008                       PSYCHIATRIST
rbw                 Stop: 07/11/08 11:00                       04/23/2008 16:30
03/25/2008 21:49    HYDROXYZINE HCl TAB 10MG                   Req: WEBSTER, ROBERT B
                    TAKE ONE TABLET BY MOUTH TWICE A DAY
                    AS NEEDED FOR ANXIETY
                    Quantity: 60 Refills: 3
                    <Requesting Physician Cancelled>
SERVICE CORRECTION  Start: 03/25/2008
RBK                 Stop: 07/11/08 11:00

                                                               Req: WEBSTER, ROBERT B
--------------------------------------------------------------------------------
  LASKOWSKI, STANLEY P III  ██████████
   Loc: ZZZPATEL I PRICARE Date: 06/30/2009           MEDICAL RECORD
   Room/Bed:
                                                   D O C T O R ' S   O R D E R S
   Printed: 06/30/2009 09:50
                                                   VA FORM 10-1158
--------------------------------------------------------------------------------
   MEDICAL RECORD         |          D O C T O R ' S   O R D E R S
--------------------------------------------------------------------------------
NOTE: Physician's signature must accompany each entry including standing orders
Date and time for instituting and discontinuing the orders must be recorded
--------------------------------------------------------------------------------
 DATE & TIME  |              O R D E R S                  | SIGNATURES
--------------------------------------------------------------------------------
03/24/2008 15:38    HYDROXYZINE HCl TAB 10MG
                    TAKE ONE TABLET BY MOUTH TWICE A DAY
                    AS NEEDED for anxiety
                    Quantity: 60 Refills: 3
                    <Requesting Physician Cancelled>          /es/ROBERT B WEBSTER
ELECTRONICALLY ENTEREDStart: 07/11/08 11:00                   PSYCHIATRIST
rbw                 Stop: 07/11/08 11:00                       03/24/2008 15:38
03/24/2008 15:30    Discontinue HYDROXYZINE PAMOATE           Req: WEBSTER, ROBERT B
                    CAP, ORAL 25MG
                    TAKE ONE CAPSULE BY MOUTH TWICE A DAY
                    AS NEEDED FOR ANXIETY, MAY TAKE 1 OR
                    2 TABS
                    Quantity: 60 Refills: 3
                    <Requesting Physician Cancelled>          /es/ROBERT B WEBSTER
ELECTRONICALLY ENTEREDStart: 03/20/2008                       PSYCHIATRIST
rbw                 Stop: 03/24/08 15:38                       03/24/2008 15:38
03/24/2008 10:28    NON VA SERVICES (FEE) TBI Cons            Req: WEBSTER, ROBERT B
                    Consultant's Choice
ELECTRONICALLY ENTEREDStart: 03/24/2008 10:28                 /es/JUDITH E HOGG, MD
JEH                 Stop: 06/20/08 08:51                       STAFF NEUROLOGIST
                                                               03/24/2008 10:28
03/24/2008 10:05  >> SCHEDULE after tests                     Req: HOGG, JUDITH E
ELECTRONICALLY ENTEREDStart: 03/24/2008 10:06                 /es/JUDITH E HOGG, MD
JEH                 Stop: 03/31/08                             STAFF NEUROLOGIST
                                                               03/24/2008 10:06
03/24/2008 10:03    GENERAL PSYCHOLOGY-OUTPATIENT Cons        Req: HOGG, JUDITH E
                    Consultant's Choice
                    <DISCONTINUED BY SERVICE>
ELECTRONICALLY ENTEREDStart: 03/24/2008 10:04                 /es/JUDITH E HOGG, MD
                                                               STAFF NEUROLOGIST

                              M170

Report Display
LASKOWSKI,STANLEY P III                                              Jun 30, 2009@09:50:42
                                                                                    3.
-------------------------------------------------------------------------------------
                    <Requesting Physician Cancelled>                   /es/ROBERT B WEBSTE
ELECTRONICALLY ENTEREDStart: 04/24/2008                               PSYCHIATRIST
rbw                     Stop: 07/11/08 11:00                           07/11/2008 11:00
                                                            Req: WEBSTER,ROBERT B
06/05/2008 14:22   MULTIVITAMINS TAB MULTIVITAMIN
                   TABLETS
                   TAKE 1 TABLET BY MOUTH EVERY DAY
                   Quantity: 100 Refills: 2
  SERVICE CORRECTION  Start: 06/28/2008
MB                     Stop: 06/06/09

06/05/2008 14:22   CAPSAICIN 0.075% CREAM,TOP 0.075%     Req: PATEL,INDUBHAI M
                   APPLY SMALL AMOUNT TOPICALLY TWICE A
                   DAY AS NEEDED TO AFFECTED AREA
                   Quantity: 120 Refills: 3
  SERVICE CORRECTION  Start: 06/05/2008
MB                     Stop: 06/06/09

06/05/2008 14:21   ACETAMINOPHEN /CODEINE TAB           Req: PATEL,INDUBHAI M
                   ACETAMINOPHEN 300MG WITH CODEINE 30MG
                   TAKE 2 TABLETS BY MOUTH EVERY 8 HOURS
                   AS NEEDED
                   Quantity: 180 Refills: 1
                   <Requesting Physician Cancelled>
  SERVICE CORRECTION  Start: 06/05/2008
MB                     Stop: 08/07/08 11:41

06/05/2008 14:02   Renew ACETAMINOPHEN /CODEINE TAB     Req: PATEL,INDUBHAI M
                   ACETAMINOPHEN 300MG WITH CODEINE 30MG
                   TAKE 2 TABLETS BY MOUTH EVERY 8 HOURS
                   AS NEEDED
                   Quantity: 180 Refills: 1
                   <Requesting Physician Cancelled>
ELECTRONICALLY ENTEREDStart: 06/05/2008              /es/INDUBHAI M PATEL,
IMP                     Stop: 08/07/08 11:41          STAFF PHYSICIAN, PRI
                                                      06/05/2008 14:02
06/05/2008 14:02   Renew MULTIVITAMINS TAB MULTIVITAMIN Req: PATEL,INDUBHAI M
                   TABLETS
                   TAKE 1 TABLET BY MOUTH EVERY DAY
                   Quantity: 100 Refills: 2
ELECTRONICALLY ENTEREDStart: 06/28/2008              /es/INDUBHAI M PATEL,
IMP                     Stop: 06/06/09               STAFF PHYSICIAN, PRI
                                                      06/05/2008 14:02
                                                  Req: PATEL,INDUBHAI M
-------------------------------------------------------------------------------------
LASKOWSKI, STANLEY P III                                    MEDICAL RECORD
  Loc: ZZZPATEL I PRICARE  Date: 06/30/2009
  Room/Bed:                                         D O C T O R ' S   O R D E R S

  Printed: 06/30/2009 09:50                         VA FORM 10-1158
-------------------------------------------------------------------------------------
  MEDICAL RECORD          |           D O C T O R ' S   O R D E R S
-------------------------------------------------------------------------------------
NOTE: Physician's signature must accompany each entry including standing orders
Date and time for instituting and discontinuing the orders must be recorded
-------------------------------------------------------------------------------------
DATE & TIME |                ORDERS                     | SIGNATURES
-------------------------------------------------------------------------------------
06/05/2008 14:02   Renew CAPSAICIN 0.075% CREAM,TOP
                   0.075%
                   APPLY SMALL AMOUNT TOPICALLY TWICE A
                   DAY AS NEEDED TO AFFECTED AREA to
                   affected area TO AFFECTED AREA TWICE
                   DAILY
                   Quantity: 120 Refills: 3
ELECTRONICALLY ENTEREDStart: 06/05/2008              /es/INDUBHAI M PATEL,
IMP                     Stop: 06/06/09               STAFF PHYSICIAN, PRI
                                                      06/05/2008 14:02
04/29/2008 13:16   PAIN EVALUATION CLINIC-OUTPATIENT  Req: PATEL,INDUBHAI M
                   Cons Consultant's Choice
ELECTRONICALLY ENTEREDStart: 04/29/2008 13:16        /es/INDUBHAI M PATEL,
IMP                     Stop: 05/01/08 11:14          STAFF PHYSICIAN, PRI
                                                      04/29/2008 13:16

M171

Report Display
LASKOWSKI,STANLEY P III                         ████████            Jun 30, 2009@09.50.42
                                                                    ████████        3:

NOTE: Physician's signature must accompany each entry including standing order:
Date and time for instituting and discontinuing the orders must be recorded
---------------------------------------------------------------------------
| DATE & TIME |          O R D E R S          | SIGNATURES
---------------------------------------------------------------------------
08/04/2008 14:52   ZOLPIDEM TAB 10MG
                   TAKE ONE TABLET BY MOUTH AT BEDTIME
                   AS NEEDED
                   Quantity: 14 Refills: 0
   SERVICE CORRECTION   Start: 08/04/2008
   JF                   Stop: 09/03/08
                                                          Req: BRYSKI,ALAN L
08/04/2008 14:48   ZOLPIDEM TAB 10MG
                   TAKE ONE TABLET BY MOUTH QHS(BEDTIME)
                   AS NEEDED
                   Quantity: 14 Refills: 0              /es/ALAN L BRYSKI, P.
   ELECTRONICALLY ENTEREDStart: 08/04/2008              Physician Assistant
   ALB                  Stop: 09/03/08                  08/04/2008 14:49
                                                          Req: BRYSKI,ALAN L
07/30/2008 22:30   ACETAMINOPHEN /BUTALBITAL/CAFFEINE
                   TAB BUTALBITAL CPD & APAP TAB
                   TAKE 1 TABLET BY MOUTH EVERY 6 HOURS
                   AS NEEDED FOR PAIN AND HEADACHE
                   Quantity: 30 Refills: 0
                   <Discontinued by Pharmacy>
   SERVICE CORRECTION   Start: 07/30/2008
   CEY                  Stop: 08/12/08
                                                          Req: PATEL,INDUBHAI M
07/30/2008 15:14   NEUROLOGY-OUTPATIENT Cons
                   Consultant's Choice WITHIN 1 WEEK     /es/INDUBHAI M PATEL,
   ELECTRONICALLY ENTEREDStart: 07/30/2008 15:15         STAFF PHYSICIAN, PRI
   IMP                  Stop: 08/29/08 11:03             07/30/2008 15:15
                                                          Req: PATEL,INDUBHAI M
07/30/2008 15:03   ACETAMINOPHEN /BUTALBITAL/CAFFEINE
                   TAB BUTALBITAL CPD & APAP TAB
                   TAKE ONE TABLET BY MOUTH Q6HR AS
                   NEEDED AS NEEDED FOR PAIN AND
                   HEADACHE
                   Quantity: 30 Refills: 0
                   <Discontinued by Pharmacy>           /es/INDUBHAI M PATEL,
   ELECTRONICALLY ENTEREDStart: 07/30/2008              STAFF PHYSICIAN, PRI
   IMP                  Stop: 08/12/08                   07/30/2008 15:11
                                                          Req: PATEL,INDUBHAI M
07/11/2008 11:00   Discontinue HYDROXYZINE HCl TAB 10MG
                   TAKE ONE TABLET BY MOUTH TWICE A DAY
                   AS NEEDED FOR ANXIETY
                   Quantity: 60 Refills: 3
                   <Requesting Physician Cancelled>     /es/ROBERT B WEBSTER
   ELECTRONICALLY ENTEREDStart: 03/25/2008              PSYCHIATRIST
   rbw                  Stop: 07/11/08 11:00            07/11/2008 11:00
                                                          Req: WEBSTER,ROBERT B
-----------------------------------------------------------------------------
LASKOWSKI, STANLEY P III    ████████           |      MEDICAL RECORD
  Loc: ZZZPATEL I PRICARE Date: 06/30/2009     |
  Room/Bed:                                    |  D O C T O R ' S   O R D E R S
  Printed: 06/30/2009 09:50                    |  VA FORM 10-1158
-----------------------------------------------------------------------------
   MEDICAL RECORD        |      D O C T O R ' S   O R D E R S
-----------------------------------------------------------------------------
NOTE: Physician's signature must accompany each entry including standing orders
Date and time for instituting and discontinuing the orders must be recorded
-----------------------------------------------------------------------------
DATE & TIME |              O R D E R S              | SIGNATURES
-----------------------------------------------------------------------------
07/11/2008 11:00   Discontinue RISPERIDONE TAB 2MG
                   TAKE ONE-HALF TABLET BY MOUTH TWICE A
                   DAY FOR MOOD STABILIZATION
                   Quantity: 30 Refills: 2

                              M172

```
Report Display                                              Jun 30, 2009@09.50.42
LASKOWSKI,STANLEY P III        ███████████                              (3:
-------------------------------------------------------------------------------
ELECTRONICALLY ENTERED                                      STAFF PHYSICIAN, PR:
IMP                     Stop: 08/07/08 11:02                08/07/2008 11:02
                                                       Req: PATEL,INDUBHAI M
```

-------------------------------------------------------------------------------

| LASKOWSKI, STANLEY P III  ███████████ | MEDICAL RECORD |
| Loc: ZZZPATEL I PRICARE Date: 06/30/2009 | D O C T O R ' S   O R D E R S |
| Room/Bed: | |
| Printed: 06/30/2009 09:50 | VA FORM 10-1158 |

-------------------------------------------------------------------------------

MEDICAL RECORD        |        D O C T O R ' S   O R D E R S
-------------------------------------------------------------------------------
NOTE: Physician's signature must accompany each entry including standing orders
Date and time for instituting and discontinuing the orders must be recorded
-------------------------------------------------------------------------------

| DATE & TIME | ORDERS | SIGNATURES |
| --- | --- | --- |
| 08/07/2008 11:01 | Renew ACETAMINOPHEN /CODEINE TAB ACETAMINOPHEN 300MG WITH CODEINE 30MG TAKE 2 TABLETS BY MOUTH EVERY 8 HOURS AS NEEDED Quantity: 180 Refills: 1 <Requesting Physician Cancelled> | |
| ELECTRONICALLY ENTERED IMP        Stop: 08/07/08 11:02 | | /es/INDUBHAI M PATEL, STAFF PHYSICIAN, PRI 08/07/2008 11:01 Req: PATEL,INDUBHAI M |
| 08/05/2008 15:59  >> SCHEDULE 3-4 weeks ELECTRONICALLY ENTEREDStart: 08/05/2008 15:59 ALB        Stop: 08/12/08 | | /es/ALAN L BRYSKI, PA Physician Assistant 08/05/2008 15:59 Req: BRYSKI,ALAN L |
| 08/05/2008 09:57  PHENYTOIN CAP,SA 100MG TAKE THREE CAPSULES BY MOUTH EVERY DAY Quantity: 270 Refills: 3 | | |
| SERVICE CORRECTION  Start: 08/05/2008 MAS        Stop: 08/06/09 | | Req: KHAN,IQBAL A |
| 08/05/2008 09:53  PHARMACY NONFORMULARY REQUEST Cons Consultant's Choice ELECTRONICALLY ENTEREDStart: 08/05/2008 09:53 IK        Stop: 08/05/08 10:38 | | /es/IQBAL A KHAN STAFF PHYSICIAN (NEUR 08/05/2008 09:53 Req: KHAN,IQBAL A |
| 08/05/2008 09:48  DILANTIN BLOOD SERUM SP LB #162280 ELECTRONICALLY ENTEREDStart: 08/21/2008 IK | | /es/IQBAL A KHAN STAFF PHYSICIAN (NEUR 08/05/2008 09:49 Req: KHAN,IQBAL A |
| 08/05/2008 09:47  >> SCHEDULE 3-4 mths SCHEDULE PATIENT FOR LAB WORK ON SPECIFIC DATE LABWORK FASTING? NO ELECTRONICALLY ENTEREDStart: 08/05/2008 09:49 IK        Stop: 08/12/08 | | /es/IQBAL A KHAN STAFF PHYSICIAN (NEUR 08/05/2008 09:49 Req: KHAN,IQBAL A |
| 08/05/2008 09:46  PHENYTOIN CAP,SA 100MG TAKE 3 CAPSULES BY MOUTH QD ASAP Quantity: 270 Refills: 3 ELECTRONICALLY ENTEREDStart: 08/05/2008 IK        Stop: 08/06/09 | | /es/IQBAL A KHAN STAFF PHYSICIAN (NEUR 08/05/2008 09:46 Req: KHAN,IQBAL A |

-------------------------------------------------------------------------------

| LASKOWSKI, STANLEY P III  ███████████ | MEDICAL RECORD |
| Loc: ZZZPATEL I PRICARE Date: 06/30/2009 | D O C T O R ' S   O R D E R S |
| Room/Bed: | |
| Printed: 06/30/2009 09:50 | VA FORM 10-1158 |

-------------------------------------------------------------------------------
MEDICAL RECORD        |        D O C T O R ' S   O R D E R S

M173

Report Display
LASKOWSKI, STANLEY P III                                    Jun 30, 2009@09:50:42
------------------------------------------------------------------------------
                       <Renewed by Pharmacy>
WRITTEN                 Start: 09/08/2008
MJH                     Stop: 09/29/08
                                                         Req: KHAN, IQBAL A
09/08/2008 14:01  Discontinue
                  ASPIRIN/BUTALBITAL/CAFFEINE/CODEINE
                  CAP,ORAL FIORINAL # 3 (30MG CODEINE)
                  TAKE 1 CAPSULE BY MOUTH FOUR TIMES A
                  DAY AS NEEDED
                  Quantity: 120 Refills: 1
                  <Requesting Physician Cancelled>              /es/IQBAL A KHAN
ELECTRONICALLY ENTEREDStart: 08/08/2008                        STAFF PHYSICIAN(NEUR
IK                  Stop: 09/08/08 14:02                        09/08/2008 14:02
09/08/2008 13:59  >> SCHEDULE 6 mths                   Req: KHAN, IQBAL A
                  SCHEDULE PATIENT FOR NO LAB WORK
                  ORDERED
                  LABWORK FASTING? NO
ELECTRONICALLY ENTEREDStart: 09/08/2008 14:02                  /es/IQBAL A KHAN
IK                  Stop: 09/15/08                             STAFF PHYSICIAN(NEUR
                                                               09/08/2008 14:02
                                                       Req: KHAN, IQBAL A
------------------------------------------------------------------------------

LASKOWSKI, STANLEY P III   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          |      MEDICAL RECORD
  Loc: ZZZPATEL I PRICARE Date: 06/30/2009       |
  Room/Bed:                                      |   D O C T O R ' S   O R D E R S
                                                 |
  Printed: 06/30/2009 09:50                      |   VA FORM 10-1158

------------------------------------------------------------------------------
  MEDICAL RECORD          |          D O C T O R ' S   O R D E R S
------------------------------------------------------------------------------
NOTE: Physician's signature must accompany each entry including standing orders
Date and time for instituting and discontinuing the orders must be recorded
------------------------------------------------------------------------------
  DATE & TIME |            O R D E R S                    |  SIGNATURES
------------------------------------------------------------------------------
08/08/2008 10:06  ASPIRIN/BUTALBITAL/CAFFEINE/CODEINE
                  CAP,ORAL FIORINAL # 3 (30MG CODEINE)
                  TAKE 1 CAPSULE BY MOUTH FOUR TIMES A
                  DAY AS NEEDED
                  Quantity: 120 Refills: 1
                  <Requesting Physician Cancelled>
SERVICE CORRECTION  Start: 08/08/2008
JF                  Stop: 09/08/08 14:02
                                                     Req: KHAN, IQBAL A
08/07/2008 11:41  Discontinue ACETAMINOPHEN /CODEINE
                  TAB ACETAMINOPHEN 300MG WITH CODEINE
                  30MG
                  TAKE 2 TABLETS BY MOUTH EVERY 8 HOURS
                  AS NEEDED
                  Quantity: 180 Refills: 1
                  <Requesting Physician Cancelled>             /es/IQBAL A KHAN
ELECTRONICALLY ENTEREDStart: 06/05/2008                        STAFF PHYSICIAN(NEUR
IK                  Stop: 08/07/08 11:41                        08/07/2008 11:41
08/07/2008 11:40  ASPIRIN/BUTALBITAL/CAFFEINE/CODEINE   Req: KHAN, IQBAL A
                  CAP,ORAL FIORINAL # 3 (30MG CODEINE)
                  TAKE 1 CAPSULE BY MOUTH FOUR TIMES A
                  DAY AS NEEDED
                  Quantity: 120 Refills: 1
                  <Requesting Physician Cancelled>             /es/IQBAL A KHAN
ELECTRONICALLY ENTEREDStart: 08/08/2008                        STAFF PHYSICIAN(NEUR
IK                  Stop: 09/08/08 14:02                        08/07/2008 11:40
08/07/2008 11:02  Discontinue ACETAMINOPHEN /CODEINE    Req: KHAN, IQBAL A
                  TAB ACETAMINOPHEN 300MG WITH CODEINE
                  30MG
                  TAKE 2 TABLETS BY MOUTH EVERY 8 HOURS
                  AS NEEDED
                  Quantity: 180 Refills: 1
                  <Requesting Physician Cancelled>
                                                               /es/INDUBHAI M PATEL,

M174

Report Display                                                          Jun 30, 2009@09:50:42
LASKOWSKI,STANLEY P III                    ██████████                              31
--------------------------------------------------------------------------------
                        as needed for pain
                        Quantity: 180 Refills: 5
                        <Renewed by Pharmacy>                        /es/INDUBHAI M PATEL
ELECTRONICALLY ENTEREDStart: 10/07/2008                             STAFF PHYSICIAN, PRI
IMP                     Stop: 05/03/09                               10/06/2008 15:55
                                                                Req: PATEL,INDUBHAI M
09/29/2008 14:03    Renew ACETAMINOPHEN 300MG WITH
                    CODEINE 30MG
                    TAKE 1 TABLET BY MOUTH EVERY 8 HOURS
                    AS NEEDED HIP AND LOWER BACK PAIN
                    Quantity: 90 Refills: 0                          /es/INDUBHAI M PATEL
ELECTRONICALLY ENTEREDStart: 10/08/2008                             STAFF PHYSICIAN, PRI
IMP                     Stop: 10/06/08                               09/29/2008 14:04
                                                                Req: PATEL,INDUBHAI M
09/11/2008 18:33    DIPHENHYDRAMINE CAP,ORAL 25MG
                    TAKE ONE CAPSULE BY MOUTH AT BEDTIME
                    AS NEEDED FOR SINUS. DO NOT DRIVE
                    WHILE ON MEDICATION.
                    Quantity: 30 Refills: 1
SERVICE CORRECTION      Start: 09/11/2008
CEY                     Stop: 09/12/09
                                                                Req: PATEL,INDUBHAI M
09/11/2008 13:36    CBC (WITH DIFF) BLOOD SP LB #199905             /es/INDUBHAI M PATEL,
ELECTRONICALLY ENTEREDStart: 03/11/2009                             STAFF PHYSICIAN, PRI
IMP                                                                 09/11/2008 13:36
                                                                Req: PATEL,INDUBHAI M
09/11/2008 13:36    COMPREHENSIVE METABOLIC PANEL BLOOD
                    SERUM SP LB #199905                             /es/INDUBHAI M PATEL,
ELECTRONICALLY ENTEREDStart: 03/11/2009                             STAFF PHYSICIAN, PRI
IMP                                                                 09/11/2008 13:36
                                                                Req: PATEL,INDUBHAI M
09/11/2008 13:36    LIPID PROFILE BLOOD SERUM SP LB
                    #199905                                         /es/INDUBHAI M PATEL,
ELECTRONICALLY ENTEREDStart: 03/11/2009                             STAFF PHYSICIAN, PRI
IMP                                                                 09/11/2008 13:36
                                                                Req: PATEL,INDUBHAI M
--------------------------------------------------------------------------------

LASKOWSKI, STANLEY P III                              |        MEDICAL RECORD
    Loc: ZZZPATEL I PRICARE Date: 06/30/2009          |
    Room/Bed:                                         |    D O C T O R ' S   O R D E R S
    Printed: 06/30/2009 09:50                         |    VA FORM 10-1158
--------------------------------------------------------------------------------
   MEDICAL RECORD          |          D O C T O R ' S   O R D E R S
--------------------------------------------------------------------------------
NOTE: Physician's signature must accompany each entry including standing orders
Date and time for instituting and discontinuing the orders must be recorded
--------------------------------------------------------------------------------
  DATE & TIME |            O R D E R S                    |    SIGNATURES
--------------------------------------------------------------------------------
09/11/2008 13:36    >> SCHEDULE oa in 6 months
                    SCHEDULE PATIENT FOR LAB WORK BEFORE
                    NEXT VISIT
                    LABWORK FASTING? YES                         /es/INDUBHAI M PATEL,
ELECTRONICALLY ENTEREDStart: 09/11/2008 13:36                     STAFF PHYSICIAN, PRI
IMP                     Stop: 09/18/08                            09/11/2008 13:36
                                                             Req: PATEL,INDUBHAI M
09/11/2008 13:25    DIPHENHYDRAMINE CAP,ORAL 25MG
                    TAKE 1 CAPSULE BY MOUTH AT BEDTIME AS
                    NEEDED take as needed for sinus do
                    not drive while on meds
                    Quantity: 30 Refills: 1                      /es/INDUBHAI M PATEL,
ELECTRONICALLY ENTEREDStart: 09/11/2008                          STAFF PHYSICIAN, PRI
IMP                     Stop: 09/12/09                            09/11/2008 13:25
                                                             Req: PATEL,INDUBHAI M
09/08/2008 14:45    ACETAMINOPHEN /CODEINE TAB
                    ACETAMINOPHEN 300MG WITH CODEINE 30MG
                    TAKE 1 TABLET BY MOUTH EVERY 8 HOURS
                    AS NEEDED HIP AND LOWER BACK PAIN
                    Quantity: 90 Refills: 0

                            M175

```
Report Display                                              Jun 30, 2009@09.50.42
LASKOWSKI,STANLEY P III          ███████████        ████  ███████████        (3:
Chart Copy Summary
```
----------------------------------------------------------------------------------
```
  MEDICAL RECORD      |      D O C T O R ' S    O R D E R S
```
----------------------------------------------------------------------------------
NOTE: Physician's signature must accompany each entry including standing orders
Date and time for instituting and discontinuing the orders must be recorded
----------------------------------------------------------------------------------
```
 DATE & TIME |              O R D E R S            | SIGNATURES
```
----------------------------------------------------------------------------------
```
05/01/2009 13:32   Renew ACETAMINOPHEN 300MG WITH
                   CODEINE 30MG
                   TAKE 1-2 TABLETS BY MOUTH EVERY 8
                   HOURS AS NEEDED FOR HIP AND LOWER
                   BACK PAIN
                   Quantity: 180 Refills: 5
  ELECTRONICALLY ENTEREDStart: 05/03/2009              /es/INDUBHAI M PATEL
  IMP                       Stop: 11/01/09              STAFF PHYSICIAN, PRI
                                                        05/01/2009 13:33
                                               Req: PATEL,INDUBHAI M

01/08/2009 12:02   >> SCHEDULE 6 mths
                   SCHEDULE PATIENT FOR NO LAB WORK
                   ORDERED
                   LABWORK FASTING? NO
  ELECTRONICALLY ENTEREDStart: 01/08/2009 12:03        /es/IQBAL A KHAN
  IK                       Stop: 01/15/09              STAFF PHYSICIAN(NEUR
                                                       01/08/2009 12:03
                                               Req: KHAN,IQBAL A

10/30/2008 17:53   WB CLERICAL SUPPORT FOLLOWUP FOR
                   ORDERS-ADMIN CONSULT Cons
                   Consultant's Choice
  ELECTRONICALLY ENTEREDStart: 10/30/2008 17:53        /es/MATTHEW DOOLEY
  MD                       Stop: 10/31/08 07:22        STAFF PSYCHOLOGIST B
                                                       10/30/2008 17:53
                                               Req: DOOLEY,MATTHEW

10/30/2008 17:52   >> SCHEDULE in Dooley II in 1 month+,
                   before 4pm
                   in Dooley II in 1 month+, before 4pm
  ELECTRONICALLY ENTEREDStart: 10/30/2008 17:53        /es/MATTHEW DOOLEY
  MD                       Stop: 11/06/08              STAFF PSYCHOLOGIST B
                                                       10/30/2008 17:53
                                               Req: DOOLEY,MATTHEW

10/07/2008 19:41   ACETAMINOPHEN 300MG WITH CODEINE 30MG
                   TAKE 1-2 TABLETS BY MOUTH EVERY 8
                   HOURS AS NEEDED FOR HIP AND LOWER
                   BACK PAIN
                   Quantity: 180 Refills: 5
                   <Renewed by Pharmacy>
  SERVICE CORRECTION  Start: 10/07/2008
  JJV                  Stop: 05/03/09
                                               Req: PATEL,INDUBHAI M
```
----------------------------------------------------------------------------------
```
  LASKOWSKI, STANLEY P III      ██████████  06/30/2009      MEDICAL RECORD
    Loc: ZZZPATEL I PRICARE Date: 06/30/2009
    Room/Bed:                                           D O C T O R ' S   O R D E R S
   Printed: 06/30/2009 09:50                            VA FORM 10-1158
```
----------------------------------------------------------------------------------
```
  MEDICAL RECORD      |      D O C T O R ' S    O R D E R S
```
----------------------------------------------------------------------------------
NOTE: Physician's signature must accompany each entry including standing orders
Date and time for instituting and discontinuing the orders must be recorded
----------------------------------------------------------------------------------
```
 DATE & TIME |              O R D E R S            | SIGNATURES
```
----------------------------------------------------------------------------------
```
10/06/2008 15:55   Change ACETAMINOPHEN /CODEINE TAB
                   TAKE TWO TABLETS ACETAMINOPHEN 300MG
                   WITH CODEINE 30MG BY MOUTH EVERY 8
                   HOURS AS NEEDED hip and lower back
                   pain take one to two tabs every 8 hr
```

M176

```
Outpatient Medications                                 Jun 30, 2009@10:02:39
LASKOWSKI,STANLEY P III              ███████         PCTeam: GENERAL MEDICINE      31)
PrimCare: PATEL,I        Current View: 01/01/07 thru 06/26/09                      <A>
-----Medication---------------------------------Requestor    Expires    Status-----
44  *CAPSAICIN 0.075% CREAM (GM)      Qty: 120 | PATEL,I     06/06/09   expired
     for 30 days
     Sig: APPLY SMALL AMOUNT TOPICALLY TWICE
    A DAY AS NEEDED TO AFFECTED AREA
     Last Filled: 06/05/08, 3 refill(s) left
45  *MULTIVITAMIN TABLETS  Qty: 100 for 90        PATEL,I     06/06/09   expired
     days
     Sig: TAKE 1 TABLET BY MOUTH EVERY DAY
     Last Filled: 06/28/08, 2 refill(s) left
```

M177

```
Outpatient Medications                                      Jun 30, 2009@10:02:39
LASKOWSKI,STANLEY P III          [REDACTED]                              (31)
PrimCare: PATEL,I                          PCTeam: GENERAL MEDICINE
                              Current View: 01/01/07 thru 06/26/09          <A>
-----Medication-----------------------------------Requestor    Expires   Status-----
        Last Filled: 01/10/08, 2 refill(s) left   LUCAS,E     01/10/09   discontinue
30   *MULTIVITAMIN TABLETS  Qty: 100 for 90
     days
        Sig: TAKE 1 TABLET BY MOUTH EVERY DAY
        Last Filled: 03/30/08, 1 refill(s) left   LUCAS,E     01/10/09   discontinue
31   *QUETIAPINE 100MG TAB  Qty: 15 for 30
     days
        Sig: TAKE ONE-HALF TABLET BY MOUTH AT
     BEDTIME
        Last Filled: 01/10/08, 2 refill(s) left   BHATIA,A    02/04/09   dc/edit
32   *FLUOXETINE 20 MG CAP  Qty: 30 for 30
     days
        Sig: TAKE ONE CAPSULE BY MOUTH EVERY
     MORNING AFTER MEAL
        Last Filled: 02/04/08, 6 refill(s) left   KHAN,I      02/07/09   discontinue
33   *FIORINAL # 3 (30MG CODEINE)  Qty: 120
     for 30 days
        Sig: TAKE 1 CAPSULE BY MOUTH FOUR TIMES
     A DAY AS NEEDED
        Last Filled: 08/08/08, 1 refill(s) left   BHATIA,A    02/11/09   discontinue
34   *FLUOXETINE 20 MG CAP  Qty: 60 for 30
     days
        Sig: TAKE ONE CAPSULE BY MOUTH TWICE A
     DAY WITH MEALS
        Last Filled: 03/02/08, 5 refill(s) left   PATEL,I     02/15/09   discontinue
35   *CAPSAICIN 0.075% CREAM (GM)  Qty: 120
     for 30 days
        Sig: APPLY SMALL AMOUNT TOPICALLY TWICE
     A DAY AS NEEDED TO AFFECTED AREA
        Last Filled: 05/05/08, 0 refill(s) left   PATEL,I     02/25/09   discontinue
36   *TRAMADOL 50MG TAB  Qty: 180 for 30 days
        Sig: TAKE TWO TABLETS BY MOUTH THREE
     TIMES A DAY AS NEEDED AS NEEDED FOR
     PAIN
        Last Filled: 02/25/08, 7 refill(s) left   BHATIA,A    03/05/09   discontinue
37   *CITALOPRAM 20MG TAB  Qty: 30 for 30 days
        Sig: TAKE ONE-HALF TABLET BY MOUTH
     EVERY MORNING FOR 10 DAYS, THEN TAKE ONE
     TABLET EVERY MORNING AFTER MEAL
        Last Filled: 03/04/08, 6 refill(s) left   SANTOS,F    03/11/09   discontinue
38   *DULOXETINE 20MG CAP  Qty: 15 for 30 days
        Sig: TAKE ONE CAPSULE BY MOUTH EVERY
     OTHER DAY
        Last Filled: 03/10/08, 6 refill(s) left   WEBSTER,R   03/18/09   discontinue
39   *DIVALPROEX ER 500MG TAB  Qty: 60 for 30
     days
        Sig: TAKE ONE TABLET BY MOUTH AT
     BEDTIME FOR 3 DAYS, THEN TAKE TWO TABLET
     AT BEDTIME
        Last Filled: 03/17/08, 3 refill(s) left   WEBSTER,R   03/21/09   discontinue
40   *HYDROXYZINE PAMOATE 25MG CAP  Qty: 60
     for 30 days
        Sig: TAKE ONE CAPSULE BY MOUTH TWICE A
     DAY AS NEEDED FOR ANXIETY, MAY TAKE  1
     OR 2 TABS
        Last Filled: 03/20/08, 3 refill(s) left   WEBSTER,R   03/25/09   discontinue
41   *HYDROXYZINE 10MG TABLET  Qty: 60 for 30
     days
        Sig: TAKE ONE TABLET BY MOUTH TWICE A
     DAY AS NEEDED FOR ANXIETY
        Last Filled: 04/14/08, 2 refill(s) left   PATEL,I     04/08/09   discontinue
42   *ACETAMINOPHEN 300MG WITH CODEINE 30MG
     Qty: 180 for 30 days
        Sig: TAKE 1-2 TABLETS BY MOUTH EVERY 8
     HOURS AS NEEDED FOR HIP AND LOWER  BACK
     PAIN
        Last Filled: 03/09/09, 0 refill(s) left   WEBSTER,R   04/24/09   discontinue
43   *RISPERIDONE 2 MG  Qty: 30 for 30 days
        Sig: TAKE ONE-HALF TABLET BY MOUTH
     TWICE A DAY FOR MOOD STABILIZATION
        Last Filled: 04/24/08, 2 refill(s) left
```

M178

```
Outpatient Medications                                    Jun 30, 2009@10:02:39
LASKOWSKI,STANLEY P III      ████████        PCTeam: GENERAL MEDICINE  ████  (31)
PrimCare: PATEL,I                                                            <A>
                          Current View: 01/01/07 thru 06/26/09
-----Medication----------------------------------Requestor   Expires   Status-----
          days
          Sig: TAKE ONE TABLET BY MOUTH DAILY
      WITH FOOD
          Last Filled: 05/11/07, 2 refill(s) left
16   *PAROXETINE 40 MG TAB  Qty: 15 for 30        PIERCE,J    05/17/08  discontinue
      days
          Sig: TAKE ONE-HALF TABLET BY MOUTH
      EVERY DAY
          Last Filled: 01/29/08, 4 refill(s) left
17   *BUSPIRONE 5 MG TABLET  Qty: 60 for 30       LUCAS,E     07/03/08  discontinue
      days
          Sig: TAKE ONE TABLET BY MOUTH TWICE A
      DAY WITH MEALS
          Last Filled: 01/29/08, 1 refill(s) left
18   *ACETAMINOPHEN 300MG WITH CODEINE 30MG       PATEL,I     08/17/08  discontinue
      Qty: 120 for 15 days
          Sig: TAKE 2 TABLETS BY MOUTH EVERY 6
      HOURS AS NEEDED FOR PAIN
          Last Filled: 02/20/08, 0 refill(s) left
19   *BUTALBITAL CPD & APAP TAB  Qty: 30 for      PATEL,I     08/29/08  discontinue
      10 days
          Sig: TAKE 1 TABLET BY MOUTH EVERY 6
      HOURS AS NEEDED FOR PAIN AND HEADACHE
          Last Filled: 07/30/08, 0 refill(s) left
20   *ACETAMINOPHEN 300MG WITH CODEINE 30MG       PATEL,I     09/03/08  discontinue
      Qty: 180 for 30 days
          Sig: TAKE 2 TABLETS BY MOUTH EVERY 8
      HOURS AS NEEDED
          Last Filled: 03/26/08, 0 refill(s) left
21   *ZOLPIDEM 10 MG TAB  Qty: 14 for 30 days     BRYSKI,A    09/03/08  expired
          Sig: TAKE ONE TABLET BY MOUTH AT
      BEDTIME AS NEEDED
          Last Filled: 08/04/08, 0 refill(s) left
22   ACETAMINOPHEN 300MG WITH CODEINE 30MG        KHAN,I      10/08/08  discontinue
      Qty: 90 for 30 days
          Sig: TAKE 1 TABLET BY MOUTH EVERY 8
      HOURS AS NEEDED HIP AND LOWER BACK PAIN
          Last Filled: 09/08/08, 0 refill(s) left
23   ACETAMINOPHEN 300MG WITH CODEINE 30MG        PATEL,I     10/29/08  dc/edit
      Qty: 90 for 30 days
          Sig: TAKE 1 TABLET BY MOUTH EVERY 8
      HOURS AS NEEDED HIP AND LOWER BACK PAIN
          Last Filled: 10/08/08, 0 refill(s) left
24   *ACETAMINOPHEN 300MG WITH CODEINE 30MG       PATEL,I     12/06/08  discontinue
      Qty: 180 for 30 days
          Sig: TAKE 2 TABLETS BY MOUTH EVERY 8
      HOURS AS NEEDED
          Last Filled: 07/08/08, 0 refill(s) left
25   *TRAMADOL 50MG TAB  Qty: 180 for 30 days     LUCAS,E     12/14/08  dc/edit
          Sig: TAKE TWO TABLETS BY MOUTH THREE
      TIMES A DAY UNTIL SEEN BY PRIMARY CARE
          Last Filled: 01/03/08, 0 refill(s) left
26   *VENLAFAXINE EXTENDED RELEASE 75MG CAPS       LUCAS,E     12/14/08  discontinue
      Qty: 30 for 30 days
          Sig: TAKE ONE CAPSULE BY MOUTH DAILY
      WITH FOOD
          Last Filled: 02/02/08, 0 refill(s) left
27   *QUETIAPINE 200MG TAB  Qty: 15 for 30        LUCAS,E     12/14/08  dc/edit
      days
          Sig: TAKE ONE-HALF TABLET BY MOUTH AT
      BEDTIME
          Last Filled: 12/14/07, 2 refill(s) left
28   *TRAMADOL 50MG TAB  Qty: 180 for 30 days     PATEL,I     01/09/09  discontinue
          Sig: TAKE TWO TABLETS BY MOUTH THREE
      TIMES A DAY AS NEEDED AS NEEDED FOR
      PAIN
          Last Filled: 02/17/08, 6 refill(s) left
29   *MIRTAZAPINE 15 MG TABLET  Qty: 45 for 30    LUCAS,E     01/10/09  discontinue
      days
          Sig: TAKE ONE AND ONE-HALF TABLETS BY
      MOUTH AT BEDTIME
```

M179

```
Outpatient Medications                                  Jun 30, 2009@10:02:39
LASKOWSKI,STANLEY P III                     PCTeam: GENERAL MEDICINE      [31]
PrimCare: PATEL,I
                    Current View: 01/01/07 thru 06/26/09                  <A:
-----Medication----------------------------Requestor    Expires    Status----
1    *PHENYTOIN 100MG (DILANTIN) CAP  Qty: 270  KHAN,I    08/06/09   active
      for 90 days
       Sig: TAKE THREE CAPSULES BY MOUTH EVERY
      DAY
       Last Filled: 08/05/08, 3 refill(s) left
2    *DIPHENHYDRAMINE 25 MG CAPSULES  Qty: 30    PATEL,I   09/12/09   active
      for 30 days
       Sig: TAKE ONE CAPSULE BY MOUTH AT
      BEDTIME AS NEEDED FOR SINUS. DO NOT
      DRIVE  WHILE ON MEDICATION.
       Last Filled: 09/11/08, 1 refill(s) left
3     ACETAMINOPHEN 300MG WITH CODEINE 30MG      PATEL,I   11/01/09   active
      Qty: 180 for 30 days
       Sig: TAKE 1-2 TABLETS BY MOUTH EVERY 8
      HOURS AS NEEDED FOR HIP AND LOWER  BACK
      PAIN
       Last Filled: 06/22/09, 3 refill(s) left
4    *PAROXETINE HCL 20 MG TAB  Qty: 27 for 30   PIERCE,J  06/16/07   expired
      days
       Sig: TAKE ONE-HALF TABLET BY MOUTH
      EVERY DAY FOR 7 DAYS, THEN TAKE ONE
      TABLET EVERY DAY FOR 23 DAYS (WHEN THIS
      IS FINISHED BEGIN PRESCRIPTION  FOR
      PAROXETINE 40MG 1/2 TABLET DAILY WHICH
      WILL BE MAILED TO YOU  WITHIN 30 DAYS)
       Last Filled: 05/18/07, 0 refill(s) left
5     TABLET SPLITTER   Qty: 1 for 90 days       BOROWSKI,B 07/10/07  expired
       Sig: USE     AS DIRECTED FOR TABLET
      SPLITTING
       Last Filled: 04/11/07, 0 refill(s) left
6    *CLONAZEPAM 0.5MG TABLET   Qty: 15 for 30   LUCAS,E   11/11/07   dc/edit
      days
       Sig: TAKE ONE-HALF TABLET BY MOUTH AT
      BEDTIME -- WHEN YOU FALL ASLEEP AT NITE
       Last Filled: 05/31/07, 1 refill(s) left
7    *CLONAZEPAM 0.5MG TABLET   Qty: 60 for 30   LUCAS,E   12/05/07   dc/edit
      days
       Sig: TAKE ONE TABLET BY MOUTH DAILY AND
      TAKE ONE TABLET AT BEDTIME
       Last Filled: 07/03/07, 0 refill(s) left
8    *CLONAZEPAM 0.5MG TABLET   Qty: 90 for 30   LUCAS,E   01/16/08   expired
      days
       Sig: TAKE ONE TABLET BY MOUTH DAILY AND
      TAKE TWO TABLETS AT BEDTIME
       Last Filled: 08/05/07, 1 refill(s) left
9    *KETOROLAC 60 MG/2ML INJ  Qty: 1 for 1      PATEL,K   03/16/08   discontinue
      days
       Sig: INJECT 60MG INTRAMUSCULARLY NOW
       Last Filled: 02/15/08, 0 refill(s) left
10   *METHYLPREDNISOLONE 4 MG TABLETS..DOSEPAK   PATEL,K   03/16/08   expired
      Qty: 1 for 7 days
       Sig: TAKE TABLET(S) BY MOUTH AS
      DIRECTED ON DOSE PACK
       Last Filled: 02/15/08, 0 refill(s) left
11   *KETOROLAC 60 MG/2ML INJ  Qty: 1 for 1      DOSHI,S   04/08/08   expired
      days
       Sig: INJECT 60 MG INTRAMUSCULARLY NOW
       Last Filled: 03/10/08, 0 refill(s) left
12   *TRAMADOL 50MG TAB  Qty: 12 for 4 days      NASSAR,F  04/08/08   discontinue
       Sig: TAKE ONE TABLET BY MOUTH EVERY 8
      HOURS AS NEEDED
       Last Filled: 03/10/08, 0 refill(s) left
13   *TRAZODONE 50MG TAB  Qty: 30 for 30 days    BOROWSKI,B 04/11/08  discontinue
       Sig: TAKE ONE TABLET BY MOUTH AT
      BEDTIME MAY START AT 1/2 TABLET
       Last Filled: 01/29/08, 4 refill(s) left
14   *RISPERIDONE 1 MG  Qty: 15 for 30 days      WEBSTER,R 04/19/08   expired
       Sig: TAKE ONE-HALF TABLET BY MOUTH
      EVERY MORNING FOR MOOD STABILIZATION
       Last Filled: 03/20/08, 0 refill(s) left
15   *BUPROPION HCL 100MG TAB  Qty: 30 for 30    LUCAS,E   05/11/08   discontinue
```

M180



---
**MEDICAL RECORD** | Progress Note:
---
04/11/2007 14:45     ** CONTINUED FROM PREVIOUS PAGE **

        Total score in the range of  3-6 (positive screen).  CONTACT
            PSYCHOLOGY SERVICE.
        SCREEN FOR ALCOHOL (AUDIT-C)
          An alcohol screening test (AUDIT-C ) was positive (score=5).

              1. How often did you have a drink containing alcohol in the
              past year? Two to four times a month

              2. How many drinks containing alcohol did you have on a
              typical day when you were drinking in the past year? 5 or 6

              3. How often did you have six or more drinks on one occasion
              in the past  year? Less than monthly
        SCREEN FOR GI SYMPTOMS
            The patient reports no GI symptoms.
        SCREEN FOR FEVER
            The patient reports no unexplained fevers.
        SCREEN FOR SKIN RASH/LESIONS
            The patient reports no persistent skin rash.
        SCREEN FOR OTHER SYMPTOMS
            The patient reports having other physical symptoms that have
            lasted 3 months or longer and have interfered with ADLs.
          Symptoms:  joint pains, headaches
        RESULTS OF PTSD SCREENING
            (a 'yes' answer to 3 or more of the above questions is a
          positive
          screen).  Each "YES" is a score of ONE.

          Tally the points and record the score as 0-4.

          The score for this veteran's screening was: 1
        The screen for PTSD was positive.
        TBI Screening:
          The patient reports service in Operation Iraqi Freedom.
          The location of the patient's most recent OIF service was
          Iraq

                        TRAUMATIC BRAIN INJURY SCREENING
          Has the veteran already been diagnosed as having TBI during OIF/OEF
              deployment?
          No

          Section 1: The veteran experienced the following events during OIF/OEF
              deployment:
          Blast or Explosion IED (improvised explosive device), RPG (rocket
              propelled grenade), Land Mine, Grenade, etc.

          Section 2: The veteran had the following symptoms immediately
              afterwards:
          Veteran denies any symptoms immediately afterwards.  Negative Screen

                        Signed by: /es/ MARY J FILIPKOWSKI
                                   RN BSN
                                   04/11/2007 14:54

---

M181

 

---
**MEDICAL RECORD**                                              Progress Note
---

NOTE DATED: 04/11/2007 14:45
LOCAL TITLE: NSG TRIAGE
STANDARD TITLE: NURSING TRIAGE NOTE
VISIT: 04/11/2007 14:39 TRIAGE-BASEMENT
TRIAGE (UNSCHEDULED): NON-URGENT

ALLERGY: No Allergy Assessment

LATEX ALLERGY: NO
Patient states he is also allergic to:nkda

Do you feel safe in your home environment? Yes

Active Outpatient Medications (including Supplies):

No Medications Found

T:  97.8 F [36.6 C] (04/11/2007 14:45)
P:  69 (04/11/2007 14:45)
R:  10 (04/11/2007 14:45)
BP: 132/86 (04/11/2007 14:45)
PAIN: 0 (04/11/2007 14:45)
PULSE OXIMETRY:

MODE OF ARRIVAL: AMBULANT

DATA: c/o inability to sleep over past 2 days.

ASSESSMENT: C/o nightmares, denies any suicidal or homicidal ideations.

PLAN: mhc.


PAIN ASSESSMENT

  Do you have pain?no


  NSG IRAQ&AFGHAN POST DEPLOY SCR:
    The patient reports service in Operation Iraqi Freedom.
    The location of the patient's most recent OIF service was
    Iraq
     1. PTSD SCREEN
        Have you ever had any experience that was so frightening,
        horrible, or upsetting that, IN THE PAST MONTH, you:
        Have had any nightmares about it or thought about it when you
          did not want to?      Yes
        Tried hard not to think about it or went out of your way to
          avoid situations that remind you of it?
                     Yes
        Were constantly on guard, watchful, or easily startled?
                     Yes
        Felt numb or detached from others, activities, or your
          surroundings?
                     Yes
    PHQ-2 Depression screen:

        Over the last 2 weeks, how often have you been bothered by any
        of the following problems?

        Little interest or pleasure in doing things: More than half the
        days (2)

        Feeling down, depressed, or hopeless:        Nearly everyday
        (3)

    Total score =  5
                       ** THIS NOTE CONTINUED ON NEXT PAGE **
---



```
---------------------------------------------------------------------------
MEDICAL RECORD                                                  Progress Note
---------------------------------------------------------------------------
04/11/2007 15:25      ** CONTINUED FROM PREVIOUS PAGE **
```

but worse for unknown triggers lately. He was encouraged to pursue tx by his
wife.
After discussion decided to proceed with tx at Hs. Wil start with Trazodone 50
mg tabs. He wil begin with 1/2 tab increasing to 50 mg. He was educated on the
effect of med as well as side effects including dry mouth and priapism.
These will be picked up today.
Patient will also be given appt for PTSD screening to assess further need as his
sx have PTSD features.
Patient willing to accept followup and further tx in MHC.
He agreed to return for followup medication management, intake and future
followup
9            ** FUTURE APPOINTMENTS **
      DATE/TIME            CLINIC ( LOCATION )
   APR 18,2007@09:00    LAB3RDFLRWEST(SILVER AREA  (3RD FLOR WEST SILVER AREA)
   APR 18,2007@09:30    CP DERMATOLOGY  (5TH FLR(C5-24)SILVER AREA)
   APR 18,2007@11:00    CP LOVRINIC  (5TH FLR(C5-24)SILVER AREA)
   APR 20,2007@14:30    NURSE CLINIC 1N(PURPLE AR  (1ST FLOOR (GREEN AREA))
   APR 20,2007@15:00    CP MHC SANTOS  (5TH FLR(C5-24)SILVER AREA)
   APR 23,2007@10:30    CP AUDIO PATCHOSKI  (5TH FLR(C5-24)SILVER AREA)
   APR 24,2007@08:00    CASTRIGNANO EXAMS  (5TH FLR(C5-24)SILVER AREA)

Call as necessary and return to clinic on
   MST:
     Patient responded, no Military Sexual Trauma
   Tobacco Use Screen:
     Patient is a current smoker.
     Smoking cessation education refused.
   PROVIDER Med Reconciliation:
     Outpatient Medication Review
       A new medication is to be added after review of current medication
         profile at this clinic visit. See plan of care above.
       Comment: Trazodone 50 mg tab at qhs, may begin with 1/2 tab

               Signed by: /es/ BERNARD M BOROWSKI
                          Physician Assistant Certified
                          04/12/2007 08:04

                            M183
```

--------------------------------------------------------------------
MEDICAL RECORD                                          Progress Note
--------------------------------------------------------------------
NOTE DATED: 04/11/2007 15:25
LOCAL TITLE: PSYCHIATRY GENERAL NOTE
STANDARD TITLE: PSYCHIATRY NOTE
VISIT: 04/11/2007 15:30 MHC BOROWSKI WALK IN
Chief Complaint:  Little or no sleep for the past 2 days
Subjective: Patient reports that he has problems since 2003. He was stationed i:
Iraq from 2/03 to 7/03 as infantry.
He began to develope nightmeares in 8/03. he reports similar nightmare. he
reports recurring dream in which his house is broken into, he and family
kidnapped, children are killed. Wife is raped and killed. He then wakes up. He
reports this dream frequently up to 4 nights in a row but can go weeks. He
reports that in the last week it occured 3 times. He states that he finds it
usettling and difficult to fall back asleep
He reports daytime irritability, isolation. He states he works regularly but
states he can feel low motivation, low energy

He reports he was discharged from service in Feb.
Marine Corps 1999-2007.
Moved here here with family in Feb married 5 years, 2 children 1 on way.
Financial advisor for retirment

He reports that his wife encouraged him to come in.
He reports irritability, isolation, sitting in corner, hates going to Wal mart.

He denied any prior tx for mental health.
He denies family hx of mental illness

Admits to substance abuse alcohol aand drugs age 18-19, i.e Cocaine, marijuana,
alcohol nightly for several years until age 20. clean and mostly sober since
then

He denies any physical complaints




Vital Signs:
TEMPERATURE:      97.8 F [36.6 C] (04/11/2007 14:45)
PULSE:            69 (04/11/2007 14:45)
RESPIRATION:      10 (04/11/2007 14:45)
BLOOD PRESSURE:   132/86 (04/11/2007 14:45)
PAIN:             0 (04/11/2007 14:45)
Objective:WD/WN male alert oriented, cleanly dressed in NAD

Labs:

Mental Status:  Alert and oriented x3.  In good contact.  Spontaneous,
relevant and coherent.  Mood depressed, not anxious or aggitated.  Affect
appropriate, upressured speech content.
Eating fair, sleeps poor.  No psychomotor retardation.  Denied suicidal
and homicidal ideation.  No hallucinations delusions or loosening of
association noted. Memory including recent, remote, immediate recall
and judgement are not clinically impaired.  Insight and motivation fair.

MEDICATION REVIEW:  Active Outpatient Medications (including Supplies):

No Medications Found




Allergies:
No Known allergies

Assessment: Adjustment Disorder with PTSD Features

No Service Connected problems treated

Plan: I discussed my findings with the patient. Sx have been present for 3 years
                ** THIS NOTE CONTINUED ON NEXT PAGE **
--------------------------------------------------------------------
LASKOWSKI,STANLEY P III             WILKES-BARRE VAMC      Printed:06/29/2009 15:34
                                    Pt Loc: OUTPATIENT                    Vice SF 509
--------------------------------------------------------------------

M184

```
--------------------------------------------------------------------------
MEDICAL RECORD                                                 Progress Note
--------------------------------------------------------------------------
04/16/2007 08:55      ** CONTINUED FROM PREVIOUS PAGE **
```

On weightbearing, there is a medial arch.  Weightbearing reveals pronation bilaterally with depression of the arch bilaterally. Resting calcaneus stance position (relaxed state of standing), the calcaneus is in a slightly everted position. Nonweightbearing, the Achilles tendon is in rectus alignment. Weightbearing of the Achilles tendon has a slight medial bowed appearance with no pain on manipulation.  Weightbearing, there is a forefoot malalignment, which can be manipulated; nonweightbearing without pain.  On weightbearing, in attempting to manipulate the forefoot to a more rectus alignment, there is pain at the right mid and hind foot.  He can rise to his toes bilaterally and partially resupinate on the left.  The right foot does not resupinate and he complains of pain that travels to his right ankle.  He can bear weight on his left heel.  He cannot bear weight on his right heel without pain.  His sneakers today reveal no abnormal wear pattern.  He has a normal gait.

Pedal pulses are present and symmetrical.  There is digital hair present bilaterally.  Tyloma was bilaterally.  Vibratory sensation is intact.  There is no Babinski's.  Muscle testing is 5/5 bilaterally for the plantar flexors, dorsiflexors, evertors, and inverters.

D.  DIAGNOSTIC AND CLINICAL TESTS:  See the x-ray report.

E.  DIAGNOSES:
1.  Right plantar calcaneus spur from radiology report.
2.  Pronation bilaterally with mild ligamentous strain right foot.

CAB/OSi/227817/0/04/16/2007 09:17:32/ss/D:04/16/2007 09:02:11/T:04/16/2007 09:17:32/VAJob#:199064/IChartJob#23134508/18377752

                 Signed by: /es/ CAROL ANN BENEK
                            STAFF PHYSICIAN(PODIATRY)SURGICAL SVC
                            04/16/2007 12:09

M185

--------------------------------------------------------------------------
MEDICAL RECORD                                            Progress Note
--------------------------------------------------------------------------
NOTE DATED: 04/16/2007 08:55
LOCAL TITLE: COMPENSATION AND PENSION NOTE
STANDARD TITLE: C & P EXAMINATION NOTE
VISIT: 04/11/2007 13:15 CP PODIATRY/BENEK

EXAM TYPE:  Compensation and pension examination.

DATE OF EXAM:  April 11, 2007.

PLACE OF EXAM:  VA Medical Center - Wilkes-Barre, Pennsylvania.

A.  REVIEW OF MEDICAL RECORDS:  This is a 29-year-old male in no
apparent distress.  No known drug allergies.  Past medical
history noncontributory.  He states he takes Motrin as needed
for hip and knee pain.  He is a smoker.  He denies IV drug
abuse, alcohol abuse, HIV and hepatitis.

The C-file was reviewed.  The information for this evaluation
was gathered from the individual.  He was in the Marines from
February of 1999 to February of 2007.

In 2003 while in Iraq, he relates trauma to his right heel.  The
vehicle suddenly dropped and jammed his heel into the deck.  He
relates x-rays were completed and he was prescribed Motrin.  He
does not relate any additional treatment at that time.

In 2004 at Parris Island in South Carolina, he had an increase
in right heel pain that was now present all the time.  He
relates x-rays with a diagnosis of a heel spur.  He relates he
had a right heel injection, which he states gave him no relief.
Motrin was prescribed again and he relates minimal relief with
this.  He had soft heel inserts placed in his boots, which gave
him only minimal amount of pain relief.

He denies any foot surgery.  He has had no additional foot
treatment.

After discharge from the service, he returned to work.  He
currently works as a financial advisor with standing at least
50% of the time.  He can continue with his everyday living
activities, but complains of chronic right heel pain.

B.  MEDICAL HISTORY:  Today his chief complaint is "whenever I
walk I have sharp, right heel pain."  He has more pain with
standing than walking even with 15-30 minutes.  He has less
symptoms with sitting.

Today there is pain on direct palpation of the right heel and on
side-to-side compression of the right heel.  Today there is no
weakness, no stiffness, no swelling, no heat, no redness.  Today
there are no complaints of foot joint pain.

He does not use or does he need crutches, braces, cane, or
orthopedic shoes.  He may benefit from orthotics.

C.  PHYSICAL EXAMINATION:  There is a gastroc equinus
bilaterally.  Range of motion of his subtalar joint is
symmetrical and within normal limits.  There is tenderness on
palpation at the medial aspect of the right subtalar joint.
Range of motion of the bilateral first metatarsophalangeal joint
is approximately 50 degrees dorsiflexion and 25 degrees plantar
flexion with no crepitations and no pain on range of motion.
There are no bunions, no hammertoes, and no claw foot deformity.
There is pain at the plantar right heel and pain on side-to-side
compression of the right heel.  There is no functional loss or
impairment related to his anatomical condition and there is no
instability.  There is no clinical evidence that range of motion
or joint function is limited with repetitive use.

** THIS NOTE CONTINUED ON NEXT PAGE **
--------------------------------------------------------------------------
LASKOWSKI,STANLEY P III          WILKES-BARRE VAMC      Printed:06/29/2009 15:34
                                 Pt Loc: OUTPATIENT                Vice SF 509
--------------------------------------------------------------------------

M186

```
------------------------------------------------------------------------
MEDICAL RECORD                                              Progress Note
------------------------------------------------------------------------
NOTE DATED: 04/17/2007 11:32
LOCAL TITLE: PATIENT RECORD FLAG CATEGORY II -OIF/OEF
STANDARD TITLE: PATIENT RECORD FLAG
VISIT: 04/17/2007 11:31 ZZZOIF/OEF-INTAKE/IRAQ
MRC Approved:  6/29/06
Job #06-24
```

Veteran newly identified:


Date of separation from military: 2/4/07
Active duty status: combat vet
Date of contact: 4/11/07
Referral source: Self

Reason for referral: see below


Service(s) need: Enrollment/Eligibility, Medical/Dental, Mental Health, Other:
Comp and pension.


Recommendations: Vet was seen as a walk-in in MHC from Triage. he also has a
comp and
pension claim.

                    Signed by: /es/ KATHLEEN A COLLELO
                               SOCIAL WORKER
                               04/17/2007 11:33

M187

LASKOWSKI,STANLEY P III      WILKES-BARRE VAMC     Printed:06/29/2009 15:3
                           Pt Loc: OUTPATIENT                     Vice SF 50

M188

MEDICAL RECORD
-----------------------------------------------------------------
Progress Not

NOTE DATED: 04/18/2007 09:30
LOCAL TITLE: COMPENSATION AND PENSION NOTE
STANDARD TITLE: C & P EXAMINATION NOTE
VISIT: 04/18/2007 09:30 CP DERMATOLOGY
      DERMATOLOGY COMPENSATION AND PENSION EXAMINATION

DATE OF EXAMINATION:   April 18, 2007

HISTORY--SUBJECTIVE:

There is no C-File to review for this examination today at the time of this
examination.

This veteran served in the U.S. Marines between 1999 and 2007. He states that i
March of 1999, while in boot camp at the Parris Island, South Carolina, Marine
Base, he was noted to have a rash over his back.  He states at the time, fungal
rashes were "running through" his battalion.

He was sent to a Naval Battalion Aid Station where they treated him with a
topical antifungal cream of unknown type and strength.  He used this cream for a
week, all the while remaining on active duty, and the rash cleared up.

He has had no rash whatsoever in that area of the back since that episode.  The
veteran does not treat his skin in any way at this time.  There is not any rash
to be treated.  He has no complaints whatsoever about the skin of his back.
There are no untoward symptoms.

EXAMINATION--OBJECTIVE:

The veteran's back is examined today and is entirely clear of any rash or
abnormality of any kind.

MISCELLANEOUS:

No pictures are taken today because there is nothing to photograph.

0% of the patient's skin is involved with the current rash because there is no
rash.

There are no pertinent tests, of course.

DIAGNOSIS:

     NO RASH OVER THE PATIENT'S BACK.   SKIN IS CLEAR.   NO
     DISFIGUREMENT.   NO TINEA/DERMATOPHYTOSIS SEEN.

Since there is no disfigurement, the C-PEP requirement for a "Scars
Worksheet" even when there are no scars, will not have to be completed.

d- 4-18-2007  10:42 a.m.
t- 4-18-2007  12:30 p.m.
TA2

                    Signed by: /es/ DAVID J STRANG
                               STAFF PHYSICIAN(DERMATOLOGY)MEDICAL SERVICE
                               04/18/2007 14:41

04/19/2007 07:49     ADDENDUM        STATUS: COMPLETED
The C-File was made available to this provider 24 hours *after* the
skin C-P Examination was completed.  It is now and belatedly reviewed.
There will be no changes in the *already completed* C-P Examination
as a result of this review.
                    Signed by: /es/ DAVID J STRANG
                               STAFF PHYSICIAN(DERMATOLOGY)MEDICAL SERVICE
                               04/19/2007 07:51

-----------------------------------------------------------------
                              M189

---
MEDICAL RECORD                                                    Progress Note
---
04/18/2007 11:00      ** CONTINUED FROM PREVIOUS PAGE **

d- 4-26-2007  2:30 p.m.
t- 4-26-2007  4:30 p.m.
TA2
#21960
                    Signed by: /es/ DANIEL F LOVRINIC
                               STAFF PHYSICIAN(ORTHOPEDIC SURGERY)SURGICAL
                               SVC
                               04/27/2007 09:40

M190

---
**MEDICAL RECORD**                                            Progress Note
---
04/18/2007 11:00     ** CONTINUED FROM PREVIOUS PAGE **

   He works in finance and states that after using the computer
for some time, he has pain over the area of the right wrist.

SECTION C.3.   PHYSICAL EXAMINATION:

Physical examination was deferred at this time.  I will add
it as an addendum when it is done.

SECTION D.3.   DIAGNOSTIC AND CLINICAL TESTS:

X-ray of the right forearm taken April 12, 2007, reveals an
old, healed fracture.

Following repetitive use times three, there was no clinical
evidence of additional loss of joint function due to weakness,
pain, or fatigue.


d- 4-18-2007  11:46 a.m.
t- 4-18-2007  11:30 p.m.
TA2
#28892

                    Signed by: /es/ DANIEL F LOVRINIC
                               STAFF PHYSICIAN(ORTHOPEDIC SURGERY)SURGICAL
                               SVC
                               04/19/2007 09:07


04/18/2007 11:00     ADDENDUM          STATUS: COMPLETED
ADDENDUM TO COMPENSATION AND PENSION EXAMINATION OF APRIL 18, 2007,
DICTATED APRIL 26, 2007, BY DANIEL F. LOVRINIC, M.D.

The examination of his right forearm showed no evidence of
tenderness about the distal ulna where the patient states the
fracture occurred.  No pain with jogging of the distal radial
ulnar joint.

Painless range of motion of the forearms reveals extension from
0 to 80 degrees on the right and from 0 to 90 degrees on the left.
Flexion of the wrist reveals 0 to 80 degrees on the left and from
0 to 70 degrees on the right.  Pronation, bilaterally, is to 80
degrees, supination on the right is to 60 degrees, and to 85 degrees
on the left.

The patient has fingertip to palm touch on all fingers.  He
also has thumb-tip touch to tip of each finger, bilaterally.

There is no weakness of the interosseous muscles.  No thenar or
hypothenar atrophy.  Grasp is 5/5, bilaterally.

X-rays of the forearm were taken on April 11, 2007, and did show
minimal deformity at the distal ulna.

DIAGNOSIS:

Fracture, right distal ulna--at least as likely as not associated
with his service-connected condition.

The patient does have limited motion in the right wrist.  He also
states that this does interfere in his activities such as doing
push-ups.  He also states that he has problems at work after a
length of time.

Following repetitive use times three, there was no clinical
evidence of additional loss of joint function due to weakness,
pain, or fatigue.

           ** THIS NOTE CONTINUED ON NEXT PAGE **
---
LASKOWSKI STANLEY P III        WILKES-BARRE VAMC      Printed:06/29/2009 15:34
                               Pt Loc: OUTPATIENT                Vice SF 509
---

```
-----------------------------------------------------------------------------
MEDICAL RECORD                                                   Progress Note
-----------------------------------------------------------------------------
```

04/18/2007 11:00     ** CONTINUED FROM PREVIOUS PAGE **

When the patient stands, his pelvis is level.  He has a right-sided antalgic mild gluteus medius gait.

Left Hip:  With the patient recumbent, there is full flexion of the left hip.  There was some pain with rotation.  There is tenderness over the greater trochanter but not over the sciatic notch.

Examination of his back reveals no tenderness over the lower lumbar midline nor any muscle spasm.

There are no paresthesias down his left leg or in the area of the tenderness.

SECTION D.2.  DIAGNOSTIC AND CLINICAL TESTS:

X-rays of the left hip are unremarkable.

SECTION E.2.  DIAGNOSIS:

Left Hip:  Greater trochanteric bursitis.

The patient is having persistent problems, despite anti-inflammatory medication.

Following repetitive use times three, there was no clinical evidence of additional loss of joint function due to weakness, pain, or fatigue.

3.  RIGHT FOREARM.

DATE OF EXAMINATION:  April 18, 2007

PLACE OF EXAMINATION:  VA Medical Center, Wilkes-Barre, Pennsylvania

EXAMINER:  D. Lovrinic, M.D., Orthopedic Surgery

1.  RIGHT HIP.

SECTION A.3.  REVIEW OF MEDICAL RECORDS:

The Claims file was available for review.

SECTION B.3.  MEDICAL HISTORY:

The patient states he injured his forearm when he fell on stairs He was placed in a cast for two weeks.  Since that time, he has persistent pain in this area.

  1.  The patient complains of pain, weakness, stiffness, instability, giving-way, locking, and fatigability, but he denies swelling.

  2.  Treatment:

  3.  No flare-ups occur.

  4.  No ambulation aids or braces are used.

  5.  No surgery has been performed.

  6.  No instability or subluxation.

  7.  No generalized inflammatory disease is present.

  8.  In his daily life, he is unable to do push-ups or chin-ups. Pushing and pulling are painful.

                  ** THIS NOTE CONTINUED ON NEXT PAGE **
```
-----------------------------------------------------------------------------
LASKOWSKI,STANLEY P III ████████      WILKES-BARRE VAMC      Printed:06/29/2009 15:34
                                      Pt Loc: OUTPATIENT                   Vice SF 509
-----------------------------------------------------------------------------
```

M192

---
**MEDICAL RECORD**                                                    Progress Note
---
04/18/2007 11:00      ** CONTINUED FROM PREVIOUS PAGE **

not over the lumbar area at 45 degrees.  Hip rotation causes
discomfort at the greater trochanteric area.

Abduction of the right hip is to 20 degrees, without pain.

SECTION D.1.  DIAGNOSTIC AND CLINICAL TESTS:

X-rays of his hip showed no bony abnormalities.

SECTION E.1.  DIAGNOSIS:

Right Hip:
   1.  Greater trochanteric bursitis.
   2.  Probable sciatica with radiation down his right leg to the
       knee.

He is having difficulty at work and has missed work because of this.
I feel that an orthopedic evaluation would be beneficial for this
patient.

Following repetitive use times three, there was no clinical
evidence of additional loss of joint function due to weakness,
pain, or fatigue.

2.  LEFT HIP.

DATE OF EXAMINATION:  April 18, 2007

PLACE OF EXAMINATION:  VA Medical Center, Wilkes-Barre, Pennsylvania

EXAMINER:  Daniel Lovrinic, M.D., Orthopedic Surgery

SECTION A.2.  REVIEW OF MEDICAL RECORDS:

The Claims file was available for review.

SECTION B.2.  MEDICAL HISTORY:

The patient states that there was no known trauma as an initiating
event in his left proximal femur.  This started in 2001.  It was
slow to start but has gotten worse to the present time.

   1.  The pain is described as being over the greater trochanter,
with no radiation.  He states that this pain is getting worse.

   2.  Treatment:  He does not feel the pain is sufficiently
severe to warrant medications.  He is, however, taking Motrin
daily for his right hip.

   3.  No flare-ups occur.

   4.  He does not use any ambulation aids for walking.

   5.  No surgery has been performed.

   6.  No evidence of dislocation or subluxation.

   7.  No generalized inflammatory disease.

   8.  The patient works in finance.  He states that he has some
difficulty while at work but has not missed any work because
of it.

   In his daily activities, there is no limitation of activities
due to his hip.

SECTION C.2.  PHYSICAL EXAMINATION:   M193

                  ** THIS NOTE CONTINUED ON NEXT PAGE **
---
LASKOWSKI,STANLEY P III          WILKES-BARRE VAMC      Printed:06/29/2009 15:34
                                 Pt Loc: OUTPATIENT              Vice SF 509
---

```
---------------------------------------------------------------
MEDICAL RECORD                                    Progress Note
---------------------------------------------------------------
```

NOTE DATED: 04/18/2007 11:00
LOCAL TITLE: COMPENSATION AND PENSION NOTE
STANDARD TITLE: C & P EXAMINATION NOTE
VISIT: 04/18/2007 11:00 ZZZCP LOVRINIC
        ORTHOPEDIC COMPENSATION AND PENSION EXAMINATION

The patient is being seen today for a focused examinations of
his right hip, left hip, and right wrist.

DATE OF EXAMINATION:  April 18, 2007

PLACE OF EXAMINATION:  VA Medical Center, Wilkes-Barre, Pennsylvania

EXAMINER:  Daniel Lovrinic, M.D., Orthopedic Surgery

1.  RIGHT HIP.

SECTION A.1.  REVIEW OF MEDICAL RECORDS:

The Claims file was available for review.

SECTION B.1.  MEDICAL HISTORY:

The patient states that he injured his right hip in the Year
2000 while on active duty.  He states that he was on a hike,
and he developed pain over the lateral aspect of the hips.  This
was sufficiently severe that he was placed on limited duty, which
he was on for approximately eight months.  Multiple studies were
done, but he denies any specific known causative factor for this.
After that length of time, he was placed on full duty, but he
states that he was unable to do all duties and was freed of them
while he was on active duty overseas.  Since then, he states
that he is still having pain in the hip and that it has become
worse.

  1.  Pain:  He complains of pain, weakness, stiffness, swelling,
instability, giving-way, locking, and fatigability.

  2.  Treatment:  He states that he treats this with Motrin,
800 mg. twice daily regularly.  He has not gotten relief with ice
or heat.  He also uses rest and decreased activity as modalities
of treatment.

  3.  Flare-ups:  No flare-ups occur.

  4.  He does not use any ambulation aids or brace.

  5.  He has not had any surgery.

  6.  No evidence of dislocation or subluxation.

  7.  He denies any generalized arthritic inflammatory condition.

  8.  He works as a financial adviser.  His work is interfered
with because of the problem he has with ambulation.  He has missed
several days of work because of this.

  In his daily life he has difficulty running or walking.  Standing
for any length of time causes the pain.

SECTION C.1.  PHYSICAL EXAMINATION:

Physical examination of his right hip reveals a mild antalgic gluteus
medius gait.  He is unable to toe or heel walk because of pain.  His
pelvis is level when he stands.  There is no tenderness to punch
percussion over the lumbosacral spine.  There is tenderness
over the right greater trochanter and sciatic notch.

With the patient recumbent, the straight-leg raising test
produces pain in the sciatic notch and greater trochanter but
                    ** THIS NOTE CONTINUED ON NEXT PAGE **

```
---------------------------------------------------------------
LASKOWSKI.STANLEY P III      WILKES-BARRE VAMC    Printed:06/29/2009 15:34
███████████████████          Pt Loc: OUTPATIENT              Vice SF 509
---------------------------------------------------------------
```

M194

```
---------------------------------------------------------------------------
MEDICAL RECORD                                                  Progress Not
---------------------------------------------------------------------------
NOTE DATED: 04/20/2007 12:12
LOCAL TITLE: ORGAN DONOR
STANDARD TITLE: PATIENT RECORD FLAG
VISIT: 04/20/2007 12:12 FILEROOM
See Flag.

              Signed by: /es/ SUSAN E MCGEEHAN
                             DETAILS CLERK
                             04/20/2007 12:12
```

M195

---

MEDICAL RECORD                                                    Progress Note

---

04/20/2007 15:55      ** CONTINUED FROM PREVIOUS PAGE **

DIAGNOSES:
AXIS I:   POSTTRAUMATIC STRESS DISORDER, CHRONIC.
AXIS II:  DEFERRED.
AXIS III:   HISTORY OF INJURY TO RIGHT ARM.
AXIS IV:  STRESSOR - EXPOSURE TO COMBAT IN IRAQ, RECENT
DISCHARGE FROM THE US MARINE CORP.
AXIS V:   GLOBAL ASSESSMENT OF FUNCTIONING PAST YEAR 55,
PRESENTLY 65.

MR. LASKOWSKI IS CAPABLE OF HANDLING HIS OWN FINANCIAL AFFAIRS.

FFS/OSi/226074/0/04/22/2007 13:27:29/dj/D:04/20/2007
16:25:19/T:04/22/2007
13:27:29/VAJob#:/IChartJob#23253672/18479297


              Signed by: /es/ FRANCISCO F SANTOS, M.D.
                         STAFF PSYCHIATRIST BEHAVIORAL SVCS
                         04/23/2007 08:21


                         M196


---

--------------------------------------------------------------
MEDICAL RECORD                                   Progress Note
--------------------------------------------------------------
04/20/2007 15:55     ** CONTINUED FROM PREVIOUS PAGE **

He avoids crowds.  He does not want to be in crowds like in
movie houses or restaurants.  When he has no choice and had to
go to a restaurant he would usually sit at the corner.

He continued to be hypervigilant, tends to be looking around
anticipating something negative to happen.  He does have fears
and his main concern is more of the welfare of his wife and
children.  He has to be sure when a car drives by his house to
see where it is going.

He also feels edgy every day and he would have moodiness,
outbursts of temper, which he calls "angry a lot", usually
against his children and his wife and then feeling sorry for his
outbursts later on.

He does admit to feelings of depression, occurring at least 2
times per week, lasting a day or 2.  During these times he would
feel like crying and questioning his competence, "What am I
accomplishing".  When he is in this state of emotion his energy
level is down as well as his appetite is poor.

He felt that he began having symptoms of anxiety about a few       *Treatment*
months after his return from Iraq in 2003.  He was then in         *in*
Parish Island, South Carolina.  He attempted to get information    *service*
on how to ask help for emotional problems, that is to go to a
Naval facility to get treatment, but he was advised to first
talk to a chaplain.  With his strong reservations of talking
about these incidents in Iraq, he decided not to pursue talking
to a chaplain but rather kept his problems into himself.

OBJECTIVE FINDINGS:  He was a medium built white male.  Alert
and oriented in 3 spheres.  Casually dressed.  Personal hygiene
was good.  His mood was moderately nervous.  Affect was
constricted.  He was serious-looking.  Speech was forceful but
relevant.  Some mild amount of depression as well.  He is
endorsing nightmares of being harmed as well as themes involving
events in Iraq, as well as intrusive recollections of the same
events in Iraq.  No actual panic attacks.  Denies suicidal and
homicidal thinking.  He also denies auditory and visual
hallucinations.  No delusional thinking gathered.  He has no
suicidal and homicidal thinking.  Remote and recent memory are
intact.  Judgment is fair and insight is fair.

ASSESSMENT:  WITH A COMBAT ACTION RIBBON, CONCEDING COMBAT
EXPOSURE DURING THE IRAQ FREEDOM WAR INVASION OF IRAQ WHILE
SERVING THE US MARINE CORP, HE MET THE CRITERIA FOR STRESSOR.
HE CONTINUE TO RELIVE DISTURBING TRAGIC EVENTS IN IRAQ UNTIL
THIS TIME, IN THE FORM OF NIGHTMARES AS WELL AS INTRUSIVE
RECOLLECTIONS, OF THOSE EVENTS AS INDICATED ABOVE.  HE DOES HAVE
SOME PERSISTING SYMPTOMS OF AVOIDANCE INCLUDING SUPPRESSION OF
THESE EVENTS AND MEMORIES FOR YEARS UP UNTIL HIS DISCHARGE FROM
THE US MARINE CORP, INABILITY TO WITHSTAND CROWDS OF PEOPLE, AND
SYMPTOMS OF NUMBING; THAT IS HAVING TO KEEP TO HIMSELF,
EXPRESSING MORE EMOTIONS OF ANGER THAN EMOTIONS OF WARMTH, AND
HAVING PERSISTING SYMPTOMS OF HYPERAROUSAL IN THE FORM OF SLEEP
DISTURBANCE, OUTBURSTS OF TEMPER, AND FEELING EDGY AS WELL AS
HYPERVIGILANCE.  HE DOES MEET THE MINIMUM SYMPTOMS CRITERIA FOR
POSTTRAUMATIC STRESS DISORDER.

HE DOES EXHIBIT, THOUGH, IMPROVEMENT IN HIS PSYCHIATRIC AND
PSYCHOLOGICAL MAKEUP NOTED BY ABILITY TO BE PRODUCTIVELY
EMPLOYED SINCE ABOUT 2 WEEKS AGO WITH OVERALL GOOD PERFORMANCE
AS A FINANCIAL ADVISOR WITH KEYSTONE FINANCIAL MANAGEMENT,
HAVING CAPACITY TO MAINTAIN A GOOD FAMILY RELATIONSHIP WITH HIS
CURRENT MARRIAGE AS WELL AS HIS 2 CHILDREN, AND DIMINISHMENT OF
FREQUENCY OF THE NIGHTMARES, HIS SOCIAL IMPAIRMENT AND
OCCUPATIONAL IMPAIRMENT WILL BE CONSIDERED TO BE IN THE MILD
DEGREE.

             ** THIS NOTE CONTINUED ON NEXT PAGE **
--------------------------------------------------------------
LASKOWSKI,STANLEY P III          WILKES-BARRE VAMC      Printed:06/29/2009 15:34
                                 Pt Loc: OUTPATIENT                   Vice SF 509
--------------------------------------------------------------

M197

```
--------------------------------------------------------------
```
MEDICAL RECORD                                    Progress Note
```
--------------------------------------------------------------
```
04/20/2007 15:55       ** CONTINUED FROM PREVIOUS PAGE **

the southern tip of Iraq until they reached Baghdad. He was in
combat through this period of time and they had at least 2
confrontations on Highway 1 and ones in Baghdad.

In a town called Nunilniyah, which is about northeast of
Nasiriyah, Iraq, a house exploded and the aftermath of this
incident was a body of a 6-month-old Iraqi killed, which was
almost nothing was left of him. In another incident,
this also occurred in April of 2003, while his unit was on
Highway 1 a soldier by the name of Eric Silva got shot by enemy
fire and the bullet went through this soldier's ribcage and out
into his anterior chest. This soldier was killed on the same
day.

After his return from Iraq in July 2003, he served the rest of
his tour of duty in the Marine Corp at Parish Island, South
Carolina as a rifle instructor. After his second reenlistment
was up, not wanting to return back to Iraq, he decided to leave
the US Marine Corp. He was discharged in February 2007
honorably with a rank of E-5. He has a Combat Action Ribbon
from his involvement with the Iraqi Freedom War.

He got married about 5 years ago while he was in active duty in
the US Marine Corp on one of his vacation times. He met his
wife in California. He described his marriage now as good. His
wife he calls bullheaded, the same as he does. They go into
screaming matches but they do not hold any grudges, for they
make up their differences afterwards. His wife now is pregnant
and they do have 2 young children, a 4-year-old daughter and a
2-year-old son. He has a close family relationship. He is
intimate with his wife and affectionate as well to his own
children.

About 2 weeks ago, he found a job with Keystone Financial
Management as a financial advisor, selling products like
insurance and investments. He is still on probationary status
but he is working long hours, putting in the past 2 weeks about
40 hours per week. He finds the job interesting. He is doing
well overall. He has his insurance license now. He is not
quite sure at this point as to whether he will keep this
employment long-term. His compensation is on a commission
basis.

He attempted college through on-line college courses some time
last year through a college in Missouri, pursuing some courses
in criminal justice, taking a few courses only.

Outside of his current employment he spends most of his time at
home, spends quality time with his children especially on
weekends. He would also take his children to their
grandparent's house.

SUBJECTIVE COMPLAINTS: The first symptom he mentioned in this
meeting is nightmares with repeated themes and with this
particular dream he had it at least about 4-5 times since he had
been back from Iraq in February 2007 and the last time was 2
nights ago. The dream is about someone coming into his house,
killing his children, raping his wife, and kidnapping him and
bringing him into a van. He does also have dreams sporadically
on events that happened to him in Iraq and one of which is the
incident when Eric Silva was shot on Highway 1 and another dream
he has is the explosion of the house where practically nothing
was left of this 6-month-old baby.

He does have sleep disturbance and this was his main complaint
when he came for the first time for formal mental health
assistance at Wilkes-Barre VA Medical Center on April 11, 2007.

              ** THIS NOTE CONTINUED ON NEXT PAGE **
```
--------------------------------------------------------------
```
LASKOWSKI,STANLEY P III        WILKES-BARRE VAMC       Printed:06/29/2009 15:34
                               Pt Loc: OUTPATIENT                   Vice SF 509
```
--------------------------------------------------------------
```
                           M198