PJS:GMT:jm

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STANLEY P. LASKOWSKI, III and MARISOL LASKOWSKI, Plaintiffs V. UNITED STATES OF AMERICA, DEPARTMENT OF VETERANS AFFAIRS, Defendant | Civil No.: 3:10-CV-600 (MUNLEY, J.) |

## NOTICE OF APPEAL

Notice is hereby given that the United States of America, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit, from the final order and judgment entered against it on January 16, 2013, following a bench

trial before the Honorable James M. Munley in the Middle District of Pennsylvania.

                                          Respectfully submitted,

                                          PETER J. SMITH
                                          UNITED STATES ATTORNEY

                                          /s  G. Michael Thiel
                                          G. MICHAEL THIEL
                                          Assistant U.S. Attorney
                                          Atty. I.D. #PA 72926
                                          P.O. Box 309
                                          Scranton, PA 18501
                                          Phone 348-2800
                                          Fax: 348-2830
Dated:  March 15, 2013                E-Mail: mike.thiel@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

STANLEY P. LASKOWSKI, III   :
and MARISOL LASKOWSKI,      :
                            :
         Plaintiffs          :
      V.                    :   Civil No.: 3:10-CV-600
                            :       (MUNLEY, J.)
UNITED STATES OF AMERICA,   :
DEPARTMENT OF VETERANS      :
AFFAIRS,                    :
         Defendant          :   Filed Electronically

## CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania, and is a person of such age and discretion as to be competent to serve papers.

That on March 15, 2013 , she served copies of the attached:

### NOTICE OF APPEAL

by electronic mail to:

John B. Dempsey, Esquire
Myers, Brier & Kelly, LLP
425 Spruce Street, Suite 200
Scranton, PA 18503

            /s/ Jodi Matuszewski
            Jodi Matuszewski
            Legal Assistant