IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STANLEY P. LASKOWSKI, III and MARISOL LASKOWSKI | : |
| Plaintiffs, | : |
| v. | : CASE NO. 3:10-CV-600 |
| UNITED STATES OF AMERICA DEPARTMENT OF VETERANS AFFAIRS | : JUDGE MUNLEY : ELECTRONICALLY FILED |
| Defendant. | : |

## ORDER

AND NOW this 17th day of February, 2015, upon consideration of the Satisfaction of Judgment, it is hereby ORDERED that the judgment is marked SATISFIED.

_____ J.