# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 13-1765

Stanley Laskowski, III, et al v. Department of Veteran Affairs

(Originating Court No. 3-10-cv-00600)

## O R D E R

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Date:  2/18/2015

cc: Daniel T. Brier, Esq.
    Patrick A. Casey, Esq.
    John B. Dempsey, Esq.
    Michael E. Robinson, Esq.
    Dara Smith, Esq.

**A True Copy:**
*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.